**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>)<br>)   Misc. No. 08-442 (TFH)<br>)<br>)   Civil Action No. 05-2386 (RBW)<br>)   Civil Action No. 06-1761 (ESH)<br>) |

**RESPONDENTS' RESPONSE TO PETITIONERS'**
**EMERGENCY MOTIONS TO SHOW CAUSE**

Petitioner Abdul-Rahman Sulaeiman in *Mohammon v. Bush*, Civil Action No. 05-2386 (RBW) (dkt. no. 466), and Petitioner Achraf Salim Abdessalam in *Abdessalam v. Bush*, Civil Action No. 06-1761 (ESH) (dkt. no. 25), move for orders requiring Respondents to provide factual returns in their cases within seven days of the date of the orders. Given that these cases have been transferred to the Honorable Thomas F. Hogan of this Court for coordination and management pursuant to the Court's July 1, 2008 Resolution of the Executive Session, *Mohammon*, Civil Action No. 05-2386 (dkt. no. 463); *Abdessalam*, Civil Action No. 06-1761 (dkt. no. 24), and Judge Hogan has scheduled a status conference to take place on July 8, 2008 to discuss and schedule anticipated proceedings in the Guantanamo Bay habeas cases, Respondents respectfully submit that the relief requested by Petitioners is not appropriate at this time.

Dated: July 7, 2008                    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ *Nicholas A. Oldham*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents