IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHMAN MUHAMMAD SALEH NASSER,**<br><br>      Petitioner/Plaintiff,<br><br> v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>      Respondents/Defendants. | **MISC. NO. 08-442 (TFH)**<br><br>**CIVIL ACTION NO. 07-CV-01710 (RBW)** |

## [PROPOSED] ORDER ENTERING AMENDED PROTECTIVE ORDER

 Before the court is Petitioner's unopposed motion to enter the Amended Protective Order from *In re Guantanamo Bay Detainee Cases*. It is hereby

 **ORDERED,** that Petitioner's unopposed motion to enter the November 8, 2004 Protective Order, as amended on November 10, 2004 and December 13, 2004, in the *In re Guantanamo Bay Detainee Cases*, Civil No. 02-0299, *et al*., by Judge Joyce Hens Green, is **GRANTED.**

_____, 2008      BY THE COURT:

               _____
               United States District Judge