IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 05-CV-999 (RBW) |
| ) | |

**JOINT STATUS REPORT IN RESPONSE TO COURT'S JUNE 30, 2008 ORDER**

Pursuant to the Court's June 30, 2008 Order (dkt. no. 54), undersigned counsel for petitioner and respondents jointly state as follows:

1) Petitioner Asim Ben Thabit Al-Khalaqi (Internment Serial Number 152) is the sole detainee-petitioner in this habeas corpus case.

2) Petitioner Al-Khalaqi is currently detained at Guantanamo Bay. Petitioner has been approved by the Administrative Review Board (ARB) process to leave Guantanamo Bay, subject to the process for making appropriate diplomatic arrangements for his departure. Petitioner's position is that he is not aware of the process for securing his release, nor does he approve of the delay in release caused by this undisclosed process.

3) No duplicate habeas petitions have been filed on behalf of petitioner Al-Khalaqi.[1]

\\
\\
\\

---

[1] This status report was originally filed only in case number 05-CV-999 (RBW) on July 7, 2008. At the direction of the clerk's office, respondents have re-filed the report in Misc. No.

1

Dated: July 8, 2008                                             Respectfully Submitted,


By: _____/S/_____                                     _____/S/_____
Ellis M. Johnston III                                           Andrew I. Warden
Federal Defenders of San Diego, Inc                             United States Department of Justice
225 Broadway, Suite 900                                         Civil Division, Federal Programs Branch
San Diego, CA 92101-5008                                        20 Massachusetts Ave., NW, Rm. 7332
Tel: (619) 685-3736                                             Washington, D.C.  20530
                                                                Tel:  (202) 616-5084


Attorney for Petitioner                                         Attorney for Respondents

---

08-442 (TFH), with a corrected caption, on July 8, 2008.