# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIDAH BIN SALEH AL YAZIDI,** <br><br> Petitioner/Plaintiff, <br><br> v. <br><br> **GEORGE W. BUSH**, et al., <br><br> Respondents/Defendants. | **MISC. NO. 08-442 (TFH)** <br><br> **CIVIL ACTION NO. 07-CV-02337 (HHK)** |

## [PROPOSED] ORDER ENTERING AMENDED PROTECTIVE ORDER

Before the court is Petitioner's unopposed motion to enter the Amended Protective Order from *In re Guantanamo Bay Detainee Cases*. It is hereby

**ORDERED,** that Petitioner's unopposed motion to enter the November 8, 2004 Protective Order, as amended on November 10, 2004 and December 13, 2004, in the *In re Guantanamo Bay Detainee Cases*, Civil No. 02-0299, *et al.*, by Judge Joyce Hens Green, is **GRANTED.**

_____, 2008       BY THE COURT:

_____
United States District Judge