# EXHIBIT C

Dr. Ba Tarfi's lawyer, David Remes, said that his client has been detained at Guantanamo for five years now. He attempted to commit suicide six times, and is currently on a hunger strike. He is shackled to a chair and force-fed through his nose. Remes added that Dr. Ba Tarfi suffers from severe depression, hears voices, and believes that the Americans have implanted a microchip in his body.

Remes also represents 15 other Yemeni detainees in Guantanamo, and said that most of them suffer from psychological problems due to the harsh conditions of their detention.