**EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-ADAHI, *et al.* ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | Civil Action No. 05-280 (GK) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents.* ) | |

## DECLARATION OF WESLEY R. POWELL

I, Wesley R. Powell, under penalty of perjury, declare as follows:

1. I am a partner with the law firm of Hunton & Williams. I represent several Yemenis detained in Guantanamo Bay, Cuba.

2. On June 24, 2008, I met with Yemen's Ambassador to the United States, H.E. Abdulwahab Abdulla Al-Hajjri, and two of his deputies to discuss the efforts of the Yemeni government to secure the transfer of its citizens from Guantanamo Bay, Cuba to Yemen.

3. The Ambassador stated that Yemen was willing to accept all of its citizens who are detained in Guantanamo Bay, Cuba. The Ambassador also stated that it is the government of Yemen's position that the individuals who have been

7957510.1

cleared for release by the United States Government should be released immediately to Yemen.

> I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
>
> *[signature]*
> Wesley R. Powell
> Executed on this 7th day of July, 2008.