*PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) ) **IN RE:** ) **GUANTANAMO BAY** ) **DETAINEE LITIGATION** ) ) ) ) ) | **Misc. No. 08-0442 (TFH)** **Civil Action No. 04-1254 (HHK)** |

**STATEMENT REGARDING HEARING OF JULY 8, 2008**

During its hearing of July 8, 2008, the Court invited written comments concerning, among other things, its suggestion that consolidation would be appropriate for the cases of Guantánamo prisoners who have been cleared for release. Two of the petitioners in *Abdah v. Bush*, 04-CV-1254 (HHK) – Mohammed Mohammed Hassen and Adil Said Al Haj Obeid Al Busayss – fall into this category. They are Yemeni citizens who have been imprisoned at Guantánamo since 2002 but who were cleared for release nearly two years ago. They wish to be repatriated and have raised no objections to returning to Yemen. The Yemeni government has stated repeatedly that it is willing to accept these men into the country, and the United States government has likewise acknowledged that it would like to return these men to Yemen. Nonetheless, petitioners Hassen and Busayss remain at Guantánamo, all efforts by counsel to smooth their way to repatriation having been unsuccessful.

Petitioners Hassen and Busayss agree that consolidation of the cases of prisoners who have been cleared for release would expedite resolution of many of the habeas matters now pending in the district courts, and that consolidation might eliminate the need to actually

adjudicate a number of those habeas petitions. Although it may, of course, be necessary to seek an order from the court for their release, petitioners are hopeful that with the assistance of the Court their repatriation can be achieved without the necessity of formal hearings.

Dated: Washington, D.C.
       July 9, 2008

                              Respectfully submitted,

                              _____/s/_____

                              David H. Remes
                              COVINGTON & BURLING LLP
                              1201 Pennsylvania Avenue, NW
                              Washington, DC 20004-2494
                              D.C. Bar No. 370782
                              (202) 662-5212 (phone)
                              (202) 778-5212 (fax)
                              Email: dremes@cov.com

                              Marc D. Falkoff
                              NORTHERN ILLINOIS UNIVERSITY
                              COLLEGE OF LAW
                              DeKalb, IL 60615
                              D.C. Bar No. 491149
                              (815) 753-0660 (phone)
                              (815) 753-9301 (fax)
                              Email:  mfalkoff@niu.edu