IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: )<br>)<br>) <br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>) <br>) | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-1347 (GK) |

**RESPONDENTS' RESPONSE TO PETITIONER'S MOTION TO LIFT
THE STAY OF PROCEEDINGS, ORDER THE GOVERNMENT TO
PROVIDE FACTUAL RETURN AND SET A SCHEDULING CONFERENCE**

Petitioner Farhi Saeed Bin Mohammed moves for an order lifting the stay, requiring Respondents to provide a classified factual return forthwith, and scheduling a status conference. *Mohammed v. Bush*, Civil Action No. 05-1347 (RMC) (dkt. no. 33). This case has been transferred to the Honorable Thomas F. Hogan of this Court for coordination and management pursuant to the Court's July 1, 2008 Resolution of the Executive Session. *Id.* (dkt. no. 35).

Respondents do not oppose the lifting of the stay. Respondents also respectfully note that Judge Hogan held a status conference on July 8, 2008 to discuss the schedule for anticipated proceedings in all of the Guantanamo Bay habeas cases transferred to him for coordination and management, including this case, and thus Petitioner's request for a status conference is moot. Given that Judge Hogan indicated at the July 8 status conference that he would issue an order in the near future regarding the issues discussed at the conference, and pending any future proceedings before Judge Hogan about the schedule for proceedings in the cases transferred to him, Respondents respectfully submit that the other relief requested by Petitioner is not appropriate at this time.

Dated: July 9, 2008                    Respectfully submitted,

                                       GREGORY G. KATSAS
                                       Assistant Attorney General

                                       DOUGLAS N. LETTER
                                       Terrorism Litigation Counsel

                                         /s/ *Nicholas A. Oldham*
                                       JOSEPH H. HUNT (D.C. Bar No. 431134)
                                       VINCENT M. GARVEY (D.C. Bar No. 127191)
                                       JUDRY L. SUBAR (D.C. Bar 347518)
                                       TERRY M. HENRY
                                       JEAN LIN
                                       JAMES J. SCHWARTZ (D.C. Bar No. 468625)
                                       ROBERT J. KATERBERG
                                       ANDREW I. WARDEN (IN Bar No. 23840-49)
                                       NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
                                       JAMES C. LUH
                                       Attorneys
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch
                                       20 Massachusetts Ave., N.W.
                                       Washington, DC  20530
                                       Tel:  (202) 514-4107
                                       Fax:  (202) 616-8470

                                       Attorneys for Respondents