*Filed on ECF with the permission of the CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br><br> GUANTANAMO BAY <br> DETAINEE LITIGATION | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 04-CV-1194 (HHK) |

### STATEMENT REGARDING JULY 8, 2008 HEARING: IDENTIFICATION OF DETAINEE READY TO PROCEED FOR IMMEDIATE RESOLUTION ON THE MERITS

At the July 8, 2008 hearing, this Court requested that counsel for the detainees identify petitioners who are ready to proceed immediately to a disposition of the merits of their *habeas corpus* claims. The undersigned counsel identify Emad Abdullah Hassan (ISN 680), a citizen of Yemen, as one such detainee.

Petitioner Hassan has been incarcerated in Guantanamo since 2002, and filed his petition for writ of *habeas corpus* in July 2004. His petition is part of *Anam v. Bush*, 04-CV-1194, now pending before Judge Kennedy.[1] In October 2004, Respondents submitted a Combatant Status Review Tribunal ("CSRT") decision and accompanying classified factual return for Petitioner Hassan. Petitioner Hassan requires no additional discovery to show that this factual return is facially inadequate to justify his detention. Undersigned counsel therefore are ready to proceed to immediate disposition on the merits and intend expeditiously to file a dispositive motion on behalf of Petitioner Hassan.

We appreciate this Court's resolve to conclude these cases quickly. We hope that our comments will serve the Court's purpose in this regard.

Dated: July 9, 2008

Respectfully submitted,

By: _s/ Kristine Huskey_____

Pamela Rogers Chepiga
Sarah Havens
Julie Withers
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel. (212) 610-6300
Admitted *pro hac vice*
*Counsel for Petitioners*

Scott Sullivan
Kristine Huskey (D.C. Bar No. 462979)
UNIVERSITY OF TEXAS
  SCHOOL OF LAW
NATIONAL SECURITY &
  HUMAN RIGHTS CLINIC
727 E. Dean Keeton Street
Austin, TX 78705
Tel. (512) 471-5151
*Of counsel for Petitioners*

---

[1] Judge Kennedy has not yet formally transferred his cases involving Guantanamo prisoners to Your Honor.

2