IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. CV 05-0329 (PLF) |

**STATEMENT REGARDING HEARING OF JULY 8, 2008**

This statement is submitted respectfully on behalf of Younous Chekkouri, ISN #197. His case is filed under the name Ahmed Abdullah Al-Wazan, an erroneous name.

We urge the Court to consider the following:

1. Mr. Chekkouri has been in U. S. custody since December, 2001, and needs urgent relief.

2. Respondent filed detailed factual returns to this habeas case, both public and classified, in 2005, and we see no reason to amend now. If respondent wishes to amend, he should file a motion to do so, showing cause.

3. If respondent makes factual assertions in court filings, he should back those up with proper declarations from persons competent to so declare.

4. Respondent should provide us with *Bismullah* type discovery of government information within 30 days.

5. At that point we will be ready to go to trial on our habeas petition.

Thank you.

Dated this 9th day of July, 2008.

Respectfully submitted,

By: _____
Jan K. Kitchel, *Pro Hac Vice*
SCHWABE, WILLIAMSON & WYATT
1211 SW 5TH Avenue, #1500-2000
Portland, OR 97204
Telephone – 503.796.2939
Facsimile – 503.796.2900
Attorneys for Plaintiffs-Petitioners

## CERTIFICATE OF SERVICE

I hereby certify that on the 9 day of July, 2008, I served the foregoing STATEMENT REGARDING HEARING OF JULY 8, 2008 on the following persons via electronic filing::

Peter D. Keisler
Brian David Boyle
Robert D. Okun
Douglas N. Letter
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
James J. Schwartz
Edward H. White
Robert J. Katerberg
Andrew I. Warden
Nicholas J. Patterson
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530

Tel: (202) 514-4107
Fax: (202) 616-8470

Jan K. Kitchel