# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Guantanamo Bay Detainee Litigation | Misc. No. 08-442 (TFH)<br>Case No. 05-1555 (JR)<br>Case No. 05-cv-02185 (JR)<br>Case No. 05-cv-02186 (ESH) |

## CERTIFICATE OF SERVICE

I, Kimberly Kessler, associated with Debevoise & Plimpton LLP certify:

I am over eighteen (18) years of age. On the 9th day of July, 2008, I caused copies of the Statement Regarding Hearing of July 8, 2008 to be served upon each attorney of record listed below by regular mail:

Judry Laeb Subar
U.S. Department Of Justice
P.O. Box 833
Suite 7342
Washington, DC 20044-0833

Terry Marcus Henry
U.S. Department Of Justice
Civil Division
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044

Andrew I. Warden
U.S. Department Of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530

I certify that the foregoing is true and correct.
Executed on July 9, 2008 in New York, New York.

/s/ Kimberly Kessler

Kimberly Kessler

22772796v1