**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| IN RE: ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) ) | Misc. No. 08-442 (TFH) Civil Action No. 05-1353 (RMC) Civil Action No. 05-1504 (RMC) |

**RESPONDENTS' RESPONSE TO PETITIONERS' MOTIONS FOR AN ORDER
LIFTING THE STAY, SETTING A STATUS CONFERENCE, REQUIRING
RESPONDENTS TO ANSWER THE HABEAS PETITION AND CONVERTING
PETITION TO DIRECT PETITION BY DISMISSING PETITIONER'S NEXT FRIEND**

Petitioner Motai Saib in *Saib v. Bush*, Civil Action No. 05-1353 (RMC) (dkt. no. 77), and Petitioner Nabil Hadjarab in *Nabil v. Bush*, Civil Action No. 05-1504 (RMC) (dkt. no. 59), move for orders lifting the stays, setting status conferences, requiring Respondents to answer their habeas petitions by July 31, 2008, and converting their habeas petitions to direct habeas petitions by dismissing their next friends. These cases have been transferred to the Honorable Thomas F. Hogan of this Court for coordination and management pursuant to the Court's July 1, 2008 Resolution of the Executive Session. *Saib v. Bush*, Civil Action No. 05-1353 (RMC) (dkt. no. 78); *Nabil v. Bush*, Civil Action No. 05-1504 (RMC) (dkt. no. 60).

Respondents do not oppose the lifting of the stays in these cases, or Petitioners' requests to convert their habeas petitions to direct habeas petitions. Respondents also respectfully note that Judge Hogan held a status conference on July 8, 2008 to discuss the schedule for anticipated proceedings in all of the Guantanamo Bay habeas cases transferred to him for coordination and management, including these cases, and thus Petitioners' requests for a status conference are moot. Given that Judge Hogan indicated at the July 8 status conference that he would issue an order in the near future regarding the issues discussed at the conference, and pending any future

proceedings before Judge Hogan about the schedule for proceedings in the cases transferred to him, Respondents respectfully submit that the other relief requested by Petitioners is not appropriate at this time.

Dated: July 10, 2008                                    Respectfully submitted,

 

GREGORY G. KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ *Nicholas A. Oldham*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents