**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | **Misc. No. 08-442 (TFH)** |
| GUANTANAMO BAY | ) |  |
| DETAINEE LITIGATION | ) ) | **Civil Action No. CV 02-0828 (CKK)** |

**AGREED MOTION TO DISMISS AS TO
PETITIONERS TRANSFERRED TO KUWAIT**

Petitioners hereby move to dismiss without prejudice as to the following detainees, each of whom was transferred to the custody of the State of Kuwait, and their next friends:

1. Omar Rajab Amin and his next friend, Mohammad R. M. R. Ameen;

2. Nasser Nijer Naser Al Mutairi and his next friend, Nayef N.N.B.J. Al Mutairi;

3. Abdullah Kamal Abdullah Kamal Al Kandari and his next friend, Mansour K.A. Kamel;

4. Abdulaziz Sayer Owain Al Shammari and his next friend, Sayer O.Z. Al Shammari;

5. Abdullah Saleh Ali Al Ajmi and his next friend, Mesfer Saleh Ali Al Ajmi;

6. Mohammed Funaitel Al Dihani and his next friend, Mubarak F.S.M. Al Daihani;

7. Adil Zamil Abdull Mohssin Al Zamil and his next friend, Walid Z.A. Al Zamel;

8. Saad Madai Saad Hawash Al Azmi and his next friend, Hamad Madai Saad.

**Certificate Required Under LCvR 7(m)**

The undersigned counsel for the Petitioners hereby certifies that on July 3-9, 2008, he conferred by e-mail with counsel for the Respondents concerning this motion. Respondents agree to this motion.

July 10, 2008                                             Respectfully submitted,

                                                          _____/s/_____
                                                          David J. Cynamon (D.C. Bar #182477)
                                                          Matthew J. MacLean (D.C. Bar #479257)
                                                          PILLSBURY WINTHROP
                                                          SHAW PITTMAN LLP
                                                          2300 N Street, N.W.
                                                          Washington, D.C. 20037
                                                          Telephone: (202) 663-8000
                                                          Facsimile:  (202) 663-8007

                                                          Attorneys for Plaintiffs-Petitioners

**Points and Authorities**

1.      Fed. R. Civ. P. 41

**Certificate of Service**

I certify that on July 10, 2008, I caused the foregoing to be served on the following attorneys via electronic filing:

Brian David Boyle
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 4633
Washington, DC 20530-0001
(202) 3305-1434
202-514-0238 (fax)
brian.d.boyle@usdoj.gov

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
(202) 616-8470 (fax)
terry.henry@usdoj.gov

Robert J. Katerberg
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-8298
(202) 616-8460 (fax)
robert.katerberg@usdoj.gov

Robert D. Okun
UNITED STATES ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 10-435
Washington, DC 20530
(202) 514-7282
(202) 514-8784 (fax)
robert.okun@usdoj.gov

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
judry.subar@usdoj.gov

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-5084
(202) 616-8460 (fax)
andrew.warden@usdoj.gov

                                                       /s/
                                          Matthew J. MacLean

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | **Civil Action No. CV 02-0828 (CKK)** |
| ) | |

## [DRAFT] AGREED ORDER

THIS MATTER having come before the Court on the Petitioners' Motion to Dismiss as to Petitioners Transferred to Kuwait, it appearing to the Court that the motion should be granted, it is hereby

ORDERED that this case is dismissed without prejudice as to the following petitioners:

1. Omar Rajab Amin and his next friend, Mohammad R. M. R. Ameen;

2. Nasser Nijer Naser Al Mutairi and his next friend, Nayef N.N.B.J. Al Mutairi;

3. Abdullah Kamal Abdullah Kamal Al Kandari and his next friend, Mansour K.A. Kamel;

4. Abdulaziz Sayer Owain Al Shammari and his next friend, Sayer O.Z. Al Shammari;

5. Abdullah Saleh Ali Al Ajmi and his next friend, Mesfer Saleh Ali Al Ajmi;

6. Mohammed Funaitel Al Dihani and his next friend, Mubarak F.S.M. Al Daihani;

7. Adil Zamil Abdull Mohssin Al Zamil and his next friend, Walid Z.A. Al Zamel;

8. Saad Madai Saad Hawash Al Azmi and his next friend, Hamad Madai Saad.


Date:_____           _____
                                          Judge