# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-442 (TFH)

Civil Action No. CV 02-0828 (CKK)

## [DRAFT] AGREED ORDER

THIS MATTER having come before the Court on the Petitioners' Motion to Dismiss as to Petitioners Transferred to Kuwait, it appearing to the Court that the motion should be granted, it is hereby

ORDERED that this case is dismissed without prejudice as to the following petitioners:

1. Omar Rajab Amin and his next friend, Mohammad R. M. R. Ameen;

2. Nasser Nijer Naser Al Mutairi and his next friend, Nayef N.N.B.J. Al Mutairi;

3. Abdullah Kamal Abdullah Kamal Al Kandari and his next friend, Mansour K.A. Kamel;

4. Abdulaziz Sayer Owain Al Shammari and his next friend, Sayer O.Z. Al Shammari;

5. Abdullah Saleh Ali Al Ajmi and his next friend, Mesfer Saleh Ali Al Ajmi;

6. Mohammed Funaitel Al Dihani and his next friend, Mubarak F.S.M. Al Daihani;

7. Adil Zamil Abdull Mohssin Al Zamil and his next friend, Walid Z.A. Al Zamel;

8. Saad Madai Saad Hawash Al Azmi and his next friend, Hamad Madai Saad.

Date:

Judge