**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| **GUANTANAMO BAY** ) | |
| **DETAINEE LITIGATION** ) | Civil Action No. CV 02-0828 (CKK) |
| ) | |

**MOTION TO SUBSTITUTE PARTIES**

Petitioners hereby move to substitute the following parties:

1. Yahya Al Rabiah should be substituted as next friend of Petitioner Fouad Mahmoud Al Rabiah, her husband. Petitioner Fouad Mahmoud Al Rabiah's former next friend, Petitioner Monzer M.H.A. Al Rabieah, is deceased.

2. Secretary of Defense Robert M. Gates should be substituted for Respondent Donald H. Rumsfeld, former Secretary of Defense.

3. Admiral Mike Mullen, Chairman of the Joint Chiefs of Staff, should be substituted for Respondent General Richard B. Myers, former Chairman of the Joint Chiefs of Staff.

4. Rear Admiral David M. Thomas, Jr., Commander of Joint Task Force-Guantanamo, should be substituted for Respondent Brigadier General Rick Baccus, former Commander of Joint Task Force-160.

**Certificate Required Under LCvR 7(m)**

The undersigned counsel for the Petitioners hereby certifies that on July 3-9, 2008, he conferred by e-mail with counsel for the Respondents concerning this motion. Respondents oppose the motion.

July 10, 2008                                    Respectfully submitted,

                                                      /s/
                                 David J. Cynamon (D.C. Bar #182477)
                                 Matthew J. MacLean (D.C. Bar #479257)
                                 PILLSBURY WINTHROP
                                 SHAW PITTMAN LLP
                                 2300 N Street, N.W.
                                 Washington, D.C. 20037
                                 Telephone: (202) 663-8000
                                 Facsimile:  (202) 663-8007

                                 Attorneys for Plaintiffs-Petitioners

**Points and Authorities**

1.      Fed. R. Civ. P. 25

## Certificate of Service

I certify that on July 10, 2008, I caused the foregoing to be served on the following attorneys via electronic filing:

Brian David Boyle
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 4633
Washington, DC 20530-0001
(202) 3305-1434
202-514-0238 (fax)
brian.d.boyle@usdoj.gov

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
(202) 616-8470 (fax)
terry.henry@usdoj.gov

Robert D. Okun
UNITED STATES ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 10-435
Washington, DC 20530
(202) 514-7282
(202) 514-8784 (fax)
robert.okun@usdoj.gov

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
judry.subar@usdoj.gov

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-5084
(202) 616-8460 (fax)
andrew.warden@usdoj.gov


                                         /s/
                               Matthew J. MacLean

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) | Misc. No. 08-442 (TFH) <br><br> Civil Action No. CV 02-0828 (CKK) |

**[DRAFT] ORDER**

THIS MATTER having come before the Court on the Petitioners' Motion to Substitute Parties, it appearing to the Court that the motion should be granted, it is hereby

ORDERED that the following parties are hereby substituted as follows:

1. Yahya Al Rabiah is substituted for Petitioner Monzer M.H.A. Al Rabieah as next friend of Petitioner Fouad Mahmoud Al Rabiah.

2. Secretary of Defense Robert M. Gates is substituted for Respondent Donald H. Rumsfeld, former Secretary of Defense.

3. Admiral Mike Mullen, Chairman of the Joint Chiefs of Staff, is substituted for Respondent General Richard B. Myers, former Chairman of the Joint Chiefs of Staff.

4. Rear Admiral David M. Thomas, Jr., Commander of Joint Task Force-Guantanamo, is substituted for Respondent Brigadier General Rick Baccus, former Commander of Joint Task Force-160.

Date:_____      _____
                                                          Judge