# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. CV 02-0828 (CKK) |
| ) | |

## [DRAFT] ORDER

THIS MATTER having come before the Court on the Petitioners' Motion to Substitute Parties, it appearing to the Court that the motion should be granted, it is hereby

ORDERED that the following parties are hereby substituted as follows:

1. Yahya Al Rabiah is substituted for Petitioner Monzer M.H.A. Al Rabieah as next friend of Petitioner Fouad Mahmoud Al Rabiah.

2. Secretary of Defense Robert M. Gates is substituted for Respondent Donald H. Rumsfeld, former Secretary of Defense.

3. Admiral Mike Mullen, Chairman of the Joint Chiefs of Staff, is substituted for Respondent General Richard B. Myers, former Chairman of the Joint Chiefs of Staff.

4. Rear Admiral David M. Thomas, Jr., Commander of Joint Task Force-Guantanamo, is substituted for Respondent Brigadier General Rick Baccus, former Commander of Joint Task Force-160.

Date:_____          _____
                                                Judge