IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                                          )
                                                )
GUANTANAMO BAY                                  )        Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                             )
_____)
                                                )
AMER MOHAMMON , *et al.,*                        )
                                                )
         *Petitioners*,                          )
                                                )
         *v.*                                    )        Civil Action No. 05-2386 (RBW)
                                                )
GEORGE W. BUSH, *et al.,*                        )
                                                )
         *Respondents.*                          )

## NOTICE BY MAHER EL FALESTENY OF REQUEST
## FOR 30 DAYS NOTICE BEFORE TRANSFER

      Pursuant to Judge Hogan's order of July 10, 2008 regarding notice of transfer of

prisoners from Guantanamo, Petitoner El Falesteny (ISN #519) hereby notifies the court and the

parties that he avails himself of the right to such notice prior to any transfer.

Respectfully submitted,


       /s/ Stephen M. Truitt       

Shayana Kadidal (DC #454248)      Stephen M. Truitt (DC # 13235 )
CENTER FOR CONSTITUTIONAL     600 Fourteenth Street, N.W.
RIGHTS                                    Suite 500, Hamilton Square
666 Broadway, 7th Floor         Washington, DC  20005-2004
New York, New York 10012        Tel: (202) 220-1452
Tel: (212) 614-6439              Fax: 202 220 1665
Fax: (212) 614-6499

*Of Counsel for Petitioners*      Charles H. Carpenter (DC #432004)
                                       PEPPER HAMILTON LLP
                                       600 Fourteenth Street, N.W.
                                     Suite 500, Hamilton Square
                                     Washington, DC  20005-2004
                                     Tel: (202) 220-1507
                                     Fax: (202) 220-1665


Dated:  July 11, 2008          *Counsel for Petitioners*