# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | |
| *Petitioners/Plaintiffs*, | |
| v. | Case No. 1:05-CV-2367 (RWR) |
| GEORGE W. BUSH, *et al.*, | |
| *Respondents/Defendants*. | |
| | |
| IN RE : <br> GUANTANAMO BAY <br> DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |

## MOTION TO SEVER PETITION OF GHULAM ROHANI

Petitioner Ghulam Rohani (ISN 003) hereby moves to sever his petition from those of the other petitioners in his original habeas action, *Zadran v. Bush*, No. 05-2367, and from the group of other habeas cases with which was it assigned for coordination and management, Misc. No. 08-442. Unlike the other petitioners in those two matters, Petitioner Rohani is no longer at Guantanamo, but instead is currently imprisoned in a U.S.-sponsored prison in Afghanistan, Block D of Policharkei Prison. Thus his petition should be separated from No. 05-2367 and from Misc. No. 08-442, given a new individual number (while remaining before this Court), and the assigned for purposes of coordination and management to the coordinated case pending on behalf of former Guantanamo detainees who are imprisoned abroad, Misc. No. 08-444. Simultaneously with the filing of this motion to sever, therefore, Petitioner Rohani is also

moving for assignment of his severed case to Misc. 08-444 for purposes of coordination and management. Finally, Petitioner Rohani is also moving to file a status report, which is due for petitioners in Misc. No. 08-444 on July 14, 2008.

Rohani's petition is particularly appropriate for transfer to Misc. No. 08-444. Rohani's current imprisonment is a collateral consequence of his Guantanamo detention; there is also evidence that he remains in constructive U.S. custody. Block D is part of a Soviet-era prison that was refurbished with U.S. funds to hold only prisoners from Guantanamo and the U.S. prison at Bagram Air Base in Afghanistan, and *all* Guantanamo prisoners returning to Afghanistan are now sent there. U.S. "advisors" are present twenty-four hours a day. Discovery regarding collateral consequences and constructive custody will be appropriate, unless Respondents concede these points. The same issues are likely to arise in other cases on behalf of Guantanamo petitioners now in Block D, and those other cases are being transferred for purposes of coordination and management to Misc. No. 08-444. Coordination of Rohani's petition with Misc. No. 08-444 is therefore advisable.

Pursuant to LCvR 7(m), counsel have conferred with Respondents. They stated that they "reserve" their position on this motion.

Petitioner Rohani hereby respectfully requests that this Court sever his petition from No. 05-2367 and Misc. No. 08-442, and order that it be assigned a new case number, while remaining before this Court.

Respectfully submitted,

Dated: July 14, 2008

_____
Rebecca P. Dick

2

D.C. Bar No. 463197
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300 (Tel.)
(202) 261-3333 (Fax)

George G. Gordon
Peter M. Ryan
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

Daniel C. Malone
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500 (Tel.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, et al., : | |
| *Petitioners/Plaintiffs*, : | |
| v. : | Case No. 05-CV-2367 (RWR) |
| GEORGE W. BUSH, et al., : | |
| *Respondents/Defendants.* : | |
| IN RE : : | |
| GUANTANAMO BAY : | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION : | |

## (PROPOSED) ORDER

Upon consideration of the Motion of Petitioner Ghulam Rohani to sever his petition from No. 05-2367 and Misc. No. 08-442, and any response thereto, and it appearing that there is good cause for granting the Motion, it is hereby

**ORDERED** that the Motion be, and hereby is, granted in full. The Petition for Habeas Corpus of Ghulam Rohani shall be severed from No. 05-2367 and issued a new case number, although remaining assigned to Judge Roberts, except for purposes of coordination and management, and severed from Misc. No. 08-442.

**SO ORDERED.**

Date: _____, 2008

_____
THOMAS F. HOGAN
United States District Judge

**CERTIFICATE OF SERVICE**

I, Rebecca P. Dick, hereby certify that on July 14, 2008, I caused the Motion of Petitioner Rohani to Sever and a proposed form of order to be filed with the Court and served via e-mail through ECF on the following counsel for Respondents:

Judry Laeb Subar
judry.subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
Tel: 202.514.3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6120
Washington, D.C. 20530

/s/ Rebecca P. Dick
Rebecca P. Dick