IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION<br><br>YOUNOUS CHEKKOURI, ISN# 197 | Misc. No. 08-442 (TFH)<br><br>Civil Action No. CV 05-0329 (PLF) |

## STATUS REPORT

This STATUS REPORT is submitted respectfully on behalf of Younous Chekkouri, ISN #197. His case is filed under the name Ahmed Abdullah Al-Wazan, an erroneous name.

1. Mr. Chekkouri has been in U. S. custody since December, 2001, and needs urgent relief.
2. Respondent filed detailed factual returns to this habeas case, both public and classified, in 2005.
3. Mr. Chekkouri has not been charged in any military tribunal proceeding, and he is not a "high value prisoner." He has a 30 day notice order in place.
4. Beyond the returns, both public and classified, respondent has not provided any discovery.
5. As soon as we have discovery, we will be ready to go to trial on our habeas petition.

Thank you.

Dated this 14th day of July, 2008.

Respectfully submitted,

By: _____
Jan K. Kitchel, *Pro Hac Vice*
SCHWABE, WILLIAMSON & WYATT,
1211 SW 5TH Avenue, #1500-2000
Portland, OR 97204
Telephone – 503.796.2939
Facsimile – 503.796.2900
Attorneys for Plaintiffs-Petitioners

1

2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2008, I served the foregoing STATUS REPORT on the following persons via electronic filing::

Peter D. Keisler
Brian David Boyle
Robert D. Okun
Douglas N. Letter
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
James J. Schwartz
Edward H. White
Robert J. Katerberg
Andrew I. Warden
Nicholas J. Patterson
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530

Tel: (202) 514-4107
Fax: (202) 616-8470

Jan K. Kitchel