# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civ. Action Nos.<br><br>04-CV-1164, 04-CV-2022, 04-CV-2046,<br>05-CV-0392, 05-CV-0492, 05-CV-0748,<br>05-CV-0763, 05-CV-0994, 05-CV-0998,<br>05-CV-1124, 05-CV-1189, 05-CV-1234,<br>05-CV-1347, 05-CV-1487, 05-CV-1555,<br>05-CV-1601, 05-CV-1623, 05-CV-1646,<br>05-CV-1704, 05-CV-1983, 05-CV-2185,<br>05-CV-2186, 05-CV-2199, 05-CV-2349,<br>05-CV-2379, 05-CV-2385, 05-CV-2386,<br>06-CV-0618, 06-CV-1690, 07-CV-1710,<br>08-CV-0987, 08-CV-1104, 08-CV-1153,<br>08-CV-1185 |

## NOTICE OF PETITIONERS' REQUEST FOR
## 30-DAYS NOTICE OF TRANSFER

Pursuant to Judge Hogan's Order dated July 10, 2008 and entered on July 11, 2008, requiring that "in cases in which the petitioner requests such notice, the government shall file notice with the Court 30 days prior to any transfer of a petitioner from Guantanamo Bay, Cuba," counsel for petitioners are hereby providing notice to the Court that they have requested 30 days notice of any transfer of a petitioner, by transmitting such request to counsel for Respondents,[1] in the following cases: *Gherebi v. Bush*, (No. 04-cv-1164); *Paracha v. Bush*, (04-cv-2022);

---

[1] Petitioners have either filed with this Court a Motion for 30-days Notice of Removal or Transfer of Petitioner or requested such 30-days notice *via* email to counsel for Respondents (Terry Henry, Andrew Warden or Judry Subar), or both.

*Zemiri v. Bush*, (No. 04-cv-2046); *Ameziane v. Bush*, (No. 05-cv-0392); *Aziz v. Bush*, (No. 05-cv-0492); Petitioners Mohsen Abdrub Aboassy, Mohammed Saeed Bin Salman and Sameer Najy Hasan Mukbel in *Aboassy v. Bush*, (No. 05-cv-0748); *Hamlily v. Bush*, (No. 05-cv-0763); *Tohirjanovich v. Bush*, (No. 05-cv-0994); *Al Karim v. Bush*, (No. 05-cv-0998); Petitioner Wali Mohammed in *Mousovi v. Bush*, (No. 05-cv-1124); *Khalifh v. Bush*, (No. 05-cv-1189); *Ahmed v. Bush*, (No. 05-cv-1234); *Mohammed v. Bush*, (No. 05-cv-1347); *Sadkhan v. Bush*, (No. 05-cv-1487); *Idris v. Bush*, (No. 05-cv-1555); Petitioner Hamid Al Razak, aka Hamidullah, in *Al Razak v. Bush*, (No. 05-cv-1601); *Abdulzaher v. Bush*, (No. 05-cv-1623; also listed incorrectly as 05-cv-1236); *Zaid v. Bush* (No. 05 cv-1646); *Kabir v. Bush*, (No. 05-cv-1704); *Alkhemisi v. Bush,* (No. 05-cv-1983); *Al-Mudafari v. Bush*, (No. 05-cv-2185); *Al-Mithali v. Bush*, (No. 05-cv-2186); *Alhag v. Bush*, (No. 05-cv-2199); Petitioner Ahmed Belbacha in *Bacha v. Bush*, (No. 05-cv-2349); *Awad v. Bush*, (No. 05-cv-2379); Petitioner Muhammed Saad Iqbal Madni in *Al Halmandy v. Bush*, (No. 05-cv-2385); Petitioner Jabbarov Oybek Jamolivich in *Mohammon v. Bush*, (No. 05-cv-2386); Petitioners Walid Ibrahim Mustafa Abu Hijazi, a/k/a Mohammed Al Palestini, and Maasoum Abdah Mouhammad, a/k/a Bilal LNU, in *Mohammon v. Bush*, (No. 05-CV-2386); Petitioner Abd Al Zaher in *Mohammon v. Bush*, (No. 05-CV-2386); Petitioner Abdul Aziz Naji in *Mohammon v. Bush*, (No. 05-cv-2386); Petitioner Sayf Bin Abdallaj in *Mohammon v. Bush*, (No. 05-cv-2386); Petitioner Mohammed Abdullah Taha Mattan in *Mohammon v. Bush*, (No. 05-cv-2386); Petitioner Sanad Al-Kazimi in *Mohammon v. Bush*, (No. 05-cv-2386); Petitioner Sayf Bin Abdullah in *Mohammon v. Bush*, (No. 05-cv-2386); Petitioners Abdul Ghaffar and Adel Noori in *Mohammon v. Bush*, (No. 05-cv-2386); Petitioner Ahmed Adnan Ahjam, a/k/a Abu Rawda, in *Mohammon v. Bush*, (No. 05-cv-2386); *Abdelli v. Bush*, (No. 06-cv-0618); *Khan v. Bush*, (No. 06-cv-1690); *Nasser v. Bush*, (No. 07-cv-1710); *Dokhan v. Bush* (No.

