IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. CV 05-0329 (PLF) |

**PETITIONER'S REQUEST FOR 30-DAY NOTICE
OF REMOVAL OR TRANSFER**

Based on the Court's order of July 10, 2008, petitioner Younous Chekkouri, ISN #197, requests that his counsel be given thirty days advance notice of any intended removal or transfer from Guantanamo Bay, Cuba, to another country or location.

Dated this 15th day of July, 2008.

Respectfully submitted,

By: _____
Jan K. Kitchel, *Pro Hac Vice*
SCHWABE, WILLIAMSON & WYATT,
1211 SW 5TH Avenue, #1500-2000
Portland, OR 97204
Telephone – 503.796.2939
Facsimile – 503.796.2900
Attorneys for Plaintiffs-Petitioners

1 – PETITIONER'S REQUEST FOR 30-DAY NOTICE

## CERTIFICATE OF SERVICE

I hereby certify that on the 15 day of July, 2008, I served the foregoing PETITIONER'S REQUEST FOR 30 DAY NOTICE OF REMOVAL OR TRANSFER on the following persons via electronic filing:

Peter D. Keisler
Brian David Boyle
Robert D. Okun
Douglas N. Letter
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
James J. Schwartz
Edward H. White
Robert J. Katerberg
Andrew I. Warden
Nicholas J. Patterson
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530

Tel: (202) 514-4107
Fax: (202) 616-8470

_____
Jan K. Kitchel