# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
IN RE:                                  )
                                        )   Misc. No. 08-442 (TFH)
GUANTANAMO BAY                          )
DETAINEE LITIGATION                     )   Civ. Action No. 05-CV-2386 (RBW)
                                        )
                                        )
_____  )

## NOTICE OF PETITIONERS' REQUEST
## FOR THIRTY (30) DAYS NOTICE OF TRANSFER

Counsel for Petitioners Ali Sher Hamidullah, also known as "Ali LNU" and ISN # 455, and Sharaf Al Sanani, also known as "Sharaf Ahmad Muhammad Masud" and ISN # 170, both petitioners in *Mohammon v. Bush*, No. 05-2386, respectfully submit this notice of petitioners' request for thirty (30) days notice of any transfer from Guantanamo Bay, Cuba.

Pursuant to Judge Hogan's Order dated July 10, 2008 and entered on July 11, 2008, requiring that "in cases in which the petitioner requests such notice, the government shall file notice with the Court 30 days prior to any transfer of a petitioner from Guantanamo Bay, Cuba," counsel for Petitioners hereby provide notice to the Court that they have requested thirty (30) days notice of any transfer of a petitioner, by transmitting such request to counsel for Respondents.[1]

---

[1] Petitioners have requested such thirty (30) days notice *via* email to counsel for Respondents (Terry Henry, Andrew Warden, and Judry Subar).

US2000 10945557.1

Dated:  July 17, 2008

                                  Respectfully submitted,

                                    /s/ A. Stephens Clay IV  
                                A. Stephens Clay IV (Pursuant to LCvR 83.2(g))  
                                James F. Bogan III (Pursuant to LCvR 83.2(g))  
                                C. Allen Garrett Jr. (Pursuant to LCvR 83.2(g))  
                                KILPATRICK STOCKTON LLP  
                                1100 Peachtree St., Suite 2800  
                                Atlanta, Georgia 30309-4530  
                                Telephone: (404)815-6500  
                                Facsimile: (404) 815-6555

                                *Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I caused the foregoing "Notice of Petitioners' Request for Thirty (30) Days Notice of Transfer" to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system.

    /s/ A. Stephens Clay IV
A. Stephens Clay IV
James F. Bogan III
C. Allen Garrett, Jr.
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404)815-6500
Facsimile: (404) 815-6555

*Counsel for Petitioners*