IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | § § § § § § § § | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | | Civil Action No. 1:08-CV-01104 (CKK) |

## PETITIONER'S STATUS REPORT

Petitioner Bashir Ghalaab, ISN 175, provides the following status report, pursuant to Judge Hogan's Scheduling Order dated July 11, 2008:

1. Petitioner is still incarcerated at Guantanamo. He has been there since May 2002.

2. Petitioner filed a DTA petition in the Court of Appeals for the District of Columbia on February 19, 2008, No. 08-1064. Respondent has moved to abate the DTA case, and Petitioner has consented to the abatement, under certain conditions, which have not been met.

3. Petitioner promptly filed his habeas petition after the U.S. Supreme Court's decision in the *Boumediene* case.

4. No factual return has been filed in Petitioner's habeas case.

5. Petitioner was designated as an enemy combatant, a designation rubber-stamped by a CSRT. Petitioner has not been provided with his

369473

CSRT record or ARB record or, for that matter, any classified information about his case.

6. Petitioner's initial goal and desire is to obtain, as promptly as possible, information in the Government's possession that sets forth the reasons for his detention. Petitioner will be unable to determine if he needs discovery, or determine if the case can be decided summarily, without production by the Government of basic information regarding Petitioner's detention.

7. By requiring that the Government submit amended factual returns in the order in which cases were filed likely means that Petitioner's case will be placed at the end of the line. It may be months before Petitioner's counsel obtains any meaningful information. Petitioner is considering seeking an exception to the sequencing of the factual returns set out in the Scheduling Order.

8. There are no pending motions in the habeas case. In fact, Respondents have not even appeared, though a Government lawyer has filed a notice of appearance.

369473

Respectfully submitted,

/S/   Murray Fogler
Murray Fogler
Texas State Bar No. 07207300
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
713.951.3700
713.951.3720 (Fax)

**ATTORNEY-IN-CHARGE
FOR PETITIONER
BASHIR GHALAAB**

**OF COUNSEL:**

Russell S. Post
Texas State Bar No. 00797258
**BECK, REDDEN & SECREST, LLP**
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
713.951.3700
713.951.3720 (Fax)

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Petitioner's Status Report was served upon the following on July 17, 2008, as follows:

Judry L. Subar
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 7342
Washington, D.C. 20530
*E-Filing*

/S/ Murray Fogler
**MURRAY FOGLER**

3

369473