IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY<br>DETAINEE LITIGATION** | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

## STATUS REPORT OF JAMIL AHMAD SAEED

Petitioners JAMIL AHMAD SAEED, a/k/a JAMIL AHMED SAID NASSIR, DETAINEE ISN #728, and HALA AHMAD SAEED AL-ADAHG, as Next Friend of Jamil Ahmad Saeed, respectfully submit this status report, pursuant to the July 11, 2008 Scheduling Order issued by Judge Hogan in this litigation.

### Status of Case

Petitioner Jamil Ahmad Saeed is also known as Jamil Ahmed Said Nassir, and is known to the United States Government as Detainee ISN #728. He is one of a number of petitioners in the Petition for a Writ of Habeas Corpus, filed in this Court on December 21, 2005, commonly referred to as the "Mohammon Petition." A Protective Order was entered on June 27, 2006, covering this case, this petitioner, and undersigned counsel. Undersigned counsel has received SECRET clearance in relation to this case.

Respondents have not filed a factual return, nor have they disclosed to undersigned counsel any information relating to the detention of Petitioner. In addition, the Government has failed to respond to a Freedom of Information Act request made by counsel on October 19, 2006.

Petitioner remains imprisoned at Guantanamo Bay Naval Station. There are no pending motions in this case.

        Respectfully submitted,


        <u>/s/  Noah H. Rashkind</u>
        Noah H. Rashkind, Esq.
        Counsel for Petitioners Saeed
        2411 SW 35th Place, #206
        Gainesville, Florida 32608
        Tel: (727) 692-6002
        Email: noah@rashkind.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 18, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Terry Marcus Henry
terry.henry@usdoj.gov

Andrew I. Warden
andrew.warden@usdoj.gov

Judry Laeb Subar
judry.subar@usdoj.gov

James C. Luh
James.luh@usdoj.gov

                /s/ Noah H. Rashkind
                Noah H. Rashkind, Esq.