*Approved for Public Filing by the Court Security Office*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| DJAMEL AMEZIANE,<br><br>        Petitioner,<br><br>        v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>        Respondents. | Civil Action No. 05-392 (ESH) |

## PETITIONER'S STATUS REPORT

Petitioner Djamel Ameziane, by and through his undersigned counsel, respectfully submits this status report pursuant to the Court's July 11, 2008 Scheduling Order:

1.    Petitioner is a college-educated citizen of Algeria. He fled persecution in his homeland in the early 1990s; he lived lawfully and was gainfully employed for several years in Austria and Canada before he was captured, sold to U.S. forces for a bounty and transferred to Guantánamo Bay; and he is currently in need of refugee protection and safe resettlement in a third country. He cannot safely return to Algeria.

2.    Petitioner was among the first prisoners to arrive in Guantánamo Bay in early 2002, and he has an early-filed habeas petition pending in the above-captioned civil action. Petitioner has access to his counsel, a factual return, and a 30-day notice of transfer order entered

in his case.  Petitioner requires no discovery, no amended habeas petition, no amended factual return, and no further coordination.  The only motion pending in his case (dkt. no. 45) requests an order lifting the stay in this case and scheduling a status conference to calendar the matter for expedited briefing and argument on the merits.

      3.     Accordingly, Petitioner requests that this Court transfer this case back to Judge Huvelle for a status conference and merits proceedings.  Alternatively, Petitioner requests that this Court enter an order lifting the stay and setting the following schedule for merits briefing and argument:

    Petitioner's Opening Brief – September 1, 2008

    Respondents' Opposition Brief – September 22, 2008

    Petitioner's Reply Brief – October 6, 2008

    Oral Argument – October 13, 2008

Date:  New York, New York
       July 18, 2008

                                 Respectfully submitted,

                                 Counsel for Petitioner:

                                 /s/ J. Wells Dixon
                                 J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                 Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
                                 CENTER FOR CONSTITUTIONAL RIGHTS
                                 666 Broadway, 7th Floor
                                 New York, New York 10012
                                 Tel: (212) 614-6423