IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY<br>DETAINEE LITIGATION**<br><br><br>**WALID SAEED BN SAEED ZAID,**<br>    *et al.,*<br>        Petitioners,<br><br>    v.<br><br>**GEORGE W. BUSH**,<br>    President of the United States,<br>    *et al.*,<br><br>        Respondents. | Misc. No. 08-442 (TFH)<br><br><br><br><br><br><br><br>Civil Action No. 05-CV-1646 (JDB) |

### PETITIONER'S STATUS REPORT

Pursuant to the Court's Order of July 11, 2008, Petitioner Waleed Said Bn Said Zaid respectfully submits this Status Report and makes the following representations:

1. Petitioner is a citizen of Yemen detained at the U.S. Naval Base at Guantánamo, Cuba since at least May 2002.

2. Petitioner is being held as an Enemy Combatant following his Combatant Status Review Tribunal in 2004. Petitioner is not the subject of charges before a military commission.

3. Petitioner filed this petition for habeas corpus on August 16, 2005. Respondents filed an incomplete and redacted factual return for Petitioner on February 22, 2006.

4. Following the Supreme Court's decision in *Boumediene v. Bush* (decided June 18, 2008), Petitioner moved this Court for an immediate status conference to determine the next steps in this litigation. Dkt. # 36 (filed June 16, 2008). There are no pending appeals or stays in this case.

5. Petitioner has not been cleared for transfer. Petitioner has requested 30-days notice of intent to transfer pursuant to Judge Hogan's Order of July 11 (Docket No. 52 in 08-442).

6. Additionally, Petitioner has filed a petition under the Detainee Treatment Act of 2005 (DTA) in the Court of Appeals. *Zaid v. Gates* (No. 07-1131) (filed April 26, 2007).

Dated: July 18, 2008

Respectfully Submitted,

/s/

_____

Judith Brown Chomsky
Law Office of Judith Brown Chomsky
8120 New Second St.
Elkins Park, PA 19027
Phone: (215) 782-8367
Fax: (215) 782-8368
Email: jchomsky@igc.org

## CERTIFICATE OF SERVICE

      I certify that the foregoing was served by electronic delivery (Electronic Case Filing) on July 18, 2008.

Dated:  July 18th, 2008

                                                          /s/
_____
Judith Brown Chomsky
Law Office of Judith Brown Chomsky
8120 New Second St.
Elkins Park, PA 19027
Phone: (215) 782-8367
Fax: (215) 782-8368
Email: jchomsky@igc.org