IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY<br>DETAINEE LITIGATION**<br><br>**HUSSAIN SALEM MOHAMMED<br>ALMERFEDI,** *et al.*,<br><br>   Petitioners,<br><br>v.<br><br>**GEORGE W. BUSH**,<br>   President of the United States,<br>      *et al.*,<br><br>   Respondents. | Misc. No. 08-442 (TFH)<br><br><br><br><br><br><br><br>Civil Action No. 05-CV-1645 (PLF) |

## PETETIONER'S STATUS REPORT

Pursuant to the Court's Order of July 11, 2008, Petitioner Hussain Salem Mohammed Almerfedi respectfully submits this Status Report and makes the following representations:

1. Petitioner is a citizen of Yemen. He has been held under the control of United States since 2002. He was transferred to the U.S. Naval Base at Guantánamo in May 2003.

2. Petitioner is being held as an Enemy Combatant following his Combatant Status Review Tribunal in December 2004. Petitioner is not the subject of charges before a military commission.

3. Since August 8, 2005, there is pending Petitioner's Motion to require Respondents' to present a factual basis elaborating as to its reasons for detaining Petitioner.

4. Petitioner filed this petition for habeas corpus on August 16, 2005. Respondents filed a redacted and incomplete factual return for Petitioner on June 5, 2006.

5. Following the Supreme Court's decision in *Boumediene v. Bush* (decided June 18, 2008), Petitioner moved this Court for an immediate status conference to determine the next steps in this litigation. Dkt. # 42 (filed June 16, 2008). Petitioner is ready to proceed on a motion for summary judgment without prejudice to further discovery, to the extent that the Court later determines that discovery is appropriate.

6. Petitioner has not been cleared for transfer. He is subject to a 30-day notice of transfer order (granted Sept. 23, 2005). This order is pending appeal in *Abdah v. Bush*, D.C. Cir. Nos. 05-5224/5484. Petitioner wishes to return to Yemen.

7. Additionally, Petitioner has filed a petition under the Detainee Treatment Act of 2005 (DTA) in the Court of Appeals. *Almerfedi v. Gates* (No. 07-1132) (filed April 26, 2007).

Dated: July 19th, 2008

                                              Respectfully Submitted,

                                                  /s/
                                          _____
Judith Brown Chomsky
Law Office of Judith Brown Chomsky
8120 New Second St.
Elkins Park, PA 19027
Phone: (215) 782-8367
Fax: (215) 782-8368
Email: jchomsky@igc.org

## CERTIFICATE OF SERVICE

I certify that foregoing was served by electronic delivery (Electric Case Filing) on July 18, 2008 as well as by express delivery service upon:

U.S. Department of Justice
Litigation Security Section (Gtmo)
20 Massachusetts Ave, NW
Suite 5300
Washington, DC 20530

Dated: July 19th, 2008

                                                  Respectfully Submitted,

                                                  /s/
                                          _____
                                          Judith Brown Chomsky
                                          Law Office of Judith Brown Chomsky
                                          8120 New Second St.
                                          Elkins Park, PA 19027
                                          Phone: (215) 782-8367
                                          Fax: (215) 782-8368
                                          Email: jchomsky@igc.org