*CLEARED FOR PUBLIC FILING BY THE CSO*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. 08-442 (TFH) |
| | ) | |
| GUANTÁNAMO BAY DETAINEE LITIGATION | ) ) ) | Civil Action No. 05-0526 (RMU) |

**STATUS REPORT**

Counsel for Petitioners Abd Al Nisr Khan Tumani (ISN 307) and Mohammed Khan Tumani (ISN 312), in response to this Court's Scheduling Order of July 11, 2008, provide the following Status Report:

**I.   Current Detention Status**

Petitioners are presently detained in Guantánamo Bay. They have been designated as enemy combatants by a Combatant Status Review Tribunal and have not been cleared for release or transfer. As far as counsel are aware, Petitioners have not been named as defendants in any Military Commission proceedings.

**II.   30-Day Advance Notice Order**

Pursuant to this Court's Order of April 6, 2005, the Government is required to provide counsel with 30 days advance notice of any intention to transfer Petitioners from Guantánamo Bay. This 30-day Advance Notice Order is currently the subject of an appeal. *See Tumani v. Bush*, United States Court of Appeals for the District of Columbia Circuit, No. 05-5244, consolidated with *Abdah v. Bush*, United States Court of Appeals for the District of Columbia Circuit, No. 05-5224.

### III. Factual Return

The Government provided redacted, classified and unclassified factual returns for Petitioners in July of 2005.

### IV. Protective Order

A Protective Order was entered by Order of this Court on April 6, 2005.

### V. Pending Motions

This matter is subject to a stay entered on April 6, 2005. The stay currently remains in effect. There are no pending motions in this action.

Respectfully submitted,

**ABD AL NISR KHAN TUMANI AND MOHAMMED KHAN TUMANI**

Dated: July 18, 2008

By:   /s/ Gordon S. Woodward
Elizabeth K. Ainslie
Gordon S. Woodward (D.C. Bar No. 452626)
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-1825
Telephone: (202) 419-4215
Facsimile: (202) 419-4253

Eldon V.C. Greenberg (D.C. Bar No. 159558)
GARVEY SCHUBERT BARER
Fifth Floor
1000 Potomac Street, N.W.
Washington, DC 20007
Telephone: (202) 965-7880
Facsimile: (202) 965-1729

Gitanjali Gutierrez
Pardiss Kebriaei
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6464
Facsimile: (212) 614-6499

Counsel for Petitioners