IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION<br><br>SALEM GHEREBI (ISN #189),<br><br>              Petitioner,<br><br>  v.<br><br>GEORGE W. BUSH<br><br>              Respondents. | Misc. No. 08-442 (TFH)<br><br><br><br><br>Civil Action No. 04-cv-1164 (RBW) |

## STATUS REPORT

Pursuant to this Court's July 11, 2008 Scheduling Order, Petitioner Salem Abdul Salem Gherebi (ISN #189) respectfully submits this status report:

1. Petitioner Gherebi is a citizen of Libya and has been held in U.S. military custody at the United States Naval Station in Guantánamo Bay, Cuba, since early 2002.

2. Petitioner Gherebi currently remains incarcerated under military custody at Guantánamo Bay, Cuba.

3. Petitioner Gherebi is not subject to any criminal charges before a military commission.

4. Petitioner Gherebi has not been cleared for release.

5. Petitioner Gherebi has been designated an enemy combatant by the Government of the United States.

6. Respondents filed a factual return consisting of the Combatant Status Review Tribunal Record on October 6, 2004.

7. Counsel for Petitioner Gherebi has requested *via* email that Respondents provide 30-day notice prior to any proposed transfer of Petitioner. Counsel for Respondents acknowledged receipt and noted the request. Counsel further filed notice of said request with this Court on July 15, 2008.

8. Petitioner Gherebi is one of several appellants in a consolidated appeal, now pending before the Court of Appeals for the District of Columbia Circuit (Case No. 05-5124), regarding authority to withhold classified information.

9. Additional counsel for Petitioner Gherebi, Prof. Richard Wilson, filed his Notice of Appearance on June 27, 2008, and plans to meet with Petitioner within the next 60 days.

Dated: July 18, 2008                    Respectfully Submitted,

                                        Counsel for Petitioner:

                                        _____/s/_____
                                        Prof. Richard J. Wilson
                                        American University
                                        Washington College of Law
                                        4801 Massachusetts Ave., N.W.
                                        Washington, DC 20016-8184
                                        Ph: 202-274-4147
                                        Fax: 202-274-0659

                                        Prof. Erwin Chemerinsky
                                        University of California, Irvine
                                        School of Law
                                        4500 Berkeley Place
                                        Irvine, CA 92617
                                        Ph: 949-824-7722