IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| AMER MOHAMMON,<br>ABD AL ZAHER (ISN #89),<br><br>            Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>            Respondents. | Civil Action No. 05-cv-2386 (RBW) |

## STATUS REPORT

Pursuant to this Court's July 11, 2008 Scheduling Order, Petitioner Abd al Zaher (ISN #89) respectfully submits this status report:

1. Petitioner Abd al Zaher is a citizen of Azerbaijan and has been held in U.S. military custody at the United States Naval Station in Guantánamo Bay, Cuba, since early 2002.

2. Petitioner Abd al Zaher currently remains incarcerated under military custody at Guantánamo Bay, Cuba.

3. Petitioner Abd al Zaher has also been identified in government documents by the name Poolad T. Tsiradzho, or close variations thereof.

4. Petitioner Abd al Zaher is not subject to any criminal charges before a military commission.

5. Petitioner Abd al Zaher has not been cleared for release.

6. Counsel for Petitioner Abd al Zaher has requested *via* email that Respondents provide 30-day notice prior to any proposed transfer. Counsel for Respondents acknowledged receipt and noted the request. Counsel further filed notice of said request with this Court on July 15, 2008.

7. Petitioner has never, since his initial detention, met with counsel acting on his behalf. Counsel has security clearance, has entered an MOU in this matter within the last week, and plans to visit the petitioner within the next 90 days.

8. Petitioner Abd al Zaher does not have any pending motions before either this Court or the Circuit Court of Appeals for the District of Columbia.

Dated: July 18, 2008                              Respectfully Submitted,

                                                  Counsel for Petitioner:

                                                  _____/s/_____
                                                  Prof. Richard J. Wilson
                                                  American University
                                                  Washington College of Law
                                                  4801 Massachusetts Ave., N.W.
                                                  Washington, DC 20016-8184
                                                  Ph: 202-274-4147
                                                  Fax: 202-274-0659