EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, )
)
        Petitioner, )
)  Case No. 1:05-cv-02104 (RBW)
v. )
)
GEORGE W. BUSH, et al., )
)
        Respondents. )
)
)

## JOINT STATUS REPORT

Pursuant to this Court's June 20, 2008 Order, the parties respectfully submit this Joint Status Report on the above-captioned action.

**1.    Procedural History**

This *habeas corpus* action was commenced by Petition filed October 27, 2005 on behalf of six prisoners at Guantanamo (Dkt. No. 1). On November 7, 2005, Petitioners filed a show cause motion for issuance of the Writ (Dkt. No. 4). Respondents' November 18, 2005 response sought a stay of proceedings pending resolution of the appeals in *Boumediene* and *Al Odah* (Dkt. No. 6). On December 22, 2005, the Court entered the Protective Order applicable to all Guantanamo *habeas* cases, ordered Respondents to produce the full factual returns for Petitioners within 120 days, and otherwise stayed the action pending the outcome of the *Boumediene/Al Odah* appeals (Dkt. No. 14). Before the government had produced any factual returns, however, on January 11, 2006 the Court stayed this action pending the jurisdictional ruling of the District of Columbia Circuit (Dkt. No. 23). The Supreme Court decided *Boumediene* on June 12, 2008,

holding that Guantanamo petitioners are entitled to prompt *habeas corpus* hearings in the District Court. *Boumediene v. Bush*, Nos. 06-1195, 06-1196, 2008 WL 2369628 (June 12, 2008).

**2.      Status of Petitioners**

The six petitioners named in the Petition were: Issam Hamid Ali Bin Ali Al Jayfi, Othman Ali Mohammed Al Shamrany, Khalid Mohammed Al Thabbi, Ali Hamza Ahmed Suliman Bahlool, Saleh Mohammed Seleh Al Thabbii, and Abdul Al Qader Ahmed Hussain. In the weeks after the Petition was filed, counsel for the parties worked together to identify by ISN each of the named Petitioners. Respondents identified four of these petitioners as resident in Guantanamo and not represented by other counsel: Al Jayfi (183), Shamrany (171), Hussein (690), and Bahlool (039). To date, based on the information provided, Respondents have not been able to identify anyone in Guantanamo matching the name or description of Khalid Mohammed Al Thabbi or Saleh Mohammed Seleh Al Thabbii.

In December 2006, Petitioner Al Jayfi was repatriated to Yemen. Counsel for Petitioners will confer with Mr. Al Jayfi to determine whether he wishes to challenge his prior detention pursuant to the "collateral consequences" doctrine. *See, Carafas v. LaVallee*, 391 U.S. 234 (1968). Respondents reserve all rights and arguments to challenge further litigation of petitioner Al Jayfi's case, including on the grounds that this case is moot in light of petitioner's release from United States custody.

3.  **Pending Motions**

On June 26, 2008, Petitioners filed a Motion To Lift Stay, For Production of Factual Returns, and to Set Status Conference. Respondents have not yet responded to that motion.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Wesley R. Powell | Andrew I. Warden |
| wpowell@hunton.com | United States Department of Justice |
| HUNTON & WILLIAMS LLP | Civil Division, Federal Programs Branch |
| 200 Park Avenue | 20 Massachusetts Ave., N.W. |
| New York, NY 100166 | Washington, DC 20530 |
| Telephone: (212) 309-1000 | Tel: (202) 616-5084 |
| Facsimile: (212) 309-1100 | Fax: (202) 616-8470 |
| | |
| Karma B. Brown | Attorney For Respondents |
| kbbrown@hunton.com | |
| HUNTON & WILLIAMS LLP | |
| 1900 K Street, N.W. | |
| Washington, DC 20006-1109 | |
| Telephone: (202) 955-1500 | |
| Facsimile: (202) 778-2201 | |

*Counsel for Petitioners*

Dated: June 27, 2008