IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) | Misc. No. 08-442 (TFH) |
| AMER MOHAMMON , *et al.*, | ) ) | |
| *Petitioners*, | ) ) | |
| *v.* | ) ) | Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, *et al.*, | ) ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF**
**STATUS REPORT FOR MAHER EL FALESTENY**

Petitioner Maher El Falesteny, through his undersigned counsel, hereby gives notice of filing of his Status Report for Maher El Falsesteny.

                    Respectfully submitted,

| | |
|---|---|
| Shayana Kadidal (DC #454248) | _____/s/ Charles H. Carpenter____ |
| CENTER FOR CONSTITUTIONAL RIGHTS | Charles H. Carpenter (DC #432004) |
| 666 Broadway, 7th Floor | PEPPER HAMILTON LLP |
| New York, New York 10012 | 600 Fourteenth Street, N.W. |
| Tel: (212) 614-6439 | Suite 500, Hamilton Square |
| Fax: (212) 614-6499 | Washington, DC  20005-2004 |
| | Tel: (202) 220-1507 |
| | Fax: (202) 220-1665 |
| *Of Counsel for Petitioners* | |
| | Stephen M. Truitt (DC # 13235 ) |
| | 600 Fourteenth Street, N.W. |
| | Suite 500, Hamilton Square |
| | Washington, DC  20005-2004 |
| | Tel: (202) 220-1452 |
| | Fax: 202 220 1665 |
| Dated:  July 18, 2008 | *Counsel for Petitioners* |