IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| _____ ) | |
| HANI SALEH RASHID ABDULLAH, *et al.*, ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | No. 05-0023 (RWR) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

## NOTICE OF FILING OF
## STATUS REPORT FOR HANI SALEH RASHID ABDULLAH

Petitioner Hani Saleh Rashid Abdullah, through his undersigned counsel, hereby gives notice of filing of his Status Report for Hani Saleh Rashid Abdullah.

-2-

|  | Respectfully submitted, |
|---|---|
|  | /s/ Charles H. Carpenter |
| Shayana Kadidal (DC #454248) | Charles H. Carpenter (DC #432004) |
| CENTER FOR CONSTITUTIONAL RIGHTS | PEPPER HAMILTON LLP |
| 666 Broadway, 7th Floor | 600 Fourteenth Street, N.W. |
| New York, New York 10012 | Suite 500, Hamilton Square |
| Tel: (212) 614-6439 | Washington, DC  20005-2004 |
| Fax: (212) 614-6499 | Tel: (202) 220-1507 |
|  | Fax: (202) 220-1665 |
| *Of Counsel for Petitioners* | Stephen M. Truitt (DC # 13235 ) |
|  | 600 Fourteenth Street, N.W. |
|  | Suite 500, Hamilton Square |
|  | Washington, DC  20005-2004 |
|  | Tel: (202) 220-1452 |
|  | Fax: 202 220 1665 |
| Dated:  July 18, 2008 | *Counsel for Petitioners* |