PERMISSION TO E-FILE WAS GIVEN BY THE COURT SECURITY OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA DISTRICT

| | |
|---|---|
| IN RE: )<br>)<br>)<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>)<br>) | Misc. 08-cv- 442   (TFH)<br><br>Civil Action No. 05-cv-1347 (GK) |

## PETITIONER'S STATUS REPORT

This is the status report required in par. 11 of the Scheduling order (docket no. 52 - 08-cv-442) filed by Petitioner in 05-cv-1347 (GK):

1. Petitioner's name as shown in the Petition is **FARHI SAEED BIN MOHAMMED.** He is also known as Saiid Farhi. He has been at Guantanamo Bay Naval Base JTF-GTMO Detention Center since early 2002. The petition was originally filed for him by a next friend Moazam Begg. Petitioner bin Mohammed has since given direct authorization to counsel to proceed for him.

2. He is still in custody at Guantanamo Bay.

3. A factual return was previously provided (in 2004).

4. He is cleared for release. He does not want to go to Algeria and he seeks asylum elsewhere.

5. A 30 day notice order is in effect for him.

6. He has a pending motion for a Writ of Habeas Corpus and for an Order to Show pursuant to 28 U.S.C. § 2243.

July 18, 2008

_____
Jerry Cohen
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

OF COUNSEL:

| | |
|---|---|
| Zachary Katznelson<br>Cal. Bar. No. 209489<br>Legal Director<br>Reprieve<br>PO Box 52742<br>London EC4P 4WS<br>United Kingdom<br>Tel: 011-44(0) 207-353-4640<br>Fax: 011-44(0) 207-353<br>Zachary@Reprieve.org.uk | Tel: (617) 345-3000<br><br>Stewart Eisenberg<br>WEINBERG & GARBER, PC<br>71 King Street<br>Northampton, MA 01060<br><br>Tel: (413) 582-6886<br>Fax: (413) 582-6881<br>buz.e@verizon.net |

Shayana Kadial
DC Bar No. 454248
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012-2317
Tel: (212) 614-6438
Fax: (212) 614-6499

*Counsel for Fahi Said bin Mohammed*

### CERTIFICATE OF SERVICE

I hereby certify service of the above Status Report upon attorneys of record for respondents by filing through the Court's electronic filing system on July 18, 2008.

_____
Jerry Cohen

J:\Docs\31549\00001\01264536.DOC