IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____<br>)<br>IN RE:                                           )<br>                                                      )<br>GUANTANAMO BAY                 )<br>DETAINEE LITIGATION            )<br>                                                      )<br>                                                      )<br>_____) | | Misc. No. 08-442<br><br>Civ. Action Nos.<br><br>05-CV-2386 (RBW) |

NOTICE BY ABDALAZIZ KAREEM SALIM AL NOOFAYAEE (ISN 687) AND MUHAMMED AHMED SALAM AL KHATEEB (ISN 689) OF REQUEST FOR 30 DAYS' NOTICE BEFORE TRANSFER

Pursuant to Judge Hogan's order of July 10, 2008, dkt. no. 52-2, regarding notice of transfer of prisoners from Guantanamo, Petitioners Abdalaziz Kareem Salim Al Noofayaee (ISN 687) and Muhammed Ahmed Salam Al Khateeb (ISN 689) notify the Court that they request that counsel and the Court be notified at least 30 days in advance of any intended transfer of Al Noofayee to a country other than Saudi Arabia and at least 30 days in

- 2 -

advance of any intended transfer of Al Khateeb to a country other than Yemen.

              Respectfully submitted,

              /s/Jonathan M. Fee
              Jonathan M. Fee, DC Bar No. 479579
              Michael E. Ward, DC Bar No. 434624
              Jill M. Williamson, DC Bar No. 478469
              ALSTON & BIRD LLP
              950 F Street, NW
              Washington, DC 20004
              Tel: (202) 756-3300
              Fax: (202) 756-3333

              *Counsel for Petitioners*

Dated:  July 18, 2008

LEGAL02/30883096v1

## CERTIFICATE OF SERVICE

    I, Jonathan M. Fee, hereby certify that I today caused a true and accurate copy of the foregoing to be served electronically via the Court's Electronic Case Filing system.

|  |  |
|---|---|
|  | /s/Jonathan M. Fee |
|  | Jonathan M. Fee |
| Dated: July 18, 2008 |  |

LEGAL02/30883096v1