IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GUANTANAMO BAY DETAINEE LITIGATION<br><br>This Document Relates To:<br><br>**ABDULRAHMAN MUHAMMAD SALEH NASSER,**<br><br>                    Petitioner/Plaintiff,<br><br>  v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>                    Respondents/Defendants. | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 07-CV-1710 (RBW) |

**PETITIONER ABDULRAHMAN MUHAMMAD SALEH NASSER'S STATUS REPORT**

This status report describes the current position of Petitioner Abdulrahman Muhammad Saleh Nasser's habeas corpus petition, filed on September 25, 2007.

**Factual Return.**  Respondent has not produced a factual return in this case.

**Protective Order.**  No protective orders have been entered in this case.  On July 7, 2008, Petitioner filed an unopposed motion to enter the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and the Order Supplementing and Amending Filing

Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004.

**Notice of Transfer.**  Pursuant to the Court's Order of July 10, 2008 (filed July 11, 2008), Petitioner Nasser has requested that Respondents provide the Court and his counsel with 30 days advance notice of any plans to transfer him from detention at Guantanamo Bay.  Notice of that request was filed with the Court on July 15, 2008.

**Pending Motions.**  This case has one pending motion:  Petitioner's Unopposed Motion to Enter Protective Order, filed July 7, 2008, which supersedes Petitioner's Emergency Motion to Enter the November 8, 2004 Amended Protective Order from *In re Guantanamo Bay Detainee Cases,* filed March 31, 2008.

Dated:  July 18, 2008

Respectfully submitted,

Counsel for Petitioner:

   */s/ Brent N. Rushforth*
Brent N. Rushforth (DC 331074)
Kit A. Pierson (DC 398123)
Sarah B. Pojanowski (DC 502036)
**HELLER EHRMAN LLP**
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

Shayana Kadidal (DC 49512)
Pardiss Kebriaei (DC 51395)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) |
| This Document Relates To: **ABDULRAHMAN MUHAMMAD SALEH NASSER,** Petitioner/Plaintiff, v. **GEORGE W. BUSH**, et al., Respondents/Defendants. | Civil Action No. 07-CV-1710 (RBW) |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of July, 2008, I caused a true and correct copy of the **PETITIONER ABDULRAHMAN MUHAMMAD SALEH NASSER'S STATUS REPORT** to be served on the ECF system:

TERRY M. HENRY
ANDREW WARDEN
JUDRY SUBAR
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
Counsel for Respondents

                                              */s/ Brent N. Rushforth*