PERMISSION TO E-FILE WAS GIVEN BY THE COURT SECURITY OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA DISTRICT

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. 08-cv- 442   (TFH)<br><br>Civil Action No. 08-cv-1185 (HHK) |

## PETITIONER'S STATUS REPORT

This is the status report required in par. 11 of the Scheduling order (docket no. - 08-cv-442) filed by Petitioner in 08-cv-1185 (HHK):

1. Petitioner's name as shown in the Petition is **MOHAMMED ABD AL AL QADIR.** He is also known as Tarari Mohammed. He has been at Guantanamo Bay Naval Base JTF-GTMO Detention Center since early 2002.

2. He is still in custody at Guantanamo Bay. .

3. A factual return has not been provided yet.

4. He is cleared for release. He does not want to go to Algeria and he seeks asylum elsewhere.

5. A 30 day notice order is in effect for him.

6. He has a pending motion for a Writ of Habeas Corpus and for an Order to Show pursuant to 28 U.S.C. § 2242.

July 18, 2008

_____
Jerry Cohen
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000

OF COUNSEL:
Zachary Katznelson
Cal. Bar. No. 209489
Legal Director

Stewart Eisenberg

1

Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
Tel: 011-44(0) 207-353-4640
Fax: 011-44(0) 207-353
Zachary@Reprieve.org.uk

Shayana Kadial
DC Bar No. 454248
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012-2317
Tel: (212) 614-6438
Fax: (212) 614-6499

WEINBERG & GARBER, PC
71 King Street
Northampton, MA 01060

Tel: (413) 582-6886
Fax: (413) 582-6881
buz.e@verizon.net

*Counsel for Mohammed Abd Al Al Qadir*

## CERTIFICATE OF SERVICE

I, Jerry Cohen, hereby certify service of the above Status Report upon attorneys of record for respondents by filing through the Court's electronic filing system on July 18, 2008.

_____
Jerry Cohen

J:\Docs\31549\00001\01264541.DOC