UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMER MOHAMMON**, *et al.,*<br>*(ABDAL RAZAK ALI)*<br><br>              **Petitioners,**<br><br>  **vs.**<br><br>**GEORGE W. BUSH**, *et al,*<br><br>              **Respondents.** | **Misc. No. 08-442**<br>**No:  05- 2386 (RBW)** |

**PETITIONER ABDAL RAZAK ALI'S STATUS REPORT**

**NOW COMES** the Petitioner, Abdal Razak Ali (ISN 685) by and through his

attorney H. Candace Gorman, and submits the following status report:

1. Razak Ali is an Algerian national. In early 2002 Ali was visiting when he was

    picked up and turned over to American forces in return for a bounty. Ali is

    currently in Camp 4. After meeting with her client on July 15th, 2008 Ali's

    counsel notified by email the government attorneys, pursuant to Judge Hogan's

    Order regarding 30 day notices, that Razak Ali's counsel should be given 30 days

    notice of any proposed transfer. The reason Ali has asked for the notice and

    intends to fight a transfer back to Algeria is that two men (one of whom was

    seriously ill and the other with severe psychological problems) have recently

    been returned to Algeria and face possible terrorism related charges as a result of

    being classified as "enemy combatants" by the United States, and they face

    sentences of 10-20 years in prison if found guilty.  Algeria is also a country that is

known by our government to torture its prisoners. Razak Ali is more than
justifiably afraid of what might happen to him if he is returned to Algeria with
the designation of "enemy combatant" and assuming this is his designation he
has asked counsel to work to change his wrongful designation so that he can
return home and not face imprisonment.

2.  Despite representing Ali for more than two years Counsel has received exactlly
no information from the government regarding her client, not even a redacted
CSRT. She does not know if he was found to be an enemy combatant, if he was
subjected to multiple CSRT's like counsel's other client, or if Ali is cleared for
release.

3.  There are no docket 'clean-up' or identity issue presented in Ali's case. Ali has
one appeal pending which is related to counsel's attempt to receive both Ali's
redacted and unredacted CSRT records.

4.  At the time the District Court stayed the proceedings in the instant case
Petitioner Abdal Razak Ali had two issues pending before this Court that still
need to be resolved:

>   a.  The first issue relates to Petitioner's Motion for Factual Return.
>       That motion was filed on December 4th 2006 and is fully briefed
>       (see, docket entries 226, 235, 237, 238, 242, 280,281, 286, 308).
>
>   b.  The second issue awaiting a ruling from Petitioner Ali relates to
>       the District Court's Order of September 20, 2006 (docket entry
>       169) ordering the government to pay the reasonable costs

related to the Government's purposeful interference with

counsel's visit with Ali (Show Cause hearing on August 24,

2006, status hearing on September 8 2006). Pursuant to J.

Walton's order a Bill of Costs was filed by Petitioners counsel

and is fully briefed with a proposed draft order at docket 162.

(Documents related to the Bill of Costs can be found at docket

entries: 154, 155, 156, 158, 174, 186, 195, 198.) [1]


Dated this 18th day of July, 2008.



Respectfully submitted,

    /s/ H. Candace Gorman
H. Candace Gorman (IL Bar #6184278)
Law Office of H. Candace Gorman
220 S. Halsted – Suite 200
Chicago, IL 60661
Tel:  (312) 427-2313
Fax: (312) 427-9552

---

[1] The issue regarding the costs is not a priority issue and ruling on that issue should probably be done by Judge Walton who sat at the hearing. This issue can wait until after the Court has had the opportunity to rule on the critical issues of ordering the factual returns and providing petitioner with his long awaited hearing on the merits of his habeas corpus petition.

## CERTIFICATE OF SERVICE

I, H. Candace Gorman, certify that I today caused a true and accurate copy of Petitioner Ali's Status Report to be served upon the following persons by virtue of filing the above listed document with the U. S. Department of Justice Litigation Security Section:

> Terry Henry, Esq., Senior Trial Attorney
> Andrew I. Warden, Esq., Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC  20530

This 18th day of July, 2008.

/s/ H. Candace Gorman
Counsel for Petitioner

Law Office of H. Candace Gorman
H. Candace Gorman (IL Bar #6184278)
220 S. Halsted Street -   Suite 200
Chicago, IL 60661
Tel:  (312) 427-2313
Fax: (312) 427-9552