**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** ) | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY DETAINEE** ) | **Civ. Action No. 1:06-CV-01668 (HHK)** |
| **LITIGATION** ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, undersigned counsel, Julia Symon, hereby requests that James Hosking of the New York office of Clifford Chance US LLP be admitted to this Court *pro hac vice* for the purpose of representing Petitioners in the above-referenced matter. Undersigned counsel is a member in good standing with the Bar of this Court.

In support of this motion, undersigned counsel submits the accompanying Declaration of James Hosking stating that he is a member of good standing of the New York Bar and has been admitted to practice in the United States District Court for the Southern District of New York and the United States Court of Appeals for the District of Columbia Circuit. Mr. Hosking has not been disciplined by any of the aforementioned bars. He is also the subject of a separate motion for admission *pro hac vice* to this Bar being filed simultaneously with this motion in another related matter. Both matters in which Mr. Hosking seeks admission *pro hac vice* relate to his representation of petitioners being held by the U.S. authorities at Guantánamo Bay.

NYB1595402.2

Mr. Hosking's address is:

>Clifford Chance US LLP
>31 West 52nd Street
>New York, New York 10019-6131
>Tel:  212.878.8000
>Fax:  212.878.8375

WHEREFORE, the Petitioners respectfully request that the Court grant this Motion.

>Respectfully submitted,
>
>_s/_____
>Julia C. Symon
>(D.C. Bar # 456828)
>CLIFFORD CHANCE US LLP
>2001 K Street, N.W.
>Washington, DC 20006-1001
>Tel: 202.912.5000
>Fax:  202.912.6000

July 18, 2008

NYB1595402.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE | ) Civ. Action No. 1:06-CV-01668 (HHK) |
| LITIGATION | ) |

**DECLARATION OF JAMES HOSKING**

I, James Hosking, hereby declare the following:

1. I am a Partner in the New York office of Clifford Chance US LLP;

2. My office address and telephone number are: 31 W. 52nd Street, New York, NY 10019, Tel: (212) 878-8000;

3. I am a member of good standing of the New York Bar and am admitted to practice in the United States District Court for the Southern District of New York and the United States Court of Appeals for the District of Columbia Circuit;

4. I have not been disciplined by any bar;

5. I have not been admitted *pro hac vice* in this Court within the last two years;

6. I do not engage in the practice of law from an office located in the District of Columbia, nor am I a member of, or have an application pending with, the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of July 2008.

James Hosking
(N.Y. Bar #4058)

NYB1595338.3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| **IN RE:** | ) | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY DETAINEE** | ) | **Civ. Action No. 1:06-CV-01668 (HHK)** |
| **LITIGATION** | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of James Hosking to represent the Petitioners in the above-captioned matter, it is hereby:

ORDERED, that James Hosking be admitted *pro hac vice* to practice in the United States District Court for the District of Columbia as counsel to the Petitioners in the above-captioned case.

ENTERED this _____ day of July, 2008.

_____
Thomas F. Hogan
United States District Court

NYB1595402.2