## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IN RE:** | ) ) ) ) | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY DETAINEE** | ) | **Civ. Action No. 1:06-CV-01668 (HHK)** |
| **LITIGATION** | ) ) ) ) |  |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of James Hosking to represent the Petitioners in the above-captioned matter, it is hereby:

ORDERED, that James Hosking be admitted *pro hac vice* to practice in the United States District Court for the District of Columbia as counsel to the Petitioners in the above-captioned case.

ENTERED this _____ day of July, 2008.

_____
Thomas F. Hogan
United States District Court