IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | Civil Action No. 1:06-CV-01668 (HHK) |

## DECLARATION OF HANNA MADBAK

I, Hanna Madbak, hereby declare the following:

1. I am an Associate in the New York office of Clifford Chance US LLP;

2. My office address and telephone number are: 31 W. 52nd Street, New York, NY 10019, Tel: (212) 878-8221;

3. I am a member of good standing of the New York Bar and am admitted to practice in the United States District Court for the Southern District of New York and the United States Court of Appeals for the District of Columbia Circuit;

4. I have not been disciplined by any bar;

5. I have not been admitted *pro hac vice* in this Court within the last two years;

6. I do not engage in the practice of law from an office located in the District of Columbia, nor am I a member of, or have an application pending with, the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of July 2008.

Hanna Madbak
(N.Y. Bar #4338364)

NYB1595339.3