APPROVED FOR PUBLIC FILING BY CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR DEGHAYES, et al., ) | |
| ) | |
| *Petitioners/Plaintiffs*, ) | Misc. No. 08-442-TFH |
| ) | |
| v. ) | Civ. No. 04-cv-02215-RMC |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| *Respondents/Defendants*. ) | |
| _____ ) | |

## STATUS REPORT

Per this Court's order of July 11, 2008, Petitioners hereby submit the following status report:

**A.     Factual Background by Named Petitioner**

**1.     Shaker Abdurraheem Aamer**

Shaker Aamer, ISN 239, is a Saudi national and British resident. He remains a prisoner in Guantánamo Bay. He has been held in isolation for almost three years, due to his role as an interlocutor between camp authorities and prisoners engaged in a peaceful hunger strike to protest their mistreatment and illegal incarceration.

**2.     Omar Deghayes**

Omar Deghayes, ISN 727, is a Libyan refugee and British resident who was released from Guantánamo to the United Kingdom in December 2007. On January 4,

APPROVED FOR PUBLIC FILING BY CSO

2008, this Court dismissed him from this petition in light of this transfer. *See* Dkt. No. 69.

3. **Jamel Abdullah Kiyemba**

Jamal Kiyemba, ISN 701, is a former British resident and Ugandan citizen who was released to Uganda in February 2006. Counsel for Petitioner would consent to the dismissal of Mr. Kiyemba from the petition.

B. **Status of the Petition, Generally**

This Petition for habeas corpus was filed on December 22, 2004. On February 3, 2005, this case was stayed by Judge Joyce Hens Green. The Protective Order was entered the same day.

On June 14, 2005, this court denied Petitioners' motion for a preliminary injunction against transfer and for expedited discovery, but ordered 30 days' notice to the court before any transfer of Petitioner Deghayes. The government appealed (USCA number 05-5337).

On October 28, 2005, Respondents notified the Court that they intended to transfer Jamal Kiyemba to Uganda, his country of citizenship. On December 12, 2005, this court ordered Petitioner to show cause why his petition should not be dismissed. Petitioners opposed on the grounds that Mr. Kiyemba remained in custody, but consented to dismissal upon transfer of Mr. Kiyemba to Uganda. *See* Dkt. No. 37.

On January 27, 2006, the Court again stayed this action pending the jurisdictional ruling of the D.C. Circuit in *Boumediene*.

On February 9, 2006, Respondents submitted notice that they had, at last, sent

petitioner Kiyemba to Uganda.

On September 26, 2006, Petitioner Aamer filed a motion for preliminary injunction challenging his continuing solitary confinement under brutal conditions. The Court never ruled on the motion.

On April 17, 2007, Respondents moved to dismiss this action in light of the D.C. Circuit's jurisdictional ruling in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007). The motion was not ruled upon before the Supreme Court reversed the *Boumediene* ruling.

On December 21, 2007, Respondents filed notice that Petitioner Deghayes had been sent to the United Kingdom. On January 4, 2008, this Court dismissed Mr. Deghayes' habeas petition.

The sole petitioner who remains in Guantánamo Bay is Shaker Aamer, ISN 239.


Dated:      July 18, 2008              Respectfully submitted,

                                       Clive A. Stafford Smith (LA Bar No. 14444)
                                       Zachary Katznelson (CA Bar No. 209489)
                                       Cori Crider (Member NY Bar)
                                       Reprieve
                                       PO Box 52742
                                       London EC4P 4WS
                                       United Kingdom
                                       011 44 207 353 4640 (ph)
                                       011 44 207 353 4641 (fax)
                                       clivess@mac.com
                                       zachary@reprieve.org.uk
                                       cori@reprieve.org.uk

                                       *Counsel for Petitioners*

3

**APPROVED FOR PUBLIC FILING BY CSO**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a copy to be served upon counsel for Respondents by filing this document directly on ECF, pursuant to approval by the Court Security Office.

Dated: July 18, 2008