APPROVED FOR PUBLIC FILING BY CSO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AHMED ABU IMRAN, et al.** | ) | |
| | ) | |
| *Petitioner/Plaintiff,* | ) | **Misc. No. 08-442-TFH** |
| | ) | |
| v. | ) | **Civ. No. 05-764-CKK** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |
| _____ | ) | |

### STATUS REPORT

Petitioners hereby submit the following status report, and state as follows:

There were originally 12 named petitioners in this action, all citizens of Morocco. Of those, only two remain in Guantánamo Bay: Younis Shakur, ISN 197, and Abdullatif Mohammed Nasser, ISN 244.

Mr. Shakur is named as petitioner Ahmed Abdullah Al-Wazan in *Al-Wazan v. Bush*, No. 05-CV-0329 (PLF). Petitioner Shakur is willing to proceed in that earlier-filed action, should the Court prefer.

Mr. Nasser has never been charged with a crime and today is held in a segregation unit, where he has been for several months. He would like to pursue legal remedies at the earliest possible date.

Petitioners consent to dismissal of all other petitioners save one, Said, whose full name is Said Al Boujaadia, ISN 150. Mr. Al Boujaadia was held for more than a year after being cleared for release, apparently to have him serve as a witness in the military

1

**APPROVED FOR PUBLIC FILING BY CSO**

commission of Yemeni prisoner Salim Hamdan.  Mr. Al Boujaadia ultimately testified at

a pre-trial hearing, and was subsequently transferred to Morocco on May 1, 2008.  While

no longer in Guantánamo Bay, Mr. Al Boujaadia remains in custody in Morocco, facing

charges based directly on his incarceration in Guantánamo Bay.  Therefore, he continues

to suffer collateral consequences and his habeas petition should not be dismissed.

The Petitioners who should be dismissed from this action are: Lahcen Ikassrien,

Najeeb Al Husseini, Mohammed Al Nadour[1], Mohammed Fahreo[2], Mohammed Mazouz,

Moussa, Ridouane Shakur, and Tareq.[3]

## Status of the petition generally

This Petition for habeas corpus was filed on April 15, 2005.  On April 25, 2005

the Protective Order was entered, the case was stayed, and the government was required

to submit factual returns "within 30 calendar days of a ruling from the Court of Appeals."

On February 4, 2007, Petitioner's Counsel moved to compel access to petitioner

Abdellatif Nasser, which was granted on February 12, 2007.

On March 8, 2007, this Court extended the stay in place in this case "until further

order" and ordered that no factual returns were then required.

On April 19, 2007, Respondents moved to dismiss this action in light of the D.C.

Circuit's jurisdictional ruling in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007).  The

---

[1] Undersigned counsel has been unable to identify this petitioner on the DOD list of prisoners in Guantánamo.

[2] Undersigned counsel has been unable to identify this petitioner on the DOD list of prisoners in Guantánamo.

[3] Original petitioner Abu Imran, whose full name is Ahmed Errachidi, ISN 590, was dismissed from this petition in August 2005, due to a duplicate earlier filed petition, *Errachidi v. Bush*, 05-cv-640-EGS.  Mr. Errachidi has since been released to Morocco.

**APPROVED FOR PUBLIC FILING BY CSO**

motion was not ruled upon before the Supreme Court reversed the *Boumediene* ruling.


Dated:        July 18, 2008              Respectfully submitted,



                                         Clive A. Stafford Smith (LA Bar No. 14444)
                                         Zachary Katznelson (CA Bar No. 209489)
                                         Cori Crider (Member NY Bar)
                                         Reprieve
                                         PO Box 52742
                                         London EC4P 4WS
                                         United Kingdom
                                         011 44 207 353 4640 (ph)
                                         011 44 207 353 4641 (fax)
                                         clivess@mac.com
                                         zachary@reprieve.org.uk
                                         cori@reprieve.org.uk

                                         *Counsel for Petitioners*

**APPROVED FOR PUBLIC FILING BY CSO**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused a copy to be served upon counsel for Respondents by filing this document directly on ECF, pursuant to approval by the Court Security Office.

Dated:  July 18, 2008