UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br><br> GUANTÁNAMO BAY DETAINEE LITIGATION <br> _____ <br><br> SAMIR Last Name Unknown, a/k/a MOHAMMED NOOR UTHMAN, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | X <br> : <br> : Misc. No. 08-442 (TFH) <br> : <br> X <br> : <br> : <br> : Civil Action No. 05-CV-2386 (RMU) <br> : <br> : <br> : <br> X |

**NOTICE OF PETITIONER'S REQUEST FOR
30-DAYS NOTICE OF TRANSFER**

Pursuant to Judge Hogan's Order dated July 10, 2008 and entered on July 11, 2008, requiring that "in cases in which the petitioner requests such notice, the government shall file notice with the Court 30 days prior to any transfer of a petitioner from Guantánamo Bay, Cuba," counsel for petitioners are hereby providing notice to the Court that they have requested 30 days notice of any transfer of Petitioner Samir Last Name Unknown, a/k/a Mohammad Noor Uthman, in *Mohammon v. Bush*, (No. 05-CV-2386), by transmitting such request via email to Andrew Warden, counsel for Respondents.

-2-

| | |
|---|---|
| Date:  San Francisco, California<br>       July 18, 2008 | Respectfully submitted,<br><br>Counsel for Petitioner:<br><br>  /s/ Howard Ross Cabot<br>  Howard Ross Cabot (Pursuant to LCvR 83.2(g))<br>**PERKINS COIE BROWN & BAIN P.A.**<br>2901 North Central Avenue, Suite 2000<br>Phoenix, Arizona  85012-2788<br>Tel:  (602) 351-8235<br>Fax:  (602) 648-7135<br><br>  /s/ James A. Nickovich<br>  James A. Nickovich (Pursuant to LCvR 83.2(g))<br>**PERKINS COIE LLP**<br>Four Embarcadero Center, Suite 2400<br>San Francisco, California  94111-4131<br>Tel:  (415) 344-7084<br>Fax:  (415) 344-7284 |

67260-0001/LEGAL14476698.1