IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) |
| This document relates to: | Civil Action No. 07-2337 (CKK) |
| **RIDAH BIN SALEH AL YAZIDI,** | |
| Petitioner/Plaintiff, | |
| v. | |
| **GEORGE W. BUSH**, et al., | |
| Respondents/Defendants. | |

**PETITIONER YAZIDI'S STATUS REPORT**

Ridah Bin Saleh Al Yazidi is a Tunisian citizen, who is presently incarcerated in Guantanamo, under the ISN #038. This status report describes the current position of Petitioner Yazidi's habeas corpus petition, filed on December 31, 2007.

**Factual Return.** Respondent has not produced a factual return in this case.

**Protective Order.** No protective order has been entered. The protective order entered by the United States Court of Appeals for the District of Columbia in *Bismullah v. Gates* and *Parhat v. Gates*, Nos. 06-1197 and 06-1397, as amended October 23, 2007, was entered in Petitioner's Detainee Treatment Act case on April 22, 2008. *Yazidi v. Gates*, No. 07-1522 (D.C. Cir., filed Apr. 22, 2008).

**Notice of Transfer.** On January 11, 2008, the court entered an order requiring the government to provide the counsel for petitioner and the Court with thirty days' advance notice of intended removal from Guantanamo (dkt. no. 9). The government appealed this order on March 7, 2008 (dkt. no. 18). On April 28, 2008, the Court of Appeals ordered that the appeal case be held in abeyance. *See Al Yazidi v. Bush*, No. 07-2337 (D.C. Cir., filed Apr. 29, 2008). Both parties have requested that the appeal be stayed pending resolution of a similar case (dkt. nos. 15, 16).

**Pending Motions.** There are no pending motions in this case.

**Status of Stay.** This case is not currently stayed. Petitioner's case should proceed in an expeditious manner.

Dated: July 18, 2008

Respectfully submitted,

Counsel for Petitioner:

   /s/ Brent N. Rushforth
Brent N. Rushforth (DC 331074)
Kit A. Pierson (DC 398123)
Sarah B. Pojanowski (DC 502036)
**HELLER EHRMAN LLP**
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

Shayana Kadidal (DC 49512)
Pardiss Kebriaei (DC 51395)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) |
| This document relates to: | Civil Action No. 07-2337 (CKK) |
| **RIDAH BIN SALEH AL YAZIDI,** | |
| Petitioner/Plaintiff, v. | |
| **GEORGE W. BUSH**, et al., | |
| Respondents/Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th of July, 2008, I caused a true and correct copy of the **PETITIONER YAZIDI'S STATUS REPORT** to be served on the following individuals through the ECF system:

TERRY M. HENRY
ANDREW WARDEN
JUDRY SUBAR
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
Counsel for Respondents

                                               */s/ Brent N. Rushforth*