```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

IN RE:                                :
                                      : MISC. No. 08-442 (TFH)
PETITIONERS SEEKING HABEAS
CORPUS RELIEF IN RELATION TO
PRIOR DETENTION AT
GUANTANAMO BAY                        :
                                      : Civil NO. 05-883 (RBW)


## KARIM BOSTAN'S STATUS REPORT

Pursuant to this Court's July 11, 2008 Order, Karim Bostan, through undersigned counsel, hereby files this Status Report, and states:

1. The petitioner, Karim Bostan, a citizen of Afghanistan, remains in custody at the United States Navy Base at Guantanamo Bay, Cuba.

2. Bostan has filed no duplicative petition. In 2007, Bostan commenced a proceeding under the Detainee Treatment Act (DTA) in the United States Court of Appeals for the District of Columbia Circuit. The government has recently moved to stay this DTA proceeding.

3. To date, in the instant proceeding, the government has not filed a return to Petitioner's habeas petition.

4. To date, the government has not produced to undersigned counsel the classified portion of Bostan's CSRT (at the outset of

1

this case undersigned counsel both obtained security clearances in order to be able to review such materials). In Bostan's DTA proceeding, the government only produced the unclassified portion of Bostan's CSRT. It is unclear whether the protective order in the DTA proceeding permits use of information obtained therein in the instant habeas proceeding.

4.   The Department of Defense has not informed undersigned counsel with respect to the outcome of Karim Bostan's recent Administrative Review Board Proceedings.  These ARBs are designed to determine whether a detainee continues to pose a threat to the United States, or whether a detainee can be released.  No military commission has charged Bostan with a crime.

Respectfully submitted,

MICHAEL CARUSO
ACTING FEDERAL PUBLIC DEFENDER

/s/
_____
Paul M. Rashkind
Chief of Appeals
Supervisory Assistant Federal Public
Defender
150 W. Flagler St. Suite 1500
Miami, Florida 33130-1555
Tel. (305) 536-6900 x 205
fax. (305) 530-7120
email: Paul_Rashkind@fd.org
Counsel for Petitioner

Timothy Cone
Assistant Federal Public Defender
150 W. Flagler St. Suite 1500
Miami, Florida 33130-1555
Tel. (305) 536-6900 x 227
Temp. (202) 208-7528 x 121
fax (202) 208-7515
email: Tim_Cone@fd.org
Counsel for Petitioner

/s/
_____