IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>)<br>GUANTÁNAMO BAY )<br>DETAINEE LITIGATION )<br>)<br>) <br>) | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-2384 (RWR) |

## NOTICE OF FILING

Please take notice that on July 18, 2008, counsel filed Petitioner Saad Al Qahtani's Traverse in Response to Respondents' Factual Return with the Court Security Officer pursuant to the terms of the Protective Order.

Dated:  July 18, 2008                            Respectfully submitted,

/s/ David W. DeBruin
One of the Attorneys for the Petitioner
Saad Al Qahtani

David W. DeBruin (DDC Bar No. 337626)   Patricia A. Bronte
JENNER & BLOCK LLP                                    Sapna G. Lalmalani
601 Thirteenth Street, N.W., Suite 1200       JENNER & BLOCK LLP
Washington, DC  20005-3823                       330 North Wabash Ave.
Tel: (202) 639-6000                                         Chicago, IL  60611
Fax: (202) 639-6066                                        Tel: (312) 923-8357
                                                                           Fax: (312) 840-7757

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2008, I caused the foregoing Notice of Filing to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Judry Laeb Subar
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, DC 20530


/s/ David W. DeBruin