Filed via ECF with the permission of the CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTÁNAMO BAY<br>DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)**<br><br>**Civil Action No. 05-2387 (RMC)** |

**STATUS REPORT**

Petitioner files this Status Report pursuant to the Scheduling Order issued by Judge Hogan on July 11, 2008 ("Scheduling Order"). (Docket No. 30 at 2, Case No. 05-2387 (RMC).)

**Background**

Petitioner Jobran Saad Al-Quhtani is a citizen of Saudi Arabia who is currently incarcerated at the Guantánamo Bay Naval Station, Cuba ("Guantánamo"). Petitioner has been held at Guantánamo for over six years, and has not been cleared for release or transfer.

**Petition for Habeas Corpus**

On December 12, 2005, Petitioner filed a petition for writ of habeas corpus through his next friend, his wife Nawal Maday Al-Quhtani, in the United States District Court for the District of Columbia (Docket No.1, Case No. 05-2387 (RMC)). The habeas petition was dismissed without prejudice on jurisdictional grounds by Judge Rosemary M. Collyer on January 27, 2007. However, Judge Collyer noted that the parties could move to reinstate motions if the appellate court concluded that jurisdiction in the district court was proper. (Docket No. 7 at 7, Case No. 05-2387 (RMC).) On May 10, 2007, Judge Collyer dismissed the case for lack of jurisdiction. (Docket No. 23 at 1-2, Case No. 05-2387 (RMC).)

Ultimately, the Supreme Court determined that detainees had the right to petition for habeas, and that federal district courts retained jurisdiction to hear petitions. *Boumediene v. Bush*, 128 S. Ct. at 2229, 2274-75 (2008). In light of *Boumediene* and Judge Collyer's January 27, 2006 order, Petitioner intends to move to vacate the dismissal and to reinstate his petition for writ of habeas corpus before Judge Collyer. Petitioner's counsel has been informed by the Government that it does not object to the reinstatement of Petitioner's habeas petition.

**Criminal Charges**

On May 28, 2008 charges were preferred against the Petitioner by the Office of Military Commissions alleging conspiracy and providing material support for terrorism. The charges have not been referred to a Military Commission.

**Protective Order**

Currently, there is no protective order in Petitioner's case. On May 10, 2007, Judge Collyer dismissed the case for lack of jurisdiction before entering a protective order. (Docket No. 23 at 1-2, Case No. 05-2387 (RMC).)

**Factual Return**

No factual return has been produced by the Government in Petitioner's case before this court.

Dated: July 18, 2008                     Respectfully submitted,

/s/ Skye Donald
Charles E. Patterson
Skye Donald
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
Tel. (213) 892-5200
Fax: (213) 892-5454

G. Brian Busey
DC Bar # 366760
Ketanji Brown Jackson
DC Bar # 460651
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W., Suite 5500
Washington, DC 20006-1888
Phone: (202) 887-1500
Fax: (202) 887-0763

Michael A. Jacobs
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Phone: (415) 268-7000
Fax: (415) 268-7522

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I, Skye Donald, hereby certify that I today caused a true and accurate copy of the Petitioner's Status Report to be served electronically via the Court's Electronic Case Filing system, which will send notification of such filing to all counsel of record.

Dated: July 17, 2008 /s/ Skye Donald
Skye Donald