## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>**GUANTÁNAMO BAY**<br>**DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) |
| QARI SAAD IQBAL, *et al.*,<br><br>　　　　　　　Petitioners,<br><br>　　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　　　　Respondents. | No. 06-CV-1688 (RMC) |

## STATUS REPORT

The above-captioned case was dismissed on October 2, 2006, as a redundant filing duplicative of the identical petition filed as 06-CV-1674. *See* Minute Entry Order (entered October 2, 2006) (noting "two copies of the same habeas petition" were filed). The Court need take no further action on this case.

Dated:　　New York, New York
　　　　　July 18, 2008

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Shayana D. Kadidal (D.C. Bar No. 454248)
　　　　　　　　　　　　　　　　　　　　CENTER FOR CONSTITUTIONAL RIGHTS
　　　　　　　　　　　　　　　　　　　　666 Broadway, 7th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10012

Tel: (212) 614-6438
Fax: (212) 614-6499

*Counsel for Petitioners*