IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 04-CV-2022 (PLF) |
| ) | |

**NOTICE OF APPEARANCE**

Undersigned counsel, Paul A. Dean, of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as one of the counsel for respondents in the above-captioned case. Please include undersigned counsel for defendants on all future correspondence, notices, and pleadings in this case.

| | |
|---|---|
| Dated: July 18, 2008 | Respectfully Submitted, |
| | GREGORY G. KATSAS<br>Assistant Attorney General |
| | JOHN C. O'QUINN<br>Deputy Assistant Attorney General |
| | /s/ *Paul A. Dean*<br>JOSEPH H. HUNT (D.C. Bar No. 431134)<br>VINCENT M. GARVEY (D.C. Bar No. 127191)<br>JUDRY L. SUBAR<br>TERRY M. HENRY<br>ANDREW I. WARDEN<br>PAUL E. AHERN<br>PAUL A. DEAN<br>Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W.<br>Washington, DC  20530<br>Tel:  (202) 514-3755<br>Fax:  (202) 616-8470 |
| | Attorneys for Respondents |