IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:   )<br>   )<br>   )<br>GUANTANAMO BAY   )<br>DETAINEE LITIGATION   )<br>   ) | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 04-CV-2022 (PLF) |

**RESPONDENTS' RESPONSE TO PETITIONER'S MOTION TO VACATE ORDERS
STAYING ACTION AND DENYING PETITIONER'S MOTION FOR DISCOVERY,
AND FOR AN ORDER REQUIRING RESPONDENTS TO COMPLY WITH
PETITIONER'S DISCOVERY REQUESTS**

Petitioner Saifullah Paracha moves to vacate orders staying the present action and denying petitioner's motion for discovery. Petitioner also moves for an order requiring respondents to comply with petitioner's discovery requests within 14 days (dkt. no. 161). This case has been transferred to the Honorable Thomas F. Hogan of this Court for coordination and management pursuant to the Court's July 1, 2008 Resolution of the Executive Session. *Paracha v. Bush*, Civil Action No. 04-2022 (PLF) (dkt. no. 159).

Respondents do not oppose lifting the stay in this case. Respondents respectfully note that Judge Hogan issued a scheduling order on July 11, 2008 (dkt. no. 165) for proceedings in all Guantanamo Bay habeas cases transferred to him for coordination and management, including this case, and thus petitioner's requests to vacate the denial of his motion for discovery and for an order requiring respondents to comply with petitioner's discovery requests within 14 days (dkt. no. 161) are moot. At a minimum, given that Judge Hogan's July 11 Scheduling Order sets both guidelines and a timetable for petitioner and the government to brief procedural framework issues, including discovery (dkt. no. 165 at 3), respondents respectfully submit that the discovery relief requested by petitioner is not appropriate at this time.

Dated: July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


 /s/ *Paul A. Dean*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
PAUL A. DEAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents