IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION<br><br>-------------------------------------------------------------<br><br>RAFIQ BIN BASHER BIN JALLUL ALHAMI and MOHAMMED ABDUL RAHMAN,<br>    Detainees,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba<br><br>      Petitioners/Plaintiffs.<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States, *et al.*,<br><br>      Respondents/Defendants. | Civil Action No. 08-442 (TFH)<br><br><br><br><br><br>Civil Action No. 05-0359 (GK) |

**PETITIONERS' STATUS REPORT**

Petitioners Rafiq Bin Basher Bin Jallul Alhami and Mohammed Abdul Rahman by and through their undersigned counsel, respectfully submits this report pursuant to the Court's July 11, 2008 Scheduling Order:

    1. Petitioner Rafiq Bin Basher Bin Jallul Alhami is at present detained in Guantanamo Bay.

    2. Petitioner Mohammed Abdul Rahman is at present detained in Guantanamo Bay.

    3. Petitioner Alhami has since been approved by the Department of Defense for release from U.S. military custody, without reservation.

1

4. Petitioner Rahman has since been approved by the Department of Defense for release from U.S. military custody, without reservation.

5. On March 7, 2005 the Court ordered respondents to "preserve and maintain all evidence and information regarding the torture mistreatment, and abuse of detainees now at the Guantanamo Bay detention facility."

6. Thereafter several other judges of this district issued similar preservation orders.

7. On October 2, 2007, Judge Kessler entered an Order granting Petitioner's Motion for Preliminary Injunction prohibiting the transfer of Petitioners to Tunisia.

8. In January 2008, petitioners filed a motion to Compel Respondents to Report on Compliance. This motion sought to Compel Respondents to report on video taped interrogations of Petitioners.

9. In January 2008 respondents filed a response in opposition to Motion to Compel.

10. Subsequent to Petitioners' motion to Compel Respondents to Report on Compliance, other video tapes of interrogations have been revealed to exist. Agents of Respondents have also, subsequent to Petitioners' motion to Compel, admitted that certain interrogations were in fact video taped. Specifically, interrogations done by agents of other foreign governments which were completed at Guantanamo were routinely videotaped. These interrogations probably include interrogations of Petitioners by agents of the government of Tunisia.

11. On July 2, 2008 the Court filed an Order transferring the case to Judge Thomas Hogan for coordination and management as reflected in the July 1, 2008 Resolution of the Executive Committee.

12. Petitioners filed a Motion of Summary Judgment on July 8, 2008 which is still pending.

Dated: July 21, 2008

          Respectfully submitted,

          /s/ Joshua W. Denbeaux
          JOSHUA W. DENBEAUX (JD7849)
          Denbeaux & Denbeaux
          366 Kinderkamack Road
          Westwood, NJ 07675
          (201) 664-8855
          Attorneys for Petitioners