IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| IN RE: | ) | |
| | ) | Misc. No. 08-CV-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 05-CV-359 (GK) |
| | ) | |

### [PROPOSED] ORDER

Upon consideration of Petitioners' Motion For Summary Judgment and Respondents' Motion To Stay As To Petitioners' Motion For Summary Judgment, it is, hereby:

**ORDERED** that Respondent's Motion To Stay is **GRANTED**.

**SO ORDERED**.

Dated: _____, _____, 2008        _____
                                          GLADYS KESSLER
                                          United States District Judge