# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| JAMAL KIYEMBA, AS NEXT FRIEND OF<br>    ABDUSABUR DOE, et al.,<br><br>        Petitioners,<br><br>              v.<br><br>GEORGE W. BUSH, et al., .<br>        Respondents. | Civil Action No. 05-1509 (RMU) |

## JULY 21, 2008 DECLARATION OF SABIN WILLETT

Pursuant to 28 U.S.C. § 1746, I, Sabin Willett, declare under penalty of perjury that the following is true:

1.    I met with Huzaifa Parhat in Camp 6, Guantánamo Bay, in mid-October, 2007. In our meeting, he requested that a message be passed to his wife. He stated that she should consider him dead and remarry.

2.    Our most recent communication with Mr. Parhat was by telephone, in July, 2008, following the decision of the Court of Appeals for the District of Columbia Circuit in *Parhat v. Gates*, No. 06-1397, 2008 WL 2576977, *1 (D.C. Cir. June 20, 2008). Parhat advised of an urgent wish to speak to his mother. The Red Cross has informed him that her health is deteriorating, and he was deeply concerned that he might not be able to speak to her again before she dies.

3.    We have requested such a call. To date, the request has not been allowed.

4.    Attached hereto as Exhibit 1 is a photocopy that I obtained from the Boston Public Library of an article published in The Boston Globe on July 30, 1944.

5.    Attached hereto as Exhibit 2 is a photocopy that I obtained from the Boston Public Library of an article published in The Boston Globe on June 5, 1944.

I declare under penalty of perjury that the foregoing is true.

_____
Sabin Willett

A/72601565.1



## Mobile Service Units
## Moved From So. Boston To Harbor Islands
## Two Sides of the Row

By FRANCES BURNS

Mobile Service Units (prisoners
of war) and their status . . . [illegible] have been housed . . . South
Boston . . . First Service . . . [illegible]
drews . . . [illegible] . . . the Boston Harbor . . . [illegible]
shop, and . . . [illegible] section
at the fort, and be taken daily
by ferry to the Boston Port of
Embarkation to work.

No change in the status of the
units is contemplated, Maj. Gen.
Sherman Miles, commanding
General of the 1st Service Command announced yesterday. For
four months the Italians have
been employed as laborers under
the authority of the Port of
Embarkation, of which Brig. Gen.
Calvin DeWitt Jr. is now
commanding officer. The arrangements were made by the War
Department after the armistice
with Italy and the 1st Service
Command was charged with the

care of the units when they were
sent to this area. The men were
moved, it was explained, because
of the necessity of the camp to
Camp Edwards, which has been
more crowded than usual this
Summer.

Men Are 'Reserved'
Continuation of their present
status is doing as they remain in
Boston means that:
1. They will be housed, fed,
clothed and hospitalized as are
American soldiers according to the
agreement of the Geneva Convention for all prisoners of war in
this country.
2. As volunteers on work directly connected with the prosecution
of the war they will not be kept
in a stockade; one-third of the 80
cents a day which they are paid
for nine hours' work will be given
them at the end of the month in
cash, instead of the canteen checks
in which prisoners of war normally
receive their pay, they will be given
some liberty on their days off in the
way of passes out of the camp

See PRISONERS    Page 14



after clearing tank trap looking over the road to repossession of the Mariana Island, former United States territory.

"Coddling" Story Denied

Gen Kelis Whats Related



**FIRST ACTION PHOTO** of battle for Guam shows Marines after clearing tank trap looking over the road to repossession of this Mariana island, former United States territory.

*Marine Signal Corps Radio Photo*



# Former Italian Prisoners Enjoy Boston Hospitality

Given their first breath of free... civilian mass in the ... enjoying an outing ... ...Philco... Africa... ...Chico, Italy retired from the ...300 former Italian prisoners ...war military authorities in this ...their liberty yesterday by a...

(See PRISONERS...)

## Prisoners

Continued... First Page

...take an oath of allegiance to the United States... ...objects under the ...the Army...

...Church in the ...yesterday ...mass of capt... ...church-goers ...clothed in G.I....

...curate at St. Leonard's... ...treated these former prisoners of war... to thank God for being ...spared from death, and for coming ...to this country... the greatest demo-cracy... in the world... guests ...Fr. Filicini was himself a prisoner ...of the Germans for 18 months during ...the World War I.

### Star-Spangled Here

Following the church services, the men were escorted by 4000 cars... ...the Hatch Memorial Shell on the Charles River Esplanade... ...sang ... Flowers ...posing for pictures...

...to the subject of their ...prayers, they revealed that they ...were offering thanksgiving for the ...joy of recreation and the certainty ...for a swift conclusion of the war...

### Thoughts of Home

...played games among them- ...and although the fathers ...had provided baseball equipment ...most of them showed preference for ...their native fashion such as bocchi...

**FORMER ITALIAN WAR PRISONERS** ... at Hatch Shell ... Armando Zannoccini of mili-police, ... Italian group. ... Rev. Daniel St. Laverdie of St. Leonard's Church is seated in ...