**Steven T. Wax, OSB #85012**
**Federal Public Defender**
**steve_wax@fd.org**
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
**steve_sady@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, Oregon  97204**
**Tel:   503-326-2123**
**Fax:   503-326-5524**
**Attorneys for Petitioner**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-889 (ESH) |
|---|---|

## MOTION TO FILE UNDER SEAL

The petitioner, through his counsel, Steven T. Wax and Stephen R. Sady, respectfully request that his Status Report be filed under seal.

Respectfully submitted on July 23, 2008.

                                    */s/ Steven T. Wax*
                                    Steven T. Wax
                                    Federal Public Defender

                                    */s/ Stephen R. Sady*
                                    Stephen R. Sady
                                    Chief Deputy Federal Public Defender