IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-442 (TFH)

Civil Action No. 02-CV-828 (CKK)

**PROPOSED ORDER**

Upon consideration of petitioner Foad Mahmoud Al Rabiah's motion to substitute parties, and respondents opposition thereto, it is hereby ordered that petitioner's motion is GRANTED IN PART and DENIED IN PART:

1) Petitioner's motion to substitute respondents is GRANTED;

2) Petitioner's motion to substitute his next-friend is DENIED;

3) Petitioner's next-friend, Monzer M.H.A. Rabieah, is DISMISSED from this case;

4) This case shall proceed directly on behalf of petitioner Al Rabiah.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE