IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| JAMAL KIYEMBA, AS NEXT FRIEND OF ABDUSABUR DOE, et al.,<br><br>    Petitioners,<br>v.<br>GEORGE W. BUSH, et al.,<br>    Respondents. | Civil Action No. 05-1509 (RMU) |

## DECLARATION OF ALIM SEYTOFF

I, Alim Seytoff, hereby declare under penalty of perjury that the following is true:

1. My name is Alim Seytoff. I am the general secretary of the Uyghur American Association ("UAA").

2. I reside at 4600 Duke street, No. 1101, Alexandria, VA 22304. I am a permanent resident alien in the United States.

3. Uyghurs as a group have suffered persecution from the government of the People's Republic of China. many Uyghurs have been granted asylum in the United States as political refugees. The UAA is an association of expatriate Uyghurs resident in the United States that promotes the cultural and political interests of the Uyghur people.

4. In my capacity as general secretary of UAA, I am regularly in contact with representatives of Congress, the State Department, and various human rights organizations and think tanks in connection with Uyghur affairs.

5. To the best of my knowledge, more than 250 Uyghur people live in and around the District of Columbia.

6. The cases of the Uyghur men held prisoner at Guantanamo are well known to me and among Uyghurs resident in America. Public developments in those cases are regularly reported on the UAA website and in the reports of Radio Free Asia that are prepared and broadcast from studios in Washington, D.C. I have frequently engaged in discussions with UAA leaders, members, and other Uyghurs concerning these cases.

7. Among the cases that I and many other Uyghurs have followed in the public press is that of Huzaifa Parhat.

8. There is widespread sympathy in the Uyghur American community for Mr. Parhat and the other Uyghur men detained at Guantanamo Bay. There is broad support in the UAA and among Uyghurs resident in the United States for the release of Mr. Parhat, and the other Uyghurs at Guantanamo, into the United States.

9. The Uyghur American community is ready, willing, and able to provide support to any Uyghurs who are released from Guantanamo to America. Uyghurs stand ready to provide residential accommodation to Mr. Parhat, and other released Uyghurs, as well as logistical support with regard to language, cultural, and religious matters. The community is ready, willing and able to assist Mr. Parhat as regards any conditions of temporary release that might be imposed by the Court, including with regards to transportation, language, and the like, that may be necessary to meet reporting obligations to government officials and to interact with courts, government officials, and the world at large.

10. The Uyghur American community has considerable experience in addressing matters of this kind. Many Uyghurs who have made there way to America have suffered persecution, and arrive here with significant logistical needs. Also, we are aware that after long imprisonment, Mr. Parhat and other Uyghurs will need considerable support to acclimate themselves to normal life. The Uyghur American community has on many occasions in the past provided this kind of logistical and personal support.

11. I and other members of the Uyghur American community would be pleased to appear in Court and address any questions of the government or the Court with regard to the provision of logistical support to Mr. Parhat, or other Uyghurs released from Guantanamo Bay.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true.

Dated: July 21, 2008

Alim Seytoff