# Exhibit A

## DECLARATION OF MUSA'AB OMAR AL MADHWANI

I, Musa'ab Omar Al Madhwani, am a prisoner at Guantánamo Bay Naval Base. I have reviewed the Arabic translation of this Declaration, a copy of which is attached. The information provided in this Declaration is true and correct to the best of my knowledge, information, and belief.

1. I went to Afghanistan in the summer of 2001, before there was any armed conflict between the United States and the Taliban. I met two men in a coffee shop in my neighborhood. The men invited me to travel to Afghanistan, and they told me that I could teach children or do whatever I wanted there for one month. The men paid my airfare and arranged a one-month visa. The men never mentioned anything about training or training camps; if they had, I would not have gone. I had no intention of training or fighting.

2. When I arrived in Afghanistan, I was shocked when my passport and personal papers were confiscated, but I was told they were merely being put in a safe place. I was also told I was required to attend a training camp for two months. I do not know the name of the training camp they sent me to. After I had been at the camp for 25 days, the attacks of September 11, 2001 occurred. I left the training camp because I thought that fighting might occur and I did not want to participate in any fighting. Instead, I went in search of my papers and passport. By the time I recovered them, my visa and return plane ticket had expired. In addition, I had heard that people were selling Arabs for $5,000. I was able to make my way to Pakistan, but my lack of money and visa and fear of capture by bounty hunters prevented me from securing a flight to return home to Yemen.

3. I was never on a battlefield and never witnessed any fighting. I never participated in any fighting, and I never became a member or associate of the Taliban or Al Qaida.


UNCLASSIFIED

4. On the morning of September 11, 2002, Pakistani forces raided the apartment building where I was staying. They were looking for a man staying in a different apartment from mine. I immediately surrendered to the Pakistani forces, who shook my hand, thanked me, and photographed me. The Pakistanis told me that, after they took me into custody, there was a firefight between the Pakistani forces and some of the occupants of a different apartment of the building.

5. The Pakistanis held me for about five days. They tied me up, beat and threatened me, and hit me in the head with the butt of a rifle. They told me that if I did not admit to seeing weapons in the apartment, then I would be held responsible for the deaths that occurred in the firefight. The Pakistanis also threatened not to turn me over to Yemen or the United States, but rather to hold me secretly for the rest of my life or to kill me and cut my body into pieces.

6. Five or six hours later, an American with an Arabic interpreter blindfolded me, put a hood over my head, and interrogated me. Americans took several photographs of me that showed the blood from my head wound seeping through the cloth.

7. That night a Pakistani intelligence officer came to my cell. He was very angry that the Americans had seen the blood on my head. The intelligence officer whipped me, and then a Pakistani policeman beat me. The Pakistanis did not clean my head wound until the following day.

8. The Americans then took me to the Dark Prison and held me there for about 40 days. The cell remained in total darkness during that time. Raucous music blared continuously, except that screams of other prisoners could be heard when the tapes were changed. I was beaten, kicked, sprayed with cold water, deprived of food and sleep, and subjected to extreme cold, stress positions, and other forms of torture. I was partially suspended by the left hand for

the entire time at the prison, so that I could not sit and was forced to rest all my weight on one leg. This resulted in permanent nerve damage to my leg. Once I tricked the guard into handcuffing my right hand instead of the left. The next day the guard beat me, saying "it must be your left hand." The handcuffs were so tight that my hands were bleeding. The Americans sprayed me with cold water and dumped water on my head until I got seizures and collapsed. The pain was so extreme that I would pass out repeatedly. Then I was freezing and sweating at the same time. An Arabic-speaking interrogator told me that I was in a place the bull flies cannot find. He said no one could find me in that place, not even the International Committee of the Red Cross.

9. Doctors periodically checked on me. After examining me, they told the interrogators that it was okay to continue beating me.

10. I was interrogated frequently in the Dark Prison. During the interrogations a bright light was aimed at my face so that I could only see my interrogator, but I could sense and occasionally hear that other people were in the room. After awhile I admitted to whatever the interrogators accused me of, just to stop the torture and abuse.

11. The interrogators knew that my "admissions" under torture were untrue. Once I was tortured into saying that I had seen a man named Seif Al Adel from far away. Some time later, the interrogator showed me a photograph and asked me if I knew the man pictured there. I did not recognize him. The interrogator flew into a rage, screaming at me and saying that it was Seif Al Adel and I had already admitted knowing him.

12. In the fall of 2002, U.S. forces transferred me to the Bagram prison, where I was held for about five days. The Americans took more photographs of me. I was forced to stand

# UNCLASSIFIED

the entire time until my feet swelled and I was exhausted. I was dragged by the neck to interrogation, where dogs would bark in my face.

