IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | |
| ) | Civil Action No. 05-CV-2035 (GK) |

**NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that the United States has relinquished custody petitioner Jarallah Al-Marri (ISN 334) and transferred him to the control of the Government of Qatar.

In the Stipulation and Order filed with the Court under seal on June 9, 2008, the parties agreed that, pursuant to the protective orders entered by the Court's Order of December 16, 2004 (dkt. no. 7), Respondents' Notice Pursuant To The Court's April 4, 2005 Order (filed under seal on June 6, 2008), as well as the Stipulation and Order, would be designated as "protected information" pending notice by respondents of completion of the transfer of petitioner to Qatar. Accordingly, the transfer having taken place, respondents hereby withdraw their request to have the Notice and Stipulation and Order treated as protected information.[1]

Dated: July 29, 2008            Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

---

[1] Consistent with this withdrawal, respondents have no objection to the Notice and Stipulation and Order being unsealed and placed on the public record.

JOHN C. O'QUINN
Deputy Assistant Attorney General


  /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents