UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-0442 (TFH)<br><br>Civil Action No. 05-2385 |

### ORDER

Based on the parties' Joint Report In Response To Court's July 11, 2008 Scheduling Order (08-MC-0442, docket # 170), and the entire record herein, the Court

**ORDERS** that all petitioners other than the following are **DISMISSED** without prejudice from Civil Action Number 05-2385: Mohammed Kameen (ISN 1045); Saki Bacha (ISN 900); Muhammed Saad Iqbal Madni (ISN 743); Riad Nargeri (ISN 510); Houmad Warzly (ISN 574); Sabry Mohammed (ISN 570); and Saleh (ISN 78).

July 29, 2008                                     /s/
                                          Thomas F. Hogan
                                     United States District Judge