UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-0442 (TFH)

Civil Action No. 05-2386

## ORDER

Based on the parties' Joint Report In Response To Court's July 11, 2008 Scheduling Order (08-MC-08442, docket # 170), and the entire record herein, the Court

**ORDERS** that all petitioners other than the following are **DISMISSED** without prejudice from Civil Action Number 05-2386: Abd Al Zaher (ISN 89); Abdurahman LNU (ISN 441); Ahmed Omar (ISN 30); Ali LNU (ISN 455); Edress LNU (ISN 35); Mohammed Ahmed Saeed Hidar (ISN 498); Sharaf Al Sanani (ISN 170); Alkhadr Abdullah Al Yafie (ISN 34); Saif Ullah (ISN 46); Abdul-rahman Abdo Abdulghaith Sulaiman (ISN 223); Abu Rawda (ISN 326); Jabbarov Oybek Jamolovich (ISN 452); Adil LNU (ISN 148); Mohammed Abdullah Taha Mattan (ISN 684); Samir LNU (ISN 707); Tofiq Nasser Awadh Al Bihani (ISN 893); Shargowi LNU (ISN 1457); Mohammed Al Palestini (ISN 49); Abdullah Bo Omer Hamza Yoyej (ISN 257); Bilal LNU (ISN 330); Mustafa Al Shamili (ISN 434); Maher El Falesteny (ISN 519); Abdal Razak Ali (ISN 685); Abdulaziz LNU (ISN 687); Mohammed Ahmed Slam Al-Khateeb (ISN 689); Jamil Ahmad Saeed (ISN 728); Abdul Aziz Naji (ISN 744); and Sanad Ali Alkaliemi (ISN 1453). The Court further

2

     **ORDERS** that Civil Action Number 05-2386 is transferred to Judge Reggie B. Walton.[1] The Court further

     **ORDERS** that the claims of petitioners Abdul Ghaffar (ISN 281) and Adel Noori (ISN 584) be given a new civil action number and, in accordance with the Court's order of July 9, 2008 (08-MC-0442, docket # 44), be consolidated with Civil Action Numbers 05-1509, 05-1602, 05-1704, 05-2370, and 05-2398 for consideration before Judge Ricardo M. Urbina. The Court directs the Clerk's Office to use the petition filed in Civil Action Number 05-2386[2] as the petition in the new civil action number. The Court further

     **ORDERS** that, although the claims of Abdul Ghaffar (ISN 281) and Adel Noori (ISN 584) will receive a new civil action number, for purposes of processing and filing factual returns in accordance with the Court's scheduling order of July 11, 2008, the government shall treat the claims as having been filed on December 21, 2005.

July 29, 2008

                                       /s/
                                   Thomas F. Hogan
                               United States District Judge

---

[1] On July 9, 2008, this Court ordered the claims of Abdul Ghaffar (ISN 281) and Adel Noori (ISN 584) consolidated with the claims of fifteen other Uighur petitioners for consideration before Judge Ricardo M. Urbina. 08-MC-0442, docket # 44. The following day, the entirety of 05-CV-2386 was inadvertently transferred to Judge Urbina.

[2] In the petition, Abdul Ghaffar is identified as Abdurahman LNU and appears at paragraph 230, and Adel Noori is identified as Adel LNU and appears at paragraph 232.