IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, et al.,<br><br>   *Petitioners/Plaintiffs,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>   *Respondents/Defendants.* | Civil Action No. 05-1124 (RMC) |
| In re GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| In re PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | Misc. No. 08-444 (TFH) |

## NOTICE OF APPEARANCE

  Pursuant to L.C.v.R. 83.6(a), I hereby submit my appearance as counsel for the Petitioners in the above-captioned matter.

                Respectfully submitted,

                */s/ Tara R. Kelly*
                Tara R. Kelly
                D.C. Bar No. 438241
                DECHERT LLP
                1774 I St., N.W.
                Washington, D.C. 20006
                (202) 261-3329
                tara.kelly@dechert.com

July 29, 2008

## CERTIFICATE OF SERVICE

I, Tara R. Kelly, hereby certify that on July 29, 2008, I caused to be served via electronic filing a true and correct copy of the foregoing Notice of Appearance on counsel of record for Respondents, as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7144
Washington, D.C. 20530
(202) 514-4107

_____
Tara R. Kelly