IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ASIM BEN THABIT AL-KHALAQI ) | |
| ) | Misc. No.  08-CV-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No.  05-CV-0999 (RBW) |
| ) | |

**RESPONDENTS' OPPOSITION TO MOTION TO RENEW PREVIOUSLY-FILED
MOTION SEEKING IMMEDIATE ISSUANCE OF THE
WRIT OF HABEAS CORPUS OR, ALTERNATIVELY, SEEKING
<u>AN ORDER TO SHOW CAUSE WHY THE WRIT SHOULD NOT BE GRANTED</u>**

In light of the Court's orders of July 11, 2008 (dkt. 62), and July 29, 2008 (dkt. 73), and the hearing held on July 8, 2008, respondents respectfully request that the present motion – petitioner's motion to review his previously-filed motion seeking immediate issuance of the writ of habeas corpus or alternatively, issuance of an order to show cause why the writ should not be issued (dkt. no. 66) – be denied.

Dated: August 1, 2008                Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /S/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 616-5084
Fax: (202) 616-8470
Attorneys for Respondents