IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, et al., ) <br> ) <br> *Petitioners/Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> *Respondents/Defendants.* ) <br> ) | Civil Action No. 1:05-CV-1124 (RMC) |
| In re GUANTANAMO BAY DETAINEE ) <br> LITIGATION ) <br> ) | Misc. No. 08-442 (TFH) |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to L.C.v.R. 83.6(c), I hereby move to withdraw as counsel for the Petitioners in the above-captioned *Mousovi* action. An affidavit respecting the requirements of that rule is attached as Exhibit A.

               Respectfully submitted,

               /s/ Rebecca P. Dick
               Rebecca P. Dick
               D.C. Bar No. 463197
               DECHERT LLP
               1774 I St., N.W.
               Washington, D.C. 20006
               (202) 261-3329
               rebecca.dick@dechert.com

August 1, 2008

## **CERTIFICATE OF SERVICE**

I, Rebecca P. Dick, hereby certify that on August 1, 2008, I caused to be served via electronic filing a true and correct copy of the foregoing Motion to Withdraw on counsel of record for Respondents, as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7144
Washington, D.C. 20530
(202) 514-4107

Andrew Warden
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Ave., NW Room 6120
Washington, DC 20530

_____
Rebecca P. Dick

# EXHIBIT A

Declaration of Rebecca P. Dick in Support of
Motion to Withdraw as Counsel

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 I St., N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. I make this declaration in support of my motion to withdraw as counsel in *Mousovi v. Bush*, No. 05-1124 (RMC) and *In re Guantanamo Bay Detainee Litigation*, Misc No. 08-442 (TFH).

2. I am unable to obtain written consent from these clients to my withdrawal as counsel, because they are confined at Guantanamo Bay and I have not had an opportunity to meet with them.

3. Other attorneys at Dechert LLP are primarily responsible for the representation of these clients. None of these clients know my name or that I have worked on their behalf.

4. Therefore, none of these clients would likely object to my withdrawal.

5. Other counsel at Dechert LLP who are well-versed in the Guantanamo litigation are already representing all of these clients and will continue to do so. The clients' interests will be well served.

6. As of August 2, 2008, I will no longer be associated with Dechert LLP.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on August 1, 2008.

_____
Rebecca P. Dick