# EXHIBIT A

Declaration of Rebecca P. Dick in Support of
Motion to Withdraw as Counsel

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 I St., N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. I make this declaration in support of my motion to withdraw as counsel in *Zadran v. Bush*, No. 05-2367 (RWR); *In re Guantanamo Bay Detainee Litigation*, Misc No. 08-442 (TFH), and *In re Petitioners Seeking Habeas Corpus Relief in Relation to Prior Detentions at Guantanamo Bay*, Misc. No. 08-444 (TFH).

2. I am unable to obtain written consent from these clients to my withdrawal as counsel, because, after years of indefinite detention – and in many cases, years of solitary confinement – they are reluctant to sign any formal document.

3. I have informed all of these clients who are still at Guantanamo of my withdrawal.

4. None of these clients has objected to my withdrawal.

5. I am unable to communicate with Ghulam Rohani, the *Zadran* client who is currently held in the U.S.-sponsored Block D of the Policharkei Prison in Afghanistan.

6. Based on my discussions with Mr. Rohani at Guantanamo, I believe that he would consent to my withdrawal if informed that other attorneys would continue to represent him.

7. Other counsel at Dechert LLP who are well-versed in the Guantanamo litigation are already representing all of these clients and will continue to do so. The clients' interests will be well served.

8. As of August 2, 2008, I will no longer be associated with Dechert LLP.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on August 1, 2008.

_____
Rebecca P. Dick

# EXHIBIT A

Declaration of Rebecca P. Dick in Support of
Motion to Withdraw as Counsel

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 I St., N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. I make this declaration in support of my motion to withdraw as counsel in *Zadran v. Bush*, No. 05-2367 (RWR); *In re Guantanamo Bay Detainee Litigation*, Misc No. 08-442 (TFH), and *In re Petitioners Seeking Habeas Corpus Relief in Relation to Prior Detentions at Guantanamo Bay*, Misc. No. 08-444 (TFH).

2. I am unable to obtain written consent from these clients to my withdrawal as counsel, because, after years of indefinite detention – and in many cases, years of solitary confinement – they are reluctant to sign any formal document.

3. I have informed all of these clients who are still at Guantanamo of my withdrawal.

4. None of these clients has objected to my withdrawal.

5. I am unable to communicate with Ghulam Rohani, the *Zadran* client who is currently held in the U.S.-sponsored Block D of the Policharkei Prison in Afghanistan.

6. Based on my discussions with Mr. Rohani at Guantanamo, I believe that he would consent to my withdrawal if informed that other attorneys would continue to represent him.

7. Other counsel at Dechert LLP who are well-versed in the Guantanamo litigation are already representing all of these clients and will continue to do so. The clients' interests will be well served.

8. As of August 2, 2008, I will no longer be associated with Dechert LLP.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on August 1, 2008.

_____
Rebecca P. Dick