UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-0442 (TFH)

Civil Action No. 02-0828

### ORDER

Pending before the Court is Petitioners' Emergency Motion For Injunction (02-CV-0828, docket # 335). The Court

**ORDERS** the parties in 02-CV-0828 to appear for argument on the motion on Tuesday, August 19, 2008, at 11:00 a.m. in Courtroom 25A.

At the argument, the parties shall be prepared to discuss the standards for entering an injunction and the practices of government attorneys and interrogators relating to communications with habeas petitioners represented by counsel at Guantanamo Bay, Cuba.

August 1, 2008

/s/
Thomas F. Hogan
United States District Judge