IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-1189 (JR) |

**AUTHORIZATION TO PURSUE THIS ACTION**

      1.    Pursuant to the Court's Order of July 29, 2008, attached hereto as Exhibit A is Petitioner's Acknowledgment of Representation, which authorizes attorneys Edmund Burke and Cary Silverman to represent Petitioner Omar Mohammed Khalifh in his habeas corpus petition.

      2.    The Petition was originally filed by Mr. Khalifh's Next Friend, Omar Deghayes.

      3.    In Respondent's Status Conference Statement pertaining to this case, Respondent stated in point number 3, "The detainee has directly authorized this petition."

Dated: August 1, 2008                    Respectfully submitted,

      /s/ Cary Silverman
Cary Silverman (D.C. Bar No. 473658)
SHOOK, HARDY & BACON, LLP
600 14th Street NW, Suite 800
Washington, D.C. 20005-2004
Tel: (202) 783-8400/Fax: (202) 783-4211

      /s/ Edmund Burke
EDMUND BURKE
BURKE MCPHEETERS BORDNER & ESTES
737 BISHOP STREET, SUITE 3100
HONOLULU, HAWAII 96813
TEL: (808) 523-9833/FAX: (808) 528-1656

Attorneys for Petitioner
OMAR MOHAMMED KHALIFH

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____        _____
Signature of Detainee                                    Signature of Counsel

*Omar Mohammed Khalifh*
_____        _____
Print Name of Detainee in English                Print Name of Counsel in English
                                                                       EDMUND BURK
                                                                       CARY SILVERMAN

_____                                         695
Print Name of Detainee in Native Language (if other than English)

Date: 5/3/06

EXHIBIT 1