## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____  
Signature of Detainee

_____  
Signature of Counsel

*Omar Mohammed Khalifh*  
Print Name of Detainee in English

Print Name of Counsel in English  
EDMUND BURK  
CARY SILVERMAN

_____  
Print Name of Detainee in Native Language (if other than English)

695

Date: 5/3/06

EXHIBIT 1