# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. CV 02-0828 (CKK) |
| ) | |

## CONSENT MOTION TO RESCHEDULE ORAL ARGUMENT

Petitioners hereby move to reschedule the oral argument on Petitioners' Emergency Motion for Injunction from Tuesday, August 19, 2008, to either Tuesday, August 26, 2008 or Thursday, August 28, 2008, at 11 a.m. or at such other time on those days as the Court may choose. The grounds for this motion are as follows:

1. Counsel for Petitioners are unavailable on August 19 due to previously scheduled trips. David Cynamon will be in Guantanamo during the week of August 18, and Matthew MacLean will be in China during that week. Counsel will be available during the week of August 25.

2. Counsel for Respondents have advised that they consent to the rescheduling and will also be available during the week of August 25.

### Certificate Required Under LCvR 7(m)

The undersigned counsel for the Petitioners hereby certifies that on August 4, 2008, he conferred by telephone with counsel for the Respondents concerning this motion. Respondents agree to this motion.

August 4, 2008                                    Respectfully submitted,

                                                          /s/
                                     David J. Cynamon (D.C. Bar #182477)
                                     Matthew J. MacLean (D.C. Bar #479257)
                                     PILLSBURY WINTHROP
                                     SHAW PITTMAN LLP
                                     2300 N Street, N.W.
                                     Washington, D.C. 20037
                                     Telephone: (202) 663-8000
                                     Facsimile: (202) 663-8007

                                     Attorneys for Plaintiffs-Petitioners

**Points and Authorities**

1.      Fed. R. Civ. P. 6-7.

**Certificate of Service**

I certify that on August 4, 2008, I caused the foregoing to be served on the following attorneys via electronic filing:

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
(202) 616-8470 (fax)
terry.henry@usdoj.gov

Robert J. Katerberg
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-8298
(202) 616-8460 (fax)
robert.katerberg@usdoj.gov

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
judry.subar@usdoj.gov

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-5084
(202) 616-8460 (fax)
andrew.warden@usdoj.gov

/s/
Matthew J. MacLean