# Snodgrass, John

**From:** Andrew.Warden@usdoj.gov
**Sent:** Tuesday, May 16, 2006 5:07 PM
**Subject:** RE: JCS letter to Warden 051206

**Attachments:** Habeas Counsel Visit Coordination Sheet.doc



Habeas Counsel Visit Coordinat...

Mr. Snodgrass,

Regarding your visit request, please fill out the attached visit request form, including a
list of all visitors (including lawyers and translators), proposed flight information, and
a proposed visit schedule.  Given the limited flight schedules, you may want to confer
with the airlines (Air Sunshine or Lynx Air) on flight availability before submitting your
request.  Once I have all the required information on the form, I'll forward your request
on to Guantanamo personnel and then let you know whether they can accommodate your
requested dates.

With respect to the documentation you submitted, as required by the protective order, you
have satisfied the requirements for privileged access to petitioner Al Salami.

With respect to petitioner Al Asoryia, we understand that you dispute our conclusion that
the detainee you identify as petitioner Al Asoryia has filed a duplicate habeas petition
in Alsaaei v. Bush (05-2369-RWR) (ISN 340).  If you continue to stand by this position,
please send us additional information that would help us match a different ISN number
(i.e., other than ISN 340) to the detainee you identify as petitioner Al Asoryia.  Without
such information, we are unable provide access to an unidentified detainee.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8460

-----Original Message-----
From: SnodgrassJ@dsmo.com [mailto:SnodgrassJ@dsmo.com]
Sent: Friday, May 12, 2006 6:05 PM
To: Warden, Andrew (CIV)
Cc: Henry, Terry (CIV); Campbell, Jennifer
Subject: JCS letter to Warden 051206

Counsel:

Please see attached.


 <<JCS letter to Warden 051206.pdf>>

John C. Snodgrass
Dickstein Shapiro LLP
2101 L Street NW, Washington DC 20037
voice +1 (202) 828-2233  fax +1 (202) 887-0689

--------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network.  If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dsmo.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
==============================================================================