Pre-approved by CSO for public filing

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | ) ) ) ) ) ) ) ) ) ) )   Misc. No. 08-442 (TFH)<br><br>Civil Action No. 1:04 CV 1194 (HHK) |

**NOTICE OF AUTHORIZATION**

Pursuant to the Court's Order of July 29, 2008, Petitioner Musa'ab Omar Al Madhwani (ISN 839) files this notice of authorization of counsel.

1. On January 23, 2007, Petitioner Al Madhwani signed an Acknowledgment of Representation, in Arabic and English, authorizing Patricia A. Bronte, Jenner & Block LLP, to represent him in his petition for writ of habeas corpus and other federal court litigation on his behalf. (Attached as Ex. A.).

2. On July 31, 2007, Petitioner Al Madhwani signed an additional Acknowledgment of Representation, in Arabic, authorizing Patricia A. Bronte and other lawyers from Jenner & Block LLP "to continue representing [him] in *habeas* and other proceedings to redress the violation of his rights under the U.S. Constitution and laws and international treaties and customary law." (Attached as Ex. B, with English translation.)

Dated: August 5, 2008                                  Respectfully submitted,

                                                                           /s/ Patricia A. Bronte
One of the Attorneys for the Petitioners
Musa'ab Omar Al Madhwani

| | |
|---|---|
| David W. DeBruin (DDC Bar No. 337626)<br>JENNER & BLOCK LLP<br>601 Thirteenth Street, N.W., Suite 1200<br>Washington, DC 20005-3823<br>Tel: (202) 639-6000<br>Fax: (202) 639-6066 | Patricia A. Bronte<br>Sapna G. Lalmalani<br>JENNER & BLOCK LLP<br>330 North Wabash Ave.<br>Chicago, IL 60611<br>Tel: (312) 923-8357<br>Fax: (312) 840-7757 |
| Shayana Kadidal [D.C. Bar No. 454248]<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, New York 10012<br>T: (212) 614-6464<br>F: (212) 614-6499 | Darold W. Killmer<br>Mari Newman<br>Sara Rich<br>KILLMER, LANE & NEWMAN LLP<br>1543 Champa Street, Suite 400<br>Denver, Co 80202<br>T: (303) 571-1000<br>F: (303) 571-1001 |

2

# Exhibit A

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____  
Signature of Detainee

Musa'ab Omar Al Madhwani  
مصعب عمر علي مذوي  
Print Name of Detainee in English

_Patricia A. Bronte_  
Signature of Counsel

Patricia A. Bronte  
Jenner & Block LLP  
Print Name of Counsel in English

مصعب عمر علي مذوي  
Print Name of Detainee in Native Language (if other than English)

Date: ٢٠٠٨/١١/٢٣

Attorney-Detainee
Materials

## إقرار بتمثيل قانوني

بناء على القسم ٣.س.٢ (Section III.C.2) من "الإجراءات المنتجة المتعلقة بنفاذ المحامين للمعتقلين في القاعدة البحرية الأمريكية في خليج جوانتنامو، كوبا." يشهد المعتقل في هذا الإقرار بأنه ممثل بمحامي للدفاع الموقع أدناه والذي قدم طلب إنابة قضائية تتعلق بحقوق المعتقل القانونية أو أي حكم قضائي فدرالي بالنيابة عن المعتقل.

في حال سحب المحامي لتمثيله القانوني للمعتقل أو في حال إلغاء هذا التمثيل القضائي، على المحامي إعلام وزارة الدفاع فوراً بتلك التغيير في الظروف.

_____
توقيع محامي الدفاع

Patricia A. Bronte
Jenner & Block LLP
_____
إسم المحامي باللغة الإنجليزية

_____
توقيع المعتقل

مصعب عمر علي مضوي
_____
إسم المعتقل باللغة الإنجليزية

مصعب عمر علي مضوي
_____
إسم المعتقل بلغته الوطنية (إن لم تكن بالإنجليزية)

التاريخ: ٢٣/١/٢٠٠٧

# Exhibit B

## **ACKNOWLEDGMENT OF REPRESENTATION**

1. I have been imprisoned at Guantánamo Bay Naval Station since late 2002. No charges have ever been brought against me, nor have I had the opportunity to challenge my detention before a neutral tribunal.

