David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Lisa M. Kaas (DC492302)
Erin C. Wilcox (DC982059)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Tel. 202-420-2200
Fax 202-420-2201

*Counsel for Petitioner Salah Ali Abdullah
Ahmed Al Salami, ISN 693*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) **Misc. No. 08-0442 (TFH)** |
| GUANTANAMO BAY DETAINEE | ) |
| LITIGATION | ) |
| | ) |

_____

### NOTICE OF WITHDRAWAL OF DOCUMENT NO. 237

TO ALL PARTIES, THEIR COUNSEL, AND THIS HONORABLE COURT:

Please take notice that counsel for petitioner Salah Ali Abdullah Ahmed Al Salami

(ISN 693) hereby withdraw the *Response To Order To Show Cause* in Civil Action No. 1:05-cv-

02452-PLF filed inadvertently on this docket earlier today (Doc. # 237).  The document should

have been filed on Miscellaneous Docket No. 08-0444 (TFH) and is being re-filed accordingly.

Dated: August 5, 2008                    Respectfully submitted,

                                         DICKSTEIN SHAPIRO LLP

                                         _____/s/ John C. Snodgrass_____
                                         David L. Engelhardt (DC429886)
                                         John C. Snodgrass (DC473864)
                                         Lisa M. Kaas (DC492302)
                                         Erin C. Wilcox (DC982059)
                                         DICKSTEIN SHAPIRO LLP
                                         1825 Eye Street, NW

Washington, DC  20006-5403
Tel. 202-420-2200
Fax 202-420-2201

*Counsel for Petitioner Salah Ali Abdullah
Ahmed Al Salami, ISN 693*

DSMDB-2480492v01

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2008, a true and correct copy of the

foregoing *Notice of Withdrawal of Document No. 237* was electronically filed via the Court's

CM-ECF system and served via first class mail on the following:

**James J. Schwartz**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20001

**Judry Laeb Subar**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
20 Massachusetts Avenue, NW
Washington, DC 20530

_____ /s/ John C. Snodgrass _____
John C. Snodgrass

DSMDB-2480492v01