UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMER MOHAMMON,** *et al.,*<br>*(ABDAL RAZAK ALI)*<br><br>    Petitioners,<br><br>vs.<br><br>**GEORGE W. BUSH,** *et al,*<br><br>    Respondents. | Misc. No. 08-442<br>No: 05- 2386 (RBW) |

**PETITIONER ABDAL RAZAK ALI'S ATTORNEY AUTHORIZATION**

Now comes Petitioner Abdal Razak Ali by and through his attorney and pursuant to this Court's order submits his Authorization for the Law office of Attorney H. Candace Gorman to represent him. (Ex. A)

Dated this 7th day of August, 2008.

Respectfully submitted,

/s/ H. Candace Gorman
H. Candace Gorman (IL Bar #6184278)
Law Office of H. Candace Gorman
220 S. Halsted – Suite 200
Chicago, IL 60661
Tel: (312) 427-2313
Fax: (312) 427-9552

**CERTIFICATE OF SERVICE**

     I, H. Candace Gorman, certify that I today caused a true and accurate copy of Petitioner Ali's Representation Authorization to be served upon the following persons by virtue of filing the above listed document with under the ECF system:

> Terry Henry, Esq., Senior Trial Attorney
> Andrew I. Warden, Esq., Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC  20530

This 7th day of August, 2008.

                                              /s/ H. Candace Gorman
                                                 Counsel for Petitioner

Law Office of H. Candace Gorman
H. Candace Gorman (IL Bar #6184278)
220 S. Halsted Street -   Suite 200
Chicago, IL 60661
Tel:  (312) 427-2313
Fax: (312) 427-9552

Attorney-Detainee Materials

## قرار بتوكيل قانوني

بناء على القسم (Section III.C.2) ٢.ج.٣ من "الإجراءات المنفذة بموجب نذير المحاكمة العسكرية في قاعدة البحرية الأمريكية في خليج جوانتانامو، كوبا" يشهد المحتجز التالي في النفاخ المروع ادناه والذي قدم طلبا إليه قضائيا تتعلق بحقوق المحتجز القانونية او أي حكم قضائي غير قانوني بالنيابة عن المحتجز.

في حال سحب المحامي للتمثيل القانوني للمحتجز او في حال الغاء هذا التمثيل القانوني على المحتجز أعلم بقرار الغاء غير بكتاب التقرير في الظرف.

توقيع المحامي: [signature]
اسم المحامي بالله الإنجليزية:
Law office of
H. Candace Gorman

توقيع المحتجز: [signature]
اسم المحتجز بالله الإنجليزية:
ABDUL Razak Ali
(اسم المحتجز بلغته الوطنية إذا لم يكن بالإنجليزية):
عبد الرزاق إسماعيل علي

التاريخ: 11 - 16 - 06