Attorney-Detainee Materials

قرار بشأن قانوني

بناءً على القسم ٢ ج ٢ (Section III.C.2) من "الإجراءات المتخذة بطريقة تتفق مع التنامي، كربياً يُشيد المعتقل في القاعدة البحرية الأمريكية في خليج جوانتانامو، كوبا" يُشيد المعتقل التالية أو أي أقرار المحامين المعتقلين في القاعدة البحرية الأمريكية في خليج جوانتانامو، كوبا. والذي قدّم طلب إنابة قضائية تتعلق بحقوق المعتقل القانونية أو أي حكم قضائي غيرالي بالنيابة عن المعتقل.

وفي حال سحب المحامي التمثيل القانوني للمعتقل او في حال الغاء هذا التمثيل القضائي، على المحامي أعلام ادارة الدفاع فورا بذلك بتقديم في التاريخ.

توقيع المعتقل _____

ABDUL Razak Ali
اسم المعتقل باللغة الإنجليزية

اسم المعتقل بلغته الوطنية (أن لم تكن بالإنجليزية) _____

التاريخ: ١١ ــ ٦ ــ ٦

توقيع محامي المعتقل _____

Law officeof Candace Gorman
اسم المحامي باللغة الإنجليزية