**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
**JARALLAH AL-MARRI**,                    :
                                          :
    Petitioner,                       :   Misc. No. 08-442 (TFH)
                                          :
    v.                                :   Civil Action No. 04-2035 (GK)
                                          :
**GEORGE W. BUSH, et al.**,               :
                                          :
    Respondents.                      :
_____:

**ORDER**

On July 29, 2008, Respondents notified the Court that the United States had relinquished custody of petitioner Jarallah Al-Marri (ISN 334) and transferred him to the control of the Government of Qatar. Accordingly, it is hereby

**ORDERED** that Petitioner shall show cause no later than **August 15, 2008,** why the Petition should not be dismissed as moot.

August 4, 2008                    /s/_____
                                  Gladys Kessler
                                  United States District Judge

**Copies to**: **attorneys on record via ECF**