IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                                    )
                                          )
GUANTANAMO BAY                            )    Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                       )
_____)
AMER MOHAMMON , *et al.,*                  )
                                          )
          *Petitioners*,                   )
                                          )
     *v.*                                   )    Civil No. 05-2386 (RBW)
                                          )
GEORGE W. BUSH, *et al.,*                  )
                                          )
          Respondents.                    )

**PETITIONER EL FALESTENY'S MOTION TO
RECONSIDER AND MODIFY ORDER HOLDING IN
ABEYANCE HIS MOTION FOR A PRELIMINARY
INJUNCTION**

On June 5, 2008, petitioner El Falesteny moved for a preliminary injunction

challenging his detention as contrary to a treaty, namely as violating the Third

Geneva Convention.[1]  The motion sought an order compelling respondents to cease

such violations.  Respondents opposed the motion solely on grounds that

notwithstanding the Circuit decision in *Belbacha v. Bush*, 520 F.3d 452, 456 (D.C.

Cir. 2008), the court should deny the motion on the strength of *Boumediene v.*

---

[1]  In *Hamdan v. Rumsfeld,* 126 S. Ct. 2749, 2795 (2006), the Supreme Court
held that, at a minimum, Common Article 3 of the Conventions applied to those
seized in the war in Afghanistan such as petitioner.

*Bush*, 476 F.3d. 981 (D.C. Cir. 2007), *cert granted* 127 S. Ct. 3078 (June 29, 2007, then pending. Thereafter, on June 12, 2008 *Boumediene* was decided and this court thereafter assumed temporary control of this and other Guantanamo cases. As petitioner noted in his status report to this court, respondents have never otherwise opposed the motion for a preliminary injunction.

On July 29, 2008, this court entered a stay of this motion thereby effectively denying it. Although required to do so in denying a preliminary injunction, the court made neither findings nor conclusions pursuant to Rule 52(a)(2).

The purpose of this motion is to lift the stay in respect of this motion and proceed to an orderly disposition of the issues it raises. While this court's order of July 31, 2008 is appealable under 28 U.S.C 1292(a)(1), and reversible for failing to comply with Rule 52(a)(2), such a course will only lead to needless delay in the long run: a remand to this court to address the issues in the motion. Petitioner believes a better course would be to order respondents to oppose the motion and then for the court to decide it. Only thus will the circuit have the benefit of the court's analysis before taking up the matter. Petitioner is mindful of the court's observation in open court that motion practice often delays rather than expedites, issue resolution. In that spirit this motion to reconsider is offered as petitioner believes its grant will expedite, not delay the case.

CONCLUSION

Accordingly, the court should grant the motion and direct respondents to

oppose the motion.  Each day of unlawful imprisonment is a separate injury.


Respectfully submitted,


_____/s/ Stephen M. Truitt_____

Shayana Kadidal (DC # 454248)          Stephen M. Truitt (DC # 13235)
CENTER FOR CONSTITUTIONAL              600 Fourteenth Street, N.W.
RIGHTS                                 Suite 500, Hamilton Square
666 Broadway, 7th Floor                Washington, DC  20005-2004
New York, New York 10012               Tel: (202) 220-1452
Tel: (212) 614-6439                    Fax: (202) 220-1665
Fax: (212) 614-6499

                                       Charles H. Carpenter (DC # 432004)
Of Counsel for Petitioner              PEPPER HAMILTON LLP
                                       600 Fourteenth Street, N.W.
                                       Suite 500, Hamilton Square
                                       Washington, DC  20005-2004
                                       Tel: (202) 220-1507
                                       Fax: (202) 220-1665


Dated:  August 7, 2008                 Counsel for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                                    )
                                          )
GUANTANAMO BAY                            )      Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                       )
_____)
AMER MOHAMMON , *et al.,*                  )
                                          )
          *Petitioners*,                   )
                                          )
          *v.*                             )      Civil No. 05-2386 (RBW)
                                          )
GEORGE W. BUSH, *et al.,*                  )
                                          )
          Respondents.                    )

## ORDER

On consideration of the motion of Petitioner El Falesteny to reconsider and modify the order holding in abeyance his motion for a preliminary injunction,

IT IS ORDERED that the final paragraph of the Court's July 29, 2008 order (item 210) is modified to delete item 446 in #05-2386 from the abeyance and to direct that respondents file their opposition to said motion by August ___, 2008.

_____
Walton, J.