# EXHIBIT "A"

# APPOINTMENT AND POWER OF ATTORNEY

I, _Shohruh Hamidov_ born _1988 12-13_, citizen of _Uzbekistan_, currently residing at the U.S Naval Station, Guantanamo Bay, Cuba, hereby appoint and authorize

Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500
(404) 815-6555 (fax)

To act as my attorney, to counsel and provide legal representation in any matters related to my detention by the U.S. government, including but not limited to, any civil or criminal action pending in the courts of the United States, any administrative action brought in the United States, as well as any immigration or asylum proceedings brought in any country. Kilpatrick Stockton LLP is authorized to represent me before all authorities and before third parties, to make preparations as deemed appropriate, and to appoint and authorize others who may assist in the representation.

Signed: _[signature]_
Name: _Shohruh Hamidov_
Date: _7.30.08_

US2000 10961697.1