IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
IN RE:                                              )
                                                    )  Misc. No. 08-442 (TFH)
GUANTANAMO BAY                                      )
DETAINEE LITIGATION                                 )  Civ. Action No. 08-CV-1221 (CKK)
                                                    )
                                                    )
_____ )


NOTICE OF PETITIONER'S REQUEST
FOR THIRTY (30) DAYS NOTICE OF TRANSFER


Counsel for Petitioner Shakhrukh Hamiduva, ISN # 22, respectfully submits this notice of Petitioner's request for thirty (30) days notice of any transfer from Guantanamo Bay, Cuba.

Pursuant to Judge Hogan's Order dated July 10, 2008 and entered on July 11, 2008, requiring that "in cases in which the petitioner requests such notice, the government shall file notice with the Court 30 days prior to any transfer of a petitioner from Guantanamo Bay, Cuba," counsel for Petitioner hereby provide notice to the Court and to the Government that Petitioner requests thirty (30) days notice of any transfer from Guantanamo.

US2000 10985780.1

Dated: August 13, 2008

                                            Respectfully submitted,


                                              /s/ A. Stephens Clay IV
                                          A. Stephens Clay IV
                                          KILPATRICK STOCKTON LLP
                                          1100 Peachtree St., Suite 2800
                                          Atlanta, Georgia 30309-4530
                                          Telephone: (404)815-6500
                                          Facsimile: (404) 815-6555

                                          *Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 13, 2008, I caused the foregoing "Notice of Petitioner's Request for Thirty (30) Days Notice of Transfer" to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system.

        /s/ A. Stephens Clay IV
A. Stephens Clay IV
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404)815-6500
Facsimile: (404) 815-6555

*Counsel for Petitioner*