# EXHIBIT A

- **3(b)(2) The Detainee fled along with others further into the mountains of Tora Bora with the initiation of the United States bombing campaign.**

  Yes, all the Turkistani people fled together (NOTE: The Uighurs often refer to themselves as "Turkistani").

- **3(b)(3) The Detainee was captured in Pakistan fleeing Afghanistan with other Uighur and Arab personnel in 2001.**

  That is true.

Tribunal President: Is there anything else that you would like to add?

Detainee: Yes.

Tribunal President: Please, go ahead.

Detainee: They are saying that we are against the United States. Is that right?

Tribunal President: Yes.

Detainee: That is not true because from the time of our great grandparents centuries ago, we have never been against the United States and we do not want to be against the United States. We will not stand against the United States because we don't have anything to do with the United States. Also, I can represent for 25 million Uighur people by saying that we will not do anything against the United States. We are willing to be united with the United States. I think that the United States understands the Uighur people much better than other people.

The reason we went into Pakistan was because in China there is torture and too much pressure on the Uighur people. Lately they have laid off the Uighur people from their jobs. Recently, they laid off a lot of Uighur people and filled all the jobs with immigrant Chinese.

The Uighurs have families and need support to eat and if we don't do something, then how are we going to live? If they (fellow Uighurs) wanted to go and farm they would have to pay a lot of taxes. If they can't pay the taxes, they would take away their property.

So many people are without an education because they (apparently the Chinese) are asking too much money for an education. Now, there are a great number of young people on the streets with no education. The Uighur people only have the privilege of having two children. If a female gets pregnant with a third child, the government will forcibly take the kid through abortion.

APP 021

A:      No, I just stayed there until the bombing started.

Q:      Did the Taliban people ever approach you and ask you to fight with them against their enemies?

A:      No. In four months we built a house at the camp and we didn't see any other people there.

Q:      Was it only Uighur people you saw everyday when you were there?

A:      Yes.

Q:      Earlier when we were talking about the weapons at the camp, you said that you only trained on two different kinds of weapons. Which kinds were those?

A:      Kalashnikov and a pistol.

Q:      During your training did your instructors or your camp leaders ever talk to you about fighting Americans?

A:      No.

Q:      There is an important gentleman in the Uighur community by the name of Hassan Maksum; do you know who this man is?

A:      Yes. I saw that person.

Q:      Who is he, please?

A:      He is a Turkistani person.

Q:      Is he the leader of your Uighur group?

A:      Yes.

Q:      Would he give the Uighurs in the camp guidance and instruction on what to do?

A:      Maybe he would do that and there was another person and he was the leader of the camp guiding all the people. I saw this person twice at the camp. I forgot the leader name.

Q:      Would that be Mr. Abdul Haq?

A:      Yes.

Q:      We heard his name from the other Uighur people.

APP 024

A:    I told that to the interrogators.

Q:    There is a concern that Mr. Hassan Maksum may have relationships with al Qaida people. Do you know any thing about this?

A:    I don't think so. The people in Turkistan will not associate with al Qaida.

Q:    We noticed that during these Tribunals that some Detainees come to us in different colors. We have orange, beige and white. You are in beige. What is the significance of you being in beige?

A:    That means level one.

Q:    Is that for good behavior or for some other reason?

A:    Yes, I believe so. If you do not have good behavior they will not put you in level one.

Q:    We know you don't want to be here, but, given that, how have you been treated at the camp since you have been here?

A:    What, do you mean by soldiers?

Q:    Yes.

A:    OK. Good.

Q:    Besides the Chinese people, do the Uighurs have any other people they consider their enemy?

A:    No.

Q:    If you were to be released, where would you want to go and what would you want to do?

A:    Not China. If the US government sends me to another country, I'll go.

Q:    Very good. Thank you very much. I don't have anything else.

### Tribunal Members' Questions to Detainee

Q:    After the bombing in the mountains when you fled that first night, who was bringing you food for the next couple of days?

A:    There were two guys and they brought us food.

A:   We crossed into Pakistan and there were tribal people there and they took us to their houses and they killed a sheep and cooked the meat and we ate. At night, they told us that we were going to travel now. We said OK and they took us to one mosque. On our way to the mosque, they provided us tea and bread. We sat down and had tea and three people walked into the mosque, looked around at the people and walked out. They repeated this three or four times. Then they came into to the mosque and said we need to go in groups of ten. They took us to the truck and took us directly to the Pakistani prison.

Q:   Were there Arabs in this group when you were captured?

A:   Yes.

Q:   How did that come to be?

A:   I told you earlier, when we traveled we followed them and we were captured together.

Q:   There were eighteen Uighurs and how many Arabs?

A:   I don't know the exact number maybe, 60 or 70 people.

Q:   Since you've been here at Guantanamo Bay, has the Chinese delegation visited you?

A:   Yes.

Q:   How did they treat you?

A:   They did not treat me good.

Q:   Did they offer you a safe return to China?

A:   (They said) when you go home you have family and we don't think you will be in prison that long. The most is three or four years and then you can live with your family. If they are lying, I will go back to jail for more years.

Q:   Have you ever been in touch with your family since you have been here?

A:   No.

Defense Intelligence Agency

DIA Home | What's New | Products by Type | Products by Region | DIA Organizations | Feedback | Site Map

UNCLASSIFIED - FOUO

Washington Post
October 29, 2004
Pg. 14

# Chinese Muslims To Be Freed From Guantanamo

Defense officials have authorized the release of a majority of the 22 Chinese Muslims being held at the military prison at Guantanamo Bay, Cuba, the State Department said yesterday.

Spokesman Richard Boucher said the Bush administration is trying to relocate the Uighurs, who are from northwest China, to a third country because they do not wish to resettle in China. Boucher said it is unclear whether they would be eligible for asylum in the United States.

The State Department has contacted a number of countries about the resettlement of the Uighurs. One country, which an official would not identify, has indicated interest.

Amnesty International has said the Uighurs should not be returned to China because they could face torture and possible execution.

Some Uighurs support independence from China for their province, Xinjiang. China says the independence fighters are tied to al Qaeda.

APP 106

UNCLASSIFIED / FOUO                    SUPPLEMENTAL EXHIBIT 3