IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 04-1254 (HHK) |
|  | ) | |

**NOTICE OF FILING AND SUMMARY OF EMERGENCY MOTION
TO COMPEL ACCESS TO MEDICAL RECORDS OF PETITIONER ADNAN
FARHAN ABDUL LATIF AND FOR OTHER MISCELLANEOUS RELIEF**

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on August 16, 2008, a copy of an Emergency Motion to Compel Access to the Medical Records of Petitioner Adnan Farhan Abdul Latif and For Other Miscellaneous Relief was delivered to the Court Security Officer at the Secure Facility.

The Motion informs the Court that undersigned counsel visited with Petitioner Latif at Guantánamo and saw that his client weighed only about 100 pounds and appeared close to death. The Motion asks the Court to order Respondents to provide counsel with immediate access to Mr. Latif's medical records and to provide Mr. Latif with a mattress and blanket.

The Motion will be filed via the Electronic Case Filing ("ECF") system when it has been cleared for public viewing by the Court Security Office. The instant Notice could not be filed until now because the ECF system has been inoperative.

Dated: Guantánamo Bay, Cuba
        August 17, 2008

                                          Respectfully submitted,

                                          _____/s/_____

                                          Marc D. Falkoff
                                          D.C. Bar No. 491149
                                          NORTHERN ILLINOIS UNIVERSITY
                                          COLLEGE OF LAW
                                          DeKalb, IL 60614
                                          347-564-5043 (cell)
                                          815-753-9301 (fax)
                                          mdf19@columbia.edu