APPROVED BY CSO FOR PUBLIC FILING

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED OMAR**, *et al.*,       ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| *Petitioners*,                          ) | |
| ) | **Civil Action No. 05-2386 (RBW)** |
| *v.*                                            ) | |
| **GEORGE W. BUSH**, *et al.*,  ) | |
| *Respondents*.                       ) | |

## NOTICE OF AUTHORIZATION

Petitioner Ahmed Omar has directly authorized this action. *See* Exhibit 1.

August 16, 2008

Respectfully Submitted,

_____
Zachary Katznelson
California Bar No. 209489
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk

*Counsel for Petitioners*

**APPROVED BY CSO FOR PUBLIC FILING**

# EXHIBIT 1

إلى المحامي الذي يدافع عن المتهم

أبلغكم أنا / أحمد عمر عبدالله الحكيمي - يمني الجنسية - رقم ٣٠
مسجون تحت الحكومة الأمريكية من غير أي قضية
وأريد منكم محامي من أجلي حتى أجد أستشيرة في القضية
والمحاكمات الأمريكية وموضوع العدو المقاتل أو محكمة CSRT
وخاصة الأن أن الحكومة الأمريكية أصدروا أمر أن على كل مجتجز له أحقية
في المعارضة على هذه المحكمة . في مسألة محاكم مراجعة وضع أعتقالي
وأتمنى أن تصل إليك هذه الرسالة في أقرب وقت وإرسال الجواب
في أقرب وقت أو أحتمال يه

"ملاحظة"
طبعاً هذا الإسم الذي سافرت به
أما إسمي الأصلي فهو / نادر عمر عبدالله سعدونه
يمني الجنسية من مواليد السعودية - جدة

GUAN-2008-T 00657
RECEIVED
MAY 0 8 2008
BY:
Reverse of DA FORM 2667-R, May 82

Dear Lawyer Clive

Greetings.

I am Ahmed Mohammed Abdullah Al Hakimi, a Yemeni national with No. 30 detained by the US at Guantanamo without any charge.

I would like to have a lawyer from your office to be able to consult with, regarding the US trials and "enemy combatant" and the CSRT, especially due to the US government insisting on a matter that all detainees have their own rights, in opposition to the trial and in regards to the status of detainees by the Review Court.

I hope my letter reaches you as soon as possible and I am looking forward to receiving a reply from you as soon as possible.

Thank you. Detainee No.30.

"Note"

This is the name I traveled with.  My real name is Nadir Mohammed Abdullah bin Sa'adoun.

A Yemeni national born in Saudi Arabia, Jeddah.