# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

MAHMOAD ABDAH, *et al.*,

        Petitioners,

  v.

GEORGE W. BUSH, President of the United States, *et al.*,

        Respondents.

Civ. No. 04-1254 (HHK)

---

## [PROPOSED] ORDER

Having considered Petitioner Adnan Farhan Abdul Latif's Emergency Motion to Compel Access to Medical Records and For Other Miscellaneous Relief, IT IS HEREBY ORDERED that Respondents shall provide Mr. Latif's medical records to his counsel within five business days. IT IS FURTHER ORDERED that Respondents shall ensure that Mr. Latif is provided with a mattress and blankets in his cell.

_____
Honorable Henry H. Kennedy
United States District Court