لقد التقيت مع السيد ويسلي باول من شركة Hunton & Williams LLP المحامية وقد شرح لي السيد باول دور المحامين في تمثيل محتجزي غوانتانامو وكذلك قواعد توصل المحامين إلى موكليهم في خليج غوانتانامو. وفي ضوء هذا فإني اسمح للسيد باول وزملائه من شركة Hunton & Williams المحامية بأن يمثلوني في متابعة دعوى تحدي قانونية اعتقالي في المحكمة الفدرالية، وبأن يساعدوني في إطلاق سراحي من مركز اعتقالات خليج غوانتانامو.

_[توقيع وتاريخ بخط اليد]_

الموكل:

I have met with Mr. Wesley Powell of Hunton & Williams LLP who explained to me the role of attorneys in representing Guantanamo detainees as well as the rules governing how attorneys can communicate with their detainees in Guantanamo. In light of the above, I grant Mr. Powell and his colleagues at Hunton & Williams LLP permission to represent me in pursuing the challenging of the legality of my detention in the Federal Court, and to help release me from the detention center at Guantanamo Bay.

_____
The Client