**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GUANTANAMO BAY | ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION | ) | |
| | ) | Civil Action No. 05-CV-2104 (RWR) |
| | ) | |

### NOTICE OF AUTHORIZATION

Pursuant to the Court's Order of July 29, 2008, Petitioner Abdul Al Qader Ahmed

Hussain files this notice of authorization of counsel.

1.    On July 19, 2006, Petitioner Hussain signed an Acknowledgment of

Representation, in Arabic, authorizing Wesley R. Powell, Hunton & Williams LLP, to represent

him in his petition for writ of habeas corpus and other federal court litigation on his behalf.

(Attached as Exhibit A, with English translation.)


Dated:  August  19, 2008


                                        Respectfully submitted,



                                        /s/ Wesley R. Powell
                                        Wesley R. Powell
                                        wpowell@hunton.com
                                        HUNTON & WILLIAMS LLP
                                        200 Park Avenue
                                        New York, NY  10166
                                        (212) 309-1000
                                        (212) 309-1100 (facsimile)

                                        Karma B. Brown (Bar No. 479744)
                                        kbbrown@hunton.com
                                        HUNTON & WILLIAMS LLP
                                        1900 K Street, N.W.

Washington, DC  20006
(202) 955-1500
(202) 778-2201 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 19, 2008, I caused the foregoing Notice of Authorization

to be delivered to the below-listed counsel of record in the above-captioned matters through the

CM/ECF system:

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

<u>/s/ Jack Stoerger</u>
Jack Stoerger

<div dir="rtl">

**إقرار بتمثيل قانوني**

بناء على القسم ٣.س.٢ (Section III.C.2) من "الإجراءات المنقحة المتعلقة بطريقة نفاذ المحامين للمعتقلين في القاعدة البحرية الأمريكية في خليج جوانتانامو، كوبا،" يشهد المعتقل في هذا الإقرار بأنه ممثّل بمحامي الدفاع الموقع أدناه والذي قدّم طلب إنابة قضائية تتعلق بحقوق المعتقل القانونية أو أي حكم قضائي فدرالي بالنيابة عن المعتقل.

في حال سحب المحامي لتمثيله القانوني للمعتقل أو في حال إلغاء هذا التمثيل القضائي، على المحامي إعلام وزارة الدفاع فورا بذلك التغيير في الظروف.

</div>

<div dir="rtl">

توقيع محامي الدفاع             توقيع المعتقل

Wesley R. Powell

إسم المحامي باللغة الإنجليزية      *AHMED ABDUL QADER*

                    إسم المعتقل باللغة الإنجليزية

إسم المعتقل بلغته الوطنية (إن لم تكن بالإنجليزية)

التاريخ:   July 19, 2006

</div>

## <u>ACKNOWLEDGMENT OF REPRESENTATION</u>

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access to Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____          _____
Signature of Detainee                                    Signature of Counsel

_____          _____
Print Name of Detainee in English                 Print Name of Counsel in English

_____
Print Name of Detainee in Native Language (if other than English)

Date: _____