<div dir="rtl">

<u>إقرار بتمثيل قانوني</u>

بناء على القسم ٣.س.٢ (Section III.C.2) من "الإجراءات المنقحة المتعلقة بطريقة نفاذ المحامين للمعتقلين في القاعدة البحرية الأمريكية في خليج جوانتانامو، كوبا،" يشهد المعتقل في هذا الإقرار بأنه ممثل بمحامي الدفاع الموقع أدناه والذي قدّم طلب إنابة قضائية تتعلق بحقوق المعتقل القانونية أو أي حكم قضائي فدرالي بالنيابة عن المعتقل.

في حال سحب المحامي لتمثيله القانوني للمعتقل أو في حال إلغاء هذا التمثيل القضائي، على المحامي إعلام وزارة الدفاع فورا بذلك التغيير في الظروف.

</div>

_(signature)_  
توقيع محامي الدفاع

_(signature) 7/19/06_  
توقيع المعتقل

Wesley R. Powell  
إسم المحامي باللغة الإنجليزية

AHMED ABDUL QADER  
إسم المعتقل باللغة الإنجليزية

_(Arabic signature)_  
إسم المعتقل بلغته الوطنية (إن لم تكن بالإنجليزية)

التاريخ: July 19, 2006

# ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access to Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.


_____  _____
Signature of Detainee                Signature of Counsel


_____  _____
Print Name of Detainee in English    Print Name of Counsel in English


_____
Print Name of Detainee in Native Language (if other than English)


Date: _____