UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA DISTRICT

| | |
|---|---|
| IN RE: )<br>)<br>)<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>)<br>) | Misc. 08-MC- 442   (TFH)<br><br>Civil Action No. 08-CV-1185 (HHK) |

**NOTICE OF FILING PROTECTED INFORMATION (Al Qadir v. Bush 08-CV-1185) by Petitioner Mohammed Abd Al Al Qadir**

NOTICE is hereby given that Petitioner has filed with the Court Security Office a submission (by courier sent this date for overnight delivery), a portion of which he and Respondents seek to have designated as "Protected Information" for a limited time (but designating the document as a whole as Protected Information *pro tem*) pursuant to the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Suppl. 2d 174 (D.D.C. 2004) and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004. The document as a whole is the Status Report required by this Court's August 15, 2008 Order. The Protected Information cannot be described in any greater detail without disclosing its substance.

August 20, 2008

_____
Jerry Cohen
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
jcohen@burnslev.com

OF COUNSEL:
Zachary Katznelson
Cal. Bar. No. 209489

| | |
|---|---|
| Legal Director<br>Reprieve<br>PO Box 52742<br>London EC4P 4WS<br>United Kingtom<br>Tel: 011-44(0) 207-353-4640<br>Fax: 011-44(0) 207-353<br>Zachary@Reprieve.org.uk<br><br>Shayana Kadial<br>DC Bar No. 454248<br>Center for Constitutional Rights<br>666 Broadway, 7th Floor<br>New York, NY 10012-2317<br>Tel: (212) 614-6438<br>Fax: (212) 614-6499 | D.C. Bar No. 87759<br>Mass. Board of Bar Overseers # 089400<br><br><br>Stewart Eisenberg<br>WEINBERG & GARBER, PC<br>71 King Street<br>Northampton, MA 01060<br>Tel: (413) 582-6886<br>Fax: (413) 582-6881<br>buz.e@verizon.net<br>Mass. Board of Bar Overseers #<br><br>***Counsel forPetitioner, Mohammed Abd Al Al Qadir*** |

## CERTIFICATE OF SERVICE

I hereby certify service of the above Status Report upon attorneys of record for respondents by filing through the Court's electronic filing system on August 20, 2008.

_____
Jerry Cohen

J:\Docs\31549\00001\01274579.DOC