# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IN RE: ) ) ) | |
| ) | Misc. No. 08-442 (TFH) |
| **GUANTANAMO BAY** ) | |
| **DETAINEE LITIGATION** ) | Civil Action No. 08-1236 |
| ) | |

## NOTICE OF PETITIONER
## MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR'S
## REQUEST FOR 30 DAYS' NOTICE OF TRANSFER

Pursuant to this Court's July 10, 2008 Order, Docket Entry 52, regarding the transfer of prisoners from Guantanamo Bay, Cuba, Petitioner Muieen Adeen Jamal Adeen Abd Al F. Abd Al Sattar hereby requests the government provide Petitioner, undersigned counsel, and the Court with 30 days' advance notice of any intended removal of Petitioner from detention at Guantanamo Bay, Cuba.

August 21, 2008                    Respectfully submitted,

/s/ Jacqueline A. Johnson
JACQUELINE A. JOHNSON (LCvR 83.2(e))
First Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email: jacqueline_johnson@fd.org

/s/ Vicki Werneke
VICKI WERNEKE (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,

        Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email:  vicki_werneke@fd.org

*/s/ Amy B. Cleary*
AMY B. CLEARY (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,
        Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email:  amy_cleary@fd.org

Counsel for Petitioner Muieen Adeen Jamal Adeen Abd
        Al F. Abd Al Sattar