# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) | Misc. No. 08-442 (TFH) Civil Action No. 08-1233 |

### NOTICE OF PETITIONER MONSOOR MUHAMMED ALI QATTAA'S REQUEST FOR 30 DAYS' NOTICE OF TRANSFER

Pursuant to this Court's July 10, 2008 Order, Docket Entry 52, regarding the transfer of prisoners from Guantanamo Bay, Cuba, Petitioner Monsoor Muhammed Ali Qattaa hereby requests that the government provide petitioner, undersigned counsel, and the Court with 30 days' advanced notice of any intended removal of petitioner from detention at Guantanamo Bay, Cuba.

August 21, 2008                              Respectfully submitted,

/s/Edward G. Bryan
EDWARD G. BRYAN (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
edward_bryan@fd.org

/s/Carlos Warner
CARLOS WARNER (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,

Northern District of Ohio
2 South Main Street, Suite B3-56
Akron, Ohio 44308
(330) 375-5739 Fax: (330) 375-5738
carlos_warner@fd.org

*/s/Jonathan Witmer-Rich*
JONATHAN WITMER-RICH (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
jonathan_witmer-rich@fd.org

Counsel for Petitioner Monsoor Muhammed Ali Qattaa