# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 08-1230 |

## NOTICE OF PETITIONER KHALID SAAD MOHAMMAD'S
## REQUEST FOR 30 DAYS' NOTICE OF TRANSFER

Pursuant to this Court's July 10, 2008 Order, Docket Entry 52, regarding the transfer of prisoners from Guantanamo Bay, Cuba, Petitioner Khalid Saad Mohammad hereby requests that the government provide petitioner, undersigned counsel, and the Court with 30 days' advanced notice of any intended removal of petitioner from detention at Guantanamo Bay, Cuba.

August 21, 2008

Respectfully submitted,

*/s/Timothy C. Ivey*_____
TIMOTHY C. IVEY (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
timothy_ivey@fd.org

*/s/Andy Hart*_____
ANDY HART (LCvR 83.2(e))
Assistant Federal Public Defender

        Office of the Federal Public Defender,
            Northern District of Ohio
617 Adams Street
Toledo, Ohio 43604
(419) 259-7370 Fax: (419) 259-7375
andy_hart@fd.org

*/s/Jonathan Witmer-Rich*_____
JONATHAN WITMER-RICH (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,
        Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
jonathan_witmer-rich@fd.org

Counsel for Petitioner Khalid Saad Mohammad