# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IN RE:** | ) ) ) ) | Misc. No. 08-442 (TFH) |
| **GUANTANAMO BAY** | ) |  |
| **DETAINEE LITIGATION** | ) ) | Civil Action No. 08-1231 |

## STATUS REPORT BY PETITIONER ABDULAH ALHAMIRI

Pursuant to Judge Hogan's Order entered on August 15, 2008 (Docket Entry 8), undersigned counsel for petitioner state the status of the case is as follows:

1. This case began with a "Petition for Writ of Habeas Corpus" filed on July 17, 2008, by Sami Al Hajj on behalf of Petitioner Abdulah Alhamiri. The petition states Mr. Alhamiri is from the United Arab Emirates and has been held at Guantanamo Bay, Cuba, for four to five years without access to legal counsel.

2. On August 1, 2008, Respondent filed a Status Report indicating Mr. Alhamiri has been released from United States custody and transferred to the control of the government of the United Arab Emirates.

3. This Court appointed the Office of the Federal Public Defender, Northern District of Ohio, to represent Mr. Alhamiri on August 8, 2008.

4. To date, counsel have had no contact with Mr. Alhamiri. Likewise, counsel have not yet had any contact with Sami Al Hajj (who filed the petition on behalf of Mr. Alhamiri) to determine his relationship with Mr. Alhamiri.

5. Through a Department of Defense ("DOD") website, counsel have obtained one unclassified document appearing to pertain to Mr. Alhamiri: a DOD memorandum dated February 10, 2006, containing an unclassified summary of evidence for Administrative Review Board regarding Mr. Alhamiri. This is the extent of the information undersigned counsel have obtained regarding Mr. Alhamiri.

6. Counsel are in the process of investigating Respondents' claim that Mr. Alhamiri has been released from United States custody and will confer with the relevant attorneys from the Department of Justice representing Respondents in this case about access to discovery and other case-related issues.

7. Counsel will also pursue an express authorization of the petition in compliance with this Court's order of July 29, 2008 (Docket Entry 210 in Case No. 08-mc-442). In the event undersigned counsel, for reasons beyond their control, are unable to obtain to locate Mr. Alhamiri before the deadline imposed by that order, counsel will seek leave of Court for additional time to pursue an authorization.

August 21, 2008                              Respectfully submitted,

*s/ Debra M. Hughes*
DEBRA M. HUGHES (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113

Telephone: (216) 522-4856; Fax: (216) 522-4321
E-Mail: debra_hughes@fd.org

*/s/Darin Thompson*
DARIN THOMPSON (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
        Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
E-mail: darin_thompson@fd.org

*/s/ Amy B. Cleary*
AMY B. CLEARY (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,
        Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email:  amy_cleary@fd.org

Counsel for Petitioner Abdulah Alhamiri