IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE:<br>GUANTANAMO BAY DETAINEE<br>LITIGATION | ) ) ) ) ) | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-2386 (RBW) |

## ORDER DENYING PETITIONER EL FALESTENY'S MOTION TO RECONSIDER AND MODIFY ORDER HOLDING IN ABEYANCE HIS MOTION FOR A PRELIMINARY INJUNCTION

It is hereby ordered that Petitioner El Falesteny's Motion to Reconsider and Modify Order Holding in Abeyance his Motion for a Preliminary Injunction (dkt. no. 538) is DENIED.

IT IS SO ORDERED.

Dated: _____

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE