IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | |
| | Misc. No. 08-MC-442 (TFH) |
| GUANTANAMO BAY DETAINEE | |
| LITIGATION | Civil Action No. 04-1254 (HHK) |

**RESPONDENTS' MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PETITIONER'S EMERGENCY MOTION TO COMPEL ACCESS TO MEDICAL RECORDS OF PETITIONER ADNAN FARHAN ABDUL LATIF AND FOR <u>OTHER MISCELLANEOUS RELIEF</u>**

Respondents hereby respectfully request an extension of one business day to respond to Petitioner Adnan Farhan Abdul Latif's Emergency Motion to Compel Access to Medical Records of Adnan Farhan Abdul Latif and For Other Miscellaneous Relief. Petitioner filed his emergency motion on August 16, 2008. Respondents are attempting to respond fully and adequately; however, because of recent developments and communications problems between Washington, DC and Guantanamo Bay, Respondents need an additional business day to file an Opposition.

Dated: August 22, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

   /s/ Scott Levin
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN

SCOTT D. LEVIN
SEAN W. O'DONNELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel: (202) 514-3755
Fax: (202) 616-8470

Attorneys for Respondents