IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| IN RE: |
| |
| GUANTANAMO BAY DETAINEE |
| LITIGATION |

Misc. No.  08-MC-442 (TFH)

Civil Action No. 04-1254 (HHK)

## NOTICE OF FILING OF PROTECTED INFORMATION

NOTICE is hereby given that Respondents have filed with the Court Security Office its Opposition to Petitioner's Emergency Motion to Compel Access to Medical Records. In the interest of protecting Petitioner's privacy, and pursuant to the wishes of Petitioner's counsels, Respondents seek to have this filed under seal. Respondents have served Petitioner's counsels the submission via electronic mail.

Dated: August 25, 2008        Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


  /s/ Scott Levin
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
SCOTT D. LEVIN
SEAN W. O'DONNELL
Trial Attorneys
United States Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel: (202) 514-3755
Fax: (202) 616-8470

Attorneys for Respondents