IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| MAJID KHAN,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Civil Action No. 06-1690 (RBW) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Petitioner Majid Khan submitted to the Court Security Office for service and filing in these actions a Reply Memorandum in Further Support of Motion for Order Directing the Court Security Office to File Supplemental Status Report.

Date:  New York, New York
       August 26, 2008

                                             Respectfully submitted,

                                             Counsel for Petitioner:

                                             /s/ J. Wells Dixon
                                             J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                             CENTER FOR CONSTITUTIONAL RIGHTS
                                             666 Broadway, 7th Floor
                                             New York, New York 10012
                                             Tel: (212) 614-6423