THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civ. No. 04-cv-1254 (UNA) |

NOTICE OF APPEARANCE

Please take notice and enter the appearance of Alan A. Pemberton, Covington & Burling LLP, as additional counsel for Petitioners.

Alan A. Pemberton
D.C. Bar No. 367108
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-5642 (tel)
apemberton@cov.com

Counsel for Petitioners

August 28, 2008
Washington, DC