THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION | )<br>)<br>)  Misc. No. 08-442 (TFH)<br>)<br>)<br>)  Civ. No. 05-cv-1429 (UNA)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Please take notice and enter the appearance of S. William Livingston, Covington & Burling LLP, as additional counsel for Petitioners.

                                                            /s/ S. William Livingston
S. William Livingston
D.C. Bar No. 59055
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-5380 (tel)
blivingston@cov.com

Counsel for Petitioners

August 28, 2008
Washington, DC