UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
   IN RE:                           :    Misc. No. 08-442 (TFH)
:
   GUANTANAMO BAY         :    Civil Action No. 05-1497 (RCL)
   DETAINEE LITIGATION    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF AUTHORIZATION

        Pursuant to the Court's Order of July 29, 2008, Petitioner Adel El Ouerghi (ISN 502) files this notice of authorization of counsel.

        1.     On June 12, 2006, Petitioner Adel El Ouerghi signed an acknowledgement of representation, in Arabic, agreeing that Michael Cooper, Suhana Han, Jessica Klein, and any other individual who should join the team, are authorized to defend his case and all matters related to it.  Mr. El Ouerghi's authorization, along with an English translation, is attached hereto as Ex. 1.

Dated:  August 28, 2008           Respectfully submitted,

                                        ____/s/ Suhana Han_____

                                      Michael A. Cooper
                                      Suhana S. Han
                                      Jessica M. Klein
                                      125 Broad Street
                                      New York, New York  10004
                                      Tel. (212) 558-4000
                                      Fax: (212) 558-3588

                                      *Counsel for Petitioners Adil bin Muhammad al Wirghi and Tawiss bint Hasan al Wirghi*

Of Counsel
Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Tel: (212) 614-6439
Fax: (212) 614-6499

انا عادل بن محمد الحريني ارغب في ان يمثلني
مايكل كير - ودوهانه صان - جيمسا كلاين -
في المحكمة للدفاع عن قضيتي وكل الامور المتعلقة بها
دايقا اي شخصي ينظم الى فريق الدفاع

عادل بن محمد الحريني -

ISN - 502

- 6 - 12 - 2006

I  Adel Ben Mohamed El Ouerghi would like to be represented by Michael Cooper – Suhana Han – and Jessica Klein in court to defend my case, all matters related to it, and also by any individual who will join the defense team.


Adel Ben Mohamed El Ouerghi                ISN= 502

        Signature

        6-12-2006