أنا عادل بن محمد الورغي ارغب في أن يمثلني
مايكل كير - ودوحانه هان - جيسكا كلايني -
في المحكمة للدفاع عن قضيتي وكل الأمور المتعلقة بها
دايضا اي شخصي ينظم الى فريق الدفاع

عادل بن محمد الورغي -     ISN= 502

- 6 - 12 - 2006

I  Adel Ben Mohamed El Ouerghi would like to be represented by Michael Cooper – Suhana Han – and Jessica Klein in court to defend my case, all matters related to it, and also by any individual who will join the defense team.

Adel Ben Mohamed El Ouerghi        ISN= 502

Signature

6-12-2006