**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | ) | |
|---|---|---|
| | ) | Misc. No. 08-442 (TFH) |
| **IN RE:** | ) | |
| **GUANTANAMO BAY** | ) | Civil Action Nos. |
| **DETAINEE LITIGATION** | ) | 04-CV-1194, 04-CV-1254, 05-CV-0247 |
| | ) | 05-CV-0280, 04-CV-0526 |
| | ) | |
| | ) | |

# O R D E R

Respondents' August 29, 2008 Motion for Leave to File Amended Factual Returns with respect to the petitioners noted on the attached chart is hereby GRANTED.

SO ORDERED.

Dated: _____

_____
Thomas F. Hogan
United States District Judge

**Factual Return Amendments**

| Case No. | Judge | Petitioner | ISN | Date Submitted |
|---|---|---|---|---|
| 04-1194 | HHK/TFH | Al Swidhi | 578 | 8/29/08 |
| 04-1194 | | Al Haj | 256 | 8/29/08 |
| 04-1194 | | Amer | 564 | 8/29/08 |
| 04-1194 | | Al Baidhani | 553 | 8/29/08 |
| 04-1254 | HHK/TFH | Al Wrafie | 117 | 8/29/08 |
| 05-247 | HHK/TFH | Al-Mohammed | 537 | 8/29/08 |
| 05-280 | GK/TFH | Bawazir | 440 | 8/29/08 |
| 05-526 | RMU/TFH | Tumani | 312 | 8/29/08 |
| | | | | |