IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) ) | Civil Action No. 08-CV-1185 (HHK) |

**NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that the United States has relinquished custody of petitioner Mohammed Abd Al Al Qadir (ISN 284) and transferred him to the control of the Government of Algeria.

In the Stipulation and Order filed with the Court under seal on August 18, 2008, the parties agreed that, pursuant to the protective orders entered by the Court's Order of July 29, 2008, Respondents' Notice Pursuant To The Court's July 10, 2008 Order (filed under seal on July 23, 2008), as well as the Stipulation and Order, would be designated as "protected information" pending notice by respondents of completion of the transfer of petitioner to Algeria.  Accordingly, the transfer having taken place, respondents hereby withdraw their request to have the Notice and Stipulation and Order treated as protected information.[1]

Dated: September 1, 2008                Respectfully submitted,

                                        GREGORY G. KATSAS
                                        Assistant Attorney General

---

[1] Consistent with this withdrawal, respondents have no objection to the Notice and Stipulation and Order being unsealed and placed on the public record.

        JOHN C. O'QUINN
        Deputy Assistant Attorney General


        /s/ *Andrew I. Warden*
        JOSEPH H. HUNT (D.C. Bar No. 431134)
        VINCENT M. GARVEY (D.C. Bar No. 127191)
        JUDRY L. SUBAR (D.C. Bar 347518)
        TERRY M. HENRY
        ANDREW I. WARDEN (IN Bar No. 23840-49)
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, DC  20530
        Tel:  (202) 616-5084
        Fax:  (202) 616-8470

        Attorneys for Respondents