# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY** ) | |
| **DETAINEE LITIGATION** ) | **Civil Action No. CV 02-0828 (CKK)** |
| ) | |

## [DRAFT] ORDER

THIS MATTER having come before the Court on the government's Motion for Partial and Temporary Relief from the Court's July 11, 2008 Scheduling Order, it appearing to the Court that the motion should be denied for lack of good cause, it is hereby

ORDERED the government's motion is denied, and it is further

ORDERED that the government has waived its opportunity to move for leave to file amended factual returns in Civil Action No. 02-cv-0828.

Date:

The Honorable Thomas F. Hogan
United States District Judge