**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY | ) |  |
| DETAINEE LITIGATION | ) | Civil Action No. 04-1254 (HHK) |
|  | ) |  |

**NOTICE OF FILING**

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on September 3, 2008, Petitioner Adnan Farhan Abdul Latif filed with the Court Security Officer a copy of his Reply to Opposition to Emergency Motion to Compel Access to Medical Records of Petitioner Adnana Farhan Abdul Latif and For Other Miscellaneous Relief.

The Reply will be filed via the Electronic Case Filing system when it has been cleared for public viewing by the Court Security Office.

Dated: DeKalb, Illinois
September 3, 2008

Respectfully submitted,

/s/
Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043 (phone)
(815) 753-9301 (fax)
mdf19@columbia.edu