IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE<br>LITIGATION | Misc. No.  08-MC-442 (TFH)<br><br>Civil Action No. 04-CV-1254 (HHK ) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Respondents:

> SEAN W. O'DONNELL
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., N.W.
> Room 7338
> Washington, D.C.  20530
> Telephone: 202-305-4880
> Email: sean.o'donnell@usdoj.gov

Dated: September 3, 2008      Respectfully submitted,

> GREGORY G. KATSAS
> Assistant Attorney General
>
> JOHN C. O'QUINN
> Deputy Assistant Attorney General
>
>    s/ Sean W. O'Donnell
> JOSEPH H. HUNT (D.C. Bar No. 431134)
> VINCENT M. GARVEY (D.C. Bar No. 127191)
> JUDRY L. SUBAR (D.C. Bar No. 347518)
> TERRY M. HENRY
> ANDREW I. WARDEN
> PAUL E. AHERN
> SCOTT D. LEVIN (D.C. Bar No. 494844)
> SEAN W. O'DONNELL
> Trial Attorneys
> United States Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202) 305-4880
Fax: (202) 616-8470

Attorneys for Respondents