UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

**MOTION TO APPEAR *PRO HAC VICE***

COMES NOW Gordon S. Woodward, Esq., a member in good standing of the bar of this Court, and hereby moves for the admission *pro hac vice* of Jerry Cohen for the purpose of representing, as co-counsel, the petitioner Mohammed Abdullah Taha Mattan in this case.

The movant states that he, as well as the visiting attorney, have read the rules of this Court concerning admissions *pro hac vice* and will abide by them.  Movant further states that he has conferred with counsel for respondents and understands that respondents intend to take no position with regards to this motion.  Respondents do consent to the direct filing of this motion without court security officer clearance.

Dated:  September 3, 2008         Respectfully submitted,
                                  Counsel for Petitioner:


                                   /s/ Gordon S. Woodward
                                  Gordon S. Woodward (No. 452626)
                                  Schnader Harrison Segal & Lewis LLP
                                  2001 Pennsylvania Avenue, NW, Suite 300
                                  Washington, D.C.  20006-1825
                                  (202) 419-4215
                                  gwoodward@schnader.com

PHDATA 3124530_1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September, 2008, a true and correct copy of the above and foregoing was served via the Court's efiling system, which will send notification of such filing to all counsel of record.

                                                  /s/ Gordon S. Woodward___
                                                  Gordon S. Woodward

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:**<br><br>**GUANTANAMO BAY**<br>**DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)**<br><br>**Civil Action No. 05-2386 (RBW)** |

## ORDER

Upon consideration of the motion for admission of counsel *pro hac vice*, it is hereby ordered that Jerry Cohen is admitted *pro hac vice* for purposes of this case.

IT IS SO ORDERED.

DATED: _____          _____
                                       UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

**DECLARATION OF JERRY COHEN IN SUPPORT
OF MOTION TO APPEAR *PRO HAC VICE***

I, Jerry Cohen, do hereby make this declaration pursuant to LCvR 83.2(d):

1. My full name is Jerry Cohen.

2. I am a partner with the law firm of Burns & Levinson L.L.P., located at 125 Summer Street, Boston, Massachusetts 02110-1624. My office phone number is (617) 345-3000.

3. I am a member of the bars of the District of Columbia, Massachusetts, Rhode Island, and the United States Court of Appeals for the District of Columbia Circuit.

4. I have not been disciplined by any bar, nor are there currently pending disciplinary actions against me.

5. I have been admitted *pro hac vice* in this Court twice within the last two years.

6. I am a member of the bars of the District of Columbia and the United States Court of Appeals for the District of Columbia Circuit, but do not maintain an office in the District of Columbia.

7. I have read the rules of this Court concerning admissions *pro hac vice* and will abide by them.

8. I will serve in the above-captioned case without compensation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2008.

                                                                  /s/ Jerry Cohen
                                                                  Jerry Cohen