UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA DISTRICT

| | |
|---|---|
| IN RE: ) | Misc. 08-MC- 442   (TFH) |
| ) | |
| GUANTANAMO BAY ) | |
| <u>DETAINEE LITIGATION</u>        ) | Civil Action No. 05-cv-1347 (GK) |

### NOTICE OF AUTHORIZATION

Representatives of detainee Farhi Saeed bin Mohammed (aka Farhi Saiid), ISN #311, counsels Jerry Cohen and Stewart Eisenberg, identified below, were directly authorized May 14, 2007 as shown in the attached Acknowledgement of Representation (English and Arabic texts). This superseded the 2005 next friend filing of this action for habeas corpus and other relief. Attorneys Eisenberg and Cohen subsequently appointed attorneys Kadidal and Katznelson identified below.

September 4, 2008

OF COUNSEL
Zachary Katznelson Cal. Bar. No. 209489
Legal Director, Reprieve:
PO Box 52742
London EC4P 4WS
United Kingtom
Tel: 011-44(0) 207-353-4640
Fax: 011-44(0) 207-353
Zachary@Reprieve.org.uk

Shayana Kadial
DC Bar No. 454248
Center for Constitutional Rights
666 Broadway, New York, NY 10012-2317
Tel: (212) 614-6438,
Fax: (212) 614-6499

/s/ Jerry Cohen

Jerry Cohen
Burns & Levinson LLP
125 Summer Street, Boston, MA 02110
Tel: (617) 345-3000, jcohen@burnslev.com
D.C. Bar No. 87759
Mass. Board of Bar Overseers # 089400

Stewart Eisenberg
Weinberg & Garber, PC
71 King Street, Northampton, MA 01060
Tel: (413) 582-6886 Fax: (413) 582-6881
buz.e@verizon.net
Mass. Board of Bar Overseers #

*Counsel for Petitioner, Farhi Saeed bin Mohammed*

## CERTIFICATE OF SERVICE

Counsel for Respondents were served this date by filing through the Court's ECF system.

_____
Jerry Cohen, Attorney for Petitioner

J:\Docs\31549\00001\01278448.DOC

06/19/07 TUE 13:03 [TX/RX NO 6335]

**UNCLASSIFIED**

### ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____    _____ + Jerry Cohen
Signature of Detainee           Signature of Counsel

FARHI SAID                    STEWART Eisenberg & JERRY COHEN
Print Name of Detainee in English    Print Name of Counsel in English    5/14/07

_____ فرحي سعيد
Print Name of Detainee in Native Language (if other than English)

Date: MAY 14, 2007

**UNCLASSIFIED**

06/19/07 TUE 13:03 [TX/RX NO 6335]

**UNCLASSIFIED**

<div dir="rtl">

<u>إقرار بتمثيل قانوني</u>

بناء على القسم ٣.س.٢ (Section III.C.2) من "الإجراءات المنتحة المتعلقة بطريقة نفاذ المحامين للمعتقلين في القاعدة البحرية الأمريكية في خليج جوانتانامو، كوبا" يشهد المعتقل في هذا الإقرار بأنه ممثل بمحامي الدفاع الموقع أدناه والذي قدم طلب إنابة قضائية تتعلق بحقوق المعتقل القانونية وأي حكم قضائي فدرالي بالنيابة عن المعتقل.

في حال سحب المحامي لتمثيله القانوني للمعتقل أو في حال إلغاء هذا التمثيل القضائي، على المحامي إعلام وزارة الدفاع فوراً بذلك التغيير في الظروف.

</div>

Signatures:
- Jerry Cohen / JERRY COHEN 5/14/07 — توقيع محامي الدفاع
- STEWART — إسم المحامي باللغة الإنجليزية
- FARHI SAID — إسم المعتقل باللغة الإنجليزية
- توقيع المعتقل
- إسم المعتقل بلغته الوطنية (إن لم تكن بالإنجليزية)

التاريخ: May 15, 2007

**UNCLASSIFIED**