IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE :
  GUANTANAMO BAY :   Misc. No. 08-442 (TFH)
  DETAINEE LITIGATION

## PRAECIPE

Undersigned counsel for Petitioner respectfully states as follows:

1. According to terms of the Protective Order entered by this court in the above-captioned case, "Without authorization from the government or the Court, protected information shall not be disclosed or distributed to any person or entity other than ... petitioners' counsel, provided such individuals have signed the Acknowledgment, attached hereto as Exhibit C, attesting to the fact that they have read this Protective Order and agree to be bound by its terms ..." *Id.* ¶ 35(a).

2. The Protective Order defines "petitioners' counsel" to include "an attorney who is employed or retained by or on behalf of a petitioner for purposes of representing the petitioner in habeas corpus or other litigation in federal court in the United States, as well as co-counsel, interpreters, *paralegals*, investigators and all other personnel or support staff employed or engaged to assist in the litigation." *Id.* ¶ 12 (emphasis added).

3. William C. Rueter Jr. is a paralegal employed by Dechert LLP. He assists attorneys in their representation of several Guantanamo Bay detainees. In order to access protected information concerning our clients, the Protective Order entered in this case requires

that Mr. Rueter file an executed Acknowledgment regarding the Protective Order, which is

attached here as Exhibit A.

Dated: Washington, D.C.
      September 4, 2008

                                   Respectfully submitted,

                                   Counsel for Petitioner

                                   */s/ Tara R. Kelly*
                                   Tara R. Kelly
                                   Attorney #438241
                                   Dechert LLP
                                   1775 I Street, N.W.
                                   Washington, DC 20006
                                   Tel: (202) 261-3329
                                   Fax: (202) 261-3057

**EXHIBIT A**

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he/she has read the Protective Orders entered in the United States District Court for the District of Columbia in the case captioned <u>In re Guantanamo Bay Detainee Litigation</u>, Misc. No. 08-442 (TFH); understands their terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Orders. The undersigned acknowledges that his duties under the Protective Orders shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Orders may result in the imposition of sanctions by the Court.

Date: 9/3/2008

William C. Rueter Jr.

## CERTIFICATE OF SERVICE

I certify that, on September 4, 2008, I caused to be served via first-class mail a true and correct copy of the foregoing Praecipe in *In re: Guantanamo Bay Detainee Litigation*, on counsel of record for Respondents as follows:

>Preeya M. Noronha
>preeya.noronha@usdoj.gov
>U.S. Department of Justice
>Civil Division—Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7226
>Washington, D.C. 20530
>Tel: 202.514.3338
>
>Terry M. Henry
>terry.henry@usdoj.gov
>Senior Trial Attorney
>U.S. Department of Justice
>Civil Division—Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7226
>Washington, D.C. 20530
>
>Andrew I. Warden
>andrew.warden@usdoj.gov
>Trial Attorney
>U.S. Department of Justice
>Civil Division—Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7226
>Washington, D.C. 20530

Tara R. Kelly