IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE :
GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-442 (TFH)

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that she has read the Protective Orders entered in the United States District Court for the District of Columbia in the cases captioned In Re: Guantanamo Bay Detainee Litigation v. George W. Bush, Misc. No. 08-442 (TFH), understands their terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Orders. The undersigned acknowledges that her duties under the Protective Orders shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Orders may result in the imposition of sanctions by the Court.

Date: Sept 4, 2008

Tara R. Kelly
D.C. Bar No. 438241
Dechert LLP
1775 I St NW
Washington, DC 20006
Telephone: 202.261.3329
Fax:       202.261.3333

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I certify that, on September 4, 2008, I caused to be served via first-class mail a true and correct copy of the foregoing Acknowledgement in *In re: Guantanamo Bay Detainee Litigation*, on counsel of record for Respondents as follows:

> Preeya M. Noronha
> preeya.noronha@usdoj.gov
> U.S. Department of Justice
> Civil Division—Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7226
> Washington, D.C. 20530
> Tel: 202.514.3338
>
> Terry M. Henry
> terry.henry@usdoj.gov
> Senior Trial Attorney
> U.S. Department of Justice
> Civil Division—Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7226
> Washington, D.C. 20530
>
> Andrew I. Warden
> andrew.warden@usdoj.gov
> Trial Attorney
> U.S. Department of Justice
> Civil Division—Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7226
> Washington, D.C. 20530

/s/ Tara R. Kelly
Tara R. Kelly