

**Amended Factual Returns Filed**

| Case No. | Judge | Petitioner | ISN | Return Type | Date Filed |
|---|---|---|---|---|---|
| 02-0828 | CKK/TFH | Al Rabiah | 551 | Amended | 9/5/08 |
| 04-1194 | HHK/TFH | Hassan | 680 | Amended | 9/5/08 |
| 04-2022 | PLF/TFH | Paracha | 1094 | Amended | 9/5/08 |