**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **IN RE:** | ) ) ) | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY** | ) | **Civil Action Nos.** |
| **DETAINEE LITIGATION** | ) ) ) ) | **02-CV-0828; 04-CV-1194; 04-CV-2022** |

**O R D E R**

Respondents' September 5, 2008 Motion for Leave to File Amended Factual Returns with respect to the petitioners noted on the attached chart is hereby GRANTED.

SO ORDERED.

Dated: _____

                                                                Thomas F. Hogan
                                                                 United States District Judge

**Factual Return Amendments**

| Case No. | Judge | Petitioner | ISN | Date Submitted |
|---|---|---|---|---|
| 02-0828 | CKK/TFH | Al Rabiah | 551 | 9/5/08 |
| 04-1194 | HHK/TFH | Hassan | 680 | 9/5/08 |
| 04-2022 | PLF/TFH | Paracha | 1094 | 9/5/08 |