

Exhibit A

**Amended Factual Returns Filed**

| Case No. | Judge | Petitioner | ISN | Return Type | Date Filed |
|----------|---------|------------|-----|-------------|------------|
| 02-0828 | CKK/TFH | Al Odah | 232 | Amended | 9/8/08 |
| 04-1194 | HHK/TFH | Al-Sarim | 235 | Amended | 9/8/08 |