**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) | **Civil Action Nos.** |
| **DETAINEE LITIGATION** ) | **02-CV-0828; 04-CV-1194** |
| ) | |
| ) | |
| ) | |

**O R D E R**

Respondents' September 8, 2008 Motion for Leave to File Amended Factual Returns with respect to the petitioners noted on the attached chart is hereby GRANTED.

SO ORDERED.


Dated: _____

                                                                     Thomas F. Hogan
                                                                     United States District Judge

**Factual Return Amendments**

| Case No. | Judge | Petitioner | ISN | Date Submitted |
|---|---|---|---|---|
| 02-0828 | CKK/TFH | Al Odah | 232 | 9/8/08 |
| 04-1194 | HHK/TFH | Al-Sarim | 235 | 9/8/08 |