IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| _____) | |
| AMER MOHAMMON , *et al.*, ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | Civil No. 05-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| _____) | |

# MAHER EL FALESTENY'S MEMORANDUM
# IN OPPOSITION TO THE GOVERNMENT'S MOTION
# FOR EXTENSION OF TIME

Petitioner Maher El Falesteny objects to the government's untimely request to extend time to file a return in his case. Given that he has been cleared to leave Guantanamo, and that the record produced so far in his Detainee Treatment Act matter shows that he has never been a combatant of any kind, the requested extension adds insult to the injury to his already extensive unlawful detention. (Falesteny notes that the government is in open violation of the September 2007 order to produce documents entered by the Court of Appeals – and intends to file a motion for appropriate relief today).

If the burden of defending its unjustified, and now admittedly pointless, incarceration of Mr. Falesteny is too much for the government to comply with court orders, it should simply release him.

Respectfully submitted,

    /s/ Charles H. Carpenter

| | |
|---|---|
| Shayana Kadidal (DC # 454248) | Charles H. Carpenter (DC #432004) |
| CENTER FOR CONSTITUTIONAL RIGHTS | William J. Bethune (DC # 66696) |
| | PEPPER HAMILTON LLP |
| 666 Broadway, 7th Floor | 600 Fourteenth Street, N.W. |
| New York, New York 10012 | Suite 500, Hamilton Square |
| Tel: (212) 614-6439 | Washington, DC 20005-2004 |
| Fax: (212) 614-6499 | Tel: (202) 220-1507 |
| | Fax: (202) 220-1665 |
| Of Counsel for Petitioner | |
| | Stephen M. Truitt (DC # 13235 ) |
| | 600 Fourteenth Street, N.W. |
| | Suite 500, Hamilton Square |
| | Washington, DC 20005-2004 |
| | Tel: (202) 220-1452 |
| | Fax: 202 220 1665 |

*Counsel for Petitioners*

Dated: September 8, 2008