# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-00247 (HHK) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, pursuant to the provisions of the Amended Protective Order in effect in this action, Petitioner has today filed under seal with the Court Security Officer for review a response to Respondent's motion for relief from scheduling order.

                                                          Respectfully submitted,
                                                          GARVEY SCHUBERT BARER

                                                          By   s/ Samuel C. Kauffman
                                                               Robert C. Weaver, Jr. OSB #80135
                                                               Samuel C. Kauffman, OSB #94352
                                                               GARVEY SCHUBERT BARER
                                                              Eleventh Floor
                                                              121 SW Morrison St.
                                                              Portland, OR 97204
                                                             Tel: (503) 228-3939
                                                             Fax: (503) 226-0259
                                                            rweaver@gsblaw.com
                                                            skauffman@gsblaw.com
                                                            jrothermich@gsblaw.com
                                                            Attorneys for Petitioner

Dated: September 8, 2008