# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | |
| GUANTÁNAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| MOHAMMED SULAYMON BARRE, | |
| Petitioner, | |
| v. | Civil Action No. 08 CV 1153 (HHK) |
| GEORGE W. BUSH, *et al.*, | |
| Respondents. | |

## NOTICE OF FILING OF
## OPPOSITION TO MOTION FOR PARTIAL RELIEF AND CROSS-MOTION FOR AN EXCEPTION TO SEQUENCING BASED ON EXCEPTIONAL CIRCUMSTANCES

Petitioner Mohammed Sulaymon Barre ("Petitioner"), by and through his undersigned counsel, hereby gives notice that on July 15, 2008, a copy of Petitioner's Opposition to Motion for Partial Relief and Cross-Motion for an Exception to Sequencing Based on Exceptional Circumstances was submitted under seal to the Court Security Office for filing and classification review for public filing.

The Motion will be filed via the Electronic Case Filing system when it has been cleared for public filing by the Court Security Office.

Dated: New York, New York
September 8, 2008

        Respectfully submitted,

        Counsel for Petitioner:

        /s/ Emilou MacLean
        Emilou MacLean (Pursuant to LCvR 83.2(g))
        J. Wells Dixon
        Pardiss Kebriaei
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6424
        Fax: (212) 614-6499