IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION<br><br><br>SUHAIL ABDU ANAM, et al.,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Misc. No. 08-442 (TFH)<br><br><br><br><br><br>04-CV-1194 (HHK) |

## NOTICE OF PETITIONERS' JOINT RESPONSE TO RESPONDENTS' MOTION FOR RELIEF FROM SCHEDULING ORDER

Petitioners Emad Abdullah Hassan, Ali Yahya Mahdi al Raimi, Abdulkhaliq al Baidhani, Riyad Ataq al Haj, Khaled Ahmed Qassim, Ali Ahmed al Razehi, Abdulaziz Abdoh al Swidhi, Saeed Mohammed al Sarim, Fahmy Abdullah al Tawlaqi and Bashir Nasir al Marwalah in the above-captioned case join in "Petitioners' Response To Respondents' Motion For Relief From Scheduling Order," filed September 8, 2008.

Dated: September 9, 2008                    Respectfully submitted,

By: /s/ Sarah Havens
_____

Scott Sullivan
Kristine Huskey (D.C. Bar No. 462979)
UNIVERSITY OF TEXAS
  SCHOOL OF LAW
  NATIONAL SECURITY &
  HUMAN RIGHTS CLINIC
727 E. Dean Keeton Street
Austin, TX 78705
Tel. (512) 471-5151
*Of counsel for Petitioners*

Pamela Rogers Chepiga
Sarah Havens
Julie Withers
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel. (212) 610-6300
*Counsel for Petitioners Hassan, al Raimi, al
  Baidhani, al Haj, Qassim, al Razehi, al Swidi,
  Sarim, al Tawlaqi, and al Marwalah*

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Joint Response was served upon counsel of record by the CM/ECF system on the 9th day of September, 2008.

                                          /s/ Sarah Havens
                                          Sarah Havens