*CLEARED FOR PUBLIC FILING BY THE CSO*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IN RE:** ) | Misc. No. 08-442 (TFH) |
| ) |  |
| **GUANTÁNAMO BAY DETAINEE** ) | Civil Action No. 05-0526 (RMU) |
| **LITIGATION** ) |  |
| ) |  |

### NOTICE OF JOINDER IN RESPONSE TO RESPONDENTS'
### FOR RELIEF FROM SCHEDULING ORDER

PLEASE TAKE NOTICE that Petitioner, Abd Al Nisr Khan Tumani, joins in Petitioners' Response to Respondents' Motion for Relief from Scheduling Order, filed on September 8, 2008. Respondents' motion does not cover Petitioner, Mohammed Khan Tumani, since Respondents lodged a proposed amended return for such Petitioner on August 29, 2008.

Respectfully submitted,

**ABD AL NISR KHAN TUMANI AND
MOHAMMED KHAN TUMANI**

By:  /s/ Gordon S. Woodward
Gordon S. Woodward (Admission No. 50164)
Elizabeth K. Ainslie
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-1825
Telephone:    202-419-4215
Facsimile:     202-419-4253

Eldon V.C. Greenberg
D.C. Bar #159558
GARVEY SCHUBERT BARER
Fifth Floor
1000 Potomac Street, N.W.
Washington, DC 20007
Tel: (202) 965-7880
Fax: (202) 965-1729

Gutanjali Gutierrez
Pardiss Kebriaei
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:     212-614-6464
Facsimile:      212-614-6499

*Counsel for Petitioners*

Dated: September 9, 2008