## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:

**GUANTANAMO BAY
DETAINEE LITIGATION**

**Misc. No 08-442 (TFH)**

ZALITA v. BUSH
AL QAHTANI v. BUSH
OTHMAN v. BUSH
MAJID KHAN v. BUSH

05-CV-1220 (RMU)
05-CV-1971 (RMC)
05-CV-2088 (RWR)
06-CV-1690 (RBW)

### NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondent that Petitioners in the

above-captioned matters have joined in "Petitioners' Response to Respondents' Motion for Relief

from Scheduling Order," filed in the miscellaneous docket on September 8, 2008.


Dated: August 9, 2008                    Respectfully submitted,

                                         _____/s/ Shayana Kadidal_____
                                         Shayana Kadidal (D.C. Bar No. 454248)
                                         Gitanjali S. Gutierrez
                                         Pardiss Kebriaei
                                         Emi MacLean
                                         CENTER FOR CONSTITUTIONAL RIGHTS
                                         666 Broadway, 7th Floor
                                         New York, New York 10012
                                         Tel: (212) 614-6438
                                         Fax: (212) 614-6499

Dockets.Justia.com