IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 06-01767 (RMU) |
| ) | |

## NOTICE OF JOINDER

Petitioners Mohamed Al-Zarnouqi and Mashour Abdullah Muqbel Alsabri, together with Next Friend Mohamed Muqbel Ahmed Alsabri as Co-Petitioner in the above-captioned case join in "Petitioners' Response To Respondents' Motion For Relief From Scheduling Order," filed September 8, 2008 with the Court Security Office. The Notice of Filing of this Response was filed as Misc. Docket Entry #357.

Dated: New York, NY
September 9, 2008

Respectfully submitted,

SCHIFF HARDIN LLP
900 Third Avenue
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044
  *and*
6600 Sears Tower
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

Counsel for Petitioners

By: /s/ Brian J. Neff
    Brian J. Neff

NY\50406557.1