**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-0520 (RMU) |

## NOTICE OF JOINDER

Petitioners Abdul Rahman Shalabi, Zaben Al Shammari, Abdullah Al Otaibi, Fahd Nasser Mohamed, and Musa Al Wahab in the above-captioned case join in "Petitioners' Response To Respondents' Motion For Relief From Scheduling Order" which was filed on September 8, 2008.

Dated: New York, New York
       September 9, 2008

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   /s/ Julia Tarver Mason
       Martin Flumenbaum
       Julia Tarver Mason
       jmason@paulweiss.com
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Counsel for Petitioners