# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) ) ) ) | Misc. No. 08-0442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

## NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondents that Petitioner Jabbarov Oybek Jamolivich (ISN #452) in the above-captioned case joins in "Petitioners' Response to Respondent's Motion for Relief from Scheduling Order," filed September 8, 2008 in the Miscellaneous Docket. The Notice of Filing of this forthcoming Response was filed as Misc. Docket Entry #357.

Respectfully submitted,

Dated: September 9, 2008     By:     /s/ *Michael E. Mone, Jr.*
Michael E. Mone, Jr.
(MA BBO No. 634607)
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA  02110
(617) 482-0333
(617) 426-2978 (fax)

*Counsel for Petitioner Jamolivich*

**CERTIFICATE OF SERVICE**

I, Michael E. Mone, Jr., certify that on September 9, 2008, I electronically filed Notice of Joinder in Petitioners' Response to Respondent's Motion for Relief from Scheduling Order, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court.

DATED: September 9, 2008

By: /s/ Michael E. Mone, Jr.