IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

NOTICE OF FILING OF THE DECLARATION OF
GEORGE M. CLARKE III

Undersigned counsel notifies the Court and counsel for Respondent that counsel delivered the Declaration of George M. Clarke III (regarding client authorizations) to the Court Security Officer for filing and service today.

Dated September 9, 2008

Respectfully submitted,

/s/ George M. Clarke III
George M. Clarke III
D.C. Bar No. 480073
Miller & Chevalier Chartered
655 15th Street, NW, Suite 900
Washington, DC  20005
Telephone:  (202) 626-1573
Facsimile:  (703) 598-5121

*Counsel to Petitioners Al Yafie and Al Bihani*

893815.1

Dockets.Justia.com