# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IN RE:** | ) | |
|  | ) | Misc. No. 08-442 (TFH) |
| **GUANTANAMO BAY** | ) | |
| **DETAINEE LITIGATION** | ) | Civil Action No. 08-CV-1230 |
|  | ) | |
|  | ) | |

## NOTICE OF FILING

Petitioner, Kahlid Saad Mohammed, Case No. 08-CV-1230, joins in *Petitioners' Response to Respondents' Motion for Relief from Scheduling Order*, filed September 8, 2008, in Misc. No. 08-442.

Respectfully submitted,

*/s/Timothy C. Ivey*
TIMOTHY C. IVEY (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
timothy_ivey@fd.org

*/s/Andy Hart*
ANDY HART (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
617 Adams Street
Toledo, Ohio 43604
(419) 259-7370 Fax: (419) 259-7375
andy_hart@fd.org

*/s/Jonathan Witmer-Rich*

JONATHAN WITMER-RICH (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,
      Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
jonathan_witmer-rich@fd.org

Counsel for Petitioner Kahlid Saad Mohammed