# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IN RE:** ) | |
| ) | Misc. No. 08-442 (TFH) |
| **GUANTANAMO BAY** ) | |
| **DETAINEE LITIGATION** ) | Civil Action No. 08-CV-1233 |
| ) | |

## NOTICE OF FILING

Petitioner, Mansoor Muhammed Ali Qattaa, Case No. 08-CV-1233, joins in *Petitioners'  Response to Respondents' Motion for Relief from Scheduling Order*, filed September 8, 2008, in Misc. No. 08-442.

Respectfully submitted,

*/s/Edward G. Bryan*
EDWARD G. BRYAN (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
 Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
edward_bryan@fd.org

*/s/Carlos Warner*
CARLOS WARNER (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
 Northern District of Ohio
2 South Main Street, Suite B3-56
Akron, Ohio 44308
(330) 375-5739 Fax: (330) 375-5738
carlos_warner@fd.org

/s/Jonathan Witmer-Rich
JONATHAN WITMER-RICH (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
jonathan_witmer-rich@fd.org


Counsel for Petitioner Mansoor Muhammed Ali Qattaa