**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **IN RE:** ) ) ) **GUANTANAMO BAY** ) **DETAINEE LITIGATION** ) ) ) ) | Misc. No. 08-442 (TFH) Civil Action No.  08-CV-1236 |

## NOTICE OF FILING

Petitioner, Muieen Adeen Jamal Adeen Abd Al Fusal Abd Al Sattar, Case No. 08-CV-1236, joins in *Petitioners' Response to Respondents' Motion for Relief from Scheduling Order*, filed September 8, 2008, in Misc. No. 08-442.

Respectfully submitted,

*/s/Jacqueline A. Johnson*
JACQUELINE A. JOHNSON (LCvR 83.2(e))
First Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email:  jacqueline_johnson@fd.org

*/s/Vicki Werneke*
VICKI WERNEKE (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email:  vicki_werneke@fd.org

*/s/Amy B. Cleary*
AMY B. CLEARY (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email: amy_cleary@fd.org

Counsel for Petitioner Muieen Adeen Jamal Adeen Abd Al
    Fusal Abd Al Sattar