IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-MC-442 (TFH)<br><br>Civil Action No. 08-CV-1104 (HHK ) |

## **NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of Respondents:

> SEAN W. O'DONNELL
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., N.W.
> Room 7338
> Washington, D.C. 20530
> Telephone: 202-305-4880
> Email: sean.o'donnell@usdoj.gov

Dated: September 9, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


   /s/ Sean W. O'Donnell
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
SEAN W. O'DONNELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel: (202) 305-4880
Fax: (202) 616-8470

Attorneys for Respondents