# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)** |
| This Document Relates To: | **Civil Action No. 05-CV-1638 (CKK)** |
| **MOHAMMED RAJEB ABU GHANEM,** | |
| Petitioner/Plaintiff, | |
| v. | |
| **GEORGE W. BUSH**, et al., | |
| Respondents/Defendants. | |

### PETITIONER'S NOTICE OF JOINDER TO "PETITIONER'S RESPONSE TO RESPONDENTS' MOTION FOR RELIEF FROM SCHEDULING ORDER"

Petitioner Mohammed Rajeb Abu Ghanem in the above-captioned case submits this notice of joinder in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," which was filed on September 8, 2008 in Misc. No. 08-442 (TFH)(Docket #357).

Dated: September 9, 2008                     Respectfully submitted,

                                             Counsel for Petitioner:

                                             */s/ Brent N. Rushforth*
                                             Brent N. Rushforth (DC 331074)
                                             Kit A. Pierson (DC 398123)
                                             Sarah B. Pojanowski (DC 502036)
                                             **HELLER EHRMAN LLP**
                                             1717 Rhode Island Avenue, NW
                                             Washington, DC 20036
                                             Tel: (202) 912-2000
                                             Fax: (202) 912-2020

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) |
| | Civil Action No. 05-CV-1638 (CKK) |
| This Document Relates To: **MOHAMMED RAJEB ABU GHANEM,** Petitioner/Plaintiff, v. **GEORGE W. BUSH**, et al., Respondents/Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of September, 2008, I caused a true and correct copy of the attached Notice of Joinder to Petitioners' Response to Respondents' Motion for Relief from Scheduling Order to be served on the ECF system:

TERRY M. HENRY
ANDREW WARDEN
JUDRY SUBAR
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
Counsel for Respondents

                                                              */s/ Brent N. Rushforth*