

**Amended Factual Returns Filed**

| Case No. | Judge | Petitioner | ISN | Return Type | Date Filed |
|---|---|---|---|---|---|
| 04-1194 | HHK/TFH | Kassim | 242 | Amended | 9/9/08 |
| 05-270 | JR/TFH | El-Mashad | 190 | Amended | 9/9/08 |
| 05-634 | RWR/TFH | Al-Daini | 549 | Amended | 9/9/08 |