**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **IN RE:** | ) ) ) | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY** | ) | **Civil Action Nos.** |
| **DETAINEE LITIGATION** | ) ) ) ) | **04-CV-1194; 05-CV-270; 05-CV-634** |

**O R D E R**

Respondents' September 9, 2008 Motion for Leave to File Amended Factual Returns with respect to the petitioners noted on the attached chart is hereby GRANTED.

SO ORDERED.

Dated: _____          _____
                                  Thomas F. Hogan
                                  United States District Judge

## Factual Return Amendments

| Case No. | Judge | Petitioner | ISN | Date Submitted |
|---|---|---|---|---|
| 04-1194 | HHK/TFH | Kassim | 242 | 9/9/08 |
| 05-270 | JR/TFH | El-Mashad | 190 | 9/9/08 |
| 05-634 | RWR/TFH | Al-Daini | 549 | 9/9/08 |