# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION**<br><br>This Document Relates To:<br><br>**FADHEL HUSSEIN SALEH HENTIF,**<br><br>                    Petitioner/Plaintiff,<br><br>  v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>                    Respondents/Defendants. | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 06-CV-1766 (HHK) |

### PETITIONER'S NOTICE OF JOINDER TO
### "PETITIONER'S RESPONSE TO RESPONDENTS' MOTION
### FOR RELIEF FROM SCHEDULING ORDER"

Petitioner Fadhel Hussein Saleh Hentif in the above-captioned case submits this notice of

joinder in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order,"

which was filed on September 8, 2008 in Misc. No. 08-442 (TFH)(Docket #357).

Dated: September 9, 2008                    Respectfully submitted,

                                                         Counsel for Petitioner:

                                                         */s/ Brent N. Rushforth*
                                                         Brent N. Rushforth (DC 331074)
                                                         Kit A. Pierson (DC 398123)
                                                         Sarah B. Pojanowski (DC 502036)
                                                         **HELLER EHRMAN LLP**
                                                         1717 Rhode Island Avenue, NW
                                                         Washington, DC 20036
                                                         Tel: (202) 912-2000
                                                         Fax: (202) 912-2020

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 06-CV-1766 (HHK) |
| This Document Relates To: <br><br> **FADHEL HUSSEIN SALEH HENTIF,** <br><br> Petitioner/Plaintiff, <br> v. <br><br> **GEORGE W. BUSH**, et al., <br><br> Respondents/Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of September, 2008, I caused a true and correct copy of the attached Notice of Joinder to Petitioners' Response to Respondents' Motion for Relief from Scheduling Order to be served on the ECF system:

TERRY M. HENRY
ANDREW WARDEN
JUDRY SUBAR
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
Counsel for Respondents

                                                  */s/ Brent N. Rushforth*