# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION**<br><br>This Document Relates To:<br><br>**ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI,**<br><br>                    Petitioner/Plaintiff,<br><br>  v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>                    Respondents/Defendants. | **Misc. No. 08-442 (TFH)**<br><br>**Civil Action No. 07-CV-2338 (HHK)** |

### PETITIONER'S NOTICE OF JOINDER TO "PETITIONER'S RESPONSE TO RESPONDENTS' MOTION FOR RELIEF FROM SCHEDULING ORDER"

Petitioner Abdurrahman Abdallah Ali Mahmoud al Shubati in the above-captioned case submits this notice of joinder in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," which was filed on September 8, 2008 in Misc. No. 08-442 (TFH)(Docket #357).

Dated:  September 9, 2008            Respectfully submitted,

                                                Counsel for Petitioner:

                                                */s/ Brent N. Rushforth*
                                                Brent N. Rushforth (DC 331074)
                                                Kit A. Pierson (DC 398123)
                                                Sarah B. Pojanowski (DC 502036)
                                                **HELLER EHRMAN LLP**
                                                1717 Rhode Island Avenue, NW
                                                Washington, DC 20036
                                                Tel: (202) 912-2000
                                                Fax: (202) 912-2020

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** <br><br> This Document Relates To: <br><br> **ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI,** <br><br>                             Petitioner/Plaintiff, <br><br>      v. <br><br> **GEORGE W. BUSH**, et al., <br><br>                            Respondents/Defendants. | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 07-CV-2338 (HHK) |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of September, 2008, I caused a true and correct copy of the attached Notice of Joinder to Petitioners' Response to Respondents' Motion for Relief from Scheduling Order to be served on the ECF system:

TERRY M. HENRY  
ANDREW WARDEN  
JUDRY SUBAR  
United States Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Ave., N.W.  
Washington, DC 20530  
Tel: (202) 514-4107  
Fax: (202) 616-8470  
Counsel for Respondents  

                                                */s/ Brent N. Rushforth*