# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION**<br><br>This Document Relates To:<br><br>**ABDULRAHMAN MUHAMMAD SALEH NASSER,**<br><br>                 Petitioner/Plaintiff,<br>   v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>                 Respondents/Defendants. | **Misc. No. 08-442 (TFH)**<br><br>**Civil Action No. 07-CV-1710 (RBW)** |

### PETITIONER'S NOTICE OF JOINDER TO
### "PETITIONER'S RESPONSE TO RESPONDENTS' MOTION
### FOR RELIEF FROM SCHEDULING ORDER"

Petitioner Abdulrahman Muhammad Saleh Nasser in the above-captioned case submits this notice of joinder in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," which was filed on September 8, 2008 in Misc. No. 08-442 (TFH)(Docket #357).

Dated: September 9, 2008               Respectfully submitted,

                                            Counsel for Petitioner:

                                            */s/ Brent N. Rushforth*
                                            Brent N. Rushforth (DC 331074)
                                            Kit A. Pierson (DC 398123)
                                            Sarah B. Pojanowski (DC 502036)
                                            **HELLER EHRMAN LLP**
                                            1717 Rhode Island Avenue, NW
                                            Washington, DC 20036
                                            Tel: (202) 912-2000
                                            Fax: (202) 912-2020

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** <br><br> This Document Relates To: <br><br> **ABDULRAHMAN MUHAMMAD SALEH NASSER,** <br><br>                    Petitioner/Plaintiff, <br> v. <br><br> **GEORGE W. BUSH**, et al., <br><br>                    Respondents/Defendants. | **Misc. No. 08-442 (TFH)** <br><br> **Civil Action No. 07-CV-1710 (RBW)** |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of September, 2008, I caused a true and correct copy of the attached Notice of Joinder to Petitioners' Response to Respondents' Motion for Relief from Scheduling Order to be served on the ECF system:

TERRY M. HENRY
ANDREW WARDEN
JUDRY SUBAR
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
Counsel for Respondents

                                            */s/ Brent N. Rushforth*