*CLEARED FOR PUBLIC FILING WITH CSO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY<br>DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)**<br><br>**Civil Action No. 05-00247 (HHK)** |

## PETITIONERS' RESPONSE TO RESPONDENTS' MOTION FOR RELIEF FROM SCHEDULING ORDER

Respondents request that they be excused from the requirement of the Court's July 11, 2008 Scheduling Order (Misc. No. 08-0442) (dkt. no. 53) that respondents produce 50 factual returns by August 29, 2008. Respondents further acknowledged at the time of filing, they intended to file 14 proposed amended factual returns. Petitioner's case is one of the 14 in which proposed amended returns and a corresponding motion for leave to file such return (document 93) was filed in compliance with the Court's scheduling order.

Accordingly, the Court should deny respondents' motion for relief from scheduling order as moot.

                                       Respectfully submitted,
                                       GARVEY SCHUBERT BARER

                                       By   s/ Robert C. Weaver
                                              Robert C. Weaver, Jr. OSB #80135
                                              Samuel C. Kauffman, OSB #94352
                                              GARVEY SCHUBERT BARER
                                              Eleventh Floor
                                              121 SW Morrison St.
                                              Portland, OR 97204
                                              Tel: (503) 228-3939
                                              Fax: (503) 226-0259
                                              rweaver@gsblaw.com
                                              skauffman@gsblaw.com
                                              jrothermich@gsblaw.com
                                              <u>Attorneys for Petitioner</u>

Dated: September 8, 2008

PDX_DOCS:418287.1 [30185-00228]