# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY<br>DETAINEE LITIGATION** | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-00247 (HHK) |

## ORDER

Respondent's August 29, 2008 Motion for Partial and Temporary Relief from the Court's July 11, 2008 Scheduling Order is hereby DENIED, as moot.

SO ORDERED.

Dated: _____     _____
                                                  Thomas F. Hogan
                                                  United States District Judge

PDX_DOCS:418373.1 [30185-00228]