# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:                                      )
                                            )
                                            )   **Misc. No. 08-0442 (TFH)**
**GUANTANAMO BAY**                          )
**DETAINEE LITIGATION**                     )
                                            )   **Civil Action Nos.**
                                            )
                                            )   **05-2104 (RBW), 05-1983 (RMU)**
                                            )

## NOTICE OF FILING

Petitioners Ahmed Abdul A1 Qader Ahmed Hussain, ISN 690, Issam Hamid Ali Bin Ali Al Jayfi, ISN 183, Ali Hamza Ahmed Suliman Bahlool, ISN 039, Othman Ali Mohammed Al Shamrany, ISN 171 and Ismael Ali Farag Al Bakush, ISN 708  in the above-captioned case join in "Petitioners' Response To Respondents' Motion For Relief From Scheduling Order," filed September 8, 2008.

Dated:  September 9, 2008

Respectfully submitted,

_____/S/_____
Wesley R. Powell
wpowell@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY  10166
(212) 309-1000
(212) 309-1100 (facsimile)

Karma B. Brown (Bar No. 479744)
kbbrown@hunton.com
HUNTON & WILLIAMS LLP

Dockets.Justia.com

1900 K Street, N.W.
Washington, DC  20006
(202) 955-1500
(202) 778-2201 (facsimile)

*Attorneys for Petitioner*

076503-0045-10097-NY03.2685144.1                                                                09/09/2008 5:19 PM