IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

## DECLARATION OF GEORGE M. CLARKE III

I, George M. Clarke III, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following facts are true and accurate to the best of my knowledge and belief:

1. I am an attorney with Miller & Chevalier Chartered.

2. My principal work address is 655 15th Street, N.W., Suite 900, Washington, D.C. 20005.

**Petitioner Al Bihani**

3. Petitioner Toffiq Al Bihani (ISN 893) is my client.

4. On December 14, 2005, I, along with other attorneys, filed this habeas petition on Petitioner Bihani's behalf based on a next friend authorization provided by Petitioner Bihani's brother Adnan Al Bihani, dated June 17, 2005. A copy of that authorization is attached hereto as Exhibit A.

5. Petitioner Bihani refused to sign a form authorizing me to represent him as counsel, expressing distrust of what his signature might be sanctioning. However, after a client visit in which Petitioner Bihani orally stated that he wanted me to represent him as counsel, on March 28, 2007, Petitioner Bihani wrote to me and directly authorized me to represent him. His letter to that effect is attached as Exhibit B.

893757.1

## Petitioner Al Yafie

6. Petitioner Alkhadr Al Yafie (ISN 34) is my client.

7. On September 5, 2005, Petitioner Al Yafie signed an acknowledgement of representation directly authorizing counsel to represent him. A copy of that authorization is attached as Exhibit C. The filing of this habeas petition and the other work that I have performed on Petitioner Al Yafie's behalf is based on that authorization.

8. Petitioner Al Yafie has also orally authorized me to act as his attorney during various client visits including during such a visit on March 26, 2007.

## Verification

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2008.

George M. Clarke, III