# EXHIBIT B

**UNCLASSIFIED**

In the Name of God

3/28/07

Yes, I am Mr. Tawfiq Nasir, I certify and acknowledge that I want Mr. George Clark a lawyer from Baker McKenzie Office to visit me in future

Tawfiq Nasir Awadh Al-Bihani
ISN No: 893

**UNCLASSIFIED**

بسم الله

نعم انا السيد ـ توفيق ناصر اصرح للسيد جورج كلارك الحامي
من مكتب بيكر وماكنزي بالقيام بزيارتي في المستقبل .

**UNCLASSIFIED**

توفيق ناصر عوض البجاني
رقم - ٨٩٣