# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY DETAINEE
LITIGATION

Misc. No. 08-442-(TFH)

Civil Action No.  05-cv-2386 (RBW)

## NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondent that Petitioner

Ahmed Adnan Ahjam, a/k/a Abu Rawda, (ISN 326) in the above-captioned case joins in

"Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," filed in the

miscellaneous docket on September 8, 2008.

DATED:  September 10, 2008.

DAVID S. MARSHALL
Attorney for Petitioner
Washington State Bar No. 11716
1001 Fourth Avenue, 44th Floor
Seattle, WA  98154-1192
Telephone (206) 826-1400
Fax (206) 389-1708
dmarshall@DavidSMarshall.com