**PROPOSED ORDER**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

―――――――――――――――――――――― x
:
IN RE:  :
:
GUANTÁNAMO BAY  : Misc. No. 08-442 (TFH)
DETAINEE LITIGATION  :
:
―――――――――――――――――――――― x
:
MOHAMMED SULAYMON BARRE,  :
:
            Petitioner,  :
:
            v.  : Civil Action No. 08-CV-1153 (HHK)
:
GEORGE W. BUSH, *et al.*,  :
:
            Respondents.  :
:
―――――――――――――――――――――― x

**[DRAFT] ORDER**

THIS MATTER having come before the Court on Respondents' Motion for Partial and Temporary Relief from the Court's July 11, 2008 Scheduling Order, and Petitioner's Cross-Motion for an Exception to Sequencing Based on Exceptional Circumstances, it appearing to the Court that the motion should be denied for lack of good cause and the cross-motion granted on account of Petitioner's exceptional circumstances, it is hereby

ORDERED that the government's motion is denied, and it is further

ORDERED that Respondents are required to submit Petitioner's DTA record as a factual return within 4 days, and it is further

ORDERED that Respondents are required to file a motion for leave to amend the submitted factual return within 14 days of filing or waive its opportunity to move for leave to file an amended factual return in Civil Action No. 08-1153.

Date: _____ _____
The Honorable Thomas F. Hogan
United States District Judge