# Exhibit A

**Amended Factual Returns Filed**

| Case No. | Judge | Petitioner | ISN | Return Type | Date Filed |
|---|---|---|---|---|---|
| 05-526 | RMU/TFH | Khantumani | 307 | Amended | 9/11/08 |
| 05-748 | RMC/TFH | Aboassy | 91 | Amended | 9/11/08 |