**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) | **Civil Action Nos.** |
| **DETAINEE LITIGATION** ) | **05-CV-526; 05-CV-748** |
| ) | |
| ) | |
| ) | |

**O R D E R**

Respondents' September 11, 2008 Motion for Leave to File Amended Factual Returns with respect to the petitioners noted on the attached chart is hereby GRANTED.

SO ORDERED.


Dated: _____              _____
                                   Thomas F. Hogan
                                   United States District Judge

**Factual Return Amendments**

| Case No. | Judge | Petitioner | ISN | Date Submitted |
|---|---|---|---|---|
| 05-526 | RMU/TFH | Khantumani | 307 | 9/11/08 |
| 05-748 | RMC/TFH | Aboassy | 91 | 9/11/08 |