# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 04-1254 (HHK) |
|  | ) | |

## [PROPOSED] ORDER

Upon consideration of Petitioner's Motion To Defer Response To "Motion For Leave To File Amended Factual Return," it is

**ORDERED** that Respondents' "Motion for Leave to File Amended Factual Return" is held in abeyance with respect to Petitioner Muktar Yahya Najee Al Warafi (ISN #117), and the time for him to respond to the motion is hereby deferred.

**SO ORDERED.**

_____
United States District Judge

Date:_____