# Exhibit A

**Amended Factual Returns Filed**

| Case No. | Judge | Petitioner | ISN | Return Type | Date Filed |
|---|---|---|---|---|---|
| 02-0828 | CKK/TFH | Al Kandari | 552 | Amended | 9/15/08 |