**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY** | ) | Civil Action No. 02-CV-828 |
| **DETAINEE LITIGATION** | ) ) ) ) |  |

**O R D E R**

Respondents' September 15, 2008 Motion for Leave to File Amended Factual Return with respect to the petitioner noted on the attached chart is hereby GRANTED.

SO ORDERED.

Dated: _____

                                                     Thomas F. Hogan
                                                   United States District Judge

**Factual Return Amendments**

| Case No. | Judge | Petitioner | ISN | Date Submitted |
|---|---|---|---|---|
| 02-0828 | CKK/TFH | Al Kandari | 552 | 9/15/08 |