IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) | Misc. No. 8-442 (TFH) |
| and | ) ) | |
| MOHAMMED AL-ADAHI, *et al.* | ) ) | |
| *Petitioners*, | ) ) | |
| *v.* | ) ) | Civil Action No. 05-280 (GK) |
| GEORGE W. BUSH, *et al.*, | ) ) | |
| *Respondents*. | ) | |

## ORDER

Petitioners Muhammad Al-Adahi, Muhammed Ali Abdullah Bawazir, Zahir Omar Khamis Bin Hamdoon, Suleiman Awadh Bin Aqil Al-Nahdi, and Fahmi Salem Al Assani's Motion for Permission to file a sur-reply is hereby granted.

This _____ day of September, 2008.

_____
Thomas F. Hogan
United States District Judge

8029927.1