
Exhibit A

**Amended Factual Returns Filed**

| Case No. | Judge | Petitioner | ISN | Return Type | Date Filed |
|---|---|---|---|---|---|
| 05-0329 | PLF/TFH | Shokuri | 197 | Amended | 9/16/08 |