**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** | ) | |
| **GUANTANAMO BAY** | ) | **Civil Action No. 05-CV-0329** |
| **DETAINEE LITIGATION** | ) | |
| ) | |
| ) | |
| ) | |

**O R D E R**

Respondents' September 16, 2008 Motion for Leave to File Amended Factual Return

with respect to the petitioner noted on the attached chart is hereby GRANTED.

SO ORDERED.

Dated: _____        _____
                                Thomas F. Hogan
                                United States District Judge

**Factual Return Amendments**

| Case No. | Judge | Petitioner | ISN | Date Submitted |
|----------|-------|------------|-----|----------------|
| 05-0329 | PLF/TFH | Shokuri | 197 | 9/16/08 |