# EXHIBIT C

 
## AUTHORIZATION OF REPRESENTATION

I, Jawad Jabbar Sadkhan Al-Sahlani, authorize Sapna G. Lalmalani and Jenner & Block LLP to represent me in *habeas corpus*, Detainee Treatment Act and any other proceedings challenging the legality of my detention at Guantánamo. I authorize the Sapna G. Lalmalani to represent me in proceedings to redress the violation of my rights under the U.S. Constitution and laws and international treaties and customary law.

I understand that this Authorization will enable the Sapna G. Lalmalani to visit me, to communicate with me by letter, and to have access to the CSRT record and other documents relating to my case.

This Authorization is not intended and shall not be construed as a waiver or relinquishment of the attorney-client privilege or any other rights or remedies to which I am entitled.

Signed: _____
Jawad Jabbar Sadkhan Al-Sahlani, ISN #433

Date: _____

12-05-07

Witness:

UNCLASSIFIED

1603303