# Exhibit A

**Amended Factual Returns Filed**

| Case No. | Judge | Petitioner | ISN | Return Type | Date Filed |
|----------|---------|------------|-----|-------------|------------|
| 04-1194 | HHK/TFH | Al Tawlaqi | 688 | Amended | 9/17/08 |
| 04-1194 | HHK/TFH | Al Marwala | 837 | Amended | 9/17/08 |
| 05-280 | UNA/TFH | Hamdoun | 576 | Amended | 9/17/08 |