**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: ) ) ) | **Misc. No. 08-442 (TFH)** |
| GUANTANAMO BAY ) | **Civil Action Nos.** |
| DETAINEE LITIGATION ) ) ) ) | **04-CV-1194; 05-CV-280** |

**O R D E R**

Respondents' September 17, 2008 Motion for Leave to File Amended Factual Returns with respect to the petitioners noted on the attached chart is hereby GRANTED.

SO ORDERED.

Dated: _____    _____
                                                          Thomas F. Hogan
                                                          United States District Judge

**Factual Return Amendments**

| Case No. | Judge | Petitioner | ISN | Date Submitted |
|---|---|---|---|---|
| 04-1194 | HHK/TFH | Al Tawlaqi | 688 | 9/17/08 |
| 04-1194 | HHK/TFH | Al Marwala | 837 | 9/17/08 |
| 05-280 | UNA/TFH | Hamdoun | 576 | 9/17/08 |