# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID KHAN, *et al.*, ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 06-CV-1609 (RBW) |
| GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) | |
| Respondents. ) | |

## DECLARATION OF CAPTAIN RONALD L. SOLLOCK, M.D., PH.D.

Pursuant to 28 U.S.C. § 1746, I, Ronald L. Sollock, M.D., Ph. D., hereby declare that to the best of my knowledge, information, and belief, the following is true, accurate, and correct:

1. I am a Captain in the United States Navy Medical Corps with over 27 years of active duty service. I currently serve as the Commander, Naval Hospital, Guantanamo Bay, and Joint Task Force Surgeon, Joint Task Force - Guantanamo Bay, Cuba (JTF-GTMO). I am responsible for the medical care provided to personnel stationed at Guantanamo Bay and oversee the operation of the Detention Hospital that provides medical care to the detainees being held at Guantanamo Bay. I have served in this position since January 11, 2006. Currently, there are approximately 400 detainees being held at Guantanamo Bay, Cuba.

2. I received my medical degree from Baylor College of Medicine. I completed an internship at Baylor College of Medicine. I completed my Internal Medicine Residency at the National Naval Medical Center, Bethesda, Maryland. I have also held teaching appointments at the Uniformed Services University of the Health Sciences, Bethesda, Maryland.

3. This declaration is based on information made available to me through my official duties.

4. All detainees at Guantanamo Bay receive excellent, comprehensive, and compassionate mental and general medical care. Upon arrival at Guantanamo Bay, all detainees are given complete physical examinations. Medical issues identified during the examination, or identified during subsequent examinations, are followed by the medical staff. Detainees may request medical care at any time by making a request to guard personnel or the medical staff who make rounds every day. In addition to responding to detainee requests, the medical staff will investigate any medical issues observed by guards or staff.

5. For many of the detainees, it was the United States' military medical staff that initially diagnosed conditions that had previously been unknown to the detainees. Many of the detainees were suffering from significant, undiagnosed, and/or untreated pre-existing medical conditions. As a result of JTF-GTMO consistently providing high-quality medical care to the detainees, the health of the detainee population has markedly improved since their arrival at Guantanamo Bay.

6. For most medical care requiring in-patient services, detainees are admitted to the JTF-GTMO Detention Hospital. This is a 20-bed facility that is staffed to provide medical care to the detainees held at Guantanamo Bay. The medical staff, consisting of approximately 100 military personnel, includes five medical doctors and one physician's assistant. In addition, the medical staff includes medical/surgical nurses, corpsmen, technicians (lab, radiology, pharmacy, operating room, respiratory, physical therapy), and administrative staff.

7. A 21-member Behavioral Health Service (BHS) staff supports the Detention Hospital. The BHS staff includes a Board Certified Psychiatrist and a Ph.D. Psychologist. The

remainder of the staff includes psychiatric nurses and psychiatric technicians. The BHS staff conducts mental health assessments, provides crisis intervention, develops individualized treatment plans, and formulates behavior modification plans for management of acute and high risk behaviors that pose a threat to self or others. Additionally, long-term supportive care and psychotropic medication therapy is provided as needed to treat symptoms of major psychiatric disorders.

8. For medical procedures beyond the capability of the Detention Hospital, the detainees are transferred to Naval Hospital, Guantanamo Bay. JTF-GTMO can, and has, requested specialists to be flown to Guantanamo Bay to provide care to detainees whose medical needs exceed the capabilities of the Detention Hospital and Naval Hospital, Guantanamo Bay.

9. The medical staff at the Detention Hospital and the Naval Base Hospital has treated detainees for a variety of medical conditions including hepatitis, heart ailments, hypertension, combat wounds, diabetes, latent tuberculosis, appendicitis, inguinal hernia, leishmaniasis, malaria, and malnutrition. In addition to providing medical treatment and prescription drugs to detainees, JTF-GTMO's medical staff has provided detainees with prescription eyeglasses and prosthetic limbs.

10. JTF-GTMO has performed over 300 surgical procedures since January 2002. The first surgeries performed at JTF-GTMO were primarily related to wound care and infection control, as many of the detainees had suffered injuries on the battlefield. Other surgeries performed at JTF-GTMO have ranged from common procedures, such as appendectomies, to more complex intervention, such as coronary artery stent placement.

11. The provision of medical care provided to a detainee is based solely upon a detainee's need for such care. Detainees' level of cooperation with interrogators or compliance

with camp rules in no way influences medical care provided to detainees. Medical care and treatment are not provided, denied, modified, or affected in any way by a detainee's cooperation or compliance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, accurate and correct to the best of my knowledge.

Dated: 21 December 2006

Ronald L. Sollock, M.D., Ph. D.