IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-CV-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action Nos. |
| ) | 06-CV-1690, 08-1085, 08-1207, 08-1360 |
| ) | |

## [Proposed] ORDER

Upon consideration of the motion to intervene filed by petitioners Mohamed Al-Zarnouqi and Mashour Abdullah Muqbel Alsabri, and respondents' opposition thereto, it is hereby ORDERED that petitioners' motion is DENIED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE