

# Exhibit A

**Amended Factual Returns Filed**

| Case No. | Judge | Petitioner | ISN | Return Type | Date Filed |
|---|---|---|---|---|---|
| 02-828 | CKK/TFH | Al-Mutairi | 213 | Amended | 9/18/08 |