IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) ) ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | | Civil Action No. 02-CV-828 |

**O R D E R**

Respondents' September 18, 2008 Motion for Leave to File Amended Factual Return with respect to the petitioner noted on the attached chart is hereby GRANTED.

SO ORDERED.

Dated: _____                    _____
                                                                   Thomas F. Hogan
                                                                   United States District Judge

**Factual Return Amendments**

| Case No. | Judge | Petitioner | ISN | Date Submitted |
|----------|---------|------------|-----|----------------|
| 02-828 | CKK/TFH | Al-Mutairi | 213 | 9/18/08 |