|                                      |   |                   |
|--------------------------------------|---|-------------------|
| UNITED STATES OF AMERICA             | ) |                   |
|                                      | ) |                   |
| v.                                   | ) | SCHEDULING ORDER  |
|                                      | ) |                   |
| OMAR AHMED KHADR                     | ) |                   |
| a/k/a "Akhbar Farhad"                | ) |                   |
| a/k/a "Akhbar Farnad"                | ) |                   |
| a/k/a "Ahmed Muhammed Khali"         | ) |                   |

1. Counsel will adhere to the following schedule:

   a. Any further briefs by the Defense in support of a motion to suppress any statements by the accused will be filed NLT 17 Oct 08. Any response briefs by the Government will be filed NLT than two weeks after the Defense brief is filed.

   b. Any further briefs filed by the Defense in support of any motion other than a motion to suppress the accused's statements will be filed NLT 26 Sep 08. Any response briefs by the Government will be filed NLT one week after the Defense brief is filed.

   c. The Defense will provide the Government with a list of the witnesses it requests the Government to produce IAW Rule for Military Commission 703 NLT 6 weeks prior to the date of trial.

   d. Counsel will provide the Commission with proposed voir dire questions to the panel members NLT 10 days prior the date of trial. See Rule for Military Commission 912(d).

   e. Counsel will provide any proposed findings instructions and potential sentencing instructions to the Commission, along with a copy to opposing counsel, NLT 7 days prior to the date of trial.

2. The hearing dates and trial date are as follows:

   a. A hearing date is set for 8 Oct 08 for any motions due NLT 26 Sep 08. As necessary, we will have a hearing on 22 Oct 08.

   b. The hearing for the suppression motion will start on 5 Nov 08

   c. Trial will start on 10 Nov 08. If the trial is not completed prior to 21 Nov 08, we will recess the evening of 21 Nov 08 and resume the trial on 3 Dec 08.

So Ordered this 15th day of September 2008.

Patrick J. Parrish
COL, JA
Military Judge