**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY DETAINEE LITIGATION | ) ) ) | Civil Action No. 04-1194 (HHK) |

**ORDER**

Petitioner Jalal Salim Bin Amer's (ISN 564) Motion for Extension of Time to File Opposition to Respondents' Motion for Leave to File Amended Factual Return, up to and including October 8, 2008, is hereby granted.

SO ORDERED.

Dated: _____    _____

Thomas F. Hogan
United States District Judge

# CERTIFICATE OF SERVICE

      I hereby certify that on the _____ day of _____ 2008, a true and correct copy of the foregoing ORDER was caused to be served using the CM/ECF system to the following:

| | |
|---|---|
| Darold W. Killmer: | dkillmer@KLN-Law.com |
| Mari Newman: | mnewman@ KLN-Law.com |
| Sara J. Rich: | srich@ KLN-Law.com |

ATTORNEYS FOR PETITIONERS

| | |
|---|---|
| Terry Marcus Henry: | terry.henry@usdoj.gov |
| Judry Laeb Subar: | judry.subar@usdoj.gov |

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530


Andrew I. Warden:       andrew.warden@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

ATTORNEYS FOR RESPONDENTS

                                    _____
                                          CLERK OF COURT