

**Amended Factual Returns Filed**

| Case No. | Judge | Petitioner | ISN | Return Type | Date Filed |
|---|---|---|---|---|---|
| 04-1194 | HHK/TFH | Al Rezehi | 45 | Amended | 9/19/08 |
| 04-1254 | HHK/TFH | Ahmed | 41 | Amended | 9/19/08 |
| 04-1254 | HHK/TFH | Esmail | 522 | Amended | 9/19/08 |