**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) | **Civil Action Nos.** |
| **DETAINEE LITIGATION** ) | **04-CV-1194; 04-CV-1254** |
| ) | |
| ) | |
| ) | |

**O R D E R**

Respondents' September 19, 2008 Motion for Leave to File Amended Factual Returns

with respect to the petitioners noted on the attached chart is hereby GRANTED.

SO ORDERED.


Dated: _____          _____
                                        Thomas F. Hogan
                                        United States District Judge

**Factual Return Amendments**

| Case No. | Judge | Petitioner | ISN | Date Submitted |
|----------|-------|------------|-----|----------------|
| 04-1194 | HHK/TFH | Al Rezehi | 45 | 9/19/08 |
| 04-1254 | HHK/TFH | Ahmed | 41 | 9/19/08 |
| 04-1254 | HHK/TFH | Esmail | 522 | 9/19/08 |