**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: ) | **Misc. No. 08-442 (TFH)** |
| GUANTANAMO BAY ) | **Civil Action No. 04-CV-2022 (PLF)** |
| DETAINEE LITIGATION ) |  |

## RESPONDENTS' NOTICE OF FILING

Respondents hereby give notice that they have filed this day, under seal through the Court Security Office, the Government's Reply to the Petitioner's Opposition to Respondents' Motion for Leave to File Amended Return.

Dated: September 19, 2008          Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

*/s/ Paul E. Ahern*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JUDRY L. SUBAR (D.C. Bar No. 347518)
PAUL AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  202.305.0633
Fax: 202.616.8470

Attorneys for Respondents