## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:**<br><br>**GUANTANAMO BAY DETAINEE LITIGATION** | **Misc. No. 08-mc-0442 (TFH)**<br><br>**Civil Action No. 04-cv-1254 (HHK)** |

### ORDER

Pending before the Court is Petitioner's Emergency Motion To Compel Access To Medical Records Of Petitioner Adnan Farhan Abdul Latif And For Other Miscellaneous Relief. For the reasons given in the Memorandum Opinion filed herewith, the Court

**ORDERS** that Petitioner's motion is **DENIED**.

**SO ORDERED**.

September 22, 2008

/s/
Thomas F. Hogan
United States District Judge