IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 05-CV-2386 (RBW) |

## NOTIFICATION OF REPRESENTATION

Pursuant to the Court's Order of September 11, 2008, undersigned counsel files this Notification of Representation.

In support thereof, counsel for Petitioner submits the following:

- Declaration of Michael E. Mone, Jr. (attached hereto as Exhibit A); and

- Appointment and Power of Attorney, executed by Petitioner (attached hereto as Exhibit B).

Dated: September 22, 2008

Respectfully submitted,

/s/ Michael E. Mone, Jr.
Michael E. Mone, Jr.
(MA BBO No. 634607)
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA 02110
(617) 482-0333

*Counsel for Petitioner Jamolivich*

**EXHIBIT A**

# DECLARATION OF MICHAEL E. MONE, JR.

I, Michael E. Mone, Jr., hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following facts are true and accurate to the best of my knowledge and belief:

1. I am an attorney with Esdaile, Barrett & Esdaile.

2. My principal work address is 75 Federal Street, Boston, MA 02110.

### *Petitioner Jamolivich*

3. Petitioner Jamolivich (his real name is Oybek Jamoldinivich Jabbarov) is my client.

4. On May 21, 2008, Petitioner Jamolivich signed an Appointment and Power of Attorney directly authorizing counsel to represent him. A copy of that authorization is attached to this filing as Exhibit B.

5. Petitioner Jamolivich has also orally authorized me to act as his attorney during various client visits, including our first meeting on August 14, 2007.

### Verification

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2008.

_____
Michael E. Mone, Jr.

# EXHIBIT B

# APPOINTMENT AND POWER OF ATTORNEY

I, Oybek Jamoldinivich Jabbarov, born January 2, 1978, citizen of Uzbekistan, currently residing at Camp 5, U.S. Navy Base, Guantánamo Bay, Cuba, hereby appoint and authorize

    Michael E. Mone, Jr.
    Esdaile, Barrett & Esdaile
    75 Federal Street
    Boston, MA 02110
    (617) 482-0333

to act as my attorney, to counsel and provide legal representation in any matters related to my detention by the U.S. government, including but not limited to, any civil or criminal action pending in the courts of the United States, any administrative action brought in the United States, as well as any immigration or asylum proceedings brought in any country. Mr. Mone is authorized to represent me before all authorities and before third parties, to make preparations as deemed appropriate, and to appoint and authorize others who may assist in the representation.

Signed: _____

Name:   Oybek Jamoldinivich Jabbarov

Date:   May 21, 2008.

## CERTIFICATE OF SERVICE

I, Michael E. Mone, Jr., certify that on September 22, 2008, I electronically filed the **Notification of Representation** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court.

DATED: September 22, 2008

By:   /s/ Michael E. Mone, Jr.
      Counsel for Petitioner