| Court Home | Case Search | Calendar | Opinions | Orders/Judgments | Billing History | XML | TXT | Logout | Help |

# General Docket
## United States Court of Appeals for DC Circuit

| **Court of Appeals Docket #:** 07-1185 | **Docketed:** 06/01/2007 |
|---|---|
| Slahi, Mohamedou v. Gates, Robert M. | |
| **Appeal From:** Combatant Status Review Tribunal | |

**Case Type Information:**
1) Petition for Review
2) Review
3) -

**Originating Court Information:**
   District: CSRT-1 : ISN 760
   Date Filed:

**Prior Cases:**
   None

**Current Cases:**
   None

| **Panel Assignment:** | Not available |

---

| Mohamedou Ould Slahi | Sylvia Royce |
| Petitioner | Direct: 202-362-3445 |
| | [COR LD NTC Pro Bono Atty] |
| | Law Office of Sylvia Royce |
| | 5505 Connecticut Avenue, NW |
| | Suite 340 |
| | Washington, DC 20015-0000 |
| | |
| | Theresa M. Duncan |
| | [COR Pro Bono Atty] |
| | Freedman Boyd Daniels Hollander & Goldberg |
| | Firm: 505-842-9960 |
| | 20 First Plaza |
| | Suite 700 |
| | Albuquerque, NM 87102-0000 |
| | |
| | Nancy Hollander |
| | [COR Pro Bono Atty] |
| | Freedman Boyd Daniels Hollander & Goldberg |
| | Firm: 505-842-9960 |
| | 20 First Plaza |
| | Suite 700 |
| | Albuquerque, NM 87102-0000 |
| v. | |

| | |
|---|---|
| Robert M. Gates, U.S. Secretary of Defense<br>    Respondent | Matthew M. Collette, Attorney<br>Direct: 202-514-4214<br>[COR LD NTC Gvt Atty US DOJ]<br>U.S. Department of Justice<br>(DOJ) Office of the Attorney General<br>Room 7212<br>Firm: 202-514-2001<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br><br>Robert Mark Loeb<br>Direct: 202-514-4332<br>[COR NTC Gvt Atty US Agency]<br>U.S. Department of Justice<br>(DOJ) Office of the Attorney General<br>Firm: 202-514-2001<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br><br>Leonard Schaitman, Attorney<br>Direct: 202-514-3441<br>[COR Gvt Atty US Agency]<br>U.S. Department of Justice<br>(DOJ) Office of the Attorney General<br>Room 7525<br>Firm: 202-514-2001<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |
| ------------------------------ | Daniel Franklin VanHorn, Assistant U.S. Attorney<br>Direct: 202-514-7168<br>[COR LD NTC Gvt Atty US Agency]<br>U.S. Attorney's Office<br>(USA) Civil Appellate<br>Firm: 202-514-7159<br>555 4th Street, NW<br>Washington, DC 20530 |

Mohamedou Ould Slahi,

    Petitioner

    v.

Robert M. Gates, U.S. Secretary of Defense,

    Respondent

| | |
|---|---|
| 06/01/2007 | PETITION FOR REVIEW CASE docketed. Petition for Review filed by Petitioner |

