factual return in 05cv0569 -- Mohamedou Ould Slahi

De :      **sylvia royce** (sylvia_royce@hotmail.com)
Envoyé :  sam. 30/08/08 17:39
À :       terry.henry@usdoj.gov; andrew.warden@usdoj.gov

Dear Andrew and Terry --

As to Slahi's case, could you please (1) advise if you intend to ask leave of the court to amend the government's factual return, and if so, (2) confirm that you will do so by the end of next week?

Sylvia Royce
(202) 362-3445 (tel)
(202) 686-4271 (fax)
5505 Connecticut Avenue, NW #340
Washington, DC 20015
USA