IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-442 (TFH)

Civil Action No. 1:05-0569 (JR)

## DECLARATION OF SYLVIA ROYCE

I, Sylvia Royce, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of this Court and a member of the legal team representing Guantanamo prisoner Mohamedou Ould Slahi.

2. *Slahi v. Federal Bureau of Investigation*, Civil Action No. 07-2239 (JR) is an action brought under the Freedom of Information Act (FOIA). Defendant Federal Bureau of Investigation (FBI) has invoked law enforcement exemptions as to its records, and has produced no documents whatsoever.

3. In an informal conference in Judge Robertson's courtroom on May 5, 2008, Marcia Kay Sowles of the Department of Justice's Civil Division agreed that the FBI would file its motion for summary judgment no later than July 31, 2008.

4. Ms. Sowles and I conferred again by telephone shortly after July 31, 2008, and agreed that the FBI would instead file its motion for summary judgment by October 3, 2008. On behalf of the legal team, I committed to filing Mr. Slahi's responsive pleading on November 4, 2008.

4. Ms. Sowles authorized me to represent to the Court that she agreed to a proposed scheduling order reflecting this agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2008

_____
Sylvia Royce