IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
:
**FARHI SAEED BIN MOHAMMED,**         : Misc. No. 08-0442 (TFH)
        Petitioner,                                  :
:
v.                                                    : Civil Action No. 05-1347(GK)
:
**GEORGE W. BUSH,** *et al.,*                 :
        Respondents.                              :
:
---------------------------------------------------------x

## MOTION TO FILE UNDER SEAL

Petitioner Farhi Saeed bin Mohammed, a Guantánamo Bay detainee (1SN311) respectfully moves to file under seal his Emergency Motion For Order Enjoining Transfer by Respondents from Guantánamo Bay.

The emergency motion per se is already lodged with the clerk and can be docketed upon grant of this motion.

Dated: September 22, 2008                        Respectfully submitted,

                                        By:   /Jerry Cohen/
                                              Jerry Cohen #14759-D.C. Cir
                                              Burns & Levinson LLP
                                              125 Summer Street
                                              Boston, MA 02110
                                              Tel: (617) 345-3000

1

OF COUNSEL:
Zachary Katznelson
Cal. Bar. No. 209489
Legal Director
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
Tel: 011-44(0) 207-353-4640
Fax: 011-44(0) 207-353
Zachary@Reprieve.org.uk
Shayana Kadial
DC Bar No. 454248
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012-2317
Tel: (212) 614-6438
Fax: (212) 614-6499

Stewart Eisenberg (MA Bar #152180)
WEINBERG & GARBER, PC
71 King Street
Northampton, MA 01060

Tel: (413) 582-6886
Fax: (413) 582-6881
buz.e@verizon.net

*Counsel for Farhi Saeed bin Mohammed*

## Certificate of Service

Petitioner has given notice of this filing by courier to counsel for Respondents this 22nd day of September 2008.

/Jerry Cohen/
Jerry Cohen