# Exhibit A

**Amended Factual Returns Filed**

| Case No. | Judge | Petitioner | ISN | Return Type | Date Filed |
|---|---|---|---|---|---|
| 04-1254 | HHK/TFH | Ala'Dini | 156 | Amended | 9/22/08 |