IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) DETAINEE LITIGATION ) ) ) ) ) | Civil Action No. 04-CV-1254 |

**O R D E R**

Respondents' September 22, 2008 Motion for Leave to File Amended Factual Return with respect to the petitioner noted on the attached chart is hereby GRANTED.

SO ORDERED.

Dated: _____

                                                          Thomas F. Hogan
                                                          United States District Judge

**Factual Return Amendments**

| Case No. | Judge | Petitioner | ISN | Date Submitted |
|---|---|---|---|---|
| 04-1254 | HHK/TFH | Ala'Dini | 156 | 9/22/08 |