IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | Civil Action No. 04-CV-1254 |
| DETAINEE LITIGATION ) |  |

**O R D E R**

Respondents' September 22, 2008 Motion for Leave to File Amended Factual Return with respect to the petitioner noted on the attached chart is hereby GRANTED.

SO ORDERED.

Dated: _____

_____
Thomas F. Hogan
United States District Judge

**Factual Return Amendments**

| Case No. | Judge | Petitioner | ISN | Date Submitted |
|---|---|---|---|---|
| 04-1254 | HHK/TFH | Rabi'i | 508 | 9/22/08 |