IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-1497 (RCL) |

## NOTICE OF FILING OF PROTECTED INFORMATION UNDER SEAL

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, respondents have filed with the Court a submission which respondents seek to have designated as "protected information." In accordance with paragraph 49 of the protective order, the submission was filed under seal pursuant to Local Civil Rule 5.1(j). The submission cannot be described in any greater detail without disclosing the substance of the protected information. As required by the protective order, respondents have disclosed the protected information to petitioners' counsel and are conferring with counsel in an attempt to reach an agreement regarding the designation of the information prior to filing a motion with the Court; following the outcome of that conferral, respondents will file an appropriate motion with the Court to have the information designated as "protected."

Dated: September 22, 2008         Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)

JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents