## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY DETAINEE LITIGATION**<br><br>**SUHAIL ABDU ANAM,** *et. al.*,<br><br>Petitioners,<br><br>v.<br><br>**GEORGE W. BUSH,** *et. al.*,<br><br>Respondents. | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 04-CV-1194 (HHK) |

### NOTICE OF FILING

Please take notice that on September 23, 2008, counsel filed an Opposition to Respondents' Motion for Leave to File Amended Factual Return on behalf of Petitioner Khaled Ahmed Qassim (ISN 242) with the Court Security Officer pursuant to the terms of the September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba.

Dated: September 23, 2008

                          Respectfully submitted,

By: /s/ Sarah Havens
    Pamela Rogers Chepiga
    Sarah Havens
    Julie Withers
    ALLEN & OVERY LLP
    1221 Avenue of the Americas
    New York, NY 10020
    Tel. (212) 610-6300
    Admitted *pro hac vice*
    *Counsel for Petitioners Al Baidhani, Al Haj, Hassan, Al Suweidy, and Al Sarim*

    Scott Sullivan
    Kristine Huskey (D.C. Bar No. 462979)
    UNIVERSITY OF TEXAS
      SCHOOL OF LAW
    NATIONAL SECURITY &
      HUMAN RIGHTS CLINIC
    727 E. Dean Keeton Street
    Austin, TX 78705
    Tel. (512) 471-5151
    *Of counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing was served upon the following counsel of record by the CM/ECF system on the 23rd day of September, 2008:

Gregory G. Katsas
John C. O'Quinn
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
Paul E. Ahearn
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305-0633
Fax: (202) 616-8470

*Attorneys for Respondents*

                                                    /s/ Sarah Havens
                                                    Sarah Havens