IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-0442 (TFH) |
| AMER MOHAMMON, *et al.*,<br><br> Petitioners,<br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br> Respondents. | Civil Action No: 05-2386 (RBW) |
| SHAKHRUKH HAMIDUVA, *et al.*,<br><br> Petitioners,<br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br> Respondents. | Civil Action No: 08-1221 (CKK) |

**NOTICE OF FILING MEMORANDA OF UNDERSTANDING
AND ACKNOWLEDGMENTS**

Attached to this notice are executed Memoranda of Understanding and executed Acknowledgments, which are derived from the exhibits to the Court's Order of September 11, 2008, entitled "Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba."

US2000 11046481.1

Dated: September 23, 2008.

                                      Respectfully submitted.

                                      /s/ A. Stephens Clay IV
                                      A. Stephens Clay, IV
                                      KILPATRICK STOCKTON LLP
                                      1100 Peachtree St., Suite 2800
                                      Atlanta, Georgia 30309-4530
                                      Telephone: (404) 815-6500
                                      Facsimile: (404) 815-6555
                                      sclay@kilpatrickstockton.com

                                      *Counsel for Petitioners Shakhrukh Hamiduva*
                                      *(ISN 22); Ali Sher Hamidullah (ISN 455); and*
                                      *Sharaf al Sanani (ISN 170)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | ) <br> ) <br> ) Misc. No.            08-0442 (TFH) <br> ) <br> ) Civil Action Nos:   05-2386 (RBW) <br> )                     08-1221 (CKK) <br> ) <br> ) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.* and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

DATED: September 23, 2008        BY: A. Stephens Clay, IV
                                                                      (type or print name)

SIGNED: *A. Stephens Clay*
A. Stephens Clay IV
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
sclay@kilpatrickstockton.com

*Counsel for Petitioners Shakhrukh Hamiduva (ISN 22); Ali Sher Hamidullah (ISN 455); and Sharaf al Sanani (ISN 170)*

# ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned *In Re Guantanamo Bay Detainee Litigation*, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED:  September 23, 2008     BY:  A. Stephens Clay, IV
                                    (type or print name)

                               SIGNED:  *[signature]*
                                    A. Stephens Clay, IV
                                    KILPATRICK STOCKTON LLP
                                    1100 Peachtree St., Suite 2800
                                    Atlanta, Georgia 30309-4530
                                    Telephone: (404) 815-6500
                                    Facsimile: (404) 815-6555
                                    sclay@kilpatrickstockton.com

                                    *Counsel for Petitioners Shakhrukh Hamiduva (ISN 22); Ali Sher Hamidullah (ISN 455); and Sharaf al Sanani (ISN 170)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>)<br>) Misc. No. 08-0442 (TFH)<br>)<br>) Civil Action Nos: 05-2386 (RBW)<br>)                              08-1221 (CKK)<br>)<br>) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.* and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

DATED: September 23, 2008     BY:   James F. Bogan, III
                                                    (type or print name)
                                     SIGNED: _____
                                                    James F. Bogan, III
                                                    KILPATRICK STOCKTON LLP
                                                    1100 Peachtree St., Suite 2800
                                                    Atlanta, Georgia 30309-4530
                                                    Telephone: (404) 815-6500
                                                    Facsimile: (404) 815-6555
                                                    jbogan@kilpatrickstockton.com

                                                    *Counsel for Petitioners*
                                                    *Shakhrukh Hamiduva (ISN 22);*
                                                    *Ali Sher Hamidullah (ISN 455);*
                                                    *and Sharaf al Sanani (ISN 170)*

# ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned *In re Guantanamo Bay Detainee Litigation*, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: September 23, 2008     BY: James F. Bogan, III
                                                           (type or print name)

SIGNED: [signature]
James F. Bogan, III
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
jbogan@kilpatrickstockton.com

*Counsel for Petitioners Shakhrukh Hamiduva (ISN 22); Ali Sher Hamidullah (ISN 455); and Sharaf al Sanani (ISN 170)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action Nos: 05-2386 (RBW) |
| ) | 08-1221 (CKK) |
| ) | |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.* and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

DATED: September 23, 2008     BY:  John R. Gibson
                                                         (type or print name)

                                              SIGNED: *[signature]*
                                                      John R. Gibson
                                                      KILPATRICK STOCKTON LLP
                                                      1100 Peachtree St., Suite 2800
                                                      Atlanta, Georgia 30309-4530
                                                      Telephone: (404) 815-6500
                                                      Facsimile: (404) 815-6555
                                                      jogibson@kilpatrickstockton.com

                                                      *Counsel for Petitioners Shakhrukh Hamiduva (ISN 22); Ali Sher Hamidullah (ISN 455); and Sharaf al Sanani (ISN 170)*

# ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned *In Re Guantanamo Bay Detainee Litigation*, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: September 23, 2008      BY: John R. Gibson
                                   (type or print name)

                               SIGNED: /s/ John R. Gibson
                               John R. Gibson
                               KILPATRICK STOCKTON LLP
                               1100 Peachtree St., Suite 2800
                               Atlanta, Georgia 30309-4530
                               Telephone: (404) 815-6500
                               Facsimile: (404) 815-6555
                               jogibson@kilpatrickstockton.com

                               *Counsel for Petitioners Shakhrukh Hamiduva (ISN 22); Ali Sher Hamidullah (ISN 455); and Sharaf al Sanani (ISN 170)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action Nos: 05-2386 (RBW) |
| ) | 08-1221 (CKK) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.* and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

DATED: September 16, 2008    BY:   Daniel G. Schulof
                                    (type or print name)

                             SIGNED: _____
                                    Daniel G. Schulof
                                    KILPATRICK STOCKTON LLP
                                    1100 Peachtree St., Suite 2800
                                    Atlanta, Georgia 30309-4530
                                    Telephone: (404) 815-6500
                                    Facsimile: (404) 815-6555
                                    dschulof@kilpatrickstockton.com

                                    *Counsel for Petitioners Shakhrukh
                                    Hamiduva (ISN 22); Ali Sher
                                    Hamidullah (ISN 455); and
                                    Sharaf al Sanani (ISN 170)*

# ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned *In Re Guantanamo Bay Detainee Litigation*, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED:   September 23, 2008          BY:   Daniel G. Schulof
                                           (type or print name)

                                     SIGNED: /s/ Daniel G. Schulof
                                           Daniel G. Schulof
                                           KILPATRICK STOCKTON LLP
                                           1100 Peachtree St., Suite 2800
                                           Atlanta, Georgia 30309-4530
                                           Telephone: (404) 815-6500
                                           Facsimile: (404) 815-6555
                                           dschulof@kilpatrickstockton.com

                                           *Counsel for Petitioners Shakhrukh Hamiduva (ISN 22); Ali Sher Hamidullah (ISN 455); and Sharaf al Sanani (ISN 170)*

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008, I caused the foregoing "Notice of Filing Memoranda of Understanding and Acknowledgments" to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system and to be filed and served upon counsel listed below by depositing a copy of same in the U.S. Mail, in an envelope with adequate postage affixed thereon, addressed to:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

/s/ A. Stephens Clay IV
A. Stephens Clay, IV
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
sclay@kilpatrickstockton.com

*Counsel for Petitioners Shakhrukh Hamiduva (ISN 22); Ali Sher Hamidullah (ISN 455); and Sharaf al Sanani (ISN 170)*