IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY**<br>**DETAINEE LITIGATION**<br><br>MOHAMEDOU OULD SALAHI,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH,<br>President of the United States, *et al.*,<br><br>    Respondents. | Misc. No. 08-442 (TFH)<br><br><br><br><br><br>Civil Action No. 05-0569 (JR)(AK) |

**PRIVILEGE TEAM'S NOTICE OF FILING**

The Privilege Team, by its attorneys, respectfully gives notice of the filing of the Privilege Team's Motion to Maintain Protected Designation of Petitioner Slahi's Manuscript and Statement of Points and Authorities in Support Thereof by delivery to the Court Security Officer on September 23, 2008.[1] Because the motion may contain

---

[1] Simultaneously, the Privilege Team is delivering a Supplement to Privilege Team's Motion to Maintain "Protected" Status of Petitioner's Manuscript to the Court Security Officer for filing in the United States Court of Appeals for the District of Columbia Circuit in Case No. 07-1185. A copy of the Supplement is being served on counsel for petitioner. Because the Supplement may contain privileged information, a copy is not being served on counsel for respondents.

Dockets.Justia.com

privileged material, the motion is not being filed on the ECF system at this time and should remain under seal. For the same reason, this motion is not being served on counsel for respondents.

A copy of the Privilege Team's motion is being served by e-mail and first class U.S. mail on counsel for petitioner. After an opportunity to consult with petitioner's counsel, a version of the motion with any privileged material redacted will replace this image or be filed separately on the ECF system.

Dated: September 23, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

/s/ Daniel F. Van Horn

DANIEL F. VAN HORN, D.C. Bar No. 924092
JANE M. LYONS, D.C. Bar No. 451737
Assistant United States Attorneys
555 4th St., N.W. - - Civil Division
Washington, D.C. 20530
(202) 514-7168 or (202) 514-7161
daniel.vanhorn@usdoj.gov
jane.lyons@usdoj.gov