# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) **GUANTANAMO BAY** ) **DETAINEE LITIGATION** ) ) | **Misc. No. 08-442 (TFH)** **Civil Action No. CV 02-0828 (CKK)** |

## MEMORANDUM IN OPPOSITION TO MOTION
## FOR LEAVE TO FILE AMENDED FACTUAL RETURN

Petitioner Fawzi Khalid Abdullah Fahad Al Odah ("Petitioner"), by counsel, hereby opposes the government's Motion for Leave to File Amended Factual Return ("Motion") on the grounds set forth in the Memorandum in Opposition to Motion for Leave to File Amended Factual Return filed by Petitioner Fouad Mahmoud Al Rabiah on September 19, 2008 (Civ. No. 02-0828 (CKK), Docket No. 379; Misc. No. 08-442 (TFH), Docket No. 468), which is hereby incorporated by reference. A copy is submitted herewith for the Court's convenience.

September 23, 2008                                    Respectfully submitted,

                                                                         /s/
                                                      David J. Cynamon (D.C. Bar #182477)
                                                      Matthew J. MacLean (D.C. Bar #479257)
                                                      PILLSBURY WINTHROP
                                                      SHAW PITTMAN LLP
                                                      2300 N Street, N.W.
                                                      Washington, D.C. 20037
                                                      Telephone: (202) 663-8000
                                                      Facsimile: (202) 663-8007

                                                      Attorneys for Petitioner

**Certificate of Service**

I certify that on September 23, 2008, I caused the foregoing to be served on the following attorneys via electronic filing:

Brian David Boyle
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 4633
Washington, DC 20530-0001
(202) 3305-1434
202-514-0238 (fax)
brian.d.boyle@usdoj.gov

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
(202) 616-8470 (fax)
terry.henry@usdoj.gov

Robert J. Katerberg
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-8298
(202) 616-8460 (fax)
robert.katerberg@usdoj.gov

Robert D. Okun
UNITED STATES ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 10-435
Washington, DC 20530
(202) 514-7282
(202) 514-8784 (fax)
robert.okun@usdoj.gov

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
judry.subar@usdoj.gov

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-5084
(202) 616-8460 (fax)
andrew.warden@usdoj.gov

/s/
Matthew J. MacLean