# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. CV 02-0828 (CKK) |
| ) | |

## [DRAFT] ORDER

THIS MATTER having come before the Court on the government's Motion for Leave to File Amended Factual Return as to Petitioner Fawzi Khalid Abdullah Fahad Al Odah, it appearing to the Court that the motion should be denied for lack of good cause, it is hereby

ORDERED that the government's motion is denied.

Date:_____     _____

United States District Judge