IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____ x
                                      :
                                      :
IN RE:                                :
                                      :
GUANTÁNAMO BAY                        : Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                   :
                                      :
                                      :
_____ x
                                      :
                                      :
MOHAMMED SULAYMON BARRE,              :
                                      :
                Petitioner,           :
                                      :
         v.                           : Civil Action No. 08 CV 1153 (HHK)
                                      :
GEORGE W. BUSH, et al.,               :
                                      :
                Respondents.          :
                                      :
_____ x
```

## RESPONSE TO THE COURT'S JULY 29, 2008 ORDER

Petitioner Mohammed Sulaymon Barre, by and through his undersigned counsel, respectfully submits this response to the Court's July 29, 2008 Order (misc. dkt. no. 210). The petition in this case was filed directly on behalf of Barre on July 1, 2008. He is not represented by a next friend. Accordingly, this case is not subject to the Court's July 29, 2008 Order concerning notification of direct authority for representation.

Nonetheless, in its July 18, 2008 Status Report (misc. dkt. no. 157-7, at 00314), the government stated that Barre is "represented in this petition by a next-friend" and "counsel should be required to demonstrate a direct authorization from the petitioner after the Protective Order is entered." It appears the government was simply mistaken. Indeed, prior to filing this case, undersigned counsel notified the government that we had met with Barre in Guantánamo

and he had directly authorized us to represent him. *See* Ex. 1. The government accepted those representations and consented to entry of the Standard Protective Order, and has not otherwise questioned our authority to represent Barre in this case. No further evidence of our authority to represent Barre should be required at this point.

Dated: New York, New York
September 23, 2008

> Respectfully submitted,
>
> Counsel for Petitioner:
>
> /s/ J. Wells Dixon
> J. Wells Dixon (Pursuant to LCvR 83.2(g))
> CENTER FOR CONSTITUTIONAL RIGHTS
> 666 Broadway, 7th Floor
> New York, New York 10012
> Tel: (212) 614-6423
> Fax: (212) 614-6499
> wdixon@ccrjustice.org