**EXHIBIT 1**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---------------------------------------- x
                                         :
MOHAMMED SULAYMON BARRE,                 :
                                         :
                        Petitioner,      :
                                         :
            v.                           :  No. 07-1302
                                         :
ROBERT M. GATES,                         :
                                         :
                        Respondent.      :
                                         :
---------------------------------------- x

## DECLARATION OF J. WELLS DIXON

I, J. WELLS DIXON, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at the Center for Constitutional Rights, 666 Broadway, 7th Floor, New York, New York 10012 ("CCR"). CCR is counsel to Petitioner Mohammed Sulaymon Barre ("Petitioner") in this action.

2. I and other CCR attorneys have met with Petitioner in Guantánamo Bay on more than one occasion. He has authorized us to represent him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: New York, New York
March 19, 2008

                                      _____
                                      J. Wells Dixon

## Wells Dixon

**From:** Henry, Terry (CIV) [Terry.Henry@usdoj.gov]
**Sent:** Monday, June 30, 2008 11:11 PM
**To:** Wells Dixon
**Cc:** Emi Maclean; Warden, Andrew (CIV)
**Subject:** RE: Mohammed Barre, ISN 567

Wells,

Respecting your first request, I understand that Andrew Warden has communicated with you regarding the docketing of the petition.

Respecting your request concerning entry of a protective order, we will consent to entry of the standard habeas protective order, i.e., (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004. We reserve, however, the right to seek modifications to the protective order and supplemental orders as appropriate, and respondents' consent to entry of the orders is without prejudice to such right.

Regards,

Terry Henry

---

**From:** Wells Dixon [mailto:WDixon@ccrjustice.org]
**Sent:** Friday, June 27, 2008 12:40 PM
**To:** Henry, Terry (CIV)
**Cc:** Emi Maclean
**Subject:** Mohammed Barre, ISN 567

Dear Terry,

I am writing to confirm that we have filed a habeas petition for ISN 567 through the Court Security Office. You should receive a service copy from the CSO today.

I do not know the mechanics for getting the petition placed on the district court docket while it is pending classification review – I would appreciate your guidance in that regard – and in any event please let me know as soon as possible when it is cleared.

Also, we are authorized to represent ISN 567. Please let my colleague Emi MacLean (copied here) or me know if you will stipulate or consent to entry of the standard habeas protective order in this case.

Thanks,

Wells

J. Wells Dixon
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
(212) 614-6423
(212) 614-6499 (fax)
wdixon@ccrjustice.org