# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | **Misc. No. 08-442** |
| **GUANTANAMO BAY DETAINEE LITIGATION** | ) ) ) ) ) | **Civil No. 05-634 (RWR)** |

## NOTICE OF FILING OF PROTECTED INFORMATION UNDER SEAL

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, Petitioner has today filed under seal with the Court Security Officer for review an Opposition to Respondents' September 9, 2008 Motion For Leave to File Amended Factual Return. This Notice of Filing is being submitted to notify the Court that this submission has been made to the CSO, in accordance with paragraph 47 of the protective order governing filings which contain or may contain classified information.

Respectfully submitted,

/s/ Jill M. Williamson
Jill M. Williamson, DC Bar No. 478469
Jonathan M. Fee, DC Bar No. 479579
Michael E. Ward, DC Bar No. 434624
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333
C. Rufus Pennington, III
MARGOL & PENNINGTON, PA
320 North First Street, Suite 600
Jacksonville Beach, FL 32250
(904) 355-7508

*Counsel for Petitioner*

Dated: September 23, 2008