# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTAI SAIB, *et al.*,                )        | |
|                                       )        | |
|     Petitioners/Plaintiffs,  )        | Misc. No. 08-0442 (THF) |
|                                       )        | |
| v.                                    )        | Civil No. 05-CV-1353 (RMC) |
|                                       )        | |
| GEORGE W. BUSH, *et al.*,             )        | |
|                                       )        | |
|     Respondents/Defendants.  )        | |
|                                       )        | |

## NOTICE OF FILING MOTION TO SEAL AND EMERGENCY MOTION

Please take notice that, pursuant to the Protective Orders entered in this case, Petitioner Motai Saib ("Petitioner"), by and through his counsel, filed a Motion to Seal and an Emergency Motion with the Clerk of this Court via UPS OVERNIGHT on September 23, 2008.

Dated:  September 23, 2008

                                  Respectfully submitted,

                                  *s/ Meghan N. Winokur*
                                  Anne J. Castle
                                  Scott S. Barker
                                  J. Triplett Mackintosh
                                  William E. Murane
                                  Danielle R. Voorhees
                                  Meghan N. Winokur
                                  HOLLAND & HART LLP
                                  555 Seventeenth Street, Suite 3200
                                  Denver, CO  80202
                                  Telephone:  (303) 295-8000
                                  Facsimile:   (303) 295-8261

                                  Of Counsel
                                  Shayana Kadidal
                                  CENTER FOR CONSTITUTIONAL RIGHTS
                                  666 Broadway, 7th Floor
                                  New York, NY  10012
                                  Telephone:  (212) 614-6438
                                  Facsimile:  (212) 614-6499

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
Andrew I. Warden
Paul Ahern
Robert J. Prince
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530

                                                *s/ Lisa M. Podsiadlik*
                                                Holland & Hart LLP

3927049_2.DOC