### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| GUANTÁNAMO BAY ) | |
| DETAINEE LITIGATION ) | **Civil Action No. 05-CV-2386 (RBW)** |
| ) | **Civil Action No. 06-CV-1761 (ESH)** |
| ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Petitioner Abdul-Rahman Sulaeiman, one of the petitioners in *Mohammon v. Bush*, 05-2386, and Petitioner Achraf Salim Abdessalam, the petitioner in *Abdessalam v. Bush*, 06-1761, respectfully request a one-week extension of time until October 6, 2008, for counsel to file the authorization or counsel's declaration pursuant to the Court's Order of July 29, 2008. In support of this motion, counsel for Petitioners states:

1. On July 29, 2008, counsel for Petitioners, Thomas P. Sullivan and Douglas A. Sondgeroth, requested approval from the Government to travel to Guantánamo Bay to meet with Petitioner Abdessalam on September 30, 2008, and with Petitioner Sulaeiman on October 1, 2008. The Government approved that request on September 4, 2008.

2. During the meetings with Petitioners, counsel will discuss with each of the Petitioners the circumstances of their respective cases as well as the authorizations that this Court has ordered.

3. After meeting with Petitioners in person, counsel anticipates it will be better able to provide the authorization or declaration requested by the Court's order of July 29, 2008. Accordingly, petitioners request a one-week extension of time until October 6, 2008 to comply with the Court's Order of July 29, 2008. A proposed order is attached as Exhibit A.

4. Pursuant to Local Rule 7(m), counsel for Petitioners has contacted counsel for Respondents regarding this motion and counsel for respondents has stated that respondents consent to Petitioners' request for an extension.


Dated: September 23, 2008                                         Respectfully submitted,


                                                                   /s/ Thomas P. Sullivan
                                                                  One of the Attorneys for Petitioners
                                                                  Abdul-Rahman Sulaeiman and Achraf Salim
                                                                  Abdessalam

                                                                  Thomas P. Sullivan
                                                                  Douglas A. Sondgeroth
                                                                  JENNER & BLOCK LLP
                                                                  330 North Wabash Ave.
                                                                  Chicago, IL 60611
                                                                  Tel: (312) 840-7605
                                                                  Fax: (312) 840-7705

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008, I caused the foregoing Unopposed Motion for Extension of Time to be delivered to the below-listed counsel of record in the above-captioned matters through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

    /s/ Thomas P. Sullivan