# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
:
**MOHAMMED ABDULLAH TAHA MATTAN**, : Misc. No. 08-MC-0442 (TFH)
Petitioner, :
:
v. : Civil Action No. 05-CV-2386 (RBW)
:
**GEORGE W. BUSH**, *et al.*, :
Respondents. :
:
---------------------------------------------------------x

## NOTICE OF SUBMISSION AND SUBMISSION OF MEMORANDA OF UNDERSTANDING AND ACKNOWLEDGEMENTS

Jerry Cohen and Stewart Eisenberg, co-counsels for Petitioner in this action hereby submit their respective signed Memoranda of Understanding and Acknowledgements per the September 11, 2008 Protective Order in this case as attachments to this Notice.

Dated: September 23, 2008.
           24

                                        Respectfully submitted,

                                  By:   s/Jerry Cohen/
                                        Jerry Cohen
                                        Burns & Levinson LLP
                                        125 Summer Street
                                        Boston, MA 02110
OF COUNSEL:                             Tel: (617) 345-3000
Zachary Katznelson
Cal. Bar. No. 209489
Legal Director                          Stewart Eisenberg
Reprieve                                WEINBERG & GARBER, PC
PO Box 52742                            71 King Street
London EC4P 4WS                         Northampton, MA 01060
United Kingdom
Tel: 011-44(0) 207-353-4640             Tel: (413) 582-6886
Fax: 011-44(0) 207-353                  Fax: (413) 582-6881
Zachary@Reprieve.org.uk                 buz.e@verizon.net

Shayana Kadial
DC Bar No. 454248
Center for Constitutional Rights
666 Broadway, 7th Floor

1

New York, NY 10012-2317
Tel: (212) 614-6438
Fax: (212) 614-6499

*Counsel for Mohammed Abdullah Taha Mattan*

Certificate of Service

I hereby certify service of the above Notice and attached documents on counsel for Respondents by filing in the court's -ECF system on September 23, 2008.

s/Jerry Cohen
Jerry Cohen

J:\Docs\31549\00001\01284385.DOC

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| IN RE: | Misc. No. 08-0442 (TFH) |
|---|---|
| GUANTANAMO BAY DETAINEE LITIGATION | Civil Action No. 05-CV-2386 (RBW) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

Dated: 9/23/08

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 9/23/08     BY: JERRY COHEN
                       (type or print name)

                  SIGNED: [signature]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| IN RE: | Misc. No. 08-0442 (TFH) |
|---|---|
| GUANTANAMO BAY DETAINEE LITIGATION | Civil Action No. 05-CV-2386 (RBW) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

Dated: 9/23/08 _____

EXHIBIT B

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 9/23/08   BY: STEWART EISENBERG
                     (type or print name)

SIGNED: _____