Filed via ECF with the permission of the CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| IN RE: <br><br> GUANTÁNAMO BAY <br> DETAINEE LITIGATION | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 05-2387 (RMC) |
|---|---|

## NOTICE OF AUTHORIZATION

Pursuant to the Court's Order of July 29, 2008, Petitioner Jobran Saad Al-Quhtani files this notice of authorization of counsel.

    1.    On May 14, 2008 Petitioner verbally requested that Morrison & Foerster LLP represent him directly as his counsel in these proceedings as well as any proceedings which may be brought against him before a Military Commission.

    2.    On August 19 and 20, 2008, Petitioner orally confirmed his request that Morrison & Foerster LLP represent him directly.

    3.    In lieu of a written authorization, we submit a declaration by Charles E. Patterson that states that Petitioner directly authorized Morrison & Foerster LLP to represent him as his counsel in these proceedings as well as any proceedings which may be brought against him before a Military Commission and explains why Morrison & Foerster LLP has, to this point, been unable to secure a signed authorization. This declaration is attached as Exhibit 1.

Dockets.Justia.com

Dated: September 22, 2008

Respectfully submitted,

[signature]

Charles E. Patterson
Michael A. Jacobs
Rachael Clarke
Mathew W. dos Santos
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Tel. (415) 268-7000
Fax (415) 268-7522
Email: cpatterson@mofo.com
Email: mjacobs@mofo.com
Email: rclarke@mofo.com
Email: mdossantos@mofo.com

Skye H. Donald
Morrison & Foerster LLP
555 West Fifth Street
Suite 3500
Los Angeles, CA 90013
Tel. (213) 892-5748
Fax (323) 210-1174
Email: sdonald@mofo.com

Ketanji Brown Jackson
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Suite 5500
Washington, D.C. 20006
Tel. (202) 887-1500
Fax (202 887-0763
Email: ketanjijackson@mofo.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a true and accurate copy of the Notice of Authorization to be served electronically via the Court's Electronic Case Filing system, which will send notification of such filing to all counsel of record.

Dated: September 24, 2008

_Theresa Rollins_
Theresa Rollins