IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) ) | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 1:05-0569 (JR) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO
PRIVILEGE TEAM'S MOTION TO MAINTAIN PROTECTED DESIGNATION**

Petitioner Mohamedou Ould Slahi respectfully requests an extension of time to and including December 2, 2008, within which to respond to a pleading filed yesterday by the government with the Court Security Officer, and represents to the Court as follows.

1. On September 23, 2008, the government filed a pleading styled "Privilege Team's Motion to Maintain Protected Designation of Petitioner Slahi's Manuscript and Statement of Points and Authorities in Support Thereof." The government's pleading relates to a long-running controversy over material written by Mr. Slahi in 2005 and 2006.

2. Two members of Mr. Slahi's legal team, Ms. Hollander and Ms. Duncan, are in trial in the Northern District of Texas in a case which may last through October or even longer.

3. A response to the government's motion would normally be due on October 3, 2008. The privilege team, speaking through Assistant U.S. Attorney Daniel VanHorn, has stated that it does not oppose a 60-day extension of time for counsel to file Mr. Slahi's response to the motion. That extension would require the response to be filed no later than December 2, 2008.

WHEREFORE, Mr. Slahi requests an extension of time of 60 days beyond the October 3, 2008, date on which his response would otherwise be due, to December 2, 2008, within which to file a response to the privilege team's motion. A proposed Order is attached.

Dated: September 24, 2008

Respectfully submitted,

/s/ Sylvia Royce
Law Office of Sylvia Royce
Sylvia Royce, *pro bono*
DC Bar Number 924035
5505 Connecticut Avenue NW #340
Washington, DC 20015
Tel: (202) 362-3445
Fax: (202) 686-4271
sylvia_royce@hotmail.com

FREEDMAN BOYD HOLLANDER
GOLDBERG & IVES P.A.
Nancy Hollander, *pro bono*
Theresa M. Duncan, *pro bono*
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 (facsimile)
nh@fbdlaw.com
tmd@fbdlaw.com

Counsel for Petitioner