## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY<br>DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)**<br><br>**Civil Action No. 05-00247 (HHK)** |

### PETITIONERS' MOTION FOR EXTENSION OF TIME
### FOR FILING SIGNED AUTHORIZATION

Petitioner, Mahmood Salim Al-Mohammed, through counsel, hereby moves for an order extending for a period of sixty days, to November 28, 2008, the deadline by which counsel must file a signed authorization from petitioner to pursue this action.

The petition for writ of habeas corpus ("Petition") was filed on February 2, 2005. The Petition is supported by petitioner's brother and next friend, Abdulla Salim Al-Mohammed, whose written authorization was attached thereto. When counsel first visited with Mr. Al-Mohammed in July 2005, petitioner appeared to be mentally incompetent. Counsel developed grave concerns about whether Petitioner would be able to understand the nature and consequences of the habeas proceedings and whether he would be able to assist counsel in litigating the Petition. Counsel has developed further doubts about whether petitioner is competent to knowingly and intelligently make significant legal decisions.

On July 29, 2008, the Court ordered that in all cases in which a detainee is represented by a next friend, counsel is to file a "signed authorization from the petitioner to pursue the action or a declaration from counsel that states that the petitioner directly authorized counsel to pursue the

action…" In light of the Court's order counsel attempted to visit with petitioner on September 9, 2008. Unfortunately, counsel had to cancel the trip because of Hurricane Ike.

Under the circumstances, counsel would like another opportunity to visit with Mr. Al-Mohammed and attempt to obtain a signed authorization. In the event petitioner is unable to provide an authorization, petitioner will be filing a motion for relief from the authorization requirement.

Andrew Warden, counsel for Respondent, indicated that the Respondent does not object to the requested extension.

>Respectfully submitted,
>
>GARVEY SCHUBERT BARER
>
>By  s/ Samuel C. Kauffman
>    Robert C. Weaver, Jr. OSB #80135
>    Samuel C. Kauffman, OSB #94352
>    GARVEY SCHUBERT BARER
>    Eleventh Floor
>    121 SW Morrison St.
>    Portland, OR 97204
>    Tel: (503) 228-3939
>    Fax: (503) 226-0259
>    rweaver@gsblaw.com
>    skauffman@gsblaw.com
>    jrothermich@gsblaw.com
>    Attorneys for Petitioner

Dated: September 23, 2008

PDX_DOCS:418885.2