IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) | **Civil Action Nos.** |
| **DETAINEE LITIGATION** ) | **05-CV-0492 (CKK); 05-CV-0892 (JR)** |
| ) | |
| ) | |
| ) | |

## NOTICE OF FILING OF FACTUAL RETURN

Respondents have submitted to the Court Security Officer for filing their factual returns in the above-captioned cases, for the following petitioners:

| Petitioner | Case | ISN |
|---|---|---|
| Aziz | 05-0492 | 757 |
| Shaaban | 05-0892 | 327 |

The returns contain information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return in each case (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

| | |
|---|---|
| Dated: September 25, 2008 | Respectfully submitted,<br><br>GREGORY G. KATSAS<br>Assistant Attorney General<br><br>JOHN C. O'QUINN<br>Deputy Assistant Attorney General<br><br><u>/s/ Paul E. Ahern</u><br>JOSEPH H. HUNT (D.C. Bar No. 431134)<br>VINCENT M. GARVEY (D.C. Bar No. 127191)<br>TERRY M. HENRY<br>JUDRY L. SUBAR (D.C. Bar No. 347518)<br>PAUL AHERN<br>Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, DC  20530<br>Tel:  202.305.0633<br>Fax: 202.616.8470<br><br>Attorneys for Respondents |