**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. 08-442 (TFH) |
| | ) | |
| GUANTÁNAMO BAY | ) | Civil Action Nos. |
| DETAINEE LITIGATION | ) | 04-1194 (HHK); 05-1487 (RMC); |
| | ) | 05-2384 (RWR); 05-2386 (RBW); |
| | ) | 06-1761 (ESH) |

## NOTICE OF FILING

Please take notice that Felice Bezri and Ashraf Michael, translators for Petitioners' counsel in the above-captioned matters, have each executed and filed a Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgment, in accord with the Court's Order of September 11, 2008. Copies are attached hereto.

                                            Respectfully submitted,

                                            /s/ Patricia A. Bronte
                                            One of the Attorneys for Petitioners

| | |
|---|---|
| David W. DeBruin | Thomas P. Sullivan |
| JENNER & BLOCK LLP | Jeffrey D. Colman |
| 1009 New York Avenue, N.W., Suite 900 | Patricia A. Bronte |
| Washington, DC 20001-4412 | Douglas A. Sondgeroth |
| Tel: (202) 639-6000 | Sapna G. Lalmalani |
| Fax: (202) 639-6066 | JENNER & BLOCK LLP |
| | 330 North Wabash Ave. |
| | Chicago, IL 60611 |
| | Tel: (312) 923-8357 |
| | Fax: (312) 840-7757 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2008, I caused copies of the foregoing Notice of Filing and the attached Memorandum of Understanding and Acknowledgment executed by Felice Bezri and Ashraf Michael in the above-captioned matter, to be transmitted to the counsel listed below through the CM/ECF system:

>Andrew I. Warden
>Terry Marcus Henry
>Alexander Kenneth Haas
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Judry Laeb Subar
>U.S. Department of Justice
>P.O. Box. 833
>Suite 7342
>Washington, D.C. 20044-0833

                                            /s/ Patricia A. Bronte