# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU RAWDA, a/k/a AHMED ADNAN AHJAM, ISN #326, *et al.*, | |
| Petitioners, | Misc. No. 08-0442 (TFH) |
| v. | Civil Action No. 05-cv-2386 (RBW) |
| GEORGE W. BUSH, *et al.*, | |
| Respondents. | |

## PETITIONER ABU RAWDA'S MOTION FOR MORE TIME TO SUBMIT AUTHORIZATION

Petitioner Abu Rawda, a/k/a Ahmed Adnan Ahjam (ISN #326), moves the court to grant him an additional 30 days to respond to the court's order of July 29, 2008, requiring him to file authorization for his counsel to pursue this action. It is impractical for counsel to submit such an authorization within the 60 days set in the court's order for reasons set forth in the accompanying *Affidavit of David S. Marshall in Support of Motion for More Time to Submit Authorization*.

The government does not oppose this motion.

///

///

///

1

DATED this 25th day of September, 2008.

Respectfully submitted,

Counsel for Petitioner Abu Rawda:

*[signature]*

DAVID S. MARSHALL (Washington State Bar #11716)
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com