IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> ) <br> President of the United States, ) <br> *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Misc. No. 08-0442 (THF) <br><br> Civil Action No. 05-cv-1505 (RMC) |

**NOTICE OF AUTHORIZATION BY
ABBAR SUFIAN AL HAWARY**

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Docket # 358), counsel for Petitioner Abbar Sufian Al Hawary respectfully submit the attached signed authorization from Petitioner. Ex. A, Declaration of Petitioner.

Dated: September 25, 2008

                            Respectfully submitted,

                        *s/ Meghan N. Winokur*
                        Meghan N. Winokur (Colorado State Bar #35973)
                        Anne J. Castle
                        Scott Barker
                        Douglas L. Abbott
                        J. Triplett Mackintosh
                        Danielle R. Voorhees
                        Holland & Hart LLP
                        555 17th Street, Suite 3200
                        Denver, CO 80202
                        Tel: (303) 295-8000
                        Facsimile: (303) 295-8261

Of Counsel
Barbara J. Olshansky
Tina Monshipour Foster (NY No. TF5556)
Gitanjali S. Gutierrez (NY No. GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY 10012
Tel.: (212) 614-6439

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6438
Facsimile: (212) 614-6499
**ATTORNEYS FOR PETITIONERS**

# CERTIFICATE OF SERVICE

I certify that on September 25, 2008, I served a copy of the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC 20530


*s/ Meghan N. Winokur*
Holland & Hart LLP


3928214_1.DOC

AUG-28-2006 19:34                                                          P.02



Soufian Abar Huwari
26 Juin, 2006
Page 2

## Déclaration de Soufian Abar Huwari (ISN 1016)

Je veux M. Scott Barker et les autres avocats à Holland & Hart comme mes avocats.

_____ABBAR-Soufianne_____
Signature    HAGIRI  ABBA

**Attorney-Detainee Materials**

3566775_2.DOC

**UNCLASSIFIED**

EXHIBIT A