IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NABIL HADJARAB, et al., ) | |
| ) | |
| Petitioner, ) | Misc. No. 08-0442 (THF) |
| ) | |
| v. ) | Civil Action No. 05-cv- 1504 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**NOTICE OF AUTHORIZATION BY
NABIL HADJARAB**

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Docket # 358), counsel for Petitioner Nabil Hadjarab respectfully submit the attached signed authorization from Petitioner. Ex. A, Declaration of Petitioner.

Dated: September 25, 2008

Respectfully submitted,

*s/ Meghan N. Winokur*
Meghan N. Winokur (Colorado State Bar #35973)
Anne J. Castle
Scott Barker
Douglas L. Abbott
J. Triplett Mackintosh
Danielle R. Voorhees
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8000
Facsimile: (303) 295-8261

Of Counsel
Barbara J. Olshansky
Tina Monshipour Foster (NY No. TF5556)
Gitanjali S. Gutierrez (NY No. GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY 10012
Tel.: (212) 614-6439

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6438
Facsimile: (212) 614-6499
**ATTORNEYS FOR PETITIONERS**

## CERTIFICATE OF SERVICE

I certify that on September 25, 2008, I served a copy of the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC 20530


*s/ Meghan N. Winokur*
Holland & Hart LLP

3928229_1.DOC



Nabil Hadjarab
26 Juin, 2006
Page 2

**Attorney-Detainee Materials**

**Déclaration de Nabil Hadjarab (ISN 238)**

Je veux M. Scott Barker et les autres avocats à Holland & Hart comme mes avocats.

_____ Signature _____

Attorney-Detainee Materials

3566775_3.DOC

**UNCLASSIFIED**

EXHIBIT A