IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SUFYIAN BARHOUMI <br> a/k/a SHAFIIQ, *et al.*, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, <br><br> President of the United States, <br> *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) Misc. No. 08-0442 (THF) <br> ) <br> ) Civil Action No. 05-cv-1506 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF AUTHORIZATION BY
SUFYIAN BARHOUMI a/k/a SHAFFIQ**

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Docket # 358), counsel for Petitioner Sufyian Barhoumi a/k/a Shafiiq respectfully submit the attached signed authorization from Petitioner. Ex. A, Authorization of Representation, Translation and Certification.

Dated: September 25, 2008

Respectfully submitted,

*s/ Meghan N. Winokur*
Meghan N. Winokur (Colorado State Bar #35973)
Anne J. Castle
Scott Barker
Douglas L. Abbott
J. Triplett Mackintosh
Danielle R. Voorhees
Holland & Hart LLP
555 17th Street, Suite 3200

Denver, CO 80202
Tel: (303) 295-8000
Facsimile: (303) 295-8261

Of Counsel
Barbara J. Olshansky
Tina Monshipour Foster (NY No. TF5556)
Gitanjali S. Gutierrez (NY No. GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY 10012
Tel.: (212) 614-6439

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6438
Facsimile: (212) 614-6499
**ATTORNEYS FOR PETITIONERS**

# CERTIFICATE OF SERVICE

I certify that on September 25, 2008, I served a copy of the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC 20530

*s/ Meghan N. Winokur*
Holland & Hart LLP

3928205_1.DOC

## DECLARATION OF FUAD YAHYA

I, Fuad M. Yahya, declare as follows:

1. I am fluent in both the English and Arabic languages, and am fully qualified to translate written documents from Arabic to English.

2. I have translated a handwritten note by Sufyian Barhoumi, dated April 23, 2008, allowing the law firm of Holland and Hart to represent him, from Arabic to English, based on an electronic copy furnished to me by Holland and Hart.

3. The translation is true and accurate English translation of the Arabic text, with the following observations about the original Arabic note::

    a. The name of Mr. Sufyian Barhoumi is written "Barhoumi Sufyian," following the Algerian custom of writing the family name before the first name.

    b. The name of Mr. William Murane is misspelled.

    c. The note is written with poor syntax and no punctuations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of May, 2008.

By: _____
Fuad M. Yahya

**EXHIBIT A**

23 April 2008

I, Sufyian Barhoumi, hereby permit the lawyers of the law firm of Holland and Hart, including William Murane and Triplett Mackintosh, to represent me in issues and matters related to my health, in dealing with the Algerian government, and in legal proceedings at United States courts.

[signature]

٢٧ ابريل ٢٠٠٨

انا بوصي سفيان اصرح بهذا الكلام بين
من مكتب هولاند وهارت للدفاع عن نفسي
وليوم يورين و ثبت ما كنت وانا يسئلوني
في مسائل حول ما تعلقه بقضيتي
وتعاملي مع الحكومة الجزائرية ومعاملات قانونية
اعلم الكلام اللي يكنيه

[signature]