IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTAI SAIB, ) | |
| ) | |
| Petitioner, ) | Misc. No. 08-0442 (THF) |
| ) | |
| v. ) | Civil Action No. 05-cv- 1353 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**NOTICE OF AUTHORIZATION BY
MOTAI SAIB**

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Docket # 358), counsel for Petitioner Motai Saib respectfully submit the attached signed authorization from Petitioner. Ex. A, Authorization of Representation, Translation and Certification.

Dated: September 25, 2008

Respectfully submitted,

*s/ Meghan N. Winokur*
Meghan N. Winokur (Colorado State Bar #35973)
Anne J. Castle
Scott Barker
Douglas L. Abbott
J. Triplett Mackintosh
Danielle R. Voorhees
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8000
Facsimile: (303) 295-8261

Of Counsel
Barbara J. Olshansky
Tina Monshipour Foster (NY No. TF5556)
Gitanjali S. Gutierrez (NY No. GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY 10012
Tel.: (212) 614-6439

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6438
Facsimile: (212) 614-6499
**ATTORNEYS FOR PETITIONERS**

# CERTIFICATE OF SERVICE

I certify that on September 25, 2008, I served a copy of the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W., Room 7144
    Washington, DC 20530


*s/ Meghan N. Winokur*
Holland & Hart LLP


3928222_1.DOC

Saib
14

21/4/2008

أنا مطيع صادق سايب جزائري الجنسية أقر بهذا بأنني أريد أن يمثلني محامين من مكتب هولند وهارت للمحاماة في جميع القضايا القانونية أمام المحاكم والحكومة الأمريكية والأجنبية.

مطيع صادق سايب
[Signature]

I, Masud Hasnain, a qualified Arabic translator, I certify that the above statement by Muti Sadiq Saib. The writing states:

I, Muti Sadiq Saib of Algerian nationality hereby state that I want to be represented by the lawyers of Holland and Hart Law firm in all legal cases with US and International courts and governments.

Muti Sadiq Saib
[Signature]

UNCLASSIFIED

**EXHIBIT A**