# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IN RE:** | ) |
|  | )    **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY** | ) |
| **DETAINEE LITIGATION** | )    **Civil Action No. CV 02-0828 (CKK)** |

## NOTICE OF FILING OF AUTHORIZATIONS OF REPRESENTATION

Pursuant to this Court's Order of July 29, 2008, Petitioners hereby submit the attached

Authorizations of Representation signed by Petitioners Fayiz Mohammed Ahmed Al Kandari,

Fawzi Khalid Abdullah Fahad Al Odah, and Fouad Mahmoud Al Rabiah.  Counsel has not been

able to obtain a signed authorization from Petitioner Khalid Abdullah Mishal Al Mutairi for the

reasons set forth in the attached Declaration of David J. Cynamon.  Attached hereto is an

authorization signed by his brother and next friend, Thamir A.M. Al Mutairi.

September 26, 2008                              Respectfully submitted,


                                              /s/

David J. Cynamon (D.C. Bar #182477)
   david.cynamon@pillsburylaw.com
Matthew J. MacLean (D.C. Bar #479257)
   matthew.maclean@pillsburylaw.com
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-8000
Facsimile:  (202) 663-8007

Attorneys for Plaintiffs-Petitioners

**Certificate of Service**

I certify that on September 26, 2008, I caused the foregoing to be served on the following attorneys via electronic filing:

Brian David Boyle
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 4633
Washington, DC 20530-0001
(202) 3305-1434
202-514-0238 (fax)
brian.d.boyle@usdoj.gov

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
(202) 616-8470 (fax)
terry.henry@usdoj.gov

Robert D. Okun
UNITED STATES ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 10-435
Washington, DC 20530
(202) 514-7282
(202) 514-8784 (fax)
robert.okun@usdoj.gov

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
judry.subar@usdoj.gov

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-5084
(202) 616-8460 (fax)
andrew.warden@usdoj.gov

_____/s/_____
Matthew J. MacLean