UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI )<br>    Detainee, )<br>    Guantánamo Bay Naval Station, )<br>    Guantánamo Bay, Cuba. )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE WALKER BUSH, et al., )<br>)<br>Respondents. )<br>) | Misc. No.    08-442 (TFH)<br><br>Civil Action No. 05-CV-2386 (RBW) |

### NOTICE OF AUTHORIZATION

Pursuant to the Court's order of July 29, 2008 requiring that counsel establish Mr. Al-Kazimi's authorization to pursue the instant action, counsel hereby files the attached declaration by Martha Rayner and authorization signed by Mr. Al-Kazimi.

September 25, 2008                                        Respectfully Submitted

                                                                    /s/
                                                    Martha Rayner (NY-MR-1423)
                                                    LINCOLN SQUARE LEGAL SERVICES
                                                    Fordham University School of Law
                                                    33 W. 60th Street, 3rd Floor
                                                    New York, NY 10023
                                                    Tel:    (212) 636-6934
                                                    Fax: (212) 636-6923
                                                    mrayner@law.fordham.edu

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANAD ALI YISLAM AL-KAZIMI ) | | |
|     Detainee, ) | | |
|     Guantánamo Bay Naval Station, ) | | |
|     Guantánamo Bay, Cuba. ) | | |
| Petitioner, ) | Misc. No. | 08-442 (TFH) |
| v. ) | Civil Action No. 05-CV-2386 (RBW) | |
| GEORGE WALKER BUSH, et al., ) | | |
| Respondents. ) | | |

**DECLARATION OF MARTHA RAYNER, ESQ.**

I, Martha Rayner, hereby declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746 that:

1. I am an Associate Professor of Law at Fordham University School of Law and an attorney associated with Lincoln Square Legal Services, Inc., Fordham University School of Law's clinic law office. I represent Petitioner Mr. Sanad Ali Yislam Al-Kazimi, ISN 1453. I am familiar with all the facts and proceedings in his case.

2. I make this declaration to affirm that I have received direct authorization from my client, Mr. Al-Kazimi, to pursue this action. I have also received a signed authorization from Mr. Al-Kazimi, attached hereto. At the time the authorization was executed, the instant action was Mr. Al-Kazimi's only pending action.

2

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 25th day of September, 2008, in New York, New York.

                                                                    /s/

                                                                   Martha Rayner

CONSENT TO REPRESENTATION (ISN# 1453)    RK

أنا جمال علي الكاظمي أعترف بالبروفيسور
رمزي قاسم و البروفيسور جيم كوهين و البروفيسور
مارثا راينر كمحامين لي. شكراً.

٧/٩/٢٠٠٦

[signature]

witnessed by RAMZI KASSEM [signature]
             JAMES COHEN    [signature]

TRANSLATION: I, Jamal Ali Al-Kazimi, recognize Professor
(BY RK)

Ramzi Kassem, Professor Jim Cohen, and Professor

Martha Rayner as my attorneys. Thank you.

9/7/2006
[client's signature]

UNCLASSIFIED

# CONSENT TO REPRESENTATION (ISN#1453)

[Arabic text in original translated below, signed and dated 9/7/2006 by Sanad Al-Kazimi, ISN1453]

witnessed by Ramzi Kassem and James Cohen [signed by both in original]

TRANSLATION (by Ramzi Kassem):

I, Sanad Ali Al-Kazimi, recognize Professor Ramzi Kassem, Professor Jim Cohen, and Professor Martha Rayner as my attorneys. Thank you.

                        9/7/2006
                        [client's signature under Arabic original]

