UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDUL RAHMAN Al-SHIMRANI, Petitioner, v. GEORGE WALKER BUSH, et al., Respondents. | Misc No 08-442 (TFH) Civil Action No 05-2249 (RMC) |

**NOTICE OF AUTHORIZATION**

Pursuant to the Court's order of July 29, 2008 requiring that counsel establish Mr. Al-Shimrani's authorization to pursue the instant action, counsel refers the Court to Respondents' July 18, 2008 Status Report, acknowledging that Mr. Al-Shimrani "has directly authorized this petition" (dkt. no. 78-5, at bates page 231).

September 26, 2008

Respectfully submitted,
Counsel for Petitioner

_____/s/_____
Martha Rayner (NY-MR-1423)
LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law
33 W. 60th Street, 3rd Floor
New York, NY 10023
Tel: (212) 636-6934
Fax: (212) 636-6923

1