IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                              )
IN RE:                                                      )
                                                              )   Misc. No. 08-442 (TFH)
GUANTANAMO BAY                                )
DETAINEE LITIGATION                          )
_____)   Civil Action No. 05-CV-1353 (RMC)

**NOTICE OF FILING – RESPONDENTS' OPPOSITIONS TO
PETITIONER'S EMERGENCY MOTION AND MOTION TO SEAL**

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, respondents have filed oppositions to petitioner's Emergency Motion and Motion To Seal. Both submissions contain information that respondents have designated as "protected information." In accordance with paragraph 49 of the protective order, the submissions were filed under seal pursuant to Local Civil Rule 5.1(j).

Dated: September 26, 2008                Respectfully submitted,

                                                            GREGORY G. KATSAS
                                                            Assistant Attorney General

                                                            JOHN C. O'QUINN
                                                            Deputy Assistant Attorney General

                                                             /s/   Andrew I. Warden
                                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                            JUDRY L. SUBAR (D.C. Bar 347518)
                                                            TERRY M. HENRY
                                                            ANDREW I. WARDEN (IN Bar 23840-49)
                                                            JAY APPERSON
                                                            JOSEPH C. FOLIO III
                                                            Attorneys
                                                            United States Department of Justice

-1-

Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 616-5084
Fax: (202) 616-8470

Attorneys for Respondents