**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY**<br>**DETAINEE LITIGATION** | Misc. No. 08-0442 (TFH)<br><br>Civ. No. 05-2386 (RBW) |

### RESPONSE TO JULY 29, 2008 ORDER

In accordance with this Court's July 29, 2008 Order, counsel for Petitioner Samir Last Name Unknown, a/k/a Mohammed Noor Uthman, ISN 707, ("Petitioner" or "Mr. Uthman") hereby provides the attached declaration explaining counsel's authority to represent Mr. Uthman. A one page supplemental declaration has been submitted *in camera* review explaining why counsel has been "unable to secure a signed authorization" from Mr. Uthman.

Dated: September 26, 2008
        San Francisco, California

                                        Respectfully submitted,

                                        By:            /s/ JAMES A. NICKOVICH

                                        James A. Nickovich [See LCvR 83.2(g)]
                                        PERKINS COIE LLP
                                        Four Embarcadero Center, Suite 2400
                                        San Francisco, California  94111-4131
                                        Tel:  (415) 344-7084
                                        Fax:  (415) 344-7284

                                        Howard Ross Cabot [See LCvR 83.2(g)]
                                        PERKINS COIE BROWN & BAIN P.A.
                                        2901 North Central Avenue, Suite 2000
                                        Phoenix, Arizona  85012-2788
                                        Tel:  (602) 351-8235
                                        Fax:  (602) 648-7135

                                        Attorneys for Petitioner
                                        Samir Last Name Unknown
                                        a/k/a Mohammed Noor Uthman
                                        ISN 707

dockets.Justia.com