IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAKER AAMER, et al.<br><br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    *Respondents*. | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 04-2215 (RMC) |
| AHMED ABDULLAH AL-WAZAN, et al.<br><br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    *Respondents*. | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-329 (PLF) |
| AHMED BELBACHA, et al.<br><br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    *Respondents*. | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2349 (RMC) |

**NOTICES OF AUTHORIZATION BY PETITIONERS TO PURSUE THIS ACTION**

Pursuant to Judge Hogan's July 29, 2008 Order, counsel for Petitioners Shaker Aamer, Younous Chekkouri and Ahmed Belbacha respectfully submit the attached documents authorizing counsel to pursue this action. *See* Exhibit A.

Dated: September 26, 2008

Respectfully submitted,

/s/ Zachary Katznelson

Zachary Katznelson
Cori Crider
Reprieve
PO Box 52742
London EC4P 4WS
England
+44 (0)207 353 4640

# EXHIBIT A

# Acknowledgement of Representation

Pursuant to Section III.C.2 of the "Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba," I hereby certify that I am represented by undersigned counsel who has filed a petition for a writ of habeas corpus of other federal court litigation on my behalf, and who is assisting me with my legal representation in other ways related to my seizure and detention by the United States.

If counsel if forced to withdraw from representing me for any reason, or if the representation is terminated in any way, counsel is authorized to secure other counsel for me. In default of this, I hereby authorize the Center for Constitutional Rights to assign another counsel for me. My counsel shall inform the Department of Defense immediately of any change in circumstances in my representation.

This acknowledgement of representation applies to undersigned counsel, and also to the following lawyers who are assisting with my representation: NATALIA CRACIA,

_Shaker Aamer_ (signed)
Signature of Detainee

_(signed)_
Signature of Counsel

Shaker Aamer
Print Detainee name in English

Clive A. Stafford Smith
Print name of Counsel in English

_____
Print name of Detainee inn Native Language (if other than English)

Date: 1st Jan. 2005

REQUEST FOR LEGAL ASSISTANCE

GUANTANAMO BAY
   NAVAL BASE

I AM INCARCERATED BY THE UNITED STATES AND I WANT A LAWYER. I REQUEST THAT THE CENTER FOR CONSTITUTIONAL RIGHTS AND CLIVE STAFFORD SMITH ASSIST ME AND DO EVERYTHING WITHIN THE LAW TO HELP ME, INCLUDING SEEKING MY RELEASE IN COURT PROCEEDINGS.

SIGN: _____
NAME: [signature]
NATIONALITY: ALGHAZAWY. ABDULLAH HAMID ABDALSALAM
LIBYAN

SIGN: YOUNOUS
NAME: YOUNOUS CHEKKOURI
NATIONALITY: MORROCAN [MORROCO]

SIGN: _____
NAME: _____
NATIONALITY: _____

SIGN: _____
NAME: _____
NATIONALITY: _____

SIGN: _____
NAME: _____
NATIONALITY: _____

SIGN: _____
NAME: _____
NATIONALITY: _____

SIGN: _____
NAME: _____
NATIONALITY: _____

SIGN: _____
NAME: _____
NATIONALITY: _____

SIGN: _____
NAME: _____

SIGN: _____
NAME: _____

UNCLASSIFIED

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

Signature of Detainee
*Belbacha*

Signature of Counsel

Print Name of Detainee in English
BELBACHA
AHMED

Print Name of Counsel in English
ZACHARY
KATZNELSON

Print Name of Detainee in Native Language (if other than English)
بلبشة احمد

Date: AUGUST 7, 2006

## CERTIFICATE OF SERVICE

On September 26, 2008, I filed this document via ECF. The ECF system will automatically serve Counsel for Respondents with a copy of this document.

_____
Zachary Katznelson