# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAIFULLAH PARACHA,**<br><br>*Petitioner*,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>*Respondents*. | **Misc. No. 08-442 (TFH)**<br><br>**Civil Action No. 04-2022 (PLF)** |

## NOTICE OF AUTHORIZATION BY PETITIONER SAIFULLAH PARACHA TO PURSUE THIS ACTION

Pursuant to Judge Hogan's July 29, 2008 Order, counsel for Petitioner Saifullah Paracha respectfully submit the attached document authorizing counsel to pursue this action. *See* Exhibit A.

Dated: September 26, 2008

Respectfully submitted,

_____
Zachary Katznelson
Cori Crider
Reprieve
PO Box 52742
London EC4P 4WS
England
Tel: +44 (0)207 353 4640
Fax: +44 (0)207 353 4641
zachary@reprieve.org.uk
cori@reprieve.org.uk

*Counsel for Petitioner*