IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
:
IN RE: :
:
GUANTÁNAMO BAY : Misc. No. 08-442 (TFH)
DETAINEE LITIGATION :
:
———————————————————— x
:
MAJID KHAN, :
:
     Petitioner, :
:
    v. : Civil Action No. 06 CV 1690 (RBW)
:
GEORGE W. BUSH, *et al.*, :
:
     Respondents. :
:
———————————————————— x

## **NOTICE OF FILING**

PLEASE TAKE NOTICE that Petitioner Majid Khan submitted to the Court Security Office a Response to the Court's July 29, 2008 Order (misc. dkt. no. 210), dated September 23, 2008, for service and filing in the above-captioned habeas case.

Dated: New York, New York
    September 28, 2008

            Respectfully submitted,

            Counsel for Petitioner:

            /s/ J. Wells Dixon
            J. Wells Dixon (Pursuant to LCvR 83.2(g))
            CENTER FOR CONSTITUTIONAL RIGHTS
            666 Broadway, 7th Floor
            New York, New York 10012
            Tel: (212) 614-6423
            Fax: (212) 614-6499
            wdixon@ccrjustice.org