IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| SUHAIL ABDU ANAM, *et. al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et. al.*,<br><br>Respondents. | Civil Action No. 04-CV-1194 (HHK) |

## FILING OF AUTHORIZATION OF REPRESENTATION

Pursuant to this Court's Order of July 29, 2008, counsel is filing signed Authorizations of Representation for the following Petitioners:

| | |
|---|---|
| Riyad Atag Ali Abdoh Al Haj | ISN 256 |
| Saeed Ahmed Al Sarim | ISN 235 |
| Ali Yaha Mahdi Al Rimi | ISN 167 |
| Emad Abdullah Hassan | ISN 680 |
| Fahmi Abdullah Ahmed Al Tawlaqi | ISN 688 |
| Khalid Ahmed Qassim | ISN 242 |
| Abdulaziz Abdullah Ali Al Swidi | ISN 578 |
| Abdulkhaliq Ahmed Saleh Al Baidhani | ISN 552 |

Ali Ahmed Mohammed Al Rezehi          ISN 045

Bashir Nasar Al Marwalah              ISN 837

Dated: September 29, 2008

                              Respectfully submitted,

                          By: /s/ Sarah Havens
                              Pamela Rogers Chepiga
                              Sarah Havens
                              Julie Withers
                              ALLEN & OVERY LLP
                              1221 Avenue of the Americas
                              New York, NY 10020
                              Tel. (212) 610-6300
                              Admitted *pro hac vice*
                              *Counsel for Petitioners Al Baidhani, Al Haj, Hassan, Al Suweidy, and Al Sarim*

                              Scott Sullivan
                              Kristine Huskey (D.C. Bar No. 462979)
                              UNIVERSITY OF TEXAS
                                SCHOOL OF LAW
                              NATIONAL SECURITY &
                                HUMAN RIGHTS CLINIC
                              727 E. Dean Keeton Street
                              Austin, TX 78705
                              Tel. (512) 471-5151
                              *Of counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing was served upon the following counsel of record by the CM/ECF system on the 29th day of September, 2008:

Gregory G. Katsas
John C. O'Quinn
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
Paul E. Ahearn
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305-0633
Fax: (202) 616-8470

*Attorneys for Respondents*

          /s/ Sarah Havens
          Sarah Havens

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____  
Signature of Detainee

Sarah Havens, on behalf of Allen & Overy LLP  
Signature of Counsel

Riad AtaG Ali Abdoh Al Hag  
Print Name of Detainee in English

Sarah Havens, on behalf of Allen & Overy LLP  
Print Name of Counsel in English

رياض عتيق علي عبده الحاج الرداعي  
Print Name of Detainee in Native Language (if other than English)

Date: January 13, 2005

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____  _____
Signature of Detainee       Signature of Counsel
                            Sarah Havens, on behalf of Allen & Overy LLP

SAEED AHMED ALSARIM          Sarah Havens, on behalf of Allen & Overy LLP
Print Name of Detainee in English   Print Name of Counsel in English

سعيد أحمد عبد الله الصارم
Print Name of Detainee in Native Language (if other than English)

Date: 1/12/2005

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____
Signature of Detainee

_____, on behalf of
Signature of Counsel        Allen & Overy LLP

Ali Yahya Mahdi
Print Name of Detainee in English

Sarah Havens on behalf of Allen
Print Name of Counsel in English   & Overy LLP

علي يحيى مهدي الرّيمي
Print Name of Detainee in Native Language (if other than English)

Date: 1/11/08

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____  
Signature of Detainee

_Sarah Havens_, on behalf of Allen & Overy LLP  
Signature of Counsel

Imad Abdallah Hassan  
Print Name of Detainee in English

Sarah Havens, on behalf of Allen & Overy LLP  
Print Name of Counsel in English

عماد عبد الله حسن فريز  
Print Name of Detainee in Native Language (if other than English)

Date: January 13, 2005

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____  
Signature of Detainee

_____ on behalf of Allen & Overy LLP
Signature of Counsel

Fahmi Abdullah Ahmed Ubad al-Tawlaqi  
Print Name of Detainee in English

Adrian Stewart  
Print Name of Counsel in English

فرحي عبدالله أحمد عبادي الطولقي  
Print Name of Detainee in Native Language (if other than English)

Date: 1/12/05

## Acknowledgement of Representation

Pursuant to Section III.C.2 of the "Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba," I hereby certify that I am represented by undersigned counsel who has filed a petition for a writ of habeas corpus of other federal court litigation on my behalf, and who is assisting me with my legal representation in other ways related to my seizure and detention by the United States.

If counsel if forced to withdraw from representing me for any reason, or it the representation is terminated in any way, any remaining counsel is authorized to secure other counsel for me. In default of this , I hereby authorize the Center for Constitutional Rights to assign anther counsel for me. My counsel shall inform the Department of Defense immediately of any change in circumstances in my representation.

