IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) | Misc. No. 8-442 (TFH) |
| and | ) ) | |
| MOHAMMED AL-ADAHI, *et al.* | ) ) | |
| *Petitioners*, | ) ) | |
| *v.* | ) ) | Civil Action No. 05-280 (GK) |
| GEORGE W. BUSH, *et al.*, | ) ) | |
| *Respondents*. | ) ) | |

## NOTICE OF AUTHORIZATIONS

Pursuant to the Court's Order of July 29, 2008, Petitioners Mohammed Al-Adahi (ISN 033), Suleiman Awadh Bin Aqil Al-Nahdi (ISN 511), Zahir Omar Khamis bin Hamdoon (ISN 576), Fahmi Salem Al-Assani (ISN 554), and Muhammad Ali Abdulla Bawazir (ISN 440) file this Notice of Authorizations of counsel.

1.      In June 2005, Petitioner Mohammed Al-Adahi signed an Acknowledgement of Representation authorizing John A. Chandler and other lawyers from Sutherland Asbill & Brennan, LLP ("Sutherland") to represent him

8038460.1

in his petition for writ of habeas corpus and other federal court litigation on his behalf.  (Ex. A.)

2. In June 2005, Petitioner Suleiman Awadh Bin Aqil Al-Nahdi signed an Acknowledgement of Representation authorizing John A. Chandler and other lawyers from Sutherland to represent him in his petition for writ of habeas corpus and other federal court litigation on his behalf.  (Ex. B.)

3. In June 2005, Petitioner Zahir Omar Khamis bin Hamdoon signed an Acknowledgement of Representation authorizing John A. Chandler and other lawyers from Sutherland to represent him in his petition for writ of habeas corpus and other federal court litigation on his behalf.  (Ex. C.)

4. In June 2005, Kristin B. Wilhelm, an attorney from Sutherland, met with Petitioner Fahmi Salem Al-Assani.  Mr. Al-Assani explained that he is unwilling to sign the Acknowledgement of Representation because of his religious beliefs.  On July 31, 2008, Ms. Wilhelm again met with Mr. Al-Assani and asked him to sign the Acknowledgement of Representation.  At that time, Mr. Al-Assani declined to sign the Acknowledgement due to his religious beliefs.  Mr. Al-Assani did state that he had given Sutherland permission to act on his behalf without a signed Acknowledgement of Representation.  (Ex. D, Decl. of Kristin B. Wilhelm.)

5. On June 29, 2005, Elizabeth Tanis and John Anderson, attorneys for Sutherland, met with Petitioner Muhammad Ali Abdulla Bawazir.  At that time,

Mr. Bawazir declined to sign an Acknowledgment of Authorization but Mr. Bawazir verbally agreed to be represented by Sutherland in his petition for writ of habeas corpus and other federal court litigation on his behalf. On or about June 30, 2005, John A. Chandler met with Mr. Bawazir who reaffirmed his verbal acknowledgement of representation. (Ex. E, Decl. of Ihab Fayoumi.) Mr. Bawazir refuses to sign the acknowledgement because he was tortured in Afghanistan and forced to sign a document, which the United States government contends is a confession. As a result, Mr. Bawazir is unwilling to sign any documents, including the Acknowledgement of Representation. (Ex. F, Decl. of John A. Chandler.)

Respectfully submitted,
Counsel for Petitioners:

   /s/ John A. Chandler
Richard G. Murphy, Jr. (D.C. Bar No. 472769)
Brian C. Spahn (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0635
Facsimile: (202) 637-3593
John A. Chandler (Pursuant to LCvR 83.2(g))*
Elizabeth V. Tanis (Pursuant to LCvR 83.2(g))
Kristin B. Wilhelm (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
* - Lead Counsel

September 29, 2008
Washington, DC

8038460.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Terry Marcus Henry
terry.henry@usdoj.gov

Andrew I. Warden
andrew.warden@usdoj.gov

Judry Laeb Subar
judry.subar@usdoj.gov

James C. Luh
james.luh@usdoj.gov


SUTHERLAND ASBILL & BRENNAN LLP
By: /s/ John A. Chandler
John A. Chandler

8038460.1