IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Misc. No. 8-442 (TFH) |
| and |  |  |
| AMER MOHAMMON, *et al.* |  |  |
| *Petitioners*, |  |  |
| *v.* |  | Civil Action No. 05-2386 |
| GEORGE W. BUSH, *et al.*, |  |  |
| *Respondents*. |  |  |

## NOTICE OF AUTHORIZATIONS

Pursuant to the Court's Order of July 29, 2008, Petitioners Sharkawi Abda Ali Al-Haag (ISN 1457) and Mustafa Abdul Qawi Abdul Aziz Al-Shamiri (ISN 434) file this Notice of Authorizations of counsel.

1.  In November 2006, Petitioner Sharkawi Abda Ali Al-Haag signed an Acknowledgement of Representation authorizing John A. Chandler and other lawyers from Sutherland Asbill & Brennan, LLP ("Sutherland") to represent him in his petition for writ of habeas corpus and other federal court litigation on his behalf. (Ex. A.)

8038515.1

2. In November 2006, John A. Chandler and Kristin B. Wilhelm, attorneys with Sutherland, met with Mustafa Abdul Qawi Abdul Aziz Al-Shamiri. This meeting was their first and only time meeting with Mr. Al-Shamiri. Mr. Al-Shamiri was unwilling to sign the Acknowledgement of Representation. When the Court entered its July 29, 2008, Mr. Chandler and Ms. Wilhelm were in Guantanamo Bay, Cuba meeting clients. They had not requested permission to see Mr. Al-Shamiri on that visit and had scheduled visits with our other clients for the entire time they were in Guantanamo, so Mr. Chandler and Ms. Wilhelm were unable to meet with Mr. Al-Shamiri. Due to Ramadan and counsel's schedules, Mr. Chandler and Ms. Wilhelm are unable to return to Guantanamo before the September 29, 2008 deadline set forth in the Court's order. They have been given permission to travel to Guantanamo to meet with Mr. Al-Shamiri during the week of October 19, 2008. Mr. Chandler and Ms. Wilhelm will file a supplemental declaration within ten days after their return from Guantanamo. (Ex. B, Decl. of Kristin B. Wilhelm.) Additionally, Respondents have consented to an extension of time for Petitioners to file a Notice of Authorization for Mr. Al-Shamiri until November 14, 2008.

Respectfully submitted,
Counsel for Petitioners:

   /s/ John A. Chandler
Richard G. Murphy, Jr. (D.C. Bar No. 472769)
Brian C. Spahn (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0635
Facsimile: (202) 637-3593
John A. Chandler (Pursuant to LCvR 83.2(g))*
Elizabeth V. Tanis (Pursuant to LCvR 83.2(g))
Kristin B. Wilhelm (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
* - Lead Counsel

September 29, 2008
Washington, DC

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Terry Marcus Henry
terry.henry@usdoj.gov

Andrew I. Warden
andrew.warden@usdoj.gov

Judry Laeb Subar
judry.subar@usdoj.gov

James C. Luh
james.luh@usdoj.gov


SUTHERLAND ASBILL & BRENNAN LLP
By:  /s/ John A. Chandler
John A. Chandler