IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) | Misc. No. 08-442 (TFH) <br><br> Civil Action No. CV 02-0828 (CKK) |

## MOTION TO TRANSFER CASE

Petitioners in Case No. 02-cv-0828 (CKK), by counsel, hereby move this Court to transfer their case back to Judge Colleen Kollar-Kotelly for a ruling on the government's motions for leave to file amended returns, discovery as necessary, and a scheduling conference to set dates for Petitioners' traverses and habeas corpus hearings.

1. On July 2, 2008, Judge Kollar-Kotelly ordered this case to be transferred to Judge Thomas F. Hogan for purposes of coordination and management "so that these cases can be addressed as expeditiously as possible per the Supreme Court's decision in *Boumediene v. Bush*, [128 S. Ct. 2229 (2008)]." *See* Order by Judge Thomas F. Hogan, *In re Guantanamo Bay Detainee Litigation*, Misc. No. 08-442, Docket No. 1 (July 2, 2008). Since then, the parties have briefed a range of procedural issues and the government has filed motions for leave to file amended factual returns as to each of the four Petitioners in this case. Petitioners have opposed those motions and have timely made all filings required of them. There are no deadlines pending.

2. As set forth in Petitioners' Joint Memorandum of Law Addressing Procedural Framework Issues, the procedural issues that have been briefed by the parties are not amenable to common resolution. Under the circumstances, the coordination and management of the Guantanamo cases by Judge Hogan has served its purpose, and the case is ripe for proceedings

before the judge to whom it is assigned to rule on the motions for leave to file amended returns and to set a schedule for filing traverses, discovery as may be necessary, and hearings.

**Conclusion**

Accordingly, Petitioners request this Court immediately to transfer their case back to Judge Kollar-Kotelly for further proceedings as set forth above.

September 29, 2008                                  Respectfully submitted,

                                                                                    /s/
David J. Cynamon (D.C. Bar #182477)
  david.cynamon@pillsburylaw.com
Matthew J. MacLean (D.C. Bar #479257)
  matthew.maclean@pillsburylaw.com
PILLSBURY WINTHROP
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-8000
Facsimile: (202) 663-8007

Attorneys for Plaintiffs-Petitioners

Points and Authorities:

LCvR 40.6(a)
LCvR 40.5(e)

**Certificate of Service**

I certify that on September 29, 2008, I caused the foregoing to be served on the following attorneys via electronic filing:

Brian David Boyle
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 4633
Washington, DC 20530-0001
(202) 3305-1434
202-514-0238 (fax)
brian.d.boyle@usdoj.gov

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
(202) 616-8470 (fax)
terry.henry@usdoj.gov

Robert D. Okun
UNITED STATES ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 10-435
Washington, DC 20530
(202) 514-7282
(202) 514-8784 (fax)
robert.okun@usdoj.gov

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
judry.subar@usdoj.gov

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-5084
(202) 616-8460 (fax)
andrew.warden@usdoj.gov

                                                  /s/
                                      Matthew J. MacLean