IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| ) | |
| GUANTÁNAMO BAY ) | Civil Action No. 05-1487 (RMC) |
| DETAINEE LITIGATION ) | |
| ) | |

## NOTICE OF FILING

Please take notice that William A. Wertheimer, Jr., counsel for Petitioner Jawad Jabbar Sadkhan Al-Sahlani, hereby files the executed originals of the Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgment in the above captioned matter; which are attached hereto.

Respectfully submitted,

/s/ Jeffrey D. Colman

One of the Attorneys for Petitioners

David W. DeBruin
JENNER & BLOCK LLP
1009 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Tel: (202) 639-6000
Fax: (202) 639-6066

Jeffrey D. Colman
Sapna G. Lalmalani
Sarah E. Crane
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL 60611
Tel: (312) 923-2940
Fax: (312) 840-7340

Of Counsel:
CENTER FOR CONSITUTIONAL RIGHTS
Shayana Kadidal
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

William A. Wertheimer, Jr.
LAW OFFICES OF
WILLIAM A. WERTHEIMER, JR.
30515 timberbrook Lane
Bingham Farms, Michigan 48025
Tel: (248) 644-9200
Fax: (248) 593-5128

Dockets.Justia.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-0442 (TFH)

Civil Action No. 05-1487 (RMC)

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statues, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

Dated: 9/9/08

William A. Wertheimer, Jr.
LAW OFFICE OF
WILLIAM A. WERTHEIMER, JR.
30515 Timberbrook Lane
Bingham Farms, Michigan 48025
Tel: (248) 644-9200
Fax: (248) 593-5128

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Dated: 9/19/08

William A. Wertheimer, Jr.

SIGNED: _____

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2008, I caused the foregoing Notice of Filing and copies of the executed Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgment to be delivered by e-mail through the CM/ECF system to the counsel of record and by U.S. Mail to the government counsel in the above-captioned matter and to the Court Security Office at the following addresses:

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
andrew.warden@usdoj.gov

Judry Laeb Subar
U.S. Department of Justice
P.O. Box. 833
Suite 7342
Washington, D.C. 20044-0833
judry.subar@usdoj.gov

Nicholas Andrew Oldham
U.S. Department of Justice,
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Nicholas.Oldham@usdoj.gov
*PRO HAC VICE*

Jennifer Campbell
Court Security Office
20 Massachusetts Ave., N.W.
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
terry.henry@usdoj.gov

Alexander Kenneth Haas
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, D.C. 20530
alexander.haas@usdoj.gov

Court Security Office
1235 South Clark Street, Suite 210
Crystal Gateway 1
Arlington, VA 22202
Tel: (703) 601-4300

/s/ Jeffrey D. Colman
Jeffrey D. Colman