# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>)<br>) **Misc. No. 08-0442 (TFH)**<br>)<br>) **Civil Action No. 05-2371 (RCL)**<br>)<br>) |

## NOTICE OF AUTHORIZATION BY AHMAD MOHAMMAD AL DARBI

Pursuant to this Court's July 29, 2008 Order (Misc. No. 08-0442, dkt. no. 210), undersigned counsel for Petitioner Ahmad Mohammad Al Darbi respectfully submit the attached declarations of Karen E. Abravanel and Ramzi Kassem stating that Mr. Al Darbi has directly authorized undersigned counsel to pursue this action, and explaining why undersigned counsel has been unable to secure a signed authorization as of this date.

Dated: September 29, 2008

        Respectfully submitted,

        SIMPSON THACHER & BARTLETT LLP

        /s/ Paul C. Curnin
        Paul C. Curnin
        Karen E. Abravanel
        425 Lexington Avenue
        New York, NY 10017
        Tel: (212) 455-2000
        Fax: (212) 455-2502
        Email: pcurnin@stblaw.com

        *Counsel for Petitioners,*
        *Civil Action No. 05-2371 (RCL)*

# CERTIFICATE OF SERVICE

I hereby certify that I today caused a true and accurate copy of the foregoing to be served electronically via the Court's Electronic Case Filing system.

Dated: September 29, 2008

/s/ Paul C. Curnin
Paul C. Curnin