# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION**<br><br>This Document Relates To:<br><br>**MOHAMMED RAJEB ABU GHANEM,**<br><br>        Petitioner/Plaintiff,<br><br>  v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>        Respondents/Defendants. | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-1638 (CKK) |

## NOTICE OF AUTHORIZATION FOR MOHAMMED RAJEB ABU GHANEM

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 358), counsel for petitioner Mohammed Rajeb Abu Ghanem respectfully submit the attached declaration stating that Mr. Ghanem directly authorized counsel to pursue this action and explaining why counsel was unable to secure a signed authorization as of this date.

Dated: September 29, 2008        Respectfully submitted,

                                            Counsel for Petitioner:

                                               /s/ Kit A. Pierson
                                            Brent N. Rushforth (DC 331074)
                                            Kit A. Pierson (DC 398123)
                                            **HELLER EHRMAN LLP**
                                            1717 Rhode Island Avenue, NW
                                            Washington, DC 20036
                                            Tel: (202) 912-2000
                                            Fax: (202) 912-2020

Shayana Kadidal (DC 49512)
Pardiss Kebriaei (DC 51395)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499