# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** <br><br> This Document Relates To: <br><br> **ALA ALI BIN ALI AHMED,** <br><br> 　　　　　　　Petitioner/Plaintiff, <br> 　v. <br><br> **GEORGE W. BUSH**, et al., <br><br> 　　　　　　　Respondents/Defendants. | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 05-CV-1678 (GK) |

## NOTICE OF AUTHORIZATION FOR ALA ALI BIN ALI AHMED

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 358), counsel for petitioner Ala Ali Bin Ali Ahmed respectfully submit the attached declaration stating that Mr. Ali Ahmed directly authorized counsel to pursue this action and explaining why counsel was unable to secure a signed authorization as of this date.

Dated:  September 29, 2008　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Counsel for Petitioner:

　　　　　　　　　　　　　　　　　　　　　 */s/ Kit A. Pierson*
　　　　　　　　　　　　　　　　　　　　Brent N. Rushforth (DC 331074)
　　　　　　　　　　　　　　　　　　　　Kit A. Pierson (DC 398123)
　　　　　　　　　　　　　　　　　　　　**HELLER EHRMAN LLP**
　　　　　　　　　　　　　　　　　　　　1717 Rhode Island Avenue, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　Tel: (202) 912-2000
　　　　　　　　　　　　　　　　　　　　Fax: (202) 912-2020

Shayana Kadidal (DC 49512)
Pardiss Kebriaei (DC 51395)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499