**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **IN RE:** ) ) ) **GUANTANAMO BAY** ) **DETAINEE LITIGATION** ) ) ) ) **JAMIL AHMAD SAEED,** ) *also known as* **JAMIL AHMED SAID NASSIR** ) **Detainee ISN #728, etc.** ) ) *Petitioner,* ) v. ) ) **GEORGE W. BUSH, etc., et al.,** ) ) *Respondents.* ) ) | Misc. No. 08-442 (TFH) Civil Action No. 05-2386 (RBW) |

## NOTICE OF AUTHORIZATION BY JAMIL AHMAD SAEED

Pursuant to the July 29, 2008 Order issued by Judge Hogan in this litigation, Petitioner Jamil Ahmad Saeed ("Petitioner"), a/k/a Jamil Ahmed Said Nassir, Detainee ISN #728, respectfully submits two documents explaining counsel's authority to represent Petitioner. The first document, entitled "Declaration of Noah H. Rashkind," provides evidence of verbal authorization made by Petitioner for undersigned counsel to represent him as his attorney in this litigation, and it sets forth the reasons why counsel has been unable to obtain a signed authorization from Petitioner. The second document is a signed Next Friend authorization form for Petitioner, signed by his wife, and Next Friend, Hala Ahmad Saeed Al-Adahg. *See Mendonca v. I.N.S.*, 52 F. Supp. 2d 155 (D. Mass, 1999), aff'd on other grounds, 201 F.3d 427 (1st Cir. 1999) (holding that wife of alien had next-friend standing to bring a habeas petition). The attached documents, a declaration of counsel and a signed authorization from Petitioner's

wife, together constitute sufficient authority for the pending habeas corpus action to proceed.

Respectfully submitted,

 /s/  Noah H. Rashkind
Noah H. Rashkind, Esq.
Counsel for Petitioner Saeed
2411 SW 35th Place, #206
Gainesville, Florida 32608
Tel: (727) 692-6002
Email: noah@rashkind.com

Shayana Kadidal, Esq.
Co-counsel for Petitioner Saeed
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6438
Fax: (212) 614-6499
Email: kadidal@ccrjustice.org

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 29, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

       Terry Marcus Henry
       terry.henry@usdoj.gov

       Andrew I. Warden
       andrew.warden@usdoj.gov

       Judry Laeb Subar
       judry.subar@usdoj.gov

       James C. Luh
       James.luh@usdoj.gov

       /s/ Noah H. Rashkind
       Noah H. Rashkind, Esq.