IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION**<br><br>This Document Relates To:<br><br>**RIDAH BIN SALEH AL YAZIDI**, et al.<br><br>                    Petitioner/Plaintiff,<br>     v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>                    Respondents/Defendants. | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 07-CV-02337 (HHK) |

### NOTICE OF AUTHORIZATION FOR RIDAH BIN SALEH AL YAZIDI

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 358), counsel for petitioner Ridah Bin Saleh al Yazidi respectfully submit the attached declaration stating that counsel is authorized to pursue this action on behalf of Mr. al Yazidi and explaining why counsel was unable to secure a signed authorization as of this date.

Dated: September 29, 2008         Respectfully submitted,

                                          Counsel for Petitioner:

                                          */s/ Brent N. Rushforth*
                                          Brent N. Rushforth (DC 331074)
                                          Kit A. Pierson (DC 398123)
                                          **HELLER EHRMAN LLP**
                                          1717 Rhode Island Avenue, NW

Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

Shayana Kadidal (DC 49512)
Pardiss Kebriaei (DC 51395)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499