# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)** |
| This Document Relates To: | **Civil Action No. 07-CV-1710 (RBW)** |
| **ABDULRAHMAN MUHAMMAD SALEH NASSER,** | |
| Petitioner/Plaintiff, | |
| v. | |
| **GEORGE W. BUSH**, et al., | |
| Respondents/Defendants. | |

## NOTICE OF AUTHORIZATION FOR ABDULRAHMAN MUHAMMAD SALEH NASSER

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 358), counsel for petitioner Abdulrahman Muhammad Saleh Nasser respectfully submit the attached declaration stating that Mr. Nasser directly authorized counsel to pursue this action and explaining why counsel was unable to secure a signed authorization as of this date.

Dated:  September 29, 2008         Respectfully submitted,

Counsel for Petitioner:

    */s/ Brent N. Rushforth*
Brent N. Rushforth (DC 331074)
Kit A. Pierson (DC 398123)
**HELLER EHRMAN LLP**

1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

Shayana Kadidal (DC 49512)
Pardiss Kebriaei (DC 51395)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499