# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION**<br><br>This Document Relates To:<br><br>**IYOB MURSHAD ALI SALEH**, et al.,<br><br>                Petitioner/Plaintiff,<br>  v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>               Respondents/Defendants. | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 06-CV-01765 (HHK) |

## NOTICE OF AUTHORIZATION FOR IYOB MURSHAD ALI SALEH

    Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 358), counsel for petitioner Iyob Murshad Ali Saleh respectfully submit the attached declaration stating that counsel is authorized to pursue this action on behalf of Mr. Saleh and explaining why counsel was unable to secure a signed authorization as of this date.

Dated:  September 29, 2008        Respectfully submitted,

                                          Counsel for Petitioner:

                                          */s/ Brent N. Rushforth*
                                          Brent N. Rushforth (DC 331074)
                                          Kit A. Pierson (DC 398123)
                                          **HELLER EHRMAN LLP**
                                          1717 Rhode Island Avenue, NW
                                          Washington, DC 20036
                                          Tel: (202) 912-2000
                                          Fax: (202) 912-2020

Shayana Kadidal (DC 49512)
Pardiss Kebriaei (DC 51395)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499