IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-0520 (RMU) |

NOTICE OF AUTHORIZATION OF REPRESENTATION

Petitioner Abdul Rahman Shalabi respectfully submits this notice of authorization of representation pursuant to this Court's Order of July 29, 2008. Mr. Shalabi has directly authorized counsel to represent him in the above-captioned habeas action. *See* Exhibit 1.

Dated: New York, New York
September 29, 2009

Respectfully submitted,

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

By:  /s/  Julia Tarver Mason
   Martin Flumenbaum
   Julia Tarver Mason
   jmason@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Counsel for Petitioners*

Dockets.Justia.com