IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re:**<br><br>**GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2380 (CKK) |

## NOTICE OF AUTHORIZATION BY ZAKARIA AL-BAIDANY

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 358), counsel for petitioner Zakaria Al-Baidany respectfully submit the attached declaration stating that Mr. Al-Baidany directly authorized counsel to pursue this action and explaining why counsel was unable to secure a signed authorization as of this date.

Dated: September 29, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Catherine Y. Lui

Catherine Y. Lui
Orrick, Herrington & Sutcliffe
405 Howard Street
San Francisco, CA 94105
(415) 773-5700 (Telephone)
(415) 773-5759 (Facsimile)

Of Counsel:

Rene Kathawala
Glenn K. Jones
Diana Rutowski
Ahmed Ghappour

OHS West:260521849.1

# DECLARATION OF GLENN K. JONES PURSUANT TO JUDGE HOGAN'S JULY 28, 2008 ORDER

I, Glenn K. Jones, declare as follows:

1. I am an attorney admitted to practice in the State of New York. I am Deputy General Counsel at Orrick, Herrington & Sutcliffe LLP, counsel of record for Zakaria Al-Baidany. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

2. Pursuant to Judge Hogan's July 29, 2008 Order, I am submitting this declaration to explain why counsel has not been able to receive a written authorization from our client, Zakaria Al-Baidany.

3. I, along with my co-counsel Diana Rutowski, first met with our client, Zakaria Al-Baidany, on February 20, 2007. During the meeting, which lasted several hours, Mr. Al-Baidany discussed his personal background and the facts and circumstances leading to his detention at Guantanamo Bay. Mr. Al-Baidany indicated that he wished to continue to meet with us in connection with our work on his behalf, but also indicated that he had little hope that we could help him. As it was our first meeting with Mr. Al-Baidany, we did not believe that it was necessary to request that he execute a written authorization form.

4. The following day and on subsequent trips to Guantanamo Bay by other members of our team, however, Mr. Al-Baidany has refused to meet to discuss his case. Mr. Al-Baidany has also returned our correspondence to him unopened. Accordingly, we have not had the opportunity to request that Mr. Al-Baidany execute a written authorization form. Nonetheless, due to the express statements made by Mr. Al-Baidany

during our initial meeting, I believe that he has authorized us to represent him in connection with the above-captioned matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed on September 29, 2008, in New York, New York.

/s/ Glenn K. Jones<br>
Glenn K. Jones

# CERTIFICATE OF SERVICE

I, Catherine Y. Lui, certify that on this 29th day of September 2008, I served the foregoing on the counsel listed below by this Court's Electronic Case Filing ("ECF") system.

>Judry L. Subar, Esquire
>Terry M. Henry, Esquire
>Paul E. Ahern, Esquire
>Gregory G. Kastas, Esquire.
>John C. O'Quinn, Esquire.
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7144
>Washington, D.C. 20530
>Tel: (202) 514-4107
>Fax: (202) 616-8470
>
>*Counsel for Respondents*

>/s/ Catherine Y. Lui
>Catherine Y. Lui