# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | : Misc. No. 08-442 (TFH) |
|  | : |
|  | : Civil Action No. 05-1509 (RMU) |
| GUANTANAMO BAY | : Civil Action No. 05-1602 (RMU) |
| DETAINEE LITIGATION | : Civil Action No. 05-1704 (RMU) |
|  | : Civil Action No. 05-2370 (RMU) |
|  | : Civil Action No. 05-2386 (RMU) |
|  | : Civil Action No. 05-2398 (RMU) |

## SUPPLEMENTAL NOTICE OF AUTHORITY TO REPRESENT PETITIONERS MAMET (ISN 102) AND SABOUR (ISN 275)

1. On September 25, 2008, Petitioners filed in the above-captioned cases the Uighur Petitioners' Notice of Supplemental Authority, Witness Disclosure, And Report On Client Authorization (the "Authorization Report"). The Authorization Report noted that all but two of the Petitioners had provided counsel direct authority to represent them. *Id.* at 6-7. Petitioners incorporate herein by reference the discussion in Section III of the Authorization Report, and provide this supplemental notice of authority to represent Petitioners Mamet and Sabour.

2. As detailed in the attached Declaration of Neil McGaraghan, the remaining two Petitioners, Edham Mamet (ISN 102) and Abdul Sabour (ISN 275), have given their counsel direct oral authority to represent them in these actions. Declaration of Neil McGaraghan ¶¶ 7, 13. Petitioner Mamet and Petitioner Sabour both indicated, however, that they will not meet with counsel in person nor correspond by mail, which will preclude obtaining written authorization. *Id.* ¶¶ 8, 14.

3. With the attached evidence of authority to represent Petitioners Mamet and Sabour, counsel have now provided the court with evidence of their authority to represent all of the Uighur Petitioners in the above-captioned cases.

A/72667123.1

Dated: September 29, 2008                    Respectfully submitted,


                                             Susan Baker Manning
                                             BINGHAM McCUTCHEN LLP
                                             1120 20th Street, NW, Suite 800
                                             Washington, DC 20036-3406
                                             Telephone: (202) 778-6150
                                             Facsimile: (202) 778-6155

                                             /s/ Neil McGaraghan
                                             SabinWillett (Pursuant to LCvR 83.2(g))
                                             Neil McGaraghan (Pursuant to LCvR 83.2 (g))
                                             Rheba Rutkowski (Pursuant to LCvR 83.2 (g))
                                             Jason S. Pinney (Pursuant to LCvR 83.2 (g))
                                             BINGHAM McCUTCHEN LLP
                                             One Federal Street
                                             Boston, MA 02110
                                             Telephone: (617) 951-8000
                                             Facsimile: (617) 951-8736
                                             *Counsel to Petitioners Edhma Mamet and Abdul Sabour*

George M. Clarke III
D.C. Bar No. 480073
Miller & Chevalier Chartered
655 15th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 626-1573
Facsimile: (703) 598-5121
*Counsel to Petitioners Ali Mohammad and Thabid*