UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-0442 (TFH)<br><br>Civil Action No. 04-1254 (HHK) |

**NOTICE OF FILING OF AUTHORIZATIONS**

Pursuant to the Court's July 29, 2008 Order, counsel for Petitioners listed in the table below submit the attached authorization documents.[1]

| Petitioner | ISN | Exhibit |
|---|---|---|
| *Uthman Abdul Rahim Mohammed Uthman* | 27 | Exhibit A |
| *Mahmoud Abd Al Aziz Abd Al Mujahid* | 31 | Exhibit B |
| *Faruq Ali Ahmed* | 32 | Exhibit C |
| *Abd Al Malik Abd Al Wahab* | 37 | Exhibit D |
| *Majid Mahmud Abdu Ahmad* | 41 | Exhibit E |
| *Muktar Yahya Najee Al Warafi* | 117 | Exhibit F |
| *Adnan Farhan Abdul Latif* | 156 | Exhibit G |
| *Adil Said Al Haj Obeid Al Busayss* | 165 | Exhibit H |
| *Salman Yahya Hassan Mohammed Rabeii* | 508 | Exhibit I |

---

[1] Counsel are currently attempting to resolve a question concerning their continuing representation of Petitioners Rabeii, Mujahid, Mar'i, Ahmad, and Warafi.

| Petitioner | ISN | Exhibit |
|---|---|---|
| *Yasin Qasem Muhammad Ismail* | 522 | Exhibit J |
| *Jamal Muhammad 'Alawi Mar'i* | 577 | Exhibit K |
| *Mohammed Mohammed Hassen* | 681 | Exhibit L |

Respectfully submitted,

/s/
S. William Livingston
D.C. Bar. No. 59005
Alan A. Pemberton
D.C. Bar. No. 367108
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000 (phone)
(202) 778-6000 (fax)
wlivingston@cov.com
apemberton@cov.com

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043 (phone)
(815) 753-9301 (fax)
mdf19@columbia.edu

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com