UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: <br> GUANTANAMO BAY <br> DETAINEE LITIGATION | Misc. No. 08-0442 (TFH) <br><br> Civil Action No. 05-1048 (RMU) |

## NOTICE OF FILING OF AUTHORIZATION

Pursuant to the Court's July 29, 2008 Order, counsel for Petitioner Abdulsalam Ali Abdulrahman Al-Hela (ISN 1463) submit the attached authorization document.[1] *See* Exhibit A.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  S. William Livingston
                                                  D.C. Bar. No. 59005
                                                  Alan A. Pemberton
                                                  D.C. Bar. No. 367108
                                                  COVINGTON & BURLING LLP
                                                  1201 Pennsylvania Ave., N.W.
                                                  Washington, DC 20004-2401
                                                  (202) 662-6000 (phone)
                                                  (202) 778-6000 (fax)
                                                  wlivingston@cov.com
                                                  apemberton@cov.com

                                                  Marc D. Falkoff
                                                  D.C. Bar No. 491149
                                                  NORTHERN ILLINOIS UNIVERSITY
                                                  COLLEGE OF LAW
                                                  DeKalb, IL 60614

---

[1] Counsel are currently attempting to resolve a question concerning their continuing representation of Petitioner Al-Hela.

(347) 564-5043 (phone)
(815) 753-9301 (fax)
mdf19@columbia.edu

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com