UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br> GUANTANAMO BAY <br> DETAINEE LITIGATION | Misc. No. 08-0442 (TFH) <br><br> Civil Action No. 05-1429 (RMU) |

**NOTICE OF FILING OF AUTHORIZATIONS**

Pursuant to the Court's July 29, 2008 Order, counsel for Petitioners Mohammed Nasser Yahia Abdullah Khussrof (ISN 509) and Saeed Mohammed Saleh Hatim (ISN 255) submit the attached authorization documents.[1]  *See* Exhibit A for Petitioner Khussrof's authorization and Exhibit B for Petitioner Hatim's authorization.

>
> Respectfully submitted,
>
> _____/s/_____
> S. William Livingston
> D.C. Bar. No. 59005
> Alan A. Pemberton
> D.C. Bar. No. 367108
> COVINGTON & BURLING LLP
> 1201 Pennsylvania Ave., N.W.
> Washington, DC 20004-2401
> (202) 662-6000 (phone)
> (202) 778-6000 (fax)
> wlivingston@cov.com
> apemberton@cov.com

---

[1] Counsel are currently attempting to resolve a question concerning their continuing representation of Petitioner Khussrof.

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043 (phone)
(815) 753-9301 (fax)
mdf19@columbia.edu

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com