## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) **Misc. No. 08-0442 (TFH)** | |
| GUANTANAMO BAY ) ) | |
| DETAINEE LITIGATION ) | |
| ) **Civil Action No. 04-cv-1164 (RBW)** | |
| ) | |

### NOTICE OF FILING MEMORANDUM OF UNDERSTANDING
### AND ACKNOWLEDGMENT

Attached to this notice is an executed Memorandum of Understanding and an executed Acknowledgment in accordance with the Court's Order of September 11, 2008.

Dated: Septemeber 29, 2008

                                             Respectfully submitted,

                                             /s/ Richard Wilson
                                             Professor Richard J. Wilson
                                             International Human Rights Law Clinic
                                             American University
                                             Washington College of Law
                                             4801 Massachusetts Avenue, N.W.
                                             Washington, DC 20016-8184
                                             Tel: (202) 274-4147
                                             Fax: (202) 274-0659
                                             Email: rwilson@wcl.american.edu

                                             *Counsel for Petitioner Gherebi*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )  |                              |
|---|---|---|
| IN RE: | ) | |
| | ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 04-cv-1164 (RBW) |
| | ) | |
| | ) | |

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION**

   Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

1. I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the Untied States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

2. I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

3. I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

Dated:  September 29, 2008       /s/ Richard Wilson
                       Richard J. Wilson

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.


Dated:     September 29, 2008          By: /s/ Richard Wilson
                                           Richard J. Wilson

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008, I caused copies of the foregoing Memorandum of Understanding and Acknowledgment, executed by Richard J. Wilson in the above-captioned matter, to be delivered to the Court Security Officer and to be transmitted to the counsel listed below through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, NW
>Washington, DC 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, NW
>Washington, DC 20530

/s/ Richard Wilson
Richard J. Wilson