IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMER MOHAMMON, SAYF BIN ABDALLAH *also known as* SAIF ULLAH et al. | ) ) ) ) | |
| *Petitioners,* | ) | Misc. No. 08-442 (TFH) |
| v. | ) ) ) | Civil Action No. 05-cv-02386 (RBW) |
| GEORGE W. BUSH, et al. *Respondents* | ) ) ) ) | |

## NOTICE OF FILING PETITIONER SAYF BIN ABDALLAH'S NOTICE OF AUTHORIZATION TO PURSUE THIS ACTION AND DECLARATION OF ZACHARY KATZNELSON

Petitioner, Saif Ullah a/k/a Sayf Bin Abdallah, through his undersigned counsel, hereby gives notice of filing of his Notice of Authorization to Pursue this Action and Declaration of Zachary Katznelson by Federal Express Overnight Delivery on the Court Security Office.

Respectfully Submitted,
Counsel for Petitioner

_____/s/ Joseph S. Berman_____
Joseph S. Berman, BBO NO. 566006
(admitted pursuant to Local Rule 83.2(g))
LOONEY & GROSSMAN, LLP
101 Arch Street, 9th Floor
Boston, MA 02110
Tel: (617) 951-2800
Fax: (617) 951-2819

L:\10000\212\Pld

*Of Counsel:*

Reprieve
Zachary Katznelson, Bar No. 209489(CA)
P.O. Box 52742
London EC4P 4WS
United Kingdom
+44 (0) 207 353 4640 (tel)

Center for Constitutional Rights
Shayana Kadidal, Bar No. 454248
666 Broadway, 7th Floor
New York, NY 10012
212-614-6438 (tel)

Dated: September 29, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2008, the original and two copies of this Motion and Proposed Order were sent via FedEx to the Court Security Officer. Per established procedures in Guantánamo Bay habeas litigation, the Court Security Officer will serve the Motion and Proposed Order on counsel for Respondents: Terry Marcus Henry, Andrew Warden and Judry Laeb Subar, all of the U.S. Department of Justice.

　　　　　　　　　　　　　　_____/s/ Joseph S. Berman_____