# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>)<br>)<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>)<br>)<br>) | Misc. No. 08-442<br>Civil No. 05-2386 (RBW) |

## NOTICE OF AUTHORIZATION BY
## MOHAMMED AHMED SALAM AL KHATEEB

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 210), counsel for petitioner Mohammed Ahmed Salam Al Khateeb (ISN 689) respectfully submit the attached declaration stating that Mr. Al Khateeb directly authorized counsel to pursue this action and explaining why counsel was unable to secure a signed authorization as of this date.

Dated: September 29, 2008

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jill M. Williamson
　　　　　　　　　　　　　　　　　　　　　　　Jill M. Williamson, DC Bar No. 478469
　　　　　　　　　　　　　　　　　　　　　　　Jonathan M. Fee, DC Bar No. 479579
　　　　　　　　　　　　　　　　　　　　　　　Michael E. Ward, DC Bar No. 434624
　　　　　　　　　　　　　　　　　　　　　　　ALSTON & BIRD LLP
　　　　　　　　　　　　　　　　　　　　　　　950 F Street, NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　　　Tel:  (202)756-3300
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (202)756-3333

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 05-CV-2386 |
| ) | |

## DECLARATION OF JONATHAN M. FEE
## COUNSEL FOR MOHAMMED AHMED SALAM AL KHATEEB (ISN 689)

I, JONATHAN M. FEE, hereby state and declare as follows in accordance with the provisions of Fed. R. Civ. P. Rule 65(b)(1) and 28 U.S.C. § 1746:

1. The matters stated herein are based on my personal knowledge in my capacity as counsel for Petitioner Mohammed Ahmed Salam Al Khateeb (ISN 689), a detainee held by Respondents at Guantánamo Bay, Cuba, and a Petitioner in this case. I submit this declaration in support of Petitioner's Notice of Authorization.

2. I have represented Petitioner before this Court on the basis of his express authorization that I do so. I have met Petitioner on several occasions at Guantánamo Bay to discuss the status of his case and the filings that I and other attorneys in my law firm have made on his behalf in these proceedings. During each meeting, Petitioner acknowledged and approved our continuing representation.

3. On several occasions, I have sent correspondence to Petitioner by secure mail, which has included my contact information and information about his case. Immediately following my first meeting with Petitioner in May 2007, I also submitted written material

containing my contact information to the JTF SJA, asking that these materials be delivered to Petitioner so that he could conveniently contact me through the secure mail system. I received a memorandum from the JTF SJA that my request was approved and that my material was submitted to Petitioner. I have discussed the secure mail system with Petitioner and I am therefore confident that he is aware of its availability to him. Petitioner has never used the secure mail system to revoke or deny my or my law firm's representation.

4. Petitioner has not signed a written authorization of representation or any other document, expressing skepticism about whether our efforts will be successful and whether he or other detainees will obtain release from imprisonment in U.S. court proceedings. I have concluded from my conversations with Petitioner that his unwillingness to sign documents is a gesture of his lack of confidence in the U.S. legal process and not an indication that he does not want me and my law firm to represent him as his counsel.

5. I have concluded on the basis of the foregoing that I and my law firm are authorized to represent Petitioner in proceedings before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of September, 2008.

_____
Jonathan M. Fee
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
(202) 756-3387
jon.fee@alston.com
DC Bar No. 479579

# CERTIFICATE OF SERVICE

I, Jill M. Williamson, hereby certify that I today caused a true and accurate copy of the foregoing to be served electronically via the Court's Electronic Case Filing system.

                                              /s/ Jill M. Williamson
                                              Jill M. Williamson

Dated: September 29, 2008