# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:**<br><br>**GUANTANAMO BAY DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)**<br><br>**Civil Action No. 05-492 (JR)**<br>**No. 05-1607 (RMU)** |

## NOTICE

Pursuant to the Court's Order of July 29, 2008, counsel respectfully submit the following:

1.  On May 6, 2005, Ahmed Abdul Aziz signed an Acknowledgement of Representation attached as Exhibit A hereto.

2.  On January 4, 2006, Ahmed Abdul Aziz signed a second Acknowledgement of Representation attached as Exhibit B hereto.

3.  On October 22, 2005, Abdul Raheem Ghulam Rabbani signed an Acknowledgement of Representation attached as Exhibit C with English translation.

4.  On October 22, 2005, Ahmed Ghulam Rabbani signed an Acknowledgement of Representation attached as Exhibit D with English translation.

Dated:  September 29, 2008

Respectfully submitted,

Counsel for Petitioners:


_____/s/  Matthew K. Handley_____
Agnieszka Fryszman (DC 459208)
Avi Garbow (DC 445399)
Matthew K. Handley (DC 489946)
**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
1100 New York Ave, N.W., Suite 500
Washington, DC 20005
Tel:  (202) 408-4600
Fax: (202) 408-4699

John Holland
Anna Cayton-Holland
**Law Offices of John Holland**
1437 High St.
Denver, CO 80218

Clive A. Stafford Smith
Zachary Katznelson
**Reprieve**
P.O. Box 52742
London EC4P 4WS
England