IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>)<br>)<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>)<br>)<br>) | Misc. No. 08-442<br>Civil No. 05-2386 (RBW) |

NOTICE OF AUTHORIZATION BY
ADEL BIN MABROUK

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 210), counsel for petitioner Adel bin Mabrouk respectfully submit the attached declaration accompanying the written authorization of Mr. Mabrouk.

Dated: September 29, 2008

Respectfully submitted,

/s/ Jill M. Williamson
Jill M. Williamson, DC Bar No. 478469
Jonathan M. Fee, DC Bar No. 479579
Michael E. Ward, DC Bar No. 434624
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Tel: (202)756-3300
Fax: (202)756-3333

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) ) | Misc. No. 08-442 <br><br> Civil Action No. 05-CV-2386 |

## DECLARATION OF JONATHAN M. FEE
## COUNSEL FOR ADEL BIN MABROUK (ISN 148)

I, JONATHAN M. FEE, hereby state and declare as follows in accordance with the provisions of Fed. R. Civ. P. Rule 65(b)(1) and 28 U.S.C. § 1746:

1. The matters stated herein are based on my personal knowledge in my capacity as counsel for Petitioner Adel Bin Mabrouk (ISN 148), a detainee held by Respondents at Guantánamo Bay, Cuba, and a Petitioner in this case. I submit this declaration in support of Petitioner's Notice of Authorization.

2. I have represented Petitioner before this Court on the basis of his express authorization that I do so. A copy of Petitioner's letter of May 8, 2007, requesting that I represent him, is attached as Attachment A. I have met Petitioner on several occasions at Guantánamo Bay to discuss the status of his case and the filings that I and other attorneys in my law firm have made on his behalf in these proceedings. During each meeting, Petitioner acknowledged and approved our continuing representation.

3. I have concluded on the basis of the foregoing that I and my law firm are authorized to represent Petitioner in proceedings before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of September, 2008.

                                                         /s/ Jonathan M. Fee
                                                         Jonathan M. Fee
                                                         ALSTON & BIRD LLP
                                                         950 F Street, NW
                                                         Washington, DC 20004
                                                         (202) 756-3387
                                                         jon.fee@alston.com
                                                         DC Bar No. 479579

# ATTACHMENT A

DO NOT WRITE BEYOND HEAVY LINES  8-15-2007

JONATHAN. M. FEE, Esq   إلى الأستاذ المحامي

تحية طيبة وبعد: أكتب إليك من معتقل غوانتناموا و أنا أحد المحتجزين، عادل بن مبروك، أحمل الجنسية التونسية وقد مضى على اعتقالي...

وقد بلغني أنك تترافع في قضيتي بعض الحنوة،
وأود أن تساعد في في تعييني

أكون لك من الشاكرين

في
انتظار الرد   عادل

Reverse of DA FORM 2667-R, May 82

Seq# 1954

DETAINEE
CAMP DELTA
Washington, DC 20353
USA

Jonathan H. Lee, Esq.
Alston Bird Bird LLP
The Atlantic Building
950 F Street NW
Washington, DC 20004

ATTORNEY-DETAINEE MATERIALS

DETAINEE-ATTORNEY MAIL
TRANSLATION

8-5-2007

TO THE ESTEEMED ATTORNEY JONATHAN M FEE, ESQ.

WARM GREETINGS TO YOU. I AM WRITING TO YOU FROM THE GUANTANAMO FACILITY. I AM ONE OF THE DETAINEES, ADIL BIN MABROUK. I HAVE TUNISIAN CITIZENSHIP, AND I HAVE BEEN IN DETENTION FOR ...., [LONG TIME].

I HEARD THAT YOU ARE LITIGATING IN THE CASES OF SOME OF THE BROTHERS, AND I WOULD LIKE YOU TO HELP ME IN MY CASE.

I THANK YOU. AWAITING YOUR RESPONSE

[SIGNATURE]

# CERTIFICATE OF SERVICE

I, Jill M. Williamson, hereby certify that I today caused a true and accurate copy of the foregoing to be served electronically via the Court's Electronic Case Filing system.

                                                  /s/ Jill M. Williamson
                                                  Jill M. Williamson

Dated: September 29, 2008