# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

## PETITIONER SHARAF AL SANANI'S MOTION FOR EXTENSION OF TIME TO PROVIDE EVIDENCE OF AUTHORIZATION

Pursuant to the Court's "Order" dated July 29, 2008, and in accordance with the "Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba" dated September 11, 2008, undersigned counsel for Petitioner Sharaf Al Sanani, a/k/a Sharaf Ahmad Muhammad Masud (ISN 170) respectfully moves the court to grant him an additional 90 days to provide evidence of authorization. For the reasons set forth in the Declaration attached hereto as Exhibit A, it is impractical for counsel to submit such evidence of authorization by September 29, 2008.

Counsel for Petition has contacted counsel for the Government but has not yet received a response as to whether the Government opposes the relief sought in this motion.

Respectfully submitted this 29th day of September, 2008.

    /s/ A. Stephens Clay
A. Stephens Clay
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
sclay@kilpatrickstockton.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2008, I caused the foregoing "Petitioner Sharaf Al Sanani's Motion for Extension of Time to Provide Evidence of Authorization" to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system.

    /s/ A. Stephens Clay IV_____
A. Stephens Clay IV
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404)815-6500
Facsimile: (404) 815-6555

*Counsel for Petitioner*

**Error! Unknown document property name. Error! Unknown document property name..Error! Unknown document property name.**