# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |
|---|---|

### PETITIONER ALI SHER HAMIDULLAH'S MOTION FOR EXTENSION OF TIME TO PROVIDE EVIDENCE OF AUTHORIZATION

Pursuant to the Court's "Order" dated July 29, 2008, and in accordance with the "Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba" dated September 11, 2008, undersigned counsel for Petitioner Ali Sher Hamidullah (ISN 455) respectfully moves the court to grant him an additional 30 days to provide evidence of authorization. For reasons set forth in the accompanying Declaration, it is impractical for counsel to provide such evidence of authorization by September 29, 2008.

Counsel for Petition has conferred with counsel for the Government and is authorized to represent that the Government does not oppose the relief sought in this motion.

Dated: September 29, 2008.

                                              Respectfully submitted.

                                              /s/ A. Stephens Clay
                                              A. Stephens Clay
                                              KILPATRICK STOCKTON LLP
                                              1100 Peachtree St., Suite 2800
                                              Atlanta, Georgia 30309-4530
                                              Telephone: (404) 815-6500
                                              Facsimile: (404) 815-6555
                                              sclay@kilpatrickstockton.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2008, I caused the foregoing "Petitioner Ali Sher Hamidullah's Motion for Extension of Time to Provide Evidence of Authorization" to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system.

    /s/ A. Stephens Clay IV
A. Stephens Clay IV
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404)815-6500
Facsimile: (404) 815-6555

*Counsel for Petitioner*