IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: ) Misc. No. 08-442 (TFH)
)
GUANTANAMO BAY DETAINEE ) Civil Action No. 05-1124 (RMC)
LITIGATION )
)

PETITIONERS' NOTICE OF AUTHORIZATION
IN RESPONSE TO THE COURT'S JULY 29, 2008 ORDER

Pursuant to the Court's July 29, 2008 Order (Misc. Dkt. No. 210), petitioner Wali Mohammed, by and through undersigned counsel, respectfully submits the attached declaration stating that he has directly authorized counsel to pursue this action.

Dated: September 29, 2008

s/*Peter M. Ryan*
Tara R. Kelly
Attorney #438241
Dechert LLP
1775 I Street, N.W.
Washington, DC 20006
Tel: (202) 261-3329
Fax: (202) 261-3057

George G. Gordon
Peter M. Ryan
Juliet Sarkessian
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000

Daniel C. Malone
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 698-3500

*Counsel for Petitioner*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. 08-442 (TFH) |
| | ) | |
| GUANTANAMO BAY DETAINEE | ) | Civil Action No. 05-1124 (RMC) |
| LITIGATION | ) | |
| | ) | |

## DECLARATION OF PETER M. RYAN

Peter M. Ryan declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania and the State of New York. I am an associate in the law firm of Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, Pennsylvania 19104-2808. I have been admitted to practice pro hac vice in Case No. 05-CV-1124. I am providing this declaration pursuant to the Court's July 29, 2008 Order (Misc. Dkt. No. 210).

2. Dechert's client Wali Mohammed (ISN 560) is an Afghan national who has been imprisoned without charge at the United States Naval Base at Guantanamo Bay, Cuba, since 2002. He filed a petition for writ of habeas corpus on June 7, 2005. Mr. Mohammed's wife originally petitioned on his behalf as next friend. Mr. Mohammed is from Baghlan Province in Afghanistan.

3. I have visited Wali Mohammed several times at Guantanamo Bay. Mr. Mohammed has repeatedly told me that he wants Dechert to represent him in connection with his imprisonment at Guantanamo Bay, including but not limited to prosecuting the petition for writ of habeas corpus that was filed on his behalf in Case No. 05-CV-1124. On August 30, 2006, during our second meeting, Mr. Mohammed wrote and signed a statement, a true and correct copy of which is attached hereto at Exhibit A, stating that he wanted to continue to meet with me.

4. Respondents never questioned or expressed any doubt concerning our authority to represent Mr. Mohammed until they filed their Status Report in Misc. No. 08-442 on July 18, 2008. Respondents have never denied Dechert access to Mr. Mohammed on the purported basis that we lack authority to represent him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 29, 2008

_____
PETER M. RYAN

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2008, I caused the foregoing Petitioners' Notice Of Authorization In Response To The Court's July 29, 2008 Order to be filed with the Court and served via e-mail on counsel for Respondents as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

Terry M. Henry
Terry.Henry@usdoj.gov
United States Department of Justice
Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

/s/ Abraham J. Rein
Abraham J. Rein