## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:** ) | **Misc. No. 08-442 (TFH)** |
| ) | |
| **GUANTÁNAMO BAY DETAINEE** ) | **Civil Action No. 05-2386 (RBW)** |
| **LITIGATION** ) | |
| ) | |

### NOTICE OF AUTHORIZATION BY
### MAASOUM ABDAH MOUHAMMAD

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Docket No. 210), counsel

for petitioner Maasoum Abdah Mouhammad respectfully submit the attached declaration stating

that Mr. Mouhammad directly authorized counsel to pursue this action and explaining why

counsel has not secured a signed authorization.

Dated: September 29, 2008

Respectfully submitted,

**MAASOUM ABDAH MOUHAMMAD,**
*Petitioner*

*/s/ Matthew J. O'Hara*
Lowell E. Sachnoff
Matthew J. O'Hara
Adam R. Chiss
*(Each Pursuant to LCvR 83.2(g))*
Brian C. Lewis (D.C. Bar No. 476851)
**REED SMITH LLP**
10 South Wacker Drive
Chicago, Illinois 60606
(312) 207-1000
mohara@reedsmith.com

Shayana Kadidal (D.C. Bar No. 454248)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
*Of Counsel*