# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. 08-442 (TFH) |
| | ) | |
| GUANTÁNAMO BAY DETAINEE LITIGATION | ) | Civil Action No. 05-2386 (RBW) |
| | ) | |
| | ) | |

## NOTICE OF AUTHORIZATION BY
## UMAR HAMZAYEVICH ABDULAYEV

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Docket No. 210), counsel for petitioner Umar Hamzayevich Abdulayev respectfully submit the attached declaration stating that Mr. Abdulayev directly authorized counsel to pursue this action and explaining why counsel has not secured a signed authorization.

Dated: September 29, 2008

Respectfully submitted,

**UMAR HAMZAYEVICH ABDULAYEV,**
*Petitioner*

*/s/ Matthew J. O'Hara*
Lowell E. Sachnoff
Matthew J. O'Hara
Adam R. Chiss
*(Each Pursuant to LCvR 83.2(g))*
Brian C. Lewis (D.C. Bar No. 476851)
**REED SMITH LLP**
10 South Wacker Drive
Chicago, Illinois  60606
(312) 207-1000
mohara@reedsmith.com

Shayana Kadidal  (D.C. Bar No. 454248)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
*Of Counsel*