IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. 08-442 (TFH) |
| | ) | |
| GUANTANAMO BAY DETAINEE | ) | Civil Action No. 05-1601 (GK) |
| LITIGATION | ) | |
| | ) | |

PETITIONERS' NOTICE OF AUTHORIZATION
IN RESPONSE TO THE COURT'S JULY 29, 2008 ORDER

Pursuant to the Court's July 29, 2008 Order (Misc. Dkt. No. 210), petitioner Hamid al-Razak, a/k/a Hamidullah, by and through undersigned counsel, respectfully submits the attached declaration stating that he has directly authorized counsel to pursue this action.

Dated: September 29, 2008

s/*Peter M. Ryan*
Tara R. Kelly
Attorney #438241
Dechert LLP
1775 I Street, N.W.
Washington, DC 20006
Tel: (202) 261-3329
Fax: (202) 261-3057

George G. Gordon
Peter M. Ryan
Juliet Sarkessian
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000

Daniel C. Malone
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 698-3500

*Counsel for Petitioner*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. 08-442 (TFH) |
| | ) | |
| GUANTANAMO BAY DETAINEE | ) | Civil Action No. 05-1601 (GK) |
| LITIGATION | ) | |
| | ) | |

## DECLARATION OF PETER M. RYAN

Peter M. Ryan declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania and the State of New York. I am an associate in the law firm of Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, Pennsylvania 19104-2808. I have entered an appearance in Case No. 05-CV-1601 pursuant to Local Rule of Civil Procedure 83.2(g). I am providing this declaration pursuant to the Court's July 29, 2008 Order (Misc. Dkt. No. 210).

2. Dechert's client Hamid al-Razak, a/k/a Hamidullah (ISN 111), is an Afghan national who has been imprisoned without charge at the United States Naval Base at Guantanamo Bay, Cuba, since 2003. Mr. al-Razak is from Kabul Province in Afghanistan. He filed a petition for writ of habeas corpus on August 10, 2005. Another detainee at Guantanamo Bay originally petitioned on Mr. al-Razak's behalf as next friend. Respondents challenged the propriety of the next friend authorization, and on December 1, 2006, Judge Gladys Kessler denied Respondents' motion for an order to show cause why the petition should not be dismissed. Judge Kessler found that "there can be little doubt in the Court's mind that Mr. Al Razak is not able to challenge the legality of his detention." *See* attached Exhibit A, at 2 (Dkt. No. 41). On March 13, 2007, Dechert entered an appearance as counsel for Mr. al-Razak.

3. I have visited Mr. al-Razak several times at Guantanamo Bay. Mr. al-Razak has repeatedly told me that he wants Dechert to represent him in connection with

his imprisonment at Guantanamo Bay, including but not limited to prosecuting the petition for writ of habeas corpus that was filed on his behalf in Case No. 05-CV-1601

4. On August 25, 2008, I traveled to Guantanamo Bay to meet with Mr. al-Razak and, pursuant to the Court's July 29, 2008 Order, to ask him to provide me with a signed document confirming his prior oral authorization of Dechert to pursue his habeas corpus petition. Based on our prior meetings, I have no doubt that Mr. al-Razak would agree to sign such a document. I was not permitted to meet with Mr. al-Razak, however, because JTF-GTMO informed me on Tuesday, August 26, that the detention camps were closed to habeas counsel and all scheduled visits were canceled due to the impending landfall of Hurricane Gustav.

5. On September 17, 2008, we had a telephone conversation with Mr. al-Razak. During the call, he stated that he wanted Dechert to continue to represent him and to work on his behalf in connection with his habeas corpus petition.

6. After the December 1, 2006 Order on Respondents' motion for an order to show cause, Respondents did not question or express any doubt concerning Dechert's authority to represent Mr. al-Razak, until they filed their Status Report in Misc. No. 08-442 on July 18, 2008. Respondents have never denied Dechert access to Mr. al-Razak on the purported basis that we lack authority to represent him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 29, 2008

PETER M. RYAN

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2008, I caused the foregoing Petitioners' Notice Of Authorization In Response To The Court's July 29, 2008 Order to be filed with the Court and served via e-mail on counsel for Respondents as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

Terry M. Henry
Terry.Henry@usdoj.gov
United States Department of Justice
Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

/s/ *Abraham J. Rein*
Abraham J. Rein