IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
──────────────────────────────────── x
                                     :
                                     :
IN RE:                               :
                                     :
GUANTANAMO BAY                       :   Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                  :
                                     :
──────────────────────────────────── x
                                     :
                                     :
OTHMAN, et al.,                      :
                                     :
                                     :
              Petitioners,           :
                                     :
           v.                        :   No. 05-CV-2088 (RWR)
                                     :
BUSH, et al.,                        :
                                     :
                                     :
              Respondents.           :
                                     :
──────────────────────────────────── x
```

**CONSENT MOTION FOR EXTENSION OF TIME
TO PROVIDE EVIDENCE OF AUTHORIZATION**

Undersigned counsel for Petitioner Khaled Abd Elgabar Mohammed Othman filed the instant petition based on a next friend authorization from Petitioner's acquaintance Abd Al Malik Abd Al Wahab, and counsel for Petitioner have subsequently been in contact with Petitioner's immediate family in Yemen. Pursuant to the Court's Order dated July 29, 2008, and in accordance with the "Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba" dated September 11, 2008, undersigned counsel respectfully move the court to grant counsel an additional 90 days to provide evidence of direct authorization. We request this period of time in light of the difficulties involved in scheduling visits to the base over the coming months.

Counsel for Petitioner has contacted counsel for Respondents, Andrew Warden, who has indicated that the government does not object to the requested 90 day extension.

Dated:   New York, New York
         September 29, 2008

Respectfully submitted,

_____/s/ sdk_____
Shayana D. Kadidal (D.C. Bar No. 454248)
Gitanjali S. Gutierrez
Pardiss Kebriaei
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499
kadidal@ccrjustice.org

*Counsel for Petitioners*