IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____  x
                                         :
IN RE:                                   :
                                         :
GUANTANAMO BAY                           :  Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                      :
                                         :
_____  x
                                         :
AL HALMANDY, et al.,                     :
                                         :
                   Petitioners,          :
                                         :
          v.                             :  No. 05-CV-2385 (RMU)
                                         :
BUSH, et al.,                            :
                                         :
                   Respondents.          :
                                         :
_____  x
```

**NOTICE REGARDING AUTHORIZATION
AND MOTION FOR EXTENSION OF TIME**

Undersigned counsel submits this filing on behalf of the following six petitioners in the above-captioned case: Mohammed Kameen, an Afghan national, ISN 1045; Saki Bacha, an Afghan national, ISN 900; Riad Nargeri, a Tunisian national, ISN 510; Houmad Warzly, a Yemeni national, ISN 574; Sabry Mohammed, a Yemeni national, ISN 570; and Saleh, a Yemeni national, ISN 78.[1]

Until recently, there was no protective order entered in the above-captioned case. (*See* Order, Dkt. 49 (July 29, 2008) (entering protective order).) In the wake of the *Boumediene* Supreme Court decision and the entry of the Protective Order in this case, undersigned counsel

---

[1] Petitioner Muhammed Saad Iqbal Madni (ISN 743) is represented by attorneys at the law firm of Davis Wright Tremaine, LLP.

and his colleagues at the Center for Constitutional Rights have undertaken extensive efforts to identify appropriate outside counsel for Petitioners Kameen, Bacha, Nargeri, Mohammed, and Saleh. Petitioners Jawad and Kamin are each currently the subject of charges before a military commission, necessitating special care in locating appropriate counsel.

The Office of the Federal Public Defender for the Central District of California was appointed by the Court to represent one Hamoud Abdullah Hamoud Hassan Al Wady. *See Al Wady v. Bush*, No. 08-CV-1237, Dkt. 8 (August 8, 2008) (appointing federal defender offices). The government believes the petitioner in *Al Wady* to be the same individual we have identified as Petitioner Houmad Warzly, ISN 574, in the instant case. *See* [Respondents'] Status Report, *Al Wady v. Bush*, Dkt. 7 (Aug. 1, 2008) (making identification). Undersigned counsel expects to resolve the apparent duplication issue in short order.

As to Petitioners Kameen, Bacha, Nargeri, Mohammed, and Saleh, undersigned counsel therefore respectfully proposes to update the Court within 90 days on the progress of their efforts to locate counsel capable of handling the habeas claims of these individual petitioners. We further propose to update the Court within 30 days on the status of our efforts to resolve the apparent duplication of petitions for Petitioner Warzly.[2]

Dated:   New York, New York
         September 29, 2008

                                        Respectfully submitted,


                                         /s/
                                        Shayana Kadidal (D.C. Bar No. 454248)
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor

---

[2] Counsel for Petitioners contacted counsel for Respondents shortly before filing to request consent for these proposals in their entirety, but did not receive a response. Counsel for Respondents, Andrew Warden, had previously indicated that the government does not object to a 90 day extension for filing evidence of authorization with respect to Petitioner Riad Nargeri, ISN 510, consent which Petitioner's counsel had separately requested earlier.

New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499