IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:               ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY       ) | |
| DETAINEE LITIGATION  ) | Civil No. 05-CV-1353 (RMC) |
| ) | |
| ) | |
| _____ ) | |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958, I understand that I may be the recipient of information or documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information or documents:

(1)   I agree that I will never divulge, publish, or reveal either by word, conduct, or any other means such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2)   I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)   I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

Dated September 30, 2008                    *[signature: William E. Murane]*

William E. Murane
Holland & Hart LLP
555 17th Street, Ste. 3200
P.O. Box 8749
Denver, CO 80201-8749
Tel: (303) 295-8000
Fax: (202) 295-8261

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2008, I electronically filed the foregoing **MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION** with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC 20530

I also certify that on September 30, 2008, I submitted a copy of the foregoing with the Court Security Officer by causing one copy to be delivered to the Court Security Officer via electronic mail at Jennifer.Campbell@usdoj.gov, and one copy to be delivered to the Court Security Officer via UPS OVERNIGHT DELIVERY at the address below.

U.S. Department of Justice, Litigation Security Section
20 Massachusetts Ave., NW, Ste. 5300
Washington, DC 20529-0001

/s Meghan N. Winokur
Holland & Hart LLP

3925165_1.DOC