**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** | ) |  |
| **GUANTANAMO BAY** | ) | **Civil Action Nos.** |
| **DETAINEE LITIGATION** | ) | **04-CV-1254; 05-CV-1646** |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**NOTICE OF FILING**
**OF PROPOSED AMENDED FACTUAL RETURN**

Respondents have submitted to the Court Security Officer for filing their proposed amended factual returns in the above-captioned cases for the following petitioners:

| Petitioner | Case | ISN |
|---|---|---|
| Ahmed | 04-1254 | 32 |
| Zaid | 05-1646 | 550 |

The proposed amended returns contain information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return in each case (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: September 30, 2008     Respectfully submitted,

                                          GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


*/s/ Paul E. Ahern*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JUDRY L. SUBAR (D.C. Bar No. 347518)
PAUL AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  202.305.0633
Fax: 202.616.8470

Attorneys for Respondents