IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| IN RE: <br><br> GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) <br><br> Civil Action No. CV 02-0828 (PLF) |
|---|---|

### NOTICE OF ACKNOWLEDGEMENT OF REPRESENTATION

Attached are two acknowledgements of representation, one in Arabic and one in English, signed by Petitioner, authorizing Jan K. Kitchel to represent him in this proceeding.

Dated: September 30, 2008.

                                                Respectfully submitted,

By: _____
Jan K. Kitchel, *Pro Hac Vice*
SCHWABE, WILLIAMSON & WYATT,
1211 SW 5TH Avenue, #1500-2000
Portland, OR 97204
Telephone – 503.796.2939
Facsimile – 503.796.2900
Attorneys for Plaintiffs-Petitioners

1 – **NOTICE OF ACKNOWLEDGEMENT OF REPRESENTATION**

PDX/112907/141447/JKK/2980702.1

dockets.Justia.com

# CERTIFICATE OF SERVICE

I certify that on September 30, 2008, I caused the foregoing **NOTICE OF ACKNOWLEDGEMENT OF REPRESENTATION** to be served on the following attorneys via electronic filing:

Brian David Boyle
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 4633
Washington, DC 20530-0001
(202) 3305-1434
202-514-0238 (fax)
brian.d.boyle@usdoj.gov

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
(202) 616-8470 (fax)
terry.henry@usdoj.gov

Robert J. Katerberg
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-8298
(202) 616-8460 (fax)
robert.katerberg@usdoj.gov

Robert D. Okun
UNITED STATES ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 10-435
Washington, DC 20530
(202) 514-7282
(202) 514-8784 (fax)
robert.okun@usdoj.gov

1 – Certificate of Service
PDX/112907/141447/JKK/2980702.1

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
judry.subar@usdoj.gov

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-5084
(202) 616-8460 (fax)
andrew.warden@usdoj.gov

*signature*
Jan K. Kitchel

إقرار بقبول التمثيل القانوني

تبعا للقسم IIIC.2 من "الإجراءات المعدّلة لتوصّل محامي الدفاع للمعتقلين في القاعدة البحرية الأمريكية في خليج جوانتانامو في كوبا،" أمنح موافقتي على تمثيلي قانونيا لمحامي الدفاع الموقع أدناه والذي قدم التماسا مكتوبا لتمثيلي قانونيا في محاكم فدرالية قضائية أخرى بالنيابة عني والذي يساعدني في تمثيلي القانوني بطرق أخرى تتعلق باعتقالي وسجني من قبل الولايات المتحدة الأمريكية.

في حال اضطرار محامي الدفاع للانسحاب من تمثيلي قانونيا لأي سبب ما، أو إذا تم إلغاء تمثيلي قانونيا بأي شكل، فأنا أصرّح لأي محامي دفاع باق في القضية بأن يؤمّن لي محام بديل. تبعا لذلك، فأنا أعين مركز الحقوق الدستورية لتعيين محام دفاع آخر لتمثيلي قانونيا. سيقوم محامي بإبلاغ وزارة الدفاع فورا بأي تغيير في الظروف المتعلقة بتمثيلي قانونيا.

ينطبق هذا الإقرار بقبول التمثيل القانوني على محامي الدفاع الموقع أدناه، وأيضا على المحامين التالية أسماءهم والذين يساعدون في تمثيلي قانونيا:

_____ توقيع محامي الدفاع

YOUNOUS
_____ توقيع المعتقل

Jay K. Kitchel
_____ أكتب إسم محامي الدفاع باللغة الإنجليزية

_____ أكتب إسم المعتقل باللغة الإنجليزية
YOUNOUS CHEKKOURI
ABD ALLAH AHMED EL OUZZAN

_____ أكتب إسم المعتقل بلغته الأصلية (إن كانت بغير الإنجليزية)
يونس الشكوري
أحمد عبدالله الوزان

التاريخ: 7/30/2005

10023-16956 NY:530572.1

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____          _____
Signature of Detainee                                         Signature of Counsel

YOUNOUS CHEKKOURI
AHMED ABD ELLAH ELOUZANE          Jan K. Kitchel
_____          _____
Print Name of Detainee in English                     Print Name of Counsel in English

يونس الشقوري
أحمد عبدالله الوزان

_____
Print Name of Detainee in Native Language (if other than English)

Date: 7/30/05