# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:**<br>**GUANTANAMO BAY**<br>**DETAINEE LITIGATION** | Misc. No. 08-442 (TFH)<br><br>Civil Action Nos.:<br>02-CV-0828, 04-CV-1136, 04-CV-1164,<br>04-CV-1194, 04-CV-1254, 04-CV-1937,<br>04-CV-2022, 04-CV-2035, 04-CV-2046,<br>04-CV-2215, 05-CV-0023, 05-CV-0247,<br>05-CV-0270, 05-CV-0280, 05-CV-0329,<br>05-CV-0359, 05-CV-0392, 05-CV-0492,<br>05-CV-0520, 05-CV-0526, 05-CV-0569,<br>05-CV-0634, 05-CV-0748, 05-CV-0763,<br>05-CV-0764, 05-CV-0833, 05-CV-0877,<br>05-CV-0881, 05-CV-0883, 05-CV-0889,<br>05-CV-0892, 05-CV-0993, 05-CV-0994,<br>05-CV-0995, 05-CV-0998, 05-CV-0999,<br>05-CV-1048, 05-CV-1124, 05-CV-1189,<br>05-CV-1220, 05-CV-1236, 05-CV-1244,<br>05-CV-1347, 05-CV-1353, 05-CV-1429,<br>05-CV-1457, 05-CV-1458, 05-CV-1487,<br>05-CV-1490, 05-CV-1497, 05-CV-1504,<br>05-CV-1505, 05-CV-1506, 05-CV-1509,<br>05-CV-1555, 05-CV-1590, 05-CV-1592,<br>05-CV-1601, 05-CV-1602, 05-CV-1607,<br>05-CV-1623, 05-CV-1638, 05-CV-1639,<br>05-CV-1645, 05-CV-1646, 05-CV-1649,<br>05-CV-1678, 05-CV-1704, 05-CV-1725,<br>05-CV-1971, 05-CV-1983, 05-CV-2010,<br>05-CV-2083, 05-CV-2088, 05-CV-2104,<br>05-CV-2112, 05-CV-2185, 05-CV-2186,<br>05-CV-2199, 05-CV-2200, 05-CV-2249,<br>05-CV-2349, 05-CV-2367, 05-CV-2371,<br>05-CV-2378, 05-CV-2379, 05-CV-2380,<br>05-CV-2381, 05-CV-2384, 05-CV-2385,<br>05-CV-2386, 05-CV-2387, 05-CV-2398,<br>05-CV-2444, 05-CV-2477, 05-CV-2479,<br>06-CV-0618, 06-CV-1668, 06-CV-1674,<br>06-CV-1684, 06-CV-1688, 06-CV-1690,<br>06-CV-1691, 06-CV-1758, 06-CV-1759, |

Dockets.Justia.com

| | 06-CV-1761, 06-CV-1765, 06-CV-1766, |
| | 06-CV-1767, 07-CV-1710, 07-CV-2337, |
| | 07-CV-2338, 08-CV-0987, 08-CV-1085, |
| | 08-CV-1101, 08-CV-1104, 08-CV-1153, |
| | 08-CV-1185, 08-CV-1207, 08-CV-1221, |
| | 08-CV-1222, 08-CV-1223, 08-CV-1224, |
| | 08-CV-1227, 08-CV-1228, 08-CV-1229, |
| | 08-CV-1230, 08-CV-1231, 08-CV-1232, |
| | 08-CV-1233, 08-CV-1234, 08-CV-1235, |
| | 08-CV-1236, 08-CV-1237, 08-CV-1238, |
| | 08-CV-1310, 08-CV-1360, 08-CV-1440 |

**RESPONDENTS' STATUS REPORT REGARDING
THE FILING OF FACTUAL RETURNS AND
REQUEST FOR EXCEPTION FROM SEQUENCING**

Consistent with the Court's July 11, 2008 Scheduling Order (Misc. No. 08-0442) (dkt.

no. 53), as amended by the Court's September 19, 2008 Order (Misc. No. 08-0442) (dkt. no.

464), respondents, as of today, have filed 50 proposed amended or original factual returns in the

Guantanamo Bay habeas corpus cases coordinated under Misc. No. 08-0442. Attached Exhibit A

contains a list of petitioners for whom amended or original factual returns have been filed since

the Court's July 11, 2008 Order, including the case number, petitioner's name, petitioner's ISN,

the type of return (original or amended), and the date of filing of the return.[1]

Consistent with the Court's September 19, 2008 Order, factual returns for petitioners who

have been approved for transfer or release from Guantanamo Bay have not been filed.

Additionally, respondents seek to file factual returns with respect to seven petitioners in

the first 50 filed habeas petitions out of sequence. Those petitioners are listed in attached Exhibit

---

[1] In addition to the returns for the petitioners listed in Exhibit A, during August and
September 2008 respondents have also filed an additional 13 returns in cases pending before
Judges Leon and Sullivan.

B.[2]  In place of those factual returns, respondents have filed factual returns pertaining to seven

other petitioners with later-filed petitions.  This deviation from sequencing reflects primarily

issues related to the clearance of proposed evidence for use in the factual returns, as more fully

described in Respondents' Motion for Partial and Temporary Relief from the Court's July 11,

2008 Scheduling Order (Misc. No. 08-0442) (dkt. no. 317), or has resulted from unique issues

related to evidence proposed for use in connection with specific returns.  Such issues have made

completion of factual returns with respect to these petitioners more complicated or time-

consuming than returns of others, such that it was not appropriate to delay the processing of

returns for other petitioners in the sequence in order to complete the processing of these more

complicated or time-consuming returns.  Disclosure of additional detail regarding the issues that

have resulted in the deviation from normal sequencing would risk improper disclosure of

classified information subject to the clearance issues referenced above or of attorney-client

privileged information or attorney work product.  Additional detail can be provided to the Court

*ex parte* and *in camera*, should the Court require it, however.

Respondents will continue filing factual returns on a rolling basis in anticipation of

completion and filing of at least an additional 50 factual returns monthly.

Dated: September 30, 2008                    Respectfully submitted,

                                             GREGORY G. KATSAS
                                             Assistant Attorney General

                                             JOHN C. O'QUINN
                                             Deputy Assistant Attorney General

---

[2] Counsel for respondents has attempted to confer with counsel for these petitioners, who
either oppose the requested relief or have not responded.

_/s/ Terry M. Henry_
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107

Attorneys for Respondents