IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-CV-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) ) ) ) ) ) | Civil Action Nos. 05-1509 (RMU) 05-1602 (RMU) 05-1704 (RMU) 05-2370 (RMU) 05-2398 (RMU) 08-1310 (RMU) |

## NOTICE OF STATUS

By Minute Order dated August 21, 2008, respondents in the above-referenced matters were directed to notify the Court by September 30, 2008, of the status of petitioners. Previously, respondents informed the Court that they had determined that it would serve no useful purpose to engage in further litigation over enemy combatant status of petitioners Huzaifa Parhat (ISN 320), Abdul Semet (ISN 295), Jalal Jalaldin (ISN 285), Khalid Ali (ISN 280), and Sabir Osman (ISN 282). As respondents informed the Court, they decided to house those five petitioners as if they were no longer enemy combatants while efforts continue to resettle them in a foreign country. They would, after transfer to such special housing, remain there until they are resettled to another country, provided they comply with camp rules, regulations, and procedures. Respondents have now decided that the remaining twelve Uighur petitioners in these cases – Abdul Sabour (ISN 275), Abdul Nasser (ISN 278), Hammad Memet (ISN 328), Edham Mamet (ISN 102), Arkin Mahmud (ISN 103), Bahtiyar Mahnut (ISN 277), Ahmad Tourson (ISN 201), Abdur Razakah (ISN 219), Anwar Hassan (ISN 250), Dawut Abdurehim (ISN 289), Abdul Ghappar Abdul Rahman (ISN 281), Adel Noori (ISN 584) – will be put into the same category.

That is, they will be treated as if they are no longer enemy combatants.[1]

Dated: September 30, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /S/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents

---

[1] As discussed with the Court at the hearing in this matter on August 21, 2008, this determination obviates the need to produce factual returns as to these petitioners.  *See* Transcript of Hearing of August 21, 2008, at 51-52.