# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:                                                )                       | Misc. No. 08-442 (TFH) |
|                                                           ) | |
| GUANTÁNAMO BAY                  ) | Civil Action No. 04-1194 (HHK) |
| DETAINEE LITIGATION           ) | |
|                                                           ) | |

## NOTICE OF AUTHORIZATION OF REPRESENTATION BY PETITIONER MUSA'AB OMAR AL MADHWANI (ISN 839)

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 358), counsel for Petitioner Musa'ab Omar Al Madhwani (ISN 839), by and through counsel, Darold W. Killmer, Mari Newman and Sara J. Rich of KILLMER, LANE & NEWMAN, LLP, respectfully submits the attached Declaration stating that Petitioner has directly authorized counsel to pursue this action.[1]

Respectfully submitted this 1st day of October, 2008.

KILLMER, LANE & NEWMAN, LLP,

*s/ Sara J. Rich*

_____
Darold W. Killmer
Mari Newman
Sara J. Rich
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@KLN-Law.com
mnewman@ KLN-Law.com
srich@KLN-Law.com

---

[1] This Notice of Authorization was filed on September 29, 2008 in Case No. 04-cv-1194 and assigned Doc. No. 257.

## CERTIFICATE OF SERVICE

        I hereby certify that on October 1, 2008, I electronically filed the foregoing **NOTICE OF AUTHORIZATION OF REPRESENTATION BY PETITIONER MUSA'AB OMAR AL MADHWANI (ISN 839)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Terry Marcus Henry | terry.henry@usdoj.gov |
| James C. Luh | james.luh@usdoj.gov |
| Judry Laeb Subar | judry.subar@usdoj.gov |
| Timothy Burke Walthall | timothy.walthall@usdoj.gov |
| Andrew I. Warden | andrew.warden@usdoj.gov |

                                                *s/ Sara J. Rich*
                                                _____