# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) GUANTÁNAMO BAY ) DETAINEE LITIGATION ) ) | Misc. No. 08-442 (TFH) Civil Action No. 04-1194 (HHK) |

## NOTICE OF AUTHORIZATION OF REPRESENTATION BY PETITIONER SUHAIL ABDU ANAM (ISN 569)

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 358), counsel for Petitioner Suhail Abdu Anam (ISN 569), by and through counsel, Darold W. Killmer, Mari Newman and Sara J. Rich of KILLMER, LANE & NEWMAN, LLP, respectfully submit the attached Declaration stating that Petitioner has directly authorized counsel to pursue this action.[1]

Respectfully submitted this 1st day of October, 2008.

                                          KILLMER, LANE & NEWMAN, LLP,

                                          *s/ Sara J. Rich*
                                          _____
                                          Darold W. Killmer
                                          Mari Newman
                                          Sara J. Rich
                                          1543 Champa Street, Suite 400
                                          Denver, CO 80202
                                          (303) 571-1000
                                          dkillmer@KLN-Law.com
                                          mnewman@ KLN-Law.com
                                          srich@KLN-Law.com

---

[1] This Notice of Authorization was filed on September 29, 2008 in Case No. 04-cv-1194 and assigned Doc. No. 256.

# CERTIFICATE OF SERVICE

       I hereby certify that on October 1, 2008, I electronically filed the foregoing **NOTICE OF AUTHORIZATION OF REPRESENTATION BY PETITIONER SUHAIL ABDU ANAM (ISN 569)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Terry Marcus Henry | terry.henry@usdoj.gov |
| James C. Luh | james.luh@usdoj.gov |
| Judry Laeb Subar | judry.subar@usdoj.gov |
| Timothy Burke Walthall | timothy.walthall@usdoj.gov |
| Andrew I. Warden | andrew.warden@usdoj.gov |

*s/ Sara J. Rich*
_____