## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY DETAINEE LITIGATION | ) ) ) ) | Civil Action No. 04-1194 (HHK) |

### NOTICE OF AUTHORIZATION OF REPRESENTATION BY PETITIONER
### JALAL SALIM BIN AMER (ISN 564)

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 358), counsel for Petitioner Jalal Salim Bin Amer (ISN 564), by and through counsel, Darold W. Killmer, Mari Newman and Sara J. Rich of KILLMER, LANE & NEWMAN, LLP, respectfully submit the attached Declaration stating that Petitioner has directly authorized counsel to pursue this action.[1]

Respectfully submitted this 1st day of October, 2008.

                                              KILLMER, LANE & NEWMAN, LLP,

                                              *s/ Sara J. Rich*
                                              _____
                                              Darold W. Killmer
                                              Mari Newman
                                              Sara J. Rich
                                              1543 Champa Street, Suite 400
                                              Denver, CO 80202
                                              (303) 571-1000
                                              dkillmer@KLN-Law.com
                                              mnewman@ KLN-Law.com
                                              srich@KLN-Law.com

---

[1] This Notice of Authorization was filed on September 29, 2008 in Case No. 04-cv-1194 and assigned Doc. No. 255.

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2008, I electronically filed the foregoing **NOTICE OF AUTHORIZATION OF REPRESENTATION BY PETITIONER JALAL SALIM BIN AMER (ISN 564)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Terry Marcus Henry | terry.henry@usdoj.gov |
| James C. Luh | james.luh@usdoj.gov |
| Judry Laeb Subar | judry.subar@usdoj.gov |
| Timothy Burke Walthall | timothy.walthall@usdoj.gov |
| Andrew I. Warden | andrew.warden@usdoj.gov |

*s/ Sara J. Rich*
_____