# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY DETAINEE LITIGATION**<br><br>**SUHAIL ABDU ANAM,** *et. al.*,<br><br>Petitioners,<br><br>v.<br><br>**GEORGE W. BUSH,** *et. al.*,<br><br>Respondents. | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 04-CV-1194 (HHK) |

## NOTICE OF FILING

Please take notice that on October 1, 2008, counsel filed an Opposition to Respondents' Motion for Leave to File Amended Factual Return on behalf of Petitioners: Fahmi Abdullah Ahmed Al Tawlaqi (ISN 688); Ali Ahmed Mohammed Al Rezehi (ISN 045) and; Bashir Nasar Al Marwalah (ISN 837) with the Court Security Officer pursuant to the terms of the September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba.

Dated: September 23, 2008

> Respectfully submitted,
>
> By: <u>/s/ Sarah Havens</u>
> Pamela Rogers Chepiga
> Sarah Havens
> Julie Withers
> ALLEN & OVERY LLP
> 1221 Avenue of the Americas
> New York, NY 10020
> Tel. (212) 610-6300
> Admitted *pro hac vice*
> *Counsel for Petitioners Al Baidhani, Al Haj, Hassan, Al Suweidy, and Al Sarim*
>
> Scott Sullivan
> Kristine Huskey (D.C. Bar No. 462979)
> UNIVERSITY OF TEXAS
>   SCHOOL OF LAW
> NATIONAL SECURITY &
>   HUMAN RIGHTS CLINIC
> 727 E. Dean Keeton Street
> Austin, TX 78705
> Tel. (512) 471-5151
> *Of counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing was served upon the following counsel of record by the CM/ECF system on the 23rd day of September, 2008:

Gregory G. Katsas
John C. O'Quinn
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
Paul E. Ahearn
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305-0633
Fax: (202) 616-8470

*Attorneys for Respondents*

                                                    /s/ Sarah Havens
                                                    Sarah Havens