IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | : Misc. No. 08-442 (TFH)<br>:<br>: Civil Action No. 05-1509 (RMU)<br>: Civil Action No. 05-1602 (RMU)<br>: Civil Action No. 05-1704 (RMU)<br>: Civil Action No. 05-2370 (RMU)<br>: Civil Action No. 05-2398 (RMU)<br>: Civil Action No. 08-1310 (RMU) |

MOTION OF ABDUL SABOUR, ABDUL NASSER, HAMMAD
MEMET, EDHAM MAMET, ARKIN MAHMUD, BAHTIYAR
MAHNUT, AHMAD TOURSON, ABDUR RAZAKAH, ANWAR
HASSAN, DAWUT ABDUREHIM, ABDUL GHAPPAR ABDUL
RAHMAN AND ADEL NOORI FOR IMMEDIATE RELEASE ON
PAROLE INTO THE CONTINENTAL UNITED STATES PENDING
FINAL JUDGMENT ON THEIR *HABEAS* PETITIONS

Petitioners Abdul Sabour, Abdul Nasser, Hammad Memet, Edham Mamet, Arkin

Mahmud, Bahtiyar Mahnut, Ahmad Tourson, Abdur Razakah, Anwar Hassan, Dawut

Abdurehim, Abdul Ghappar Abdul Rahman and Adel Noori (collectively, the "Moving Uighur

Petitioners") respectfully move for their immediate release on parole into the continental United

States pending final judgment on their *habeas* petitions.

On September 30, 2008, Respondents filed a notice of status as to the Moving

Uighur Petitioners indicating that the government does not regard them as enemy combatants.

Respondents previously conceded that they will afford the same treatment to Petitioners Huzaifa

Parhat, Abdul Semet, Jalal Jalaldin, Khalid Ali and Sabir Osman. The Moving Uighur

Petitioners therefore join in the motion previously filed by Petitioner Parhat – and subsequently

joined by Petitioners Semet, Jalaldin, Ali and Osman – for immediate release on parole. As

grounds therefore, the Moving Uighur Petitioners rely on the previously submitted Declarations

of Alim Seytoff and Rebia Kadeer and adopt and incorporate by reference as if fully set forth

KL3 2680288.1

Dockets.Justia.com

herein the arguments articulated in Petitioner Parhat's memorandum of points and authorities in support of his motion for immediate release on parole into the continental United States pending final judgment on his *habeas* petition and memorandum of points and authorities in support of his motion for judgment ordering his release.  The Moving Uighur Petitioners also request that their motion be heard at the upcoming status hearing on October 7, 2008.

Dated:  October 1, 2008

Respectfully submitted,

Susan Baker Manning
Catherine R. Murphy
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC 20036-3406
Telephone:  (202) 778-6150
Facsimile:  (202) 778-6155

Sabin Willett (Pursuant to LCvR 83.2(g))
Neil McGaraghan (Pursuant to LCvR 83.2(g))
Rheba Rutkowski (Pursuant to LCvR 83.2(g))
Jason S. Pinney (Pursuant to LCvR 83.2(g))
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110
Telephone:  (617) 951-8000
Facsimile:  (617) 951-8736

*Counsel for Petitioners Abdul Nasser, Abdul Sabour, Abdul Semet, Hammad Memet, Jalal Jalaldin, Khalid Ali, Sabir Osman and Edham Mamet*

George Clarke
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington, DC  20005
Telephone:  (202) 626-1573
Facsimile:  (703) 598-5121

*Counsel for Petitioners Ali Mohammad and Thabid*

/s/ Eric A. Tirschwell
Eric A. Tirschwell (Pursuant to LCvR 83.2(g))
Michael J. Sternhell (Pursuant to LCvR 83.2(g))
Darren LaVerne (Pursuant to LCvR 83.2(g))
Seema Saifee (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS
   & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel to Petitioners Abdul Razakah, Ahmad Tourson, Abdul Ghaffar and Adel Noori*

Elizabeth P. Gilson (Pursuant to LCvR 83.2(g))
383 Orange Street
New Haven, Connecticut  06511
Telephone:  (203) 777-4050
Facsimile:  (203) 787-3259

*Counsel for Petitioners Bahtiyar Mahnut and Arkina Amahmud*

J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Telephone:  (212) 614-6464
Facsimile:  (212) 614-6499

*Counsel for All Uighur Petitioners*