## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | **)** | |
| | **)** | **Misc. No. 08-442 (TFH)** |
| **IN RE:** | **)** | |
| **GUANTANAMO BAY** | **)** | **Civil Action No. 05-CV-1490 (PLF)** |
| **DETAINEE LITIGATION** | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |

### NOTICE OF FILING
### OF PROPOSED AMENDED FACTUAL RETURN

Respondents have submitted to the Court Security Officer for filing their

proposed amended factual return in the above-captioned case for petitioner Faraj,

ISN 329.  The proposed return contains information that is classified and/or protected

pursuant to the relevant protective order entered in these matters.  Pending further review

by respondents, respondents designate the entire return (aside, of course, from

information that is marked as classified and to be treated as such) as warranting treatment

in the manner in which information deemed "protected" under the protective order is to

be treated.

Dockets.Justia.com

Dated: October 2, 2008        Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


*/s/ Paul E. Ahern*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JUDRY L. SUBAR (D.C. Bar No. 347518)
PAUL AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  202.305.0633
Fax: 202.616.8470

Attorneys for Respondents