# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>)<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>)<br>) | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-1983 (RMU) |

## NOTICE OF AUTHORIZATION

Pursuant to the Court's Order of July 29, 2008, and the Court's Minute Order of September 23, 2008 granting Petitioner's Motion for an Extension of Time, Petitioner Ismael Ali Farag Al Bakush, ISN 708, hereby files this notice of authorization of counsel.

1. On September 22, 2008, Petitioner Ismael Ali Farag Al Bakush, ISN 708, signed an Acknowledgment of Representation authorizing Hunton & Williams LLP to represent him in his petition for writ of habeas corpus and other federal court litigation on his behalf. (Attached as Exhibit A, with English translation.)

Dated: October 2, 2008

Respectfully submitted,

Wesley R. Powell
wpowell@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000
(212) 309-1100 (facsimile)

/s/ Karma B. Brown
Karma B. Brown (Bar No. 479744)
kbbrown@hunton.com
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 955-1500
(202) 778-2201 (facsimile)

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2008, I caused the foregoing Notice of Authorization to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

**Judry Laeb Subar**
U.S DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 514-4107
Fax: (202) 616-8470
Email: judry.subar@usdoj.gov

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7212
Washington, DC 20044
(202) 514-4107
Fax: (202) 616-8470
Email: terry.henry@usdoj.gov

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC
(202) 307-3937
Fax: (202) 616-8470
Email: alexander.haas@usdoj.gov

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-5084
Fax: (202) 616-8460
Email: andrew.warden@usdoj.gov

**Nicholas Andrew Oldham**
U.S. Department of Justice, Civil Division

20 Massachusetts Ave., N.W.
Washington, DC 20530
(202) 514-3367
Fax: (202) 616-8470
Email: Nicholas.Oldham@usdoj.gov

                                                                 /s/ Karma B. Brown
                                                                 Karma B. Brown