## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br><br> **GUANTANAMO BAY** <br> **DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)** |
| **SUHAIL ABDU ANAM,** *et. al.,* <br><br> **Petitioners,** <br><br> v. <br><br> **GEORGE W. BUSH,** *et. al.,* <br><br> **Respondents.** | **Civil Action No. 04-CV-1194 (HHK)** |

### FILING OF MEMORANDA OF UNDERSTANDING

Pursuant to this Court's Order of September 11, 2008, counsel is filing signed

Memoranda of Understanding Regarding Access to Classified National Security Information and

Acknowledgments to the September 11, 2008 Protective Order, for the following attorneys:

Pamela Chepiga, David Esseks, Sarah Havens, Douglas Cox, Julie Withers and Chintan Panchal.

Dated: October 3, 2008

                            Respectfully submitted,

                    By: /s/ Sarah Havens
                         Pamela Rogers Chepiga
                         Sarah Havens
                         Julie Withers
                         ALLEN & OVERY LLP
                         1221 Avenue of the Americas
                         New York, NY 10020
                         Tel. (212) 610-6300
                         Admitted *pro hac vice*
                         *Counsel for Petitioners*

Scott Sullivan
Kristine Huskey (D.C. Bar No. 462979)
UNIVERSITY OF TEXAS
  SCHOOL OF LAW
NATIONAL SECURITY &
  HUMAN RIGHTS CLINIC
727 E. Dean Keeton Street
Austin, TX 78705
Tel. (512) 471-5151
*Of counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing was served

upon the following counsel of record by the CM/ECF system on the 3rd day of October, 2008:

Gregory G. Katsas
John C. O'Quinn
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
Paul E. Ahearn
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305-0633
Fax: (202) 616-8470

*Attorneys for Respondents*

                                              /s/ Julie Withers
                                              Julie Withers