APPROVED FOR FILING BY THE CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, | |
| Petitioner, | Misc. No. 08-442 (TFH) |
| v. | No. 08-CV-1360 |
| ROBERT M. GATES, | |
| Respondent. | |

## NOTICE OF FILING

Please take note that Petitioner's *Unopposed Motion for Extension of Time to File Motion for Reconsideration* was filed with the Court Security Officer on October 3, 2008.

Dated: October 3, 2008
      Washington, D.C.

Respectfully submitted,

  /s/ George Brent Mickum IV
Joseph Margulies
MacArthur Justice Center
Northwestern University School of Law
357 East Chicago Avenue
Chicago, IL 60611
(312) 503-0890

George Brent Mickum IV [Bar No. 396142]
Amanda L. Edwards
Spriggs & Hollingsworth
1350 I Street NW
Washington, District of Columbia 20005

        Telephone: (202) 898-5800
        Facsimile: (202) 6821639

        Baher Azmy
        Seton Hall Law School
        Center for Social Justice
        One Newark Center
        Newark, NJ 07102
        (973) 642-8700

## CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2008, I caused the foregoing Notice of Filing to be filed and served on counsel listed below by electronic transmission and first class mail:

Judry L. Subar  
Terry M. Henry  
Andrew I. Warden  
Jean Lin  
Trial Attorneys  
United States Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Avenue, N.W.  
Washington, D.C. 20530

                                              /s/George Brent Mickum IV  
                                              George Brent Mickum IV