# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-0442 (TFH)<br><br>Civil Action Nos. 08-1085, 08-1207 |

## **ORDER**

Petitioner Abd Al-Rahim Hussain Mohammed Al-Nashiri, also known as Abdul Rahim Hussein Muhammed Al-Nashir, ("Al-Nashiri") (ISN 10015) currently has a habeas petition pending before this Court in each of the above-captioned cases. The Federal Public Defender for the District of Nevada, through attorney Paul Turner and other assistant federal public defenders, filed the petition in 08-cv-1207, and attorney Scott Fenstermaker filed the petition in 08-cv-1085. A review of the records in these matters reveals that the petition filed by the Nevada Public Defender was directly authorized, while the petition filed by Mr. Fenstermaker was not. Because Al-Nashiri cannot proceed with duplicate habeas petitions before this Court, the Court

**ORDERS** that, by Friday, October 10, 2008, Mr. Fenstermaker shall show cause why the petition in 08-cv-1085 should not be dismissed.

October 3, 2008                                           /s/
                                              Thomas F. Hogan
                                              United States District Judge