# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | Civil Action No. 08-1207 |

### **ORDER**

On September 19, 2008, the Court received Petitioner's ex parte response to the government's proposed TS//SCI protective order. The Court

**ORDERS** Petitioner to file and serve upon the government a redacted version of the ex parte filing by 4:00 p.m. on Thursday, October 9, 2008. The Court further

**ORDERS** the government to reply to Petitioner's response to the government's proposed TS//SCI protective order by 4:00 p.m. on Wednesday, October 15, 2008.

October 6, 2008                                                                                    /s/
                                                                                      Thomas F. Hogan
                                                                                      United States District Judge