IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| IN RE: <br><br> GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) <br><br> Civil Action No. CV 05-0329 (PLF) |
|---|---|

**ERRATA NOTICE OF ACKNOWLEDGEMENT OF REPRESENTATION**

Attached are two acknowledgements of representation, one in Arabic and one in English, signed by Petitioner, authorizing Jan K. Kitchel to represent him in this proceeding.

Dated: October ___, 2008.

Respectfully submitted,

By: _____
Jan K. Kitchel, *Pro Hac Vice*
SCHWABE, WILLIAMSON & WYATT,
1211 SW 5TH Avenue, #1500-2000
Portland, OR 97204
Telephone – 503.796.2939
Facsimile – 503.796.2900

George Brent Mickum IV, Bar No. 396142
KELLER AND HECKMAN, LLP
1001 "G" Street, NW., Suite 500 W
Washington, D.C. 20001
(202) 434-4100/(202) 434-4646 (fax)
Mickum@KHLAW.Com

Attorneys for Plaintiffs-Petitioners

1 – **ERRATA NOTICE OF ACKNOWLEDGEMENT OF REPRESENTATION**

PDX/112907/141447/JKK/2980702.1

إقرار بقبول التمثيل القانوني

تبعا للقسم IIIC.2 من "الإجراءات المعدّلة لتوصّل محامي الدفاع للمعتقلين في القاعدة البحرية الأمريكية في خليج جوانتانامو في كوبا،" أمنح موافقتي على تمثيلي قانونيا لمحامي الدفاع الموقع أدناه والذي قدم التماسا مكتوبا لتمثيلي قانونيا في محاكم فدرالية قضائية أخرى بالنيابة عني والذي يساعدني في تمثيلي القانوني بطرق أخرى تتعلق باعتقالي وسجني من قبل الولايات المتحدة الأمريكية.

في حال اضطرار محامي الدفاع للانسحاب من تمثيلي قانونيا لأي سبب ما، أو إذا تم إلغاء تمثيلي قانونيا بأي شكل، فأنا أصرّح لأي محامي دفاع باق في القضية بأن يؤمّن لي محام بديل. تبعا لذلك، فأنا أعين مركز الحقوق الدستورية لتعيين محام دفاع آخر لتمثيلي قانونيا. سيقوم محامي بإبلاغ وزارة الدفاع فورا بأي تغيير في الظروف المتعلقة بتمثيلي قانونيا.

ينطبق هذا الإقرار بقبول التمثيل القانوني على محامي الدفاع الموقع أدناه، وأيضا على المحامين التالية أسماءهم والذين يساعدون في تمثيلي قانونيا:

| | |
|---|---|
| _[signature]_ توقيع محامي الدفاع | YOUNOUS توقيع المعتقل |
| Jay F. Kitchel أكتب إسم محامي الدفاع باللغة الإنجليزية | YOUNOUS CHEKKOURI / ABD ALLAH AHMED EL OUZAN أكتب إسم المعتقل باللغة الإنجليزية |

أكتب إسم المعتقل بلغته الأصلية (إن كانت بغير الإنجليزية)

يونس الشكوري
أحمد عبدالله الوزان

التاريخ: 7/30/2005

10023-16956 NY:530572.1

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_YOUNOUS_
Signature of Detainee

_Jan K. Kitchel_
Signature of Counsel

YOUNOUS CHEKKOURI
AHMED ABD ELLAH ELOUZANE
Print Name of Detainee in English

Jan K. Kitchel
Print Name of Counsel in English

يونس الشكوري
أحمد عبد الله الوزان

Print Name of Detainee in Native Language (if other than English)

Date: 7/30/05

# CERTIFICATE OF SERVICE

I certify that on October 6, 2008, I caused the foregoing **ERRATA NOTICE OF ACKNOWLEDGEMENT OF REPRESENTATION** to be served on the following attorneys via electronic filing:

Brian David Boyle
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 4633
Washington, DC 20530-0001
(202) 3305-1434
202-514-0238 (fax)
brian.d.boyle@usdoj.gov

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
(202) 616-8470 (fax)
terry.henry@usdoj.gov

Robert J. Katerberg
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-8298
(202) 616-8460 (fax)
robert.katerberg@usdoj.gov

Robert D. Okun
UNITED STATES ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 10-435
Washington, DC 20530
(202) 514-7282
(202) 514-8784 (fax)
robert.okun@usdoj.gov

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
judry.subar@usdoj.gov

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-5084
(202) 616-8460 (fax)
andrew.warden@usdoj.gov

_____
Jan K. Kitchel