# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) |  |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) |  |
| **GUANTANAMO BAY** ) | **Civil Action No. 05-CV-2379 (JR)** |
| **DETAINEE LITIGATION** ) |  |
| ) |  |
| ) |  |
| ) |  |

## NOTICE OF FILING OF FACTUAL RETURN

Respondents have submitted to the Court Security Officer for filing their factual return in the above-captioned case, for the following petitioner: Awad, ISN 88.

The return contains information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: October 6, 2008		Respectfully submitted,

		GREGORY G. KATSAS
		Assistant Attorney General

		JOHN C. O'QUINN
		Deputy Assistant Attorney General


		<u>/s/ Paul E. Ahern</u>
		JOSEPH H. HUNT (D.C. Bar No. 431134)
		VINCENT M. GARVEY (D.C. Bar No. 127191)
		TERRY M. HENRY
		JUDRY L. SUBAR (D.C. Bar No. 347518)
		PAUL AHERN
		Attorneys
		United States Department of Justice
		Civil Division, Federal Programs Branch
		20 Massachusetts Avenue, N.W.
		Washington, DC  20530
		Tel:  202.305.0633
		Fax: 202.616.8470

		Attorneys for Respondents