# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **GUANTÁNAMO BAY** | )  **Misc. No. 08-442 (TFH)** |
| **DETAINEE LITIGATION** | ) |
| | )  **Civil Action No. 05-CV-2384 (RWR)** |
| | ) |

## NOTICE OF AUTHORIZATION

Pursuant to the Court's Order of July 29, 2008 and the Court's August 12, 2008 Order

granting Petitioner's Motion for Extension of Time to File Authorization, counsel for Petitioner

Mohammad Zahrani respectfully submits the attached declaration explaining why counsel has

not been able to secure a written authorization as of this date.

Dated:  October 6, 2008                                                Respectfully submitted,

                                                                     /s/ Patricia A. Bronte
                                                                    One of the Attorneys for Petitioners
                                                                    Saad Al Qahtani and Mohammed Zahrani

David W. DeBruin (DDC Bar No. 337626)         Patricia A. Bronte
JENNER & BLOCK LLP                            Sapna G. Lalmalani
601 Thirteenth Street, N.W., Suite 1200        JENNER & BLOCK LLP
Washington, DC  20005-3823                    330 North Wabash Ave.
Tel: (202) 639-6000                           Chicago, IL  60611
Fax: (202) 639-6066                           Tel: (312) 923-8357
                                              Fax: (312) 840-7757

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2008, I caused the foregoing Notice of Authorization

to be delivered to the below-listed counsel of record in the above-captioned matters through the

CM/ECF system:

> Andrew I. Warden
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
> Washington, D.C. 20530
>
> Terry Marcus Henry
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
> Washington, D.C. 20530

                                   /s/ Patricia A. Bronte