IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 05-CV-2386 (RBW) |
| ) | Civil Action No. 06-CV-1761 (ESH) |
| ) | |

NOTICE RELATED TO COURT'S ORDER OF JULY 29, 2008
CONCERNING FILING OF AUTHORIZATIONS

Petitioner Abdul-Rahman Sulaeiman, one of the petitioners in *Mohammon v. Bush*, 05-2386, and Petitioner Achraf Salim Abdessalam, the petitioner in *Abdessalam v. Bush*, 06-1761, by and through their counsel, respectfully submit this Notice in response to this Court's Order of July 29, 2008. Counsel for Petitioners states:

1.  In its Order of July 29, 2008, this Court ordered that within 60 days counsel file "a signed authorization from the petitioner to pursue the action or a declaration by counsel that states the petitioner directly authorized counsel to pursue the action and explains why counsel was unable to secure a signed authorization." On September 24, 2008, this Court granted Petitioners' motion for an extension of time until October 6, 2008, to comply with the Court's Order.

2.  As described in the Declaration of Thomas P. Sullivan, attached hereto as Exhibit A, Counsel personally met at Guantanamo Bay, Cuba, with Petitioner Abdessalam on September 30, 2008, and with Petitioner Sulaeiman on October 1, 2008. (Exhibit A at ¶¶ 2-3.) During these meetings, Petitioners each signed authorizations to pursue their respective action for *habeas corpus*. (*Id.* at ¶ 4.)

3.  However, counsel does not currently have either authorization because pursuant to the protective order in this case, notes and materials from the meetings with Petitioners must immediately be submitted for review for classified information and clearance. (*Id.* at ¶ 5.) Counsel's notes from these meetings, as well as the authorizations, have not yet been cleared and returned to counsel. (*Id.*) Once the authorizations have been cleared and returned to counsel, counsel will file the authorizations with the Court pursuant to the Court's Order of July 29, 2008.

Dated: October 6, 2008                                    Respectfully submitted,

                                                          /s/ Thomas P. Sullivan
                                                          One of the Attorneys for Petitioners
                                                          Abdul-Rahman Sulaeiman and Achraf Salim
                                                          Abdessalam

                                                          Thomas P. Sullivan
                                                          Douglas A. Sondgeroth
                                                          JENNER & BLOCK LLP
                                                          330 North Wabash Ave.
                                                          Chicago, IL 60611
                                                          Tel: (312) 840-7605
                                                          Fax: (312) 840-7705

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2008, I caused the foregoing Notice Related To Court's Order Of July 29, 2008 Concerning Filing Of Authorizations to be delivered to the below-listed counsel of record in the above-captioned matters through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

/s/ Thomas P. Sullivan