## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br>**GUANTANAMO BAY**<br>**DETAINEE LITIGATION**<br><br>**ADEL HAMLILY,** *et al.*<br>    Petitioners,<br>    v.<br>**GEORGE W. BUSH,** *et al.*<br>    Respondents | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-0763 |

### RESPONDENTS' RESPONSE TO PETITIONER'S MOTION
### TO COMPEL PRODUCTION OF UNCLASSIFIED FACTUAL RETURN

Respondents hereby respond to Petitioner's Motion to Compel Production of Unclassified Factual Return (No. 05-CV-0763, dkt. no. 81) and state as follows:

Respondents fully recognize the need for unclassified versions of the amended and original factual returns being filed in the Guantanamo habeas cases before the Court, including this case. The Government, however, has filed more than 65 amended or original factual returns in the Guantanamo cases before the various Judges of the Court and continues to expend tremendous resources, as more fully described in Respondents' Motion for Partial and Temporary Relief from the Court's July 11, 2008 Scheduling Order (Misc. No. 08-0442) (dkt. no. 317), to file at least 50 additional amended or original factual returns per month. While Respondents are working to develop a process whereby unclassified versions of newly filed factual returns can also be produced, the document review and redaction resources required for production of such unclassified versions are the same review and redaction resources required for production of the

more than 50 new factual returns per month. These significant and competing resource demands have meant that Respondents have not been able to produce unclassified versions of most of the factual returns already filed.

Furthermore, Petitioner's counsel here have not articulated a specific, emergency need for production of an unclassified version of the return that would warrant imposition on the Government's factual return production resources at this time or in priority over other petitioners for whom factual returns have been filed. And, production of an unclassified version of a factual return should not be required based on no more than a counsel's request for such a version or on a requested arbitrary deadline, at least until proper coordination of review and redaction resources necessary to produce such versions is accomplished.

Accordingly, the Court should deny petitioner's motion to compel production of an unclassified version of the factual return in this case for now, pending development and implementation of a process, equitable to all petitioners in these Guantanamo cases, for production of unclassified versions of the factual returns.

Dated: October 6, 2008                    Respectfully submitted,

                                          GREGORY G. KATSAS
                                          Assistant Attorney General

                                          JOHN C. O'QUINN
                                          Deputy Assistant Attorney General

*/s/ Terry M. Henry*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JUDRY L. SUBAR (D.C. Bar No. 347518)
ANDREW I. WARDEN
PAUL AHERN
FREDERICK S. YOUNG (D.C. Bar No. 421285)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  202.514.4107
Fax: 202.616.8470

Attorneys for Respondents