UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Rahim ali-Nashir,

                Petitioner,

v.

Robert M. Gates, et. al.

                Respondents.

PROPOSED ORDER

Misc. No. 08-0442 (TFH)
Civil Docket Number 08-1085
Civil Docket Number 08-1207

## PROPOSED ORDER

Upon a reading of the motion of Scott L. Fenstermaker, Esq. for an expansion of time to show cause why petition 08-cv-1085 should not be dismissed, and finding that good cause exists for such expansion of time to respond, the Court hereby

**ORDERS** that this Court's October 3, 2008 Order directing that Scott L. Fenstermaker, Esq. show cause by Friday, October 10, 2008 why petition 08-cv-1085 should not be dismissed is hereby extended from October 10, 2008 until October 17, 2008.

October ___, 2008

_____
Thomas F. Hogan
United States District Judge

1