# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-0442 (TFH)<br><br>Civil Action Nos. 08-1085, 08-1207 |

### **ORDER**

Pending before the Court is attorney Scott Fenstermaker's Motion To Expand Time. In the motion, Mr. Fenstermaker requests an extension of one week to respond to the Court's October 3, 2008, order that requires Mr. Fenstermaker to show cause why the petition in 08-cv-1085 should not be dismissed. Upon review of the motion and the records in the above-captioned cases, the Court

**ORDERS** that Mr. Fenstermaker's motion is **GRANTED**. Accordingly, the Court further

**ORDERS** that, by 4:00 p.m. on Friday, October 17, 2008, Mr. Fenstermaker shall respond to the Court's order to show cause why the petition in 08-cv-1085 should not be dismissed. Additionally, the Court further

**ORDERS** that, along with his response to the Court's show cause order, Mr. Fenstermaker shall submit for *in camera* review the three letters he received from Petitioner that are referenced in the motion and attached declaration.

October 7, 2008                                                                       /s/
                                                                       Thomas F. Hogan
                                                                       United States District Judge