**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| ) | |
| GUANTANAMO BAY ) | Civ. Action No. 08-0987 |
| DETAINEE LITIGATION ) | |

**NOTICE OF GOVERNMENT'S RESPONSE TO CLIENT VISIT REQUEST**

Counsel for Petitioner Moammar Badawi Dokhan in the above-captioned case hereby notifies the Court that Respondents have approved her client visit request for October 15-17. Accordingly, Petitioner withdraws PETITIONER'S EMERGENCY MOTION TO RESOLVE SCHEDULING OF CLIENT VISIT REQUEST, filed October 6, 2008, as the relief requested therein is no longer required.

Dated: October 7, 2008            Respectfully submitted,

*Counsel for Petitioner Dokhan*
(08-cv-0987)

 /s/ Kristine A. Huskey 
Kristine A. Huskey
D.C. Bar #462979
Scott Sullivan
National Security & Human Rights Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512-232-3657
Fax: 512-232-0800

Shayana D. Kadidal
D.C. Bar ID #454248

Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: 212-614-6438
Fax: 212-614-6499

## IN THE UNITED STATES DISTRICT

    I, Peenesh Shah, hereby certify that I today caused a true and accurate copy of the NOTICE OF GOVERNMENT'S RESPONSE TO CLIENT VISIT REQUEST to be served electronically via the Court's Electronic Case Filing system, which will send notification of such filings to all counsel of record.

                                                     /s/ Peenesh Shah
                                                   Peenesh Shah

Dated: October 7, 2008