## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **GUANTÁNAMO BAY** ) | **Misc. No. 08-442 (TFH)** |
| **DETAINEE LITIGATION** ) | |
| ) | **Civil Action No. 04-CV-1194 (HHK)** |
| ) | |

### NOTICE OF FILING

Please take notice that on October 6, 2008, counsel for Petitioner Musa'ab Omar Al Madhwani filed Petitioner's Opposition to Government's Motion for Leave to File Amended Factual Return with the Court Security Officer pursuant to the terms of the Protective Order.

Dated: October 7, 2008                                  Respectfully submitted,

                                                        /s/ Patricia A. Bronte
                                                        One of the Attorneys for the Petitioner
                                                        Musa'ab Omar Al Madhwani

David W. DeBruin (DDC Bar No. 337626)   Patricia A. Bronte
JENNER & BLOCK LLP                       Sapna G. Lalmalani
1099 New York Avenue NW, Suite 900       JENNER & BLOCK LLP
Washington, DC 20001-4412                330 North Wabash Ave.
Tel: (202) 639-6000                      Chicago, IL 60611
Fax: (202) 639-6066                      Tel: (312) 923-8357
                                         Fax: (312) 840-7757

                                         Darold W. Killmer
                                         Mari Newman
                                         Sara Rich
                                         KILLMER, LANE & NEWMAN LLP
                                         1543 Champa Street, Suite 400
                                         Denver, Co 80202
                                         T: (303) 571-1000
                                         F: (303) 571-1001

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2008, I caused the foregoing Notice of Filing to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Andrew I. Warden
>Judry Laeb Subar
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, DC 20530

/s/ Patricia A. Bronte