# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| ) |  |
| GUANTÁNAMO BAY ) | Civil Action No. 04-1194 (HHK) |
| DETAINEE LITIGATION ) |  |
| ) |  |

## NOTICE OF FILING

Please take notice that on October 6, 2008, counsel for Petitioner Jalal Salim Bin Amer (ISN 564) filed Petitioner's Opposition to Government's Motion for Leave to File Amended Factual Return (Misc. No. 08-442 (TFH), Doc. 316) (Civil Action No. 04-1194 (HHK), Doc. 226) with the Court Security Officer pursuant to the terms of the Protective Order.

Respectfully submitted this 7th day of October, 2008.

KILLMER, LANE & NEWMAN, LLP,

*s/ Sara J. Rich*

Darold W. Killmer
Mari Newman
Sara J. Rich
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@KLN-Law.com
mnewman@ KLN-Law.com
srich@KLN-Law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2008, I electronically filed the foregoing **NOTICE OF FILING** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Terry Marcus Henry | terry.henry@usdoj.gov |
| James C. Luh | james.luh@usdoj.gov |
| Judry Laeb Subar | judry.subar@usdoj.gov |
| Timothy Burke Walthall | timothy.walthall@usdoj.gov |
| Andrew I. Warden | andrew.warden@usdoj.gov |
| David J. Stander | david.stander@usdoj.gov |
| Phillip Truman | mike.truman@usdoj.gov |

*Sara J. Rich*
_____