# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GUANTANAMO BAY | )    Misc. No. 08-442(TFH) |
| | ) |
| DETAINEE LITIGATION | )    Civil Action No. 05-CV-01592(UNA) |
| | ) |

## NOTICE OF PETITIONER'S AUTHORIZATION OF REPRESENTATION

Pursuant to the Court's July 29, 2008 Order, Misc. No. 08-442 Doc. 210, counsel for Petitioner

Hassan Bin Attash herewith file the Declaration of David H. Remes Concerning Authorization to

Represent Petitioner Hassan Bin Attash (ISN 1456), which states that Petitioner directly authorized

counsel to pursue this action and explains why counsel were unable to secure a signed authorization.

*See* Ex. 1.


Dated:  October 7, 2008

Respectfully submitted,


/s/ Travis LeBlanc
TRAVIS LEBLANC (D.C. Bar No. 496844)
ASHOK RAMANI (Pursuant to LCvR 83.2(g))
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188


/s/ David H. Remes
DAVID H. REMES
Appeal for Justice
1106 Noyes Drive
Silver Spring, MD  20910
Telephone:  (202) 669-6508

Attorneys for Petitioner
HASSAN BIN ATTASH

427119.01

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 7, 2008, I caused the foregoing Notice of Petitioner's

Authorization of Representation and Declaration of David H. Remes Concerning Authorization

to Represent Petitioner Hassan Bin Attash (ISN 1456) to be delivered to the below-listed counsel

of record in the above-captioned matters through the CM/ECF system:

Alexander Kenneth Haas
Terry Marcus Henry
James J. Schwartz
Judry Laeb Subar
Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530

_/s/ Travis LeBlanc_____