IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-MC-442 (TFH)<br><br>Civil Action No. 05-CV-1509 (RMU)<br>Civil Action No. 05-CV-1602 (RMU)<br>Civil Action No. 05-CV-1704 (RMU)<br>Civil Action No. 05-CV-2370 (RMU)<br>Civil Action No. 05-CV-2398 (RMU)<br>Civil Action No. 08-CV-1310 (RMU) |

## NOTICE OF APPEAL

NOTICE is hereby given that all Respondents in the above-captioned matters hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the minute entry of October 7, 2008, and the orders entered orally in open Court on the same date.

Dated: October 7, 2008        Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /s/ Sean O'Donnell
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
SEAN W. O'DONNELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel: (202) 514-3755 / Fax: (202) 616-8470

Attorneys for Respondents