FILED WITH THE
COURT SECURITY OFFIC
CSO: Myerson
DATE: 10/8/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| IN RE: | : | Misc. No.: | 08-0442 (TFH) |
| | : | | |
| GUANTANAMO BAY | : | Civil Action Nos: | 05-1509 (RMU) |
| DETAINEE LITIGATION. | : | | 05-1602 (RMU) |
| | : | | 05-1704 (RMU) |
| | : | | 05-2370 (RMU) |
| | : | | 05-2398 (RMU) |
| | : | | 08-1310 (RMU) |
| | : | | |
| | : | Document Nos.: | 133, 134, 172 |

FILED
OCT 8 – 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# MEMORANDUM OPINION

### GRANTING THE PETITIONERS' MOTIONS FOR JUDGMENT ON THEIR PENDING HABEAS PETITIONS AND DENYING AS MOOT THE PETITIONERS' MOTIONS FOR IMMEDIATE RELEASE ON PAROLE INTO THE UNITED STATES