### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br><br> **GUANTANAMO BAY** <br> **DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 05-1490 (PLF) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, pursuant to the provisions of the Protective Order in effect in this action, Petitioner has today filed under seal with the Court Security Officers an opposition to Respondents' motion for leave to file an amended factual return, together with a proposed order.

    Respectfully submitted,

    GARVEY SCHUBERT BARER

By  /s/ Robert C. Weaver, Jr.
    Robert C. Weaver, Jr. OSB #80135
    Samuel C. Kauffman, OSB #94352
    GARVEY SCHUBERT BARER, 18th Floor
    121 SW Morrison St.
    Portland, OR 97204
    Tel: (503) 228-3939
    Fax: (503) 226-0259

By /s/ Eldon V.C. Greenberg
    Eldon V.C. Greenberg
    D.C. Bar #159558

    GARVEY SCHUBERT BARER, 5th Floor
    1000 Potomac Street, N.W.
    Washington, DC 20007
    Tel: (202) 965-7880
    Fax: (202) 965-1729

    <u>Attorneys for Petitioner</u>

Dated: October 8, 2008