UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| IN RE: | : | Misc. No.: | 08-0442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION. | : | Civil Action Nos: | 05-1509 (RMU) 05-1602 (RMU) 05-1704 (RMU) 05-2370 (RMU) 05-2398 (RMU) 08-1310 (RMU) |
| | : | Document Nos.: | 133, 134, 172 |

## ORDER

**GRANTING THE PETITIONERS' MOTIONS FOR JUDGMENT ON THEIR PENDING HABEAS PETITIONS AND DENYING AS MOOT THE PETITIONERS' MOTIONS FOR IMMEDIATE RELEASE ON PAROLE INTO THE UNITED STATES**

For the reasons stated in the accompanying Memorandum Opinion, it is this 8th day of October, 2008,

**ORDERED** that the motion of Huzaifa Parhat and four other petitioners for judgment on their habeas petitions and release into the continental United States is **GRANTED**; and it is

**FURTHER ORDERED** that the motion of Huzaifa Parhat and four other petitioners for immediate release on parole into the continental United States pending final judgment is **DENIED as MOOT**; and it is

**ORDERED** that the remaining petitioners' motion for immediate release on parole into the continental United States pending final judgment and for release into the continental United States is **DENIED as MOOT as to immediate release on parole and GRANTED as to release into the United States**; and it is

**FURTHER ORDERED** that the government shall produce each of the petitioners before this court on Friday, October 10, 2008 at 10:00 am, at which time the court will impose such short-term conditions of release as it then finds reasonable and appropriate; and it is

**ORDERED** that a hearing shall take place on Thursday, October 16, 2008 at 2:00 pm, at which time the court imposed terms and conditions will be reassessed and altered if necessary; and it is

**FURTHER ORDERED** that a representative from the Department of Homeland Security be present at the October 16, 2008 hearing.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge