IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:  )<br>  )<br>  ) Misc. No. 08-CV-442 (TFH)<br>GUANTANAMO BAY  )<br>DETAINEE LITIGATION  ) Civil Action No. 05-CV-1497 (RCL)<br>  ) | |

## NOTICE OF FILING OF OPPOSITION TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 12, 2008, Respondents have filed an opposition to Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. This submission contains information that Respondents have designated as "protected information." In accordance with paragraph 49 of the protective order, the submission was filed under seal pursuant to Local Civil Rule 5.1(j).

Dated: October 9, 2008               Respectfully submitted,

                                     GREGORY G. KATSAS
                                        Assistant Attorney General

                                     JOHN C. O'QUINN
                                     Deputy Assistant Attorney General

                                     */s/ Joseph C. Folio III*
                                     JOSEPH H. HUNT (D.C. Bar No. 431134)
                                     VINCENT M. GARVEY (D.C. Bar No. 127191)
                                     JUDRY L. SUBAR (D.C. Bar 347518)
                                     TERRY M. HENRY
                                     ANDREW I. WARDEN (IN Bar 23840-49)
                                     PAUL DEAN
                                     JAY APPERSON
                                     JOSEPH C. FOLIO III
                                     Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents