IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
IN RE:                          )
                                )     Misc. No. 08-442 (TFH)
                                )
GUANTANAMO BAY           )
DETAINEE LITIGATION      )
_____)     Civil Action No. 05-CV-392 (ESH)

## <u>NOTICE OF FILING OF PROTECTED INFORMATION</u>

NOTICE is hereby given that, pursuant to the protective order entered herein by the

Court's Order of September 11, 2008, respondents have filed with the Court a submission which

respondents seek to have designated as "protected information." In accordance with paragraph

49 of the protective order, the submission was filed under seal pursuant to Local Civil Rule

5.1(j). The submission cannot be described in any greater detail without disclosing the substance

of the protected information. As required by the protective order, respondents have disclosed the

protected information to petitioners' counsel and are conferring with counsel in an attempt to

reach an agreement regarding the designation of the information prior to filing a motion with the

Court; following the outcome of that conferral, respondents will file an appropriate motion with

the Court to have the information designated as "protected."


Dated: October 9, 2008          Respectfully submitted,

                                  GREGORY G. KATSAS
                                  Assistant Attorney General

                                  JOHN C. O'QUINN
                                  Deputy Assistant Attorney General

                         _/s/ *Andrew I. Warden*_____
                                  JOSEPH H. HUNT (D.C. Bar No. 431134)
                                  VINCENT M. GARVEY (D.C. Bar No. 127191)

JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents