# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| ) |  |
| GUANTÁNAMO BAY DETAINEE ) LITIGATION ) | Civil Action No. 05-cv-0392 (ESH) |

## NOTICE OF FILING OF PETITIONER'S OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED FACTUAL RETURN

Petitioner Djamel Ameziane ("Petitioner"), by his undersigned counsel, hereby gives notice that on October 9, 2008, a copy of Petitioner's Opposition to Motion for Leave to File Amended Factual Return was submitted under seal to the Court Security Office for filing and classification review.

The Motion will be filed via the Electronic Case Filing system when it has been cleared for public filing by the Court Security Office.

Dated: New York, New York
October 9, 2008

Respectfully submitted,

/s/ Pardiss Kebriaei
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6452
Fax: (212) 614-6499

*Counsel for Petitioner*

Dockets.Justia.com