# IN THE UNITED STATES DISTRICT
# COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI**, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba, <br>　　　　　Petitioner, <br><br>　　　v. <br><br>**GEORGE W. BUSH**, et al., <br>　　　　　Respondents. | **CIVIL ACTION (HABEAS CORPUS)** <br><br>No. 08-Civ-1207 (UNA) <br>Misc. No. 08-Civ. 442 (TFH) <br><br>JUDGE: Unassigned |

## NOTICE

PLEASE TAKE NOTICE that Petitioner, Abd Al-Rahim Hussain Mohammed Al-Nashiri, by and through undersigned counsel, with the assistance of the Court Security Office, has complied with the Court's October 6, 2008, Order.

Date:　October 10, 2008

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ Paul G. Turner
　　　　　　　　　　　　　　　　　　　　　*PAUL G. TURNER
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 07941
　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　*GERALD BIERBAUM
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24025252
　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　*MUKUND H. SHARMA
　　　　　　　　　　　　　　　　　　　　　California Bar No. 249125
　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　411 East Bonneville Avenue, Ste. 250
　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　　(702) 388-6577
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Petitioner

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2008, I served the foregoing **NOTICE**, with the United States District Court for the District of Columbia for electronic filing (CM/ECF) with the Court and service on the persons listed on the attached service list:

**Judry Laeb Subar**
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: judry.subar@usdoj.gov

**Scott Michael Marconda**
UNITED STATES DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 5130
Washington, DC 20530
Email: scott.marconda@usdoj.gov

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: alexander.haas@usdoj.gov

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7212
Washington, DC 20044
Email: terry.henry@usdoj.gov

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
20 Massachusetts Avenue, NW
Washington, DC 20530
andrew.warden@usdoj.gov

    /s/ Leianna Montoya
An Employee of the Federal Public Defender