# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 |
| GUANTANAMO BAY ) | Civil No. 05-634 (RWR) |
| DETAINEE LITIGATION ) | |
| ) | |

## NOTICE OF FILING OF PROTECTED INFORMATION UNDER SEAL

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, Petitioner Adil Bin Mabrouk has today filed under seal with the Court a Motion for Temporary Restraining Order and Request for Expedited Consideration. This Notice of Filing is being submitted to notify the Court that this submission has been made in accordance with paragraph 49 of the protective order governing filings which contain or may contain protected information.

Respectfully submitted,

/s/Michael E. Ward
Michael E. Ward, DC Bar No. 434624
Jill M. Williamson, DC Bar No. 478469
Jonathan M. Fee, DC Bar No. 479579
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333

Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

*Counsel for Petitioner*

Dated: October 10, 2008