**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) | **Civil Action Nos.** |
| **DETAINEE LITIGATION** ) | **05-CV-1678; 05-CV-2185** |
| ) | |
| ) | |
| ) | |

**NOTICE OF FILING
OF PROPOSED AMENDED FACTUAL RETURN**

Respondents have submitted to the Court Security Officer for filing their proposed amended factual returns in the above-captioned cases for the following petitioners:

| Petitioner | Case | ISN |
|---|---|---|
| Ahmed | 05-1678 | 692 |
| Mudafari | 05-2185 | 40 |

The proposed amended returns contain information that is classified and/or protected pursuant to the relevant protective order entered in these matters.  Pending further review by respondents, respondents designate the entire return in each case (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: October 10, 2008         Respectfully submitted,

                                GREGORY G. KATSAS
                                Assistant Attorney General

                                JOHN C. O'QUINN
                                Deputy Assistant Attorney General


                                 /s/ Paul E. Ahern
                                JOSEPH H. HUNT (D.C. Bar No. 431134)
                                VINCENT M. GARVEY (D.C. Bar No. 127191)
                                TERRY M. HENRY
                                JUDRY L. SUBAR (D.C. Bar No. 347518)
                                PAUL AHERN
                                Attorneys
                                United States Department of Justice
                                Civil Division, Federal Programs Branch
                                20 Massachusetts Avenue, N.W.
                                Washington, DC  20530
                                Tel:  202.305.0633
                                Fax: 202.616.8470

                                Attorneys for Respondents