# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) ) ) IN RE: ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) ) ) | Misc. No. 08-0442 (TFH) <br><br> Civil Action No. 04-1254 (HHK) |

## SUPPLEMENTAL NOTICE OF FILING OF AUTHORIZATION

Attached is a recently signed authorization document for Petitioner Majid Mahmoud Ahmed (ISN #41), supplementing the filing of his previous authorization with the Court on September 29, 2008.

 

Respectfully submitted,

/s/ S. William Livingston
S. William Livingston
D.C. Bar. No. 59005
Alan A. Pemberton
D.C. Bar. No. 367108
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000 (phone)
(202) 778-6000 (fax)
wlivingston@cov.com
apemberton@cov.com

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043 (phone)

(815) 753-9301 (fax)
mdf19@columbia.edu

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com

October 14, 2008