**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KHIALI-GUL, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) Civil Action No. 05-877 (JR) |
| | ) Misc. No. 08-442 (TFH) |
| GEORGE W. BUSH, et al., | ) |
| Respondents. | ) |

## NOTICE OF FILING

As required by the Protective Order in this matter, undersigned counsel hereby gives notice that on October 14, 2008, copies of the Traverse of Khaili-Gul to Respondents' May 31, 2005 Factual Return were delivered to the Court Security Officer for clearance for public filing. The Traverse will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Respectfully Submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Mary Manning Petras
Assistant Federal Public Defender

_____/s/_____
Lara Gabrielle Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

(202) 208-7500