# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIALI-GUL, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civil Action No. 05-877 (JR) |
| ) | Misc. No. 08-442 (TFH) |
| GEORGE W. BUSH, et al., ) | |
| Respondents. ) | |

## NOTICE OF FILING

As required by the Protective Order in this matter, undersigned counsel hereby gives notice that on October 14, 2008, Petitioner's Opposition to Request for Exception from Sequencing, containing protected information, was filed under seal. A redacted version was filed via the Electronic Case Filing system.

Respectfully Submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Mary Manning Petras
Assistant Federal Public Defender

_____/s/_____
Lara Gabrielle Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

(202) 208-7500