**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | Misc. No. 08-442 (TFH) |
| | ) | |
| **GUANTÁNAMO BAY DETAINEE LITIGATION** | ) | Civil Action No.  05-2386 (RBW) |
| | ) | |
| | ) | |

## NOTICE OF FILING OF PROTECTED INFORMATION UNDER SEAL

Notice is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008 (Misc. No. 08-442, Docket No. 409), Petitioner Umar Hamzayevich Abdulayev (ISN 257) has filed with the Court a submission containing information which the Government has sought to have designated as "protected information." In accordance with paragraph 49 of the protective order, the submission was filed under seal pursuant to Local Civil Rule 5.1(j). The submission is an Emergency Motion for Preliminary and Permanent Injunctive Relief. The submission cannot be described in any greater detail without disclosing the substance of the protected information.

Date:  October 14, 2008         Respectfully submitted,


*/s/ Matthew J. O'Hara*
Lowell E. Sachnoff
Matthew J. O'Hara
Adam R. Chiss
*(Each Pursuant to LCvR 83.2(g))*
Brian C. Lewis (D.C. Bar No. 476851)
**REED SMITH LLP**
10 South Wacker Drive
Chicago, Illinois  60606
(312) 207-1000
mohara@reedsmith.com

Shayana Kadidal  (D.C. Bar No. 454248)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Of Counsel