# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY** ) | **Civil Action No. 05-CV-0993 (RMU)** |
| **DETAINEE LITIGATION** ) | |

## NOTICE OF FILING
## OF PROPOSED AMENDED FACTUAL RETURN

Respondents have submitted to the Court Security Officer for filing their proposed amended factual return in the above-captioned case for petitioner Sohail, ISN 1008. The proposed return contains information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: October 14, 2008                Respectfully submitted,

                                       GREGORY G. KATSAS
                                       Assistant Attorney General

                                       JOHN C. O'QUINN
                                       Deputy Assistant Attorney General


                                       <u>/s/ Paul E. Ahern</u>
                                       JOSEPH H. HUNT (D.C. Bar No. 431134)
                                       VINCENT M. GARVEY (D.C. Bar No. 127191)
                                       TERRY M. HENRY
                                       JUDRY L. SUBAR (D.C. Bar No. 347518)
                                       PAUL AHERN
                                       Attorneys
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch
                                       20 Massachusetts Avenue, N.W.
                                       Washington, DC  20530
                                       Tel:  202.305.0633
                                       Fax: 202.616.8470

                                       Attorneys for Respondents