IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION
_____

) Misc. No. 08-0442 (TFH)
)
) Civil Action Nos.
)
) 02-CV-0828, 04-CV-1136, 04-CV-1164, 04-CV-1194,
) 04-CV-1254, 04-CV-1937, 04-CV-2022, 04-CV-2035,
) 04-CV-2046, 04-CV-2215, 05-CV-0023, 05-CV-0247,
) 05-CV-0270, 05-CV-0280, 05-CV-0329, 05-CV-0359,
) 05-CV-0392, 05-CV-0492, 05-CV-0520, 05-CV-0526,
) 05-CV-0569, 05-CV-0634, 05-CV-0748, 05-CV-0763,
) 05-CV-0764, 05-CV-0833, 05-CV-0877, 05-CV-0881,
) 05-CV-0883, 05-CV-0889, 05-CV-0892, 05-CV-0993,
) 05-CV-0994, 05-CV-0995, 05-CV-0998, 05-CV-0999,
) 05-CV-1048, 05-CV-1124, 05-CV-1189, 05-CV-1220,
) 05-CV-1236, 05-CV-1244, 05-CV-1347, 05-CV-1353,
) 05-CV-1429, 05-CV-1457, 05-CV-1458, 05-CV-1487,
) 05-CV-1490, 05-CV-1497, 05-CV-1504, 05-CV-1505,
) 05-CV-1506, 05-CV-1509, 05-CV-1555, 05-CV-1590,
) 05-CV-1592, 05-CV-1601, 05-CV-1602, 05-CV-1607,
) 05-CV-1623, 05-CV-1638, 05-CV-1639, 05-CV-1645,
) 05-CV-1646, 05-CV-1649, 05-CV-1678, 05-CV-1704,
) 05-CV-1725, 05-CV-1971, 05-CV-1983, 05-CV-2010,
) 05-CV-2083, 05-CV-2088, 05-CV-2104, 05-CV-2112,
) 05-CV-2185, 05-CV-2186, 05-CV-2199, 05-CV-2200,
) 05-CV-2249, 05-CV-2349, 05-CV-2367, 05-CV-2370,
) 05-CV-2371, 05-CV-2378, 05-CV-2379, 05-CV-2380,
) 05-CV-2381, 05-CV-2384, 05-CV-2385, 05-CV-2386,
) 05-CV-2387, 05-CV-2398, 05-CV-2444, 05-CV-2477,
) 05-CV-2479, 06-CV-0618, 06-CV-1668, 06-CV-1674,
) 06-CV-1684, 06-CV-1688, 06-CV-1690, 06-CV-1691,
) 06-CV-1758, 06-CV-1759, 06-CV-1761, 06-CV-1765,
) 06-CV-1766, 06-CV-1767, 07-CV-1710, 07-CV-2337,
) 07-CV-2338, 08-CV-0987, 08-CV-1085, 08-CV-1101,
) 08-CV-1104, 08-CV-1153, 08-CV-1185, 08-CV-1207,
) 08-CV-1221, 08-CV-1222, 08-CV-1223, 08-CV-1224,
) 08-CV-1227, 08-CV-1228, 08-CV-1229, 08-CV-1230,
) 08-CV-1231, 08-CV-1232, 08-CV-1233, 08-CV-1235,
) 08-CV-1236, 08-CV-1237, 08-CV-1238, 08-CV-1310,
) 08-CV-1360, 08-CV-1440, 08-CV-1628

## **NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents:

SCOTT M. MARCONDA
U.S. Department of Justice
Civil Division
Federal Programs Branch
Room 5130
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
202-305-8900
Scott.Marconda@usdoj.gov

Dated: October 14, 2008    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


  */s/ Scott M. Marconda*_____
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
PAUL AHERN
SCOTT M. MARCONDA
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-8900
Fax:  (202) 616-8470

Attorneys for Respondents