## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

————————————————————— x
                                 :

IN RE:                      :
                                 :

GUANTÁNAMO BAY        :    Misc. No. 08-442 (TFH)
DETAINEE LITIGATION      :
                                 :

————————————————————— x
                                 :

ABU ABDUL RAUF ZALITA, Petitioner,    :
                                 :

         v.                  :    No. 05-CV-1220 (RMU)
                                 :

GEORGE W. BUSH, *et al.*, Respondents.    :
                                 :

————————————————————— x

## NOTICE OF PETITIONER'S REQUEST FOR
## 30-DAYS NOTICE OF TRANSFER

Pursuant to Judge Hogan's Order dated July 10, 2008 and entered on July 11, 2008, requiring that "in cases in which the petitioner requests such notice, the government shall file notice with the Court 30 days prior to any transfer of a petitioner from Guantanamo Bay, Cuba," counsel for petitioner Abu Abdul Rauf Zalita are hereby providing notice to the Court that they have requested 30 days notice of any transfer of petitioner by transmitting such request to counsel for Respondents in the above-captioned case.

Dated: October 15, 2008

                                  Respectfully submitted,

                                  _____/s/_____
                                  Shayana Kadidal [D.C. Bar No. 454248]
                                  Gitanjali S. Gutierrez (pursuant to LCvR 83.2(g))
                                  CENTER FOR CONSTITUTIONAL RIGHTS
                                  666 Broadway, 7th Floor
                                  New York NY 10012

phone: (212) 614-6438
fax: (212) 614-6499
kadidal@ccrjustice.org