## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 06-CV-1761 (ESH) |
| ) | |
| ) | |

### NOTICE RELATED TO COURT'S ORDER OF JULY 29, 2008
### <u>CONCERNING FILING OF AUTHORIZATION</u>

Petitioner Achraf Salim Abdessalam, by and through his counsel, respectfully submits this Notice related to this Court's Order of July 29, 2008. Petitioner Abdessalam states:

1.  In its Order of July 29, 2008, this Court ordered that within 60 days counsel file "a signed authorization from the petitioner to pursue the action or a declaration by counsel that states the petitioner directly authorized counsel to pursue the action and explains why counsel was unable to secure a signed authorization." On September 24, 2008, this Court granted Petitioners' motion for an extension of time until October 6, 2008, to comply with the Court's Order.

2.  On October 6, 2008, counsel filed a declaration stating that (i) counsel personally met at Guantanamo Bay, Cuba, with Petitioner Abdessalam on September 30, 2008; (ii) during this meeting, Petitioner Abdessalam signed an authorization to pursue this action; and (iii) that the authorization had been submitted for review for classified information and clearance.

3.  Counsel's notes from the meeting with Petitioner Abdessalam, as well as the authorization, have been cleared and returned to counsel. Counsel hereby files a signed authorization from Petitioner Abdessalam to pursue this action. It is attached hereto as Exhibit A.

Dated: October 16, 2008                    Respectfully submitted,

          /s/ Thomas P. Sullivan
One of the Attorneys for Petitioners
Abdul-Rahman Sulaeiman and Achraf Salim
Abdessalam

Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL 60611
Tel: (312) 840-7605
Fax: (312) 840-7705

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2008, I caused the foregoing Notice Related To Court's Order Of July 29, 2008 Concerning Filing Of Authorizations to be delivered to the below-listed counsel of record in the above-captioned matters through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

                                                  /s/ Thomas P. Sullivan

# EXHIBIT A

## **Declaration of Thomas P. Sullivan**

I, Thomas P. Sullivan, state the following:

1. I am an attorney who represents Abdul-Rahman Sulaeiman, one of the petitioners in *Mohammon v. Bush*, 05-2386, and Achraf Salim Abdessalam, the petitioner in *Abdessalam v. Bush*, 06-1761.

2. On September 30, 2008, I met with Petitioner Abdessalam at Guantanamo Bay, Cuba.

3. On October 1, 2008, I met with Petitioner Sulaeiman at Guantanamo Bay, Cuba.

4. During my meetings with Petitioners Abdessalam and Sulaeiman, each of them signed an authorization to pursue the actions for *habeas corpus* that have been filed on their respective behalf.

5. The signed authorizations are not currently in my possession, however. Pursuant to the protective order in this case, notes from the meetings with Petitioners Abdessalam and Sulaeiman, including the signed authorizations, were required to be submitted for review for classified information. The notes and authorizations have not yet been cleared and returned to me.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2008.

_____
Thomas P. Sullivan