IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
IN RE:                                        )
                                              )     Misc. No. 08-442 (TFH)
GUANTANAMO BAY                                )
DETAINEE LITIGATION                           )     Civil Action No. 05-2386 (RBW)
                                              )
_____)

## NOTICE OF FILING OF OPPOSITION TO MOTION FOR INJUNCTION

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, Respondents have filed an opposition to Petitioner's Motion for Injunction. This submission contains information that Respondents have designated as "protected information." In accordance with paragraph 49 of the protective order, the submission was filed under seal pursuant to Local Civil Rule 5.1(j).

Dated: October 16, 2008                       Respectfully submitted,

                                              GREGORY G. KATSAS
                                              Assistant Attorney General

                                              JOHN C. O'QUINN
                                              Deputy Assistant Attorney General

                                              */s/ Joseph C. Folio III*
                                              JOSEPH H. HUNT (D.C. Bar No. 431134)
                                              VINCENT M. GARVEY (D.C. Bar No. 127191)
                                              JUDRY L. SUBAR (D.C. Bar 347518)
                                              TERRY M. HENRY
                                              ANDREW I. WARDEN (IN Bar 23840-49)
                                              PAUL DEAN
                                              JAY APPERSON
                                              JOSEPH C. FOLIO III
                                              Attorneys
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Ave., N.W.

Washington, DC 20530
Tel: (202) 616-5084
Fax: (202) 616-8470

Attorneys for Respondents