## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | Misc. No. 08-0442 (TFH) |
|  | ) |  |
| GUANTANAMO BAY | ) | Civil Action No. 05-CV-2386 (RBW) |
| DETAINEE LITIGATION | ) |  |
|  | ) |  |

### NOTICE OF FILING OF MEMORANDUM
### OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED
### NATIONAL SECURITY INFORMATION AND ACKNOWLEDGMENT

Please take notice that Sozi P. Tulante, counsel for Petitioner Mohammed Abdullah Taha

Mattan, has hereby filed a Memorandum of Understanding Regarding Access to Classified

National Security Information and an Acknowledgment in the above-captioned matter.  Correct

copies of these documents are attached hereto as Exhibits A and B, respectively.

Respectfully submitted,

**MOHAMMED ABDULLAH TAHA MATTAN**

Dated:  October 17, 2008

By: /s/ Sozi P. Tulante
    Sozi P. Tulante
    HANGLEY ARONCHICK SEGAL & PUDLIN
    One Logan Square, 27th Floor
    Philadelphia, PA 19103-6933
    Telephone:  215-568-6200
    Facsimile:  215-568-0300

*Counsel for Petitioner*

Dockets.Justia.com

# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE:                                          )
                                                )
GUANTANAMO BAY                                  )   Misc. No. 08-0442 (TFH)
DETAINEE LITIGATION                             )
                                                )   Civil Action No. 05-CV-2386 (RBW)
                                                )
                                                )

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

     Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government.  In consideration for the disclosure of classified information and documents:

1.    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

2.    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

3.    I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

Dated: ____10/16/2008____

                                                       Sozi P. Tulante

# EXHIBIT B

# ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantánamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: ___10/16/2008___       By: _Sozi P. Tulante_____


SIGNED: _____

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2008, I caused the foregoing Notice of Filing of Memorandum of Understanding and Acknowledgment to be delivered to the Court Security Officer and copies of the same to be transmitted to counsel listed below through the CM/ECF system:

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

/s/ Sozi P. Tulante
Sozi P. Tulante