IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
IN RE:                                        )
                                              )    Misc. No. 08-442 (TFH)
GUANTANAMO BAY                                )
DETAINEE LITIGATION                           )    Civil Action No. 05-2386 (RBW)
                                              )
_____)

### NOTICE OF FILING OF OPPOSITION TO MOTION FOR INJUNCTION AND OPPOSITION TO MOTION TO SEAL

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, Respondents have filed oppositions to Petitioner's Motion for Injunction and to Petitioner's Motion to Seal. These submissions contain information that Respondents have designated as "protected information." In accordance with paragraph 49 of the protective order, the submissions were filed under seal pursuant to Local Civil Rule 5.1(j).

Dated: October 17, 2008            Respectfully submitted,

                                   GREGORY G. KATSAS
                                   Assistant Attorney General

                                   JOHN C. O'QUINN
                                   Deputy Assistant Attorney General

                                    /s/ Joseph C. Folio III
                                   JOSEPH H. HUNT (D.C. Bar No. 431134)
                                   VINCENT M. GARVEY (D.C. Bar No. 127191)
                                   JUDRY L. SUBAR (D.C. Bar 347518)
                                   TERRY M. HENRY
                                   ANDREW I. WARDEN (IN Bar 23840-49)
                                   PAUL DEAN
                                   JAY APPERSON
                                   JOSEPH C. FOLIO III
                                   Attorneys
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch

20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents