## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
IN RE:                                           )
                                                 )       Misc. No. 08-442 (TFH)
GUANTANAMO BAY                                    )
DETAINEE LITIGATION                              )       Civil Action No. 05-2386 (RBW)
_____)

### NOTICE OF FILING OF CROSS-MOTION TO CONFIRM DESIGNATION OF DOCUMENTS AND INFORMATION AS "PROTECTED"

NOTICE is hereby given that, pursuant to the protective order entered herein by the

Court's Order of September 11, 2008, Respondents have filed a cross-motion to confirm their

designation of certain documents and information as "protected." This submission contains

information that Respondents have designated as "protected information." In accordance with

paragraph 49 of the protective order, the submission was filed under seal pursuant to Local Civil

Rule 5.1(j).


Dated: October 17, 2008                 Respectfully submitted,

                                        GREGORY G. KATSAS
                                        Assistant Attorney General

                                        JOHN C. O'QUINN
                                        Deputy Assistant Attorney General

                                        _/s/ Joseph C. Folio III_____
                                        JOSEPH H. HUNT (D.C. Bar No. 431134)
                                        VINCENT M. GARVEY (D.C. Bar No. 127191)
                                        JUDRY L. SUBAR (D.C. Bar 347518)
                                        TERRY M. HENRY
                                        ANDREW I. WARDEN (IN Bar 23840-49)
                                        PAUL DEAN
                                        JAY APPERSON
                                        JOSEPH C. FOLIO III
                                        Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents