IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
IN RE:                                  )
                                        )   Misc. No. 08-442 (TFH)
GUANTANAMO BAY                          )
DETAINEE LITIGATION                     )   Civil Action No. 05-0359 (GK)
                                        )
_____)

## NOTICE OF FILING OF OPPOSITION TO MOTION FOR INJUNCTION

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, Respondents have filed an opposition to Petitioner's Motion for Injunction. This submission contains information that Respondents have designated as "protected information." In accordance with paragraph 49 of the protective order, the submission was filed under seal pursuant to Local Civil Rule 5.1(j).

Dated: October 17, 2008                 Respectfully submitted,

                                        GREGORY G. KATSAS
                                        Assistant Attorney General

                                        JOHN C. O'QUINN
                                        Deputy Assistant Attorney General

                                        */s/ Joseph C. Folio III*
                                        JOSEPH H. HUNT (D.C. Bar No. 431134)
                                        VINCENT M. GARVEY (D.C. Bar No. 127191)
                                        JUDRY L. SUBAR (D.C. Bar 347518)
                                        TERRY M. HENRY
                                        ANDREW I. WARDEN (IN Bar 23840-49)
                                        PAUL DEAN
                                        JAY APPERSON
                                        JOSEPH C. FOLIO III
                                        Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., N.W.

Washington, DC 20530
Tel: (202) 616-5084
Fax: (202) 616-8470

Attorneys for Respondents