**THE LAW OFFICES OF**
**SCOTT L. FENSTERMAKER, P.C.**
300 PARK AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10022

OF COUNSEL

TELEPHONE (212) 302-0201
CELL (917) 817-9001
FACSIMILE (212) 302-0327
EMAIL scott@fenstermakerlaw.com
www.fenstermakerlaw.com

WESTCHESTER OFFICE
BY APPOINTMENT ONLY
50 MAIN STREET
WHITE PLAINS, NEW YORK 10606
TELEPHONE (914) 725-0955

October 17, 2008

**VIA ECF**

The Honorable Thomas F. Hogan
United States District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re: *Ali-Nashir v. Gates*, 08-cv-1085, 08-cv-1207, 08-0441 Misc.

Dear Judge Hogan:

      I write to briefly explain why my submission in *Ali-Nashir v. Gates*, 08-cv-1085, was late by several minutes on Friday, October 17, 2008. I completed the filings by 3:15 p.m. on the 17th. Unfortunately, I was attempting to file the documents from my home office. The internet access in my home was not functioning properly between 3:15 p.m and shortly after 4:00 p.m. Similarly, internet access was also not functioning at my next-door-neighbor's home. Internet access was restored at my home office shortly after 4:00 p.m. The documents were filed shortly thereafter, but not within the Court's 4:00 p.m. deadline as directed in the Court's October 7, 2008 Order.

      I ask the Court's forbearance for this tardy filing.

                                         Respectfully submitted,

                                         **The Law Offices of Scott L. Fenstermaker, Esq.**

                       By: _/s/ Scott L. Fenstermaker_
                             Scott L. Fenstermaker, Esq.

Dockets.Justia.com