# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 05-CV-2386 (RBW) |
| ) | |
| ) | |

## NOTICE RELATED TO COURT'S ORDER OF JULY 29, 2008
## CONCERNING FILING OF AUTHORIZATION

Petitioner Abdul-Rahman Sulaeiman, ISN #223, one of the petitioners in the above-referenced case, by and through his counsel, respectfully submits this Notice related to this Court's Order of July 29, 2008.  Petitioner Sulaeiman states:

1. In its Order of July 29, 2008, this Court ordered that within 60 days counsel shall file "a signed authorization from the petitioner to pursue the action or a declaration by counsel that states the petitioner directly authorized counsel to pursue the action and explains why counsel was unable to secure a signed authorization."  On September 24, 2008, this Court granted Petitioners' motion for an extension of time until October 6, 2008, to comply with the Court's Order.

2. On October 6, 2008, counsel filed a declaration stating that (i) counsel personally met at Guantanamo Bay, Cuba, with Petitioner Sulaeiman on October 1, 2008; (ii) during this meeting, Petitioner Sulaeiman signed an authorization to pursue this action; and (iii) that the authorization had been submitted for review for classified information and clearance.

3. Counsel's notes from the meeting with Petitioner Sulaeiman, as well as the authorization, have been cleared and returned to counsel. Counsel hereby files a signed authorization from Petitioner Sulaeiman to pursue this action. It is attached hereto as Exhibit A.

Dated: October 17, 2008

Respectfully submitted,

  /s/ Thomas P. Sullivan
One of the Attorneys for Petitioners
Abdul-Rahman Sulaeiman and Achraf Salim Abdessalam

Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL  60611
Tel: (312) 840-7605
Fax: (312) 840-7705

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2008, I caused the foregoing Notice Related To Court's Order Of July 29, 2008 Concerning Filing Of Authorizations to be delivered to the below-listed counsel of record in the above-captioned matters through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

    /s/ Thomas P. Sullivan