# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | Civil Action No. 05-CV-2104 (RBW) |
| ) | |

## UNOPPOSED MOTION TO DISMISS PETITION OF ALI HAMZA AHMED SULIMAN BAHLOOL WITHOUT PREJUDICE

Petitioner Ali Hamza Ahmed Suliman Bahlool (ISN 039), through his undersigned counsel, respectfully requests an order of this Court dismissing his *habeas corpus* petition without prejudice. Mr. Bahlool bases this request for relief on the following:

1. Mr. Bahlool filed his *habeas corpus* action as one of six petitioners in *Ali Bin Ali Al Jayfi, et al. v. Bush, et. al.*, Case No. 05-CV-2104 (RBW), on October 27, 2005. Counsel filed this action on Mr. Bahlool's behalf based on the authorization of his next friend. *See* Declaration of Wesley R. Powell in Support of Motion ("Powell Decl.") at ¶ 3.

2. On September 23, 2008, undersigned counsel met with Mr. Bahlool in Guantánamo Bay. During that meeting, counsel discussed with him the nature and status of these proceedings. (Powell Decl. ¶ 7.) Mr. Bahlool stated unequivocally that he wishes to terminate his *habeas corpus* action, principally for political reasons. Specifically, he stated that he does not wish to associate himself in any way with the United States government or judicial system. Mr. Bahlool asked counsel to inform this Court of his position and to ask the court to dismiss his *habeas corpus* action. (Powell Decl. ¶¶ 6, 8.)

3. During this September 23 meeting, Mr. Bahlool appeared to be mentally competent. His direction to counsel to seek dismissal of this action followed a full discussion of the benefits of maintaining this action and the risks of seeking dismissal. (Powell Decl. ¶ 7.)

4. As of this time, Mr. Bahlool continues to be represented in the military commissions proceedings by detailed military defense counsel. (Powell Decl. ¶ 9.)

5. Counsel for Respondents, Mr. Andrew Warden, has indicated that Respondents do not oppose this motion.

For these reasons, Mr. Bahlool respectfully requests that the Court enter an order dismissing his *habeas corpus* action without prejudice pursuant to FED. R. CIV. P. 41.

Dated: October 20, 2008

    Respectfully submitted,

    _____/s/_____
Wesley R. Powell
wpowell@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000
(212) 309-1100 (facsimile)

Karma B. Brown (Bar No. 479744)
kbbrown@hunton.com
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 955-1500
(202) 778-2201 (facsimile)

*Attorneys for Petitioner*