# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) ) ) | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 05-CV-1607 (RMU) |

## NOTICE OF FILING
## OF PROPOSED AMENDED FACTUAL RETURN

Respondents have submitted to the Court Security Officer for filing their proposed amended factual return in the above-captioned case for petitioner Rabbani, ISN 1460. The proposed return contains information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: October 21, 2008					Respectfully submitted,

							GREGORY G. KATSAS
							Assistant Attorney General

							JOHN C. O'QUINN
							Deputy Assistant Attorney General


							 /s/ Paul E. Ahern
							JOSEPH H. HUNT (D.C. Bar No. 431134)
							VINCENT M. GARVEY (D.C. Bar No. 127191)
							TERRY M. HENRY
							JUDRY L. SUBAR (D.C. Bar No. 347518)
							PAUL AHERN
							Attorneys
							United States Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Avenue, N.W.
							Washington, DC  20530
							Tel:  202.305.0633
							Fax: 202.616.8470

							Attorneys for Respondents