# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SAYF BIN ABDULLAH,** *et al.* | ) ) ) ) ) | |
| Petitioners, | ) ) | Misc. No. 08-442 (TFH) |
| v. | ) ) | Civ. No. 05- 2386 (RBW) |
| **GEORGE W. BUSH,** *et al.*, | ) ) ) | |
| Respondents. | ) ) ) | |

### NOTICE OF FILING OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER BARRING RESPONDENTS FROM TRANSFERRING PETITIONER TO TUNISIA

Petitioner Sayf bin Abdullah (ISN 046), by his undersigned attorneys, hereby notifies the Court that on October 21, 2008, counsel filed with the Court Security Officer an *Emergency Motion for Temporary Restraining Order Barring Respondents from Transferring Petitioner to Tunisia*.

He has not requested that the pleading be sealed. The Court's recent rulings on sealing have not specifically barred the government from sharing the contents of the underlying pleading—which specify his fears of persecution in Tunisia—with agents of the Tunisian government. As this obviates any benefit he stood to gain from sealing his motion, Petitioner prefers that the issues concerning, e.g., the prevalence of torture in Tunisia be aired in the open.

Respectfully submitted,

Dated: 21 October 2008           /s/ Cori A. Crider

                                 Zachary Katznelson, CA Bar No. 209489
                                 zachary@reprieve.org.uk

Cori Crider, Member, New York Bar
cori@reprieve.org.uk
Ahmed Ghappour, CA Bar No. 255723
ahmed@reprieve.org.uk
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)

Joseph S. Berman, BBO NO. 566006
(admitted pursuant to Local Rule 83.2(g))
LOONEY & GROSSMAN, LLP
101 Arch Street, 9th Floor
Boston, MA 02110
Tel: (617) 951-2800
Fax: (617) 951-2819

Counsel for Petitioner