IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) <br> ) <br> ) <br> GUANTANAMO BAY ) <br> DETAINEE LITIGATION ) <br> ) <br> ) | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 1:05-0569 (JR) |

**CONSENT MOTION FOR EXTENSION OF TIME**

On October 14, 2008, the government filed "Respondents' Motion to Dismiss Improper Respondents," (Misc. No. 08-442, dkt 723; Civil No. 05-0569, dkt 126). Petitioner Mohamedou Ould Slahi respectfully requests an extension of time, to and including November 10, 2008, within which to respond to that pleading.

Two members of Mr. Slahi's legal team are in trial in Dallas, Texas; the third is scheduled to travel to Guantanamo the week of October 27. The government, speaking through Department of Justice attorney Scott Marconda, has graciously consented to the proposed extension.

Wherefore, Mr. Slahi requests an extension of time, to and including November 10, 2008, within which to respond to the government's motion.

Dated: October 21, 2008           Respectfully submitted,

                                  _____
                                  Law Office of Sylvia Royce
                                  Sylvia Royce, *pro bono*

Dockets.Justia.com

DC Bar Number 924035
5505 Connecticut Avenue NW #340
Washington, DC 20015
Tel: (202) 362-3445
Fax: (202) 686-4271
sylvia_royce@hotmail.com


FREEDMAN BOYD HOLLANDER
GOLDBERG & IVES P.A.
Nancy Hollander, *pro bono*
Theresa M. Duncan, *pro bono*
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 (facsimile)
nh@fbdlaw.com
tmd@fbdlaw.com

Counsel for Petitioner