IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
IN RE:                             )
                                   )   Misc. No. 08-442 (TFH)
GUANTANAMO BAY                     )
DETAINEE LITIGATION                )   Civil Action No. 08-1733 (JDB)
                                   )
_____)

## STATUS REPORT

Pursuant to this Court's October 15, 2008 Minute Order, undersigned counsel for the respondents states the following status of this case:

1)  Hassan Abdul Said, a national of Iraq, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 435.

2)  The Protective Order has been entered in this case.

3)  It is unclear at this time whether the detainee directly authorized this action. Pursuant to this Court's October 15, 2008 Minute Order, petitioner's counsel has until December 16, 2008 to produce either a signed authorization from the detainee to pursue this action, or a declaration from petitioner's counsel stating that the detainee directly authorized this action and explaining why counsel was unable to secure a signed authorization.

4)  A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)  The petitioner filed this petition for a writ of habeas corpus on October 10, 2008. The respondent has not filed a "factual return" in this case.

Dated: October 22, 2008					Respectfully submitted,

						GREGORY G. KATSAS
						Assistant Attorney General

						JOHN C. O'QUINN
						Deputy Assistant Attorney General

						     */s/ Joseph C. Folio III*
						JOSEPH H. HUNT (D.C. Bar No. 431134)
						VINCENT M. GARVEY (D.C. Bar No. 127191)
						JUDRY L. SUBAR (D.C. Bar No. 347518)
						TERRY M. HENRY
						ANDREW I. WARDEN (IN Bar No. 23840-49)
						JONATHAN S. NEEDLE
						JOSEPH C. FOLIO III
						Attorneys
						United States Department of Justice
						Civil Division, Federal Programs Branch
						20 Massachusetts Avenue N.W.
						Washington, DC  20530
						Tel:  (202) 305-0037
						Fax:  (202) 616-8470
						Attorneys for Respondents