RECEIVED
U.S. COURT OF APPEALS
FOR THE DC CIRCUIT

2008 OCT 21

FILING DEPOSITORY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 04-1254 (HHK) |
| ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Adnan Farhan Abdul Latif, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from Judge Thomas F. Hogan's Order, entered and filed in this action on September 22, 2008, denying Petitioner's Emergency Motion To Compel Access To Medical Records Of Petitioner Adnan Farhan Abdul Latif And For Other Miscellaneous Relief.

Dated: October 21, 2008
Chicago, IL

Respectfully submitted,

/s/ Marc Falkoff

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
347-564-5043 (cell)
815-753-9301
mdf19@columbia.edu

S. William Livingston
D.C. Bar. No. 59005
Alan A. Pemberton
D.C. Bar. No. 367108
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401

RECEIVED
OCT 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(202) 662-6000 (phone)
(202) 778-6000 (fax)
wlivingston@cov.com
apemberton@cov.com

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com

Attorneys for Petitioner

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 21st day of October, 2008, I caused the foregoing **Notice of Appearance** to be served by electronic mail to:

| | |
|---|---|
| Paul Edward Ahern | paul.ahern@usdoj.gov |
| Alexander Kenneth Haas | alexander.haas@usdoj.gov |
| Terry Marcus Henry | terry.henry@usdoj.gov |
| Scott Douglas Levin | scott.Levin@usdoj.gov |
| Scott Michael Marconda | scott.marconda@usdoj.gov |
| Sean W. O'Donnell, Jr. | sean.o'donnell@usdoj.gov |
| Judry Laeb Subar | judry.subar@usdoj.gov |
| Phillip Michael Truman | mike.truman@usdoj.gov |
| Timothy Burke Walthall | timothy.walthall@usdoj.gov |
| Andrew I. Warden | andrew.warden@usdoj.gov |

Brian Foster*

/s/ Brian Foster

Brian Foster
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000
bfoster@cov.com

*Admitted in Virginia, supervised by principals of the Firm.