IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-MC-442 (TFH)<br><br>Civil Action No. 05-CV-1509 (RMU)<br>Civil Action No. 05-CV-1602 (RMU)<br>Civil Action No. 05-CV-1704 (RMU)<br>Civil Action No. 05-CV-2370 (RMU)<br>Civil Action No. 05-CV-2398 (RMU)<br>Civil Action No. 08-CV-1310 (RMU) |

## AMENDED NOTICE OF APPEAL

NOTICE is hereby given that, in addition to appealing from the minute entry of October 7, 2008, and the orders entered orally in open Court on the same date previously noticed (Notice of Appeal, No. 08-MC-442, dkt. no. 666 (Oct. 7, 2008)),[1] all Respondents in the above-captioned matters hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order of October 8, 2008, (No. 08-MC-442, dkt. no. 677) the Memorandum Opinion of October 8, 2008, (No. 08-MC-442, dkt. no. 676, and its full classified version as reflected in No. 08-MC-442, dkt. no. 674), and the Memorandum Opinion of October 9, 2008 (No. 08-MC-442, dkt. no. 681).

Dated: October 23, 2008           Respectfully submitted,

                                               GREGORY G. KATSAS
                                               Assistant Attorney General

                                               JOHN C. O'QUINN
                                               Deputy Assistant Attorney General

                                                  /s/ Sean O'Donnell
                                               JOSEPH H. HUNT (D.C. Bar No. 431134)
                                               VINCENT M. GARVEY (D.C. Bar No. 127191)

---

[1] Though the previous Notice of Appeal, filed on October 7, 2008, covered the Court's orders, Respondents are filing this additional notice for completeness' sake.

JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
SEAN W. O'DONNELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel: (202) 514-3755 / Fax: (202) 616-8470

Attorneys for Respondents