# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| ) | Misc. No. 08-442 (TFH) |
| IN RE: ) | |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | |
| ) | |
| _____ ) | |
| ) | |
| KASIMBEKOV KOMOLIDDIN ) | |
| TOHIRJANOVICH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-0994 (JDB) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

## NOTICE OF FILING CORRECTED PROPOSED ORDER

PLEASE TAKE NOTICE that Respondents herewith file a corrected Proposed Order in

connection with their opposition to Petitioner's Motion for Production of Photograph of

Petitioner.

Dated: October 24,  2008                    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

    /s/ David H. White
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)

TERRY M. HENRY
DAVID H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3146
Fax:  (202) 616-8470
Attorneys for Respondents