# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|                                         |   |                                     |
|-----------------------------------------|---|-------------------------------------|
|                                         | ) |                                     |
|                                         | ) | **Misc. No. 08-442 (TFH)**          |
| **IN RE:**                              | ) |                                     |
| **GUANTANAMO BAY**                      | ) | **Civil Action Nos.**               |
| **DETAINEE LITIGATION**                 | ) | **05-CV-0889; 05-1607; 05-2367**    |
|                                         | ) |                                     |
|                                         | ) |                                     |
|                                         | ) |                                     |

## NOTICE OF FILING
## OF PROPOSED AMENDED FACTUAL RETURNS

Respondents have submitted to the Court Security Officer for filing their proposed amended factual returns in the above-captioned cases for the following petitioners:

| Petitioner | Case    | ISN  |
|------------|---------|------|
| Basardah   | 05-0889 | 252  |
| Rabbani    | 05-1607 | 1461 |
| Omari      | 05-2367 | 832  |

The proposed amended returns contain information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return in each case (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: October 24, 2008            Respectfully submitted,

                                                      GREGORY G. KATSAS
                                                    Assistant Attorney General

                                                     JOHN C. O'QUINN
                                                     Deputy Assistant Attorney General


                                                     */s/ Paul E. Ahern*
                                                   JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                   VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                   TERRY M. HENRY
                                                   JUDRY L. SUBAR (D.C. Bar No. 347518)
                                                   PAUL AHERN
                                                   Attorneys
                                                   United States Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   20 Massachusetts Avenue, N.W.
                                                   Washington, DC  20530
                                                   Tel:  202.305.0633
                                                   Fax: 202.616.8470

                                                   Attorneys for Respondents