IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____  x
                                       :
                                       :
IN RE:                                 :
                                       :
GUANTÁNAMO BAY                         :   Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                    :
                                       :
                                       :
_____  x
                                       :
                                       :
DJAMEL AMEZIANE,                       :
                                       :
                       Petitioner,     :
                                       :
               v.                      :   Civil Action No. 05-392 (ESH)
                                       :
GEORGE W. BUSH, et al.,                :
                                       :
                       Respondents.    :
                                       :
_____  x
```

## **NOTICE OF FILING**

PLEASE TAKE NOTICE that Petitioner Djamel Ameziane submitted to the Court Security Office an emergency motion for a temporary restraining order and preliminary injunction, dated October 24, 2008, for service and filing in the above-captioned matter.

Dated:   New York, New York
         October 24, 2008

                                        Respectfully submitted,

                                        Counsel for Petitioner:

                                        /s/ J. Wells Dixon
                                        J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel: (212) 614-6423
                                        Fax: (212) 614-6499
                                        wdixon@ccrjustice.org