IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. 08-442 (TFH) |
| | ) | |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) | Civil Action No. 08-0987 |

NOTICE OF AUTHORIZATION BY
MOAMMAR BADAWI DOKHAN

Pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 210), counsel for Petitioner Moammar Badawi Dokhan hereby provides notice of Petitioner's authorization for counsel to pursue this action on his behalf. In support, counsel respectfully submits the attached declaration stating that Mr. Dokhan directly authorized counsel to pursue this action and explaining why counsel was unable to secure a signed authorization as of this date.

Dated: October 27, 2008               Respectfully submitted,

**MOAMMAR BADAWI DOKHAN**
*Petitioner*

/s/ Kristine A. Huskey
Kristine A. Huskey
D.C. Bar # 462979
Scott Sullivan
National Security & Human Rights Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512-232-3657
Fax: 512-232-0800

Shayana D. Kadidal
D.C. Bar ID # 454248
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Tel: 212-614-6438
Fax: 212-614-6499

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. 08-442 (TFH) |
| | ) | |
| GUANTANAMO BAY DETAINEE | ) | Civil Action No. 08-0987 |
| LITIGATION | ) | |
| | ) | |

## DECLARATION OF KRISTINE A. HUSKEY

Kristine A. Huskey declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney licensed to practice law in the District of Columbia and a member of the United States Supreme Court Bar and the United States Court of Appeals for the D.C. Circuit. I am the director of the National Security & Human Rights Clinic at the University of Texas School of Law.

2. My client Moammar Badawi Dokhan (ISN #317) is a prisoner in the prison maintained by the United States military at the U.S. Naval Base at Guantanamo Bay, Cuba. I became counsel of Mr. Dokhan in March 2008, and subsequently submitted Mr. Dokhan's petition for a writ of *habeas corpus* on June 9, 2008.

3. Counsel Scott Sullivan, who also represents Petitioner, attempted, unsuccessfully, to consult with Petitioner when he visited the base in August 2008. In October 2008, however, I was able to meet and consult with Mr. Dokhan at Guantananamo Bay.

4. During my meeting with him, Mr. Dokhan conveyed to me that he wished for me to represent him in connection with his imprisonment at Guantanamo Bay, including but not limited to the petition for a writ of *habeas corpus* that was filed on his behalf in Case No. 08-cv-0987.

1

5. I understand, pursuant to the Court's July 29, 2008 Order (Misc. No. 08-442, Document 210), that a signed authorization is not required.

6. During the October 2008 meeting with Petitioner, I was able to meet with him for several hours. The meeting was by all means, a success, that is, Petitioner was pleased to see me, we discussed at length his detention and his legal rights relating thereto, and he conveyed his trust and confidence in my representation of him and my ability to protect his legal rights and to help him try to achieve his goals with respect to this action.

7. Petitioner, however, was reluctant to sign a formal authorization statement. It is my sincere belief that at this early stage of my legal representation, Petitioner does not trust signing any document, which would include an authorization. His reluctance to sign his name on a formal document proffered by an American is understandable given the circumstances: Petitioner has been detained in the custody of the United States for several years; my October 2008 meeting was the first time Petitioner and I met; and, in fact, that was the first meeting Petitioner has had with *any* lawyer. Therefore, during my October 2008 meeting with Petitioner, I could not secure a signed client authorization. I did secure oral authorization from Petitioner, directly authorizing me to pursue this action so that I may further Petitioner's goals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 27, 2008.

                                                 Kristine A. Huskey

## CERTIFICATE OF SERVICE

I, Eddie Maraboto, hereby certify that I today cause a true and accurate copy of the NOTICE OF AUTHORIZATION BY MOAMMAR BADAWI DOKHAN to be served electronically via the Court's Electronic Case Filing System, which will send notification of such filings to all counsel of record.

/s/ Eddie Maraboto
Eddie Maraboto

Dated: October 27, 2008