AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

IN RE
GUANTANAMO BAY
DETAINEE LITIGATION                        )
       Plaintiff(s)                       )       **APPEARANCE**
                                           )
                                           )
       vs.                                 )       CASE NUMBER   Misc. No. 08-442, Civ. Act. No. 08-1628
                                           )
                                           )
       Defendant(s)                       )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jonathan I. Blackman__ as counsel in this
                                               (Attorney's Name)

case for: __Mustafa Ahmed Hamlily__
                (Name of party or parties)

__10/24/08__
Date

_____
BAR IDENTIFICATION

_Signature_
Jonathan I. Blackman
Print Name

Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza
Address

New York, New York  10006
City     State     Zip Code

(212) 225-2000
Phone Number