UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Misc. No. 08-MC-442 (TFH)<br><br>Civil Action No. 08-CV-1224 |

MOTION TO CONTINUE DATE FOR FILING AUTHORIZATION OF REPRESENTATION

The petitioner, AWAL GUL, by and through undersigned counsel, hereby moves this Court to extend the deadline for filing a signed authorization by Mr. Gul to pursue this civil action. In an order filed July 29, 2008, this Court required counsel for Mr. Gul – whose original petition was filed by a next friend — to file a signed authorization with 90 days. *See* Doc. 5 at 2. That deadline is today. In the mean time, counsel for Mr. Gul traveled to Guantánamo Bay, Cuba, and visited with him during the week of October 13, 2008. Counsel submitted his notes from that interview for classification review to the Department of Justice's Privilege Team. Once these notes are cleared and returned to counsel, he will be in a position to respond to the Court's order. In the mean time, counsel asks this Court to continue the deadline for the filing of an authorization by 30 days.

Dated this the 27th day of October, 2008.

                                                   Respectfully submitted,

                                                   /s/ *W. Matthew Dodge*
                                                   W. MATTHEW DODGE
                                                   Georgia State Bar No. 224371
                                                   FEDERAL DEFENDER PROGRAM, INC.
                                                   Suite 1700, The Equitable Building
                                                   100 Peachtree Street, N.W.
                                                   Atlanta, Georgia 30303
                                                   Telephone: (404) 688-7530
                                                   Facsimile: (404) 688-0768
                                                   E-mail: Matthew_Dodge@fd.org