IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | § § | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | § § § § § § | Civil Action No. 1:08-CV-01104 (CKK) |

## NOTICE OF FILING OF PROPOSED ORDER

Petitioner Bashir Ghalaab files the attached Proposed Order relating to his Motion to Compel filed in Misc. No. 08-442 [Docket Entry 486] and in C.A. No. 1:08-CV-01104 [Docket Entry 19] on August 27, 2008.

Respectfully submitted,

/S/ Murray Fogler
Murray Fogler
Texas State Bar No. 07207300
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
713.951.3700
713.951.3720 (Fax)

**OF COUNSEL:**

Russell S. Post
Texas State Bar No. 00797258
**BECK, REDDEN & SECREST, LLP**
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
713.951.3700
713.951.3720 (Fax)

**ATTORNEY-IN-CHARGE
FOR PETITIONER
BASHIR GHALAAB**

1

417480

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Filing of Proposed Order (on behalf of Petitioner's (Bashir Ghalaab) Motion to Compel was served upon the following on October 28, 2008, as follows:

Joseph H. Hunt
Vincent M. Garvey
Terry M. Henry
Paul Ahern
Scott M. Marconda
Sean W. O'Donnell
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 7342
Washington, D.C. 20530
*Via E-Filing and/or Fax*

/S/ Murray Fogler
**MURRAY FOGLER**

2

417480