# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IN RE:** ) | Misc. No. 08-442 (TFH) |
| ) | |
| **GUANTANAMO BAY** ) | Civil Action No. 05-cv-1555 (JR) |
| **DETAINEE LITIGATION** ) | |
| ) | |

### NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGMENT REGARDING ACCESS TO <u>CLASSIFIED NATIONAL SECURITY INFORMATION</u>

Please take notice that Petitioner Ibrahim Osman Ibrahim Idris, a.k.a. Abraham Othman Abrahim Edries, by and through his undersigned counsel, respectfully submits a Memorandum of Understanding Regarding Access to Classified National Security Information and an Acknowledgement, both executed by David S. Karp. True and correct copies of these documents are annexed hereto as Exhibits A and B, respectively.

Dated: October 28, 2008

<u>/s/ David S. Karp</u>
David S. Karp (Bar No. 499712)

DEBEVOISE & PLIMPTON LLP
555 13th St. N.W., Suite 1100-E
Washington, D.C. 20004
Tel:   (202) 383-8000
Fax:   (202) 383-8118