**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **IN RE:** ) | Misc. No. 08-442 (TFH) |
| ) | |
| **GUANTANAMO BAY** ) | Civil Action No. 05-cv-2185 (JR) |
| **DETAINEE LITIGATION** ) | |
| ) | |

**NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING
AND ACKNOWLEDGMENT REGARDING ACCESS TO
<u>CLASSIFIED NATIONAL SECURITY INFORMATION</u>**

Please take notice that Petitioner Abdu Al-Qader Hussain Al-Mudafari, on his own behalf and through his fellow Petitioner and Next Friend Salieh Hussain Ali Al-Mudafari, his brother, by and through their undersigned counsel, respectfully submit a Memorandum of Understanding Regarding Access to Classified National Security Information and an Acknowledgement, both executed by David S. Karp. True and correct copies of these documents are annexed hereto as Exhibits A and B, respectively.

Dated: October 28, 2008

/s/ David S. Karp
David S. Karp (Bar No. 499712)

DEBEVOISE & PLIMPTON LLP
555 13th St. N.W., Suite 1100-E
Washington, D.C. 20004
Tel:   (202) 383-8000
Fax:   (202) 383-8118