IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) **GUANTANAMO BAY** ) **DETAINEE LITIGATION** ) ) | Misc. No. 08-442 (TFH) Civil Action No. 08-1231 |

**DECLARATION BY AMY B. CLEARY, ATTORNEY AT LAW**

I, Amy B. Cleary, declare the following statements are true to the best of my knowledge, information, and belief:

1. I am employed by the Office of the Federal Public Defender, for the Northern District of Ohio, counsel for Petitioner Abdulah Alhamiri in the above-captioned action. I offer this Declaration regarding our authority to represent Petitioner.

2. Our office was appointed to represent Petitioner by this Court on August 8, 2008. It is our understanding Petitioner's habeas petition was filed by next friend Sami al Haji, a fellow and former detainee at Guantanamo Bay possessing knowledge of Petitioner's plight.

3. The government has represented that, prior to our appointment in this case, the government transferred Petitioner to the control of the government for the United Arab Emirates. ECF #6, Status Report and Notice of Transfer, 08-01-08.

4. Our office is presently engaged in the process of obtaining the necessary security clearance to enable us to review any classified materials that may exist regarding Petitioner.

5. To date, our office has not received a response to our recent inquiry regarding the status of our security clearance applications.

6. Our office is also presently investigating Petitioner's custody in the United Arab Emirates.

7. We therefore respectfully seek leave of the Court for an additional 90 days within which to comply with the Court's order to secure authorization from Petitioner to pursue this action on his behalf. A proposed order is attached hereto for the Court's consideration.

Respectfully submitted,

*/s/ Amy B. Cleary*
AMY B. CLEARY (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Phone: (216) 522-4856; Fax: (216) 522-4321
Email: amy_cleary@fd.org

Counsel for Petitioner Abdulah Alhamiri

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) ) ) ) ) | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 08-1231 |
| **GUANTANAMO BAY** <br> **DETAINEE LITIGATION** | | |

## ORDER

In consideration of the Declaration filed on October 29, 2008, by counsel for Petitioner Abdulah Alhamiri, the Court:

ORDERS that, within 90 days of the date of this Order, counsel for Petitioner shall file a signed authorization from Petitioner to pursue the action or a declaration by counsel that states that the Petitioner directly authorized counsel to pursue the action and explains why counsel was unable to secure a signed authorization.

_____
Thomas F. Hogan
District Court Judge