## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) | Misc. No. 08-442 (TFH) |
| **GUANTANAMO BAY** | ) |  |
| **DETAINEE LITIGATION** | ) ) | Civil Action No. 08-1233 |

### DECLARATION BY JONATHAN WITMER-RICH, ATTORNEY AT LAW

I, Jonathan Witmer-Rich, declare the following statements are true to the best of my knowledge, information, and belief:

1. I am employed by the Office of the Federal Public Defender, for the Northern District of Ohio, counsel for Petitioner Monsoor Muhammed Ali Qattaa in the above-captioned action. I offer this Declaration regarding our authority to represent Petitioner.

2. Our office was appointed to represent Petitioner by this Court on August 8, 2008. It is our understanding Petitioner's habeas petition was filed by next friend Sami al Haji, a fellow and former detainee at Guantanamo Bay possessing knowledge of Petitioner's plight.

3. Our office is presently engaged in the process of obtaining the necessary security clearance to be permitted to visit Petitioner at Guantanamo Bay where he is presently detained. I and/or my colleagues intend to travel to Guantanamo Bay, Cuba, to visit with Petitioner as soon as possible after obtaining the necessary security clearance.

4. To date, we have not received a response to our recent inquiry regarding the status of our security clearance applications.

5. We therefore respectfully seek leave of the Court for an additional 90 days within which to comply with the Court's order to secure authorization from Petitioner to pursue this action on his behalf. A proposed order is attached hereto for the Court's consideration.

Respectfully submitted,

*/s/ Jonathan Witmer-Rich*

JONATHAN WITMER-RICH (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Phone: (216) 522-4856; Fax: (216) 522-4321
Email:jonathan_witmer-rich@fd.org

Counsel for Petitioner Monsoor Muhammed
    Ali Qattaa

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) | |
|  | ) | Misc. No. 08-442 (TFH) |
| **GUANTANAMO BAY** | ) | |
| **DETAINEE LITIGATION** | ) | Civil Action No. 08-1233 |
|  | ) | |

## **ORDER**

In consideration of the Declaration filed on October 29, 2008, by counsel for Petitioner Monsoor Muhammed Ali Qattaa, the Court:

ORDERS that, within 90 days of the date of this Order, counsel for Petitioner shall file a signed authorization from Petitioner to pursue the action or a declaration by counsel that states that the Petitioner directly authorized counsel to pursue the action and explains why counsel was unable to secure a signed authorization.

_____
Thomas F. Hogan
District Court Judge