**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI**, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba, <br>   Petitioner, <br><br> v. <br><br> **GEORGE W. BUSH**, et al., <br>   Respondents. | **CIVIL ACTION (HABEAS CORPUS)** <br><br> No. 08-Civ-1207 (UNA) <br> Misc. No. 08-mc-442 (TFH) <br><br> JUDGE: Unassigned |

## **NOTICE**

PLEASE TAKE NOTICE that Petitioner, Abd Al-Rahim Hussain Mohammed Al-Nashiri, by and through undersigned counsel, submitted to the Court Security Office on October 27, 2008:

(1) "Opposition To The Government's Motion To Dismiss Improper Respondents."

Date:   October 28, 2008

            Respectfully Submitted,

             /s/ Paul G. Turner
            *PAUL G. TURNER
            Nevada Bar No. 07941
            Assistant Federal Public Defender
            *GERALD BIERBAUM
            Texas Bar No. 24025252
            Assistant Federal Public Defender
            *MUKUND H. SHARMA
            California Bar No. 249125
            Assistant Federal Public Defender
            411 East Bonneville Avenue, Ste. 250
            Las Vegas, NV 89101
            (702) 388-6577
            *Attorneys for Petitioner

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2008, I served the foregoing **NOTICE** with the United States District Court for the District of Columbia for electronic filing (CM/ECF) with the Court and service on the persons listed on the attached service list:

**Judry Laeb Subar**
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: judry.subar@usdoj.gov

**Scott Michael Marconda**
UNITED STATES DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 5130
Washington, DC 20530
Email: scott.marconda@usdoj.gov

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: alexander.haas@usdoj.gov

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7212
Washington, DC 20044
Email: terry.henry@usdoj.gov

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: andrew.warden@usdoj.gov

                                            /s/ Leianna Montoya
                                            An Employee of the Federal Public Defender