# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMAD MUSTAFA SOHAIL**, ) | Misc. No. 08-0442 (TFH) |
| *Petitioner/Plaintiff,* ) | Civil No. 05-cv-0993 (RMU) |
| ) | |
| v. ) | |
| ) | **NOTICE OF FILING OF** |
| ) | **TRAVERSE** |
| ) | |
| **GEORGE W. BUSH,** *et al.,* ) | |
| *Respondents/Defendants.* ) | |
| ) | |

Petitioner, through undersigned counsel, submits this Notice that he submitted for filing a Traverse in response to Respondents' Amended Factual Return. This was submitted to the Court Security Officers for filing on Monday, October 27, 2008. It was filed through the CSO because of the presence of classified material.

Dated: October 29, 2008           Respectfully submitted,

*s/ Katherine Menendez*
_____
KATHERINE MENENDEZ
Attorney No. 278014 (Minnesota)
Attorney for Petitioner
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415