IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____  x
                                           :
IN RE:                                     :
                                           :
GUANTANAMO BAY                             :   Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                        :
                                           :
_____  x
                                           :
AL HALMANDY, et al.,                       :
                                           :
                    Petitioners,           :
                                           :
              v.                           :   No. 05-CV-2385 (RMU)
                                           :
BUSH, et al.,                              :
                                           :
                    Respondents.           :
                                           :
_____  x
```

**STATUS REPORT REGARDING PETITIONER HOUMAD WARZLY, ISN 574**

Undersigned counsel submits this filing on behalf of Houmad Warzly, a Yemeni national, ISN 574, a petitioner in the above-captioned case.

In our Notice Regarding Authorization of September 29, 2008 (Dkt. 595 in 08-MC-442 and Dkt. 65 in 05-CV-2385), undersigned counsel "propose[d] to update the Court within 30 days on the status of our efforts to resolve the apparent duplication of petitions for Petitioner Warzly." As we reported in that filing, the Office of the Federal Public Defender for the Central District of California was appointed by the Court to represent one Hamoud Abdullah Hamoud Hassan Al Wady. *See Al Wady v. Bush*, No. 08-CV-1237, Dkt. 8 (August 8, 2008) (appointing federal defender offices). The government believes the petitioner in *Al Wady* to be the same

individual we have identified as Petitioner Houmad Warzly, ISN 574, in the instant case. *See* [Respondents'] Status Report, *Al Wady v. Bush*, Dkt. 7 (Aug. 1, 2008) (making identification).

After further communication with Carlton Gunn of the Office of the Federal Public Defender for the Central District of California, undersigned counsel reports that Mr. Gunn expects to file a substitution of counsel in this case, substituting himself for undersigned counsel, within the next ten days, on the understanding that the government's identification of Petitioner Warzly as the same individual as the petitioner in 08-CV-1237 is correct. Mr. Gunn also expects to file a status report with the Court within that same time frame.

Dated: New York, New York
October 29, 2008

Respectfully submitted,

/s/
Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499