# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br><br> **GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 05-2386 (RBW) |

## NOTICE OF PETITIONER ALI SHER HAMIDULLAH'S AUTHORIZATION OF REPRESENTATION

Pursuant to the Court's July 29, 2008 Order, Misc. No. 08-442 Doc. 210, counsel for Petitioner Ali Sher Hamidullah (ISN 455) herewith file the Declaration of Daniel G. Schulof Concerning Authorization to Represent Petitioner Ali Sher Hamidullah (ISN 455), which states that Petitioner expressly and directly authorized counsel to pursue this action and explains why counsel were unable to secure a signed authorization. *See* Exhibit 1.

Dated: October 29, 2008.

Respectfully submitted.

/s/ James F. Bogan, III
A. Stephens Clay (D.C. Bar No. 937060)
James F. Bogan III (Pursuant to LCvR 83.2(g))
C. Allen Garrett, Jr. (Pursuant to LCvR 83.2(g))
Daniel G. Schulof (Pursuant to LCvR 83.2(g))
John R. Gibson (Pursuant to LCvR 83.2(g))
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
dschulof@kilpatrickstockton.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2008, I caused the foregoing "Notice of Petitioner Ali Sher Hamidullah's Authorization of Representation" to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system.

  /s/ James F. Bogan III
James F. Bogan III (Pursuant to LCvR 83.2(g))
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
jbogan@kilpatrickstockton.com

*Counsel for Petitioner*