IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE :
   GUANTÁNAMO BAY
   DETAINEE LITIGATION

Misc. No. 08-442 (TFH)

YOUNOUS CHEKKOURI, et al.,
   Petitioners/Plaintiff,

v.

Civil No. 05-CV-0329 (PLF)

GEORGE W. BUSH, et al.,
   Respondents/Defendants.

## ORDER

Upon consideration of the Respondents' Motion to Dismiss Improper Respondents and Petitioner's Memorandum of Law in Opposition thereto, it is hereby:

ORDERED that Respondents' motion is DENIED.

Dated:_____

_____
Thomas F. Hogan
United States District Judge

PDX/11297/141447/JKK/3073194.1

1

Dockets.Justia.com

# **CERTIFICATE OF SERVICE**

I certify that on October 30, 2008, I caused the foregoing ORDER to be served on the following attorneys via electronic filing:

SCOTT M. MARCONDA
U.S. Department of Justice
Civil Division
Federal Programs Branch
Room 5130
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
202-305-8900
Scott.Marconda@usdoj.gov

Brian David Boyle
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 4633
Washington, DC 20530-0001
(202) 3305-1434
202-514-0238 (fax)
brian.d.boyle@usdoj.gov

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
(202) 616-8470 (fax)
terry.henry@usdoj.gov

Robert J. Katerberg
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-8298
(202) 616-8460 (fax)

robert.katerberg@usdoj.gov

Robert D. Okun
UNITED STATES ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 10-435
Washington, DC 20530
(202) 514-7282
(202) 514-8784 (fax)
robert.okun@usdoj.gov

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
judry.subar@usdoj.gov

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-5084
(202) 616-8460 (fax)
andrew.warden@usdoj.gov

/s/ Jan K. Kitchel