IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: <br><br> GUANTÁNAMO BAY <br> DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| DJAMEL AMEZIANE, <br><br>            Petitioner, <br><br>     v. <br><br> GEORGE W. BUSH, *et al.*, <br><br>            Respondents. | Civil Action No. 05-392 (ESH) |

## **NOTICE OF FILING**

PLEASE TAKE NOTICE that Petitioner Djamel Ameziane submitted to the Court Security Office a motion for reconsideration and clarification, dated October 29, 2008, for service and filing in these actions.

Date:   New York, New York
        October 30, 2008

                                    Respectfully submitted,

                                    Counsel for Petitioner:

                                    /s/ J. Wells Dixon
                                    J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway, 7th Floor
                                    New York, New York 10012
                                    Tel: (212) 614-6423
                                    Fax: (212) 614-6499
                                    wdixon@ccrjustice.org