# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:** | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY DETAINEE LITIGATION** | **Civil Action No. 05-1607 (RMU)** |

### UNOPPOSED MOTION TO ENLARGE TIME FOR FILING A RESPONSE TO RESPONDENTS' MOTION FOR LEAVE TO FILE AMENDED FACTUAL RETURNS

Abdul Raheem Ghulam Rabbani and Ahmmed Ghulam Rabbani ("Petitioners") hereby move for an enlargement of time to respond to Respondents' Motions for Leave to File Amended Factual Returns, which were filed on October 21, 2008 and October 24, 2008, respectively. Petitioners seek an enlargement of time of approximately two weeks, to and including November 18, 2008. This enlargement of time is necessary for Petitioners' counsel to have an opportunity to fully review and analyze the record in this action – much of which is located at the secure facility in Virginia – and properly respond to Respondents' motions.

Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioners conferred with Respondents' counsel on October 23, 2008 and October 30, 2008. Respondents' counsel does not oppose this motion. A proposed order is attached hereto.

Dated: October 30, 2008    ___/s/ Matthew Handley_____
Michael D. Hausfeld
Agnieszka M. Fryszman
Matthew K. Handley
Jason M. Leviton
Matthew Kaplan
**COHEN MILSTEIN HAUSFELD**
  **& TOLL, P.L.L.C.**
1100 New York, Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408-4699

John Holland
Anna Cayton-Holland
**LAW OFFICES OF JOHN HOLLAND**
2150 W. 29th Ave., Suite 500
Denver, CO 80211
Telephone:    (303) 860-1331
Facsimile:    (303) 832-6506