# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION<br><br><br>SUHAIL ABDU ANAM, et al.,<br><br>Petitioners,<br><br>- v -<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Misc. No. 08-442 (TFH)<br><br><br><br><br><br>Civil Action No. 04-CV-1194 (HHK) |

### PETITIONERS' OPPOSITION TO RESPONDENTS' "MOTION TO DISMISS IMPROPER RESPONDENTS"

Petitioners, by their undersigned counsel, respectfully submit this opposition to Respondents' Motion to Dismiss Improper Respondents.

The Anam Petitioners oppose the Government's motion for the reasons set forth in the Memorandum of Law in Opposition to Respondents' "Motion to Dismiss Improper Respondents" filed today in *Mousovi v. Bush*, 05-CV-1124 (RMC), *Al Razak v. Bush*, 05-CV-1601 (GK), *Zadran v. Bush*, 05-CV-2367 (RWR), and the *In re Guantanamo Bay Detainee Litigation* (Misc. No. 08-442). As in those cases, the President, the Secretary of Defense, and Petitioners' immediate custodians are respondents in these proceedings. As in those cases, Petitioners do not oppose the Government's motion provided that safeguards are put in place to prevent substantive prejudice to the rights of Petitioners.

The Anam Petitioners also oppose the Government's motion because, if it is granted without procuring the stipulations Petitioners seek, full consideration of Petitioners' still unresolved motion concerning probable spoliation of evidence would be effectively foreclosed. On February 15, 2008, Petitioners filed a classified Motion for Report Concerning the Destruction of Evidence and for Amended Preservation Order, which the Government opposed. This Motion arose out of probable destruction of relevant evidence by government agencies, including agencies outside the Department of Defense.[1]  To date, this Motion remains unresolved.  Petitioners therefore respectfully request that, at a minimum, the Court maintain jurisdiction over all executive branch agencies pending resolution of Petitioners' Motion.

Dated:  October 30, 2008

Respectfully submitted,

By: /s/ Sarah Havens

Scott Sullivan
Kristine Huskey (D.C. Bar No. 462979)
UNIVERSITY OF TEXAS
  SCHOOL OF LAW
  NATIONAL SECURITY &
  HUMAN RIGHTS CLINIC
727 E. Dean Keeton Street
Austin, TX 78705
Tel. (512) 471-5151
*Of counsel for Petitioners*

Pamela Rogers Chepiga
Sarah Havens
Julie Withers
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel. (212) 610-6300
*Admitted pro hac vice*
*Counsel for Petitioners Hassan, Al-Raimi, Al-Baidhani, Al-Haj, Qassim, Al-Razehi, Al-Swidi, Sarim, Al-Tawlaqi, and Al-Marwalah*

---

[1] Despite repeated requests from Petitioners' counsel, the Government has not yet provided unclassified version of Petitioners' Motion for public filing.

Patricia A. Bronte  
Sapna G. Lalmalani  
JENNER & BLOCK LLP  
330 North Wabash Ave.  
Chicago, IL 60611  
Tel. (312) 923-8357  
*Counsel for Petitioner Madhwani*

Darold Killmer  
Mari Newman  
Sara Rich  
KILLMER, LANE & NEWMAN LLP  
1543 Champa Street  
Suite 400  
Denver, CO 80202  
Tel: (303) 571-1000  
   *Counsel for Petitioners Anam,*  
   *Bin Amer, and Madhwani*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Opposition to Respondents' "Motion to Dismiss Improper Respondents" was served upon counsel of record by the CM/ECF system on the 30th day of October, 2008.

        /s/ Sarah Havens
        Sarah Havens