# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:       )<br>              )<br>GUANTANAMO BAY   )<br>              )<br>DETAINEE LITIGATION  )<br>              ) | Misc. No. 08-442(TFH)<br>Civil Action No. 05-CV-01592(UNA) |

## NOTICE OF JOINDER

Undersigned counsel notify the Court and counsel for Respondents that Petitioner Hassan Bin Attash in the above-captioned civil action joins in "Petitioners' Memorandum of Law in Opposition to Respondents' 'Motion to Dismiss Improper Respondents'" ("Response") filed in the miscellaneous docket on October 30, 2008. A notice and summary of the Response was filed as miscellaneous docket number 872.

Undersigned counsel for Petitioner Attash also attach, as Exhibit A hereto, a true and correct copy of October 27, 2008 and October 29, 2008 email correspondence from Petitioner's counsel, Travis LeBlanc, to Respondents' counsel, Scott Marconda. Counsel for Respondents did not reply to either email.

Dated: October 30, 2008

Respectfully submitted,

/s/ Travis LeBlanc
TRAVIS LEBLANC (D.C. Bar No. 496844)
ASHOK RAMANI (Pursuant to LCvR 83.2(g))
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

*Attorneys for Petitioner*
*HASSAN BIN ATTASH*

430010.01

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2008, I caused the foregoing Notice of Joinder to be delivered to the below-listed counsel of record in the above-captioned matters through the CM/ECF system:

>Alexander Kenneth Haas
>Terry Marcus Henry
>James J. Schwartz
>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue N.W.
>Washington, DC 20530

                                                                         _/s/ Travis LeBlanc_____