**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) | **Civil Action Nos. 05-CV-1457 (GK);** |
| **DETAINEE LITIGATION** ) | **05-CV-2380 (CKK); 05-CV-2385 (RMU)** |
| ) | |
| ) | |
| ) | |

**NOTICE OF FILING OF FACTUAL RETURN**

Respondents have submitted to the Court Security Officer for filing their factual returns in the above-captioned cases, for the following petitioners:

| Case | Name | ISN |
|---|---|---|
| 05-1457 | Dhiab | 722 |
| 05-2380 | Baidany | 1017 |
| 05-2385 | Saleh | 78 |
| 05-2385 | Rawdah | 326 |

The returns contain information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return in each case (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: October 30, 2008				Respectfully submitted,

							GREGORY G. KATSAS
							Assistant Attorney General

							JOHN C. O'QUINN
							Deputy Assistant Attorney General


							<u>/s/ Paul E. Ahern</u>
							JOSEPH H. HUNT (D.C. Bar No. 431134)
							VINCENT M. GARVEY (D.C. Bar No. 127191)
							TERRY M. HENRY
							PAUL AHERN
							Attorneys
							United States Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Avenue, N.W.
							Washington, DC  20530
							Tel:  202.305.0633
							Fax: 202.616.8470

							Attorneys for Respondents