IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: <br><br> GUANTÁNAMO BAY DETAINEE LITIGATION | Misc. No. 08-0442 (TFH) |
| NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY, ISN 030; AHMED ADNAN AHJAM, a/k/a ABU RAWDA, ISN 326; *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | Civil Action No. 05-cv-2386 (RBW) |

### PETITIONERS' OPPOSITION TO RESPONDENTS' "MOTION TO DISMISS IMPROPER RESPONDENTS"

Petitioners Nadir Omar Abdullah Bin Sa'adoun Alsa'ary, ISN 030, and Abu Rawda, a/k/a Ahmed Adnan Ahjam, ISN 326, oppose Respondents' "Motion to Dismiss Improper Respondents."

Before the motion was filed, petitioner Nadir Omar Abdullah Bin Sa'adoun Alsa'ary offered to consent to the proposed dismissal upon respondents' making certain stipulations. See *Exhibit A*, email correspondence between counsel for the parties. Respondents declined so to stipulate.

1

Petitioners' argument in opposition to the motion is fully presented in Petitioners' Memorandum of Law in Opposition to Respondents' "Motion to Dismiss Improper Respondents," filed in Civil Nos. 05-cv-1124 (RMC), 05-cv-1601 (GK), and 05-cv-2367 (RWR). These petitioners incorporate that memorandum by this reference.

///

///

///

DATED this 30th day of October, 2008.

Respectfully submitted,

Counsel for Petitioners:

*[signature]*

DAVID S. MARSHALL (Washington State Bar #11716)
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com

*[signature]* for

Clive A. Stafford Smith (Louisiana Bar No. 14444)
Zachary Katznelson (California Bar No. 209489)
Cori Crider (Member New York Bar)
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
clivess@mac.com
zachary@reprieve.org.uk
cori@reprieve.org.uk