# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) **GUANTÁNAMO BAY** ) **DETAINEE LITIGATION** ) ) ) ) | **Misc. No. 08-442 (TFH)** **No. 05 CV 2386 (RBW)** **No. 06 CV 1761 (ESH)** |

## PETITIONERS' OPPOSITION TO RESPONDENTS' MOTION TO DISMISS IMPROPER RESPONDENTS

Petitioners Abdul-Rahman Sulaeiman, one of the petitioners in *Mohammon, et al. v. Bush, et al.*, No. 05 CV 2386, and Achraf Salim Abdessalam, petitioner in *Abdessalam v. Bush, et al.*, No. 06 CV 1761 (collectively "Petitioners"), by their undersigned counsel, respectfully submit this opposition to Respondents' Motion to Dismiss Improper Respondents.

Petitioners oppose the Government's motion for the reasons set forth in the Memorandum of Law in Opposition to Respondents' "Motion to Dismiss Improper Respondents" filed today in *In re Guantánamo Bay Detainee Litigation* (Misc. No. 08-442) (Docket No. 872) and *Mousovi v. Bush*, 05-CV-1124 (RMC) (Docket No. 133), *Al Razak v. Bush*, 05-CV-1601 (GK) (Docket No. 122), and *Zadran v. Bush*, 05-CV-2367 (RWR) (Docket No. 145). As in those cases, the President, the Secretary of Defense, and Petitioners' immediate custodians are respondents in these proceedings. In addition, Petitioners' counsel informed Respondents' counsel by e-mail that Petitioners do not oppose the Government's motion provided that safeguards are put in place to prevent substantial prejudice to the rights of Petitioners. (*See* E-mail from Sarah Crane to Scott Marconda dated October 13, 2008, attached as Exhibit A.) Respondents' counsel did not respond to this e-mail before filing Respondents' motion.

Dated: October 30, 2008

Respectfully submitted,

  /s/  Thomas P. Sullivan
One of the Attorneys for Petitioners

Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL 60611
Tel: (312) 840-7605
Fax: (312) 840-7705

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2008, I caused a true and correct copy of the foregoing Opposition to Respondents' Motion to Dismiss Improper Respondents to be delivered to the below-listed counsel of record in the above-captioned matters through the CM/ECF system:

>Andrew I. Warden
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

>>/s/ Thomas P. Sullivan