# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **GUANTÁNAMO BAY** ) | |
| **DETAINEE LITIGATION** ) | |
| ) | |
| ) | |
| **SALIM SAID**, *et al.*, ) | |
| ) | |
| **Petitioners,** ) | |
| ) | **No. 1:05 CV 2384 (RWR)** |
| **v.** ) | |
| ) | |
| **GEORGE W. BUSH**, *et al.*, ) | |
| ) | |
| **Respondents.** ) | |

## PETITIONERS' OPPOSITION TO RESPONDENTS'
## MOTION TO DISMISS IMPROPER RESPONDENTS

Petitioners Saad Al Qahtani and Mohammed Zahrani ("Said Petitioners" or

"Petitioners"), by their undersigned counsel, respectfully submit this opposition to Respondents'

Motion to Dismiss Improper Respondents.

The Said Petitioners oppose the Government's motion for the reasons set forth in the

Memorandum of Law in Opposition to Respondents' "Motion to Dismiss Improper

Respondents" filed today in *Mousovi v. Bush*, 05-CV-1124 (RMC), *Al Razak v. Bush*, 05-CV-

1601 (GK), *Zadran v. Bush*, 05-CV-2367 (RWR), and the *In re Guantánamo Bay Detainee*

*Litigation* (Misc. No. 08-442, Dkt. 872).  As in those cases, the President, the Secretary of

Defense, and Petitioners' immediate custodians are respondents in these proceedings.

Petitioners' counsel informed Respondents' counsel by e-mail that Petitioners do not oppose the

Government's motion provided that safeguards are put in place to prevent substantial prejudice

to the rights of Petitioners.  (*See* e-mail from Sarah Crane to Scott Marconda dated October 13, 2008, attached as Exhibit A.)  Respondents' counsel did not respond to this e-mail before filing their motion.

The Said Petitioners also oppose the Government's motion because, if granted, it would effectively foreclose full consideration of Petitioner Al Qahtani's still unresolved motion concerning probable spoliation of evidence.  On January 7, 2008, Petitioner Al Qahtani filed a motion to preserve remaining exculpatory evidence.  (1:05-CV-2384, Dkt. 79, 83.)  The motion was fully briefed on February 19, 2008.  (1:05-CV-2384, Dkt. 80, 81, 85, 88.)  To date, this motion remains unresolved.  The Petitioners therefore respectfully request that, at a minimum, the Court maintain jurisdiction over all executive branch agencies pending resolution of Petitioner Al Qahtani's motion to preserve remaining exculpatory evidence.


Dated:  October 30, 2008                          Respectfully submitted,


                                                    /s/  Patricia A. Bronte
                                                  One of the Attorneys for Petitioners


David W. DeBruin                          Patricia A. Bronte
JENNER & BLOCK LLP                        Sapna G. Lalmalani
601 Thirteenth Street, N.W., Suite 1200   JENNER & BLOCK LLP
Washington, DC  20005-3823                330 North Wabash Ave.
Tel: (202) 639-6000                       Chicago, IL  60611
Fax: (202) 639-6066                       Tel: (312) 923-8357
                                          Fax: (312) 840-7757

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2008, I caused a true and correct copy of the

foregoing Opposition to Respondents' Motion to Dismiss Improper Respondents to be delivered

to the below-listed counsel of record in the above-captioned matters through the CM/ECF

system:

> Andrew I. Warden
> Terry Marcus Henry
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
> Washington, D.C. 20530

____/s/ Patricia A. Bronte_____