**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: ) ) ) ) ) **Misc. No. 08-442 (TF)** ) **Civil Action No. 05-1487 (RMC)** GUANTANAMO BAY ) DETAINEE LITIGATION ) ) ) ) | |

**PETITIONER JAWAD JABBAR SADKHAN AL-SAHLANI'S
MEMORANDUM IN OPPOSITION TO
RESPONDENTS' MOTION TO DISMISS IMPROPER RESPONDENTS**

Petitioner Jawad Jabbar Sadkhan Al-Sahlani ("Jawad"), through his attorneys, respectfully submits this opposition to Respondents' Motion to Dismiss Improper Respondents.

Jawad hereby adopts the opposition filed today in *Mousovi v. Bush*, 05-CV-1124 (RMC), *Al Razak v. Bush*, 05-CV-1601 (GK), *Zadran v. Bush*, 05-CV-2367 (RWR), and the *In re Guantánamo Bay Detainee Litigation* (Misc. No. 08-442, Dkt. No. 872.) As in those cases, the President, the Secretary of Defense, and Jawad's immediate custodians are respondents in these proceedings. Jawad's counsel informed Respondents' counsel by e-mail that Jawad is willing to consent to the Government's motion without prejudice, provided that safeguards are put in place to prevent substantial prejudice to Jawad's rights. (*See* e-mail from Sarah Crane, Jenner & Block LLP, to Scott Marconda, U.S. Dep't of Justice dated October 13, 2008, attached as Exhibit A.) Respondents' counsel did not respond to this e-mail before filing their motion.

WHEREFORE, Petitioner Jawad Jabbar Sadkhan Al-Sahlani respectfully requests that this Court deny Respondents' Motion.

| | |
|---|---|
| Dated: October 30, 2008<br><br>JENNER & BLOCK LLP<br>Jeffrey D. Colman<br>Sapna G. Lalmalani<br>Sarah E. Crane<br>330 North Wabash Avenue<br>Chicago, Illinois 60611<br>T: (312) 222-9350<br>F: (312) 527-0484<br><br>LAW OFFICES OF<br>WILLIAM A. WERTHEIMER, JR.<br>William A. Wertheimer, Jr.<br>30515 Timberbrook Lane<br>Bingham Farms, Michigan 48025<br>T: (248) 644-9200<br>F: (248) 593-5128<br><br>Of Counsel:<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>Shayana Kadidal<br>666 Broadway 7th Floor<br>New York NY 10012<br>T: (212) 614-6438<br>F: (212) 614-6499<br><br>(Attorneys for Petitioner) | Respectfully submitted,<br><br>BY: _s/ Jeffrey D. Colman_____<br>One of the Attorneys for Petitioner |

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2008, I filed the foregoing Memorandum in Opposition to Respondents' Motion to Dismiss Improper Respondents with the Court's CM/ECF system and caused all attorneys of record, listed below, to be served via that system.

| | |
|---|---|
| **Paul Edward Ahern**<br>U.S. DEPARTMENT OF JUSTICE<br>20 Massachusetts Avenue, NW<br>Suite 7111<br>Washington, DC 20529<br>(202) 514-3755<br>Email: paul.ahern@usdoj.gov<br>*LEAD ATTORNEY*<br><br>**Scott Michael Marconda**<br>U.S. DEPARTMENT OF JUSTICE<br>20 Massachusetts Avenue, NW<br>Room 5130<br>Washington, DC 20530<br>(202) 305-0169<br>Email: scott.marconda@usdoj.gov<br>*LEAD ATTORNEY*<br><br>**Terry Marcus Henry**<br>U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>P.O. Box 883<br>20 Massachusetts Avenue, NW<br>Suite 7212<br>Washington, DC 20044<br>(202) 514-4107<br>Fax: (202) 616-8470<br>Email: terry.henry@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | **Alexander Kenneth Haas**<br>U.S. DEPARTMENT OF JUSTICE<br>20 Massachusetts Avenue, NW<br>Washington, DC<br>(202) 307-3937<br>Fax: (202) 616-8470<br>Email: alexander.haas@usdoj.gov<br><br>**Andrew I. Warden**<br>U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>(202) 616-5084<br>Fax: (202) 616-8460<br>Email: andrew.warden@usdoj.gov<br><br>**Nicholas Andrew Oldham**<br>U.S. Department of Justice, Civil Division<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC 20530<br>(202) 514-3367<br>Fax: (202) 616-8470<br>Email: Nicholas.Oldham@usdoj.gov<br>*PRO HAC VICE* |

    _s/ Jeffrey D. Colman_____
    Jeffrey D. Colman