UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| )<br>IN RE: )<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>) | Misc. No. 08-0442 (TFH)<br><br>Civil Actions No. 05-1645 (PLF), 05-1646 (JDB) |

**PETITIONERS' NOTICE OF JOINDER IN OPPOSITION TO RESPONDENTS'
MOTION TO DISMISS "IMPROPER" RESPONDENTS**

Petitioners in the above captioned cases hereby give notice that they join Petitioners' Opposition to Government's Motion to Dismiss "Improper" Respondents, filed in Civil Action Nos.:

04-CV-1144, 04-CV-1254, 05-CV-270, 05-CV-280, 05-CV-392, 05-CV-492, 05-CV-520, 05-CV-526, 05-CV-748, 05-CV-883, 05-CV-994, 05-CV-998, 05-CV-1048, 05-CV-1220, 05-CV-1347, 05-CV-1353, 05-CV-1429, 05-CV-1457, 05-CV-1458, 05-CV-1497, 05-CV-1504, 05-CV-1505, 05-CV-1506, 05-CV-1509, 05-CV-1555, 05-CV-1602, 05-CV-1607, 05-CV-1623, 05-CV-1639, 05-CV-1704, 05-CV-1971, 05-CV-2088, 05-CV-2185, 05-CV-2186, 05-CV-2199, 05-CV-2370, 05-CV-2371, 05-CV-2379, 05-CV-2380, 05-CV-2385, 05-CV-2386, 05-CV-2477, 05-CV-2479, 06-CV-1688, 06-CV-1758, 06-CV-1759, 06-CV-1767, 06-CV-1684, 06-CV-1690, 08-CV-987, 08-CV-1101, 08-CV-1153, 08-CV-1185, 08-CV-1221, 08-CV-1227, 08-CV-1310, and 08-CV-1628 (filed Oct. 30, 2008).

For the reasons stated therein, the Court should deny the government's motion in its entirety.

Respectfully submitted,

/s/

Judith Brown Chomsky
LAW OFFICE OF JUDITH
BROWN CHOMSKY
P.O. Box 29726
Elkins Park, PA 19027
(215) 782-8367 (phone)