# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ ) | | |
| IN RE: ) | | |
| GUANTÁNAMO BAY ) | Misc. No. 08-442 (TFH) | |
| DETAINEE CASES ) | | |
| _____) | | |
| ) | | |
| HUSSAIN SALEM MOHAMMED ) | | |
| ALMERFEDI, ET AL., ) | | |
| ) | | |
| v. ) | Civ. No. 05-1645 (PLF) | |
| ) | | |
| GEORGE W. BUSH, ET AL. ) | | |
| _____) | | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Petitioners:

> David H. Remes
> (D.C. Bar No. 370782)
> Appeal for Justice
> 1106 Noyes Drive
> Silver Spring, MD
> (202) 669-6508
> remesdh@gmail.com

Respectfully submitted,

/s/

_____
Judith Brown Chomsky
Counsel for Petitioner
LAW OFFICE OF JUDITH
BROWN CHOMSKY
P.O. Box 29726
Elkins Park, PA 19027
(215) 782-8367 (phone)