# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                              )
IN RE:                        )
GUANTÁNAMO BAY                )   Misc. No. 08-442 (TFH)
DETAINEE CASES                )
_____)
                              )
WALEED SAID BN SAID ZAID      )
                              )
       v.                     )   Civ. No. 05-1646 (JDB)
                              )
GEORGE W. BUSH, ET AL.        )
_____)

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Petitioners:

> David H. Remes
> (D.C. Bar No. 370782)
> Appeal for Justice
> 1106 Noyes Drive
> Silver Spring, MD
> (202) 669-6508
> remesdh@gmail.com

                                        Respectfully submitted,

                                        /s/
                                        _____
                                        Judith Brown Chomsky
                                        Counsel for Petitioner
                                        LAW OFFICE OF JUDITH
                                        BROWN CHOMSKY
                                        P.O. Box 29726
                                        Elkins Park, PA 19027
                                        (215) 782-8367 (phone)