IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: GUANTANAMO BAY<br>     DETAINEE LITIGATION | ) <br> ) <br> ) | Misc. No. 08-442 (TFH) |
| TARIQ ALSAWAM,<br>     Petitioner<br>     <br>v.<br>     <br>GEORGE W. BUSH, et al.,<br>     Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-1244(CKK) |
| KHIALI-GUL,<br>     Petitioner<br>     <br>v.<br>     <br>GEORGE W. BUSH, et al.,<br>     Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-877 (JR) |

OPPOSITION TO
RESPONDENTS' "MOTION TO DISMISS IMPROPER RESPONDENTS"

Petitioners Tariq Alsawam and Khiali-Gul respectfully adopt the Petitioners' Memorandum of Law In Opposition to Respondents' "Motion to Dismiss Improper Respondents" filed on behalf of Petitioners Ali Shah Mousovi (05-CV-1124), Hamid Al Razak (05-CV-1601), and Abdullah Wazir Zadran (05-CV-2367), Docket Number 872. Counsel notes that in response to respondents' email inquiry regarding petitioners' position with regard to respondents' motion, counsel for Tariq Alsawam and Khiali-Gul sent an email reply containing the same position set forth on behalf of petitioners Ali Shah Mousovi, Hamid AL Razak, and Adbdullah Wazir.

Respectfully Submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Mary Manning Petras
Assistant Federal Public Defender

_____/s/_____
Lara Gabrielle Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500