## IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI**, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba, <br>                    Petitioner, <br><br>             v. <br><br>**GEORGE W. BUSH**, et al., <br>                    Respondents. | **CIVIL ACTION** <br> **(HABEAS CORPUS)** <br><br> No. 08-Civ-1207 (UNA) <br> Misc. No. 08-mc-442 (TFH) <br><br> JUDGE: Unassigned |

### NOTICE

PLEASE TAKE NOTICE that Petitioner, Abd Al-Rahim Hussain Mohammed Al-Nashiri, by and through undersigned counsel, submitted to the Court Security Office on October 31, 2008:

(1) "Response the Court's October 27, 2008 Order to Show Cause.'"

Date:   October 31, 2008

                                                            Respectfully Submitted,


                                                            _____
                                                            *PAUL G. TURNER
                                                            Nevada Bar No. 07941
                                                            Assistant Federal Public Defender
                                                            *GERALD BIERBAUM
                                                            Texas Bar No. 24025252
                                                            Assistant Federal Public Defender
                                                            *MUKUND H. SHARMA
                                                            California Bar No. 249125
                                                            Assistant Federal Public Defender
                                                            411 East Bonneville Avenue, Ste. 250
                                                            Las Vegas, NV 89101
                                                            (702) 388-6577
                                                            *Attorneys for Petitioner

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008, I served the foregoing **NOTICE**, with the United States District Court for the District of Columbia for electronic filing (CM/ECF) with the Court and service on the persons listed on the attached service list:

**SERVICE LIST:**

**Judry Laeb Subar**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: judry.subar@usdoj.gov

**Scott Michael Marconda**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW, Room 5130
Washington, DC 20530
Email: scott.marconda@usdoj.gov

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: alexander.haas@usdoj.gov

**Jonathan S. Needle**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7109
Washington, D.C. 20530
E-mail: jonathan.needle@usdoj.gov

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
20 Massachusetts Avenue, NW
Washington, DC 20530
andrew.warden@usdoj.gov

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
20 Massachusetts Avenue, NW, Suite 7212
Washington, DC 20044
Email: terry.henry@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW, Suite 7218
Washington, DC 20530
Email: jean.lin@usdoj.gov

**Scott L. Fenstermaker, P.C.**
300 Park Avenue, 17th Floor
New York, New York 10022

    /s/ Leianna Montoya
    An Employee of the Federal Public Defender