# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) ABBAR SUFIAN AL HAWARY ) ) Petitioner, ) ) v. ) ) GEORGE BUSH *et al.* ) ) Respondents. ) ) | Misc. No. 08-0442 (TFH) Civil Action No. 05-1505 (RMC) |

## NOTICE OF APPEARANCE AND CERTIFICATION
## OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of the petitioner in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing the petitioner without compensation.

Dated:   October 31, 2008

Respectfully submitted,

Counsel for Petitioner:

  /s/ Pardiss Kebriaei
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6452
Fax:  (212) 614-6499