# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) ) ) ) | Misc. No. 08-0442 (TFH) <br><br> Civil Action No. 05-2386 (RBW) |

## NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondents that Petitioner Jabbarov Oybek Jamolivich (ISN #452) in the above-captioned case joins in "Petitioners' Memorandum of Law in Opposition to Respondents' Motion to Dismiss Improper Respondents," filed on October 30, 2008, in the Miscellaneous Docket, as Docket Entry #872.

Respectfully submitted,

Dated: October 31, 2008          By:     /s/ *Michael E. Mone, Jr.*
                                         Michael E. Mone, Jr.
                                         (MA BBO No. 634607)
                                         ESDAILE, BARRETT & ESDAILE
                                         75 Federal Street
                                         Boston, MA  02110
                                         (617) 482-0333
                                         (617) 426-2978 (fax)

                                         *Counsel for Petitioner Jamolivich*

## CERTIFICATE OF SERVICE

I, Michael E. Mone, Jr., certify that on October 31, 2008, I electronically filed Notice of Joinder in Petitioners' Memorandum of Law in Opposition to Respondents' Motion to Dismiss Improper Respondents, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court.

DATED: October 31, 2008

By:  /s/ Michael E. Mone, Jr.