# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-0442 (TFH)<br><br>Civil Action No. 05-2386 |

## **ORDER**

Pending before the Court is Petitioner's counsel's Motion For Leave To Submit Supplemental Declaration For *In Camera* Review (docket # 598, 05-cv-2386). Because the Supplemental Declaration of James A. Nickovich does not contain attorney-client privileged information,[1] the Court

**ORDERS** that the Motion is **DENIED**. The Court further

**ORDERS** that, by November 28, 2008, counsel for Petitioner Samir LNU, also known as Mohammed Noor Uthman, (ISN 707) shall comply with the Court's Order of July 29, 2008, by filing a signed authorization from Petitioner to pursue this action or a declaration by counsel that states that Petitioner directly authorized counsel to pursue the action and explains why counsel was unable to secure a signed authorization.

October 31, 2008

/s/
Thomas F. Hogan
United States District Judge

---

[1] At most, the declaration reveals information surrounding counsel's *attempted* communication with Petitioner; there is nothing in the declaration that reveals confidential communications between counsel and Petitioner. Therefore, the attorney-client privilege is inapplicable. *See In re Lindsey*, 158 F.3d 1263, 1267 (D.C. Cir. 1998) (per curiam) ("The attorney-client privilege protects confidential communications made between clients and their attorneys when the communications are for the purpose of securing legal advice or services.").