**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, <br><br> Petitioner, <br><br> v. <br><br> GEORGE WALKER BUSH, *et al.*, <br><br> Respondents. | ) ) ) ) ) ) ) Civil Action No: 05-2249 (RMC) ) Misc. No. 08-0442 ) ) ) ) ) ) |

## NOTICE OF FILING

Petitioner Mohammed Abdul Rahman Al-Shimrani, through his undersigned counsel, hereby gives notice of filing of Opposition to Respondent's Motion to Dismiss Improper Respondents. This motion has been sent via overnight UPS to the Court Security Officer for review prior to public filing.

Dated: New York, New York
      October 30, 2008.      Respectfully submitted,

                                                       /s/
                                Martha Rayner (NY-MR-1423)
                                LINCOLN SQUARE LEGAL SERVICES
                                Fordham University School of Law
                                33 W. 60th Street, 3rd Floor
                                New York, NY 10023
                                Tel: (212) 636-6934
                                Fax: (212) 636-6923

                                Counsel for Petitioner