# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANAD AL-KAZIMI, | ) Misc. No.: 08-442 (TFH) |
| Petitioner, | ) Civil Action No: 05-2386 (RBW) |
| v. | ) |
| GEORGE WALKER BUSH, *et al.*, | ) |
| Respondents. | ) |

## NOTICE OF FILING

Petitioner Sanad Al-Kazimi, through his undersigned counsel, hereby gives notice of filing of Petitioner's Opposition to Government's Motion to Dismiss Improper Respondents. This motion has been sent via overnight UPS to the Court Security Officer for review prior to public filing.

Dated: New York, New York
     October 30, 2008.              Respectfully submitted,

                                      /s/
                                Martha Rayner (NY-MR-1423)
                                LINCOLN SQUARE LEGAL SERVICES
                                Fordham University School of Law
                                33 W. 60th Street, 3rd Floor
                                New York, NY 10023
                                Tel: (212) 636-6934
                                Fax: (212) 636-6923

                                Counsel for Petitioner