IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| _____ ) | |
| HANI SALEH RASHID ABDULLAH, ) | |
| *et al.*, ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | Civil No. 05-0023 (RWR) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |
| _____ ) | |

### NOTICE OF FILING
### MOTION FOR IDENTIFICATION OF WITNESS
### WHOSE NAME HAS BEEN WITHHELD

Petitioner Hani Saleh Rashid Abdullah, through his undersigned counsel, hereby gives notice of filing of his Motion for Identification of Witness Whose Name has been Withheld.

Respectfully submitted,

   /s/ Stephen M. Truitt

| | |
|---|---|
| Shayana Kadidal (DC # 454248)<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, New York 10012<br>Tel: (212) 614-6439<br>Fax: (212) 614-6499<br><br>Of Counsel for Petitioner<br><br><br>Dated: October 31, 2008 | Stephen M. Truitt (DC # 13235 )<br>600 Fourteenth Street, N.W.<br>Suite 500, Hamilton Square<br>Washington, DC 20005-2004<br>Tel: (202) 220-1452<br>Fax: 202 220 1665<br><br>Charles H. Carpenter (DC #432004)<br>William J. Bethune (DC # 66696)<br>PEPPER HAMILTON LLP<br>600 Fourteenth Street, N.W.<br>Suite 500, Hamilton Square<br>Washington, DC 20005-2004<br>Tel: (202) 220-1507<br>Fax: (202) 220-1665<br><br>*Counsel for Petitioners* |