IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____ x
                                        :
IN RE:                                  :
                                        :
GUANTANAMO BAY                          :
DETAINEE LITIGATION                     :   Misc. No. 08-442 (TFH)
                                        :
_____ x
```

Civil No. 05-883 (RBW)

**NOTICE OF FILING**

Please take notice that Timothy Cone and Paul M. Rashkind, counsel for Petitioner Karim Bostan**,** have each hereby filed a Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgment in the above-captioned matters, copies of which are attached hereto.

Respectfully submitted,

MICHAEL CARUSO
ACTING FEDERAL PUBLIC DEFENDER
_____/s/_____
Paul M. Rashkind
Chief of Appeals
Supervisory Assistant Federal Public Defender
150 W. Flagler St. Suite 1500
Miami, Florida 33130-1555
Tel. (305) 536-6900 x 205
fax. (305) 530-7120
email: Paul_Rashkind@fd.org
_____/s/_____
Timothy Cone
Assistant Federal Public Defender
150 W. Flagler St. Suite 1500
Miami, Florida 33130-1555
Tel. (305) 536-6900 x 227
Temp. (202) 208-7528 x 121
fax (202) 208-7515
email: Tim_Cone@fd.org
*Counsel for Petitioner Bostan in 05-883*