IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X
IN RE:
: Misc. No. 08-442 (TFH)
:
GUANTANAMO BAY DETAINEE LITIGATION
: Civil Action No. 08-1628 (PLF)
:
: CERTIFICATE OF SERVICE
---------------------------------------------------------------------- X

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 30th day of October 2008, the Status Report for Petitioner Mustafa Ahmed Hamlily, with Exhibit A, was served by Federal Express upon:

>Terry Henry
>U.S. Dept. of Justice, Civil Div., Fed. Prog. Branch
>20 Massachusetts Avenue, N.W.
>Washington, DC 20530
>
>Scott M. Marconda
>U.S. Dept. of Justice
>20 Massachusetts Avenue, N.W., Room 5130
>Washington, DC 20530

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
October 30, 2008

/s/Richard V. Conza
Richard V. Conza