# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION ) ) ) and ) ) MOHAMMED AL-ADAHI, *et al.* ) ) *Petitioners*, ) ) *v.* ) ) GEORGE W. BUSH, *et al.*, ) ) *Respondents*. ) | Misc. No. 8-442 (TFH) Civil Action No. 05-280 (GK) |

## **NOTICE OF FILING**

As required by the Protective Order in this matter, undersigned counsel hereby gives notice that on November 3, 2008, copies of the Traverse of Suleiman Awadh Bin Aqil Al-Nahdi to Respondents' "Amended Factual Return" were delivered to the Court Security Officer for clearance for public filing.

The Traverse will be filed via Electronic Case Filing system when it has been cleared by the Court Security Office.

8093903.1

Respectfully submitted,

Counsel for Petitioners:

   /s/ *Brian C. Spahn*
Richard G. Murphy, Jr. (D.C. Bar No. 472769)
Brian C. Spahn (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0635
Facsimile: (202) 637-3593

John A. Chandler (Pursuant to LCvR 83.2(g))*
Elizabeth V. Tanis (Pursuant to LCvR 83.2(g))
Kristin B. Wilhelm (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806

* - Lead Counsel

November 4, 2008
Washington, DC

# CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Terry Marcus Henry
terry.henry@usdoj.gov

Andrew I. Warden
andrew.warden@usdoj.gov

Judry Laeb Subar
judry.subar@usdoj.gov

James C. Luh
james.luh@usdoj.gov


SUTHERLAND ASBILL & BRENNAN LLP

By:   /s/ *Brian C. Spahn*
Brian C. Spahn