**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 04-1254 (HHK) |
| | ) | |

**CERTIFICATE OF COMPLIANCE WITH
FEDERAL RULE OF APPELLATE PROCEDURE 10(b)**

On October 21, 2008, Petitioner Adnan Farhan Abdul Latif filed a Notice of Appeal from Judge Thomas F. Hogan's Order of September 22, 2008, denying his Emergency Motion to Compel Access to Medical Records of Petitioner Adnan Farhan Abdul Latif and For Other Miscellaneous Relief. Pursuant to Fed. R. App. Pro. 10(b), Petitioner hereby certifies that no transcript of the proceedings will be ordered because no hearing was held on the Motion.

Dated: Chicago, IL
November 3, 2008

Respectfully submitted,

/s/

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043 (phone)
(815) 753-9301 (fax)
mdf19@columbia.edu

S. William Livingston
D.C. Bar. No. 59005
Alan A. Pemberton
D.C. Bar. No. 367108
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401

(202) 662-6000 (phone)
(202) 778-6000 (fax)
wlivingston@cov.com
apemberton@cov.com

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com