IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | |
| ) | |
| AL HALMANDY, *et al.*, ) | Civil Action No. 05-CV-2385 (RMU) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| BUSH, *et al*., ) | |
| ) | |
| Respondents. ) | |
| ) | |

### **REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Deputy Federal Public Defender Carlton F. Gunn and

Deputy Federal Public Defender Craig Harbaugh of the Office of the Federal Public Defender for

the Central District of California of Los Angeles, hereby request appointment and approval of

this Court of their substitution for Shayana Kadidal of the Center for Constitutional Rights as

attorney for Petitioner Houmad Warzly, ISN 574. Mr. Kadidal shall continue as counsel for all

///

///

///

///

///

other remaining individual petitioners in the above- captioned matter.

                                        Respectfully submitted,

                                        SEAN K. KENNEDY
                                        Federal Public Defender

DATED: October 31, 2008              By   /*S*/
                                                      CARLTON F. GUNN (CA Bar No. 112344)
                                                      CRAIG HARBAUGH (D.C. Bar No. 974117 )
                                                      FEDERAL PUBLIC DEFENDER
                                                      321 East 2nd Street
                                                      Los Angeles, CA 90012
                                                      (213) 894-1700; Facsimile: (213) 894-0081
                                                      Attorneys for Petitioner

# DECLARATION OF CARLTON F. GUNN

I, Carlton F. Gunn, hereby declare and state:

1.  I am a Deputy Federal Public Defender with the Federal Public Defender in the Central District of California. Our office was appointed to represent three of the detainees at Guantanamo Bay on August 8, 2008, as reflected in the order attached as Exhibit A. I and Deputy Federal Public Defender Craig Harbaugh were assigned to the cases.

2.  One of the detainees whom we were appointed to represent was a detainee for whom a petition had been filed under the name of Hamoud Abdullah Hamoud Hassan Al Wady in Case Number 08-cv-01237. A copy of that petition is attached as Exhibit B.

3.  We have been informed by both Shayana Kadidal of the Center for Constitutional Rights and Andrew Warden of the United States Department of Justice that Hamoud Abdullah Hamoud Hassan Al Wady is the same detainee as Houmad Warzly, who is one of the petitioners in this case. This representation was also made by the government in a status report the government filed in the Al Wady case on August 1, 2008, which status report is attached to this declaration as Exhibit C.

4.  Based on this agreement that Hamoud Abdullah Hamoud Hassan Al Wady and Houmad Warzly are the same detainee, given that we are appointed to represent the petitioner in the Al Wady case, and given that Mr. Kadidal and the Center for Constitutional Rights desire our

substitution as counsel in the Houmad Warzly matter, we believe such substitution is appropriate. We would request that the Court appoint our office and approve that substitution.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


DATED: October 31, 2008             ____/S/_____
                                    CARLTON F. GUNN
                                    Deputy Federal Public Defender