IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | |
| ) | |
| AL HALMANDY, *et al.*, ) | Civil Action No. 05-CV-2385 (RMU) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**EXHIBITS IN SUPPORT OF REQUEST FOR
APPROVAL OF SUBSTITUTION OF COUNSEL**

The Office of the Federal Public Defender hereby submits the attached Exhibits A, B, and C, in support of the Petitioner's Request for Approval of Substitution of Counsel. The exhibits were inadvertently omitted when said Request was filed.

    Respectfully submitted,

    SEAN K. KENNEDY
    Federal Public Defender

DATED: November 3, 2008    By  /S/
    CARLTON F. GUNN (CA Bar No. 112344)
    CRAIG HARBAUGH (D.C. Bar No. 974117)
    FEDERAL PUBLIC DEFENDER
    321 East 2nd Street
    Los Angeles, CA 90012
    (213) 894-1700; Facsimile: (213) 894-0081
    Attorneys for Petitioner