# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) | **Civil Action No. 05-CV-2186** |
| **DETAINEE LITIGATION** ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF FILING
## OF PROPOSED AMENDED FACTUAL RETURN

On November 3, 2008, respondents submitted to the Court Security Officer for filing their proposed amended factual return in the above-captioned case for the following petitioner: al-Mithali, ISN 840.

The proposed amended return contains information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: November 4, 2008         Respectfully submitted,

                                GREGORY G. KATSAS
                                Assistant Attorney General

                                JOHN C. O'QUINN
                                Deputy Assistant Attorney General


                                <u>/s/ Paul E. Ahern</u>
                                JOSEPH H. HUNT (D.C. Bar No. 431134)
                                VINCENT M. GARVEY (D.C. Bar No. 127191)
                                TERRY M. HENRY
                                PAUL AHERN
                                Attorneys
                                United States Department of Justice
                                Civil Division, Federal Programs Branch
                                20 Massachusetts Avenue, N.W.
                                Washington, DC  20530
                                Tel:  202.305.0633
                                Fax: 202.616.8470

                                Attorneys for Respondents