*Cleared for Public Filing by the CSO*

UNCLASSIFIED

FILED WITH THE
COURT SECURITY OFFICER
CSO: [signature]
DATE: 9/17/20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

IN RE:

GUANTÁNAMO BAY
DETAINEE LITIGATION

Misc. No. 08-442 (TFH)

---

MAJID KHAN,

    Petitioner,

v.

GEORGE W. BUSH, *et al.*,

    Respondents.

Civil Action No. 06-CV-1690 (RBW)

---

## PETITIONER MAJID KHAN'S
## RESPONSE TO MOTION TO INTERVENE

Petitioner Majid Khan, by and through his undersigned counsel, hereby consents to the motion to intervene in this case filed by Mohamed Al-Zarnouqi and Mashour Abdullah Muqbel Alsabri, petitioners in Civil Action No. 06-CV-1767, on September 12, 2008 (*see* dkt. no. 74).

IN RE: GUANTANAMO BAY DETAINEE LITIGATION     Doc. 931

Date: September 17, 2008

 

Respectfully submitted,

Counsel for Petitioner:

_____
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6423

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2008, I caused the foregoing response to be submitted to the Court and counsel listed below by causing an original and five copies to be personally delivered to the Court Security Office at the Secure Facility SCIF.

Terry M. Henry, Esq.
Civil Division, Federal Programs Branch
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel. (202) 514-4107

Counsel for Respondents

_____
J. Wells Dixon