Cleared for Public filing by the CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

IN RE:

GUANTÁNAMO BAY
DETAINEE LITIGATION

Misc. No. 08-442 (TFH)

---

MAJID KHAN,

    Petitioner,

    v.

GEORGE W. BUSH, *et al.*,

    Respondents.

Civil Action No. 06 CV 1690 (RBW)

---

## RESPONSE TO THE COURT'S JULY 29, 2008 ORDER

Petitioner Majid Khan, by and through his undersigned counsel, respectfully submits this response to the Court's July 29, 2008 Order (misc. dkt. no. 210).

The petition in this case was filed by Khan's wife, acting as his next friend, on September 29, 2006. There is no serious dispute that Khan's wife had (and still has) standing to act as his next friend, or that the petition is legally valid. Nor is there any serious dispute that a next-friend petition was necessary in light of (1) Khan's capture and enforced disappearance by the United States in March 2003, (2) his abduction, imprisonment and torture by U.S. officials at secret overseas "black sites" operated by the CIA before he was transferred to Guantánamo Bay in September 2006, and (3) the government's refusal to provide Khan any access to his undersigned

IN RE: GUANTANAMO BAY DETAINEE LITIGATION     Doc. 932

Dockets.Justia.com

counsel until October 2007. Indeed, two years after Khan's next-friend petition was filed, the government continues to deny him access to his counsel in the context of this case.

Khan nevertheless has repeatedly provided undersigned counsel with direct written authority to represent him. After learning through non-legal correspondence that he had counsel in this case, Khan repeatedly demanded access to us through the limited means available to him. He sent us postcards asking for our assistance (*see* Ex. 1); he wrote directly to counsel for the government requesting our assistance (*see* Ex. 2); and he requested our assistance in connection with his Combatant Status Review Tribunal Proceedings in April 2007 (*see* Verbatim Transcript of Combatant Status Review Tribunal Hearing for ISN 10020 (*available at* http://www.defenselink.mil/news/transcript_ISN10020.pdf)). Khan was so desperate to meet with his counsel that he went on hunger strikes and attempted to commit suicide by chewing through an artery in his elbow when counsel access was initially denied. *See* Declaration of Gitanjali S. Gutierrez, *Khan v. Gates*, No. 07-1324 (D.C. Cir. Nov. 29, 2007) (Redacted).

Moreover, since meeting with undersigned counsel in the context of his parallel Detainee Treatment Act ("DTA") case, Khan has not only authorized us to pursue this habeas case on his behalf, he has also authorized us to represent him in the DTA case, in litigation under the Freedom of Information Act, and in connection with any military commission case that may be brought against him. *See* Ex. 3 (selected documents).

Not once has the government ever questioned our authority to represent Khan. To the contrary, the government has expressly recognized our representation. *See* Ex. 4.

Accordingly, Khan has more than satisfied any legal requirement that he demonstrate, confirm or clarify his desire to pursue habeas relief.

Dated:   New York, New York
         September 23, 2008

                    Respectfully submitted,

                    Counsel for Petitioner:

                    _____
                    J. Wells Dixon (Pursuant to LCvR 83.2(g))
                    Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
                    CENTER FOR CONSTITUTIONAL RIGHTS
                    666 Broadway, 7th Floor
                    New York, New York 10012
                    Tel: (212) 614-6423
                    Fax: (212) 614-6499
                    wdixon@ccrjustice.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008, I caused the foregoing response, with exhibits, to be filed and served on counsel listed below by causing an original and five copies to be delivered to the Court Security Office via overnight mail.

Terry M. Henry, Esq.
Civil Division, Federal Programs Branch
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel. (202) 514-4107

Counsel for Respondents

_____
J. Wells Dixon

# EXHIBIT 1

DETAINEE MAJID KHAN (US-9Z-10020)
CAMP DELTA
Washington, DC 20353
USA

| SENDER | | TO: MICHAEL RATNER (lawyer) GUAN-2007-T 0298B |
|---|---|---|
| NAME (Last, First, MI) | | WILLIAM GOODMAN (lawyer) |
| KHAN, MAJID, SHOUKAT | | GITANJALI S. GUTIERREZ |
| INTERNMENT SERIAL NUMBER | | |
| US-9Z-10020 | STREET | 666 BROADWAY |
| DATE AND PLACE OF BIRTH | | |
| FEB-28-1980, MEDINA, Saudi Arabia | CITY | NEW YORK |
| NAME OF CAMP | COUNTRY | U.S.A |
| DEPARTMENT OF DEFENSE CAMP | PROVINCE OR DEPARTMENT | NEW YORK |
| COUNTRY WHERE POSTED | | |
| GUANTANAMO BAY, CUBA | | CENTER OF CONSTITUTIONAL RIGHTS |

