# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Ghanim-Abdulrahman al-Harbi, et al.,**

            *Petitioners,*

      v.

**George W. Bush, et al.,**

            *Respondents.*

**Civil Action No: 05-CV-2479 (HHK)**

**Civil Action Misc. No. 08-442 (TFH)**

## PETITIONERS' RESPONSE TO RESPONDENT'S OCTOBER 31, 2008 STATUS REPORT REGARDING THE FILING OF FACTUAL RETURNS AND REQUEST FOR EXCEPTION FROM SEQUENCING

Petitioner Ravil Mingazov responds to the Respondents' October 31, 2008 Status Report Regarding The Filing of Factual Returns And Request for Exception From Sequencing as follows:

Respondents ask this Court grant it an extension for filing certain factual returns. In lieu of filing the fifty factual returns ordered by this Court to be filed by October 31st, 2008, the government has filed forty returns that comply with the Court's scheduling Order, and ten that do not. The government seeks in return that the Court retroactively grant it an extension to file ten factual returns, including the factual return for Petitioner Mingazov.

On November 2, 2008, counsel for Petitioner Mingazov (Mr. Douglas Spaulding), conferred by telephone with counsel for Respondents (Mr. Terry Henry). Mr. Henry represented at that time that Respondents would "make every reasonable effort to file the [factual] return [related to Mr. Mingazov] in November [2008]". In light of this representation by Mr. Henry to

Mr. Spaulding, Petitioner Mingazov does not, at this time, oppose Respondents' request for more time to file the factual return of Petitioner Mingazov.

                        Respectfully submitted,

Dated: November 5, 2008          /s/ Douglas K. Spaulding
Douglas K. Spaulding
Gary S. Thompson
Allison M. Lefrak
Rick W. Roberts

REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220

Bernard J. Casey, D.C. Bar No. 112219
Casey ADR Services
3018 NE 32nd Place
Portland, OR 97212
Phone: (415) 515-0855

                        - and –

CENTER FOR CONSTITUTIONAL RIGHTS
Gitanjali S. Gutierrez (NY1234)
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
*Counsel for Petitioners*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2008 I caused the foregoing Response to Respondents' October 31, 2008 Status Report Regarding The Filing of Factual Returns And Request for Exception From Sequencing to be filed on the ECF system, for delivery to the below-listed counsel of record in the above-captioned matters:

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

/s/Douglas K. Spaulding
Douglas K. Spaulding