# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 08-5424

September Term 2008

05-cv-01509, 05-cv-01602,
05-cv-01704, 05-cv-02370,
05-cv-02398, 08-cv-01310,
08-mc-00442

**Filed On:** October 20, 2008

Jamal Kiyemba, Next Friend, et al.,

    Appellees

    v.

George W. Bush, President of the United States, et al.,

    Appellants

---

Consolidated with 08-5425, 08-5426, 08-5427, 08-5428, 08-5429

    **BEFORE:** Henderson, Randolph, and Rogers,* Circuit Judges

## ORDER

    Upon consideration of the motion for stay pending appeal and for expedited appeal, the response thereto, the reply, and the letter filed pursuant to Federal Rule of Appellate Procedure 28(j), it is

    **ORDERED** that the administrative stay entered by this court on October 8, 2008, be dissolved. It is

    **FURTHER ORDERED** that the motion for stay be granted and the district court's order directing that appellees be released into the United States be stayed pending further order of the court. Appellants have satisfied the stringent standards required for a stay pending appeal. See Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977); D.C. Circuit Handbook of Practice and Internal Procedures 32-33 (2007). It is

    **FURTHER ORDERED** that these appeals be expedited. See 28 U.S.C. § 1657(a); D.C. Cir. Rule 47.2. The following briefing schedule will apply: