IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION )<br>)<br>and )<br>)<br>MOHAMMED AL-ADAHI, *et al.* )<br>)<br>*Petitioners,* )<br>)<br>*v.* )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>*Respondents.* )<br>) | Misc. No. 8-442 (TFH)<br><br><br><br>Civil Action No. 05-280 (GK) |

## PETITIONERS' WITHDRAWAL OF THEIR MOTION TO TRANSFER AND FOR AN ORDER REGARDING RELEASE OF PETITIONERS TO YEMEN

In light of the Case Management Order entered by the Court on November 6, 2008, Petitioners Suleiman Awadh Bin Aqil Al-Nahdi (ISN 511) and Fahmi Salem Al-Assani (ISN 554) ("Petitioners") hereby withdraw their motion to transfer their case back to Judge Kessler.

Respectfully submitted,
Counsel for Petitioners:

  /s/ Brian C. Spahn
Brian C. Spahn (Pursuant to LCvR 83.2(g))
Richard G. Murphy, Jr. (D.C. Bar No. 472769)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0635
Facsimile: (202) 637-3593

John A. Chandler (Pursuant to LCvR 83.2(g))*
Elizabeth V. Tanis (Pursuant to LCvR 83.2(g))
Kristin B. Wilhelm (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.

Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
* - Lead Counsel

November 6, 2008
Washington, DC

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**David J. Stander**
david.stander@usdoj.gov

**Judry Laeb Subar**
judry.subar@usdoj.gov

**Paul Edward Ahern**
paul.ahern@usdoj.gov

**Scott Michael Marconda**
scott.marconda@usdoj.gov

**Terry Marcus Henry**
terry.henry@usdoj.gov

**Alexander Kenneth Haas**
alexander.haas@usdoj.gov

**Andrew I. Warden**
andrew.warden@usdoj.gov

**James C. Luh**
james.luh@usdoj.gov

**Kathryn Celia Mason**
Kathryn.Mason@usdoj.gov

**Rodney Patton**
rodney.patton@usdoj.gov


SUTHERLAND ASBILL & BRENNAN LLP
By:  /s/ Brian C. Spahn
Brian C. Spahn