IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID AL-GHIZZAWI )<br><br>    **Detainee,** )<br>    Guantanamo Bay Naval Station )<br>    Guantanamo Bay, Cuba; )<br><br>*Petitioner,* )<br><br>*v.* )<br><br>GEORGE W. BUSH, *et al.,* )<br><br>*Respondents.* )<br>_____) | Misc. No. 08-442<br><br>(05-cv-02378 JBB) |


## SUPPLEMENTAL NOTICE REGARDING 30-DAY ORDER

Now comes the Petitioner Abdul Hamid Al-Ghizzawi (for reasons specific to this document he will be referenced as "Abdul Hamid") and notifies the Court as to the following:

That on July 11, 2008 this Court entered an Order requiring the government to provide 30 day notice of any transfer or release from Guantanamo for those Prisoners who did not have such an Order and who wished to be covered under such an Order. On July 16, 2008 counsel notified the government that her client Abdul Hamid (a Libyan by birth but a lawful resident of Afghanistan where he has a wife and young child)

wished to be included in the 30 day Order and counsel memorialized that request in her status report with this Court.

On November 8, 2008 counsel for Abdul Hamid had a telephone conversation with her client's brother in Libya, Nour Eddine Al-Ghizzawi (herein after, Nour Eddine). Nour Eddine notified counsel that he was called in by the Libyan authorities to discuss the transfer of Al-Ghizzawi back to Libya. The authorities told Nour Eddine that his brother would be transferred to him directly but that he would then be required to then turn his brother over to the Libyan authorities. Nour Eddine was required to sign a document acknowledging that he understood that after the United States military released his brother to his custody that he was required to turn his brother over to the Libyan authorities. Nour Eddine said that he had no choice but to sign the document despite the fact that he knows this will mean that the government will certainly imprison Abdul Hamid.

Nour Eddine discussed his meeting with Libyan authorities with a representative from the International Committee of the Red Cross and it was confirmed for him in that conversation that this was a new tactic by the United States government to avoid public scrutiny for turning individuals over to countries with abysmal human rights records.

Counsel has not been notified by the Government, pursuant to the 30 day Order, of any attempt to transfer Al-Ghizzawi to any country, let alone Libya, but is alerting the Court to these facts in the abundance of caution, and in the hope that the Court can fashion relief appropriate to the circumstances.

   /s/ H. Candace Gorman

H. Candace Gorman (IL Bar #6184278)
Law Office of H. Candace Gorman
220 S. Halsted – Suite 200
Chicago, IL 60661
Tel: (312) 427-2313
Fax: (312) 427-9552

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2008 I caused the foregoing Supplemental Notice to be filed on the ECF system, for delivery to the below-listed counsel of record in the above-captioned matters:

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

Respectfully submitted,

/s/ H. Candace Gorman

H. Candace Gorman (IL Bar #6184278)
Law Office of H. Candace Gorman
220 S. Halsted – Suite 200
Chicago, IL 60661
Tel: (312) 427-2313
Fax: (312) 427-9552