IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) ) | Civil Action Nos. 08-CV-01227 (ESH) |

## NOTICE OF ERRATA AND TRANSFER OF PETITIONER

Respondents hereby inform the Court that Respondents mistakenly informed the Court in the Respondents' Status Report filed August 1, 2008 in the matter of *Hafizullah v. Bush, et al.*, (1:08-cv-01227-ESH, Dkt#7)("Status Report") that petitioner was currently detained at Guantanamo Bay, Cuba. The United States previously relinquished custody of petitioner Fnu Hafizullah (ISN 965) and transferred him to the control of the Government of Afghanistan on or about December 2006. Respondents have only just discovered this error and apologize to the Court and petitioner's counsel for the mistake and any inconvenience it may have caused.

Because the petitioner has been long released from United States custody, this habeas petition was moot when filed on July 17, 2008 (1:08-cv-01227-ESH, Dkt#1), and should be dismissed. Should petitioner continue to pursue the petition, however, at a minimum because petitioner is no longer in United States custody, the case should be re-docketed and proceed, if at all, under *In Re: Petitioners Seeking Habeas Corpus Relief In Relation To Prior Detentions At Guantanamo Bay*, Misc. No. 08-0444 (TFH).

Dated: November 10, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

    */s/ Scott M. Marconda*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
SCOTT M. MARCONDA (CA Bar No. 144225)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0169
Fax:  (202) 616-8470
Attorneys for Respondents