IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) ) ) ) | Misc. No. 08-442 (TFH) Civil Action No. 05-392 (ESH) |
| GUANTANAMO BAY DETAINEE LITIGATION |  |  |

# NOTICE OF FILING OF RESPONDENTS' OPPOSITION
# TO PETITIONER'S MOTION FOR RECONSIDERATION

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008 and the Court's Order (under seal) of October 28, 2008, Respondents have filed an opposition to Petitioner's Motion for Reconsideration. This submission contains information designated as "protected." In accordance with paragraph 49 of the protective order, the submission was filed under seal pursuant to Local Civil Rule 5.1(j).

Dated: November 10, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

 /s/ Joseph C. Folio III
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar 23840-49)
JOSEPH C. FOLIO III
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084

Fax: (202) 616-8470

Attorneys for Respondents