# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY | ) |  |
| DETAINEE LITIGATION | ) | Civil Action No. 04-1254 (HHK) |
|  | ) |  |

## PETITIONER'S RESPONSE TO COURT'S ORDERS OF
## SEPTEMBER 15 AND OCTOBER 2, 2008

In its Order of October 2, 2008, granting in part Petitioner Salman Yahaldi Hsan Mohammed Saud's (ISN #508) Motion To Defer Response To Motion For Leave To File Amended Factual Return, this Court ordered Petitioner's counsel by November 10, 2008, to "either respond to the government's motion[] for leave to file amended factual return[] or show cause why [Petitioner's case] should not be dismissed." The Court issued a similar order on September 15, 2008, granting in part a similar motion by Petitioner Makhtar Yahia Naji Al-Wrafie (ISN #117).

Counsel for Petitioners were prepared to comply with these Orders by filing on November 10, 2008, oppositions to the Government's motions for leave to file amended factual returns, similar to the oppositions filed previously in this case on behalf of other petitioners, but this Court granted the Government's motions in its Order of November 7, 2008. That Order also stated that "the government is no longer required to move for leave to amend factual returns that were filed before July 11, 2008."

Because the Government's motions have been granted, the oppositions to them that Petitioners would have filed are now moot. Therefore, Petitioners submit this response in lieu of such oppositions, in compliance with the Orders of September 15 and October 2.

        Respectfully submitted,

        /s/ S. William Livingston
        S. William Livingston
        D.C. Bar. No. 59055
        Alan A. Pemberton
        D.C. Bar. No. 367108
        COVINGTON & BURLING LLP
        1201 Pennsylvania Ave., N.W.
        Washington, DC 20004-2401
        (202) 662-6000 (phone)
        (202) 778-6000 (fax)
        wlivingston@cov.com
        apemberton@cov.com

        David H. Remes
        D.C. Bar. No. 370372
        APPEAL FOR JUSTICE
        1106 Noyes Drive
        Silver Spring, MD 20910
        (202) 669-6508 (phone)
        remesdh@gmail.com

        Marc D. Falkoff
        D.C. Bar No. 491149
        NORTHERN ILLINOIS UNIVERSITY
        COLLEGE OF LAW
        DeKalb, IL 60614
        (347) 564-5043 (phone)
        (815) 753-9301 (fax)
        mdf19@columbia.edu

November 10, 2008