IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:  )<br>  )<br>GUANTANAMO BAY  )<br>DETAINEE LITIGATION  )<br>  )<br>  ) | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 1:05-569 (JR) |

### NOTICE OF FILING

Petitioner Mohamedou Ould Slahi respectfully gives notice, through his attorneys, of an opposition to the Government's Motion to Dismiss Improper Respondents (Misc. No. 08-442, dkt. 723; Civil No. 05-569, dkt. 126). It was filed with the Court Security Officer today. It will be filed on the public record through the ECF system when counsel have been notified that it contains no classified information or, alternatively, when a version suitable for filing on the public record has been prepared.

Dated: November 10, 2008

Respectfully submitted,

/s/ Sylvia Royce
Law Office of Sylvia Royce
Sylvia Royce, *pro bono*
DC Bar Number 924035
5505 Connecticut Avenue NW #340
Washington, DC 20015
Tel: (202) 362-3445
Fax: (202) 686-4271
sylvia_royce@hotmail.com

Dockets.Justia.com

FREEDMAN BOYD HOLLANDER
GOLDBERG & IVES P.A.
Nancy Hollander, *pro bono*
Theresa M. Duncan, *pro bono*
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 (facsimile)
nh@fbdlaw.com
tmd@fbdlaw.com

Counsel for Petitioner