UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY | |
| DETAINEE LITIGATION | Civil Action No. 05-2199 (HHK) |

NOTICE OF FILING MEMORANDUM OF UNDERSTANDING
REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION
AND ACKNOWLEDGEMENT

PLEASE TAKE NOTICE that Johnisha Matthews, counsel for Petitioner Alhag, hereby files the attached Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement, pursuant to the Court's Order of September 11, 2008.

Respectfully submitted,

Dated: November 11, 2008

By: /John C. Snodgrass/
John C. Snodgrass (DC473864)
Johnisha Matthews (DC492478)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Tel. 202-420-2200
Fax 202-420-2201

*Counsel for Petitioner*

DSMDB-2525646v02

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY DETAINEE LITIGATION | Civil Action No. 05-2199 (HHK) |

MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION

  Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; the Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned case.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned case, and I agree to comply with the provisions thereof.

Dated: November 11, 2008        /Johnisha Matthews/
                  Johnisha Matthews (DC492478)
                  DICKSTEIN SHAPIRO LLP
                  1825 Eye Street, NW
                  Washington, DC  20006-5403
                  Tel. 202-420-2200
                  Fax 202-420-2201

                  *Counsel for Petitioner*

ACKNOWLEDGEMENT

       The undersigned hereby acknowledges that he has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-me-0442, understands its terms, and agrees to be bound by each of those terms.

       Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Dated: November 11, 2008         By: Johnisha Matthews

        Signed: /Johnisha Matthews/

CERTIFICATE OF SERVICE

I certify that on November 11, 2008, I filed the foregoing via ECF with the understanding that the ECF system would automatically serve counsel for Respondents.

/John C. Snodgrass/