# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-0442 (TFH) |
| **GUANTANAMO BAY DETAINEE LITIGATION** | |
| **MOTAI SAIB**, *et al.* | |
| Petitioner, | |
| v. | Civil Action No. 05-1353 (RMC) |
| **GEORGE BUSH**, *et al.* | |
| Respondents. | |

## NOTICE OF APPEARANCE AND CERTIFICATION
## OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of the petitioner in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing the petitioner without compensation.

Dated:    November 11, 2008

Respectfully submitted,

Counsel for Petitioner:

  /s/ Pardiss Kebriaei
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6452
Fax:  (212) 614-6499