IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | ) <br> ) <br> ) <br> ) Misc. No. 08-442 (TF) <br> ) <br> ) Civil Action No. 05-2384 (RWR) <br> ) <br> ) <br> ) |

**NOTICE OF INTENT TO FILE AMENDED TRAVERSE**

In light of Judge Hogan's case management order, Saad Al Qahtani respectfully submits this notice of intent to file an amended traverse after Respondents have filed their amended return and have disclosed all exculpatory evidence to Petitioner, as required by Judge Hogan's order. *See In re Guantanamo Bay Detainee Litigation*, Misc. No. 08-442, 10/30/2008 Order, para. D(1).

Dated: November 12, 2008                Respectfully submitted,

                                         /s/ Patricia A. Bronte
                                        One of the Attorneys for the Petitioners
                                        Saad Al Qahtani

David W. DeBruin (DDC Bar No. 337626)    Patricia A. Bronte
JENNER & BLOCK LLP                        Sapna G. Lalmalani
601 Thirteenth Street, N.W., Suite 1200   JENNER & BLOCK LLP
Washington, DC 20005-3823                 330 North Wabash Ave.
Tel: (202) 639-6000                       Chicago, IL 60611
Fax: (202) 639-6066                       Tel: (312) 923-8357
                                          Fax: (312) 840-7757

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2008, I filed and served the foregoing Notice of Intent to File Amended Traverse to be delivered to the counsel listed below in the above-captioned matter through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

    /s/ Patricia A. Bronte