IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>)<br>)<br>) **Misc. No. 08-442 (TF)**<br>)<br>) **Civil Action No. 04-1194 (HHK)**<br>)<br>)<br>) |

**NOTICE OF INTENT TO FILE AMENDED TRAVERSE**

In light of Judge Hogan's case management order, Musa'ab Omar Al Madhwani respectfully submits this notice of intent to file an amended traverse after Respondents have disclosed all exculpatory evidence to Petitioner, as required by Judge Hogan's order. *See In re Guantanamo Bay Detainee Litigation*, Misc. No. 08-442, 10/30/2008 Order, para. D(1).

Dated: November 12, 2008

Respectfully submitted,

  /s/  Patricia A. Bronte
One of the Attorneys for the Petitioners
Musa'ab Omar Al Madhwani

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

Darold Killmer
Mari Newman
Sara Rich
Killmer, Lane & Newman LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Tel: (303) 571-1000
Fax: (303) 571-7001

Patricia A. Bronte
Sapna G. Lalmalani
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL 60611
Tel: (312) 923-8357
Fax: (312) 840-7757

1

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2008, I filed and served the foregoing Notice of Intent to File Amended Traverse to be delivered to the counsel listed below in the above-captioned matter through the CM/ECF system:

        Andrew I. Warden
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue NW
        Washington, D.C. 20530

        Terry Marcus Henry
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue NW
        Washington, D.C. 20530


                                            /s/ Patricia A. Bronte