UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, DC

| | |
|---|---|
| IN THE MATTER OF ) | Case No. 1:05-cv-00877-JR |
| ) | Petition for Habeas Corpus |
| KHIALI-GUL, Petitioner ) | |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, Respondent ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

Ketanji Brown Jackson, Esq. respectfully requests withdrawal as counsel from the above-entitled action. Ms. Jackson is no longer an employee of the Federal Public Defender's Office, 625 Indiana Ave., N.W., 5th Floor, Washington D.C. 2004, and Mr. Khiali-Gul's representation in this habeas proceeding has at all times been undertaken by that office. At no time since leaving the Federal Defender's office has Ms. Jackson counseled or advised Mr. Khiali-Gul nor has she continued to represent him in any respect. Consequently, Ms. Jackson's withdrawal as counsel is warranted.

WHEREFORE, it is respectfully requested that Ketanji Brown Jackson be withdrawn as counsel in this case.

Date: 11/12/08         Signed: _____
                                Ketanji Brown Jackson
                                Morrison & Foerster LLP
                                2000 Pennsylvania Avenue, NW
                                Washington, DC 20006
                                (202) 887-1500

### Certificate of Service

Mailed to the address below on November 12, 2008 by Messenger on the same day to:

**RECEIVED**
**NOV 1 2 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

dc-343624
dc-541515