# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMAD MUSTAFA SOHAIL**, | ) | Misc. No.  08-0442 (TFH) |
| *Petitioner/Plaintiff,* | ) | Civil No.  05-cv-0993 (RMU) |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF WITHDRAWAL OF** |
| | ) | **TRAVERSE** |
| | ) | |
| **GEORGE W. BUSH,** *et al.,* | ) | |
| *Respondents/Defendants.* | ) | |
| | ) | |

Petitioner Mustafa Sohail, through undersigned counsel, hereby withdraws the Traverse filed through the Court Security Officer on Monday, October 27, 2008, and regarding which a Notice of Filing was submitted on October 29, 2008. (Docket 82)   Mr. Sohail withdraws the Traverse, subject to future refiling, so that this case may adhere to the schedule set forth by Judge Hogan on November 6, 2008.  (Docket 84)

Dated:  November 12, 2008                    Respectfully submitted,

                                            *s/ Katherine Menendez*

                                            _____
                                            KATHERINE MENENDEZ
                                            Attorney No. 278014 (Minnesota)
                                            Attorney for Petitioner
                                            Office of the Federal Defender
                                            107 U.S. Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN 55415