# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ) |   |
| IN RE: ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY ) |   |
| DETAINEE LITIGATION ) | Civil Action No. 04-1254 (HHK) |
| ) |   |

## CONSENT MOTION FOR STAY OF PROCEEDINGS

Petitioners Mahmoad Abdah (ISN 31), Salman Yahaldi Hsan Mohammed Saud (ISN 508), and Jamal Mar'i (ISN 577) seek an indefinite stay of all proceedings in their individual habeas matters. Respondents do not object to the Motion.

Petitioners and Respondents agree that the obligations of both the movants and the Government under Judge Hogan's November 6, 2008 Case Management Order should be suspended with respect to these three Petitioners unless and until the stay is lifted, and that either party may seek to lift the stay for any reason in the future. They also agree that during the pendency of the stay the Protective Order and 30-Day Notice Order already entered in *Abdah v. Bush*, 04-CV-1254 (HHK), will remain operative with respect to these three Petitioners.

The remaining Petitioners in *Abdah* do not seek a stay of the proceedings.

Dated: November 13, 2008
       Washington, D.C.

                                                  Respectfully submitted,

                                                  _____

                                                  S. William Livingston
                                                  D.C. Bar. No. 59005
                                                  Alan A. Pemberton
                                                  D.C. Bar. No. 367108
                                                  COVINGTON & BURLING LLP

1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000 (phone)
(202) 778-6000 (fax)
wlivingston@cov.com
apemberton@cov.com

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
347-564-5043 (cell)
815-753-9301
mdf19@columbia.edu

*Attorneys for Petitioner*