# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| IN RE: ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action Nos. 05-1429 (RMU) |
| ) | |

## CONSENT MOTION FOR STAY OF PROCEEDINGS

Petitioner Mohammed Nasser Yahia Khussrof (ISN 509) seeks an indefinite stay of all proceedings in his individual habeas matter. Respondents do not object to the Motion.

Petitioner and Respondents agree that the obligations of both the movant and the Government under Judge Hogan's November 6, 2008 Case Management Order and Judge Urbina's November 10, 2008 Supplemental Case Management Order should be suspended with respect to Mr. Khussrof unless and until the stay is lifted, and that either party may seek to lift the stay for any reason in the future. They also agree that during the pendency of the stay the Protective Order and 30-Day Notice Order already entered in *Hatim v. Bush*, 05-CV-1429 (RMU), will remain operative with respect to Mr. Khussrof.

The remaining Petitioner in *Hatim* does not seek a stay of the proceedings.

Dated: November 13, 2008
    Washington D.C.

                    Respectfully submitted,

                    _____

                    S. William Livingston
                    D.C. Bar. No. 59005
                    Alan A. Pemberton
                    D.C. Bar. No. 367108
                    COVINGTON & BURLING LLP

1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000 (phone)
(202) 778-6000 (fax)
wlivingston@cov.com
apemberton@cov.com

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
347-564-5043 (cell)
815-753-9301
mdf19@columbia.edu

*Attorneys for Petitioner*