**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

IN RE:
GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-442 (TFH)
Civil Action No.: 05-CV-1678 (GK)

**PRAECIPE REGARDING COUNSEL'S CHANGE OF ADDRESS**

In accordance with LCvR 83.15(d), counsel hereby provides notice that the

address of counsel Kit A. Pierson at 1717 Rhode Island Avenue, N.W., Suite 200,

Washington, D.C. 2006 in this matter, has been changed to the following address:

    Law Office of Kit A. Pierson, L.L.C.
    1629 K Street, N.W.
    Suite 300
    Washington, D.C. 20006
    (703) 343-3651
    Email: Kitadelmanpierson@gmail.com.

Dated: November 13, 2008                    Respectfully submitted,


                                            /s/ Kit A. Pierson

                                            _____

                                            Kit A. Pierson
                                            Law Office of Kit A. Pierson, L.L.C.
                                            1629 K Street, N.W.
                                            Suite 300
                                            Washington, D.C. 20006
                                            (703) 343-3651

Dockets.Justia.com