# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br>Civil Action No.: 05-CV-01638 (CKK) |

## **PRAECIPE REGARDING COUNSEL'S CHANGE OF ADDRESS**

In accordance with LCvR 83.15(d), counsel hereby provides notice that the address of counsel Kit A. Pierson at 1717 Rhode Island Avenue, N.W., Suite 200, Washington, D.C. 2006 in this matter, has been changed to the following address:

Law Office of Kit A. Pierson, L.L.C.
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006
(703) 343-3651
Email:  Kitadelmanpierson@gmail.com.


Dated:  November 13, 2008                                    Respectfully submitted,


                                                                                           /s/ Kit A. Pierson
                                                                                           _____
                                                                                           Kit A. Pierson
                                                                                           Law Office of Kit A. Pierson, L.L.C.
                                                                                           1629 K Street, N.W.
                                                                                           Suite 300
                                                                                           Washington, D.C.  20006
                                                                                           (703) 343-3651