# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:
GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-442 (TFH)
Civil Action No.: 06-CV-01766 (HHK)

## PRAECIPE REGARDING COUNSEL'S CHANGE OF ADDRESS

In accordance with LCvR 83.15(d), counsel hereby provides notice that the

address of counsel Kit A. Pierson at 1717 Rhode Island Avenue, N.W., Suite 200,

Washington, D.C. 2006 in this matter, has been changed to the following address:

> Law Office of Kit A. Pierson, L.L.C.
> 1629 K Street, N.W.
> Suite 300
> Washington, D.C. 20006
> (703) 343-3651
> Email:  Kitadelmanpierson@gmail.com.

Dated:  November 13, 2008                    Respectfully submitted,


                                             /s/ Kit A. Pierson
                                             _____
                                             Kit A. Pierson
                                             Law Office of Kit A. Pierson, L.L.C.
                                             1629 K Street, N.W.
                                             Suite 300
                                             Washington, D.C.  20006
                                             (703) 343-3651