# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br>Civil Action No.: 07-2338 (HHK) |

### PRAECIPE REGARDING COUNSEL'S CHANGE OF ADDRESS

In accordance with LCvR 83.15(d), counsel hereby provides notice that the address of counsel Kit A. Pierson at 1717 Rhode Island Avenue, N.W., Suite 200, Washington, D.C. 2006 in this matter, has been changed to the following address:

    Law Office of Kit A. Pierson, L.L.C.
    1629 K Street, N.W.
    Suite 300
    Washington, D.C. 20006
    (703) 343-3651
    Email:  Kitadelmanpierson@gmail.com.

Dated:  November 13, 2008          Respectfully submitted,

                                      /s/ Kit A. Pierson
                                      _____
                                      Kit A. Pierson
                                      Law Office of Kit A. Pierson, L.L.C.
                                      1629 K Street, N.W.
                                      Suite 300
                                      Washington, D.C.  20006
                                      (703) 343-3651