**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | MISC. NO. 08-0442 (TFH) |
| **GUANTANAMO BAY
DETAINEE LITIGATION** | |
| **SAMIR LAST NAME UNKNOWN,
a/k/a MOHAMMED NOOR UTHMAN,** | CIV. NO. 05-2386 (RBW) |
| PETITIONER, | |
| v. | |
| **GEORGE W. BUSH,** *et al.*, | |
| RESPONDENTS. | |

## PETITIONER'S RESPONSE TO OCTOBER 31, 2008 ORDER

In accordance with this Court's October 31, 2008 Order, counsel for Petitioner

Samir Last Name Unknown, a/k/a Mohammed Noor Uthman, ISN 707, ("Petitioner" or

"Mr. Uthman") hereby provides the attached declaration explaining counsel's authority to

represent Mr. Uthman and why counsel has been unable to secure a signed authorization.


Dated:  November 13, 2008
            San Francisco, California

Respectfully submitted,


By:_____/s/ James A. Nickovich_____
James A. Nickovich [See LCvR 83.2(g)]
PERKINS COIE LLP

Four Embarcadero Center, Suite 2400
San Francisco, California  94111-4131
Tel:  (415) 344-7084
Fax:  (415) 344-7284

Howard Ross Cabot [See LCvR 83.2(g)]
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
Tel:  (602) 351-8235
Fax:  (602) 648-7135

Attorneys for Petitioner
Samir Last Name Unknown
a/k/a Mohammed Noor Uthman
ISN 707

67260-0001/LEGAL14914941.1