UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION<br><br><br>MOHAMMON v. BUSH | Misc. No 08-442 (TFH)<br><br><br><br>Civil No. 05-CV-2386 (RBW) |

## MOTION TO APPOINT AND SUBSTITUTE COUNSEL

Undersigned counsel with the Center for Constitutional Rights currently represent two individual detainees, Edress LNU, ISN 35, and Abdurahman LNU, ISN 441, whose claims are part of the mass habeas petition filed in the above-captioned action, *Mohammon v. Bush*. Undersigned counsel hereby move the court to withdraw our appearances for these two individual petitioners and appoint in our stead the Federal Public Defender Office for the Northern District of Ohio as counsel for these two petitioners.

Undersigned counsel has contacted A.J. Kramer, the Federal Public Defender for the District of Columbia. Mr. Kramer has contacted the Federal Public Defender Office for the Northern District of Ohio and that office has agreed to accept appointment as counsel for these two petitioners.

Dated: November 13, 2008               Respectfully submitted,


                                            /s/sdk
                                       Shayana Kadidal (D.C. Bar No. 454248)
                                       Gitanjali S. Gutierrez (pursuant to LCvR 83.2(g))

CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No 08-442 (TFH) |
| MOHAMMON v. BUSH | Civil No. 05-CV-2386 (RBW) |

# [PROPOSED] ORDER

The Motion of the Center for Constitutional Rights to withdraw as counsel for petitioners Edress LNU, ISN 35, and Abdurahman LNU, ISN 441 is granted, and

The Office of the Federal Public Defender for the Northern District of Ohio is hereby appointed as counsel for these two petitioners.

SO ORDERED,

Dated:_____          _____
                                       Thomas F. Hogan
                                       United States District Judge