UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:** <br><br> **GUANTANAMO BAY DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)** <br><br> **Civil Action No. 05-492 (JR)** <br> **No. 05-1607 (RMU)** |

## NOTICE OF FIRM NAME CHANGE

Notice is hereby given that the firm COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. is now COHEN MILSTEIN SELLERS & TOLL PLLC and that Michael Hausfeld, Esq. is no longer with the firm Cohen Milstein Sellers & Toll PLLC, 1100 New York Avenue, NW, West Tower, Suite 500, Washington, DC 20005-3964.

November 14, 2008

Respectfully submitted,

Counsel for Petitioners:

    /s/ *Agnieszka Fryszman*
Agnieszka Fryszman (DC 459208)
Avi Garbow (DC 445399)
Matthew K. Handley (DC 489946)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave, N.W., Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

423284.1 1