IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| SUHAIL ABDU ANAM, et. al.,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et. al.,<br><br>Respondents. | Civil Action No. 04-CV-1194 (HHK)<br><br>STIPULATION<br>TO STAY PETITIONS |

WHEREAS, petitioners Khaled Ahmed Qassim (ISN 242), Abdulkhaliq Ahmed al Baidhani (ISN 553), Bisheer Nasser al Marwalah (ISN 837), Ali Ahmed al Rezehi (ISN 045) and Ali Yahya Mahdi (ISN 167) each filed a petition for a writ habeas corpus in this Court on July 15, 2004; and

WHEREAS, petitioners Khaled Ahmed Qassim (ISN 242), Abdulkhaliq Ahmed al Baidhani (ISN 553), Bisheer Nasser al Marwalah (ISN 837), Ali Ahmed al Rezehi (ISN 045) and Ali Yahya Mahdi (ISN 167) each seek to stay their respective habeas petitions and respondents have agreed to such a stay;

IT IS STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that:

(1) The petitions for a writ of habeas corpus of petitioners Khaled Ahmed Qassim (ISN 242), Abdulkhaliq Ahmed al Baidhani (ISN 553), Bisheer Nasser al Marwalah (ISN 837), Ali Ahmed al Rezehi (ISN 045) and Ali Yahya Mahdi (ISN 167) shall be stayed;

NY:4300495.1

(2) The parties' obligations under this Court's November 6, 2008 Case Management Order shall be suspended with respect to these five petitioners unless and until the stay is lifted by the Court;

(3) Either counsel for petitioners or counsel for respondents may move to lift the stay on behalf of any or all of the petitioners upon notice to counsel for the opposing party;

(4) The terms and effect of this Court's September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba (the "Protective Order") shall remain in effect while the petitions are stayed;

(5) Counsel for petitioners shall continue to have access to petitioners in accordance with the terms of the Protective Order including, but not limited to, access to visit petitioners in person and to send and receive legal mail, while the petitions are stayed;

(6) The terms and effect of this Court's May 9, 2005 order requiring respondents to provide petitioners' counsel and the Court thirty (30) days' notice prior to transporting or removing any petitioner from Guantanamo Bay Naval Base shall remain in effect while the petitions are stayed; and

(7) This stipulation may be executed in counterparts, each of which when so executed shall be deemed to be an original.

By: _____
Terry M. Henry
Andrew Warden
Attorneys
United States Department of Justice
Civil Division, Federal Program Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel.: (202) 514-4107

*Attorneys for Respondents*

By: _____
Pamela Rogers Chepiga
Sarah Havens
Julie Withers
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 610-6300

*Attorneys for Petitioners*

Scott Sullivan
Kristine Huskey (D.C. Bar No 462979)
UNIVERSITY OF TEXAS
  SCHOOL OF LAW
  NATIONAL SECURITY &
  HUMAN RIGHTS CLINIC
727 E. Dean Keeton Street
Austin, TX 78705
Tel.: (512) 471-5151

*Of Counsel for Petitioners*

Date: November 13, 2008

    SO ORDERED this _____ day of _____, 2008.

                                                  _____
                                                  UNITED STATES DISTRICT COURT JUDGE