IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID AL-GHIZZAWI<br>    Prisoner,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba; | )<br>)<br>)<br>)<br>) |
| *Petitione*r, | ) PROPOSAL |
| v. | ) Misc. No. 08-442 |
| | ) No.  05 cv  2378 (JDB) |
| GEORGE W. BUSH, et. al.<br>    *Respondents.* | ) |

## NOTICE OF FILING

To:  Terry Henry, Esq., Senior Trial Attorney
     Andrew I. Warden, Esq., Trial Attorney
     U.S. Department of Justice
     Civil Division, Federal Programs Branch
     20 Massachusetts Ave., NW, Room 7144
     Washington, DC  20530


PLEASE TAKE NOTICE that on the 13th day of November, 2008, I filed with the United States Department of Justice Litigation Security Section a copy of PETITIONER'S PROPOSAL to be served upon the Court and counsel for Respondents.

                                                                             */s/ H. Candace Gorman*
                                                                             Counsel for Petitioner




Law Office of H. Candace Gorman
H. Candace Gorman (IL Bar #6184278)
200 S. Halsted Street - Suite 200
Chicago, IL 60661
Tel:  (312) 427-2313
      (312) 427-9552