FILED

NOV 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 04-1254 (HHK) |
| ) | |

## ORDER

Before the Court is the Consent Motion for Stay of Proceedings filed by Petitioners Mahmoad Abdah, Salman Yahaldi Hsan Mohammed Saud, and Jamal Mar'i on November 12, 2008.

Upon consideration of the Motion, it is this 17th day of November, 2008, hereby

**ORDERED** that the Motion is **GRANTED** and that proceedings for these Petitioners be stayed; and it is further

**ORDERED** that the Protective Order and 30-Day Notice Orders previously entered in this case number shall continue in effect during the pendency of the stay; and it is further

**ORDERED** that either party may move the Court to lift the stay at any time in the future.

Henry H. Kennedy, Jr.
United States District Judge