IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
IN RE:                              )
                                    )    Misc. No. 08-442 (TFH)
GUANTANAMO BAY                      )
DETAINEE LITIGATION                 )    Civil Action No. 08-1789
                                    )
_____)

## STATUS REPORT

Pursuant to the Court's November 10, 2008 Minute Order, undersigned counsel for the respondents states the following status of this case:

1)   Ismail Mohamed, a Somali national, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Department of Defense at the United States Naval Base at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 10027.

2)   The Protective Order has been entered in this case.

3)   Counsel submitted this habeas petition with a signed authorization from an individual purporting to act as a next friend of the detainee. Pursuant to the Court's November 10, 2008 Minute Order, petitioner's counsel has until January 10, 2009 to produce either a signed authorization from the detainee to pursue this action, or a declaration that states that the detainee directly authorized this action and explains why counsel was unable to secure a signed authorization.

4)   The petitioner arrived at Guantanamo Bay in June 2007, later than the vast majority of detainees for whom final Combatant Status Review Tribunal ("CSRT") decisions have been issued. Prior to his arrival at Guantanamo Bay, the Department of Defense determined that he was properly detained as an enemy combatant. A CSRT hearing was held for the petitioner on August 15, 2008, and, consistent with the CSRT implementing regulations, the

-1-

record of proceedings is currently undergoing legal sufficiency review with the Staff Judge Advocate at the Office for the Administrative Review of Detained Enemy Combatants.

5) The petitioner in this case has not been charged before the military commission, and has not been approved for transfer or release from United States custody.

6) The habeas petition was filed on October 21, 2008. The respondents have not filed a "factual return" in this case.

Dated: November 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

 */s/ Jonathan S. Needle*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
JONATHAN S. NEEDLE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 305-0037
Fax: (202) 616-8470

Attorneys for Respondents