IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL MOHAMED, et al., | ) |
| Petitioners/Plaintiffs, | ) |
| v. | ) Civ. No. 08-1789 (RWR) |
| GEORGE W. BUSH, et al., | ) Misc. No. 08-442 (TFH) |
| Respondents/Defendants. | ) |

**STATUS REPORT FOR PETITIONER ISMAIL MOHAMED**

Pursuant to the Court's order of November 10, 2008, Petitioner Ismail Mohamed respectfully files this status report.

Mr. Mohamed, a citizen of Somalia, has been held prisoner by the U.S. Government since at least May 2007.[1] He has been incarcerated at the United States Naval Station at Guantánamo Bay since at least the week of June 6, 2007.[2]

Respondents held Mr. Mohamed for more than 14 months before holding a Combatant Status Review Tribunal (CSRT). Respondents have not publicly announced the result of the CSRT, nor provided any record of the proceedings.

The Court entered the Protective Order in this action on November 10, 2008.

On November 11, 2008, Counsel requested to meet with Mr. Mohamed on November 25, 2008. Respondents have informed Counsel that they are "processing" this request; the meeting

---

[1] *See* Pauline Jelinek, "Captured Terror Suspect at Guantánamo," *Associated Press* (June 6, 2007), available at http://www.usatoday.com/news/washington/2007-06-06-4164365787_x.htm?loc=interstitialskip.
[2] *Id.*

1

has yet to be approved. This would be the first meeting with Mr. Mohamed, as Respondents do not permit Counsel to meet with prisoners absent a protective order.

Dated: November 18, 2008

Respectfully submitted,

_____
Zachary Katznelson (California Bar No. 209489)
22 Tudor Street
London EC4Y 0AY
England
Phone: 011 44 207 353 4640
Fax: 011 44 207 353 4641
E-mail: zachary@reprieve.org.uk

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a copy of this Motion to be served upon counsel for Respondents by filing this document directly on ECF, pursuant to the Protective Order in place in this action.

Dated: November 18, 2008 _____
Zachary Katznelson