IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-442 (TFH)

Civil Action No. 05-2387 (RMC)

### PETITIONER JOBRAN SAAD AL-QUHTANI'S UNOPPOSED MOTION TO REQUIRE RESPONDENTS TO SUBMIT FACTUAL RETURN

Petitioner Jobran Saad Al-Quhtani, hereby respectfully submits his Motion to Require Respondents to Submit Factual Return. As grounds for this Motion, Petitioner states as follows:

1. In its Scheduling Order issued on July 11, 2008 (Document No. 53 in Misc. No. 08-442 (TFH)), this Court ordered that: "At this time pending further order of the Court, the government need not file factual returns or motions to amend factual returns for the approximately 20 detainees charged with war crimes under the Military Commissions Act of 2006." *Id*. at n. 1.

2. Petitioner is one of the approximately 20 detainees who were the subject of the ruling quoted in Paragraph 1.

3. On October 20, 2008, the charges against Petitioner under the Military Commissions Act of 2006 were dismissed without prejudice. *See* Ex. 1 to Declaration of Rachael Clarke In Support of Petitioner Jobran Saad Al-Quhtani's Unopposed Motion to Require Respondents to Submit Factual Return ("Clarke Decl."), November 18, 2008. The Military Commission prosecutors have given no indication if, or when, charges will be re-asserted against Petitioner. As a result, Petitioner, once again, faces indefinite incarceration, with this habeas proceeding as the proper means to test the propriety of that incarceration.

4. Accordingly, it is appropriate to require Respondents to submit a factual return on the schedule established by this Court for other habeas petitioners, so that Petitioner will be included in that schedule in the order in which his Petition was filed.

5. Counsel for Petitioner have conferred with counsel for Respondents, who stated their position in an November 2, 2008 e-mail as follows: "In light of the dismissal of the MCA charges without prejudice, respondents agree that petitioner Al Quhtani is no longer exempted by the provision of Judge Hogan's order governing production of factual returns. Respondents, of course, may move for an exception to sequencing of the filing of factual returns and reserve the right to do so in Mr. Al Quhtani's case. Further, in the event MCA charges are reinstated against petitioner Al Quhtani, production of a factual return would not be required under Judge Hogan's scheduling order." *See* Ex. 2 to Clarke Decl.

6. Thus, Respondents do not oppose the relief requested by Petitioner.

7. A proposed order is attached for the Court's convenience.

Dated: November 18, 2008

Respectfully submitted,

/s/ Rachael Clarke
Charles E. Patterson
Skye H. Donald
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
Tel. (213) 892-5200
Fax: (213) 892-5454

Michael A. Jacobs
Rachael Clarke
Mathew W. dos Santos
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel. (415) 268-7000
Fax (415) 268-7522

Email: mjacobs@mofo.com
Email: rclarke@mofo.com
Email: mdossantos@mofo.com

George Brian Busey, DC Bar No. 366760
Ketanji Brown Jackson, DC Bar No. 460651
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 5500
Washington, D.C. 20006
Tel. (202) 887-1500
Fax (202) 887-0763
Email: gbusey@mofo.com
Email: ketanjijackson@mofo.com

*Attorneys for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that I today caused a true and accurate copy of Petitioner Jobran Saad Al-Quhtani's Unopposed Motion to Require Respondents to Submit Factual Return to be served electronically via the Court's Electronic Case Filing system, which will send notification of such filing to all counsel of record.


Dated: November 18, 2008                             /s/ Theresa Rollins
                                                                                    Theresa Rollins