UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | ) |
|  | ) |
| GUANTANAMO BAY | ) Misc. No. 08-MC-442 (TFH) |
| DETAINEE LITIGATION | ) |
|  | ) Civil Action No. 08-CV-1224 (RMC) |
|  | ) |

NOTICE OF FILING OF AUTHORIZATION OF REPRESENTATION

The petitioner, AWAL GUL, by and through undersigned counsel, hereby files a signed authorization by Mr. Gul to pursue this civil action. In an order filed July 29, 2008, this Court required counsel for Mr. Gul — whose original petition was filed by a next friend — to file a signed authorization with 90 days. *See* Doc. 5 at 2. The Court later extended this deadline until November 28, 2008, at Mr. Gul's request. *See Minute Order*, filed October 30, 2008. Counsel has attached the signed authorization to this notice.

Dated this the 17th day of November, 2008.

Respectfully submitted,

/s/ *W. Matthew Dodge*
W. MATTHEW DODGE
Georgia State Bar No. 224371
FEDERAL DEFENDER PROGRAM, INC.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 688-7530
Facsimile: (404) 688-0768
E-mail: Matthew_Dodge@fd.org