**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ISMAIL ALKEMISI, et al.,**<br>    *Petitioner*,<br><br>        v.<br><br>**GEORGE W. BUSH, et al.,**<br>    *Respondents.* | )<br>)<br>)<br>)    Misc. No. 08-442 (TFH)<br>)    Civil Action No. 05-cv-1983 (RMU)<br>)<br>)    **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE that the attorneys listed below will represent Hasan Balgaid in this matter. Service upon counsel may be made to:

> Wesley R. Powell
> **HUNTON & WILLIAMS LLP**
> 200 Park Avenue
> New York, NY 10166
> Tel: (212) 309-1013
> Fax: (212) 309-1100
>
> Karma B. Brown
> **HUNTON & WILLIAMS LLP**
> 1900 K Street, N.W.
> Washington, DC 20006
> Tel: (202) 955-1500
> Fax: (202) 778-2201

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g) that they are representing Petitioner without compensation.

Dated: November 19, 2008,

        Respectfully submitted,

        Counsel for Petitioner:

        /s/
        Wesley R. Powell
        **HUNTON & WILLIAMS LLP**
        200 Park Avenue
        New York, NY 10166
        Tel: (212) 309-100
        Fax: (212) 309-1100

        Karma B. Brown
        **HUNTON & WILLIAMS LLP**
        1900 K Street, N.W.
        Washington, DC 20006
        Tel: (202) 955-1500
        Fax: (202) 778-2201