IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, | ) |
| Petitioners, | ) Misc. No. 08-0442 (TFH) )  ) Civil Action No. 05-cv-2386 (RBW) |
| v. | ) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) MEMORANDUM OF UNDERSTANDING ) REGARDING ACCESS TO CLASSIFIED ) NATIONAL SECURITY INFORMATION ) |
| Respondents. | ) |

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. Section 421; 18 U.S.C. Section 641; 50 U.S.C. Section 783; 28 C.F.R. Section 17 *et seq*. and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United states and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

1. I agree that I shall never divulge, publish or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the

MEMORANDUM OF UNDERSTANDING REGARDING
ACCESS TO CLASSIFIED NATIONAL SECURITY
INFORMATION
Page 1.

Gail Pruitt
Attorney at Law
141 Foxfield Drive
Port Townsend, WA  98368

Protective Order entered in the United States District Court for the District of Columbia in the case captioned *MOHAMMON, et al., v. GEORGE W. BUSH, President of the United States, et al., Civil Action No. 05-cv-2386 (RBW)*.

2. I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

3. I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case *MOHAMMON, et al., v. GEORGE W. BUSH, President of the United States, et al., Civil Action No. 05-cv-2386 (RBW)*, and I agree to comply with the provisions thereof.

Dated this 15th day of November, 2008.

*Gail Pruitt*

GAIL PRUITT
Attorney for Petitioner
Washington State Bar No. 24636

MEMORANDUM OF UNDERSTANDING REGARDING
ACCESS TO CLASSIFIED NATIONAL SECURITY
INFORMATION
Page 2.

Gail Pruitt
Attorney At Law
141 Foxfield Drive
Port Townsend, WA 98368

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned MOHAMMON, ET AL., V. GEORGE W. BUSH, President of the United States, et al., Civil Action No. 05-cv-2386 (RBW), understand it terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED this 15th day of November, 2008.

*[signature]*
GAIL PRUITT
Attorney for Petitioner
Washington State Bar No. 24636

MEMORANDUM OF UNDERSTANDING REGARDING
ACCESS TO CLASSIFIED NATIONAL SECURITY
INFORMATION
Page 3.

Gail Pruitt
Attorney At Law
141 Foxfield Drive
Port Townsend, WA 98368