# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IN RE:** ) | Misc. No. 08-0442 (TFH) |
| **GUANTANAMO BAY** ) | |
| **DETAINEE LITIGATION** ) | Civil Action No. 05-1607 (RMU) |
| ) | |

## CONSENT MOTION FOR STAY OF PROCEEDINGS FOR AHMMED GHULAM RABBANI

One of the two Petitioners in *Rabbani v. Bush*, Petitioner Ahmmed Ghulam Rabbani (ISN 1461), seeks an indefinite stay of all proceedings in his individual habeas matter. Respondents do not object to this Motion.

Petitioner and Respondents agree that the obligations of both the movant and the Government under Judge Hogan's November 6, 2008 Case Management Order should be suspended with respect to this Petitioner unless and until the stay is lifted, and that either party may seek to lift the stay for any reason in the future. They also agree that during the pendency of the stay the Protective Order and 30-Day Notice Order already entered in *Rabbani v. Bush*, 05-CV-1607 (RMU), will remain operative with respect to this Petitioner.

The remaining Petitioner in *Rabbani v. Bush*, Abdul Raheem Ghulam Rabbani (ISN 1460), does not seek a stay of the proceedings.

Dated: November 19, 2008
      Washington, D.C.

                                                                                         /s/ Agnieszka M. Fryszman
                                                                                       Agnieszka M. Fryszman
                                                                                       Matthew K. Handley
                                                                                       Jason M. Leviton
                                                                                       Matthew Kaplan
                                                                                       **COHEN MILSTEIN SELLERS**
                                                                                         **& TOLL PLLC**

1100 New York, Ave., N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone:       (202) 408-4600
Facsimile:       (202) 408-4699

John Holland
Anna Cayton-Holland
**LAW OFFICES OF JOHN HOLLAND**
2150 W. 29th Ave., Suite 500
Denver, CO 80211
Telephone:       (303) 860-1331
Facsimile:       (303) 832-6506

*Attorneys for Petitioner*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 05-1607 (RMU) |
|  | ) | |

### [PROPOSED] ORDER

Before the Court is the Consent Motion for Stay of Proceedings filed by Petitioner Ahmmed Rabbani on November 19, 2008.

Upon consideration of the Motion, it is this __ day of November, 2008, hereby

**ORDERED** that the Motion is **GRANTED** and that proceedings for this Petitioner be stayed; and it is further

**ORDERED** that the Protective Order and 30-Day Notice Orders previously entered in this case shall continue in effect during the pendency of the stay; and it is further

**ORDERED** that either party may move the Court to lift the stay at any time in the future; and it is further

**ORDERED** that this ORDER does not apply to Petitioner Abdul Raheem Ghulam Rabbani.

_____
Hon. Ricardo M. Urbina
United States District Judge