# IN THE UNITED STATES DISTRICT
# COURT FOR THE DISTRICT OF COLUMBIA

_____
                                                            :
**KASIMBEKOV KOMOLIDDIN**                                   :
  **TOHIRJANOVICH**                               :
                                                            :
Guantanamo Bay Naval Station,                               :
Guantanamo Bay, Cuba                                        :  CIVIL ACTION
       Petitioner                              :  (HABEAS CORPUS)
                                                            :
     V.                                             :
                                                            :  No:    05-CV-0994 (JDB)
**GEORGE W. BUSH, et. al.**                                 :
  President of the United States                            :  08-MC-0442 (TFH)
  The White House                                           :
  1600 Pennsylvania Avenue, N.W.                             :
  Washington, D.C. 20500;                                    :
                                                            :
_____

## CONSENT MOTION TO STAY PROCEEDINGS
_____

    Petitioner, Kasimbekov Komoliddin Tohirjanovich, through his attorneys, and with the consent of Respondents, hereby moves that this Court stay all proceedings in this habeas matter.

    1.    Counsel for Petitioner have previously been notified that Petitioner has been approved to leave Guantanamo. The parties are in the midst of ongoing efforts to secure Petitioner's transfer and agree that these proceedings should be stayed. The parties also agree that the obligations set forth in Judge Hogan's November 6, 2008, Case Management Order as modified by this Court's order of the same date, should be suspended until such time as the stay is lifted. The parties further agree that either side may move to lift the stay at any time. The parties agree that the protective order entered on September 11, 2008 and the 30-day notice order

entered by Judge Hogan in this case continue in effect.[1]

    2.    The Supreme Court has explicitly approved the stay-and-abey procedure in the context of federal habeas corpus proceedings. *See Rhines v. Weber*, 544 U.S. 269 (2005).

WHEREFORE, Petitioner, with the consent of Respondents, respectfully requests that the Court grant this motion and stay the proceedings.

                      Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Shawn Nolan (PA 56535)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated: November 19, 2008

---

[1] Respondents have initiated an appeal of Judge Hogan's order with respect to the 30-day notice.

# Certificate of Service

      I hereby certify that a true and correct copy of the foregoing instrument has been served on Respondents through the Electronic Case Filing System to the following attorneys:

Mr. Terry Henry
Mr. Andrew Warden
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001


/s/Billy H. Nolas
Billy H. Nolas


Dated: November 19, 2008