UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No.: 08-0442 (TFH)<br><br>Civil Action Nos.: 05-CV-1638 (CKK), 05-CV-1678 (GK), 06-CV-1765 (HHK), 06-CV-1766 (HHK), 07-CV-1710 (RBW) 07-CV-2337 (HHK), 07-2338 (HHK) |

## NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondents that Petitioners Mohammed Rajeb Abu Ghanem (ISN 44), Alla Ali Bin Ali Ahmed (ISN 692), Iyob Murshad Ali Saleh (ISN 836), Fadhel Hussein Saleh Hentif (ISN 259), Ridah Bin Saleh al Yazidi (ISN 38), Abdurrahman Abdallah Ali Mahmoud al Shubati (ISN 224), and Abdulrahman Muhammad Saleh Nasser (ISN 115) in the above-captioned case join in "Petitioners' Memorandum of Law in Opposition to Respondents' Motion to Dismiss Improper Respondents," filed on October 30, 2008, in the Miscellaneous Docket, as Docket Entry #872.

November 20, 2008						Respectfully submitted,

                                                */s/ Brent N. Rushforth*
                                               BRENT N. RUSHFORTH (DC #13235)
                                               Day Pitney LLP
                                               1100 New York Ave., N.W.
                                               Suite 300
                                               Washington, DC 20005
                                               Tel: (202) 218-3917
                                               Fax: (202) 218-3910

                                               Counsel for Petitioners

dockets.Justia.com

Shayana Kadidal (DC 454248)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Of Counsel for Petitioners