IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:  ) | |
| ) | **Misc. No. 08-442** |
| **GUANTANAMO BAY**  ) | |
| **DETAINEE LITIGATION**  ) | Civil Action Nos. |
| ) | |
| ) | **05-CV-2386 (RBW)** |
| ) | **05-CV-634 (RWR)** |
| ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to LCvR 83.6(b), Petitioners, Abdel Aziz al Noofayaee (ISN # 687), Omer Al Daini (ISN# 549), Mohammed Al Khateeb (ISN# 689) and Adel bin Mabrouk (ISN #148), hereby give notice of the withdrawal of Jill M. Williamson as counsel in this matter.

Dated: November 21, 2008            Respectfully submitted,

                                              */s/ Jill M. Williamson*
                                              ALSTON & BIRD, LLP
                                              Jill M. Williamson
                                              DC.: **#478469**
                                              950 F Street, NW
                                              Washington, DC  20004
                                              Phone: 202-756-3300
                                              Fax: 202-756-3333