IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMOUD ABDULLAH HAMOUD HASSAN AL WADY, also known as HOUMAD WARZLY, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | Civil Action No. 05-CV-2385 (RMC) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of petitioner:

CARLTON F. GUNN
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, Ca 90012
(213) 894-1700; Facsimile: (213) 894-0081
Email: Carlton_Gunn@fd.org

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: November 21, 2008    By  /s/ CARLTON F. GUNN
                              CARLTON F. GUNN (CA Bar No. 112344)
                              CRAIG HARBAUGH (D.C. Bar No. 974117 )
                              Deputy Federal Public Defenders
                              Office of the Federal Public Defender
                              321 East 2nd Street
                              Los Angeles, CA 90012
                              (213) 894-1700; Facsimile: (213) 894-0081
                              Attorneys for Petitioner