## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OMAR KHADR, et al.,** | |
| Petitioners, | |
| v. | **Civil Action No. 04-1136 (JDB)** |
| **GEORGE W. BUSH, et al.,** | |
| Respondents. | **Misc. No. 08-0442 (TFH)** |

## ORDER

Upon consideration of [208] petitioner's motion for judgment on the pleadings or, in the alternative, for summary judgment, and [214] respondents' cross-motion to dismiss petitioner's habeas case without prejudice or to hold the petition in abeyance pending the completion of military commission proceedings, the parties' several memoranda, the arguments advanced at the motions hearing held on October 30, 2008, the applicable law, and the entire record, and for the reasons explained in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that petitioner's motion for judgment on the pleadings or, in the alternative, for summary judgment is **DENIED**; it is further

**ORDERED** that respondents' cross-motion to dismiss petitioner's habeas case without prejudice is **DENIED**; it is further

**ORDERED** that respondents' cross-motion to hold the petition in abeyance pending the completion of military commission proceedings is **GRANTED**; it is further

**ORDERED** that this habeas case is **STAYED** to the extent that it raises issues that have been, will be, or can be raised in the military commission proceedings against petitioner and the

subsequent appeals process.

**SO ORDERED.**

                                                          /s/
                                        JOHN D. BATES
                               United States District Judge

Dated: November 24, 2008