IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) ) | Civil Action Nos. 08-CV-01233 (ESH) |

**NOTICE OF ERRATA**

Respondents hereby notify the Court that Respondents mistakenly informed the Court in the Respondents' Status Report filed August 1, 2008 in the matter of *Qatta v. Bush, et al.*, (1:08-cv-01233-ESH, Dkt#7)("Status Report") that petitioner has not been approved for release or transfer from Guantanamo Bay, Cuba. Although currently detained, Mansoor Muhammed Ali Qattaa (ISN 566) has been approved for transfer from Guantanamo Bay by the Department of Defense. Respondents have only just discovered this error and apologize to the Court and petitioner's counsel for the mistake and any inconvenience it may have caused.

Dated: November 24, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

    */s/ Scott M. Marconda*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
SCOTT M. MARCONDA (CA Bar No. 144225)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0169
Fax:  (202) 616-8470
Attorneys for Respondents
Attorneys for Respondents