IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GUANTANAMO BAY | ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION | ) | |
| | ) | |
| _____ | ) | |
| ABU RAWDAH (AHMED ADNAN | ) | |
| MOHAMMED AHJAM), | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 05-CV-2385 (RMU) |
| v. | ) | Civil Action No. 05-CV-2386 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

## NOTICE OF ERRATA

Petitioner Abu Rawdah (Ahmed Adnan Mohammed Ahjam) (ISN 326) has filed (or has

had filed on his behalf) petitions for writ of *habeas corpus* in both of the above-entitled cases.

Petitioner was dismissed from Civil Action No. 05-CV-2385 (RMU), and Civil Action No. 05-

CV-2386 (RBW) is now his active petition.

On October 30, 2008, Respondents filed an Amended Factual Return to Petitioner's

petition for writ of *habeas corpus*. Respondents inadvertently filed the Amended Factual Return

in Civil Action No. 05-CV-2385 (RMU). Respondents hereby correct the record to clarify

/ / /

/ / /

/ / /

/ / /

that the Amended Factual Return to Petitioner's petition should have been filed in Civil Action

No. 05-CV-2386 (RBW).

Dated: November 25, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

_/s/ James E. Cox, Jr._
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
JAMES E. COX, JR.
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 305-8629
Fax: (202) 305-2685
Attorneys for Respondents