# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | **Misc. No. 08-MC-442 (TFH)**<br><br>**Civil Action No. 05-CV-1509 (RMU)**<br>**Civil Action No. 05-CV-1602 (RMU)**<br>**Civil Action No. 05-CV-1704 (RMU)**<br>**Civil Action No. 05-CV-2370 (RMU)**<br>**Civil Action No. 05-CV-2398 (RMU)**<br>**Civil Action No. 08-CV-1310 (RMU)** |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that undersigned counsel, Judry L. Subar, hereby withdraws his appearance as one of the counsel for respondents in the above-captioned matters.

Dated: November 25, 2008        Respectfully submitted,

                                              GREGORY G. KATSAS
                                              Assistant Attorney General

                                              JOHN C. O'QUINN
                                              Deputy Assistant Attorney General

                                              /s/ Judry L. Subar
                                              JOSEPH H. HUNT (D.C. Bar No. 431134)
                                              VINCENT M. GARVEY (D.C. Bar No. 127191)
                                              TERRY M. HENRY
                                              JUDRY L. SUBAR (D.C. Bar No. 347518)
                                              Attorneys
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Avenue, N.W.
                                              Washington, DC  20530
                                              Tel: (202) 514-3969 / Fax: (202) 616-8470

                                              Attorneys for Respondents