IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY DETAINEE
LITIGATION

Misc. No. 08-MC-442 (TFH)

Civil Action No. 05-CV-1353 (RMC)

## NOTICE OF APPEAL

NOTICE is hereby given that all Respondents in the above-captioned matter hereby appeal to

the United States Court of Appeals for the District of Columbia Circuit from the relief granted in the

second paragraph on the first page of the order of September 30, 2008 (Dkt. No. 121 (under seal)).

Dated: November 25, 2008                    Respectfully submitted,

                                            GREGORY G. KATSAS
                                            Assistant Attorney General

                                            JOHN C. O'QUINN
                                            Deputy Assistant Attorney General

                                            _/s/ Joseph C. Folio III_
                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            TERRY M. HENRY
                                            ANDREW I. WARDEN
                                            JOSEPH C. FOLIO III
                                            Trial Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue, N.W.
                                            Washington, DC  20530
                                            Tel: (202) 305-4968 / Fax: (202) 616-8470

                                            Attorneys for Respondents