IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-MC-442 (TFH)<br><br>Civil Action No. 05-CV-2386 (RBW) |

## **NOTICE OF APPEAL**

NOTICE is hereby given that all Respondents in the above-captioned matter hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the relief granted in the second paragraph on the first page of the order of October 20, 2008 (Dkt. No. 657 (under seal)).

Dated: November 25, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

　*/s/ Joseph C. Folio III*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
JOSEPH C. FOLIO III
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel: (202) 305-4968 / Fax: (202) 616-8470

Attorneys for Respondents