UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARIN BOSTAN,
    Petitioner                    : Civil N0. 08-442 (TFH)
                              :
     v.                        : Civil  NO. 05-883 (RBW)
                              :
GEORGE W. BUSH, ET AL.,       :
    Respondents.              :

**PETITIONER KARIN BOSTAN'S JOINDER IN OPPOSITION TO THE GOVERNMENT'S MOTION FOR RECONSIDERATION**

Petitioner Karin Bostan, through undersigned counsel, hereby joins in the "Opposition to the Government's Motion for Reconsideration and Cross-Motion to Strike Hayden Declaration and to Transfer this Case Back to the Merits Judge for all Further Proceedings," filed today by petitioner in Civil Action No. 05-392 (ESH), and in the "Memorandum in Opposition to Motion for Clarification and Reconsideration of the Court's Case Management Order and in Support of Cross-Motion to Strike," filed today by petitioners in Civil Action No. 02-0828 (CKK).

Respectfully submitted,

MICHAEL CARUSO
ACTING FEDERAL PUBLIC DEFENDER

/s/
_____
Paul M. Rashkind
Chief of Appeals
Supervisory Assistant Federal Public Defender
150 W. Flagler St. Suite 1500
Miami, Florida 33130-1555
Tel. (305) 536-6900 x 205
fax. (305) 530-7120
email: Paul_Rashkind@fd.org
Counsel for Petitioner

Timothy Cone
Assistant Federal Public Defender
150 W. Flagler St. Suite 1500
Miami, Florida 33130-1555
Tel. (305) 536-6900 x 227
Temp. (202) 208-7528 x 121
fax (202) 208-7515
email: Tim_Cone@fd.org
Counsel for Petitioner