**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi, et al.,** | |
| *Petitioners,* | **Civil Action No: 05-CV-2479 (HHK)** |
| v. | **Civil Action Misc. No. 08-442 (TFH)** |
| **George W. Bush, et al.,** | |
| *Respondents.* | |

**CONSENT REQUEST FOR FURTHER EXTENSION OF TIME**

On November 21, 2008, Petitioner Zainulabidin Merozhev requested an extension of time within which to file his response to the Court's order of November 13, 2008 directing petitioner to show cause why his petition should not be dismissed as a result of his transfer from Guantanamo to Tajikistan. Counsel for petitioner requested an extension of time up to and including December 5, 2008 within which to respond to the Court order to show cause. Petitioner's counsel was unable to consult with respondent's counsel prior to filing the request. Counsel for petitioner is advised that Mr. Merozhev remains in custody of the security agency of Tajikistan, and counsel has not been able to communicate with him since his transfer.

On November 24, 2008, Counsel for petitioner spoke to counsel for respondent, Mr. Andrew Warden, by telephone. Mr. Warden consented to petitioner's request for sixty (60) days within which to file a response to the Court order to show cause. For these reasons, Petitioner Merozhev respectfully requests this Court grant him an extension to file his response to the Court's order to show cause, up to and including January 23, 2008.

Respectfully submitted,

Dated: November 26, 2008                /s/ Allison M. Lefrak
                                        Douglas K. Spaulding
                                        Gary S. Thompson
                                        Allison M. Lefrak
                                        Rick W. Roberts
                                        Nathan R. Fennessy

                                        REED SMITH LLP
                                        1301 K Street, NW
                                        Suite 1100 – East Tower
                                        Washington, DC 20005
                                        Phone: (202) 414-9220

                                        Bernard J. Casey, D.C. Bar No. 112219
                                        Casey ADR Services
                                        3018 NE 32nd Place
                                        Portland, OR 97212
                                        Phone: (415) 515-0855


                                              - and –

                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        Gitanjali S. Gutierrez (NY1234)
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel: (212) 614-6439
                                        *Counsel for Petitioners*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served by Electronic Case Filing this 26th day of November 2008.

                                                   /s/ Allison M. Lefrak
                                                 Allison M. Lefrak

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi, et al.,** | |
| *Petitioners,* | **Civil Action No: 05-CV-2479 (HHK)** |
| v. | **Civil Action Misc. No. 08-442 (TFH)** |
| **George W. Bush, et al.,** | |
| *Respondents.* | |

## ORDER

Upon consideration of petitioner Zainulabidin Merozhev's request for an extension of time and any opposition thereto, it is by the Court this __ day of December

Ordered that the motion be and it is hereby granted and petitioner shall have up to and including January 23, 2008 to respond to the court's show cause order dated November 13, 2008.

_____

U.S. District Judge