IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| ) | |
| GUANTÁNAMO BAY DETAINEE ) | Civil Action No. 05-0526 (RMU) |
| LITIGATION ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the entry of appearance of the undersigned as additional counsel for Petitioners in the above-captioned matter.

Respectfully submitted,

By /s/ Eldon V.C. Greenberg
Eldon V.C. Greenberg
D.C. Bar #159558
GARVEY SCHUBERT BARER
Fifth Floor
1000 Potomac Street, N.W.
Washington, DC 20007
Tel: (202) 965-7880
Fax: (202) 965-1729

Attorney for Petitioners

Dated: November 26, 2008
Washington, D.C.