UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| ABD AL GHALIG AHMAD ALHAG<br>    *Petitioner/Plaintiff*<br><br>v.<br><br>GEORGE BUSH, *et al.*<br>    *Respondents/Defendants* | Civil Action No. 05-2199 (HHK) |

**NOTICE OF FILING WITH COURT SECURITY OFFICER**

PLEASE TAKE NOTICE that Petitioner has submitted to the Court Security Officer for service and filing in this action Petitioner's Opposition to Government's Motion for Clarification, Reconsideration and Certification for Interlocutory Appeal. The filing was sent by hand delivery today at 11:15 AM.

                                                                Respectfully submitted,

Dated: November 26, 2008                By: /David L. Engelhardt/
                                                   David L. Engelhardt (DC 429886)
                                                   Johnisha Levi (DC 492478)
                                                   Erin Wilcox (DC 982059)
                                                   DICKSTEIN SHAPIRO LLP
                                                   1825 Eye Street, NW
                                                   Washington, DC 20006-5403
                                                   Tel. 202-420-2200
                                                   Fax 202-420-2201

                                                   *Counsel for Petitioner Alhag*