## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | |
| ) | |
| JAMIL AHMAD SAEED, ) | |
| *also known as* JAMIL AHMED SAID NASSIR ) | |
| Detainee ISN #728, etc. ) | |
| ) | |
| *Petitioner,* ) | Civil Action No. 05-2386 (RBW) |
| v. ) | |
| GEORGE W. BUSH, etc., et al., ) | |
| *Respondents.* ) | |

### PETITIONER JAMIL AMHAD SAEED'S JOINDER IN OPPOSITION TO THE GOVERNMENT'S MOTION FOR RECONSIDERATION

Petitioner Jamil Ahmad Saeed, a/k/a Jamil Ahmed Said Nassir, Detainee ISN #728, through undersigned counsel, hereby joins in the "Opposition to the Government's Motion for Reconsideration and Cross-Motion to Strike Hayden Declaration and to Transfer this Case Back to the Merits Judge for all Further Proceedings," filed today by petitioner in Civil Action No. 05-392 (ESH) (D.E. #121); Civil Miscellaneous Case No. 08-442 (TFH) (D.E. #1067), and in the "Memorandum in Opposition to Motion for Clarification and Reconsideration of the Court's Case Management Order and in Support of Cross-Motion to Strike," filed today by petitioners in Civil Action No. 02-0828 (CKK) (D.E. #406); Civil Miscellaneous Case No. 08-442 (TFH) (D.E. #1059).

In addition, Petitioner Saeed advises the Court that the government has failed to furnish a factual return for Petitioner Saeed, even though it has done so for other petitioners whose petitions were

filed later in time. Together, the government's failure to file a factual return, in conjunction with the present motion for reconsideration as to Petitioner Saeed is an unreasonable delay of the proceedings to which he is entitled under *Boumediene v. Bush*, 128 S. Ct. 2229 (2008).

Respectfully submitted,

 /s/  Noah H. Rashkind
Noah H. Rashkind, Esq.
Counsel for Petitioner Saeed
2411 SW 35th Place, #206
Gainesville, Florida 32608
Tel: (727) 692-6002
Email: noah@rashkind.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Terry Marcus Henry
terry.henry@usdoj.gov

Andrew I. Warden
andrew.warden@usdoj.gov

Judry Laeb Subar
judry.subar@usdoj.gov

James C. Luh
James.luh@usdoj.gov


    /s/ Noah H. Rashkind
Noah H. Rashkind, Esq.