UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANAD ALI YISLAM AL-KAZIMI<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba. | )<br>)<br>)<br>)<br>)<br>) | |
| Petitioner, | )<br>) | Misc. No. 08-442 (TFH) |
| v. | )<br>) | Civ. No. 05-2386 (RBW) |
| GEORGE WALKER BUSH, et al., | )<br>)<br>) | |
| Respondents. | )<br>) | |

## NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondents that Petitioner, Mr. Sanad Al-Kazimi, in the above captioned case joins "Petitioners' Joint Motion to Lift Stay with Respect to Petitioners' Response to the Government's 'Statement of Legal Justification for Detention,'" filed yesterday, November 25, 2008, in *Mohammed Al Palestini v. Bush, et al* (Civil Action No. 05-2386 (RBW)), as well as other Guantanamo Habeas Petitions pending before Judge Walton.

Dated: November 26, 2008

                                          Respectfully Submitted,

                                          _____/s/_____
                                          Martha Rayner (NY-MR-1423)
                                          LINCOLN SQUARE LEGAL SERVICES
                                          Fordham University School of Law
                                          33 W. 60th Street, 3rd Floor
                                          New York, NY 10023
                                          Tel: (212) 636-6934
                                          Fax: (212) 636-6923
                                          mrayner@law.fordham.edu