IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION<br><br>and<br><br>JABBAROV OYBEK JAMOLIVICH,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Misc. No. 08-442 (TFH)<br><br><br><br><br><br><br><br>Civil Action No. 05-2386 (RBW) |

**NOTICE OF JOINDER IN PETITIONERS' JOINT MOTION TO LIFT STAY WITH RESPECT TO PETITIONER'S RESPONSE TO THE GOVERNMENT'S "STATEMENT OF LEGAL JUSTIFICATION FOR DETENTION"**

    Petitioner Jamolivich hereby joins Petitioners' Joint Motion to Lift Stay with Respect to Petitioner's Response to the Government's "Statement of Legal Justification for Detention," Dkt. No. 717.

                                        Respectfully submitted,

Date:  Boston, Mass.                By:     /s/ *Michael E. Mone, Jr.*
        November 26, 2008                    Michael E. Mone, Jr.
                                                           (MA BBO No. 634607)
                                                            ESDAILE, BARRETT & ESDAILE
                                                            75 Federal Street
                                                            Boston, MA  02110
                                                            (617) 482-0333
                                                            (617) 426-2978 (fax)

                                                            *Counsel for Petitioner Jamolivich*

# CERTIFICATE OF SERVICE

I, Michael E. Mone, Jr., certify that on November 26, 2008, I electronically filed: **Notice of Joinder in Petitioners' Joint Motion to Lift Stay With Respect to Petitioner's Response to the Government's "Statement of Legal Justification for Detention"**, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court.

DATED: November 26, 2008

                                                          By: /s/ Michael E. Mone, Jr.