# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) ) | Misc. No. 08-442 (TFH) |
| **Farhi Saeed bin Mohammed,** *et al.*, Petitioners, v. **GEORGE W. BUSH,** *et al.*, Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-cv-1347 (GJK) |

### PETITIONER BIN MOHAMMED'S JOINDER IN OPPOSITION TO RESPONDENTS' MOTION FOR CLARIFICATION AND RECONSIDERATION OF THIS COURT'S NOVEMBER 6, 2008 CASE MANAGEMENT ORDER AND SUPPLEMENTAL AMENDED ORDER

Petitioner, Farhi Saeed bin Mohammed ("Petitioner") hereby opposes the Government's Motion for Clarification and Reconsideration of this Court's November 6, 2008 Case Management Order and Supplemental Amended Orders or, In the Alternative, Motion for Certification for Appeal Pursuant to 28 U.S.C. § 1292 (b) and to Stay Certain Obligations Pending Resolution of the Motion and Any Appeal (the "Motion").

Petitioner fully incorporates by reference the arguments set forth in the following two filings today:  Petitioner Sharkawi Abda Ali Al-Haag's "Opposition to Respondents' Motion for Clarification and Reconsideration of this Court's November 12, 2008 Case Management Order." *See In re Guantánamo Bay Detainee Litig.*, Misc. No. 08-442 (TFH) (D.D.C.) (misc. dkt. no. 1063); *Mohammon v. Bush*, No. 05-2386 (RBW) (D.D.C.) (dkt. no. 722); and "Opposition to the Government's Motion for Reconsideration and

Cross Motion to Strike Hayden Declaration and to Transfer this Case Back to the Merits Judge for all Further Proceedings." *See In re Guantánamo Bay Detainee Litig.*, Misc. No. 08-442 (TFH) (D.D.C.) (misc. dkt. no. 1067); *Ameziane v. Bush*, No. 05-392 (ESH) (D.D.C.) (misc. dkt. no. 121).

> While some delay in fashioning new procedures is unavoidable, the costs of delay can no longer be borne by those who are held in custody. The detainees in these cases are entitled to a prompt habeas corpus hearing.

*Boumediene v. Bush*, 128 S. Ct. 2229, 2275 (2008). The Motion should be denied.


Dated: November 26, 2008              Respectfully submitted,

**FARHI SAEED BIN MOHAMMED.**
PETITIONER

By: ___s/Jerry_Cohen/___

Jerry Cohen
Burtns & Levinson LLP
125 Summer Street
Boston MA 02110
Telephone:   617-345-300

Stewart Eisenberg
Weinberg & Garber
71 King Street
Northampton MA 0106
Telephone:   413-628-3325


*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2008, a correct copy of the foregoing was served via the Court's e-filing system, which will send notification of such filing to all counsel of record.

                                               _/s/ Jerry Cohen_____
                                               Jerry Cohen