### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE :<br>    GUANTANAMO BAY<br>    DETAINEE LITIGATION<br><br>HAMOUD ABDULLAH HAMOUD<br>HASSAN AL WADY,<br>        Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>        Respondents/Defendants. | Misc. No. 08-442 (TFH)<br><br><br><br>Civil No. 08-CV-1237 (RMC) |

### PROPOSED ORDER

Upon consideration of the Respondents' Motion for Clarification and Reconsideration of this Court's November 6, 2008 Case Management Order and Supplemental Amended Orders Or, in the Alternative, Motion for Certification for Appeal Pursuant to 28 U.S.C. § 1292(b), and to Stay Certain Obligations Pending Resolution of the Motion in Any Appeal and Petitioner's response thereto, it is hereby:

ORDERED that Respondents' Motion is DENIED in its entirety as to the request to modify the discovery provisions;

ORDERED that Respondents' Motion in all other respects is DENIED without prejudice to renewal at a later point in the proceedings;

ORDERED that Respondents shall file the unclassified version of the return required by Judge Hogan's Case Management Order (hereinafter "CMO") no later than December 1, 2008;

ORDERED that Section I.D.1 of the CMO is modified to apply not just to evidence in the government's possession but also to evidence the government can obtain through reasonable diligence; and

ORDERED that the dates set for filing of a traverse and further briefing in Sections I.G and III.A of the CMO are vacated and a status conference shall be scheduled on January ___, 2008, at ___ .m. at which time dates for filing of a traverse and further briefing shall be set.

_____

Dated:                                                            _____
                                                                  United States District Judge