IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>)<br>)<br>) Misc. No. 08-442 (TFH)<br>)<br>) Civil Action No. 06-1767 (RMU)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Government's Motion for Clarification and Reconsideration of This Court's November 6, 2008 Case Management Order and Supplemental Amended Orders or, In the Alternative, Motion for Certification for Appeal Pursuant to 28 U.S.C. § 1292 (b) and to Stay Certain Obligations Pending Resolution of the Motion and Any Appeal, and Petitioners Al-Zarnouqi's and Alsabri's Opposition thereto, it is hereby,

ORDERED that the Government's Motion is **DENIED** in its entirety.

Dated:

 

The Honorable Thomas F. Hogan
United States District Judge

CH2\2820503.2