# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)** |
| **SUHAIL ABDU ANAM,** *et. al.*,<br><br>Petitioners,<br><br>v.<br><br>**GEORGE W. BUSH,** *et. al.*,<br><br>Respondents. | **Civil Action No. 04-CV-1194 (HHK)** |

## NOTICE OF FILING

Please take notice that on November 26, 2008, counsel filed an Opposition to Respondent's Motion for Clarification and Reconsideration of this Court's November 6, 2008 Case Management Order and Supplemental Amended Orders or, in the Alternative, Motion for Certification for Appeal Pursuant to 28. U.S.C. § 1292(B) and to Stay Certain Obligations Pending Resolution of the Motion and any Appeal on behalf of Petitioners Riyad Atag al Haj (ISN 256), Emad Abdullah Hassan (ISN 680), Abdulaziz Abdoh al Swidi (ISN 578), Fahmi Ahmed al Tawlaqi (ISN 688), Saeed Ahmed al Sarim (ISN 235), Khaled Ahmed Qassim (ISN 242), Abdulkhaliq Ahmed al Baidhani (ISN 553), Bisheer Nasser al Marwalah (ISN 837), Ali Ahmed al Razehi (ISN 045), and Ali Yahya Mahdi (ISN 167) with the Court Security Officer pursuant to the terms of the September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba.

Dated: November 26, 2008

       Respectfully submitted,

By: /s/ Sarah Havens
    Pamela Rogers Chepiga
    Sarah Havens
    Julie Withers
    ALLEN & OVERY LLP
    1221 Avenue of the Americas
    New York, NY 10020
    Tel. (212) 610-6300
    Admitted *pro hac vice*
    *Counsel for Petitioners Al Baidhani, Al Haj, Hassan, Al Suweidy, and Al Sarim*

    Scott Sullivan
    Kristine Huskey (D.C. Bar No. 462979)
    UNIVERSITY OF TEXAS
      SCHOOL OF LAW
    NATIONAL SECURITY &
      HUMAN RIGHTS CLINIC
    727 E. Dean Keeton Street
    Austin, TX 78705
    Tel. (512) 471-5151
    *Of counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing was served upon the following counsel of record by the CM/ECF system on the 26th day of November, 2008:

Gregory G. Katsas
John C. O'Quinn
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
Paul E. Ahearn
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305-0633
Fax: (202) 616-8470

*Attorneys for Respondents*

                                                  /s/ Sarah Havens
                                                  Sarah Havens