IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| AMER MOHAMMON, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2386 (RBW) |
| ACHRAF SALIM ABDESSALAM,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Civil Action No. 06-CV-1761 (ESH) |

## PETITIONERS' NOTICE OF JOINDER

Petitioners Abdul-Rahman Sulaeiman ("Sulaeiman"), one of the petitioners in *Mohammon, et al., v. Bush, et al.*, 05-CV-2386, and Achraf Salim Abdessalam ("Abdessalam"), petitioner in *Abdessalam v. Bush, et al.*, 06-CV-1761 (ESH), (collectively "Petitioners") hereby oppose the Government's Motion for Clarification and Reconsideration of this Court's November 6, 2008 Case Management Order and Supplemental Amended Orders or, In the Alternative, Motion for Certification for Appeal Pursuant to 28 U.S.C. § 1292 (b) and to Stay

Certain Obligations Pending Resolution of the Motion and Any Appeal (the "Motion").

Petitioners oppose the Motion for the reasons stated in the "Petitioner's Opposition To The Government's Motion For Clarification And Reconsideration Of This Court's November 6, 2008 Case Management Order And Supplemental Amended Orders" ("Opposition"), filed today in *In re Guantanamo Bay Detainee Litigation*, 08-mc-442 (TFH), Docket No. 1127 and in *Salim Said, et al., v. Bush, et al.*, 05-cv-2384 (RWR), Docket No. 157, and hereby join in that Opposition.

Dated: November 26, 2008

Respectfully submitted,

/s/ Thomas P. Sullivan
One of the Attorneys for Petitioners
Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel: (312) 923-9350
Fax: (312) 527-0484
tsullivan@jenner.com
dsondgeroth@jenner.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2008, I caused the foregoing Notice of Joinder to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system.

                                              /s/ Thomas P. Sullivan
                                              Thomas P. Sullivan
                                              One of the Attorneys for
                                              Petitioners
                                              JENNER & BLOCK LLP
                                              330 N. Wabash Avenue
                                              Chicago, IL 60611
                                              Tel.: (312) 222-9350
                                              Fax.: (312) 527-0484
                                              Email: tsullivan@jenner.com