# IN THE UNITED STATES DISTRICT
# COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI**, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba,<br>　　　　　Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH**, et al.,<br>　　　　　Respondents. | **CIVIL ACTION (HABEAS CORPUS)**<br><br>No. 08-Civ-1207 (RWR)<br>Misc. No. 08-mc-442 (TFH)<br><br>JUDGE: Richard W. Roberts |

## NOTICE

　　PLEASE TAKE NOTICE that Petitioner, Abd Al-Rahim Hussain Mohammed Al-Nashiri, by and through undersigned counsel, submitted via Federal Express to the Court Security Office on November 26, 2008: (1) Opposition To The Government's "Motion For Clarification And Reconsideration Of This Court's November 6, 2008 Case Management Order Or, In The Alternative, Motion For Certification For Appeal Pursuant To 28 U.S.C. § 1292(b) And To Stay Certain Obligations Pending Resolution Of The Motion And Any Appeal."

Date:　November 26, 2008

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Paul G. Turner
　　　　　　　　　　　　　　　　　　　　　　　　*PAUL G. TURNER
　　　　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 07941
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　　　*GERALD BIERBAUM
　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24025252
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　　　*MUKUND H. SHARMA
　　　　　　　　　　　　　　　　　　　　　　　　California Bar No. 249125
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　　　411 East Bonneville Avenue, Ste. 250
　　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　　　　　(702) 388-6577
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Petitioner

# CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2008, I served the foregoing **NOTICE**, with the United States District Court for the District of Columbia for electronic filing (CM/ECF) with the Court and service on the persons listed on the attached service list:

**SERVICE LIST:**
**Judry Laeb Subar**
U.S. DEPARTMENT OF JUSTICE
Email: judry.subar@usdoj.gov

**Scott Michael Marconda**
U.S. DEPARTMENT OF JUSTICE
Email: scott.marconda@usdoj.gov

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
Email: alexander.haas@usdoj.gov

**Jonathan S. Needle**
U.S. Department of Justice
Civil Division, Federal Programs Branch
E-mail: jonathan.needle@usdoj.gov

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
Email: andrew.warden@usdoj.gov

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
Email: terry.henry@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE
Email: jean.lin@usdoj.gov

**Kathryn Celia Mason**
U.S. DEPARTMENT OF JUSTICE
Email: Kathryn.Mason@usdoj.gov

  /s/ Leianna Montoya
An Employee of the Federal Public Defender