# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | |
| SALIM SAID, *et al.*, ) | Civil Action No. 05-CV-2384 (RWR) |
| ) | |
| Petitioners, ) | STIPULATION |
| ) | TO STAY PETITION |
| v. ) | **OF MOHAMMED ZAHRANI** |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

WHEREAS, petitioner Mohammed Zahrani (ISN 713) filed a petition for a writ of habeas corpus in this Court on December 13, 2005; and

WHEREAS, petitioner Zahrani seeks to stay his habeas petition and Respondents have agreed to such a stay;

IT IS STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that:

(1) The petition for a writ of habeas corpus of petitioner Zahrani shall be stayed;

(2) The parties' obligations under this Court's November 6, 2008 Case Management Order shall be suspended with respect to this petitioner unless and until the Court lifts the stay;

(3) Either counsel for petitioner or counsel for respondents may move to lift the stay on behalf of the petitioner upon notice to counsel for the opposing party;

(4) The terms and effect of this Court's September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba (the "Protective Order") shall remain in effect;

(5) The terms and effect of this Court's May 9, 2005 order requiring respondents to provide petitioner's counsel and the Court thirty (30) days' notice prior to transporting or removing petitioner from Guantanamo Bay Naval Base shall remain in effect; and

(6) This stipulation may be executed in counterparts, each of which when so executed shall be deemed to be an original.

By:____/s/ Andrew Warden_(w/ consent)_____
    Andrew I. Warden
    Terry M. Henry
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue NW
    Washington, D.C. 20530
    Tel.: (202) 514-4107

*Attorneys for Respondents*

By:___/s/ Patricia A. Bronte_____
    Patricia A. Bronte
    Sapna G. Lalmalani
    JENNER & BLOCK LLP
    330 North Wabash Ave.
    Chicago, IL  60611
    Tel: (312) 923-8357
    Fax: (312) 840-7757

*Attorneys for Petitioner*

Dated: November 26, 2008

SO ORDERED this _____ day of_____, 2008

_____
**UNITED STATES DISTRICT COURT JUDGE**