# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) | **Civil Action Nos.** |
| **DETAINEE LITIGATION** ) | **05-CV-0359; 05-CV-0998; 05-CV-0999;** |
| ) | **05-CV-1347; 05-CV-1353; 05-CV-1497;** |
| ) | **05-CV-1506; 05-CV-2349; 05-CV-2386;** |
| ) | **06-CV-1761; 07-CV-1710; 08-CV-1238;** |
| ) | **08-CV-1805** |
| ) | |

## NOTICE OF FILING OF FACTUAL RETURNS
## AND AMENDED FACTUAL RETURNS

Respondents have submitted to the Court Security Officer for filing their factual returns or amended factual returns in the above-captioned cases, for the following petitioners:

| Case | Name | ISN |
|---|---|---|
| 05-CV-0359 | Rahman | 894 |
| 05-CV-0998 | Karim | 653 |
| 05-CV-0999 | Kalaqi | 152 |
| 05-CV-1347 | Mohammed | 311 |
| 05-CV-1353 | Saib | 288 |
| 05-CV-1497 | Wirghi | 502 |
| 05-CV-1506 | Shafiq | 694 |
| 05-CV-2349 | Bacha | 290 |
| 05-CV-2386 | Mabrouk | 148 |
| 05-CV-2386 | Razak | 685 |

| Case | Name | ISN |
|---|---|---|
| 05-CV-2386 | Mattan | 684 |
| 05-CV-2386 | Ali | 455 |
| 05-CV-2386 | Ullah | 46 |
| 05-CV-2386 | Jamolivich | 452 |
| 05-CV-2386 | Edress | 035 |
| 05-CV-2386 | Falesteny | 519 |
| 06-CV-1761 | Abdessalam | 263 |
| 07-CV-1710 | Nasser | 115 |
| 08-CV-1238 | Balzuhair | 838 |
| 08-CV-1805 | Khairkhwa | 579 |

The returns contain information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return in each case (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: November 26, 2008           Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

    */s/ Paul E. Ahern*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
PAUL AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: 202.305.0633
Fax: 202.616.8470

Attorneys for Respondents