IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____ x
                                        :
IN RE:                                  :
                                        :
GUANTÁNAMO BAY                          :   Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                     :
                                        :
_____ x
                                        :
AL HALMANDY, et al.                     :
                                        :
                    Petitioners,        :
                                        :
            v.                          :   Civil Action No. 05-2385 (RMU)
                                        :
BUSH, et al.,                           :
                                        :
                    Respondents.        :
                                        :
_____ x
```

**NOTICE OF JOINDER**

Petitioners Kameen (ISN 1045), Bacha (ISN 900), Nargeri (ISN 510), Mohammed (ISN 570), and Saleh (ISN 78) in the above-captioned matter hereby join in the arguments made in the memorandum filed on behalf of Petitioner Abu Abdul Rauf Zalita in Misc. no. 08-442 (TFH) and Civil Action No. 05-CV-1220 (RMU), opposing Respondents' Motion for Clarification and Reconsideration of This Court's Nov. 6, 2008 Case Management Order and their alternative Motion for Certification for Appeal Pursuant to 28 U.S.C. § 1292(b) and to Stay Certain Obligations Pending Resolution of the Motion and Any Appeal (Dkt. 1004 in Misc. No. 08-442). (The opposition is Dkt. 1141 in Misc. No. 08-442 and Dkt. 148 in Civil Action No. 05-1220.)

Date: New York, New York
November 26, 2008

Respectfully submitted,

_____/s/_____

Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499
kadidal@ccrjustice.org

*Counsel for petitioners Kameen (ISN 1045), Bacha (ISN 900), Nargeri (ISN 510), Mohammed (ISN 570), and Saleh (ISN 78)*