UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: )<br>)<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>) | Misc. No. 08-442<br><br>Civil Action No.<br><br>05-CV-0634 (RWR)<br>05-CV-2386 (RBW) |

### NOTICE OF FILING UNDER SEAL

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, Petitioners Abdalaziz Kareem Salim Al Noofayaee (ISN 687), Mohammed Ahmed Salam Al Khateeb (ISN 689), Adel bin Mabrouk (ISN 148), and Omer Saeed Salem Al Daini (ISN 549) have today filed under seal with the Court Security Officer for review an Opposition to Respondent's Motion for Clarification and Reconsideration of this Court's November 6, 2008 Case Management Order and Supplemental Amended Orders or, in the Alternative, Motion for Certification for Appeal Pursuant to 28 U.S.C. § 1292(b) and to Stay Certain Obligations Pending Resolution of the Motion and any Appeal.  This Notice of Filing is being submitted to notify the Court that this submission has been made to the CSO, in accordance with paragraph 47 of the protective order governing filings which contain or may contain classified information.

Respectfully submitted this 26th day of November, 2008.

/s/ Jonathan M. Fee
Jonathan M. Fee
DC Bar No. 479579
Michael E. Ward
DC Bar No. 434624
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333