# IN THE UNITED STATES DISTRICT
# COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULLI FEGHOUL** | |
| Guantanamo Bay Naval Station, | |
| Guantanamo Bay, Cuba | CIVIL ACTION |
|     Petitioner | (HABEAS CORPUS) |
| | |
| V. | No.  08-MC-00442 (TFH) |
| | No:  06-CV-00618 (RWR) |
| **GEORGE W. BUSH, et. al.** | |
|     President of the United States | |
|     The White House | |
|     1600 Pennsylvania Avenue, N.W. | |
|     Washington, D.C. 20500; | |

## CONSENT MOTION TO WITHDRAW PETITION FOR
## WRIT OF HABEAS CORPUS WITHOUT PREJUDICE

Petitioner, Abdulli Feghoul, who is no longer at Guantanamo Bay, through his attorneys, hereby moves to withdraw his Motion for a Writ of Habeas Corpus without prejudice. Counsel for the government, Andrew Warden, has been consulted and consents to this motion.

**WHEREFORE**, Petitioner respectfully requests that this Honorable Court grant his *Consent Motion to Withdraw Petition for Writ of Habeas Corpus Without Prejudice*. A proposed order is attached.

Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
Matthew Lawry (PA 87221)
Shawn Nolan (PA 56535)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated: November 28, 2008

# Certificate of Service

I hereby certify that a true and correct copy of Petitioner's *Consent Motion to Withdraw Petition for Writ of Habeas Corpus Without Prejudice* has been served on the following attorneys for Respondents through the Electronic Case Filing System:

>Mr. Terry Henry
>Mr. Andrew Warden
>US DEPARTMENT OF JUSTICE
>20 Massachusetts Avenue, NW
>Room 7226
>Washington, DC 20529-0001

>/s/Billy H. Nolas
>Billy H. Nolas

Dated: November 28, 2008