# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-0442 (TFH)<br><br>Civil Action Nos. 08-1085, 08-1207 |

## **ORDER**

Upon review of the parties' responses to the Court's orders of October 3, 2008, October 7, 2008, October 27, 2008, and November 20, 2008, the materials attached thereto and those submitted for in camera review, and the record herein, the Court

**ORDERS** that the Federal Public Defender for the District of Nevada is named as sole habeas counsel to Petitioner Abd Al-Rahim Hussain Mohammed Al-Nashiri, also known as Abdul Rahim Hussein Muhammed Al-Nashir, ("Al-Nashiri") (ISN 10015). The Court further

**ORDERS** that Scott Fenstermaker is barred from making any further filings in this Court on Al-Nashiri's behalf. The Court further

**ORDERS** that, because Al-Nashiri cannot proceed with duplicate habeas petitions before this Court, the petition in 08-cv-1085 is dismissed.

December 1, 2008

/s/
Thomas F. Hogan
United States District Judge