# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR,   )   )   ) Detainee,   )   Misc. No. 08-0442   )   Petitioner,   )   Civil Action No. 08-1236 v.   )   )   GEORGE W. BUSH, *et al.*,   )   )   Respondents.   )   ) | |

## NOTICE OF FILING MEMORANDUMS OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Please accept for filing the attached Memorandums of Understanding Regarding Access to Classified National Security Information in this case on behalf of Petitioner Muieen Adeen Jamal Adeen Abd Al F. Abd Al Sattar signed by Attorneys Timothy C. Ivey, Andy P. Hart, Jonathan Witmer-Rich, Carlos Warner, and Darin Thompson.

Respectfully submitted,

*/s/ Vicki Werneke*
VICKI WERNEKE (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Phone: (216) 522-4856; Fax: (216) 522-4321
Email: vicki_werneke@fd.org