# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALID SAAD MOHAMMED, ) | |
| ) | |
| Detainee, ) | Misc. No. 08-0442 |
| ) | |
| Petitioner, ) | Civil Action No. 08-1230 |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## NOTICE OF FILING MEMORANDUMS OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Please accept for filing the Memorandums of Understanding Regarding Access to Classified National Security Information in this case on behalf of Petitioner Khalid Saad Mohammed signed by Attorneys Darin Thompson, Amy Cleary, Carlos Warner, and Vicki Werneke.

Respectfully submitted,

*/s/Timothy C. Ivey*
TIMOTHY C. IVEY (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
   Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
Email:  timothy_ivey@fd.org