# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONSOOR MUHAMMED ALI QATTAA, ) | |
| ) | |
| Detainee, ) | Misc. No. 08-0442 |
| ) | |
| Petitioner, ) | Civil Action No. 08-1233 |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |

## NOTICE OF FILING MEMORANDUMS OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Please accept for filing the Memorandums of Understanding Regarding Access to Classified National Security Information in this case on behalf of Petitioner Monsoor Muhammed Ali Qattaa signed by Attorneys Timothy C. Ivey, Andy Hart, Darin Thompson, Vicki Werneke, and Amy Cleary.

Respectfully submitted,

*/s/Carlos Warner*
CARLOS WARNER (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
　　Northern District of Ohio
2 South Main Street, Suite B3-56
Akron, Ohio 44308
(330) 375-5739 Fax: (330) 375-5738
Email: carlos_warner@fd.org