# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| UMAR HAMZAYEVICH ABDULAYEV a/k/a ABDULLAH BO OMER HAMZA YOYEJ, ISN 257, | |
|  | Civil Action No. 05-2386 (RBW) |
| WALID IBRAHIM MUSTAFA ABU HIJAZI, a/k/a MOHAMMED AL PALESTINI, ISN 049, | |
| MAASOUM ABDAH MOUHAMMAD, a/k/a Bilal LNU, ISN 330, and | |
| *Petitioners*, | |
| v. | |
| GEORGE W. BUSH, *et al.*, | |
| *Respondents*. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the entry of appearance of the undersigned as additional counsel for Petitioners Umar Hamzayevich Abdulayev, Walid Ibrahim Mustafa Abu Hijazi, and Maasoum Abdah Mouhammad in the above-captioned matter.

Dated: December 2, 2008

Respectfully submitted,
/s/ Allison M. Lefrak
Douglas K. Spaulding
Gary S. Thompson
Allison M. Lefrak
Rick W. Roberts
Nathan R. Fennessy
REED SMITH LLP

US_ACTIVE-100842424

1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220

Bernard J. Casey, D.C. Bar No. 112219
Casey ADR Services
3018 NE 32nd Place
Portland, OR 97212
Phone: (415) 515-0855

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 2, 2008, I filed the foregoing electronically though the CM/ECF system, which caused all opposing counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Allison M. Lefrak
Allison M. Lefrak
