**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| ) **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) **Civil Action No. 04-CV-1254 (HHK)** |
| **DETAINEE LITIGATION** ) | |
| ) | |

## NOTICE OF FILING OF AMENDED FACTUAL RETURN

Respondents have submitted to the Court Security Officer for filing their amended factual return in the above-captioned case, for the following petitioner: Uthman, ISN 027.

The return contains information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: December 2, 2008          Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

                    */s/ Paul E. Ahern*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  202.305.0633
Fax: 202.616.8470

Attorneys for Respondents