# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | |
| | |
| JAMIL AHMAD SAEED, ) | |
| *also known as* JAMIL AHMED SAID NASSIR ) | |
| Detainee ISN #728, etc. ) | |
| *Petitioner,* ) | Civil Action No. 05-2386 (RBW) |
| v. ) | |
| GEORGE W. BUSH, etc., et al., ) | |
| *Respondents.* ) | |

## NOTICE OF FILING

Please take notice that Noah H. Rashkind, counsel for Petitioner Jamil Ahmad Saeed, a/k/a Jamil Ahmed Said Nassir, Detainee ISN #728, has hereby filed a Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgment in the above-captioned matters, copies of which are attached hereto.

Respectfully submitted,

 /s/  Noah H. Rashkind
Noah H. Rashkind, Esq.
Counsel for Petitioner Saeed
2411 SW 35th Place, #206
Gainesville, Florida 32608
Tel: (352) 215-5990
Email: noah@rashkind.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Terry Marcus Henry
    terry.henry@usdoj.gov

    Andrew I. Warden
    andrew.warden@usdoj.gov

    Judry Laeb Subar
    judry.subar@usdoj.gov

    James C. Luh
    James.luh@usdoj.gov


                                              /s/ Noah H. Rashkind
                                              Noah H. Rashkind, Esq.