**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**101 SW Main Street, Suite 1700**
**Portland, Oregon  97204**
**Tel:   503-326-2123**
**Fax:   503-326-5524**

**Attorney for Petitioner**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:**<br><br>**GUANTÁNAMO BAY**<br>**DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)** |
| **ALI HUSSAIN MOHAMMAD MUETY SHAABAN,**<br>Petitioner,<br>v.<br>**GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,**<br>Respondents. | **Civil Action No. 05-892 (CKK)** |

## SUPPLEMENT TO REQUEST FOR *EX PARTE* STATUS CONFERENCE

The petitioner, Ali Hussian Mohammad Muety Shaaban, through his attorney, Stephen

R. Sady, hereby supplements his motion for an order setting an *ex parte* status conference.

By pleading filed under seal on November 3, 2008, Petitioner requested an *ex parte* status

conference with the Court (with Respondent's agreement).  In the joint status report filed on

**Page 1   SUPPLEMENT TO REQUEST FOR EX PARTE STATUS CONFERENCE**

November 26, 2008, Petitioner noted the continuing need for that conference. In the pleadings, counsel for Mr. Shaaban noted that he will be in Washington, D.C., on December 9 and 10 and asked if the meeting with the Court could be held on either of those dates. A court appearance has now been added in one of counsel's other Guantánamo cases that will require counsel for Mr. Shaaban to be in Washington, D.C., on December 4 and 5 as well.

Dated December 2, 2008.

                                         /s/ Stephen R. Sady
                                         Stephen R. Sady
                                         Chief Deputy Federal Public Defender