IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
IN RE:                                                    )           Misc. No. 08-0442 (TFH)
GUANTANAMO BAY                             )
DETAINEE LITIGATION                       )           Civil Action No. 05-1429
                                                              )           (RMU)
                                                              )
                                                              )
_____)

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTION FOR ADDITIONAL DISCOVERY

Respondents hereby move for an extension of time, until December 4, 2008, to respond to Petitioner's Motion for Additional Discovery. In support of this motion, Respondents submit the following:

1. On November 18, 2008, Petitioner filed a Motion for Additional Discovery pursuant to Section I.E.2 of the Case Management Order. By order of the Court, Respondents response to that motion is due today, December 2, 2008.

2. Respondents seek an extension of two days – until December 4, 2008, to respond to Petitioner's filings. Such an extension is necessary for Respondents to fully respond to the Petitioner's submissions.

3. Pursuant to Local Civil Rule 7.1(m), Respondents counsel has conferred with counsel for Petitioner, who consents to the requested extension.

4. For the reasons stated above, Respondents respectfully request that the Court extend until December 4, 2008, the time period during which Respondents may respond to Petitioner's above-captioned motion. A proposed order is attached.

Dated: December 2, 2008

Respectfully submitted,

GREGORY KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ David J. Stander
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
PAUL AHERN
DAVID J. STANDER
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 305-9342

Attorneys for Respondents