IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | |
| HANI SALEH RASHID ABDULLAH, *et al.,* ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | No. 05-0023 (RWR) |
| ) | |
| GEORGE W. BUSH, *et al.,* ) | |
| ) | |
| *Respondents*. ) | |

**NOTICE OF FILING**

Please take notice that on November 26, 2008, Petitioner moved for leave to take certain discovery. The motion was submitted to the Court Security Office, and served by the CSO on Respondents.

| | Respectfully submitted, |
|---|---|
| | /s/ Charles H. Carpenter |
| Shayana Kadidal (DC # 454248) | Charles H. Carpenter (DC #432004) |
| CENTER FOR CONSTITUTIONAL RIGHTS | William J. Bethune (DC # 66696) |
| | PEPPER HAMILTON LLP |
| 666 Broadway, 7th Floor | 600 Fourteenth Street, N.W. |
| New York, New York 10012 | Suite 500, Hamilton Square |
| Tel: (212) 614-6439 | Washington, DC 20005-2004 |
| Fax: (212) 614-6499 | Tel: (202) 220-1507 |
| | Fax: (202) 220-1665 |
| *Of Counsel for Petitioners* | |
| | Stephen M. Truitt (DC # 13235 ) |
| | 600 Fourteenth Street, N.W. |
| | Suite 500, Hamilton Square |
| | Washington, DC 20005-2004 |
| | Tel: (202) 220-1452 |
| | Fax: 202 220 1665 |
| | *Counsel for Petitioners* |

Dated: December 3, 2008