IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY**<br>**DETAINEE LITIGATION** | ) ) ) ) ) ) ) ) ) |

**Misc. No. 08-0442 (TFH)**

|  |  |
|---|---|
| **ABD AL RAHMAN ABDULLAL AL**<br>**HALMANDY,** *et al.*,<br><br>          Petitioners<br><br>     *v.*<br><br>**GEORGE W. BUSH,** *et al.*,<br><br>          Respondents | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**Civil Action No. 05-2385 (RMU)**

## NOTICE OF APPEARANCE

Please take notice that the attorney listed below will represent Petitioners ABD AL RAHMAN ABDULLAL AL HALMANDY, ET AL. in this matter. Service upon counsel may be made to:

> Gitanjali S. Gutierrez
> **CENTER FOR CONSTITUTIONAL RIGHTS**
> 666 Broadway, 7th Floor
> New York, NY 10012
> Tel: (212) 614-6485
> Fax: (212) 614-6499
> ggutierrez@ccrjustice.org

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.

Dated: December 3, 2008

Respectfully submitted,

Counsel for Petitioners:

/s/ Gitanjali Gutierrez
Gitanjali S. Gutierrez
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6485
Fax: (212) 614-6499
ggutierrez@ccrjustice.org