IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| _____ ) | |
| HANI SALEH RASHID ABDULLAH, *et al.,* ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | No. 05-0023 (RWR) |
| ) | |
| GEORGE W. BUSH, *et al.,* ) | |
| ) | |
| *Respondents*. ) | |
| _____ ) | |

## MOTION FOR EXPEDITED CONSIDERATION
## AND TO SHORTEN TIME TO RESPOND

On November 26, 2008, Petitioner filed a motion for leave to take certain discovery, and requested that the discovery be provided on an expedited basis, for reasons explained in the motion. See Docket Entry No. 158 (in 05-0023).

For those same reasons, Petitioner requests that Respondents be directed to respond to the motion for leave to take discovery by Friday, December 5, 2008.

Counsel for Petitioner consulted with counsel for Respondents.

Respondents oppose the motion.

Respectfully submitted,

    /s/ Charles H. Carpenter

| | |
|---|---|
| Shayana Kadidal (DC # 454248) | Charles H. Carpenter (DC #432004) |
| CENTER FOR CONSTITUTIONAL RIGHTS | William J. Bethune (DC # 66696) |
| | PEPPER HAMILTON LLP |
| 666 Broadway, 7th Floor | 600 Fourteenth Street, N.W. |
| New York, New York 10012 | Suite 500, Hamilton Square |
| Tel: (212) 614-6439 | Washington, DC 20005-2004 |
| Fax: (212) 614-6499 | Tel: (202) 220-1507 |
| | Fax: (202) 220-1665 |

*Of Counsel for Petitioners*

Stephen M. Truitt (DC # 13235 )
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC 20005-2004
Tel: (202) 220-1452
Fax: 202 220 1665

*Counsel for Petitioners*

Dated: December 3, 2008