IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| _____) | |
| HANI SALEH RASHID ABDULLAH, ) | |
| *et al.*, ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | Civil No. 05-0023 (RWR) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |
| _____) | |

## NOTICE OF FILING
## PETITIONER'S REPLY IN SUPPORT OF
## MOTION FOR IDENTIFICATION OF
## WITNESS WHOSE NAME HAS BEEN WITHHELD

Petitioner Hani Saleh Rashid Abdullah, through his undersigned counsel, hereby gives notice of filing, on November 20, 2008, of his Petitioner's Reply in Support of Motion for Identification of Witness Whose Name Has Been Withheld.

Respectfully submitted,

    /s/ Stephen M. Truitt

| | |
|---|---|
| Shayana Kadidal (DC # 454248) | Stephen M. Truitt (DC # 13235 ) |
| CENTER FOR CONSTITUTIONAL RIGHTS | 600 Fourteenth Street, N.W. |
| | Suite 500, Hamilton Square |
| 666 Broadway, 7th Floor | Washington, DC  20005-2004 |
| New York, New York 10012 | Tel: (202) 220-1452 |
| Tel: (212) 614-6439 | Fax: 202 220 1665 |
| Fax: (212) 614-6499 | |
| | Charles H. Carpenter (DC #432004) |
| Of Counsel for Petitioner | William J. Bethune (DC # 66696) |
| | PEPPER HAMILTON LLP |
| | 600 Fourteenth Street, N.W. |
| | Suite 500, Hamilton Square |
| | Washington, DC  20005-2004 |
| | Tel: (202) 220-1507 |
| | Fax: (202) 220-1665 |
| Dated:  December 3, 2008 | *Counsel for Petitioners* |