# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) | **Civil Action Nos. 08-CV-1805 (RMU)** |
| **DETAINEE LITIGATION** ) | |
| ) | |
| ) | |
| ) | |

## MOTION FOR LEAVE TO FILE SUBSTITUTE FACTUAL RETURN

On November 26, 2008, Respondent submitted the classified return in this case for filing. On December 2, 2008, Respondent discovered that an exhibit was inadvertently included in the return which contains information classified at a level higher than its classification marking. Respondent has submitted a substitute return to the Court Security Officer and now seeks leave to withdraw the earlier-filed return and to substitute the later return in its place. Counsel for the Respondent has conferred with petitioner's counsel and was advised that petitioner's counsel does not oppose the motion, provided that the substitution occurs prior to December 5, 2008.

For these reasons, Respondent respectfully requests that the Court grant leave to withdraw the factual return submitted for filing on November 26, 2008, and permit Respondent to file the substituted factual return submitted to the Court Security Officer in its place.

Dated: December 3, 2008         Respectfully submitted,
                                GREGORY G. KATSAS
                                Assistant Attorney General

                                JOHN C. O'QUINN
                                Deputy Assistant Attorney General

   */s/ Kathleen A. Servatius*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
PAUL AHERN
KATHLEEN A. SERVATIUS
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  202.305.0633
Fax: 202.616.8470

Attorneys for Respondents