# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) ――――――――――――――――――――――) ) JOBRAN SAAD AL-QUHTANI, ) *Petitioner*, ) ) v. ) ) ) ) ) GEORGE W. BUSH, et al., ) *Respondents*. ) ) | Misc. No. 08-442 (TFH) Civil Action No. 05-02387 (RMC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the additional attorney listed below will represent Petitioner JOBRAN SAAD AL-QUHTANI, and NAWAL MADAY AL-QUHTANI, as Next Friend of Jobran Saad Al-Quhtani, in this matter. Service upon counsel may be made to:

> John L. Kolakowski
> Morrison & Foerster LLP
> 2000 Pennsylvania Ave., NW, Suite 6000
> Washington, DC 20006
> Tel.  (202) 887-6926
> Fax  (202) 785-7506
> Email: jkolakowski@mofo.com

Counsel certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

Dated: December 4, 2008

Respectfully submitted,

/s/ John L. Kolakowski
John L. Kolakowski
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW, Suite 6000
Washington, DC 20006
Tel. (202) 887-6926
Fax (202) 785-7506
Email: jkolakowski@mofo.com