IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, <br><br> President of the United States, *et al.*, <br><br> Respondents. | Misc. No. 08-0442 (THF) <br><br> Civil Action No. 05-cv-1505 (RMC) |

**PETITIONER ABBAR SUFIAN AL HAWARY'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**

Petitioner Abbar Sufian al Hawary ("Petitioner"), through his counsel, Holland & Hart LLP, respectfully requests an additional two-week extension of time, from December 5, 2008, to and including December 19, 2008, within which to respond to the Court's Order dated November 13, 2008, ordering counsel for Petitioner to notify the Court whether Petitioner consents to dismissal of his habeas petition, and if Petitioner does not consent to dismissal, to show cause why his habeas petition should not be dismissed ("Order to Show Cause"). As grounds for this motion, Petitioner states as follows:

1. Undersigned counsel, in compliance with Rule 7(m) of the Local Rules of the United States District Court for the District of Columbia, has conferred with counsel for Respondent, who does not oppose this motion.

2. Petitioner's response to the Order to Show Cause is currently due December 5, 2008. The Court has granted one other unopposed two-week extension of time for the response. The requested extension is necessitated by the fact that, despite diligent efforts, counsel for Petitioner has not had contact with Petitioner since his transfer to Algeria. It is undersigned counsel's understanding that Petitioner is no longer being detained by the Government of Algeria. Undersigned counsel has coordinated diligently with a lawyer in Algeria to establish contact with Petitioner, but such efforts have thus far been unsuccessful. It remains important for counsel to have the opportunity to confer with Petitioner before responding to the Order to Show Cause.

3. The requested extension will not cause prejudice to any party.

WHEREFORE, Petitioner respectfully requests a two-week extension of time, from December 5, 2008, to and including December 19, 2008, within which to respond to the Order to Show Cause. A proposed order is attached.

Dated: December 4, 2008

Respectfully submitted,


*s/ Meghan N. Winokur*
Meghan N. Winokur (Colorado State Bar #35973)
Anne J. Castle
Scott Barker
Douglas L. Abbott
J. Triplett Mackintosh
Danielle R. Voorhees
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8000
Facsimile: (303) 295-8261

Of Counsel
Barbara J. Olshansky
Tina Monshipour Foster (NY No. TF5556)
Gitanjali S. Gutierrez (NY No. GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY 10012
Tel.: (212) 614-6439

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6438
Facsimile: (212) 614-6499
**ATTORNEYS FOR PETITIONERS**

# CERTIFICATE OF SERVICE

I certify that on December 4, 2008, I served a copy of the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W., Room 7144
> Washington, DC 20530

*s/ Meghan N. Winokur*
Holland & Hart LLP

4396963_1.DOC