IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: ) | | |
| ) | | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) | |
| DETAINEE LITIGATION ) | | |
| _____) | | |
| AMER MOHAMMON, *et al.,* ) | | |
| (MAHER EL FALESTENY) ) | | |
| ) | | |
| *Petitioners*, ) | | |
| ) | | |
| *v.* ) | Civil No. 05-2386 (RBW) | |
| ) | | |
| GEORGE W. BUSH, *et al.,* ) | | |
| ) | | |
| Respondents. ) | | |
| _____) | | |

**NOTICE OF FILING
PETITIONER'S CLASSIFIED SUPPLEMENT TO
OPPOSITION TO MOTION TO RECONSIDER**

Petitioner Maher El Falesteny, through his undersigned counsel, hereby gives notice of filing, on December 1, 2008 his Petitioner's Classified Supplement to Opposition to Motion to Reconsider.

Respectfully submitted,

    /s/ Charles H. Carpenter

| | |
|---|---|
| Shayana Kadidal (DC # 454248)<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, New York 10012<br>Tel: (212) 614-6439<br>Fax: (212) 614-6499<br><br>*Of Counsel for Petitioners* | Charles H. Carpenter (DC #432004)<br>William J. Bethune (DC # 66696)<br>PEPPER HAMILTON LLP<br>600 Fourteenth Street, N.W.<br>Suite 500, Hamilton Square<br>Washington, DC  20005-2004<br>Tel: (202) 220-1507<br>Fax: (202) 220-1665<br><br>Stephen M. Truitt (DC # 13235 )<br>600 Fourteenth Street, N.W.<br>Suite 500, Hamilton Square<br>Washington, DC  20005-2004<br>Tel: (202) 220-1452<br>Fax: 202 220 1665<br><br>*Counsel for Petitioners* |

Dated:  December 4, 2008