IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, | )<br>)<br>) |
| Petitioners, | ) Misc. No. 08-0442 (TFH) |
| v. | )<br>) Civil Action No. 05-CV-2249 (RMC) |
| GEORGE W. BUSH, *et al.* | ) |
| Respondents. | ) |

**MOTION TO STAY PARAGRAPH I.G. OF THE NOVEMBER 6, 2008 CASE MANAGEMENT ORDER PENDING THE RESOLUTION OF RESPONDENTS' MOTION FOR CLARIFICATION AND RECONSIDERATION OF THE CASE MANAGEMENT ORDER**

Petitioner, by and through his attorney, hereby moves to stay paragraph I.G. of the November 6, 2008 Case Management Order (dkt. no. 112) pending the resolution of Respondents' Motion for Clarification and Reconsideration of the Court's November 6, 2008 Case Management Order (November 18, 2008) (dkt. no. 118). Petitioner has conferred with Respondents, who do not oppose the relief requested in this motion.

1. On November 6, 2008, this Court entered a Case Management Order ("CMO").

2. On November 21, 2008, this Court entered an Order staying the due dates imposed by paragraphs I.C., I.D., I.E., I.F., II.B., II.C., and II.A. pending the resolution of the Government's Motion for Clarification and Reconsideration of the CMO (dkt. no. 122).

3. The Order explicitly stays paragraph I.D. which states the due date for the government's disclosure of exculpatory evidence. The disclosure of exculpatory evidence is the triggering event for the due date in paragraph I.G.

4. The Order does not, however, specifically address paragraph I.G. which sets a traverse deadline tied to Respondents' compliance with paragraph I.D..

5. Respondent filed a blanket Notice Pertaining to Production of Exculpatory Information on November 20, 2008, covering 51 habeas docket numbers (dkt. no. 121).

6. It is Petitioner's position that this Notice does not meet the requirements of the CMO and thus does not trigger the traverse due date. See Petitioner's Opposition to Respondents' Motion for Clarification and Reconsideration, dkt. no. 124, n. 9. Petitioner does not, however, seek a ruling on this issue at this time. Rather, in an abundance of caution, Petitioner seeks a stay of paragraph I.G. of the CMO until there is resolution of Respondents' Motion for Reconsideration.

7. Respondents maintain that their Notice of Exculpatory Information meets the requirements of the CMO, but Respondents do not oppose a stay of paragraph I.G. pending the resolution of the Government's Motion for Clarification and Reconsideration of the Court's November 6, 2008 Case Management Order.

WHEREFORE, Petitioner respectfully requests that the Court stay paragraph I.G. of the November 6, 2008 Case Management Order pending the resolution of Respondents' Motion for Clarification and Reconsideration of the Court's November 6, 2008 Case Management Order. A proposed order is attached.

Dated: New York, New York
December 4, 2008

                                               Respectfully submitted,
                                               Counsel for Petitioner:
                                               _____/s/_____
                                               Martha Rayner, Esq.
                                               Lincoln Square Legal Services
                                               Fordham University School of Law
                                               33 West 60th Street, 3rd Floor
                                               New York, New York 10023
                                               Tel: (212) 636-6941
                                               Fax: (212) 636-6923

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, | ) ) ) ) | |
| Petitioners, | ) ) | Misc. No. 08-0442 (TFH) |
| v. | ) ) | Civil Action No. 05-CV-2249 (RMC) |
| GEORGE W. BUSH, *et al.* | ) ) ) | |
| Respondents. | ) ) | |

## ORDER

Upon consideration of Petitioner's Motion to Stay Paragraph I.G. of the November 6, 2008 Case Management Order Pending the Resolution of Respondents' Motion for Clarification and Reconsideration of the Court's November 6, 2008 Case Management Order, it is

ORDERED that paragraph I.G. of the November 6, 2008 Case Management Order and any further Case Management Order to be entered in this case, is stayed pending the resolution of Respondents' Motion for Clarification and Reconsideration of the Court's November 6, 2008 Case Management Order

Dated: _____

_____
United States District Judge