# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:                                           )
                                                 )
GUANTANAMO BAY                                   )        Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                              )
_____)
                                                 )
AMER MOHAMMON, *et al.,*                         )
(MAHER EL FALESTENY)                             )
                                                 )
            *Petitioners*,                       )
                                                 )
      *v.*                                       )        Civil No. 05-2386 (RBW)
                                                 )
GEORGE W. BUSH, *et al.,*                         )
                                                 )
            Respondents.                         )
_____)

## NOTICE OF ATTENDANCE
## AT DECEMBER 10, 2008 HEARING

Please note that Stephen M. Truitt, counsel for Maher El Falesteny

(ISN #519), will attend the December 10, 2008 hearing in person to represent

Petitioner Maher El Falesteny.

Dockets.Justia.com

Respectfully submitted,

_____/s/ Stephen M. Truitt_____

Shayana Kadidal (DC # 454248)
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499


Of Counsel for Petitioner

Stephen M. Truitt (DC # 13235 )
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC  20005-2004
Tel: (202) 220-1452
Fax: 202 220 1665


Charles H. Carpenter (DC #432004)
William J. Bethune (DC # 66696)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC  20005-2004
Tel: (202) 220-1507
Fax: (202) 220-1665

Dated:  December 5, 2008

*Counsel for Petitioners*