IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| _____) | |
| HANI SALEH RASHID ABDULLAH, ) | |
| *et al.,* ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | Civil No. 05-0023 (RWR) |
| ) | |
| GEORGE W. BUSH, *et al.,* ) | |
| ) | |
| *Respondents.* ) | |
| _____) | |

## JOINTLY PROPOSED ORDER

The Court having considered Petitioner's discussion and proposed modifications to the Case Management Order ("CMO") entered by Judge Hogan, particularly ¶ I. B. requiring Respondents to submit a "Legal Justification" for detaining Petitioner; and

The Court having heard oral argument on the question whether Respondents' submission complies with that provision of the CMO;

NOW therefore it is declared and ordered that

    1.    Said submission by Respondents does not comply with the CMO ¶I. B. , and

2. Respondents shall by December 9, 2008 file an amended statement of "Legal Justification" for petitioner's detention.

Dated: December 5, 2008  _____
RICHARD W. ROBERTS
United States District Judge