# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| MUHAMMED KHAN TUMANI, *et al.* | |
| Petitioners, | |
| v. | |
| GEORGE W. BUSH, *et al.* | Civil Action No. 05-0526 (RMU) |
| Respondents. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the entry of appearance of the undersigned as additional counsel for Petitioners, Abd Al Nisr Khantumani (ISN 307) and Muhammed Khantumani (ISN 312) in the above captioned matter.

Dated: December 5, 2008

Respectfully submitted,

By: /s/ Gordon S. Woodward
Elizabeth K. Ainslie
Gordon S. Woodward (D.C. Bar # 452626)
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Ave. NW, Suite 300
Washington, DC 20006-1825
Tel: (202) 419-4215
Fax: (202) 419-3454

*Attorneys for Petitioners*