# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY**<br>**DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)**<br><br>**Civil Action No. 05-00247 (HHK)** |

### NOTICE OF FILING

PLEASE TAKE NOTICE that, pursuant to the provisions of the Amended Protective Order in effect in this action, Petitioner has today filed under seal with the Court Security Officer for review a Declaration of Samuel C Kauffman re Direct Authorization by Petitioner.

            Respectfully submitted,
            GARVEY SCHUBERT BARER

           By  s/ Samuel C. Kauffman
            Robert C. Weaver, Jr. OSB #80135
            Samuel C. Kauffman, OSB #94352
            GARVEY SCHUBERT BARER
            Eleventh Floor
            121 SW Morrison St.
            Portland, OR 97204
            Tel: (503) 228-3939
            Fax: (503) 226-0259
            rweaver@gsblaw.com
            skauffman@gsblaw.com
            Attorneys for Petitioner

Dated: December 8, 2008