IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>)<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>)<br>_____) | Misc. No. 08-442 (TFH) |
| HANI SALEH RASHID ABDULLAH, )<br>*et al.*, )<br>)<br>*Petitioners*, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>*Respondents*. )<br>_____) | Civil No. 05-0023 (RWR) |

**JOINTLY PROPOSED ORDER**

The Court having considered Petitioner's discussion and proposed modifications to the Case Management Order ("CMO") entered by Judge Hogan, particularly ¶ I. B. requiring Respondents to submit a "Legal Justification" for detaining Petitioner; and

The Court having heard oral argument on the question whether Respondents' submission complies with that provision of the CMO;

NOW therefore it is declared and ordered that

1. Said submission by Respondents does not comply with the CMO ¶I. B. , and

2. Respondents shall by December 9, 2008 file an amended statement of "Legal Justification" for petitioner's detention.

Dated: December 5, 2008

/s/ Richard W. Roberts
RICHARD W. ROBERTS
United States District Judge