IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————— x
                                     :

IN RE:                                :

GUANTÁNAMO BAY            :    Misc. No. 08-442 (TFH)
DETAINEE LITIGATION         :

———————————————————————— x
                                       :

OTHMAN, *et al..*                    :

             Petitioners,     :

           v.               :    Civil Action No. 05-2088 (RWR)

BUSH, *et al.*,                    :

            Respondents.    :

———————————————————————— x

**[REVISED PROPOSED] ORDER**

Upon consideration of the Unopposed Motion to Stay Petition for Writ of Habeas Corpus of Petitioner Khaled Abd Elgabar Mohammed Othman, it is hereby **ORDERED** on this ___ day of December, 2008, that:

(1)      The above-captioned petition for a writ of habeas corpus shall be stayed;

(2)      The parties' obligations under this Court's November 6, 2008 Case Management Order and under the Court's Minute Order of September 30, 2008 (extending Petitioner's time to provide evidence of authorization through December 29, 2008) shall be suspended with respect to this Petitioner unless and until the stay is lifted by the Court;

(3)     Either counsel for Petitioner or counsel for Respondents may move to lift the stay upon notice to counsel for the opposing party;

(4)     The terms and effect of this Court's September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba (the "Protective Order") shall remain in effect;

(5)     The terms and effect of this Court's July 11, 2008 Order (Dkt. 41), requiring Respondents to provide Petitioner's counsel and the Court with thirty day's advance notice prior to any intended removal or transfer of a prisoner from Guantánamo Bay, Cuba shall remain in effect;

(6)     The parties shall file a joint status report, together with a proposed order, by February 16, 2009; and

(7)     The above-captioned case shall be administratively closed, but either counsel for Petitioner or counsel for Respondents may file a motion and proposed order to reopen the case.


Dated: December ___, 2008


_____
HON. RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE