IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | |
| HAMID AL RAZAK, *et. al.*, ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 05-1601 (GK) |
| GEORGE W. BUSH, ) | |
| President of the United States, *et al.*, ) | |
| Respondents. ) | |

**NOTICE OF APPEARANCE**

Undersigned counsel, Kristina A. Wolfe, of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as one of the counsel for Respondents in the above-captioned case. Please include undersigned counsel for Respondents on all future correspondence, notices, and pleadings in this case.

Dated: December 9, 2008                    Respectfully submitted,

                                           GREGORY G. KATSAS
                                           Assistant Attorney General

                                           JOHN C. O'QUINN
                                           Deputy Assistant Attorney General

                                              */s/ Kristina A. Wolfe*
                                           JOSEPH H. HUNT (D.C. Bar No. 431134)
                                           VINCENT M. GARVEY (D.C. Bar No. 127191)
                                           TERRY M. HENRY
                                           PAUL E. AHERN
                                           KRISTINA A. WOLFE
                                           Attorneys
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Ave., N.W.
                                           Washington, DC  20530
                                           Tel:  (202) 353-4519
                                           Kristina.Wolfe@usdoj.gov
                                           Attorneys for Respondents