IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-442 (TFH) |
| **GUANTANAMO BAY DETAINEE LITIGATION** | |
| MOHAMEDOU OULD SALAHI, | |
| Petitioner, | |
| v. | Civil Action No. 05-0569 (JR)(AK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | |
| Respondents. | |

## PRIVILEGE TEAM'S NOTICE OF FILING UNDER SEAL

The Privilege Team, by its attorneys, respectfully gives notice of the filing under seal of the Reply Memorandum in Support of Privilege Team's Motion to Maintain Protected Designation of Petitioner's Manuscript on December 9, 2008. Because the reply memorandum may contain privileged material, it not being filed on the ECF system at this time and should remain under seal. For the same reason, the reply memorandum is not being served on counsel for respondents.

A copy of the Privilege Team's reply memorandum is being served by e-mail and first class U.S. mail on counsel for petitioner. After an opportunity to consult with

Dockets.Justia.com

petitioner's counsel, a version of the reply memorandum with any privileged material redacted will be filed separately on the ECF system.

Dated: December 9, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

/s/ Daniel F. Van Horn

DANIEL F. VAN HORN, D.C. Bar No. 924092
JANE M. LYONS, D.C. Bar No. 451737
Assistant United States Attorneys
555 Fourth St., N.W. -- Civil Division
Washington, D.C. 20530
(202) 514-7168 or (202) 514-7161
daniel.vanhorn@usdoj.gov
jane.lyons@usdoj.gov