IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-0889 (ESH) |

## NOTICE OF FILING PROTECTED INFORMATION

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, respondents have filed with the Court an unclassified factual return for petitioner Basardah, ISN 252, which respondents seek to have designated as "protected information." In accordance with the Court's Order of December 2, 2008, the unclassified factual return is filed under seal. Respondents have disclosed the protected information to petitioner's counsel and are conferring with counsel in an attempt to reach an agreement regarding the designation of the information prior to filing a motion with the Court; following the outcome of that conferral, respondents will file an appropriate motion with the Court to have the information designated as "protected." Respondents, however, do not object to petitioner's counsel

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

sharing the submission with the petitioner-detainee in this case.

Dated: December 10, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

_/s/_____
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
JAMES E. COX, JR.
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: 202.305.8629
Fax: 202.616.8470

Attorneys for Respondents