# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| IN RE: ) | |
| GUANTANAMO BAY ) | **Civil Action No. 05-CV-2186 (ESH)** |
| DETAINEE LITIGATION ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF FILING PROTECTED INFORMATION

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, and pursuant to the Court's Order of December 2, 2008, respondents have filed with the Court an unclassified factual return for petitioner Ha'il Aziz Ahmed Al Maythali, ISN 840, which respondents seek to have designated as "protected information." In accordance with paragraph 49 of the protective order, the submission was filed under seal pursuant to Local Civil Rule 5.1(j). Respondents have disclosed the protected information to petitioner's counsel and are conferring with counsel in an attempt to reach an agreement regarding the designation of the information prior to filing a motion with the Court; following the outcome of that conferral, respondents will file an appropriate motion with the Court to have the information designated as "protected." Respondents, however, do not object to petitioner's counsel sharing the submission with the petitioner-detainee in this case.

Dated: December 12, 2008       Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


*/s/ David P. Avila*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
DAVID P. AVILA
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  202.305.9908
Fax: 202.305.2685

Attorneys for Respondents

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2008, I caused the foregoing *Notice of Filing Protected Information* without the attached unclassified factual return for Petitioner Ha'il Aziz Ahmed Al Maythali, to be served on counsel for Petitioner Ha'il Aziz Ahmed Al Maythali by electronic means through the Court's Case Management Electronic Case File system.

I also hereby certify that on December 12, 2008, I caused the unclassified factual return for Petitioner Ha'il Aziz Ahmed Al Maythali attached to the forgoing *Notice of Filing Protected Information* to be served on counsel for Petitioner Ha'il Aziz Ahmed Al Maythali via e-mail.

*/s/ David P. Avila*
DAVID P. AVILA
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: 202.305.9908
Fax: 202.305.2685