# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| HANI SALEH RASHID ABDULLAH, et al.,<br><br>*Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents*. | Civil Action No. 05-0023 (RWR) |

### NOTICE OF FILING RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION FOR LEAVE FOR DISCOVERY

Respondents have submitted to the Court Security Officer for filing Respondents' Opposition to Petitioner's Motion for Leave for Discovery in the above-captioned case.

The opposition contains information that is classified. Accordingly, it has been filed with the Court Security Officer pursuant to the relevant protective order entered in this case.

Dated:  December 12, 2008                Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


  /s/  Robert J. Prince
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL AHERN
DAVID P. AVILA
ROBERT J. PRINCE (D.C. Bar No. 975545)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 305-3654

Attorneys for Respondents