# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>) **Misc. No. 08-442 (TFH)**<br>)<br>) **Civil Action No. 05-CV-2385 (RMU)**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF UNCLASSIFIED, PROTECTED FACTUAL RETURN

NOTICE is hereby given that Respondents have served upon counsel for the Petitioner, via e-mail, the unclassified factual return for Petitioner Al-Hanashi, ISN 078, which Respondents seek to have designated as "protected information" pursuant to the protective order entered herein by the Court's Order of September 11, 2008. Respondents are conferring with counsel in an attempt to reach an agreement regarding the designation of the information prior to filing a motion with the Court; following the outcome of that conferral, Respondents will file an appropriate motion with the Court to have the information designated as "protected."

Respondents, however, do not object to Petitioner's counsel sharing the unclassified factual return with the Petitioner-detainee in this case.

Dated: December 12, 2008　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　GREGORY G. KATSAS
　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　JOHN C. O'QUINN
　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

    *s/ Gerard B. Sullivan*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
GERARD B. SULLIVAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  202-305-0633
Fax: 202-616-8470

Attorneys for Respondents