**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| ) **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) **Civil Action No. 04-cv-1254 (HHK)** |
| **DETAINEE LITIGATION** ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

### NOTICE OF SERVICE OF UNCLASSIFIED, PROTECTED FACTUAL RETURN

NOTICE is hereby given that Respondents have served upon counsel for the petitioner, via e-mail, the unclassified factual return for Petitioner Abdul Malik Abdul Wahhab al-Rahabi , ISN 37, which respondents seek to have designated as "protected information" pursuant to the protective order entered herein by the Court's Order of September 11, 2008.  Respondents are conferring with counsel in an attempt to reach an agreement regarding the designation of the information prior to filing a motion with the Court; following the outcome of that conferral, respondents will file an appropriate motion with the Court to have the information designated as "protected."

Respondents, however, do not object to petitioner's counsel sharing the unclassified factual return with the petitioner-detainee in this case.

Dated: December 12, 2008            Respectfully submitted,

                                               GREGORY G. KATSAS
                                               Assistant Attorney General

                                               JOHN C. O'QUINN
                                               Deputy Assistant Attorney General

2

                 */s/    William Kanellis*

                 JOSEPH H. HUNT (D.C. Bar No. 431134)
                 VINCENT M. GARVEY (D.C. Bar No. 127191)
                 TERRY M. HENRY
                 ANDREW I. WARDEN
                 PAUL E. AHERN
                 WILLIAM KANELLIS
                 Attorneys
                 United States Department of Justice
                 Civil Division, Federal Programs Branch
                 20 Massachusetts Avenue, N.W.
                 Washington, DC  20530
                 Tel:  202.305.0633
                 Fax: 202.616.8470

                 Attorneys for Respondents