# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION<br><br>------<br><br>JAMIL AHMAD SAEED,<br>*also known as* JAMIL AHMED SAID NASSIR<br>Detainee ISN #728, etc.<br><br>        *Petitioner,*<br>v.<br><br>GEORGE W. BUSH, etc., et al.,<br><br>        *Respondents.* | Misc. No. 08-442 (TFH)<br><br><br><br><br><br><br><br><br><br>Civil Action No. 05-2386 (RBW) |

## PETITIONER JAMIL AHMAD SAEED'S RESPONSE TO RESPONDENT'S REQUEST FOR EXCEPTION FROM SEQUENCING

Petitioner Jamil Ahmad Saeed, a/k/a Jamil Ahmed Said Nassir, Detainee ISN #728, submits this response to respondent's request for exception from sequencing (D.E. #1157) (Hogan); (D.E. #747) (Walton).

Immediately following the December 10, 2008 hearing before this Court, counsel for the parties held a brief "meet and confer," in which Paul Ahern, counsel for respondent, advised counsel that petitioner's factual return would be filed by the end of December, 2008. With that assurance, counsel has no current objection to the government's request.

Dockets.Justia.com

Respectfully submitted,

 /s/  Noah H. Rashkind
Noah H. Rashkind, Esq.
Counsel for Petitioner Saeed
2411 SW 35th Place, #206
Gainesville, Florida 32608
Tel: (352) 215-5990
Email: noah@rashkind.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Terry Marcus Henry
terry.henry@usdoj.gov

Andrew I. Warden
andrew.warden@usdoj.gov

Judry Laeb Subar
judry.subar@usdoj.gov

James C. Luh
James.luh@usdoj.gov

 /s/  Noah H. Rashkind
Noah H. Rashkind, Esq.