# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | Civil Action No. 05-CV-0280 (GK) |
| DETAINEE LITIGATION ) |  |

## NOTICE OF SERVICE OF UNCLASSIFIED, PROTECTED FACTUAL RETURN

NOTICE is hereby given that Respondents have served upon counsel for the petitioner, via e-mail, the unclassified factual return for petitioner al-Nahdi, ISN 511, which respondents seek to have designated as "protected information" pursuant to the protective order entered herein by the Court's Order of September 11, 2008. Respondents are conferring with counsel in an attempt to reach an agreement regarding the designation of the information prior to filing a motion with the Court; following the outcome of that conferral, respondents will file an appropriate motion with the Court to have the information designated as "protected."

Respondents, however, do not object to petitioner's counsel sharing the unclassified factual return with the petitioner-detainee in this case.

Dated: December 12, 2008            Respectfully submitted,

                                                         GREGORY G. KATSAS
                                                       Assistant Attorney General

                                                       JOHN C. O'QUINN
                                                       Deputy Assistant Attorney General

/s/  Robert C. Dalton
　　　　　　　　　　　　　　JOSEPH H. HUNT (D.C. Bar No. 431134)
　　　　　　　　　　　　　　VINCENT M. GARVEY (D.C. Bar No. 127191)
　　　　　　　　　　　　　　TERRY M. HENRY
　　　　　　　　　　　　　　ANDREW I. WARDEN
　　　　　　　　　　　　　　PAUL E. AHERN
　　　　　　　　　　　　　　ROBERT C. DALTON (D.C. Bar No. 346985)
　　　　　　　　　　　　　　Attorneys
　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　20 Massachusetts Avenue, N.W.
　　　　　　　　　　　　　　Washington, DC  20530
　　　　　　　　　　　　　　Tel:  202.305.9928
　　　　　　　　　　　　　　Fax: 202.616.8470

　　　　　　　　　　　　　　Attorneys for Respondents