IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | ) <br> )    **Misc. No. 08-442 (TFH)**<br> )<br> )<br> )    **Civil Action No. 05-CV-1646 (JDB)**<br> )<br> )<br> )<br> )<br> )<br> ) |

**UNOPPOSED MOTION TO FILE UNCLASSIFIED RETURN OUT OF TIME
AND NOTICE OF FILING PROTECTED INFORMATION**

RESPONDENTS RESPECTFULLY MOVE for relief from this Court's Order dated November 24, 2008, entered in *Hamlily v. Bush*, Civ. No. 05-0763 (JDB); *Zaid v. Bush*, Civ. No. 05-1646 (JDB); and *al-Ghizzawi v. Bush*, Civ. No. 05-2378 (JDB), for the limited purpose of filing unclassified returns in those three matters on December 11, 2008, two days after the December 9, 2008, deadline set in that Order.

The first day's extension is requested because, despite Respondents' diligent efforts to coordinate with all necessary government agencies and make the necessary final redactions in time, the Government's delivery to the courthouse on December 9 in these matters regrettably arrived minutes after the Clerk's Office had closed. Unclassified returns in these matters were nevertheless completed and served via e-mail on the respective Petitioners' counsel on December 9. Undersigned counsel sought consent from Petitioner's counsel in *Zaid v. Bush*, Civ. No. 05-1646 (JDB) via e-mail on December 9, 2008, to file the unclassified return one day out of time, and was informed that Petitioner's counsel does not oppose that extension.

The second day's extension is requested because, despite Respondent's delivery of these unclassified returns to the Clerk's office during its business hours on December 10, the Clerk's office rejected the filings due to their requirements for Guantanamo habeas filings that Respondents' counsel were not previously aware of, and the government was unable to correct the filings in time to submit them again before the Clerk's office closed that afternoon. Government counsel have conferred by telephone this morning, December 11, with representatives of the Clerk's office to clarify the requirements for filing Guantanamo habeas papers under seal. The Government has made the necessary arrangements for this filing and will make the necessary arrangements for subsequent filings under seal of unclassified returns in other Guantanamo cases. Petitioner's counsel indicated in an e-mail dated December 11, 2008, that they do not oppose this extension request, either.

NOTICE ALSO IS HEREBY GIVEN that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, Respondents are filing herewith under seal an unclassified factual return for Petitioner Waleed Saeed Bn Saeed Zaid (ISN 550), which Respondents seek to have designated as "protected information." In accordance with paragraph 49 of the protective order, the submission was filed under seal pursuant to Local Civil Rule 5.1(j). As required by the protective order, Respondents have disclosed the protected information to Petitioners' counsel and are conferring with counsel in an attempt to reach an agreement regarding the designation of the information prior to filing a motion with the Court; following the outcome of that conferral, respondents will file an appropriate motion with the Court to have the information designated as "protected." Respondents, however, do not object to

Petitioner's counsel sharing the submission with the Petitioner-detainee in this case. Undersigned counsel notified Petitioner's counsel in *Zaid v. Bush*, Civ. No. 05-1646 (JDB) via e-mail on December 9, 2008, that Respondents would be seeking to designate this unclassified return as protected information, and was informed that counsel for Petitioner Zaid objects to that designation.

Dated: December 11, 2008        Respectfully submitted,

        GREGORY G. KATSAS
        Assistant Attorney General

        JOHN C. O'QUINN
        Deputy Assistant Attorney General

            */s/ John Battaglia*
        JOSEPH H. HUNT (D.C. Bar No. 431134)
        VINCENT M. GARVEY (D.C. Bar No. 127191)
        TERRY M. HENRY
        PAUL E. AHERN
        JOHN T. BATTAGLIA
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.
        Washington, DC 20530
        Tel: 202.305.9936
        Fax: 202.616.8470

        Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** | ) | |
| **GUANTANAMO BAY** | ) | **Civil Action No. 05-CV-1646 (JDB)** |
| **DETAINEE LITIGATION** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____) | | |

**ORDER**

For good cause shown, Respondents' Motion to File Unclassified Return Out of Time is hereby granted.

So Ordered, this \_\_\_\_ day of December, 2008.

_____
John D. Bates
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2008, I caused the foregoing *Motion to File Unclassified Return Out of Time and Notice of Filing Protected Information,* without the attached unclassified factual return for Petitioner, to be served on counsel for Petitioner by electronic means through the Court's Case Management/ Electronic Case File system.

I also hereby certify that on December 9, 2008, I caused the unclassified factual return for Petitioner attached to the forgoing *Motion to File Unclassified Return Out of Time and Notice of Filing Protected Information* to be served on counsel for Petitioner via e-mail.

                                       /s/ *John Battaglia*
                                       JOHN T. BATTAGLIA