**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **IN RE:** ) | **Misc. No. 08-442 (TFH)** |
| ) | |
| **GUANTANAMO BAY** ) | **Civil Action No. 04-CV-2046 (CKK)** |
| **DETAINEE LITIGATION** ) | |

## NOTICE OF SERVICE OF UNCLASSIFIED, PROTECTED FACTUAL RETURN

NOTICE is hereby given that Respondents have served upon counsel for the

Petitioner, via e-mail, the unclassified factual return for Petitioner Ahcene Zemiri, ISN

533, which Respondents seek to have designated as "protected information" pursuant to

the protective order entered herein by the Court's Order of September 11, 2008.

Respondents are conferring with counsel in an attempt to reach an agreement regarding

the designation of the information prior to filing a motion with the Court; following the

outcome of that conferral, Respondents will file an appropriate motion with the Court to

have the information designated as "protected."

Respondents, however, do not object to Petitioner's counsel sharing the

unclassified factual return with the Petitioner-detainee in this case.

Dated:  December 15, 2008          Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

*s/ Paul Cirino*

JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
PAUL CIRINO
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  202-305-3267
Fax: 202-616-8470

Attorneys for Respondents