IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 1:05-569 (JR) |

**SECOND OPPOSITION TO RESPONDENTS' MOTION FOR EXCEPTION FROM THE COURT'S JULY 11, 2008, SCHEDULING ORDER REGARDING SEQUENCING**

On December 1, 2008, the government filed a pleading styled "Respondents' Status Report Regarding the Filing of Factual Returns for November 2008 and Request for Exception from Sequencing" (Misc. No. 08-442, dkt. 1157 and Civil No. 05-569, dkt. 141), which reiterates its earlier request to this Court for permission to file an amended factual return in Mr. Slahi's habeas corpus case at some unspecified date in the future. Mr. Slahi continues to oppose this request and respectfully invites the Court's attention to his October 7, 2008, opposition to it (Misc. No. 08-442, dkt. 684 and Civil No. 05-569, dkt. 124), on which the Court has not yet ruled.

Dated: December 15, 2008

Respectfully submitted,

*Sylvia Royce*
Law Office of Sylvia Royce
Sylvia Royce, *pro bono*
DC Bar Number 924035
5505 Connecticut Avenue NW #340
Washington, DC 20015
Tel: (202) 362-3445

Dockets.Justia.com

Fax: (202) 686-4271
sylvia_royce@hotmail.com


FREEDMAN BOYD HOLLANDER
GOLDBERG & IVES P.A.
Nancy Hollander, *pro bono*
Theresa M. Duncan, *pro bono*
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 (facsimile)
nh@fbdlaw.com
tmd@fbdlaw.com

Counsel for Petitioner