IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 08-CV-1923 (GK) |
| ) | |

## STATUS REPORT

Pursuant to this Court's December 10, 2008 Minute Order, undersigned counsel for the respondents states the following status of this case:

1) Muhammad Ahmad Abdallah Al Ansi, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the United States Department of Defense at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 29.

2) The Protective Order has been entered in this case.

3) The detainee has not directly authorized this petition. It is brought through a putative next friend, Sami al Hajj, a former detainee.

4) A Combatant Status Review Tribunal convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

Dated: December 15, 2008         Respectfully submitted,

                                 GREGORY G. KATSAS
                                 Assistant Attorney General

                                 JOHN C. O'QUINN
                                 Deputy Assistant Attorney General

    */s/ Patrick D. Davis*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
PATRICK D. DAVIS (D.C. Bar No. 978772)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0169
Fax:  (202) 616-8470

Attorneys for Respondents