IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DJAMEL AMEZIANE, ) | |
| Petitioner, ) | |
| ) | Misc. No. 08-442 (TFH) |
| v. ) | |
| ) | Civil Action No. 05-392 (ESH) |
| GEORGE W. BUSH, *et al.*, ) | |
| Respondents. ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME AND TO
AMEND THE COURT'S SCHEDULING ORDER OF DECEMBER 2, 2008**

Respondents, with the consent of counsel for Petitioner Djamel Ameziane (ISN 310, "Petitioner"), hereby move the Court for an enlargement of time and to amend the Court's scheduling order of December 2, 2008.[1]

1.  Upon consideration of the parties' November 17, 2008 Joint Status Report, the Court set forth a filing schedule to govern this habeas proceeding. See Dkt. No. 125. In compliance with that order, Respondents filed their unclassified factual return on December 12, 2008. See Dkt. No. 127.

2.  Good causes exists for this motion. Respondents have worked diligently to comply with the December 2, 2008 order of the Court. However, in doing so, Respondents have become better aware of the time required to comply fully with the production and filing orders of the Court. Having discussed these issues with opposing counsel, Respondents and Petitioner have agreed upon a mutually acceptable schedule that accounts for these changed circumstances.

---

[1] Counsel for Respondents and counsel for Petitioner conferred through two phone conversations on the afternoon and evening of December 15, 2008.

Therefore, with the consent of Petitioner, Respondents hereby move the Court for an enlargement of time and to amend its scheduling order as follows:

    a) All materials required to be filed by Respondents on December 15, 2008, including discovery and exculpatory evidence, statements of fact to be relied upon, detail of circumstances of statements, and identification of relevant portions of documents, shall now be produced on or before January 19, 2009;

    b) The parties will participate in the status conference, scheduled for December 18, 2008, 9:30 AM in Courtroom 14 as scheduled;

    c) Petitioner shall file his motion for discovery, originally due on December 17, 2008, on or before January 23, 2009;

    d) Respondents shall provide all ordered discovery on or before February 6, 2009;

    e) Petitioner shall file his traverse and/or motions for summary judgment, originally due on January 21, 2008, on or before February 20, 2009;

    f) The parties remain prepared to adjudicate this case on March 3, 2009; and

    g) All other terms of the Court's order of December 2, 2008, shall remain in effect.

For the foregoing reasons, and with the consent of Petitioner, Respondents respectfully request that the Court grant its motion for an enlargement of time and amend its order of December 2, 2008 in accordance with the schedule proposed by the parties.

Dated: December 15, 2008       Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

*/s/ Joseph C. Folio III*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ROBERT DALTON
JOSEPH C. FOLIO III
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 305-4968
Fax:  (202) 616-8470

Attorneys for Respondents