IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
IN RE:                                )
                                      )   Misc. No. 08-442 (TFH)
GUANTANAMO BAY                        )
DETAINEE LITIGATION                   )   Civil Action No. 08-2019 (RBW)
                                      )
_____)

## STATUS REPORT

Pursuant to the Court's December 11, 2008 Minute Order, undersigned counsel for the respondents states the following status of this case:

1) Abdul Rahman Umir Al Qyati ("Al Qyati") and Saad Masir Mukbl Al Azani ("Al Azani") are the detainee-petitioners in this habeas corpus case. The petitioners are Yemeni citizens who are currently detained by the Department of Defense at the United States Naval Base at Guantanamo Bay, Cuba. Mr. Al Qyati is identified by Internment Serial Number ("ISN") 461, and Mr. Al Azani is identified by ISN 575.

2) The Protective Order has been entered in this case.

3) Neither detainee has directly authorized this petition. It is brought through a putative next friend, Sami al Hajj, a former detainee.

4) The Combatant Status Review Tribunals, convened by the Department of Defense, classified the petitioners as enemy combatants. Mr. Al Qyati has been approved for release or transfer from Guantanamo Bay by the Department of Defense. Mr. Al Azani has not been approved for release or transfer. Neither petitioner has been charged with crimes triable by military commission under the Military Commissions Act of 2006.

Dated: December 16, 2008        Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

 */s/ Jonathan S. Needle*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
JONATHAN S. NEEDLE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0037
Fax:  (202) 616-8470

Attorneys for Respondents