# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | Civil Action No. 05-CV-0889 (ESH) |
| DETAINEE LITIGATION ) ) ) ) ) ) ) |  |

## UNOPPOSED MOTION TO FILE UNDER SEAL

Respondents, through counsel, James E. Cox, Jr., respectfully request that Respondents' Opposition to Petitioner's First Motion for Discovery be filed under seal. Petitioner does not oppose this Motion.

Dated: December 16, 2008        Respectfully submitted,

                                GREGORY G. KATSAS
                                Assistant Attorney General

                                JOHN C. O'QUINN
                                Deputy Assistant Attorney General


                                 /s/ James E. Cox, Jr.
                                JOSEPH H. HUNT (D.C. Bar No. 431134)
                                VINCENT M. GARVEY (D.C. Bar No. 127191)
                                TERRY M. HENRY
                                ANDREW I. WARDEN
                                PAUL E. AHERN
                                JAMES E. COX, JR.
                                Attorneys
                                United States Department of Justice
                                Civil Division, Federal Programs Branch
                                20 Massachusetts Avenue, N.W.
                                Washington, DC 20530
                                Tel: 202.305.8629
                                Fax: 202.616.8470

                                Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) ) ) ) ) ) ) | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 05-CV-0889 (ESH) |
| GUANTANAMO BAY |  |  |
| DETAINEE LITIGATION |  |  |

**[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL**

**IT IS HEREBY ORDERED THAT** Respondents' Opposition to Petitioner's First Motion for Discovery is to be filed and maintained under seal until further notice of this Court

Date: _____, 2008

_____
ELLEN SEGAL HUVELLE
United States District Judge