UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re GUANTANAMO BAY LITIGATION** | **Misc. Action 08-00442 (TFH)** |
| **IYOB MURSHAD ALI SALEH**<br><br>and<br><br>**MURSHAD ALI SALEH, as Next Friend of Mr. Saleh,**<br><br>   Petitioners/Plaintiffs,<br><br>     v.<br><br>**GEORGE W. BUSH, President of the United States, et al.,**<br><br>   Respondents/ Defendants. | **Civil Action 06-01765 (HHK)** |

**ORDER**

  Before the court is a stipulation between the parties to stay the above-captioned habeas petition [# 79]. Accordingly, it is this 16th day of December 2008 , hereby **ORDERED** that

  (1) the above-captioned petition for a writ of habeas corpus shall be stayed;

  (2) the parties' obligations under the court's Case Management Order entered on November 6, 2008, shall be suspended with respect to petitioner Saleh unless and until the court lifts the stay;

  (3) either counsel for petitioners or counsel for respondents may move to lift the stay upon notice to opposing counsel;

(4) the Protective Order entered on September 11, 2008, shall remain in effect; and

(5) the 30-Day Notice Order entered on July 11, 2008, shall remain in effect.

**SO ORDERED.**

                                              Henry H. Kennedy, Jr.
                                              United States District Judge