UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re GUANTANAMO BAY LITIGATION** | Misc. Action 08-00442 (TFH) |
| **RIDAH BIN SALEH AL YAZIDI,**<br><br>Detainee,<br><br>**SAMI AL HAJJ, as Next Friend of RIDAH BIN SALEH AL YAZIDI,**<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>Defendants. | Civil Action 07-02337 (HHK) |

**ORDER**

Before the court is a stipulation between the parties to stay the above-captioned habeas petition [# 71]. Accordingly, it is this 16th day of December 2008, hereby **ORDERED** that

(1) the above-captioned petition for a writ of habeas corpus shall be stayed;

(2) the parties' obligations under the court's Case Management Order entered on November 6, 2008, shall be suspended with respect to petitioner Al Yazidi unless and until the court lifts the stay;

(3) either counsel for petitioners or counsel for respondents may move to lift the stay upon notice to opposing counsel;

(4) the Protective Order entered on September 11, 2008, shall remain in effect; and

(5) the 30-Day Notice Order entered on July 11, 2008, shall remain in effect.

**SO ORDERED.**

    Henry H. Kennedy, Jr.
    United States District Judge