# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 05-1429 (RMU) |
| ) | |

## MOTION FOR LEAVE TO FILE OUT OF TIME

Respondents filed their Opposition to Petitioner's Motion for Discovery on December 4, 2008. In accordance with court rules, Petitioner's Reply Memorandum was due on December 11, 2008. However, due to an administrative oversight by counsel for Petitioners, Petitioners failed to file a reply by the prescribed deadline. Petitioners believe that the substance of their brief reply will be helpful to the Court in deciding the Motion for Discovery. Petitioners therefore request that the Court grant them leave to file their reply memorandum out of time. A copy of Petitioner's memorandum is attached as Exhibit A.

Counsel for Respondents has been consulted and states that Respondents do not oppose the instant motion.

December 16, 2008  /s/ S. William Livingston
S. William Livingston
D.C. Bar. No. 59055
Alan A. Pemberton
D.C. Bar. No. 367108
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000 (phone)
(202) 778-6000 (fax)
wlivingston@cov.com
apemberton@cov.com

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043 (phone)
(815) 753-9301 (fax)
mdf19@columbia.edu