IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE : <br>   GUANTANAMO BAY <br>   DETAINEE LITIGATION | : <br> : <br> : <br> : | Misc. No. 08-442 (TFH) |
| ALI SHAH MOUSOVI, et al., <br> *Petitioners/Plaintiffs,* <br> v. <br> GEORGE W. BUSH, et al., <br> *Respondents/Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 05-CV-1124 (RMC) |
| HAMID AL RAZAK, et al., <br> *Petitioners/Plaintiffs,* <br> v. <br> GEORGE W. BUSH, et al., <br> *Respondents/Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 05-CV-1601 (GK) |
| ABDULLAH WAZIR ZADRAN, et al. <br> *Petitioners/Plaintiffs,* <br> v. <br> GEORGE W. BUSH, et al., <br> *Respondents/Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 05-CV-2367 (RWR) |

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION**

Dockets.Justia.com

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq., and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized represented of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

Date: 12/16/08

Daniel Malone
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: 212.698.3500
Fax: 212.698.3500

Counsel for Petitioners

# CERTIFICATE OF SERVICE

I, Abraham J. Rein, hereby certify that on December 17, 2008 I caused to be served via electronic filing a true and correct copy of the foregoing Memorandum of Understanding Regarding Access to Classified National Security Information on counsel of record for Respondents, as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7144
Washington, D.C. 20530
(202) 514-4107

/s/ Abraham Rein_____
Abraham J. Rein