# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IN RE:** | |
| **GUANTANAMO BAY** | Misc. No. 08-442 (TFH) |
| **DETAINEE LITIGATION** | |
| | |
| **HAYAL AZIZ AHMED AL-MITHALI,** | |
|   Detainee, Guantanamo Bay Naval Station, | |
| **ALI AZIZ AHMED AL-MITHALI,** | |
|   Next Friend, | |
| *Petitioners,* | Civil Action No. 05-2186 (ESH) |
| *v.* | |
| **GEORGE W. BUSH,** | |
|   President of the United States, *et al.*, | |
| *Respondents.* | |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
## CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with

the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned case, and I agree to comply with the provisions thereof.

Dated: December 17, 2008                          Respectfully submitted,

                                                         /s/ David S. Karp
                                                         David S. Karp
                                                         DEBEVOISE & PLIMPTON LLP
                                                         555 13th Street, N.W.
                                                         Washington, D.C. 20004
                                                         Tel: (202) 383-8000
                                                         Fax: (212) 383-8118
                                                         dskarp@debevoise.com