FILED ELECTRONICALLY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | : | Misc. No. 08-442 (TFH) |
| HAYAL AZIZ AHMED AL-MITHALI,<br>  Detainee, Guantanamo Bay Naval Station,<br><br>ALI AZIZ AHMED AL-MITHALI,<br>  As Next Friend,<br><br>*Petitioners,*<br><br>*v.*<br><br>GEORGE W. BUSH,<br>  President of the United States, *et al.*,<br><br>*Respondents.* | : | Civil Action No. 05-2186 (ESH) |

## NOTICE OF FILING

NOTICE is hereby given that Petitioners today submitted Requests for Additional Discovery to the Court Security Officer for filing and service pursuant to the relevant protective order entered in this case.

Dated: December 17, 2008        DEBEVOISE & PLIMPTON LLP

                                      By: /s/ Jennifer Rose Cowan
                                          Jennifer Rose Cowan
                                          jrcowan@debevoise.com
                                          919 Third Avenue
                                          New York, New York 10022
                                          (212) 909-6000

                                          *Attorneys for Petitioners Hayal Al-Mithali*
                                          *and Ali Al-Mithali*