IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ | ) |
| | ) |
| IN RE: | ) |
| | ) Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | ) Civil Action No. 05-392 (ESH) |
| | ) |
| _____ | ) |

**NOTICE OF FILING OF MOTION UNDER SEAL**

NOTICE is hereby given that, pursuant to the protective order entered herein by the

Court's Order of September 11, 2008, Respondents have filed a motion to stay habeas

proceedings under seal. This submission contains information that Respondents have designated

as "protected information." In accordance with paragraph 49 of the protective order, the

submissions were filed under seal pursuant to Local Civil Rule 5.1(j).

Dated: December 17, 2008                    Respectfully submitted,

                                            GREGORY G. KATSAS
                                            Assistant Attorney General

                                            JOHN C. O'QUINN
                                            Deputy Assistant Attorney General

                                             */s/ Joseph C. Folio III*
                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            JUDRY L. SUBAR (D.C. Bar 347518)
                                            TERRY M. HENRY
                                            ANDREW I. WARDEN (IN Bar 23840-49)
                                            JOSEPH C. FOLIO III
                                            Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Ave., N.W.
                                            Washington, DC  20530
                                            Tel:  (202) 616-5084
                                            Fax:  (202) 616-8470
                                            Attorneys for Respondents