IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: )<br>)<br>) Misc. No. 08-442 (TFH)<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION ) Civil Action No. 05-2386 (RBW)<br>) | |

## NOTICE OF FILING OF MOTION UNDER SEAL

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, Respondents have filed motions to stay habeas proceedings under seal. These submissions contain information that Respondents have designated as "protected information." In accordance with paragraph 49 of the protective order, the submissions were filed under seal pursuant to Local Civil Rule 5.1(j).

Dated: December 18, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

*/s/ Joseph C. Folio III*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar 23840-49)
JOSEPH C. FOLIO III
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470
Attorneys for Respondents