# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                             :
**IN RE:**                                   :
                                             :     **Misc. No. 08-442 (TFH)**
**GUANTANAMO BAY**                           :
**DETAINEE LITIGATION**                      :     **Civil Action No. 08-cv-1828 (RMU)**
                                             :
                                             :
_____:

## PETITIONER MULLAH NORULLAH NOORI'S STATUS REPORT

Petitioner Mullah Norullah Noori ("Petitioner") in the above-captioned action, by and through his undersigned counsel, respectfully submits this Status Report in response to the Court's December 12, 2008 Order.

1.  Petitioner is an Afghani civilian who remains incarcerated in the unlawful custody of Respondents at Guantanamo and has been wrongly classified as an "enemy combatant."

2.  A petition for relief was filed on September 5, 2007 under the Detainee Treatment Act in the United States Court of Appeals for the District of Columbia Circuit, an action which remains pending as No. 07-1358.

3.  A Petition for Writ of Habeas Corpus on his behalf was filed in this Court on October 24, 2008.

4.  The above-captioned case for Petitioner was assigned to Judge Ricardo M. Urbina. On December 12, 2008, Judge Urbina signed an Order transferring Petitioner's case to Judge Thomas F. Hogan for coordination and management.

5.  By subsequent Minute Order dated December 12, 2008, Judge Hogan ordered that "the Protective Order And Procedures For Counsel Access To Detainees At The United States

PRV 990241.1

Naval Base In Guantanamo Bay, Cuba, first entered on September 11, 2008, in 08-mc-442 (docket #409) applies in this case." Additionally, by the same Order, the Court "directs counsel to the Court's orders in 08-mc-0442 that apply to all cases consolidated thereunder. . . ."

6. This Court's December 12, 2008 Minute Order further requires the filing of a signed authorization by February 12, 2009. Due to the fact that until December 12, 2008, no Protective Order had been entered so as to permit a visit by counsel, as of this date, undersigned counsel has not visited with Petitioner, nor secured a direct authorization from him.[1] Undersigned counsel intends to request an extension of time within which to secure direct authorization to ensure there is adequate time to visit with Petitioner.

7. No factual return and no other information has ever been provided by the Government in connection with either the habeas Petition or the DTA Petition.

8. There are no motions pending before this Court.

9. Petitioner hereby gives notice to Respondents and to the Court that he requests thirty days' prior notice of transfer pursuant to the Court's order of July 10, 2008 (Dkt. 52-2, Civil Action No. 08-mc-442).

---

[1] We have thus far proceeded on the authorization granted by Mr. Sami Al Hajj, Next Friend.

/s/ Patricia A. Sullivan
Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI  02903
Tel: (401) 274-9200
Fax: (401) 276-6611
psullivan@eapdlaw.com
dsherman@eapdlaw.com

Jared A. Goldstein
ROGER WILLIAMS UNIVERSITY
 SCHOOL OF LAW
Ten Metacom Avenue
Bristol, RI  02809
Tel: (401) 254-4594

Michael Ratner
Shayana Kadidal
J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

**Counsel for Petitioner**

CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of December, 2008, a true copy of the foregoing document was served upon each attorney of record in C.A. No. 08-cv-1828 (RMU) listed below by electronic filing, via ECF, of this document with the United States District Court for the District of Columbia:

| | |
|---|---|
| Terry M. Henry | Email: terry.henry@usdoj.gov |

*Attorneys for Respondents*

    I hereby certify that on the 18th day of December, 2008, I electronically filed the foregoing document in Misc. No. 08-442 (TFH) with the Clerk of the Court using the ECF system, which will send notification of such filings to all counsel of record.

                                                                                               /s/ Patricia A. Sullivan
                                                                                               Patricia A. Sullivan