# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | |
| ) | |
| ABDUL RAHMAN AL QYATI, *et al.*, ) | Civil Action No. 08-CV-2019 (RBW) |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF FILING OF MEMORANDUM OF
## UNDERSTANDING AND ACKNOWLEDGMENT

Please take notice that in accordance with the Court's Order of September 11, 2008, the following attorneys and support staff for the above-captioned matter involving Petitioners Saad Masir Mukbl Al Azani (ISN 575) and Abdul Rahman Umir Al Qyati (ISN 461) have each executed and filed a Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement Regarding the Protective order entered in *In re Guantanamo Detainee Litigation,* No. 08-442, on September 11, 2008 and have agreed to be bound by its terms:

    Darold W. Killmer
    David A. Lane
    Mari Newman
    Sara J. Rich
    Althea S. Licht
    Kimberly Jones
    Hannah R. Garry

Copies of each signed Acknowledgment and Memorandum of Understanding are attached hereto.

Respectfully submitted this 18th day of December, 2008.

KILLMER, LANE & NEWMAN, LLP,

*s/ Sara J. Rich*
_____
Darold W. Killmer
David A. Lane
Mari Newman
Sara J. Rich
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@KLN-Law.com
dlane@KLN-Law.com
mnewman@ KLN-Law.com
srich@KLN-Law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2008, I electronically filed a true and correct copy of the foregoing **NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following individual:

Terry M. Henry: terry.henry@usdoj.gov
Brent I. Anderson: brent.anderson2@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
Room 7212
20 Massachusetts Ave., N.W.
Washington D.C. 20530
202-514-4107

ATTORNEYS FOR RESPONDENTS/DEFENDANTS

*s/ Sara J. Rich*
_____