**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) | |
| | | |
| FALEN GHEREBI, *et al.* | ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1164 (RBW) |
| GEORGE W. BUSH, President of the United States, *et. al.,* | ) ) ) | |
| Respondents. | ) ) | |
| | | |
| KARIN BOSTAN, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-883 (RBW) |
| GEORGE W. BUSH, President of the United States, *et. al.,* | ) ) ) | |
| Respondents. | ) ) | |
| | | |
| ASIM BEN THABIT AL-KHALAQI, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-999 (RBW) |
| GEORGE W. BUSH, President of the United States, *et. al.,* | ) ) ) | |
| Respondents. | ) ) | |

| | )  | |
|---|---|---|
| ALI MOHAMED OMAR | ) | |
| AL SHOMRANY *ex rel.* | ) | |
| OTHMAN ALI MOHAMMED | ) | |
| AL SHAMRANY | ) | |
| and ABDULGADER AHMED | ) | |
| HASIN ABOBAKER *ex rel.* | ) | |
| ABDUL AL QADER AHMED HUSSAIN, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2104 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et. al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| BILAL LNU, *et. al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2386 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et. al.,* | ) | |
| | ) | |
| Respondents. | ) | |

## **CONSOLIDATED STATUS REPORT**

Pursuant to this Court's December 17, 2008 Order, the Government has attached two exhibits constituting a consolidated status report for the above-captioned cases. *See e.g.*, Order of Dec. 17 (1:05-CV-2104, dkt. no. 113). Exhibit A is a chart containing the full name, ISN, and case number for each petitioner in the above-captioned cases who is currently detained at Guantanamo Bay. The chart also shows the date on which the Government filed a factual return,

as well as whether the Government has provided the petitioner's counsel with an unclassified version of the factual return.

Exhibit B is a chart stating the Government's preliminary recommendations for petition consolidation. At present, the Government anticipates that several petitioners in the above-captioned cases will fall into three preliminary consolidation groups. The reasons for consolidation include the detainees having similar backgrounds, affiliations, and/or circumstances of capture.[1]

Also on December 17, 2008, Judge Hogan ordered the Government to confer with petitioners' counsel in every case consolidated in *In Re Guantanamo Bay Detainee Litigation* (1:08-MC-0442), including petitioners' counsel in the above-captioned cases, and to submit a joint filing by January 5, 2009, identifying which petitions may be consolidated for merits proceedings. *See* Order of Dec. 17, 2008 (1:08-MC-0442, dkt. no. 1323). Accordingly, the Government will present updated recommendations for consolidation in that filing.

Dated: December 19, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /s/ Patrick D. Davis
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
PATRICK D. DAVIS (D.C. Bar No. 978772)
Attorneys

---

[1] The particularized facts are explained more fully in the classified returns for each petitioner.

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0169
Fax:  (202) 616-8470

Attorneys for Respondents