IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

IN RE GUANTANAMO DETAINEE
LITIGATION

MOHAMMED ABD AL AL QADIR,

    Petitioner,

v.                                 Misc. No. 08-MC-442 (TFH)

                                     No. CV 08-CV-1185 (HKK)

GEORGE W. BUSH, *et al.*,

    Respondents.

---

### [PROPOSED] ORDER

For reasons stated in the accompanying PETITIONER'S RESPONSE TO [MINUTE] ORDER OF September 5, 2008 [ECF-entered 9/15/08; 12:01 PM], the case will not be dismissed as moot.

December ____, 2008        By: _____
                                           Thomas F. Hogan
                                           United States District Judge

J:\Docs\31549\00001\01309587.DOC