UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) ) ) | Civil Action No. 05-CV-0634 |

## NOTICE OF FILING

Please take notice that on behalf of Petitioner Omer Saeed Salem Al Daini (ISN 549) and in accordance with the Court's Order of September 11, 2008, the following attorneys, paralegal and translator have each executed and filed an Acknowledgment Regarding the Protective Order entered in *In re Guantanamo Detainee Litigation,* No. 08-442, on September 11, 2008, and have agreed to be bound by its terms:

Jeffrey M. Schwartz

C. Rufus Pennington, III

Kristin Ann Meister

Sylvia H. Walbolt

Daniel Klein (Paralegal)

Masud Hasnain (Translator)

Copies of Acknowledgments signed by the above-named persons are attached to this Notice.

Respectfully submitted this 19th day of December, 2008.

       /s/Jonathan M. Fee
Jonathan M. Fee
D.C. Bar No. 479579
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 756-3387
Facsimile: (202) 654-4987
Email: jon.fee@alston.com

*One of the Attorneys for Petitioner*

# CERTIFICATE OF SERVICE

I, Jonathan M. Fee, hereby certify that I today caused a true and accurate copy of the foregoing to be served electronically via the Court's Electronic Case Filing system.

        /s/Jonathan M. Fee
    Jonathan M. Fee

Dated: December 19, 2008

EXHIBIT C

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned _____ v. George W. Bush, No. _____, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: Dec. 16, 2008   BY: JEFFREY M. SCHWARTZ
                           (type or print name)

                       SIGNED: [signature]

EXHIBIT C

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned _____ v. George W. Bush, No. _____, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/16/08     BY: C. Rufus Pennington, III
                        (type or print name)

                    SIGNED: _____

EXHIBIT C

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned <u>Omer Saeed Salem Al Daini</u> V. George W. Bush, <u>No. 05-cv-634</u>, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/16/2008     BY: _Kristin Ann Meister_
                         (type or print name)

                    SIGNED: _____

EXHIBIT C

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned _____ v. George W. Bush, No. _____, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12-18-08    BY: Sylvia H. Walbolt
                       (type or print name)

                  SIGNED: *[signature]*

EXHIBIT C

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned _____ v. George W. Bush, No. _____, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/19/08      BY: _Daniel Klein_
                          (type or print name)

                     SIGNED: _Daniel Klein_

EXHIBIT C

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned _____ v. George W. Bush, No. _____, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: Dec 18, 2008  BY: MASUD HASNAIN
(type or print name)

SIGNED: [signature]