# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TARIQ ALSAWAM,** ) | |
| ) | |
| ) | Misc. No. 08-442 (TFH) |
| **Petitioner,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1244 (CKK) |
| ) | |
| **GEORGE W. BUSH,** ) | |
| **President of the United States,** *et al.,* ) | |
| ) | |
| **Respondents.** ) | |
| ) | |

## NOTICE OF ERRATA

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, Respondents respectfully submit this notice of errata relating to the filing of Respondents' classified and unclassified returns in the above captioned case.

Counsel for Respondent learned that there were several citation errors in its narrative for Petitioner Tariq Alsawam (ISN 535). On this date, Respondent files a corrected classified narrative with the Court Security Officer and produces a corrected unclassified narrative to counsel for Mr. Alsawam. These errata do not, in any way, affect or otherwise alter the substance of Respondents Narrative regarding Mr. Alsawam.

Dated: December 18, 2008

Respectfully Submitted,

Counsel for Respondents:

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

 /s/ Emily B. Smith
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
EMILY B. SMITH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 305-3284
Fax: (202) 305-2685
Emily.Smith2@usdoj.gov