IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____  x
                                           :
                                           :
IN RE:                                     :
                                           :
GUANTÁNAMO BAY                             :   Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                        :
                                           :
                                           :
_____  x
                                           :
                                           :
DJAMEL AMEZIANE,                           :
                                           :
                                           :
                Petitioner,                :
                                           :
         v.                                :   Civil Action No. 05-392 (ESH)
                                           :
GEORGE W. BUSH, et al.,                    :
                                           :
                                           :
                Respondents.               :
                                           :
_____  x
```

## **NOTICE OF FILING**

PLEASE TAKE NOTICE that Petitioner Djamel Ameziane has submitted for filing under seal an opposition to the government's stay motion (*see* misc. dkt. no. 1330) and, in the alternative, a cross-motion for parole.

Dated:     New York, New York
           December 19, 2008

                              Respectfully submitted,

                              Counsel for Petitioner:

                              /s/ J. Wells Dixon
                              J. Wells Dixon (Pursuant to LCvR 83.2(g))
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, New York 10012
                              Tel:  (212) 614-6423
                              Fax:  (212) 614-6499
                              wdixon@ccrjustice.org