**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE:  )<br>)<br>)<br>GUANTANAMO BAY  )<br>DETAINEE LITIGATION  )<br>) | Misc. No. 08-442 (TFH) |
| )<br>ZAYN HUSAYN,  )<br>)<br>    Petitioner,  )<br>)<br>  v.  )<br>)<br>ROBERT GATES,  )<br>)<br>    Respondent.  )<br>) | Civil Action No. 08-1360 (RWR) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Respondent:

    Nicholas A. Oldham
    U.S. Department of Justice
    Civil Division
    Federal Programs Branch
    20 Massachusetts Ave., N.W.
    Washington, D.C. 20530
    202-514-3367
    Nicholas.Oldham@usdoj.gov

Dated: December 21, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


  /s/ *Nicholas A. Oldham*
JOSEPH H. HUNT (D.C. Bar No. 431134)
TERRY M. HENRY
NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
DAVID C. BLAKE (D.C. Bar No. 976977)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3367
Fax:  (202) 616-8470
Email: Nicholas.Oldham@usdoj.gov

Attorneys for Respondent