IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION<br><br>NOOR UTHMAN MUHAMMED,<br><br>Petitioner,<br><br>v.<br><br>GEORGE WALKER BUSH, *et al.,*<br><br>Respondents. | Misc. No. 08-442 (TFH)<br><br><br><br>Civil Action No.<br>05-CV-2386 (RBW) |

## STIPULATION TO STAY HABEAS PETITION

WHEREAS, Petitioner Noor Uthman Muhammed ("Petitioner") filed a petition for writ of habeas corpus (filed under the alias "Samir DOE") in this Court on December 21, 2005; and

WHEREAS, Petitioner now seeks to stay this habeas petition and Respondents have agreed to such a stay;

IT IS STIPULATED by and between undersigned counsel, subject to the approval of the Court, that:

(1) The above-captioned petition for writ of habeas corpus shall be stayed;

(2) The parties' obligations under the November 6, 2008 Case Management Order entered by Judge Thomas F. Hogan, as amended by Judge Hogan's order entered on December 16, 2008, and as further amended by this Court's December 19, 2008 Order, shall be suspended

with respect to this Petitioner unless and until the stay is lifted by the Court;

(3) Either counsel for Petitioner or counsel for Respondents may move to lift the stay upon notice to counsel for opposing party;

(4) The terms and effect of the September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba (the "Protective Order"), entered by Judge Thomas F. Hogan, shall remain in effect;

(5) The terms and effect of the Court's July 11, 2008 Order (*See* Dkt. 484, 511), entered by Judge Thomas F. Hogan, requiring Respondents to provide Petitioner's counsel and the Court with thirty days advance notice prior to any intended removal or transfer of a prisoner from Guantánamo Bay, Cuba shall remain in effect; and

(6) This Stipulation may be executed in counterparts, each of which when so executed shall be deemed an original.

//

//

//

| | |
|---|---|
| Dated: December 22, 2008 | Respectfully submitted, |

                                             Counsel for Petitioner:

                                             */s/ James Nickovich*
                                             Jim Nickovich
                                             Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Phone: 415-344-7084
Fax: 415-344-7284
E-Mail: jnickovich@perkinscoie.com

Howard Cabot
Perkins Coie Brown & Bain P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Phone: 602-351-8235
Fax: 602-648-7135
E-mail: HCabot@perkinscoie.com

Counsel for Respondents:

GREGORY G. KATSAS
Assistant Attorney General
JOHN C. O'QUINN
Deputy Assistant Attorney General

   */s/ Jane L. Westby*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
JANE L. WESTBY
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202) 305-4087
Fax: (202) 305-2685
Jane.Westby2@usdoj.gov