UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION<br><br>WALEED SAEED BN SAEED ZAID (ISN 550),<br><br>       Petitioner,<br><br>       v.<br><br>GEORGE W. BUSH, et al.,<br>       Respondents. | Misc. No. 08-0442 (TFH)<br><br><br><br>Civil Action No. 05-cv-1646 (JDB) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner, WALEED SAEED BN SAEED ZAID, ISN# 550, in this matter. Service upon counsel may be made to:

>Usha-Kiran K. Ghia
>Foley Hoag, LLP
>155 Seaport Blvd.
>Boston, MA 02210-2600
>Tel: 617-832-1183
>Fax: 617-832-7000

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.

1

Dockets.Justia.com

Dated: December 22, 2008

Respectfully submitted,

Counsel for Petitioner:

_____
Usha-Kiran K. Ghia
Mass. BBO#: 666711
Foley Hoag, LLP
155 Seaport Blvd.
Boston, Massachusetts
02210-2600
Tel: 617-832-1183
Fax: 617-832-7000
kghia@foleyhoag.com

Attorney for Petitioner
Waleed Saeed Bn Saeed Zaid, ISN# 550

2