IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) <br> GUANTANAMO BAY DETAINEE ) <br> LITIGATION ) <br> _____ ) | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 05-CV-2386 (RBW) |
| ABDUL AZIZ NAJI, ) <br> a/k/a AZIZ ABDUL NAJI, ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, *et al.*, ) <br> ) <br> *Respondents*. ) <br> _____ ) | Civil Action No. 05-CV-2386 (RBW) |

## NOTICE OF FILING OF PROTECTED INFORMATION UNDER SEAL

Notice is hereby given that, pursuant to the Protective Order entered herein by the Court's Order of September 11, 2008, Petitioner Adul Aziz Naji has today filed under seal with the Court an Opposition to Stay Motion and, in the Alternative, Cross-Motion for Parole. This Notice of Filing is being submitted to notify the Court that this submission has been made in accordance with paragraph 49 of the Protective Order governing filing which contain or may contain protected information.

Respectfully submitted,

December 22, 2008

Counsel for Petitioner:

_____
Ellen Lubell, Esq.

TENNANT LUBELL, LLC
288 Walnut St., Suite 500
Newton, MA 02460
Tel: (617) 969-9610

J. Wells Dixon
(Pursuant to LCvR83-2(g))
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Fl.
New York, NY 10012
Tel: (212) 614-6439
Fax: (212)614-6499

Dockets.Justia.com