# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY**<br>**DETAINEE LITIGATION**<br><br>WALEED SAEED BN SAEED ZAID (ISN 550),<br><br>       Petitioner,<br><br>       v.<br><br>GEORGE W. BUSH, et al.,<br>       Respondents. | **Misc. No. 08-0442 (TFH)**<br><br><br><br>Civil Action No. 05-cv-1646 (JDB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner, WALEED SAEED BN SAEED ZAID, ISN# 550, in this matter.  Service upon counsel may be made to:

> Andrew Loewenstein
> Foley Hoag, LLP
> 155 Seaport Blvd.
> Boston, MA 02210-2600
> Tel: 617-832-3015
> Fax: 617-832-7000

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

1

Dated: December 22, 2008

                    Respectfully submitted,

                    Counsel for Petitioner:

                    /s/ Andrew Loewenstein
                    Andrew Loewenstein
                    Mass. BBO#: 648074
                    Foley Hoag, LLP
                    155 Seaport Blvd.
                    Boston, Massachusetts 02210-2600
                    Tel: 617-832-3015
                    Fax: 617-832-7000
                    aloewenstein@foleyhoag.com

                    Attorney for Petitioner
                    Waleed Saeed Bn Saeed Zaid, ISN# 550