# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                          :
**IN RE:**                                :
                                          :        **Misc. No. 08-442 (TFH)**
**GUANTANAMO BAY**                        :
**DETAINEE LITIGATION**                   :        **Civil Action No. 08-cv-1828 (RMU)**
                                          :
                                          :
_____:

## NOTICE OF FILING

Please take notice that Deming E. Sherman and Patricia A. Sullivan, counsel for

Petitioner Mullah Norullah Noori, have each executed and filed a Memorandum of

Understanding Regarding Access to Classified National Security Information and

Acknowledgment, in accord with the Court's Protective Order of September 11, 2008.  Copies

are attached hereto.


                              /s/ Deming E. Sherman
                              Deming E. Sherman (#1138)
                              Patricia A. Sullivan (#2120)
                              EDWARDS ANGELL PALMER & DODGE LLP
                              2800 Financial Plaza
                              Providence, RI  02903
                              Tel: (401) 274-9200
                              Fax: (401) 276-6611
                              psullivan@eapdlaw.com
                              dsherman@eapdlaw.com

                              Jared A. Goldstein
                              ROGER WILLIAMS UNIVERSITY
                               SCHOOL OF LAW
                              Ten Metacom Avenue
                              Bristol, RI  02809
                              Tel: (401) 254-4594

PRV 990241.1

Dockets.Justia.com

Michael Ratner
Shayana Kadidal
J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

**Counsel for Petitioner**


CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2008, a true copy of the foregoing Notice of Filing and the attached Memorandum of Understanding and Acknowledgment executed by Deming E. Sherman and Patricia A. Sullivan was served upon each attorney of record in C.A. No. 08-cv-1828 (RMU) listed below by electronic filing, via ECF, of this document with the United States District Court for the District of Columbia:

Terry M. Henry                                         Email:  terry.henry@usdoj.gov

*Attorneys for Respondents*


I hereby certify that on the 23rd day of December, 2008, I electronically filed the foregoing Notice of Filing and the attached Memorandum of Understanding and Acknowledgment executed by Deming E. Sherman and Patricia A. Sullivan in Misc. No. 08-442 (TFH) with the Clerk of the Court using the ECF system, which will send notification of such filings to all counsel of record.


/s/ Deming E. Sherman
Deming E. Sherman