IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) <br> ) <br> GUANTANAMO BAY DETAINEE ) <br> LITIGATION ) <br> ) | Misc. No. 08-442 (TFH) |
| ) <br> AL HAMANDY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-2385 (RMU) |
| HAMOUD ABDULLAH HAMOUD ) <br> HASSAN AL WADY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 08-CV-1237 (RMC) |

# NOTICE OF FILING UNDER SEAL PURSUANT TO LOCAL RULE 5.4(f)

Pursuant to Local Rule 5.4(f), petitioner hereby gives notice that Exhibits A through E of

\* \* \*

1

Dockets.Justia.com

the previously filed Motion for Direct Contact with Client have been filed under seal.

DATED: December 24, 2008

Respectfully submitted,

_____/S/_____
CARLTON F. GUNN (CA Bar No. 112344)
CRAIG HARBAUGH (D.C. Bar No. 974117)
Deputy Federal Public Defenders
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-1700; Facsimile: (213) 894-0081
Attorneys for Petitioner