IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: )<br>)<br>GUANTANAMO BAY DETAINEE )<br>LITIGATION )<br>) | Misc. No. 08-442 (TFH) |
| AL HAMANDY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-2385 (RMU) |
| HAMOUD ABDULLAH HAMOUD )<br>HASSAN AL WADY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. ) | Civil Action No. 08-CV-1237 (RMC) |

# **FILING OF REDACTED EXHIBITS FOR PUBLIC RECORD**

Petitioner hereby files redacted versions of Exhibits A through E of the previously filed

\*     \*     \*

1

Motion for Direct Contact with Client for the public record in this case.

DATED: December  24  , 2008

>Respectfully submitted,
>
>_____/S/_____
>CARLTON F. GUNN (CA Bar No. 112344)
>CRAIG HARBAUGH (D.C. Bar No. 974117)
>Deputy Federal Public Defenders
>Office of the Federal Public Defender
>321 East 2nd Street
>Los Angeles, CA 90012
>(213) 894-1700; Facsimile: (213) 894-0081
>Attorneys for Petitioner