IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE ) | |
| LITIGATION ) | |
| ) | |
| AHMED ISLAM SAID KUMAN ) | |
| ) | |
| Petitioner, ) | Civil Action No. 08-CV-1235 (JDB) |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

# NOTICE OF FILING UNDER SEAL PURSUANT TO LOCAL RULE 5.4(f)

Pursuant to Local Rule 5.4(f), petitioner hereby gives notice that Exhibits A through D of the previously filed Motion for Direct Contact with Client have been filed under seal.

DATED:  December  24 , 2008          Respectfully submitted,

              /S/
CARLTON F. GUNN (CA Bar No. 112344)
CRAIG HARBAUGH (D.C. Bar No. 974117)
Deputy Federal Public Defenders
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-1700; Facsimile: (213) 894-0081
Attorneys for Petitioner

1