IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) <br> ) <br> GUANTANAMO BAY DETAINEE ) <br> LITIGATION ) <br> ) <br> AHMED ISLAM SAID KUMAN ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Respondents. ) <br> ) | Misc. No. 08-442 (TFH) <br><br><br><br><br><br> Civil Action No. 08-CV-1235 (JDB) |

# FILING OF REDACTED EXHIBITS FOR PUBLIC RECORD

Petitioner hereby files redacted versions of Exhibits A through D of the previously filed Motion for Direct Contact with Client for the public record in this case.

DATED: December  24 , 2008

                                              Respectfully submitted,

                                              _____/S/_____
                                              CARLTON F. GUNN (CA Bar No. 112344)
                                              CRAIG HARBAUGH (D.C. Bar No. 974117)
                                              Deputy Federal Public Defenders
                                              Office of the Federal Public Defender
                                              321 East 2nd Street
                                              Los Angeles, CA 90012
                                              (213) 894-1700; Facsimile: (213) 894-0081
                                              Attorneys for Petitioner

P:\Gunn\GUANTANAMO  Kuman\DirectContactMotionRedactedExhibits.wpd       1