IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-0442 (TFH) |
| AHMED YASLAM SAID KUMAN,<br><br>Petitioner,<br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 08-CV-1235 |
| HAMOUD ABDULLAH HAMOUD<br>HASSAN AL WADY,<br><br>Petitioner,<br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 08-CV-1237 |
| SHAWKI AWAD BALZUHAIR<br><br>Petitioner,<br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 08-CV-1238 |

**PETITIONERS' SUBMISSION OF INVESTIGATOR'S SIGNED MEMORANDUM
OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL
SECURITY INFORMATION AND ACKNOWLEDGMENTS**

Petitioners Hamoud Abdullah Hamoud Hassan Al Wady, Hamoud Abdullah Hamoud

Hassan Al Wady, and Shawki Awad Balzuhair, by and through counsel, hereby submits copies of

Exhibits A and B to the Court's September 11, 2008 Order signed by counsel's investigator.

                                Respectfully submitted,

                                SEAN K. KENNEDY
                                Federal Public Defender

DATED:  December 24, 2008        By  /S/
                                CRAIG HARBAUGH (D.C. Bar No. 974117)
                                CARLTON F. GUNN (CA Bar No. 112344)
                                Deputy Federal Public Defenders
                                Office of the Federal Public Defender
                                321 East 2nd Street
                                Los Angeles, CA 90012-4202
                                (213) 894-1700; Facsimile: (213) 894-0081
                                Attorneys for Petitioner