# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GUANTANAMO ) <br> DETAINEE LITIGATION ) <br> -------------------------------------------------- ) <br> AMER MOHAMMON, *et al.*, ) <br>  ) <br> Petitioners / Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> GEORGE W. BUSH, *et al.*, ) <br>  ) <br> Respondents / Defendants. ) | Misc. No. 08-442 (TFH) <br><br><br><br><br><br> Civil No. 05-2386 (RBW) |

### NOTICE OF FILING DECLARATION
### OF MAHER EL FALESTENY

Petitioner El Falesteny hereby gives notice of filing his Declaration in

support of his opposition to Respondents' motion for stay of on December 24,

2008 with the CSO at the Secure Facility.

Respectfully submitted,

    /s/ Stephen M. Truitt

| | |
|---|---|
| Shayana Kadidal (DC # 454248) | Stephen M. Truitt (DC # 13235) |
| CENTER FOR CONSTITUTIONAL RIGHTS | 600 Fourteenth Street, N.W. |
| | Suite 500, Hamilton Square |
| 666 Broadway, 7th Floor | Washington, DC 20005-2004 |
| New York, New York 10012 | Tel: (202) 220-1452 |
| Tel: (212) 614-6439 | Fax: (202) 220-1665 |
| Fax: (212) 614-6499 | |
| | Charles H. Carpenter (DC # 432004) |
| Of Counsel for Petitioner | PEPPER HAMILTON LLP |
| | 600 Fourteenth Street, N.W. |
| | Suite 500, Hamilton Square |
| | Washington, DC 20005-2004 |
| | Tel: (202) 220-1507 |
| | Fax: (202) 220-1665 |
| | |
| | Counsel for Petitioner |

Dated: December 26, 2008