**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | ) ) ) ) ) ) |
| **GUANTANAMO BAY DETAINEE LITIGATION** | ) ) **Misc. No. 08-0442 (TFH)** ) ) |
| **WALEED SAEED BN SAEED ZAID (ISN 550),** | ) ) ) ) ) |
| Petitioner, | ) ) **Civil Action No. 05-cv-1646 (JDB)** ) |
| v. | ) ) ) |
| **GEORGE W. BUSH, et al.,** Respondents. | ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner, WALEED SAEED BN SAEED ZAID, ISN# 550, in this matter. Service upon counsel may be made to:

> Peter B. Ellis
> Foley Hoag, LLP
> 155 Seaport Blvd.
> Boston, MA 02210-2600
> Tel: 617-832-1120
> Fax: 617-832-7000

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

1

Dockets.Justia.com

Dated:  December 29, 2008

Respectfully submitted,

Counsel for Petitioner:

  /s/ Peter B. Ellis_____
Peter B. Ellis
Mass. BBO#: 153500
Foley Hoag, LLP
155 Seaport Blvd.
Boston, Massachusetts
02210-2600
Tel: 617-832-1120
Fax: 617-832-7000

Attorney for Petitioner
Waleed Saeed Bn Saeed Zaid, ISN#
550