# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>)<br>**GUANTANAMO BAY** )<br>**DETAINEE LITIGATION** ) Misc. No. 08-CV-442 (TFH)<br>)<br>) Civil Action No. 05-CV-2386 (RBW)<br>) | |

## NOTICE OF FILING OF PROTECTED INFORMATION UNDER SEAL

Notice is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008 (Misc. No. 08-442, Docket No. 409), Petitioner Umar Hamazayavich Abdulayev (ISN 257) has filed with the Court a submission containing information which the Government has sought to have designated as "protected information." In accordance with paragraph 49 of the protective order, the submission was filed under seal pursuant to Local Civil Rule 5.1(j). The submission is Petitioner Umar Hamzayevich Abdulayev's opposition to respondents' motion to stay his habeas proceedings, which motion was filed on December 18, 2008 at Docket No. 793.

Dated December 29, 2008,

UMAR HAMZAYEVICH ABDULAYEV

 /s/
Allison M. Lefrak

Lowell E. Sachnoff
Matthew J. O'Hara
Adam R. Chiss
J. Andrew Moss
Each Pursuant to LCvR 83.2(g)
REED SMITH LLP
10 S. Wacker Drive
Chicago, Illinois 60606
(312) 207-1000
mohara@reedsmith.com

1

Douglas K. Spaulding
Gary S. Thompson
Allison M. Lefrak
Rick W. Roberts
Nathan R. Fennessy
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220

Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
*Of Counsel*