# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| IN RE: ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 04-1164 (RBW) |
| ) | |

## CONSENT MOTION FOR STAY OF PROCEEDINGS

Petitioner Falen Gherebi seeks an indefinite stay of all proceedings in his individual habeas matters. Respondents consent to the Motion.

Petitioner and Respondents agree that the obligations of both the movant and the Government under Judge Walton's December 19, 2008 Amended Case Management Order, and his Status Hearing Order of the same day, should be suspended with respect to this Petitioner unless and until the stay is lifted, and that either party may seek to lift the stay for any reason in the future. They also agree that the Protective Order and the 30-Day Notice Order already entered by Judge Hogan in *Guantanamo Bay Detainee Litigation*, on September 11 and July 10, 2008, respectively, will remain operative with respect to this Petitioner.

Dated: December 29, 2008
Washington, DC

Respectfully submitted,

Richard J. Wilson
Bar No. 435026
International Human Rights Law Clinic
American University
Washington College of Law
4801 Massachusetts Ave., N.W.
Washington, DC 20016
Ph: 202-274-4147
*Attorney for Petitioner*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IN RE:** | ) | Misc. No. 08-0442 (TFH) |
| **GUANTANAMO BAY** | ) |  |
| **DETAINEE LITIGATION** | ) | Civil Action No. 04-1164 (RBW) |
|  | ) |  |

## [PROPOSED] ORDER

Before the Court is the Consent Motion for Stay of Proceedings filed by Petitioner Falen Gherebi on December 29, 2008.

Upon consideration of the Motion, it is this __ day of December, 2008, hereby

**ORDERED** that the Motion is **GRANTED** and that proceedings for this Petitioner be stayed, including the Status Hearing now scheduled for January 15, 2009; and it is further

**ORDERED** that the Protective Order and 30-Day Notice Orders previously entered in this case number shall continue in effect; and it is further

**ORDERED** that either party may move the Court to lift the stay at any time in the future.

_____

Reggie B. Walton
United States District Judge