# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION, ) | MISC NO. 08-442 (TFH) |
| ) | |
| SHERIF EL-MASHAD, *et al.*, ) | |
| ) | |
|     Petitioners, ) | |
| ) | |
|     v. ) | C.A. NO. 05-270 |
| ) | |
| GEORGE W. BUSH, *et al.* ) | |
| ) | |
|     Respondents, ) | |

## STIPULATION AND CONSENT REQUEST
## TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO STAY

The parties, by counsel, hereby stipulate that Petitioner Adel Fattouh Aly Ahmed Algazzar may file an Opposition to the Respondents' Motion to Stay on or before January 7, 2009.

Dated: December 30, 2008

SO ORDERED, this ____ day of _____, _____.

_____
United States District Judge

Respectfully submitted,

_____/s/_____         _____/s/_____
Randolph S. Sergent, D.C. Bar No. 486063   Joseph Charles Folio , III
Venable LLP                                U.S. DEPARTMENT OF JUSTICE
750 East Pratt, Suite 900                  20 Massachusetts Avenue, NW
Baltimore, MD 21202                        Washington , DC 20530
Tel: (410) 244-7400                        (202) 305-4968
Fax: (410)244-7742                         Fax: (202) 616-8470
rssergent@venable.com                      Email: joseph.folio@usdoj.gov

David G. Dickman, D.C. Bar No. 465010
Amy J. McMaster, D.C. Bar No. 490336
Venable LLP
575 7th Street, NW
Washington, DC 20004
Tel: (202) 344-4000
Fax:(202) 344-8300
cebruce@venable.com
dgdickman@venable.com

Michael W. Robinson, D.C. Bar No. 437979
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Tel: (703) 760-1600
Fax: (703) 821-8949
mwrobinson@venable.com

Carol Elder Bruce, D.C. Bar No. 202200
Bracewell & Giuliani, LLP
2000 K. Street, N.W., Suite 500
Washington, DC 20006-1872
Tel:   (202) 828-5809
Fax:  (202) 857-4827
carol.bruce@bgllp.com

*Counsel for Petitioners*