UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANAD AL KAZIMI, ISN 1453, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | CIVIL ACTION NO. 05-02386 (RBW) <br> MISC. NO. 08-442 (TFH) <br><br> **ORAL ARGUMENT REQUESTED** |

**PETITIONER SANAD AL KAZIMI'S RESPONSE TO THE COURT'S
DECEMBER 19, 2008 ORDER, AND JOINDER IN MEMORANDUM OF LAW
CONCERNING
THE APPROPRIATE DEFINITION OF "ENEMY COMBATANT"**

Petitioner Sanad Al Kazimi, ISN 1453, hereby responds to section C-1 of the Court's Order of December 19, 2008 (dkt. 797).

Counsel for Sanad Al Kazimi is not able to move by December 29, 2008, for expedited judgment on the record, as described in that section. Nonetheless, any such motion by any party to these cases will turn in material part on a purely legal issue: the scope of the term "enemy combatant." The Court has indicated that it may hear argument on that issue as early as January 12, 2009. Petitioner does not wish to be foreclosed from arguing the legal issue, and therefore respectfully joins in the December 29, 2008 filing by Mohammed Ahmed Saeed Hidar, entitled "Petitioner's Response to the Court's December 19, 2008 Order and Memorandum of Law Concerning the Appropriate Definition of 'Enemy Combatant.'"

Undersigned counsel also requests notice of any hearing at which the "enemy combatant" issue will be addressed.

DATED this 29th day of December, 2008.

Respectfully submitted,

Counsel for Petitioner Sanad Al Kazimi:

_____/s/_____
Martha Rayner (NY-MR-1423)
LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law
33 W. 60th Street, 3rd Floor
New York, NY 10023
Tel: (212) 636-6934
Fax: (212) 636-6923
mrayner@law.fordham.edu