IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| MOHAMMED AHMED TAHER,<br><br>                Petitioner,<br><br>      v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>                Respondents. | No. 06-cv-1684 (GK) |

**CONSENT MOTION TO RESET STATUS CONFERENCE**

Petitioner Mohammed Ahmed Taher ("Petitioner"), by and through his undersigned counsel, respectfully submits this motion requesting that the Court reschedule the status conference currently set in this case on January 15, 2009 at 10:30 a.m.

Petitioner's counsel has a previously scheduled trip to Guantanamo Bay from January 15 through January 22, 2009, where counsel plans to meet with Petitioner. For this reason, counsel unfortunately will be unavailable to participate in the status conference as scheduled, and respectfully requests that the Court reset the date for the conference. Counsel proposes January 14, 2009 as an alternative date.[1] Counsel for Petitioner and the government have conferred, and the government does not object to this motion or the proposed alternative date.

---

[1] As further possibilities, counsel would propose January 12 or 13, or any time during the week of January 26. Counsel for the government does not object.

Date: December 30, 2008
     New York, New York                 Respectfully submitted,

                                                         /s/ Pardiss Kebriaei
                                                         Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
                                                         Wells Dixon (Pursuant to LCvR 83.2(g))
                                                         CENTER FOR CONSTITUTIONAL RIGHTS
                                                         666 Broadway, 7th Floor
                                                         New York, NY 10012
                                                         Tel: (212) 614-6452
                                                         Fax: (212) 614-6499

                                                         *Counsel for Petitioner*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| MOHAMMED AHMED TAHER,<br><br>     Petitioner,<br><br>   v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>     Respondents. | No. 06-cv-1684 (GK) |

## **[PROPOSED] ORDER**

Petitioner's Consent Motion to Reset Status Conference is hereby GRANTED. The status conference is set for January _____, 2009 at \_\_\_\_\_ AM/PM in Courtroom \_\_\_\_\_.

SO ORDERED.


Dated: _____          _____
                             Gladys Kessler
                             United States District Judge