Filed at suggestion of the Court Security Office.

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION                 Misc. No. 08-mc-442-TFH

SAIFULLAH  PARACHA, et al.,
        Petitioners,

        v.                          Case No. 04-cv-02022-PLF

Hon . GEORGE W. BUSH,
et al.,
        Respondents.

### NOTICE OF FILING OF PETITIONERS' RENEWAL AND UPDATING OF PETITIONER'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that petitioner on November 19 or 20, 2008, filed the following paper by leaving it at the Secure Facility addressed to the Court Security Officers:

"PETITIONERS' RENEWAL AND UPDATING OF PETITIONER'S MOTION FOR SUMMARY JUDGMENT"

dockets.Justia.com

This included points and authorities, a statement of material facts not in dispute, and a proposed order. Petitioner believes and expects it will be found unclassified and will eventually be filed in the ECF system, with or without redactions. Meanwhile, copies have been distributed to the Court and to respondents.

Respectfully submitted,                                                                 December 30, 2008

_____/S/_____
GAILLARD T. HUNT
      Attorney for Petitioners
(D.C. Bar No. 89375)
10705 Tenbrook Drive
Silver Spring, Maryland 20901
(Not admitted in Maryland)
301-530-2807
gthunt@mdo.net
(Fax: 301-564-6059)