Filed at suggestion of the Court Security Office.

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-mc-442-TFH |
| SAIFULLAH PARACHA, et al.,<br>              Petitioners,<br><br>              v.<br><br>Hon . GEORGE W. BUSH,<br>et al.,<br>              Respondents. | Case No. 04-cv-02022-PLF |

**NOTICE OF FILING OF
REPLY IN SUPPORT OF
PETITIONERS' RENEWAL AND UPDATING OF
PETITIONER'S MOTION FOR
SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that petitioner on December 24, 2008, filed the following paper by leaving it at the Secure Facility addressed to the Court Security Officers:

"REPLY IN SUPPORT OF PETITIONERS' RENEWAL AND UPDATING OF PETITIONER'S MOTION FOR SUMMARY JUDGMENT"

This is petitioner's reply in support of his motion for summary judgment. It is approximately 12 pages in length. Petitioner believes and expects it will be found unclassified and will eventually be filed in the ECF system, with or without redactions. Meanwhile, copies have been distributed to the Court and to respondents.

Respectfully submitted, December 30, 2008

_____/S/_____
GAILLARD T. HUNT
     Attorney for Petitioners
(D.C. Bar No. 89375)
10705 Tenbrook Drive
Silver Spring, Maryland 20901
(Not admitted in Maryland)
301-530-2807
gthunt@mdo.net
(Fax: 301-564-6059)