## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ ) | | |
| IN RE: | ) | **Misc. No. 08-0442 (TFH)** |
| **GUANTANAMO BAY** | ) | |
| **DETAINEE LITIGATION** | ) | **Civil Action No. 05-2386 (RBW)** |
| _____ ) | | |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Brian C. Lewis respectfully requests that this Court grant him leave to withdraw as counsel for petitioners Walid Ibrahim Mustafa Abu Hijazi (ISN 049), Umar Hamzayevich Abdulayev (ISN 257), and Maasoum Abdah Mouhammad (ISN 330) from the above-entitled action.  As of January 1, 2009, Mr. Lewis will no longer be an employee of Reed Smith LLP, 10 S. Wacker Drive, Chicago, Illinois  60606, and petitioners' representation in these habeas proceedings has at all times been undertaken by Reed Smith.  After leaving Reed Smith, Mr. Lewis will not counsel or advise petitioners, nor will Mr. Lewis represent them in any respect. Consequently, Mr. Lewis should be granted leave to withdraw as counsel.

WHEREFORE, it is respectfully requested that this motion for Brian C. Lewis to withdraw as counsel in this case be granted.

Dated:  December 31, 2008

Respectfully submitted,


_____/s/ Brian C. Lewis_____
Brian C. Lewis (D.C. Bar No. 476851)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
bclewis@reedsmith.com

Dockets.Justia

## <u>CERTIFICATE OF SERVICE</u>

The undersigned states that on December 31, 2008, I electronically filed the foregoing **Motion to Withdraw as Counsel** with the Clerk of the Court using the ECF system, which will send notification of such filings to all counsel of record.

<div style="margin-left:45%">

_____/s/ Brian C. Lewis_____

Brian C. Lewis (D.C. Bar No. 476851)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
bclewis@reedsmith.com

</div>