# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|                                           |   |                          |
|-------------------------------------------|---|--------------------------|
| **IN RE:**                                | ) |                          |
|                                           | ) | **Misc. No. 08-442**     |
| **GUANTANAMO BAY**                        | ) | **Civil No. 05-634 (RWR)** |
| **DETAINEE LITIGATION**                   | ) |                          |

## NOTICE OF FILING UNDER SEAL

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, Petitioner Omer Saeed Salem Al Daini (ISN 549) has today filed under seal with the Court Security Officer for review a Motion for Leave to Propound Interrogatories. This Notice of Filing is being submitted to notify the Court that this submission has been made to the Court Security Officer, in accordance with paragraph 47 of the protective order governing filings which contain or may contain classified information.

Respectfully submitted this 31st day of December, 2008.

                       */s/ Jonathan M. Fee*

                       Jonathan M. Fee, DC Bar No. 479579
                       Michael E. Ward, DC Bar No. 434624
                       ALSTON & BIRD LLP
                       950 F Street, NW
                       Washington, DC 20004
                       Tel: (202) 756-3300
                       Fax: (202) 756-3333