# UNDER SEAL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTAI SAIB, *et al.*, ) | |
| ) | Misc. No. 08-0442 (TFH) |
| Petitioners/Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 05-CV-1353 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents/Defendants. ) | |
| ) | |

### NOTICE OF FILING OF OPPOSITION TO MOTION UNDER SEAL

Please take notice that, pursuant to the Protective Order entered in this case, Petitioner Motai Saib ("Petitioner"), by and through his counsel, filed an Opposition to Motion to Stay under seal, pursuant to Local Civil Rule 5.1(j).

Dated:  December 31, 2008              Respectfully submitted,

                                       *s/ Meghan N. Winokur*
                                       Anne J. Castle
                                       Scott S. Barker
                                       J. Triplett Mackintosh
                                       William E. Murane
                                       Danielle R. Voorhees
                                       Meghan N. Winokur
                                       HOLLAND & HART LLP
                                       555 Seventeenth Street, Suite 3200
                                       Denver, CO  80202
                                       Telephone:  (303) 295-8000
                                       Facsimile:   (303) 295-8261

                                       Of Counsel
                                       Shayana Kadidal
                                       CENTER FOR CONSTITUTIONAL RIGHTS
                                       666 Broadway, 7th Floor
                                       New York, NY  10012
                                       Telephone:  (212) 614-6438
                                       Facsimile:  (212) 614-6499

**CERTIFICATE OF SERVICE**

I hereby certify that on Deember 31, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

>                                             */s Meghan N. Winokur*
>                                             Holland & Hart LLP

4416030_1.DOC