IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br><br> GUANTANAMO BAY <br> DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| FARHI SAEED BIN MOHAMMED, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents | Civil Action No. 05-CV-1347 (GK) |

## NOTICE OF FILING

Petitioner hereby gives notice of submission to the Court Security Office of his PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION TO STAY PROCEEDINGS FOR PETITIONER APPROVED FOR TRANSFER OR RELEASE OR, IN THE ALTERNATIVE, ORDER PAROLE the 30th day of December 2008.

Dated: December 31, 2008

Respectfully submitted,

By: _____
Jerry Cohen
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000

Stewart Eisenberg
WEINBERG & GARBER, PC
71 King Street
Northampton, MA 01060

Tel: (413) 582-6886
Fax: (413) 582-6881
buz.e@verizon.net

OF COUNSEL:
Zachary Katznelson
Cal. Bar. No. 209489
Legal Director
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
Tel: 011-44(0) 207-353-4640
Fax: 011-44(0) 207-353
Zachary@Reprieve.org.uk

1

Shayana Kadial
DC Bar No. 454248
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012-2317
Tel: (212) 614-6438
Fax: (212) 614-6499

*Counsel for* **Farhi Saeed bin Mohammed**

Certificate of Service

Petitioner has given notice of this filing by email to counsel for Respondents the 30th day of December 2008.

_____
Jerry Cohen

J:\Docs\31549\00001\01312221.DOC

2