# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action Nos. |
| ) | |
| ) | 02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, 04-cv-1254, |
| ) | 04-cv-1937, 04-cv-2022, 04-cv-2046, 04-cv-2215, 05-cv-0023, |
| ) | 05-cv-0247, 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359, |
| ) | 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569, 05-cv-0634, |
| ) | 05-cv-0748, 05-cv-0763, 05-cv-0764, 05-cv-0877, 05-cv-0879, |
| ) | 05-cv-0883, 05-cv-0891, 05-cv-0892, 05-cv-0993, 05-cv-0994, |
| ) | 05-cv-0998, 05-cv-0999, 05-cv-1048, 05-cv-1189, 05-cv-1124, |
| ) | 05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353, 05-cv-1429, |
| ) | 05-cv-1457, 05-cv-1458, 05-cv-1487, 05-cv-1490, 05-cv-1493, |
| ) | 05-cv-1497, 05-cv-1504, 05-cv-1506, 05-cv-1555, 05-cv-1592, |
| ) | 05-cv-1601, 05-cv-1607, 05-cv-1623, 05-cv-1638, 05-cv-1645, |
| ) | 05-cv-1646, 05-cv-1667, 05-cv-1678, 05-cv-1697, 05-cv-1971, |
| ) | 05-cv-1983, 05-cv-2010, 05-cv-2088, 05-cv-2104, 05-cv-2185, |
| ) | 05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367, 05-cv-2371, |
| ) | 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2384, 05-cv-2385, |
| ) | 05-cv-2386, 05-cv-2387, 05-cv-2444, 06-cv-0618, 06-cv-1668, |
| ) | 06-cv-1675, 06-cv-1684, 06-cv-1690, 06-cv-1758, 06-cv-1765, |
| ) | 06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338, |
| ) | 08-cv-1104, 08-cv-1153, 08-cv-1185, 08-cv-1207, 08-cv-1221, |
| ) | 08-cv-1223, 08-cv-1224, 08-cv-1228, 08-cv-1230, 08-cv-1232, |
| ) | 08-cv-1233, 08-cv-1237, 08-cv-1238, 08-cv-1360, 08-cv-1440, |
| ) | 08-cv-1733, 08-cv-1789, 08-cv-1805, 08-cv-1828, 08-cv-1923, |
| ) | 08-cv-2019, 08-cv-2083 |
| ) | |

## NOTICE OF ERRATA:
## CORRECTION TO EXHIBIT TO MOTION FOR EXTENSION OF TIME

Respondents hereby submit this Notice of Errata with respect to an exhibit submitted in support of Respondents' Motion for Extension of Time to Comply with Case Management Orders Requiring Exculpatory Disclosures/Certifications, filed in the above-referenced cases on

1

December 30, 2008.[1] In Exhibit A to this Motion, Respondents inadvertently listed incorrect information regarding the cases in which counsel had consented outright to the requested extension. Appended to this Notice is a corrected list identifying the nineteen petitioners who have consented.

Undersigned counsel apologize for the errors.


Date: December 31, 2008

Respectfully submitted,

GREGORY KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

 /s/ Jonathan S. Needle 
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
JONATHAN S. NEEDLE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 305-0037
Fax: (202) 616-8470
Attorneys for Respondents

---

[1] On December 31, 2008, the Court issued a Minute Order denying the Motion in Misc. No. 08-0442, and stating that the Merits Judges will address the extension requests in their individual cases.