# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) **Civil Action No. 05-CV-2186 (ESH)** |
| **DETAINEE LITIGATION** ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

### NOTICE OF FILING OF RESPONDENTS' STATEMENT OF FACTS ON WHICH THEY INTEND TO RELY IN MAKING THEIR CASE-IN-CHIEF FOR THE CONTINUED LAWFUL DETENTION OF HAYAL AZIZ AHMED AL-MITHALI (ISN 840)

Pursuant to the December 2, 2008 Order of the Court, as amended by the December 19, 2008 Order, Respondents have submitted to the Court Security Officer for filing Respondents' Statement Of Facts On Which They Intend To Rely In Making Their Case-in-Chief For The Continued Lawful Detention Of Hayal Aziz Ahmed Al-Mithali (ISN 840) ("Statement of Facts").

The Statement of Facts contains information that is classified. Accordingly, it has been filed with the Court Security Officer pursuant to the relevant protective order entered in this case.

Dated: December 31, 2008          Respectfully submitted,

                                  GREGORY G. KATSAS
                                  Assistant Attorney General

                                  JOHN C. O'QUINN
                                  Deputy Assistant Attorney General


                                  */s/David P. Avila*
                                  JOSEPH H. HUNT (D.C. Bar No. 431134)
                                  VINCENT M. GARVEY (D.C. Bar No. 127191)
                                  TERRY M. HENRY
                                  ANDREW I. WARDEN
                                  PAUL E. AHERN
                                  DAVID P. AVILA
                                  Attorneys
                                  United States Department of Justice
                                  Civil Division, Federal Programs Branch
                                  20 Massachusetts Avenue, N.W.
                                  Washington, DC  20530
                                  Tel:  202.305.9908
                                  Fax: 202.305.2685

                                  Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2008, I caused the *Respondents' Statement Of Facts On Which They Intend To Rely In Making Their Case-in-Chief For The Continued Lawful Detention Of Hayal Aziz Ahmed Al-Mithali*, to be served on counsel for Petitioner Hayal Aziz Ahmed Al-Mithali by filing with the Court Security Officer pursuant to the relevant protective order entered in this case

                                     */s/David P. Avila*
                                     DAVID P. AVILA
                                     Attorney
                                     United States Department of Justice
                                     Civil Division, Federal Programs Branch
                                     20 Massachusetts Avenue, N.W.
                                     Washington, DC 20530
                                     Tel: 202.305.9908
                                     Fax: 202.305.2685