IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU RAWDA, a/k/a AHMED ADNAN AHJAM, ISN 326, *et al.*, | |
| Petitioners, | Misc. No. 08-0442 (TFH) |
| v. | Civil Action No. 05-cv-2386 (RBW) |
| GEORGE W. BUSH, *et al.*, | |
| Respondents. | |

**PETITIONER ABU RAWDA'S MOTION FOR MORE TIME FOR REPORTS**

Petitioner Abu Rawda, a/k/a Ahmed Adnan Ahjam (ISN 326), moves the Court to modify the requirements of the orders identified below as follows:

to permit him not to join with the respondents in reporting January 5th (the date specified in Judge Hogan's order of Dec. 17, 2008, Document 1358) on the suitability of this case for consolidation with any other Guantanamo habeas corpus petitioner's case, and instead to file a separate report no later than January 13, 2009; and

to permit the parties to file their joint status report no later than January 13, 2009, rather than January 7, 2009, the date specified in Judge Walton's order of December 19, 2008, Document 798.

///

1

Dockets.Justia.com

The grounds for the motion are set forth in the accompanying *Affidavit of David S. Marshall in Support of Motion for More Time for Reports.*

The respondents do not oppose this motion.

DATED this 31st day of December, 2008.

                Respectfully submitted,

                Counsel for Petitioner Abu Rawda:

                DAVID S. MARSHALL (Washington State Bar #11716)
                1001 Fourth Avenue, 44th Floor
                Seattle, WA 98154-1192
                Telephone: (206) 826-1400
                Facsimile: (206) 389-1708
                dmarshall@DavidSMarshall.com