IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY, ISN 030, *et al.*, | Misc. No. 08-0442 (TFH) |
| Petitioners, | Civil Action No. 05-cv-2386 (RBW) |
| v. | **ORAL ARGUMENT REQUESTED** |
| GEORGE W. BUSH, *et al.*, | |
| Respondents | |

**PETITIONER NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY'S RESPONSE TO THE COURT'S DECEMBER 19, 2008 ORDER, AND JOINDER IN MEMORANDUM OF LAW CONCERNING THE APPROPRIATE DEFINITION OF "ENEMY COMBATANT"**

Petitioner Nadir Omar Abdullah Bin Sa'adoun Alsa'ary, ISN 030, hereby responds to section C-1 of the Court's Order of December 19, 2008.

Nadir Omar Abdullah Bin Sa'adoun Alsa'ary, ISN 030, was not able to move by December 29, 2008, for expedited judgment on the record, as described in that section. Nonetheless, any such motion by any party to these cases will turn in material part on a purely legal issue: the scope of the term "enemy combatant." The Court has indicated that it may hear argument on that issue as early as January 12, 2009. Petitioner does not wish to be foreclosed from arguing the legal issue, and therefore respectfully joins in the December 29,

2008 filing by Mohammed Ahmed Saeed Hidar, Document 823, entitled "Petitioner's Response to the Court's December 19, 2008 Order and Memorandum of Law Concerning the Appropriate Definition of 'Enemy Combatant.'"

Undersigned counsel also requests notice of any hearing at which the "enemy combatant" issue will be addressed.

///

///

///

DATED this 31st day of December, 2008.

    Respectfully submitted,

    Counsel for Nadir Omar Abdullah Bin Sa'Adoun Alsa'ary, ISN 030

_____
Clive A. Stafford Smith (Louisiana Bar No. 14444)
Zachary Katznelson (California Bar No. 209489)
Cori Crider (Member New York Bar)
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
clivess@mac.com
zachary@reprieve.org.uk
cori@reprieve.org.uk

_____
DAVID S. MARSHALL (Washington State Bar #11716)
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com