# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | Civil Action Nos. |
| DETAINEE LITIGATION ) | 04-CV-1194 |

## NOTICE OF FILING OF AMENDED FACTUAL RETURN

Respondents have submitted to the Court Security Officer for filing their amended factual return in the above-captioned case, for the following petitioner:

| Case | Name | ISN |
|---|---|---|
| 04-CV-1194 | Anam | 569 |

The return contains information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return in this case (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: December 31, 2008          Respectfully submitted,

                                  GREGORY G. KATSAS
                                  Assistant Attorney General

                                  JOHN C. O'QUINN
                                  Deputy Assistant Attorney General

  */s/ Daniel M. Barish*  
JOSEPH H. HUNT (D.C. Bar No. 431134)  
VINCENT M. GARVEY (D.C. Bar No. 127191)  
TERRY M. HENRY  
PAUL AHERN  
DANIEL M. BARISH (D.C. Bar No. 448263)  
Attorneys  
United States Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Avenue, N.W.  
Washington, DC  20530  
Tel:  202.305.8970  
Fax: (202) 305-2685  
Daniel.Barish@usdoj.gov

Attorneys for Respondents