## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| AL DAINI, et al.,<br><br>*Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents*. | Civil Action No. 05-634 (RWR) |

### NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Respondents:

>ROBERT J. PRINCE
>U.S. Department of Justice
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., N.W.
>Room 7310
>Washington, D.C. 20530
>Telephone: 202-305-3564
>Email: robert.prince@usdoj.gov

Dated: January 2, 2009    Respectfully submitted,

>GREGORY G. KATSAS
>Assistant Attorney General
>
>JOHN C. O'QUINN
>Deputy Assistant Attorney General

   /s/  Robert J. Prince
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ROBERT J. PRINCE (D.C. Bar No. 975545)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 305-3654

Attorneys for Respondents