# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) | Misc. No. 08-442 (TFH) |
| IN RE: ) | |
| GUANTANAMO BAY ) | Civil Action No. 08-cv-1207 |
| DETAINEE LITIGATION ) | |
| ) | |
| ) | |

## NOTICE OF MILITARY COMMISSION CHARGES

Respondents hereby provide notice to the Court that the petitioner in this case, Abd Al-Rahim Hussain Mohammed Al-Nashiri, has been charged under the Military Commissions Act of 2006 with the following offenses: (1) Conspiracy, in violation of 10 U.S.C. § 950v(b)(28); (2) Murder in Violation of the Law of War, in violation of 10 U.S.C. § 950v(b)(15); (3) Using Treachery or Perfidy, in violation of 10 U.S.C. § 950v(b)(17); (4) Destruction of Property in Violation of the Law of War, in violation of 10 U.S.C. § 950v(b)(16); (5) Intentionally Causing Serious Bodily Injury, in violation of 10 U.S.C. § 950v(b)(13); (6) Terrorism, in violation of 10 U.S.C. § 950v(b)(24); (7) Providing Material Support for Terrorism, in violation of 10 U.S.C. § 950v(b)(25); and (8) Attempt to Commit Murder in Violation of the Law of War, in violation of 10 U.S.C. § 950t. *See* Charge Sheet, located at http://www.defenselink.mil/news/alNashiriReferredChargeSheet.pdf. On December 19, 2008, these charges were referred to a military commission for trial. *Id.*

Dated: January 2, 2009                    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

 */s/ Jonathan S. Needle*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
JONATHAN S. NEEDLE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0037
Fax:  (202) 616-8470
Attorneys for Respondents