UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE: : Misc. No. 08-442 (TFH)
:
GUANTÁNAMO BAY : Civil Action No. 05-1497 (RCL)
DETAINEE LITIGATION :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF FILING OF PROTECTED INFORMATION UNDER SEAL

Notice is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, Petitioner El Ouerghi has filed with the Court a submission containing information which respondent has sought to have designated as "protected information." In accordance with paragraph 49 of the protective order, the submission was filed under seal pursuant to Local Civil Rule 5.1(j). The submission is

Petitioner's Opposition To Respondents' Motion To Stay All Proceedings. The submission cannot be described in any greater detail without disclosing the substance of the protected information.

Dated: January 2, 2009

Respectfully submitted,

/s/ Suhana S. Han_____
Michael A. Cooper
Suhana S. Han
Jessica M. Klein
125 Broad Street
New York, New York 10004
Tel. (212) 558-4000
Fax: (212) 558-3588

*Counsel for Petitioners Adil bin Muhammad al Wirghi and Tawiss bint Hasan al Wirghi*

Of Counsel
Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6423
Fax: (212) 614-6499