# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____ x
                                         :
                                         :
**IN RE:**                               :
                                         :
**GUANTÁNAMO BAY**                       :    Misc. No. 08-442 (TFH)
**DETAINEE LITIGATION**                  :
                                         :
_____ x
                                         :
                                         :
AL HALMANDY, *et al.*,                   :
                                         :
                                         :
                         Petitioners,    :
                                         :
                v.                       :    No. 05-CV-2385 (RMU)
                                         :
BUSH, *et al.*,                          :
                                         :
                                         :
                         Respondents.    :
                                         :
_____ x

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter a withdrawal of appearance in the above-captioned matter solely as to Petitioner Saki Bacha (ISN 900, also known as Mohammed Jawad) for Shayana Kadidal, Esq. of the Center for Constitutional Rights. (Mr. Kadidal will continue to represent Petitioners Nargeri (ISN 510), Mohammed (ISN 570), Saleh (ISN 78), and Kameen (ISN 1045) in the above-captioned matter.)

Arthur B. Spitzer, Hina Shamsi, and Jonathan Hafetz of the American Civil Liberties Union, together with Major David Frakt of the Office of Military Commissions - Defense, who

each have entered appearances or been granted leave to appear pro hac vice for Petitioner Bacha,[1] will continue to represent Petitioner Bacha in the above-captioned matter.

                                                                                    /s/
                                     Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Ph: (212) 614-6438
Fax: (212) 614-6499

---

[1] *See* Notice of Appearance by Arthur B. Spitzer, Dkt 122 (Dec. 23, 2008) and Minute Order (Jan. 4, 2009) (granting leave to appear to Shamsi, Hafetz, and Frakt).