## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:

**GUANTANAMO BAY
DETAINEE LITIGATION**

**Misc. No. 08-442 (TFH)**

**SUHAIL ABDU ANAM,** *et. al.*,

**Petitioners,**

**v.**

**GEORGE W. BUSH,** *et. al.*,

**Respondents.**

**Civil Action No. 04-CV-1194 (HHK)**

## NOTICE OF FILING

Please take notice that on January 5, 2009, counsel for Petitioner Ali Ahmed

Mohammed Al Rezehi (ISN 045) filed a Classified Supplement to the Joint Status Report with

the Court Security Officer pursuant to the terms of the September 11, 2008 Protective Order and

Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo

Bay, Cuba.

Dockets.Justia.com

Dated:  January 5, 2009

Respectfully submitted,


By: /s/ Sarah Havens
      Pamela Rogers Chepiga
      Sarah Havens
      Julie Withers
      ALLEN & OVERY LLP
      1221 Avenue of the Americas
      New York, NY 10020
      Tel. (212) 610-6300
      Admitted *pro hac vice*
      *Counsel for Petitioner Al Razehi*


      Scott Sullivan
      Kristine Huskey (D.C. Bar No. 462979)
      UNIVERSITY OF TEXAS
        SCHOOL OF LAW
      NATIONAL SECURITY &
        HUMAN RIGHTS CLINIC
      727 E. Dean Keeton Street
      Austin, TX 78705
      Tel. (512) 471-5151
      *Of counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing was served

upon the following counsel of record by the CM/ECF system on the 5th day of January, 2009:


Gregory G. Katsas
John C. O'Quinn
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
Paul E. Ahearn
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305-0633
Fax: (202) 616-8470

*Attorneys for Respondents*


           /s/ Sarah Havens
           Sarah Havens