UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALEED SAEED BN SAEED ZAID (ISN 550),<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | Civil Action No. 05-cv-1646 (JDB) |
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-0442 (TFH) |

## NOTICE OF AUTHORIZATION BY WALEED SAEED BN SAEED ZAID

Pursuant to the Protective Order issued on September 11, 2008 by Judge Hogan, counsel for Petitioner Waleed Saeed Bn Saeed Zaid, ISN 550, ("Petitioner") respectfully submits the attached declaration explaining counsel's authority to represent Petitioner. The attachment, entitled "Declaration of Peter B. Ellis," provides evidence of verbal authorization made by Petitioner for undersigned counsel to represent him as his attorney in this litigation.

1

Dated: January 5, 2009

Respectfully submitted,

Counsel for Petitioner:

/s/ Peter B. Ellis
Peter B. Ellis
Mass. BBO #153500
Andrew Loewenstein
Mass. BBO #648074
Usha-Kiran K. Ghia
Mass. BBO #666711
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
617.832.1000

*Attorneys for Petitioner
Waleed Saeed Bn Saeed Zaid, ISN# 550*

# **CERTIFICATE OF SERVICE**

I, Usha-Kiran K. Ghia, certify that on January 5, 2009, I electronically filed the Notice of Authorization by Waleed Saeed Bn Saeed Zaid, using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court.

DATED: January 5, 2009

By: /s/ Usha-Kiran K. Ghia<br>
Counsel for Petitioner