IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-MC-442 (TFH) |
| AHMED ISLAM SAID KUMAN,<br><br>        Petitioner,<br>  v.<br><br>GEORGE W. BUSH, et al.,<br><br>        Respondents. | Civil Action No. 08-CV-1235 (JDB) |
| AL HAMANDY,<br><br>        Petitioner,<br>  v.<br><br>GEORGE W. BUSH, et al.,<br><br>        Respondents. | Civil Action No. 05-CV-2385 (RMU) |
| HAMOUD ABDULLAH HAMOUD<br>HASSAN AL WADY,<br><br>        Petitioner,<br>  v.<br><br>GEORGE W. BUSH, et al.,<br><br>        Respondents. | Civil Action No. 08-CV-1237 (RMC) |

**JOINT NOTICE OF AGREEMENT REGARDING PETITIONERS' MOTION FOR
DIRECT CONTACT**

The parties hereby inform the Court that, after mediation facilitated by Magistrate

Judge Alan Kay, they have agreed to certain accommodations to facilitate Petitioners'

attorneys' upcoming visit to Guantanamo Bay. Petitioners Ahmed Islam Said Kuman and

Hamoud Abdullah Hamoud Hassan al Wady, therefore, withdraw their Motions for Direct

Contact (08-CV-1235 dkt. no. 52 and 08-CV-1237 dkt no. 47, respectively) without prejudice

and with the right to bring such a motion in the future. Respondents do not object to Petitioners' withdrawal of these motions.

Dated: January 5, 2009    Respectfully submitted,


   s/ Carlton F. Gunn
CARLTON F. GUNN (CA Bar No. 112344)
CRAIG HARBAUGH (D.C. Bar No. 974117)
Deputy Federal Public Defenders
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-1700; Facsimile: (213) 894-0081

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


   s/ Sean W. O'Donnell
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
ARLENE GRONER
SCOTT LEVIN
SEAN W. O'DONNELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202) 305-4880
Fax: (202) 616-8470

Attorneys for Respondent