IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____  x
                                )
                                )
IN RE:                          )
                                )
                                )
GUANTÁNAMO BAY                  )       Misc. No. 08-442 (TFH)
DETAINEE LITIGATION             )
_____  x
                                )
                                )
                                )
KHAIRKHWA (ISN No. 579), et al.,)
                                )
                                )
                Petitioner,     )
                                )
                                )       Civil Action No. 08-1805 (RMU)
        v.                      )
                                )
                                )
GEORGE W. BUSH, et al.,         )
                                )
                                )
                Respondents.    )
                                )
                                )
_____  x
```

**RESPONSE TO THE COURT'S DECEMBER 17, 2008 ORDER**

Pursuant to the Court's Order (Document 30), dated December 17, 2008, petitioner, after consultation with respondents' counsel, provides the following report.

Counsel for petitioner conferred with respondents' counsel. The Government stated it knew of no facts or circumstances in this petitioner's case that merited consolidation with other pending habeas cases. Petitioner is not currently aware of information that would merit consolidation.

On behalf of both parties, and with the permission of the respondents, the parties state to the Court that there is currently no known basis for the consolidation of this case with other pending habeas cases.

Respectfully submitted, January 5, 2009.

/s/J. Griffin Morgan
J. Griffin Morgan (D.C. Cir. Bar No. 51744)
Robert M. Elliot (D.C. Cir. Bar No. 51320)
Elliot Pishko Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101
Tel: (336) 724-2828
Fax: (336) 714-4499

Bryan K. Bullock (D.C. Cir. Bar No. 51516)
Attorney at Law
786 Broadway, Suite 222
Merrillville, IN 46410
Tel: (219) 472-1546
Fax: (219) 472-1545

C. Frank Goldsmith, Jr.(D.C. Cir. Bar No. 51666)
Goldsmith Goldsmith & Dews, P.A.
P. O. Box 1107
Marion, NC 28752-1107
Tel: (828) 652-3000
Fax: (828) 652-9196

Attorneys for Petitioner