FILED ELECTRONICALLY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| IBRAHIM OSMAN IBRAHIM IDRIS, Petitioner, v. GEORGE W. BUSH, *et al.*, Respondents. | No. 05-CV-1555 (JR) |

## NOTICE OF FILING

NOTICE is hereby given that Petitioner Ibrahim Osman Ibrahim Idris, by undersigned counsel, today filed a Classified Supplement to the Joint Status Report with the Court Security Officer pursuant to the terms of the September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba.

Dated:  January 5, 2009                     DEBEVOISE & PLIMPTON LLP

By:  /s/ David S. Karp
      David S. Karp

555 Thirteenth Street, N.W.
Suite 1100-E
Washington, D.C.  20004
Tel:  (202) 383-8000

Jennifer Rose Cowan
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Petitioner Ibrahim Osman Ibrahim Idris*