FILED ELECTRONICALLY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| ABDU AL QADER HUSSAIN AL-MUDAFARI, *et al.*, Petitioners, *v.* GEORGE W. BUSH, *et al.*, Respondents. | No. 05-CV-2185 (JR) |

## NOTICE OF FILING

NOTICE is hereby given that Petitioners today filed a Classified Supplement to the Joint Status Report with the Court Security Officer pursuant to the terms of the September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba.

Dated:  January 5, 2009                    DEBEVOISE & PLIMPTON LLP

By:  /s/ David S. Karp
      David S. Karp

    555 Thirteenth Street, N.W.
    Suite 1100-E
    Washington, D.C.  20004
    Tel:  (202) 383-8000

    Jennifer Rose Cowan
    919 Third Avenue
    New York, New York 10022
    (212) 909-6000

*Attorneys for Petitioners Abdu Al Qader Hussain Al-Mudafari and Salieh Hussain Ali Al-Mudafari*