FILED ELECTRONICALLY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IN RE: GUANTANAMO BAY DETAINEE LITIGATION** | : | Misc. No. 08-442 (TFH) |
| **HAYAL AZIZ AHMED AL-MITHALI,**<br>  Detainee, Guantanamo Bay Naval Station,<br><br>**ALI AZIZ AHMED AL-MITHALI,**<br>  As Next Friend,<br><br>*Petitioners,*<br><br>*v.*<br><br>**GEORGE W. BUSH,**<br>  President of the United States, *et al.*,<br><br>*Respondents.* | : | Civil Action No. 05-CV-2186 (ESH) |

## NOTICE OF FILING

NOTICE is hereby given that Petitioners today submitted Petitioners' Renewed First Request for the Production of Documents to the Court Security Officer for filing and service pursuant to the relevant protective order entered in this case.

Dated: January 5, 2009         DEBEVOISE & PLIMPTON LLP

                              By:  /s/ Jennifer Rose Cowan
                                   Jennifer Rose Cowan
                                   jrcowan@debevoise.com
                                   919 Third Avenue
                                   New York, New York 10022
                                   (212) 909-6000

                              *Attorneys for Petitioners Hayal Al-Mithali
                              and Ali Al-Mithali*

Dockets.Justia.com