# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALED A.F. AL ODAH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 02-828 (CKK) |
| IN RE: <br><br> GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |

**ORDER**
(January 6, 2009)

For the reasons set forth in an accompanying memorandum opinion, it is, this 6th day of January, 2009, hereby

**ORDERED** the Government's Motion to Hold in Abeyance the habeas petitions of Fouad Mahmoud Al Rabiah and Fayiz Mohammed Ahmen Al Kandari (collectively, "Petitioners") is GRANTED-IN-PART and DENIED-IN-PART, and the Government's Motion to Dismiss is DENIED WITHOUT PREJUDICE; it is further

**ORDERED** that a stay shall be entered as to the Petitioners' habeas petitions, to commence upon the Convening Authority's referral of charges against Petitioners to military commissions; it is further

**ORDERED** that unless and until such charges are referred by the Convening Authority,

the parties must continue to proceed fully with Petitioners' habeas cases; and it is further

**ORDERED** that, if and when such charges are referred to military commissions, the Government shall file a notice with the Court and shall file Status Reports every 60 days thereafter.

**SO ORDERED.**

Date: January 6, 2009

/s/
**COLLEEN KOLLAR-KOTELLY**
United States District Judge