IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 05-2386 (RBW) |
| ) | |

## NOTICE OF FILING OF MOTION UNDER SEAL

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008, Respondents have filed, under seal, a reply in support of their motion to stay habeas proceedings, and Respondents' opposition to Petitioner's cross-motion for parole. These submissions contain information that Respondents have designated as "protected information." In accordance with paragraph 49 of the protective order, the submissions were filed under seal pursuant to Local Civil Rule 5.1(j).

Dated: January 7, 2009                         Respectfully submitted,

                                                                GREGORY G. KATSAS
                                                                Assistant Attorney General

                                                                JOHN C. O'QUINN
                                                                Deputy Assistant Attorney General

                                                                 */s/ Joseph C. Folio III*
                                                                JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                                VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                                JUDRY L. SUBAR (D.C. Bar 347518)
                                                                TERRY M. HENRY
                                                                ANDREW I. WARDEN (IN Bar 23840-49)
                                                                JOSEPH C. FOLIO III
                                                                Attorneys
                                                                United States Department of Justice
                                                                Civil Division, Federal Programs Branch
                                                                20 Massachusetts Ave., N.W.
                                                                Washington, DC  20530
                                                                Tel:  (202) 616-5084
                                                                Fax:  (202) 616-8470

Attorneys for Respondents