# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY | ) |  |
| DETAINEE LITIGATION | ) | Civil Action No. 04-1254 (HHK) |
|  | ) |  |

## SUPPLEMENT TO PETITIONERS' MOTION FOR ADDITIONAL DISCOVERY

On November 18, 2008, counsel for Petitioners filed a Motion for Additional Discovery before this Court (Dkt. No. 339 in 04-1254). On or about the same day, counsel filed a substantively identical motion in a related case before Judge Urbina. In an order dated January 7, 2009 (attached as Exhibit A), Judge Urbina denied Petitioners' motion, but stated that certain of the information sought by Petitioners would constitute exculpatory evidence that the government is already required to produce pursuant to § I.D.1 of the Amended Case Management Order. (Ex. A at 2.)[1] Because Judge Urbina's order disposes of a motion materially indistinguishable from the one pending before this Court, counsel for Petitioners respectfully bring it to the Court's attention.

January 7, 2009

Respectfully submitted,

/s/
S. William Livingston
D.C. Bar. No. 59055
Alan A. Pemberton
D.C. Bar. No. 367108

---

[1] *See also* Ex. A at 3 ("If the government possesses any such documents, the court considers the government obligated to produce them pursuant to § I.D.1 of the Amended CMO.").

COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000 (phone)
(202) 778-6000 (fax)
wlivingston@cov.com
apemberton@cov.com

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60115
(347) 564-5043 (phone)
(815) 753-9301 (fax)
mdf19@columbia.edu