IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____  x
                                         :
                                         :
IN RE:                                   :
                                         :
GUANTÁNAMO BAY                           :   Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                      :
                                         :
                                         :
_____  x
                                         :
                                         :
AL HALMANDY, et al.                      :
                                         :
                                         :
              Petitioners,               :
                                         :
          v.                             :   Civil Action No. 05-2385 (RMU)
                                         :
BUSH, et al.,                            :
                                         :
                                         :
              Respondents.               :
                                         :
_____  x
```

## OPPOSITION TO RESPONDENT'S MOTION FOR EXTENSION OF TIME TO PRODUCE EXCULPATORY EVIDENCE

Petitioners Nargeri (ISN 510), Mohammed (ISN 570), and Saleh (ISN 78) in the above-captioned matter do not oppose the government's request (Dkt. 129 in 05-cv-2385) for an extension of time within which to produce exculpatory information as required by Section I.D.1 of the Amended Case Management Order issued by Judge Hogan in this case.

Petitioner Kameen (ISN 1045), a military commission defendant, is also represented by undersigned counsel but is not scheduled to receive a factual return until February 27, 2009 and is not part of the government's motion for relief from the deadline for production of exculpatory evidence. Petitioners Nargeri, Mohammed, Saleh and Kameen have not yet made requests

subject to the government's Motion for Extension relating to discovery under Section I.E.1 of

the Amended Case Management Order, Dkt. 130.

Date: New York, New York
January 7, 2009

                                            Respectfully submitted,

                                                 /s/
                                      Shayana Kadidal (D.C. Bar No. 454248)
                                      CENTER FOR CONSTITUTIONAL RIGHTS
                                      666 Broadway, 7th Floor
                                      New York, New York 10012
                                      Tel: (212) 614-6438
                                      Fax: (212) 614-6499
                                      kadidal@ccrjustice.org

                                      *Counsel for Petitioners Kameen (ISN 1045),*
                                      *Nargeri (ISN 510), Mohammed (ISN 570), and*
                                      *Saleh (ISN 78)*