# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| **MUHAMMAD KHAN TUMANI**, *et al.* ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| ) | Civil Action No. 05-cv-00526 (RMU) |
| ) | |
| **GEORGE W. BUSH,** ) | |
| President of the United States, *et al.* ) | |
| ) | |
| **Respondents.** ) | |
| ) | |
| **IN RE:** ) | |
| ) | Misc. No. 08-0442 (TFH) |
| ) | |
| **GUANTANAMO BAY** ) | |
| **DETAINEE LITIGATION** ) | |
| ) | |

## NOTICE OF APPEARANCE AND CERTIFICATION
## OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of the Petitioners in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these Petitioners without compensation.

Dated: January 8, 2009

                                          Respectfully submitted,

                                          Counsel for Petitioners:

                                          __/s/_____
                                          Emilou MacLean (Pursuant to LCvR 83.2(g))
                                          CENTER FOR CONSTITUTIONAL RIGHTS
                                          666 Broadway, 7th Floor
                                          New York, New York 10012
                                          Tel: (212) 614-6424
                                          Fax: (212) 614-6499

Dockets.Justia.com