# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) **GUANTANAMO BAY** ) **DETAINEE LITIGATION** ) ) | **Misc. No. 08-0442 (TFH)** |
| **DJAMEL AMEZIANE** ) ) Petitioner ) ) v. ) ) **GEORGE W. BUSH,** *et al.*, ) ) Respondents. ) | **Civil Action No. 05-0392 (ESH)** |

## NOTICE OF APPEARANCE AND CERTIFICATION
## OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of the Petitioner in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing this Petitioner without compensation.

Dated:    January 8, 2009

Respectfully submitted,

Counsel for Petitioner:

/s/
Emilou MacLean (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6424
Fax: (212) 614-6499

Dockets.Justia.com