# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
)
**IN RE GUANTANAMO BAY** ) Civil Action No. 08-mc-0442-(TFH)
**DETAINEE LITIGATION** )
_____ )
)
**MUHAMMAD AHMAD ABDALLAH** )
**AL-ANSI,** )
)
 *Petitioner*, )
)
v. ) Civil Action No. 08-cv-01923-GK
)
)
**GEORGE W. BUSH, et al.,** )
)
 *Respondents*. )
_____)


## NOTICE OF FILING MEMORANDUM OF UNDERSTANDING
## AND ACKNOWLEDGMENT

 Attached to this notice is an executed Memorandum of Understanding and an executed Acknowledgment, both of which are derived from the exhibits to the Court's Order of September 11, 2008, entered in this case by Judge Kessler on December 10, 2008.

166141

Respectfully submitted, this 8th day of January, 2009.

      /s/  *Emmet J. Bondurant*
Emmet J. Bondurant
Georgia Bar No. 066900
Michael B. Terry
Georgia Bar No. 702582
Ronan P. Doherty
D.C. Bar No. 462419
Georgia Bar No. 224885
Lisa R. Strauss
Georgia Bar No. 686943

**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3417
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
E-mail: strauss@bmelaw.com

COUNSEL FOR PETITIONER

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2009, I electronically filed the foregoing Notice of Filing Memorandum of Understanding and Acknowledgment with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Terry Marcus Henry
>Andrew I. Warden
>U.S. DEPARTMENT OF JUSTICE
>P.O. Box 883
>20 Massachusetts Avenue, NW
>Suite 7212
>Washington, D.C. 20530
>Email: terry.henry@usdoj.gov
>
>Patrick D. Davis
>U.S. DEPARTMENT OF JUSTICE
>Civil Division
>Federal Programs Branch
>20 Massachusetts Avenue, N.W.
>Washington, D.C. 20530
>Email: Patrick.Davis2@usdoj.gov

>>*/s/ Emmet J. Bondurant*
>>Emmet J. Bondurant

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| IN RE: | Misc. No. 08-0442 (TFH) |
|---|---|
| GUANTANAMO BAY DETAINEE LITIGATION | Civil Action No. |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

Dated: Jan 7, 2009

**EXHIBIT B**

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: Jan 8, 2009        BY: ___Emmet J. Bondurant___
                                (type or print name)

SIGNED: _[signature]_