IN RE: GUANTANAMO BAY DETAINEE LITIGATION                                                                     Doc. 1493

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------x
:
IN RE: GUANTANAMO BAY                               :
DETAINEE LITIGATION                                  :   Misc. No. 08-442 (TFH)
:
----------------------------------------------------------x
:
**IBRAHIM OSMAN IBRAHIM IDRIS,**                     :
  Detainee, Guantanamo Bay Naval Station,        :   Civil Action No. 05-1555 (JR)
:
*Petitioner,*                                        :
:
*v.*                                                 :
:
**GEORGE W. BUSH,**                                  :
  President of the United States, *et al.*,       :
:
*Respondents.*                                       :
:
----------------------------------------------------------x
:
**ABDU AL-QADER HUSSAIN AL-MUDAFARI,** :
  Detainee, Guantanamo Bay Naval Station,        :   Civil Action No. 05-2185 (JR)
:
**SALIEH HUSSAIN ALI AL-MUDAFARI,**                  :
  Next Friend,                                    :
:
*Petitioners,*                                       :
:
*v.*                                                 :
:
**GEORGE W. BUSH,**                                  :
  President of the United States, *et al.*,       :
:
*Respondents.*                                       :
:
----------------------------------------------------------x

### PETITIONERS' RESPONSE TO RESPONDENTS'
### MOTION FOR EXTENSION OF TIME

On December 30, 2008, Respondents in the above-captioned matters filed a Motion for Extension of Time in which to comply with the exculpatory disclosure and certification requirements set forth in Judge Hogan's Case Management Order ("CMO"), as amended December 16, 2008. Although Respondents appear to have sought consent from counsel for the petitioners in some of the cases governed by the CMO, *see* Resp't Motion, Ex. A, Respondents did not confer with counsel for Petitioners in these cases before filing their motion. Had Respondents done so, counsel would have consented to the relief requested. Accordingly, Petitioners hereby consent to an extension of time until January 30, 2009 for the filing of exculpatory disclosures and certifications required by the CMO, as amended, in these cases.

Dated: January 8, 2008

DEBEVOISE & PLIMPTON LLP

By: /s/ Jennifer Rose Cowan
    Jennifer Rose Cowan
    jrcowan@debevoise.com
    919 Third Avenue
    New York, New York 10022
    (212) 909-6000

*Attorneys for Petitioners Ibrahim Osman Ibrahim Idris, Abdu Al-Qader Hussain Al-Mudafari, and Salieh Hussain Ali Al-Mudafari*