## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:                ) )  GUANTANAMO BAY       ) DETAINEE LITIGATION    ) ) ) | Misc. No. 08-442  Civil Action No.  05-CV-2386 |

## NOTICE OF FILING

Please take notice that on behalf of Petitioners Abdalaziz Kareem Salim Al Noofayaee (ISN 687) and Mohammed Ahmed Salam Al Khateeb (ISN 689) and in accordance with the Court's Order of September 11, 2008, the following attorneys, paralegal and translator have each executed and filed an Acknowledgment Regarding the Protective Order entered in *In re Guantanamo Detainee Litigation,* No. 08-442, on September 11, 2008, and have agreed to be bound by its terms:

Jeffrey M. Schwartz

Diego Marquez

Kristin Ann Meister

Daniel Klein (Paralegal)

Masud Hasnain (Translator)

Copies of Acknowledgments signed by the above-named persons are attached to this Notice.

Respectfully submitted this 9th day of January, 2009.

/s/Jonathan M. Fee
Jonathan M. Fee
D.C. Bar No. 479579
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 756-3387
Facsimile: (202) 654-4987
Email: jon.fee@alston.com

*One of the Attorneys for Petitioner*

# **CERTIFICATE OF SERVICE**

I, Jonathan M. Fee, hereby certify that I today caused a true and accurate copy of the foregoing to be served electronically via the Court's Electronic Case Filing system.

                                                                         /s/Jonathan M. Fee
                                                                         Jonathan M. Fee

Dated: January 9, 2009

EXHIBIT C

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned _____ v. George W. Bush, No. _____, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: Dec. 16, 2008   BY: JEFFREY M. SCHWARTZ
                           (type or print name)

                       SIGNED: [signature]

EXHIBIT C

### ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned <u>Omer Saeed Salem Al Daini</u> V. George W. Bush, <u>No. 05-cv-634</u>, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/16/2008       BY: Kristin Ann Meister
                            (type or print name)

                       SIGNED: [signature]

EXHIBIT C

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned _____ v. George W. Bush, No. _____, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/19/08   BY: _Daniel Klein_
                      (type or print name)

                  SIGNED: _Daniel Klein_

EXHIBIT C

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned _____ v. George W. Bush, No. _____, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: Dec 18, 2008   BY: MASUD HASNAIN
                         (type or print name)

                     SIGNED: [signature]

EXHIBIT C

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned _____ v. George W. Bush, No. \_\_\_\_\_, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 1/a/2008         BY: Diego Marquez
                            (type or print name)

                        SIGNED: [signature]