# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Ghanim-Abdulrahman al-Harbi, et al.,**

                *Petitioners,*

                v.

**George W. Bush, et al.,**

                *Respondents.*

**Civil Action No: 05-CV-2479 (HHK)**

**Misc. No. 08-442 (TFH)**

## NOTICE OF FILING

As required by the Protective Order in these matters, undersigned counsel hereby gives notice that on January 12, 2009, the following document containing classified information was submitted for filing in this case: Petitioners' Motion for Leave to File Discovery Requests and Petitioner's Classified Supplemental Requests for Disclosure.

Dated: January 12, 2009

/s/ Allison M. Lefrak
Douglas K. Spaulding
Gary S. Thompson
Allison M. Lefrak
Rick W. Roberts

REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220


Bernard J. Casey, D.C. Bar No. 112219
3018 NE 32nd Pl.
Portland, OR 972125

                - and –

CENTER FOR CONSTITUTIONAL RIGHTS
Gitanjali S. Gutierrez (NY1234)
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439

*Counsel for Petitioners*