IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY ) | Civil Action No. 04-1194 (HHK) |
| DETAINEE LITIGATION ) | |

## NOTICE OF FILING

Please take notice that Sarah E. Crane, counsel for Petitioner Musa'ab Omar Al Madhwani, hereby files the executed Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgment in the above captioned matter; which are attached hereto.

Respectfully submitted,

 /s/ Patricia A. Bronte
One of the Attorneys for Petitioner

David W. DeBruin
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Tel: (202) 639-6000
Fax: (202) 639-6066

Patricia A. Bronte
Sapna G. Lalmalani
Sarah E. Crane
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL 60611
Tel: (312) 923-8357
Fax: (312) 840-7757
Email: pbronte@jenner.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| IN RE: <br><br> GUANTANAMO BAY <br> DETAINEE LITIGATION | Misc. No. 08-0442 (TFH) <br><br> Civil Action No. 04-1194 (HHK) |
|---|---|

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statues, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

Dated: 01/13/09

Sarah E. Crane
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL 60611
Tel: (312) 923-2849
Fax: (312) 923-2949

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that she has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order. The undersigned acknowledges that her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Dated: 01/13/09     BY: Sarah E. Crane

SIGNED: [signature]

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2009, I caused the foregoing Notice of Filing and copies of the executed Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgment to be delivered by e-mail through the CM/ECF system to the counsel of record and by U.S. Mail to the government counsel in the above-captioned matter and to the Court Security Office at the following addresses:

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
andrew.warden@usdoj.gov

Jennifer Campbell
Maura L. Peterson
Court Security Office
20 Massachusetts Ave., N.W.
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
terry.henry@usdoj.gov

Court Security Office
1235 South Clark Street, Suite 210
Crystal Gateway 1
Arlington, VA 22202
Tel: (703) 601-4300

/s/ Patricia A. Bronte
Patricia A. Bronte