IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | |
| ) | |
| SHAWKI AWAD BALZUHAIR, ) | Civil Action No. 08-CV-1238 (RWR) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

**NOTICE OF CLASSIFIED FILING**

Petitioner hereby gives notice of filing with the Court Security Officer a classified document, to wit, a Classified Supplemental Position re: Government's Request for Consolidation.

                                Respectfully submitted,

                                SEAN K. KENNEDY
                                Federal Public Defender

DATED: January 14, 2009        By   //s//Carlton F. Gunn
                                CARLTON F. GUNN (CA Bar No. 112344)
                                CRAIG HARBAUGH (D.C. Bar No. 974117)
                                FEDERAL PUBLIC DEFENDER
                                321 East 2nd Street
                                Los Angeles, CA 90012
                                (213) 894-1700; Facsimile: (213) 894-0081
                                Attorneys for Petitioner