## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE : :<br>  GUANTANAMO BAY :<br>  DETAINEE LITIGATION :<br>_____: <br> : <br> : <br>**ABDULLAH WAZIR ZADRAN, et al.** :<br>  **Petitioners/Plaintiffs,** :<br> : <br>v. :<br> : <br>**GEORGE W. BUSH, et al.,** :<br>  **Respondents/Defendants.** :<br>_____: | Misc. No. 08-442 (TFH)<br><br><br><br><br>Civil No. 05-CV-2367 (RWR) |

### NOTICE OF FILING OF PETITIONERS' REPORT IN OPPOSITION TO THE GOVERNMENT'S APPENDIX IN SUPPORT OF CONSOLIDATION

NOTICE is hereby given that, on January 14, 2009, Petitioners filed the Petitioners' Report in Opposition to the Government's Appendix in Support of Consolidation with the Court Security Officer.

Dated: January 15, 2009

*/s/ Alexander Breckinridge*
Alexander Breckinridge
Bar # 983736
DECHERT LLP
1775 I Street, N.W.
Washington, DC 20006
Tel: (202) 261-3337
Fax: (202) 261-3333

Joseph Hetrick (*pro hac vice*)
Peter M. Ryan (*pro hac vice*)
Juliet Sarkessian (*pro hac vice*)
Brian R. Decker (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2009, I caused the foregoing Notice of Filing of Petitioners' Report in Opposition to the Government's Appendix in Support of Consolidation to be filed with the Court and served via e-mail on counsel for Respondents as follows:


Andrew Warden
andrew.warden@usdoj.gov
United States Department of Justice
Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

Jane L. Westby
U.S. Department of Justice
20 Massachusetts Ave., N.W., Suite 5115
Washington, D.C. 20530
jane.westby2@usdoj.gov

Terry M. Henry
Terry.Henry@usdoj.gov
United States Department of Justice
Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

Kathryn C. Mason
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7221
Washington, D.C. 20530
Kathryn.Mason@usdoj.gov

Gerard Sullivan
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Gerard.Sullivan2@usdoj.gov

Carolyn Mark
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Carolyn.Mark@usdoj.gov

/s/ William Rueter
William Rueter

13356289.1.LITIGATION