# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **Misc. No. 08-442 (TFH)** |
| | ) | |
| **GUANTÁNAMO BAY** | ) | **Civil Action No. 04-1194 (HHK)** |
| **DETAINEE LITIGATION** | ) | |
| | ) | **Civil Action No. 08-cv-2019 (RBW)** |

## NOTICE OF FILING OF ACKNOWLEDGMENT

Please take notice that Michelle Stall, Hillary Aizenham, Meggin Rutherford, Jessie Polini, Sima Habash, and Brent Jordheim, as part of the legal team for Petitioners Jalal Salim Bin Amer (ISN 564), Suhail Abdoh Anam (ISN 569), Musaab Omar Al-Madhwani (ISN 839), Saad Masir Mukbl Al Azani (ISN 575), and Abdul Rahman Umir Al Qyati (ISN 461), have each executed an Acknowledgment in the above captioned cases, copies of which are attached hereto.

Respectfully submitted this 16th day of January, 2009.

KILLMER, LANE & NEWMAN, LLP,

*s/ Sara J. Rich*

_____
Darold W. Killmer
Mari Newman
Sara J. Rich
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@KLN-Law.com
mnewman@ KLN-Law.com
srich@KLN-Law.com

## CERTIFICATE OF SERVICE

  I hereby certify that on January 16, 2009, I caused copies of the foregoing **NOTICE OF FILING OF ACKNOWLEDGMENT** to be delivered to the Court Security Officer and electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Andrew I. Warden | andrew.warden@usdoj.gov |
| Daniel M. Barish | daniel.barish@usdoj.gov |
| David J. Stander | david.stander@usdoj.gov |
| David P. Avila | david.avila2@usdoj.gov |
| James C. Luh | james.luh@usdoj.gov |
| Jonathan S. Needle | jonathan.needle@usdoj.gov |
| Judry L. Subar | judry.subar@usdoj.gov |
| Martin M. Shoemaker | martin.m.shoemaker@usdoj.gov |
| Phillip M. Truman | mike.truman@usdoj.gov |
| Rodney Patton | rodney.patton@usdoj.gov |
| Ronald J. Wiltsie | ronald.wiltsie@usdoj.gov |
| Steve R. Matheny | steve.matheny2@usdoj.gov |
| Terry M. Henry | terry.henry@usdoj.gov |
| Timothy B. Walthall | timothy.walthall@usdoj.gov |
| | |
| Brent I. Anderson | brent.anderson2@usdoj.gov |
| David H. White | david.white2@usdoj.gov |
| Norman C. Hardee | Christopher.Hardee2@usdoj.gov |
| Scott D. Levin | Scott.Levin@usdoj.gov |

         *s/ Sara J. Rich*

        _____