# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **IN RE:**                                 ) | |
| )                                          | |
| **GUANTANAMO BAY**             ) | |
| **DETAINEE LITIGATION**       ) | Misc. No. 08-CV-442 (TFH) |
| )                                          | |
| )                                          | Civil Action No. 05-CV-2386 (RBW) |
| _____ ) | |

## NOTICE OF FILING

As required by the Protective Order in this matter, undersigned counsel hereby gives notice that on January 16, 2009, the following document containing classified information was submitted for filing in this case: Petitioner's Motion for Expedited Judgment on the Record.

Dated: January 16, 2009

Allison M. Lefrak

/s/
Allison M. Lefrak

Lowell E. Sachnoff
Matthew J. O'Hara
REED SMITH LLP
10 S. Wacker Drive
Chicago, Illinois 60606
(312) 207-1000
mohara@reedsmith.com

Douglas K. Spaulding
Gary S. Thompson
Allison M. Lefrak
Rick W. Roberts
Nathan R. Fennessy
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220

Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
*Of Counsel*

US_ACTIVE-101045015.1-AMLEFRAK 1/16/09 1:29 PM

Dockets.Justia.com

US_ACTIVE-101045015.1-AMLEFRAK 1/16/09 1:29 PM