IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: )<br>)<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>)<br>) | Misc. No. 08-442 (TFH) |
| HASSAN ABDUL SAID, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BARACK OBAMA, )<br>President of the United States, )<br>*et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 08-1733 (JBD) |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of petitioner Hassan Abdul Said (ISN 435) and transferred him to the control of the Government of Iraq.

Dated:  January 21, 2009          Respectfully submitted,

                                  MICHAEL F. HERTZ
                                  Acting Assistant Attorney General

                                   /s/ *Joseph C. Folio III*
                                  JOSEPH H. HUNT
                                  VINCENT M. GARVEY
                                  TERRY M. HENRY
                                  ANDREW I. WARDEN (IN Bar No. 23840-49)
                                  JOSEPH C. FOLIO III

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-4968
Fax:  (202) 616-8470

Attorneys for Respondents