IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) <br> ) <br> GUANTANAMO BAY ) <br> DETAINEE LITIGATION ) <br> ) <br> ) | Misc. No. 08-442 (TFH) |
| ARKAN MOHAMMAD GHAFIL AL-KARIM, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BARACK OBAMA, ) <br> President of the United States, ) <br> *et al.,* ) <br> ) <br> Respondents. ) | Civil Action No. 05-998 (RMU) |

**NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that the United States has relinquished custody of petitioner Arkan Mohammad Ghafil al-Karim (ISN 653) and transferred him to the control of the Government of Iraq.

Accordingly, the transfer having taken place, respondents hereby withdraw their request to have the Notice Pursuant to the Court's July 10, 2008 Order (filed under seal on August 29, 2008) treated as protected information.

Dated: January 21, 2009            Respectfully submitted,

                              MICHAEL F. HERTZ
                              Acting Assistant Attorney General

                               /s/ *Joseph C. Folio III*

JOSEPH H. HUNT
VINCENT M. GARVEY
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
JOSEPH C. FOLIO III
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-4968
Fax:  (202) 616-8470

Attorneys for Respondents