IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION<br><br>BASHIR GHALAAB,<br><br> Petitioner,<br><br> v.<br><br>BARACK OBAMA,<br> President of the United States,<br> *et al.,*<br><br> Respondents. | Misc. No. 08-442 (TFH)<br><br><br><br><br><br><br><br><br>Civil Action No. 08-1104 (CKK) |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of petitioner Bashir Ghalaab (ISN 175) and transferred him to the control of the Government of Algeria.

Dated: January 21, 2009  Respectfully submitted,

           MICHAEL F. HERTZ
           Acting Assistant Attorney General

             /s/ *Joseph C. Folio III*
           JOSEPH H. HUNT
           VINCENT M. GARVEY
           TERRY M. HENRY
           ANDREW I. WARDEN (IN Bar No. 23840-49)
           JOSEPH C. FOLIO III

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-4968
Fax:  (202) 616-8470

Attorneys for Respondents