# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:** | **Misc. No. 08-0442 (TFH)** |
| **GUANTANAMO BAY DETAINEE LITIGATION** | **Civil Action Nos.** |

**02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, 04-cv-1254, 04-cv-1937, 04-cv-2022, 04-cv-2046, 04-cv-2215, 05-cv-0023, 05-cv-0247, 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359, 05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569, 05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-0764, 05-cv-0877, 05-cv-0883, 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994, 05-cv-0998, 05-cv-0999, 05-cv-1048, 05-cv-1124, 05-cv-1189, 05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353, 05-cv-1429, 05-cv-1457, 05-cv-1487, 05-cv-1490, 05-cv-1497, 05-cv-1504, 05-cv-1506, 05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1607, 05-cv-1623, 05-cv-1638, 05-cv-1645, 05-cv-1646, 05-cv-1678, 05-cv-1971, 05-cv-1983, 05-cv-2088, 05-cv-2104, 05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367, 05-cv-2371, 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2384, 05-cv-2385, 05-cv-2386, 05-cv-2387, 05-cv-2479, 06-cv-1668, 06-cv-1684, 06-cv-1690, 06-cv-1758, 06-cv-1761, 06-cv-1765, 06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338, 08-cv-0987, 08-cv-1101, 08-cv-1104, 08-cv-1153, 08-cv-1207, 08-cv-1221, 08-cv-1224, 08-cv-1228, 08-cv-1230, 08-cv-1232, 08-cv-1233, 08-cv-1235, 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-1789, 08-cv-1805, 08-cv-1828, 08-cv-1923, 08-cv-2019, 08-cv-2083**

## RESPONDENTS' NOTICE OF FILING OF DETAINEE INFORMATION PURSUANT TO THE COURT'S JANUARY 14, 2009 ORDER

Pursuant to the Court's Order of January 14, 2009, (1:08-mc-0442, dkt. no. 1519) Respondents have attached three exhibits containing the following information concerning detainees with pending habeas corpus petitions: (i) the name and Internment Serial Number of each detainee; (ii) whether the detainee is authorized for transfer or release from United States custody; and (iii) whether the detainee is subject to charges under the Military Commission Act of 2006.

In order to meet the Court's additional requirements and protect classified information, Respondents will file *ex parte* a chart containing the same information concerning those detainees who do

not have pending petitions for habeas corpus.  Respondents were unable to complete this classified, *ex parte* submission by today's 4:00 p.m. deadline for filing of classified information, but will do so tomorrow.   Respondents request and appreciate the Court's indulgence in this matter.


Dated:  January 21, 2009                                    Respectfully submitted,

                                                                       MICHAEL F. HERTZ
                                                                       Acting Assistant Attorney General

                                                                       ____/s/ Patrick D. Davis_____
                                                                       JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                                       VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                                       TERRY M. HENRY
                                                                       ANDREW I. WARDEN
                                                                       PATRICK D. DAVIS (DC Bar No. 978772)
                                                                       United States Department of Justice
                                                                       Civil Division, Federal Programs Branch
                                                                       20 Massachusetts Avenue N.W.
                                                                       Washington, DC  20530
                                                                       Tel: (202) 305-0879
                                                                       Fax: (202) 616-8470

                                                                       Attorneys for Respondents