# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ADEL HAMLILY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-0763 (JDB)** |
| | ) | |
| **BARACK OBAMA,** *et al.,* | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

## NOTICE OF FILING OF
## DECLASSIFIED, PROTECTED FACTUAL RETURN

NOTICE is hereby given that, pursuant to the Court's December 22, 2008 Case

Management Order and the Court's Minute Orders dated January 15 and January 21,

2009, Respondents have filed today the Declassified Factual Return for petitioner Adel

Hamlily, ISN 1452, which Respondents seek to have designated as "protected

information" pursuant to the protective order entered herein by the Court's Order of

September 11, 2008.  Respondents will file a motion to confirm designation of

declassified factual returns as "Protected" in due course.

As noted in the Government's Notice of Service of Declassified, Protected

Factual Return And Consent Motion for Extension Of Time to File Declassified Factual

Return filed on January 16, 2009, Respondents do not object to petitioner's counsel

sharing the Declassified Factual Return with the petitioner-detainee in this case.

However, information revealed in this Declassified Factual Return that is not revealed in

the Unclassified Factual Return filed in this matter may not be shared with any other

individuals, such as witnesses.  Moreover, the "Protected" designation would prevent any

other dissemination or distribution, including to the public, internet sites, or other

recopying or reprinting that would make possible the assembly of a large number of the

declassified returns.  Because the Declassified Factual Return has been prepared in order

to reveal to the petitioner the maximum information possible consistent with the

Government's national security obligations, it thus contains sensitive, unclassified

information that would need to be redacted prior to public disclosure.  Declaration(s) that

provide a justification for each item not declassified in the Declassified Factual Return

will be filed in due course.


Dated: January 21, 2009                    Respectfully submitted,

                                           MICHAEL F. HERTZ
                                           Acting Assistant Attorney General


                                            /s/ Frederick S. Young_____
                                           JOSEPH H. HUNT (D.C. Bar No. 431134)
                                           VINCENT M. GARVEY (D.C. Bar No. 127191)
                                           TERRY M. HENRY
                                           PAUL E. AHERN
                                           FREDERICK S. YOUNG (D.C. Bar No. 421285)
                                           Attorneys
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Avenue, N.W.
                                           Washington, DC  20530
                                           Tel:  202-305-9936
                                           Fax: 202-305-2685
                                           E-mail: Frederick.Young@usdoj.gov

                                           Attorneys for Respondents