# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION ) ) ) | Misc. No. 8-442 (TFH) |
| and ) ) | |
| MOHAMMED AL-ADAHI, *et al.* ) ) | |
| *Petitioners*, ) ) | |
| *v.* ) ) | Civil Action No. 05-280 (GK) |
| GEORGE W. BUSH, *et al.*, ) ) | |
| *Respondents*. ) | |

## NOTICE OF FILING SUPPLEMENT TO PETITIONER MOHAMMED AHMED SAEED AL-ADAHI'S OBJECTION REGARDING CONSOLIDATION

As required by the Protective Order in this matter, undersigned counsel hereby gives notice that on January 22, 2009, copies of the Supplement to Petitioner Mohammed Ahmed Saeed Al-Adahi's Objection Regarding Consolidation were delivered to the Court Security Officer for filing in the above captioned cases.

8178852.2

Counsel for Petitioners:

   /s/ Brian C. Spahn.
Brian C. Spahn (Pursuant to LCvR 83.2(g))
Richard G. Murphy, Jr. (D.C. Bar No. 472769)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0635
Facsimile: (202) 637-3593

Kristin B. Wilhelm (Pursuant to LCvR 83.2(g))
Sara Toering (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806

John A. Chandler (Pursuant to LCvR 83.2(g))
King & Spalding LLP
1180 Peachtree St NE
Atlanta, Ga. 30309-3521
Telephone: 404-572-4646
Facsimile: 404 573 5142

January 22, 2009
Washington, DC

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2009 I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**David J. Stander**
david.stander@usdoj.gov

**Judry Laeb Subar**
judry.subar@usdoj.gov

**Paul Edward Ahern**
paul.ahern@usdoj.gov

**Scott Michael Marconda**
scott.marconda@usdoj.gov

**Terry Marcus Henry**
terry.henry@usdoj.gov

**Alexander Kenneth Haas**
alexander.haas@usdoj.gov

**Andrew I. Warden**
andrew.warden@usdoj.gov

**James C. Luh**
james.luh@usdoj.gov

**Kathryn Celia Mason**
Kathryn.Mason@usdoj.gov

**Rodney Patton**
rodney.patton@usdoj.gov


SUTHERLAND ASBILL & BRENNAN LLP
By:    /s/ Brian C. Spahn
Brian C. Spahn