**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MUIEEN ADEEN JAMAL ADEEN ABD )
AL FUSAL ABD AL SATTAR, )
                       )
         Detainee, United States Naval Station at )    Judge: John D. Bates
         Guantánamo Bay, Cuba, Petitioner, )
                       )    Misc. No. 08-0442
v. )
                       )    Civil Action No. 08-1236
BARACK OBAMA, et al., )
                       )
         Respondents. )
                       )

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related

to, but not limited to, unauthorized disclosure of classified information, espionage and related

offenses, the Intelligence Identities Protection Act, 50 U.S.C. § 421, 18 U.S.C. § 641, 50 U.S.C.

§ 783, 28 C.F.R. § 17, *et seq*., and Executive Order 12958, I understand I may be the recipient of

information and documents that belong to the United States and concern the present and future

security of the United States, and that such documents and information together with the

methods and sources of collecting it are classified by the United States government. In

consideration for the disclosure of classified information and documents:

        (1)     I agree that I shall never divulge, publish, or reveal other by word, conduct, or

any other means, such classified documents and information unless specifically authorized in

writing to do so by an authorized representative of the United States government, or as expressly

authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abd Al Sattar v. Obama, et al., Case No. 08-1236;

(2)     I agree that the Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me;

(3)     I have received, read, and understood the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abd Al Sattar v. Obama, et al., Case No. 08-1236, and I agree to comply with the provisions thereof.

DATED: January 24, 2009 BY:          RHONDA HUCZEL
                                     Legal Secretary

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms.

Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order. The undersigned acknowledges that her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: January 24, 2009 BY:          RHONDA HUCZEL
                                     Legal Secretary

2