# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY<br>DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)**<br><br>**Civil Action No. 05-2387 (RMC)** |

## NOTICE OF FILING MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION & ACKNOWLEDGMENT

Pursuant to the Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba ("Protective Order') issued by this Court on September 11, 2008, counsel for Petitioner Jobran Saad Al-Quhtani hereby files an executed original of the Memorandum of Understanding Regarding Access to Classified National Security Information ("MOU") and an Acknowledgment attesting to the fact that counsel has read the Protective Order and agrees to be bound by its terms.

Dated: January 26, 2009

Respectfully Submitted,

/s/ John L. Kolakowski
George Brian Busey, DC Bar No. 366760
Ketanji Brown Jackson, DC Bar No. 460651
John L. Kolakowski, DC Bar No. 476628
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW Suite 6000
Washington, D.C. 20006
Tel. (202) 887-1500
Fax (202) 887-0763
Email: gbusey@mofo.com
Email: ketanjijackson@mofo.com
Email: jkolakowski@mofo.com

Charles E. Patterson
Skye H. Donald
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013

Tel. (213) 892-5200
Fax: (213) 892-5454
Email: cpatterson@mofo.com
Email: sdonald@mofo.com

Michael A. Jacobs
Rachael Clarke
Mathew W. dos Santos
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel. (415) 268-7000
Fax (415) 268-7522
Email: mjacobs@mofo.com
Email: rclarke@mofo.com
Email: mdossantos@mofo.com

*Attorneys for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that I today caused the foregoing Notice of Filing of Memorandum of Understanding Regarding Access to Classified National Security Information & Acknowledgment to be served electronically via the Court's Electronic Case Filing System which will send notification to all counsel of record, and copies of the executed original to be delivered by U.S. Mail to the government counsel in the above-captioned matter and to the Court Security Officer:

| | |
|---|---|
| Terry M. Henry | Christine E. Gunning |
| Timothy A. Bass | United States Department of Justice |
| Alexander K. Haas | Court Security Office |
| David H. White | 20 Massachusetts Avenue, NW, Room 5300 |
| Julia A. Berman | Washington, D.C. 20530 |
| Kathryn C. Mason | |
| Patrick D. Davis | |
| U.S. DEPARTMENT OF JUSTICE | |
| Civil Division | |
| Federal Programs Branch | |
| 20 Massachusetts Avenue, NW | |
| Washington, D.C. 20530 | |
| Tel. (202) 305-7527 | |
| Fax (202) 616-8470 | |
| Email: terry.henry@usdoj.gov | |
| Email: timothy.bass2@usdoj.gov | |
| Email: alexander.haas@usdoj.gov | |
| Email: david.white2@usdoj.gov | |
| Email: julia.berman@usdoj.gov | |
| Email: kathryn.mason@usdoj.gov | |
| Email: patrick.davis2@usdoj.gov | |

Dated: January 26, 2009         /s/ Theresa Rollins
                                Theresa Rollins