# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| IN RE: ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 05-2386 (RBW) |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

Adam R. Chiss respectfully requests that this Court grant him leave to withdraw as counsel for Petitioners Walid Ibrahim Mustafa Abu Hijazi (ISN 049), Umar Hamzayevich Abdulayev (ISN 257), and Maasoum Abdah Mouhammad (ISN 330) from the above-entitled action. As of January 26, 2009, Mr. Chiss is no longer an employee of Reed Smith LLP, 10 S. Wacker Drive, Chicago, Illinois, 60606, and Petitioners' representation in these habeas proceedings has at all times been undertaken by Reed Smith. After leaving Reed Smith, Mr. Chiss will not counsel or advise petitioners, nor will Mr. Chiss represent them in any respect. Consequently, Mr. Chiss should be granted leave to withdraw as counsel.

WHEREFORE, it is respectfully requested that this motion for Adam R. Chiss to withdraw as counsel in this case for Petitioners Walid Ibrahim Mustafa Abu Hijazi (ISN 049), Umar Hamzayevich Abdulayev (ISN 257), and Maasoum Abdah Mouhammad (ISN 330) be granted.

Dated: January 27, 2009

Respectfully submitted,

/s/ Adam R. Chiss
Adam R. Chiss
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
achiss@reedsmith.com

101045825.1

# CERTIFICATE OF SERVICE

      The undersigned states that on January 27, 2009, I electronically filed the foregoing **Motion to Withdraw as Counsel** with the Clerk of the Court using the ECF system, which will send notification of such filings to all counsel of record.

    /s/ Adam R. Chiss
Adam R. Chiss
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
achiss@reedsmith.com