IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAHLID SAAD MOHAMMED, | ) | |
| | ) | |
| Detainee, United States Naval Station at | ) | Judge: Rosemary M. Collyer |
| Guantánamo Bay, Cuba, Petitioner, | ) | |
| | ) | Misc. No. 08-0442 |
| v. | ) | |
| | ) | Civil Action No. 08-1230 |
| BARACK OBAMA, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IN RE: GUANTANAMO BAY DETAINEE LITIGATION                                                                                                          Doc. 1551

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses, the Intelligence Identities Protection Act, 50 U.S.C. § 421, 18 U.S.C. § 641, 50 U.S.C. § 783, 28 C.F.R. § 17, *et seq.*, and Executive Order 12958, I understand I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal other by word, conduct, or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized

by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned <u>Mohammed v. Obama, et al.</u>, Case No. 08-1230;

(2) I agree that the Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me;

(3) I have received, read, and understood the Protective Order entered by the United States District Court for the District of Columbia in the case captioned <u>Mohammed v. Obama, et al.</u>, Case No. 08-1230, and I agree to comply with the provisions thereof.

DATED: January 26, 2009   BY: _____
                              RHONDA HUCZEL
                              Legal Secretary

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that she has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms.

Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order. The undersigned acknowledges that her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: January 26, 2009   BY: _____
                              RHONDA HUCZEL
                              Legal Secretary

2