# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOBRAN SAAD AL-QUHTANI, et. al.,** | |
| *Petitioner,* | |
| v. | Civil Action No. 05-2387 (RMC) |
| **George W. Bush, et. al.,** | |
| *Respondent.* | |
| IN RE: | Misc. No. 08-442 (TFH) |
| **GUANTANAMO BAY DETAINEE LITIGATION** | |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to L.C.v.R. 83.6, I hereby move to withdraw as counsel for Petitioner Jobran Saad Al-Quhtani in the above-captioned actions. An affidavit respecting the requirements of that rule is attached as Exhibit A.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500 Ext. 109
Fax: (202) 208-7515
Email: mary_petras@fd.org

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2009, the foregoing Motion to Withdraw as Counsel and Exhibit were served electronically via the Court's Electronic Case Filing system, which will send notification of such filing to all counsel of record.

/s/
_____
MARY MANNING PETRAS