IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GUANTANAMO BAY | ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION | ) | |
| _____ ) | | |
| | ) | |
| ALLA ALI BIN ALI AHMED | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil No. 05-1678 (GK) |
| | ) | |
| BARACK H. OBAMA, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| _____ ) | | |

**PETITIONER'S NOTICE OF FILING UNDER SEAL OF
MOTION REQUESTING
DISCOVERY PURSUANT TO SECTION I.E.2 OF THE CMO**

NOTICE is hereby given that on January 22, 2009, Petitioner filed with the Court

Security Officer, for delivery to the Court and service upon the Government, Petitioner's motion

requesting discovery pursuant to Section I.E.2 of the Case Management Order and a Proposed

Order pertaining to that motion.

Respectfully submitted,

Dated:  January 28, 2009                                    /s/ Kit A. Pierson

                                                                      _____
Shane Kandidal (DC #454248)                      Kit A. Pierson (DC #398123)
CENTER FOR                                                 Law Office of Kit A. Pierson (DC
CONSTITUTIONAL RIGHTS                        1629 K Street, NW
666 Broadway, 7th Floor                              Suite 300
New York, NY  10012                                   Washington, DC  20006
New York, NY 10012                                     (703) 343-3651

*Of Counsel for Petitioner*                              Brent N. Rushforth (DC #13235)
                                                                       Day Pitney LLP

1100 New York Ave., N.W.
Suite 300
Washington, D.C. 20005
(202) 218-3917

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I, Kit A. Pierson, hereby certify that on January 28, 2009, I electronically filed and served

the foregoing Notice of Filing Under Seal of Motion Requesting Discovery Pursuant to Section

I.E.2 of the CMO.

/s/ Kit A. Pierson

_____

Kit A. Pierson