IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>   GUANTANAMO BAY<br>   DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| ALI SHAH MOUSOVI, et al.,<br>   *Petitioners/Plaintiffs,*<br>v.<br>GEORGE W. BUSH, et al.,<br>   *Respondents/Defendants.* | Civil No. 05-CV-1124 (RMC) |
| HAMID AL RAZAK, et al.,<br>   *Petitioners/Plaintiffs,*<br>v.<br>GEORGE W. BUSH, et al.,<br>   *Respondents/Defendants.* | Civil No. 05-CV-1601 (GK) |
| ABDULLAH WAZIR ZADRAN, et al.<br>   *Petitioners/Plaintiffs,*<br>v.<br>GEORGE W. BUSH, et al.,<br>   *Respondents/Defendants.* | Civil No. 05-CV-2367 (RWR) |

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq., and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

Date: January 27, 2009

Juliet Sarkessian
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: 215.994.2596
Fax: 215.655.2596

*Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I, Bill Rueter, hereby certify that on January 28, 2009, I caused to be served via electronic filing and email a true and correct copy of the foregoing Memorandum of Understanding Regarding Access to Classified National Security Information on counsel of record for Respondents, as follows:

Andrew Warden
United States Department of Justice
Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
andrew.warden@usdoj.gov

Jane L. Westby
U.S. Department of Justice
20 Massachusetts Ave., N.W., Suite 5115
Washington, D.C. 20530
jane.westby2@usdoj.gov

Terry M. Henry
United States Department of Justice
Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Terry.Henry@usdoj.gov

Kathryn C. Mason
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7221
Washington, D.C. 20530
Kathryn.Mason@usdoj.gov

Robert Dalton
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7221
Washington, D.C. 20530
Bob.Dalton2@usdoj.gov

Peter McVeigh
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7221
Washington, D.C. 20530
Peter.McVeigh2@usdoj.gov

Carolyn Mark
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Carolyn.Mark@usdoj.gov

Gerard.Sullivan
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Gerard.Sullivan2@usdoj.gov

Kristina Ann Wolfe
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Kristina.Wolfe@usdoj.gov


/s/ Bill Rueter
Bill Rueter

13367760.1.LITIGATION