UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| WALEED SAEED BN SAEED ZAID (ISN 550),<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-cv-1646 (JDB) |

**NOTICE OF PETITIONER WALEED SAEED BN SAEED ZAID'S
REQUEST FOR 30 DAYS' NOTICE OF TRANSFER**

Pursuant to Judge Hogan's Order dated July 10, 2008 and entered on July 11, 2008 (Dkt. Entry #52-2) requiring that "in cases in which the petitioner requests such notice, the government shall file notice with the Court 30 days prior to any transfer of a petitioner from Guantanamo Bay, Cuba," undersigned counsel for Mr. Waleed Saeed Bn Saeed Zaid, ISN #550, hereby inform the Court that they have requested such notice of any proposed or planned transfer of said petitioner, by transmitting a written request to that effect, by Federal Express and e-mail, to Gerard Sullivan, Andrew Warden, and Terry Henry, counsel for Respondents.

Dated: January 29, 2009                     Respectfully submitted,

1

/s/ Peter B. Ellis
Peter B. Ellis
Mass. BBO #153500
Andrew Loewenstein
Mass. BBO #648074
Usha-Kiran K. Ghia
Mass. BBO#: 666711
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Tel: 617-832-1183
Fax: 617-832-7000

*Attorneys for Petitioner*
*Waleed Saeed Bn Saeed Zaid, ISN# 550*