## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action Nos. 05-cv-2386 (RBW);<br>05-1646 (JDB) |

### NOTICE OF FILING OF ACKNOWLEDGMENT PURSUANT TO
### PROTECTIVE ORDER DATED SEPTEMBER 11, 2008

Undersigned counsel for the Petitioners respectfully state as follows:

1. The Protective Order dated September 11, 2008, provides that: "Without authorization from the government or the Court, protected information shall not be disclosed or distributed to any person or entity other than the following:

   a. petitioner's counsel, provided such individuals signed the Acknowledgment, attached hereto as Exhibit B, attesting to the fact that they read this Protective Order and agree to be bound by its terms...." (Section I.E. para. 35.a.)

2. The term "Petitioners' counsel" is defined in the Protective Order to include "attorneys employed or retained by or on behalf of a petitioner for purposes of representing the petitioner in habeas corpus or other litigation in federal court in the United States, as well as co-counsel, interpreters/translators, paralegals, investigators and all other personnel or *support staff* employed or engaged to assist in the litigation." (Section I.B. para. 11) (emphasis added).

3. Caroline Scott is an administrative assistant employed by Foley Hoag LLP. She assists undersigned counsel in the representation of the Petitioners indicated below. In order to maintain and handle protected information concerning Petitioners, the Protective Order entered in this case requires that Ms. Scott file an executed Acknowledgment form. This signed and dated Acknowledgment is attached hereto.

Dated: January 29, 2009

Respectfully submitted,

/s/ Peter B. Ellis
Peter B. Ellis
Mass. BBO #153500
Andrew Loewenstein
Mass. BBO #648074
Usha-Kiran K. Ghia
Mass. BBO#: 666711
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Tel: 617-832-1183
Fax: 617-832-7000

*Attorneys for Petitioner
Mohammed Ahmed Saeed Hidar (ISN 498); Waleed Saeed Bn Saeed Zaid (ISN 550)*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-442 (TFH)

Civil Action Nos. 05-cv-2386 (RBW);
05-1646 (JDB)

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: January 29, 2009    BY: CAROLINE SCOTT
                                (type or print name)

                           SIGNED: Caroline Scott