UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION<br><br>AL HALMANDY, *et al.*,<br><br>        Petitioners,<br><br>        v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>        Respondents. | Misc. No. 08-442 (TFH)<br><br><br><br><br><br>No. 05-cv-2385 (RMU) |

**PETITIONERS' AND RESPONDENTS' JOINT MOTION FOR A CONTINUANCE OF RESPONDENTS' MOTION TO DISMISS HABEAS PETITIONS WITHOUT PREJUDICE OR, ALTERNATIVELY, TO HOLD PETITION IN ABEYANCE PENDING COMPLETION OF MILITARY COMMISSION PROCEEDINGS**

On January 16, 2009, Respondents filed a Motion To Dismiss Habeas Petition Without Prejudice Or, Alternatively, To Hold Petition In Abeyance Pending Completion Of Military Commission Proceedings (the "Motion") against two of the petitioners in the above-captioned case, Mohammed Jawad (a/k/a "Saki Bacha") and Mohammed Kameen. The basis for the Motion was that active military commission proceedings were ongoing against Petitioners. Petitioners' opposition to the Motion is due January 30, 2009.

On January 22, 2009, President Obama signed an Executive Order ordering the Review and Disposition of Individuals Detained at the Guantánamo Bay Naval Base and Closure of Detention Facilities (the "Executive Order"). Ex. A. Section 2(c) of the Executive Order recognized that the "individuals currently detained at Guantánamo have the constitutional

privilege of the writ of habeas corpus. Most of those individuals have filed petitions for a writ of habeas corpus in Federal court challenging the lawfulness of their detention." *Id*. Section 7 of the Executive Order then ordered that the

> Secretary of Defense shall immediately take steps sufficient to ensure that during the pendency of the Review . . . , all proceedings of such military commissions to which charges have been referred but in which no judgment has been rendered, and all proceedings pending in the United States Court of Military Commission Review, are halted.

*Id.*

On January 26, 2009, Petitioners, through their respective Counsel, asked Respondents to consider withdrawing the Motion in light of the Executive Order. On January 27, 2009, Respondents informed Petitioners' Counsel that Respondents are in the process of considering how they will proceed in this and similar cases, and are not in a position to withdraw the Motion at this time. That same day, Petitioners' Counsel and Respondents agreed to a two-week continuance of Petitioners' time to oppose the Motion, without prejudice to any further request for scheduling relief, while Respondents' assessment continues.

Accordingly, Petitioners and Respondents respectfully request that the Court grant a two-week continuance of Petitioners' time to oppose the Motion in the above-captioned case until February 13, 2009.

Dated: January 29, 2009

Respectfully submitted,

 /s/ Hina Shamsi

Hina Shamsi (admitted *pro hac vice*)
Jonathan L. Hafetz (admitted *pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 519-7886
Fax: (212) 549-2583
hshamsi@aclu.org

Major David J.R. Frakt (admitted *pro hac vice*)
Office of Military Commissions
Office of the Chief Defense Counsel
Franklin Court Building, Suite 2000D
1099 14th Street, N.W., Suite 119
Washington, D.C. 20005
Phone: (202) 761-0133, ext. 106
Fax: (202) 761-0510
fraktd@dodgc.osd.mil

 /s/ Arthur B. Spitzer

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
Phone: (202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com

*Counsel for Petitioner Mohammed Jawad*

  /s/ Shayana Kadidal

Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Phone: (212) 614-6438
Fax: (212) 614-6499
kadidal@ccrjustice.org

*Counsel for Petitioner Mohammed Jawad*


MICHAEL F. HERTZ
Acting Assistant Attorney General


  /s/ Kristina A. Wolfe
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
KRISTINA A. WOLFE

Attorneys
United States Department of Justice
Civil Division, Federal Programs Bench
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 353-4519
Fax: (202) 616-8202
*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a true and accurate copy of the foregoing to be served electronically via the Court's Electronic Case Filing system.

Dated:  January 29, 2009

/s/ Arthur B. Spitzer
Arthur B. Spitzer