# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOTAI SAIB (ISN 288), *et al*.      ) | |
| ) | Misc. No. 08-0442 (TFH) |
| Petitioners      ) | |
| ) | Civil No. 05-CV-1353 (RMC) |
| v.      ) | |
| ) | |
| BARACK H. OBAMA, *et al*.[1]   ) | |
| ) | |
| Respondents.      ) | |

## NOTICE OF FILING CLASSIFIED TRAVERSE

Please take notice that, pursuant to the Protective Orders entered in this case, on January 29, 2009, Petitioner Motai Saib, through his counsel, Holland & Hart llp, filed his Classified Traverse To The Factual Return with the Court Security Officer.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), President Obama is substituted for former President Bush.

Dated: January 30, 2009

Respectfully submitted,

*/s Danielle R. Voorhees* _____
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William Murane
Danielle R. Voorhees
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY 10012
phone: (212) 614-6438
fax: (212) 614-6499

**CERTIFICATE OF SERVICE**

I hereby certify that on 1/30/2009, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 7144
>Washington, DC  20530

>*/s Danielle R. Voorhees*_____
>Holland & Hart LLP

4437338_1.DOC