08-cv-0987); *Ghalaab v. Bush*, (No. 08-cv-1104); *Barre v. Bush*, (No. 08-cv-1153); and *Al Qadir v. Bush*, (No. 08-cv-1185).

Dated: July 15, 2008                               Respectfully submitted,

*Counsel for Petitioner Dokhan*
(08-cv-987)

 /s/ Kristine A. Huskey
Kristine A. Huskey
D.C. Bar  #462979
National Security & Human Rights Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512-232-3657
Fax: 512-232-0800

Shayana D. Kadidal
D.C. Bar ID #454248
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: 212-614-6438
Fax: 212-614-6499

*Counsel for Petitioner Galaab*
(08-cv-1104)

    /s/
Murray Fogler
Texas State Bar No. 07207300
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
713.951.3700
713.951.3720 (Fax)

OF COUNSEL:

Russell S. Post
Texas State Bar No. 00797258
BECK, REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
713.951.3700
713.951.3720 (Fax)

*Counsel for Petitioner Jamolivich*
(05-cv-2386)

    /s/
Michael E. Mone, Jr.
(MA BBO No. 634607)
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA 02110
(617) 482-0333
(617) 426-2978 (fax)

*Counsel for Petitioner Abdulzaher*
(05-cv-1236)

    /s/
Robert A. Gensburg
P.O. Box 248
364 Railroad Street
St. Johnsbury, VT 05819
phone   (802) 748 5338
fax        (802) 748 1673
email    bob@neklaw.net

*Counsel for Petitioner Madni*
(05-cv-2385)

DAVIS WRIGHT TREMAINE LLP

    /s/
Richard L. Cys (D.C. Bar No. 87536)
Lisa B. Zycherman (D.C. Bar No. 495277)
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-3402
Telephone:      (202) 973-4217
Facsimile:       (202) 973-4499
Email:            rickcys@dwt.com
Email:            lisazycherman@dwt.com

James P. Walsh (D.C. Bar No. 930115)
Suite 800
505 Montgomery Street
San Francisco, CA 94111-6533
Telephone:      (415) 276-6500
Facsimile:       (415) 276-6599
Email:            budwalsh@dwt.com