13. U.S. forces transferred me to Guantánamo in late 2002. At first I was held in isolation and interrogated frequently. Each time I was interrogated at Guantánamo, there was a video monitoring device in the room. The interrogators at Guantánamo knew that I had been imprisoned and tortured at Bagram and the Dark Prison. They would ask me, "So, how did you like it at Bagram? How did you like the Dark Prison?"

14. An interrogator at Guantánamo showed me photographs of some of the same people I had been asked to identify at the Dark Prison. I told the interrogator I did not really know these people, and I had only said I did before because I was tortured. The interrogator became very angry, threw the file, grabbed a chair, and began screaming in my face. Because I feared that the torture would resume, and because the interrogator threatened to send me back to Bagram or the Dark Prison, I falsely admitted that I did know the people in the photographs.

15. In or about early 2004, a military guard asked me if I wanted to go outside. I asked for a translator. The guard became upset that I could not speak English and said, "You don't want to go outside." That night, I heard the Immediate Reaction Force ("IRF") approaching. They shot pepper spray at my face and forced me to lie face down on the metal floor of the cell. Several guards got on top of me and beat my back. While this was happening, a guard was videotaping the actions of the IRF.

16. At various times, interrogators have coerced me into saying that I have seen Khalid Sheikh Mohammed before. I do not know Khalid Sheikh Mohammed, and if he saw me or my photograph he would not know who I am or anything about me, except perhaps what other interrogators have told him about me.



# UNCLASSIFIED

**UNCLASSIFIED**

17. Although I have been treated harshly by some Americans, I do not harbor any hatred in my heart for the American people. I have never fought and never would fight the United States, and I am ~~adamantly~~ opposed to ~~terrorists like Al Qaida who pervert the true meaning of Islam~~ *strongly killing of innocent people and violent operations by any group whatsoever*. If I were allowed to return home, I would rejoin my family. I would get married as soon as possible and start a family of my own. My mother and sister are already saving money and preparing for my wedding. I would also like to attend college to study accounting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 1/7/ , 2008

Musa'ab Omar Al Madhwani
ISN 839

UNCLASSIFIED

## إقرار مصعب عمر المدواني

أنا، مصعب عمر المدواني، سجين بالقاعدة البحرية بخليج جوانتانامو. لقد اطّلعت على الترجمة العربية من هذا الإقرار، ومرفق نسخة منه، والمعلومات الواردة في هذا الإقرار حقيقية وصحيحة على حد علمي ومعلوماتي ويقيني.

1. لقد ذهبت إلى أفغانستان في صيف 2001 قبل وجود أي نزاع مسلح بين الولايات المتحدة وطالبان، لقد قابلت رجلين بمقهى بمنطقة جيرتي ودعياني إلى السفر إلى أفغانستان. وأخبراني أنني يمكنني التدريس للأطفال أو أن أفعل ما يحلو لي هناك لمدة شهر واحد. وقد سددا أجرة السفر بالطيران ورتبا لي تأشيرة لمدة شهر واحد. ولم يذكرا أي شيء عن تدريب أو عن معسكرات التدريب؛ ولو كانوا قد قاما بذلك لما ذهبت. ولم تكن لدي أي نية للتدريب أو القتال.

2. وعندما وصلت لأفغانستان صعقت عند مصادرة جواز سفري وأوراقي الشخصية، ولكني أُخبرت أنها ستوضع فحسب في مكان آمن. وقد أُخبرت أيضًا أنني مطالب بحضور معسكر تدريب لمدة شهرين، ولكني لا أعلم اسم معسكر التدريب الذي أرسلوني إليه. وبعد مكوثي في المعسكر لمدة 25 يومًا وقعت هجمات الحادي عشر من سبتمبر 2001، فتركت معسكر التدريب لأنني ظننت باحتمالية نشوب قتال وأنا لا أريد أن أشارك في أي قتال. وعوضًا عن ذلك، أخذت في البحث عن أوراقي وجواز سفري. وحينما استرددتهم كانت تأشيرتي وتذكرة الرجوع بالطائرة قد انقضيا. وعلاوةً على ذلك، سمعت بأن الناس يبيعون العرب نظير 5000 دولار أمريكي. وقد كنت قادراً على شق طريقي إلى باكستان ولكن منعني نقص الأموال وعدم وجود تأشيرة وخوفي من الأسر من قِبَل صائدي الجوائز[2] من تدبير رحلة بالطيران والعودة إلى وطني اليمن.