2. A Combatant Status Review Tribunal ("CSRT") erroneously designated me an enemy combatant. The United States Department of Defense contends that this justifies my continued, indefinite detention, until the end of the War on Terror.

3. I previously authorized Patricia A. Bronte, Maya D. Nath, and Jenner & Block LLP (the "Lawyers") to represent me in *habeas corpus* and other proceedings challenging the legality of my detention at Guantánamo. I intend to continue seeking to vindicate my *habeas corpus* rights, and I authorize the Lawyers to continue representing me in *habeas* and other proceedings to redress the violation of my rights under the U.S. Constitution and laws and international treaties and customary law.

4. I have challenged my detention by filing an action under the Detainee Treatment Act ("DTA"). I hereby authorize the Lawyers to represent me in the DTA action they filed on my behalf and to pursue any and all other actions or remedies on my behalf in order to obtain relief from my unlawful imprisonment.

5. I understand that this Acknowledgment will enable the Lawyers to visit me, to communicate with me by letter, and to have access to the CSRT record and other documents relating to my case.

6. This Acknowledgment is not intended and shall not be construed as a waiver or relinquishment of the attorney-client privilege or any other rights or remedies to which I am entitled.

Signed:_____
Musa'ab Omar Al Madhwani, ISN 839

Date:_____

<div dir="rtl">

<u>إقرار بالتمثيل</u>

١.   أنا مَسجون في <u>القاعدة البحرية بخليج غوانتانمو</u> منذ أواخر عام ٢٠٠٢. لم تُوجَّه ضدّي قطّ أيّ تُهمة رسمية، ولم يُتَح لي المجال للاعتراض على احتجازي أمام هيئة مُحايدة.

٢.   صنَّفَني <u>مَجلس مُراجَعة انطباق صفة المقاتل ("CSRT")</u> خطأً على أنني مُقاتل عدو. وتزعم <u>وزارة الدفاع الأمريكية</u> أنّ هذا يُبرِّر مُواصَلة احتجازي إلى أجل غير مُسمَّى، حتى نهاية الحرب على <u>الإرهاب</u>.

٣.   فوَّضتُ سابقاً باتريشــيا أ. بروني، ومايا د. ناث، وجنر آند بلوك أل أل بي ("المحامين") لتمثيلي في مُجرَيات إتيان شخصي، وغيرها من المجرَيات للطعن في مَشروعية احتجازي في غوانتانمو. وأعتزم مُواصلة السعي لإحقاق حُقوقي في الإتيان الشخصي، وأفوِّض المحامين لمواصلة تمثيلي في مُجرَيات الإتيان وغيرها من المجريات لإحقاق ما انتُهك من حُقوقي في ظلّ <u>الدستور الأمريكي والقوانين الأمريكية، والمعاهَدات الدولية، والقانون العُرفي</u>.

٤.   لقد اعترضتُ على احتجازي بإقامة دَعوى في ظلّ <u>قانون مُعامَلة المعتقَلين ("DTA")</u>. وبموجب هذه الوثيقة، أفوِّض المحامين لتمثيلي في دعوى <u>قانون مُعاملة المعتقلين</u> التي قَدَّموها لصالح قضيتي، وللسعي في أيّ إجراء أو مُعالجات قَضائية لصالح قضيتي لأجل الحصول على غَوث من حبسي المنافي للشرعية.

٥.   أُدرك أنّ هذا الإقرار سوف يُمكِّن المحامين من زيارتي، والتواصُل معي بالرسائل، والاطلاع على سجل <u>مَجلس مُراجَعة انطباق صفة المقاتل</u> وغيرها من الوثائق المتعلقة بقضيتي.

٦.   لا يُقصَد بهذا الإقرار، ولا يَجوز تأويله على أنه تَنازُل أو تخلٍّ عن حَصانة الوكلاء والموكِّلين أو أيّ حُقوق أو مُعالجات قضائية أخرى مُستحَقّة لي.



التوقيع: _____

مصعب عمر المضوني، رقم ٨٣٩

التاريخ: ___٢٠٠٧/٧/٣١___

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2008, I caused the foregoing Notice of Authorization to be delivered to the below-listed counsel of record in the above-captioned matters through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

/s/ Patricia A. Bronte