| | |
|---|---|
| | Mohamedou Ould Slahi. [1044538-1] |
| 06/01/2007 | (Classified) BRIEF filed by Petitioner Mohamedou Ould Slahi [1044543-1] Copies: 5 . Certificate of service date 6/1/07 . |
| 06/05/2007 | STIPULATION filed (5 copies) TO INTERIM ENTRY OF PROTECTIVE ORDER [1045048-1] . |
| 06/05/2007 | MOTION filed (5 copies) by Petitioner Mohamedou Ould Slahi (certificate of service dated 6/5/07 by cso) to allow leave to proceed in forma pauperis [1045069-1] . |
| 06/05/2007 | (Classified) APPENDIX TO BRIEF IN SUPPORT OF DTA PETITION filed by Petitioner Mohamedou Ould Slahi [1045075-1] . Copies: 5 . Certificate of service date 6/5/07 . |
| 06/06/2007 | PER CURIAM ORDER filed [1045549] considering stipulation to interim entry of protective order and ordering that protective order attached as Exhibit A to stipulation be entered in accordance with terms of stipulation pending further order of the court. Before Judges Sentelle, Henderson, Tatel . [Entry Date: 6/6/07] |
| 06/14/2007 | NOTICE filed by Petitioner Mohamedou Ould Slahi styled as "Memorandum of Understanding" signed by T. Duncan [1049153-1] . Certificate of service date 6/8/07 . |
| 06/14/2007 | NOTICE filed by Petitioner Mohamedou Ould Slahi styled as "Memorandum of Understanding" signed by N. Hollander [1049155-1] . Certificate of service date 6/8/07 . |
| 06/14/2007 | NOTICE filed by Petitioner Mohamedou Ould Slahi styled as "Memorandum of Understanding" signed by S. Royce [1049156-1] . Certificate of service date 6/8/07 . |
| 06/19/2007 | ENTRY OF APPEARANCE filed by Attorney Leonard Schaitman for Respondent Robert M. Gates, Anthony Alan Yang for Respondent Robert M. Gates [1048015-1] . |
| 06/20/2007 | LETTER filed by Petitioner Mohamedou Ould Slahi pursuant to FRAP 28j advising of additional authorities [1048757-1] . Certificate of service date 6/20/07 by CSO. |
| 07/03/2007 | CLERK'S ORDER filed [1051250] directing Petitioner to file [1051250-1] : docketing statement due 8/2/07 for Mohamedou Ould Slahi ; certificate of counsel due 8/2/07 for Mohamedou Ould Slahi ; statement of issues due 8/2/07 for Mohamedou Ould Slahi ; lower court decision due 8/2/07 for Mohamedou Ould Slahi ; any procedural motions due 8/2/07 for Mohamedou Ould Slahi ; deferred appendix notice due 8/2/07 for Mohamedou Ould Slahi ; any dispositive motions due 8/17/07 for Mohamedou Ould Slahi ;, directing Respondent to file [1051250-2] : any procedural motions due 8/2/07 for Robert M. Gates ; appearance form due 8/2/07 for Robert M. Gates ; certified index to the record due 8/2/07 for Robert M. Gates ; any dispositive motions due 8/17/07 for Robert M. Gates ; . [Entry Date: 7/3/07] |
| 07/17/2007 | INITIAL SUBMISSIONS filed by Petitioner Mohamedou Ould Slahi [1054351-1] : docketing statement; certificate of counsel; statement of issues; lower court decision; deferred appendix notice ( Deferred Appendix needed = n ); . |
| 07/17/2007 | MOTION filed styled as Motion for Modification of the Clerk's July 3, 2007, ORDER (5 copies) by Petitioner Mohamedou Ould Slahi (certificate of service dated 7/17/07 ) establishing the initial briefing schedule [1054354-1] : . |
| 07/30/2007 | OPPOSITION filed [1057926-1] (5 copies) by Respondent Robert M. Gates (certificate of service by hand dated 7/30/07) to a motion establishing the initial briefing schedule [1054354-1]. |
| 08/02/2007 | INITIAL SUBMISSIONS filed by Respondent Robert M. Gates [1058540-1] : certified index to the record; . |