This acknowledgement of representation applies to undersigned counsel, and also to the following lawyers who are assisting with my representation:

_____  _____
Signature of Detainee             Signature of Counsel

KHALID AHMED KASSIM                SCOTT SULLIVAN | ALLEN· WERY LLP
Print Detainee name in English     Print name of Counsel in English

_____
خالد احمد قاسم
Print name of Detainee in Native Language (if other than English)

Date: 3/2/2005

10023-16956 NY:530572.1

## Acknowledgement of Representation

Pursuant to Section III.C.2 of the "Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba," I hereby certify that I am represented by undersigned counsel who has filed a petition for a writ of habeas corpus of other federal court litigation on my behalf, and who is assisting me with my legal representation in other ways related to my seizure and detention by the United States.

If counsel if forced to withdraw from representing me for any reason, or it the representation is terminated in any way, any remaining counsel is authorized to secure other counsel for me. In default of this , I hereby authorize the Center for Constitutional Rights to assign anther counsel for me. My counsel shall inform the Department of Defense immediately of any change in circumstances in my representation.

This acknowledgement of representation applies to undersigned counsel, and also to the following lawyers who are assisting with my representation:

_____  
Signature of Detainee

_Sarah Havens, on behalf of Allen & Overy LLP_  
Signature of Counsel

Abdel Khaleq Ahmed Saleh Al-Baidhani  
Print Detainee name in English

Sarah Havens, on behalf of Allen & Overy LLP  
Print name of Counsel in English

عبد الخالق أحمد صالح البيضاني  
Print name of Detainee in Native Language (if other than English)

Date: February 28, 2005

10023-16956 NY:530572.1

## Acknowledgement of Representation

Pursuant to Section III.C.2 of the "Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba," I hereby certify that I am represented by undersigned counsel who has filed a petition for a writ of habeas corpus of other federal court litigation on my behalf, and who is assisting me with my legal representation in other ways related to my seizure and detention by the United States.

If counsel if forced to withdraw from representing me for any reason, or it the representation is terminated in any way, any remaining counsel is authorized to secure other counsel for me. In default of this , I hereby authorize the Center for Constitutional Rights to assign anther counsel for me. My counsel shall inform the Department of Defense immediately of any change in circumstances in my representation.

This acknowledgement of representation applies to undersigned counsel, and also to the following lawyers who are assisting with my representation:

_____  _____
Signature of Detainee     Signature of Counsel

Abdulaziz Al-Swidi        Douglas C. Cox on behalf of Allen & Overy LLP
Print Detainee name in English    Print name of Counsel in English

_____
Print name of Detainee in Native Language (if other than English)

Date: 3 March 2005

10023-16956 NY:530572.1

# Acknowledgement of Representation

Pursuant to Section III.C.2 of the "Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba," I hereby certify that I am represented by undersigned counsel who has filed a petition for a writ of habeas corpus of other federal court litigation on my behalf, and who is assisting me with my legal representation in other ways related to my seizure and detention by the United States.

If counsel if forced to withdraw from representing me for any reason, or it the representation is terminated in any way, any remaining counsel is authorized to secure other counsel for me. In default of this, I hereby authorize the Center for Constitutional Rights to assign anther counsel for me. My counsel shall inform the Department of Defense immediately of any change in circumstances in my representation.

This acknowledgement of representation applies to undersigned counsel, and also to the following lawyers who are assisting with my representation:

_____  
Signature of Detainee

_____  
Signature of Counsel

Ali Ahmed Mohammed Al Rezehi  
Print Detainee name in English

S.J Sullivan  
Print name of Counsel in English

علي أحمد محمد علي الرازحي  
Print name of Detainee in Native Language (if other than English)

Date: ٢٠٠٥/٦/٢٨

10023-16956 NY:530572.1

## Acknowledgement of Representation

Pursuant to Section III.C.2 of the "Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba," I hereby certify that I am represented by undersigned counsel who has filed a petition for a writ of habeas corpus of other federal court litigation on my behalf, and who is assisting me with my legal representation in other ways related to my seizure and detention by the United States.

If counsel if forced to withdraw from representing me for any reason, or it the representation is terminated in any way, any remaining counsel is authorized to secure other counsel for me. In default of this , I hereby authorize the Center for Constitutional Rights to assign anther counsel for me. My counsel shall inform the Department of Defense immediately of any change in circumstances in my representation.

This acknowledgement of representation applies to undersigned counsel, and also to the following lawyers who are assisting with my representation:

_____        _____
Signature of Detainee           Signature of Counsel

Bashir Naser Ali Almarwalh      Scott Sullivan
Print Detainee name in English  Print name of Counsel in English

_____
Print name of Detainee in Native Language (if other than English)

Date: 3/1/06

10023-16956 NY:530572.1