DA FORM 2668, JAN 2004

USDoD-000646

GUAN-2007-T 02988

# POSTCARD

For use of this form, see AR 190-8; the proponent agency is PMG.

| LANGUAGE | DATE | POWER SERVED |
|---|---|---|
| ENGLISH | MAY-04-07 | |

## WRITE BETWEEN LINES AND AS LEGIBLY AS POSSIBLE

I just wanted to send (Brentwun, mate) my greetings for me and doing your best to get me all from here.

Please! Don't give up keep trying. I hope we will meet someday. I will have justice of not there thereafter. Inshallah!

May Allah guide us all. Ana thanks Amen for everything. You have done for us.

DA FORM 268B, JAN 2004

USDODGH00646

| DETAINEE KHAN, MASTA (US-01020) | | |
|---|---|---|
| CAMP DELTA | | |
| Washington, DC 20353 | | |
| USA | | |
| SENDER | | GUAN-2007-T 03089 |
| NAME (Last, First, MI) KHAN, MASTA SHOUKAT | TO M.ICHEAL RAINER WILLIAM GOODMAN GONZALEZ S. GUITERREZ | |
| INTERNMENT SERIAL NUMBER US-01020 | | |
| DATE AND PLACE OF BIRTH 28-FEB-1980, MANSIM Swat Akara | STREET 666 BROADWAY | |
| NAME OF CAMP GTMO | CITY NEWYORK, NY 10012 | |
| | COUNTRY U.S.A | |
| COUNTRY WHERE POSTED GUANTANAMO BAY, CUBA | PROVINCE OR DEPARTMENT CENTRE OF CONSTITUTIONAL RIGHTS | |

DA FORM 2668, JAN 2004

USDOD 6H00808

GUAN-2007-T 03089

POST CARD

For use of this form, see AR 190-8; the proponent agency is PMG

DATE June 16, 07

POWER SERVED

LANGUAGE English

WRITE BETWEEN LINES AND AS LEGIBLY AS POSSIBLE

I have written to DOD, CSIS, FBI and even Reps but others are to meet with you guys. I've gone to states, profest, cooperate, non-cooperation but still no responses. Please do your best to realized to me. I need to tell to your lst is the Emergency matter. keep saying don't give it up. I have no idea what going on out there. I have no vents to outside world. Every thing is censored, even Red Cross don't tell me anything.

DA FORM 2668, JAN 2004

USDoDGH 00 908

**EXHIBIT 2**

SJA 2007-00138    U.S.DOD GH-01237

An Emergency Complain note and Some Questions.

To:- DOD ATTORNEY
From:- KHAN MAJID (US-010020)
Date:- Aug-29-2007

1) Do I have right to make phone calls to my lawyers before meeting them?

2) When will exactly I'll get my lawyers?

3) When will I have full access to my legal mails?

4) How is it possible that I can contact my own, my witnesses or person testimonies in behalf of me regarding "ARB" process?

5) How come every body got letter from some lawyers but me?

6) How come every body got an attachment form to challenge in U.S Court or to ask for an "ARB" lawyer form but me?

7) Do I have right to suit this administration who treat me cruelly and mentally torture me also treat me different than others detainees?

→ continued

- Why am I still in Solitary Confinement?
- Why don't I get regular american newspaper, since I am a permanent resident of U.S.A.?
- Why do they turn on fan right in front of my door and b/t they put bleach or acid with powerfull scent so the scent will come inside my cell and I get sick.
- Why they poisoned my apple injected with some powerfull acid; and I complained about it to see the Supervisor right away, so I can show him the physical evidence but Supervisors never shows up?
- Why they slam things on my door; why does or medic lie about me and abuses me when I don't even wanna see them?
- Why do Supervisor lie that they don't hear any noises from my camera but it's there 24/7 and yet A/S camera get fixed right away?
- Why our main rec having been taking away forcely; why we aren't allow to take chess games, library books, or iso mattress in our recs etc... Why torturing us like this... why?