| | |
|---|---|
| *Counsel for Petitioner Alhag*<br>(05-cv-2199)<br><br>/John C. Snodgrass/<br>John C. Snodgrass<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, N.W.<br>Washington, DC 20006<br>(202) 420-2200 (voice)<br>(202) 420-2201 (fax)<br><br>*Counsel for Petitioner Hamlily*<br>(05-cv-763)<br><br>RICHARDS KIBBE & ORBE LLP<br><br>      /s/<br>Paul A. Leder (D.C. No. 358597)<br>Portrait Building<br>701 8th Street NW<br>Washington, D.C. 20001<br>Tel: (202) 261-2960<br>Fax: (202) 261-2999<br><br>Marcellene E. Hearn<br>R. Zachary Gelber<br>One World Financial Center<br>New York, New York 10281<br>Tel: (212) 530-1800<br>Fax: (212) 530-1801<br><br>SPEARS & IMES LLP<br>Christopher W. Dysard<br>51 Madison Avenue<br>New York, New York 10010<br>Tel: (212) 213-6833<br>Fax: (212) 213-0849 | *Counsel for Petitioner Alkhemisi*<br>(05-cv-1983 )<br><br>      /s/<br>Wesley R. Powell<br>wpowell@hunton.com<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:  (212) 309-1000<br>Facsimile:  (212) 309-1100<br><br>Karma B. Brown<br>kbbrown@hunton.com<br>HUNTON & WILLIAMS LLP<br>1900 K Street, N.W.<br>Washington, DC 20006-1109<br>Telephone:  (202) 955-1500<br>Facsimile:  (202) 778-2201<br><br>*Counsel for Petitioner Zemiri*<br>(04-cv- 2046)<br><br>      /s/<br>James E. Dorsey (MN # 137893)<br>John W. Lundquist (MN # 65286)<br>Nicole M. Moen (MN # 329435)<br>Debra A. Schneider (MN # 313105)<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402<br>Tel: (612) 492-7000<br>Fax: (612) 492-7077 |

*Counsel for Petitioner Kabir*
(05-cv-1704)

      /s/
Elizabeth P. Gilson
Attorney at Law
egilson@snet.net
383 Orange Street
New Haven, CT 06511
Phone: 203 777-4050
Fax: 203 787-3259

*Counsel for Petitioner Sadkhan*
(05-cv-1487)

      /s/
JENNER & BLOCK LLP
Jeffrey D. Colman
Sapna G. Lalmalani
Sarah E. Crane
330 N. Wabash Avenue
Chicago, Illinois 60611
T:  (312) 222-9350
F:  (312) 527-0484

LAW OFFICES OF
WILLIAM A. WERTHEIMER, JR.
William A. Wertheimer, Jr.
30515 Timberbrook Lane
Bingham Farms, Michigan 48025
T:  (248) 644-9200
F:  (248) 593-5128

*Counsel for Petitioners Hijazi*
*(a/k/a Mohammed Al Palestini) and*
*Mouhammad (a/k/a Bilal LNU)*
(05-cv-2386)

      /s/
Lowell E. Sachnoff
Matthew J. O'Hara
Adam R. Chiss
*Each Pursuant to LCvR 83.2(g)*
Brian C. Lewis (D.C. Bar No. 476851)
REED SMITH LLP
10 South Wacker Drive
Chicago, Illinois  60606
(312) 207-1000
mohara@reedsmith.com

*Counsel for Petitioner Naji*
(05-cv-2386)

      /s/
Ellen Lubell
Doris Tennant
TENNANT LUBELL, LLC
288 Walnut St., Suite 500
Newton, MA  02460
Tel: (617) 969-9610

*Counsel for Petitioner Mohammed* (05-cv-1124) *and* *Petitioner Razak (aka Hamidullah)* (05-cv-1601)

　　　　/s/
Peter M. Ryan
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 2449 direct
+1 215 655 2449 fax
Peter.Ryan@Dechert.com

Daniel C. Malone
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3861 Direct
+1 212 698 3599 Fax
daniel.malone@dechert.com

*Counsel for Petitioner Gherebi* (04-cv-1164) *and* *Petitioner Zaher* (05-cv-2386)

　　　　/s/
Prof. Richard J. Wilson
American University
Washington College of Law
4801 Massachusetts Ave., N.W.
Washington, DC 20016-8184
Ph: 202-274-4147
Fax: 202-274-0659