3. لم أتواجد قط في ساحة القتال ولم أشهد بتاتًا أو أشارك أبدًا في أي قتال، كما لم أصبح فردًا أو انتسبت لطالبان أو القاعدة.

4. صباح 11 سبتمبر 2002 أغارت القوات الباكستانية على المبنى الكائنة به الشقة التي أقيم بها. وقد كانوا يبحثون عن رجل يقيم في شقة غير شقتي، وقد استسلمت على الفور للقوات الباكستانية التي صافحتني وشكرتني والتقطت لي صورة. وقد أخبرني الباكستانيين بعدما اعتقلوني أن معركة بالأسلحة النارية نشبت بين القوات الباكستانية وبعض المقيمين بشقة أخرى بالمبنى.

UNCLASSIFIED

---
[2] تعليق المترجم: هم أفراد يلاحقون المطلوبين للعدالة لقاء مكافأة مالية.

5. وقد احتجزني الباكستانيين لخمسة أيام تقريبًا، وقاموا بتقييدي وضربي وتهديدي، وقد ضربوني بعقب بندقية في رأسي وأخبروني أنني إذا لم أعترف برؤية أسلحة في الشقة سأكون مسئولاً آنئذ عن حالات الوفاة التي حدثت في المعركة النارية. وقد هددوني أيضًا بعدم تسليمي إلى اليمن أو الولايات المتحدة، ولكنهم بدلاً من ذلك سيحتجزونني سرًا لبقية حياتي أو أن يقوموا بقتلي وتمزيق جسدي إربًا.

6. بعد ذلك بخمسة أو ستة ساعات قام أمريكي برفقته مترجم فوري للغة العربية بعصب عينيّ ووضع غطاء على رأسي واستجوابي. وقد أخذ الأمريكي بضعة صور لي أظهرت الدم النازف من رأسي ويغرق ثيابي.

7. في تلك الليلة قدم إلى زنزانتي ضابط مخابرات باكستاني، وقد كان في شدة الغضب لمرأى الأمريكيين الدم على رأسي. وقام ضابط المخابرات بجلدي ثم ضربني ضابط بوليس باكستاني، ولم ينظف الباكستانيين جرح رأسي إلى اليوم التالي.

8. من ثم أخذني الأمريكيين إلى سجن مظلم واحتجزوني هناك لنحو 40 يومًا. وقد ظلت الزنزانة في ظلام حالك طوال ذلك الوقت. وكانت موسيقى صاخبة تدوي على نحو مستمر، باستثناء ذلك كانت تسمع صرخات المساجين الآخرين عند تغيير الشرائط. وقد تم ضربي وركلي ورشي بماء بارد وحرماني من الطعام والنوم، وعرّضت إلى برد قارص وأوضاع إجهاد وألوان أخرى من العذاب. وقد كنت معلق بشكل جزئي من يدي اليمنى طوال الوقت بالسجن بحيث لا أتمكن من الجلوس وأن أجبر أن أرتكز بكل وزني على قدم واحدة، ونتج عن هذا تلف دائم بعصب ساقي. يومًا ما احتلتُ على الحارس ليصفد يدي اليمنى بدلاً من اليسرى فضربني اليوم التالي قائلاً "يجب أن تكون اليد اليسرى هي المُصفّدة." وقد كانت الأصفاد غاية في الإحكام حتى أدمت يداي. وقام الأمريكان برشي بالماء البارد وإغراق رأسي بالماء حتى انتابتني نوبات مرضية وانهرت. وقد بلغ بي الألم مبلغه إلى أن تكرر فقداني للوعي. حينها كنتُ أتجمد بردًا وأغرق في العرق في الوقت ذاته وأخبرني محقق ناطق بالعربية أني في مكان لا يمكن حتى لحشرات روث البهائم أن تجده. وقال لا يمكن لأحد أن يجدني في هذا المكان حتى اللجنة الدولية للصليب الأحمر.

9. كان الأطباء يقومون بفحصي بشكلٍ دوري. وأخبروا المحققين بعد فحصي أنه لا بأس من الاستمرار في ضربي.

10. كثيرًا ما كان يتم استجوابي في السجن المظلم. وكان يسلط ضوء ساطع في وجهي أثناء الاستجوابات بحيث لا يمكنني أن أرى سوى محققي، ولكني كنتُ أسمع وأحس من آن لآخر أن هناك أناس آخرون في الغرفة. وبعد فترة قصيرة اعترفت بأيّما اتهمني به المحققين فقط كي يتوقف التعذيب والإساءات.