| | |
|---|---|
| 08/06/2007 | REPLY filed [1058607-1] (5 copies) by Petitioner Mohamedou Ould Slahi (certificate of service dated 8/6/07 through CSO) to a response to the motion establishing the initial briefing schedule [1054354-1]. |
| 09/27/2007 | MOTION filed (5 copies) by Respondents Robert M. Gates, et al. (certificate of mail service dated 9/27/07) to stay orders to file certified index of record. [1070180-1] [07-1098, 07-1158, 07-1159, 07-1165, 07-1166, 07-1169, 07-1176, 07-1181, 07-1182, 07-1183, 07-1184, 07-1185, 07-1186, 07-1188, 07-1189, 07-1191, 07-1192, 07-1195, 07-1196, 07-1199, 07-1202, 07-1203, 07-1204, 07-1213, 07-1214, 07-1215, 07-1221, 07-1224, 07-1225, 07-1234, 07-1236, 07-1237, 07-1243, 07-1245, 07-1249, 07-1250, 07-1251, 07-1252, 07-1253, 07-1254, 07-1263, 07-1266, 07-1267, 07-1269, 07-1274, 07-1295, 07-1302, 07-1303, 07-1307, 07-1308, 07-1317, 07-1320, 07-1322, 07-1324, 07-1325, 07-1330, 07-1331, 07-1350, 07-1357, 07-1358, 07-1365, 07-1368, 07-1373, 07-1374] |
| 09/28/2007 | (Pending Classification) MOTION filed (5 copies) by DoD Privilege Team (certificate of service dated 9/28/07 by mail) [1070782-1]. Styled as "Privilege Team's Notice of Designation of Petitoner's Manuscript as "Protected" under the Interim Protective order and Motoin to maintain that status. |
| 10/01/2007 | MOTION filed (5 copies) by Respondents Robert M. Gates et al. (certificate of service dated 10/1/07) to designate as "protected information" unclassified information in the record on review. [1071344-1]. [06-1038, 06-1197, 06-1397, 07-1031, 07-1066, 07-1083, 07-1089, 07-1090, 07-1095, 07-1096, 07-1098, 07-1099, 07-1100, 07-1101, 07-1104, 07-1105, 07-1106, 07-1107, 07-1108, 07-1109, 07-1110, 07-1111, 07-1112, 07-1113, 07-1114, 07-1116, 07-1117, 07-1118, 07-1119, 07-1122, 07-1125, 07-1126, 07-1127, 07-1131, 07-1132, 07-1134, 07-1135, 07-1136, 07-1137, 07-1149, 07-1150, 07-1154, 07-1155, 07-1156, 07-1157, 07-1158, 07-1159, 07-1160, 07-1161, 07-1165, 07-1166, 07-1167, 07-1169, 07-1170, 07-1171, 07-1176, 07-1181, 07-1182, 07-1183, 07-1184, 07-1185, 07-1186, 07-1188, 07-1189, 07-1191, 07-1192, 07-1195, 07-1196, 07-1197, 07-1199, 07-1202, 07-1203, 07-1204, 07-1213, 07-1214, 07-1215, 07-1221, 07-1224, 07-1225, 07-1234, 07-1236, 07-1237, 07-1243, 07-1244, 07-1245, 07-1246, 07-1249, 07-1250, 07-1251, 07-1252, 07-1253, 07-1254, 07-1263, 07-1266, 07-1267, 07-1269, 07-1274, 07-1295, 07-1302, 07-1303, 07-1307, 07-1308, 07-1316, 07-1317, 07-1320, 07-1322, 07-1324, 07-1325, 07-1330, 07-1331, 07-1340, 07-1341, 07-1349, 07-1350, 07-1357, 07-1358, 07-1365, 07-1368, 07-1373, 07-1374, 07-1384] |
| 10/03/2007 | PER CURIAM ORDER filed [1071370] that the names and/or identifying information of government personnel and any sensitive law enforcement information be treated as protected pending resolution of of respondents' motion to designate as "protected infromation" unclassified infromation in the record on review. See Protective Order entered by this court in Bismullah v. Gates and Parhart v. Gates, Nos. 06-1197 and 06-1397, at 5.A (July 30, 2007). In granting this interim relief we express no opinion as to the merits of respondents' motion. [1071344-1] Before Judges Henderson, Tatel, Kavanaugh. [Entry Date: 10/3/07] [06-1038, 06-1197, 06-1397, 07-1031, 07-1066, 07-1083, 07-1089, 07-1090, 07-1095, 07-1096, 07-1098, 07-1099, 07-1100, 07-1101, 07-1104, 07-1105, 07-1106, 07-1107, 07-1108, 07-1109, 07-1110, 07-1111, 07-1112, 07-1113, 07-1114, 07-1116, 07-1117, 07-1118, 07-1119, 07-1122, 07-1125, 07-1126, 07-1127, 07-1131, 07-1132, 07-1134, 07-1135, 07-1136, 07-1137, 07-1149, 07-1150, 07-1154, 07-1155, 07-1156, 07-1157, 07-1158, 07-1159, 07-1160, 07-1161, 07-1165, 07-1166, 07-1167, 07-1169, 07-1170, 07-1171, 07-1176, 07-1181, 07-1182, 07-1183, 07-1184, 07-1185, 07-1186, 07-1188, 07-1189, 07-1191, 07-1192, 07-1195, 07-1196, 07-1197, 07-1199, 07-1202, 07-1203, 07-1204, 07-1213, 07-1214, 07-1215, 07-1221, 07-1224, 07-1225, 07-1234, 07-1236, 07-1237, 07-1243, 07-1244, 07-1245, 07-1246, 07-1249, 07-1250, 07-1251, 07-1252, 07-1253, 07-1254, 07-1263, 07-1266, 07-1267, 07-1269, 07-1274, 07- |