DETAINEE 10020
STAFF JUDGE ADVOCATE
JTF GTMO SJA
APO AE 09360
OFFICIAL BUSINESS

ANDREW I. WARDEN
U.S. DOJ CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
20 MASSACHUSETTS AVE NW RM 6...
WASHINGTON, DC 20530



CERTIFIED MAIL
7003 1010 0005 2699 7099

OCT 1 8 2007

RTE:
MSC: CIVIL/FEDERAL PROGRAMS

FROM:
CRRR: USPS
TRK#: 70031010000526897099
RCVD: 10/18/2007
TO: CIVIL/FEDERAL PROGRAMS
PH:
BDG: 20MASS   FLR:
RM: 7311
PCS: 1



**EXHIBIT 3**

## AUTHORIZATION

I, Majid Khan, hereby authorize the Center for Constitutional Rights ("CCR") to provide my legal representation with respect to the Freedom of Information Act request submitted on my behalf. CCR is authorized to receive records on my behalf that are produced, including medical records. CCR will pay further processing.

OCT-24-07
Date

_(signature)_
Majid Khan

UNCLASSIFIED

| MEDICAL RECORD | AUTHORIZATION FOR DISCLOSURE OF INFORMATION |
|---|---|
| | For use of this form, see AR 40-66; the proponent agency is Office of The Surgeon General. |

This form will not be used for authorization to disclose alcohol or drug abuse patient information from medical records or for authorization to disclose information from records of an alcohol or drug abuse treatment program. For authorization to disclose alcohol or drug abuse patient information, see 42 USC section 290dd, 42 CFR part 2, AR 40-66, and AR 600-85.

(Pursuant to the Privacy Act of 1974, 5 USC section 552a)

| PHYSICIAN OR MEDICAL TREATMENT FACILITY AUTHORIZED TO RELEASE INFORMATION | |
|---|---|
| | It is understood that this authorization may be revoked at any time, if requested in writing, except to the extent that action will have already been taken. |

### PATIENT DATA

| NAME (Last, First, MI) | DATE OF BIRTH (YYYYMMDD) | SOCIAL SECURITY/IDENTIFICATION NUMBER |
|---|---|---|
| Khan, Majid | 1980/02/28 | |

| PERIOD OF TREATMENT (YYYYMMDD to YYYYMMDD) TO | TYPE OF TREATMENT |
|---|---|
| | ☐ OUTPATIENT  ☐ INPATIENT  ☒ BOTH |

**RESTRICTIONS ON INFORMATION (Specify)**

None

**USE OF MEDICAL INFORMATION**

☐ FURTHER MEDICAL CARE  ☐ INSURANCE CLAIM(S)  ☒ ATTORNEY  ☐ DISABILITY DETERMINATION
☐ OTHER (Specify)

### INFORMATION DESTINATION

INDIVIDUAL OR ORGANIZATION TO WHOM INFORMATION SHOULD BE RELEASED (Name and Address)

Gitanjali Gutierrez
CCR
666 Broadway
New York, New York 10012

(ANY DISCLOSURE OF MEDICAL RECORD INFORMATION BY THE RECIPIENT(S) IS PROHIBITED EXCEPT WHEN IMPLICIT IN THE PURPOSES OF THIS DISCLOSURE)

### RELEASE AUTHORIZATION

| I hereby request and authorize the named physician/medical treatment facility to release the medical information described above to the named individual/organization indicated. | DATE (YYYYMMDD) 10/24/07 |
|---|---|
| SIGNATURE OF PATIENT/PARENT/GUARDIAN | RELATIONSHIP TO PATIENT Self |

IMPRINT OF PATIENT IDENTIFICATION PLATE WHEN AVAILABLE

N/A

DA FORM 5006, FEB 2003      DA FORM 5006-R, NOV 1996, IS OBSOLETE.      USAPA V1.00


UNCLASSIFIED

# EXHIBIT 4

## Wells Dixon

**From:** Warden, Andrew (CIV) [Andrew.Warden@usdoj.gov]
**Sent:** Thursday, October 18, 2007 4:37 PM
**To:** Gitanjali Gutierrez; Wells Dixon
**Subject:** Majid Khan Letter

Gita & Wells,

Today I received a letter addressed to me from petitioner Majid Khan. The postmark on the envelope indicates that the letter was sent from Guantanamo Bay by "Detainee 10020." I have not opened the letter or otherwise read it (the envelope says "x-rayed," which is consistent with DoJ's security policy for incoming mail). In light of your current representation of petitioner Khan, I will send the unopened letter to you via Federal Express. In the event the content of the letter is such that it would be appropriate to share with me, I would appreciate you doing so.

Best regards,

Andrew


Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470