*Counsel for Petitioner Ahmed* (05-cv-1234)

　　　　/s/
Richard Coughlin
Federal Public Defender
District of New Jersey
800-840 Cooper Street
Suite 350
Camden, NJ 08102
856-757-5341

*Counsel for Petitioners Abdelli* (06-cv-618) *and Tohirjanovich* (05-cv-994)

/s/ Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender

Maureen Rowley (PA 33020)
Chief Federal Defender

David McColgin (PA 42963)
Supervising Appellate
Assistant Federal Defender

Cristi Charpentier (PA 62055)
Shawn Nolan (PA 56535)
Mark Wilson (PA 26887)
Assistant Federal Defenders

Federal Community Defender Office for
the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

| | |
|---|---|
| *Counsel for Petitioners Mohammed* (05-cv-1347) *and Al Qadir* (08-cv-1185) | *Counsel for Petitioners Ameziane* (05-cv-392), *Khan* (06-cv-1690), and *Barre* (08-cv-1153) |

*Counsel for Petitioners Mohammed* (05-cv-1347) *and Al Qadir* (08-cv-1185)

    /s/
Jerry Cohen
Burns & Levinson LLP
25 Summer Street
Boston MA 02110
617-345-3000 ph
617-345-3299 fax
jcohen@burnslev.com

Stewart Eisenberg
WEINBERG & GARBER, P.C.
71 King Street
Northampton, MA 01060
Tel: 413-582-6886
Fax:413-582-6881
Buz.e@verizon.net

Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

Zachary Katznelson
Legal Director, Reprieve
P.O. Box 52742
London EC4P 4WS    United Kingdom
+44 (0) 207 353 4640 (tel)
+44 (0) 207 353 4641 (fax)
www.reprieve.org.uk

*Counsel for Petitioners Ameziane* (05-cv-392), *Khan* (06-cv-1690), and *Barre* (08-cv-1153)

    /s/
Shayana Kadidal (D.C. Bar No. 454248)
Jonathan Wells Dixon
(Pursuant to LCvR 83.2(g))
Gitanjali S. Gutierrez
(Pursuant to LCvR 83.2(g))
Pardiss Kebriaei
Emilou MacLean

CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

*Counsel for Petitioner Abdallah* (05-cv-2386)

    /s/
Joe Berman
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02110
617-951-2800

*Counsel for Petitioner Mattan*
(05-cv-2386)

By: _____/s/_____
Gordon S. Woodward (Admission No. 50164)
Elizabeth K. Ainslie
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-1825
Telephone: 202-419-4215
Facsimile: 202-419-4253

Sozi P. Tulante
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
Telephone: 215-568-6200
Facsimile: 215-568-0300

J. Wells Dixon
Pardiss Kabriel
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: 212-614-6439
Facsimile: 212-614-6499

*Counsel for Petitioner Al Karim* (05-cv-998)

_____/s/_____
W. Matthew Dodge
Federal Defender Program, Inc.
Suite 1700, The Equitable Building
100 Peachtree St., NW
Atlanta, GA 30303
Telephone 404.688.7530
Facsimile 404.688.0768

*Counsel for Petitioner Al-Kazimi*
(05-cv-2386)

_____/s/_____
Martha Rayner (NY-MR-1423)
LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law
33 West 60th Street, 3d Floor
New York, New York 10023
Telephone: (212) 636-6934

*Counsel for Petitioners Idris* (05-cv-1555),
*Al-Mudafari* (05-cv-2185), *and*
*Al-Mithali* (05-cv-2186)

_____/s/_____
Jennifer R. Cowan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

John B. Missing (Bar No. 425469)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Washington, D.C. 20004-1169
Tel: (202) 383-8000
Fax: (202) 383-8118

*Counsel for Petitioners Abdullah*
(05-cv-2386) *and Belbacha* (05-cv-2349)