11. وقد علم المحققين أن "اعترافاتي" تحت التعذيب كانت غير صحيحة. وذات مرة أجبرت تحت وطأة التعذيب إلى أن أقول أني رأيت رجلاً يدعى سيف العدل منذ زمن، وبعدها بحين أراني المحقق صورة وسألني إذا ما كنت أعرف الرجل بها فلم أتعرف عليه، حينها استشاط غضبًا وصرخ في قائلا أنه هو سيف العدل وأني قد اعترفت أنني أعرفه.

12. في خريف 2002 نقلتني القوات الأمريكية إلى سجن "باجرام" حيث احتجزت لخمسة أيام تقريبًا، والتقط الأمريكان المزيد من الصور لي. وقد أُجبرت على الوقوف كل الوقت حتى تورمت قدماي وأُنهكت، وكان يتم جري من رقبتي إلى المحققين حيث تنبح الكلاب في وجهي.

13. نقلتني القوات الأمريكية إلى جوانتانامو في أواخر 2002. في بادئ الأمر كنت محتجزًا في الحبس الانفرادي واستجوبت مرارًا. وكل مرة كان يتم استجوابي في جوانتانامو كان يوجد جهاز مراقبة تليفزيوني بالحجرة. وكان المحققين في جوانتانامو أني سجنت وعُذبت في "باجرام" والسجن المظلم فكانوا يسألونني "إذن، هل أعجبك الأمر في "باجرام"؟ هل أعجبك السجن المظلم؟"

14. أراني محقق في جوانتانامو صور لبعض الناس الذين طُلب مني التعرف عليهم في السجن المظلم. وقد أخبرت المحقق أني لم أعرف أولئك الناس بالفعل وأني قد قلت أني أعرفهم من قَبلُ لأنه تم تعذيبي ليس إلا. فأصبح المحقق في قمة الغضب وألقى بالملف وأمسك كرسيًا وبدأ بالصراخ في وجهي. وبسبب خوفي من استكمال التعذيب ولتهديد المحقق بإعادتي إلى "باجرام" أو السجن المظلم اعترفت كذبًا أني كنت أعرف أولئك الناس بالصور.

15. في مستهل 2004 أو قبل ذلك سألني حارس عسكري إذا ما كنت أرغب بالذهاب إلى الخارج. وعندما طلبت مترجمًا ثار الحارس لأنني لم أستطع التحدث بالانجليزية وقال "أنت لا تريد الذهاب للخارج." وفي تلك الليلة سمعت قوة التدخل الفوري (والمشار إليها بـ "قوة التدخل الفوري") تقترب، وأطلقوا رذاذ الفلفل الحارق في وجهي وأجبروني على الانبطاح ووجهي للأرض على الأرضية المعدنية للزنزانة واعتلاني بعض الحراس وضربوني على ظهري. وأثناء حدوث ذلك كان أحد الحراس يصور أفعال قوة التدخل الفوري على شريط فيديو.

16. وفي مختلف الأوقات كان يكرهني المحققين على قول أني رأيت خالد شيخ محمد من قبل. أنا لا أعرف خالد شيخ محمد وإذا رأني أو رأى صورتي فلن يعرفني ولن يعرف أي شيء بخصوصي عدا ما يكون قد أخبره به المحققين الآخرين عني.

لعل الليبيا، العمليات الحسب ي أو جعله
كل

SSIFIED

17. وعلى الرغم من أنه قد تمت معاملتي بقسوة من بعض الأمريكيين، فأنا لا أضمر أي ضغينة في قلبي تجاه الشعب الأمريكي. كما أني لم أقاتل قد ولا أنوي مقاتلة الولايات المتحدة وأنا معارض بشدة للإرهابيين أمثال القاعدة الذين شوهوا المعنى الحقيقي للإسلام وإن سمح لي بالعودة لموطني، سوف أعيد الاتحاد بعائلتي وسأتزوج بأسرع ما يمكن وأكون عائلة خاصة بي، الآن تدخر أمي وزوجتي النقود وتعدان لزفافي. وأرغب أيضًا بالالتحاق بالكلية لدراسة المحاسبة.

وأقر مدركًا لعقوبة قول الزور بموجب قوانين الولايات المتحدة الأمريكية أن ما سبق حقيقي وصحيح.

التاريخ: ١/٧ ـــــــــ 2008

مصعب عمر المدواني
الرقم المسلسل بالسجن[3] 839

الإجمالي 6 صفحات

{تعليق المترجم: تحمل كافة صفحات هذا المستند خاتمين مفادها: "غير مصنف كمعلومات سرية".}

UNCLASSIFIED

---
[3] ISN: Internment Serial Number