|  |  |
|---|---|
|  | 1295, 07-1302, 07-1303, 07-1307, 07-1308, 07-1316, 07-1317, 07-1320, 07-1322, 07-1324, 07-1325, 07-1330, 07-1331, 07-1340, 07-1341, 07-1349, 07-1350, 07-1357, 07-1358, 07-1365, 07-1368, 07-1373, 07-1374, 07-1384] |
| 10/09/2007 | (Under Seal) Unopposed MOTION filed (5 copies) by Petitioner Mohamedou Ould Slahi (certificate of service dated 10/9/07 ) to extend time to file a response to Privilege Tea's Notice of Designation [1072562-1] a until 12/12/07 . |
| 10/15/2007 | OPPOSITION filed [1076708-1] (5 copies) by Petitioner Mohamedou Ould Slahi (certificate of mail service dated 10/15/07 ) to the omnibus motion to stay orders to file the certified index to record. [1070180-1] . |
| 10/16/2007 | CORRECTED OPPOSITION filed [1076571-1] (5 copies) by Petitioner Mohamedou Ould Slahi (certificate of mail service dated 10/16/07 ) to a motion to designate certain unclassified information as "protected information". [1071344-1] |
| 10/25/2007 | REPLY filed [1076709-1] (5 copies) by Respondent Robert M. Gates (certificate of mail service dated 10/25/07 ) to a response to the omnibus motion to stay orders to file the certified index to record. [1070180-1] . |
| 10/25/2007 | REPLY filed [1077470-1] (5 copies) by Respondent Robert M. Gates (certificate of mail service dated 10/25/07 ) to a response to the motion to designate as "protected information" unclassified information in record on review. [1071344-1]. [06-1038, 06-1197, 06-1397, 07-1031, 07-1066, 07-1083, 07-1089, 07-1090, 07-1095, 07-1096, 07-1098, 07-1099, 07-1100, 07-1101, 07-1104, 07-1105, 07-1106, 07-1107, 07-1108, 07-1109, 07-1110, 07-1111, 07-1112, 07-1113, 07-1114, 07-1116, 07-1117, 07-1118, 07-1119, 07-1122, 07-1125, 07-1126, 07-1127, 07-1131, 07-1132, 07-1134, 07-1135, 07-1136, 07-1137, 07-1149, 07-1150, 07-1154, 07-1155, 07-1156, 07-1157, 07-1158, 07-1159, 07-1160, 07-1161, 07-1165, 07-1166, 07-1167, 07-1169, 07-1170, 07-1171, 07-1176, 07-1181, 07-1182, 07-1183, 07-1184, 07-1185, 07-1186, 07-1188, 07-1189, 07-1191, 07-1192, 07-1195, 07-1196, 07-1197, 07-1199, 07-1202, 07-1203, 07-1204, 07-1213, 07-1214, 07-1215, 07-1221, 07-1224, 07-1225, 07-1234, 07-1236, 07-1237, 07-1243, 07-1244, 07-1245, 07-1246, 07-1249, 07-1250, 07-1251, 07-1252, 07-1253, 07-1254, 07-1263, 07-1266, 07-1267, 07-1269, 07-1274, 07-1295, 07-1302, 07-1303, 07-1307, 07-1308, 07-1316, 07-1317, 07-1320, 07-1322, 07-1324, 07-1325, 07-1330, 07-1331, 07-1340, 07-1341, 07-1349, 07-1350, 07-1357, 07-1358, 07-1365, 07-1368, 07-1373, 07-1374, 07-1384] |
| 11/08/2007 | MOTION filed (5 copies) by Petitioner Mohamedou Ould Slahi (certificate of hand service dated 11/8/07 ) for order directing goverment cooperation with the production of documents suitable for filing on the public record [1079247-1]. . |
| 11/13/2007 | RESPONSE lodged [1080907-1] (5 copies) by Petitioner Mohamedou Ould Slahi (certificate of service through CSO dated 11/13/07) the privilege team's notice of designation and motion to maintain protected designation of petitioner's "manuscript" [1070782-1] . |
| 11/19/2007 | (Pending Classification) REPLY filed [1081445-1] (5 copies) by DoD Privilege Team (certificate of service dated 11/19/07 by C.S.O.) to Petitioner's Response to Privilege Team's Notice of Designation and Motion to Maintain Protected Designation of Petitioner's Manuscript. [1070782-1] . |
| 11/20/2007 | OPPOSITION filed [1082342-1] (5 copies) by Respondent Robert M. Gates (certificate of mail service dated 11/20/07) to a motion "FOR ORDER DIRECTING COOPERATION WITH THE PRODUCTION OF DOCUMENTS SUITABLE FOR FILING ON THE PUBLIC RECORD" [1079247-1]. |