_____/s/_____
Zachary Katznelson
(California Bar No. 209489)
Reprieve / PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (tel)
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk

*Counsel for Petitioner Aziz*
(05-cv-492)

    /s/
Agnieszka Fryszman (DC 459208)
Avi S. Garbow (DC 445399)
Matthew K. Handley (DC 489946)
Matthew B. Kaplan (DC 484760)
COHEN MILSTEIN HAUSFELD & TOLL
1100 New York Ave, NW, Suite 500W
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:    (202) 408-4699

John Holland (CO 5246)
Anna Cayton-Holland (CO 35811)
LAW OFFICES OF JOHN HOLLAND
1437 High
Denver, CO 80218
Telephone:   (303) 860-1331
Facsimile:    (303) 832-6506

Clive A. Stafford Smith, *pro hac vice*
JUSTICE IN EXILE
P.O. Box 52742
London, EC4P 4WS
England

*Counsel for Petitioner Nasser*
(07-cv-1710)

  */s/ Brent N. Rushforth*
Brent N. Rushforth (DC 331074)
Kit A. Pierson (DC 398123)
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

*Counsel for Petitioner Khalifh*
(05-cv- 1189)

By:     /s/ Edmund Burke
Edmund Burke
BURKE McPHEETERS BORDNER & ESTES
737 Bishop Street, Suite 3100
Honolulu, Hawaii  96813
Telephone: (808) 523-9833
Facsimile: (808) 528-1656

*Counsel for Petitioner Awad*
(05-cv-2379)

ORRICK, HERRINGTON & SUTCLIFFE LLP
    /s/
Catherine Y. Lui
405 Howard Street
San Francisco, CA 94105
(415) 773-5700 (Telephone)
(415) 773-5759 (Facsimile)

Of Counsel:

Glenn K. Jones
Rene Kathawala
Diana Rutowski
Ahmed Ghappour

*Counsel for Petitioner Paracha*
(04-cv-02022)

    /s/
Gaillard T. Hunt
(D.C. Bar number 89375)
10705 Tenbrook Drive
Silver Spring, Maryland 20901
301-530-2807

*Counsel for Petitioners Aboassy, Salman and Mukbel* (05-cv-0748)

　　　/s/
Joseph E. O'Neil
Lavin, O'Neil, Ricci, Cedrone & DiSipio
190 North Independence Mall West
Suite 500
Philadelphia, Pennsylvania 19106
(215) 351-7901

CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6485

*Counsel for Petitioners Ghaffar and Noori* (05-cv-2386)

　　　/s/
Eric A. Tirschwell
(Pursuant to LCvR 83.2(g))
Michael J. Sternhell
(Pursuant to LCvR 83.2(g))
Darren LaVerne (Pursuant to LCvR 83.2(g))
Seema Saifee (Pursuant to LCvR 83.2(g))
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel to Petitioner Zaid* (05-cv-1646)

　　　/s/
Judith Brown Chomsky
Law Office of Judith Brown Chomsky
8120 New Second St.
Elkins Park, PA 19027
(215) 782-8367
(215) 782-8368 (fax)
jchomsky@igc.org

*Counsel for Petitioner Ahjam, aka Abu Rawda* (05-cv-2386)

　　　/s/
David S. Marshall
Washington State Bar No. 11716
1001 Fourth Avenue, 44th Floor
Seattle, WA  98154-1192
206.826.1400
Fax 206.389.1708
dmarshall@DavidSMarshall.com

**CERTIFICATE OF SERVICE**

      I, Eddie Maraboto, hereby certify that I today caused a true and accurate copy of the NOTICE OF PETITIONERS' REQUEST FOR 30-DAYS NOTICE OF TRANSFER to be served electronically via the Court's Electronic Case Filing system, which will send notification of such filings to all counsel of record.

                                                        /s/ Eddie Maraboto
                                                        Eddie Maraboto

Dated: July 15, 2008