| | |
|---|---|
| 11/28/2007 | REPLY filed [1083244-1] (5 copies) by Petitioner Mohamedou Ould Slahi (certificate of hand service dated 11/28/07 ) to a response to the motion for order directing goverment cooperation with the production of documents suitable for filing on the public record [1079247-1]. |
| 01/22/2008 | PUBLIC VERSION MOTION filed (5 copies) by DoD Privilege Team (certificate of service dated 1/22/08 ) Styled as "Privilege Teams' notice of designation of petitioner's manuscript as "protected" under the interim protective order and motion to maintain that status. [1093831-1]. |
| 01/22/2008 | PUBLIC VERSION of RESPONSE filed [1093840-1] (5 copies) by Petitioner Mohamedou Ould Slahi (certificate of service dated 1/22/08 to privilege team's notice of designation and motion to maintain protected designation of petitioner's manuscript. [1093831-1]. |
| 01/22/2008 | PUBLIC VERSION of REPLY filed [1093851-1] (5 copies) by DoD Privilege Team (certificate of service dated 1/22/08 ) to a response to petitioner's response to privelege teams notice of designation and motion to maintain protected desgination of petitoner's manuscript. [1093831-1]. |
| 03/04/2008 | (Pending Classification) MOTION filed [1107109] by Mohamedou Ould Slahi for preservation of torture evidence and for inquiry into its possible loss and destruction. (Response to Motion served by mail due on 03/17/2008) [Service Date:02/29/2008 ] Copies: 5 (Motion/Petition); Pages: 16-20; Disclosure Statement: Not Applicable to this Party; Certificate of Parties: Not Applicable to this Filing [07-1185] |
| 03/17/2008 | RESPONSE IN OPPOSITION FILED [1107139] by Robert M. Gates to motion for preservation of torture evidence and for inquiry into its possible loss and destruction, [1107109-2] [Service Date:03/17/2008 ] Copies: 5 (Response/Reply); Pages: 11-15; Disclosure Statement: Not Applicable to this Party; Certificate of Parties: Not Applicable to this Filing [07-1185] |
| 03/27/2008 | (Pending Classification) REPLY FILED [1108144] by Mohamedou Ould Slahi to response to motion for preservation of torture evidence [1107139-2] [Service Date:03/26/2008 ] [07-1185] |
| 05/19/2008 | NOTICE FILED [1117544] by Robert M. Gates to substitute attorney Anthony Alan Yang in 07-1185 substituted by Matthew M. Collette in 07-1185 [Service Date:05/19/2008 ] [07-1185] |
| 05/20/2008 | MOTION filed [1117858] by Robert M. Gates for entry of protective order (Response to Motion served by mail due on 06/05/2008) [Mail Service Date:05/20/2008] Copies: 5 (Motion/Petition); Pages: 2; Disclosure Statement: Not Applicable to this Party; Certificate of Parties: Not Applicable to this Filing [07-1185] |
| 05/23/2008 | PER CURIAM ORDER filed [1117930] granting motion for entry of protective order [1117858-2]; ordered that the protective order entered by this court in Bismullah v. Gates and Parhat v. Gates, Nos. 06-1197 and 06-1397, as amended October 23, 2007, including any subsequent modifications approved by the court, be entered in this case pending further order of the court. Judge Sentelle, Randolph and Brown [07-1185] |
| 05/28/2008 | PER CURIAM ORDER filed [1118329] considering motion ifp in this Court [1045069-2]; considering motion for preservation of torture evidence and for inquiry into its possible loss and destruction [1107109-2]; considering response [1107139-2]; considering reply [1108144-2]; granting motion ifp in this Court [1045069-2] [Case Number 07-1185: ifp]; referring motion for preservation [1107109-2] to the merits panel to which this case is assigned.; deferring consideration of motion for an inquiry into the loss and destruction of |

| | |
|---|---|
| | evidence [1107109-2] pending further order of the Court.; directing party to file motions to govern future proceedings with respect to the motion within fourteen days of the Supreme Court's resolution of Boumediene v. Bush and Al Odah v. Bush. Judge Garland, Brown and Griffith [07-1185] |
| 06/09/2008 | MEMORANDUM OF UNDERSTANDING [1121047] signed by Ms. Sylvia Royce for Mohamedou Ould Slahi [Service Date:06/06/2008 ] [07-1185] |
| 06/16/2008 | MEMORANDUM OF UNDERSTANDING [1122056] signed by Ms. Theresa M. Duncan for Mohamedou Ould Slahi and Ms. Nancy Hollander for Mohamedou Ould Slahi [Service Date:06/16/2008 ] [07-1185] |
| 06/18/2008 | MOTION filed [1123896] by Robert M. Gates to hold case in abeyance (Response to Motion served by mail due on 07/03/2008), or in the alternative dismiss without prejudice [Service Date:06/18/2008 ] Copies: 5 (Motion/Petition); Pages: 1-10; Disclosure Statement: Not Applicable to this Party; Certificate of Parties: Not Applicable to this Filing [07-1185] |
| 06/26/2008 | (Pending Classification) UNOPPOSED MOTION filed [1124097] by Mohamedou Ould Slahi to extend time to file response to motion to hold case in abeyance or in the alternative dismiss without prejudice, and to file motions to govern further proceedings [Service Date:06/26/2008 ] [07-1185] |
| 07/25/2008 | UNOPPOSED MOTION filed [1129933] by Mohamedou Ould Slahi to extend time to file response to motion to hold in abeyance or in the alternative to dismiss without prejudice, and to file motion to govern further proceedings with respect to motion to preserve torture evidence until 08/29/2008. [Service Date:07/25/2008 ] [07-1185] |
| 07/29/2008 | CLERK'S ORDER filed [1130189] granting motion to extend time [1129933-2]; response to motion to hold case in abeyance [1123896-2] or to dismiss case [1123896-3] now due on 08/29/2008 [07-1185] |
| 08/14/2008 | RESPONSE FILED [1133387] by Mohamedou Ould Slahi to motion to dismiss case, [1123896-3], motion to hold case in abeyance,[1123896-2] [Service Date:08/14/2008 US mail] Copies: 5 (Motion/Petition); Pages: 16-20; Disclosure Statement: Not Attached; Certificate of Parties: Not Applicable to this Filing [07-1185] |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/27/2008 13:28:25 | | | |
| PACER Login: | sr0661 | Client Code: | |
| Description: | Docket Report (full) | Search Criteria: | 07-1185 |
| Billable Pages: | 5 | Cost: | 0.40 |