## IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI**, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba, <br> Petitioner, <br><br> v. <br><br> **GEORGE W. BUSH**, et al., <br> Respondents. | **CIVIL ACTION** <br> **(HABEAS CORPUS)** <br><br> No. 08-Civ-1207 (RWR) <br><br> Misc. No. 08-mc-442 (TFH) <br><br> JUDGE: Richard W. Roberts |

## PETITIONER'S AND RESPONDENTS' JOINT MOTION FOR A CONTINUANCE OF RESPONDENTS' MOTION TO DISMISS HABEAS PETITION WITHOUT PREJUDICE OR, ALTERNATIVELY, TO HOLD PETITION IN ABEYANCE PENDING COMPLETION OF MILITARY COMMISSION PROCEEDINGS

On January 16, 2009, Respondents filed a Motion To Dismiss Habeas Petition Without Prejudice Or, Alternatively, To Hold Petition In Abeyance Pending Completion Of Military Commission Proceedings (the "Motion") in the above-captioned case. The basis for the Motion was that active military commission proceedings were ongoing against Petitioner. Petitioner's opposition to the Motion is due January 30, 2009.

On January 22, 2009, President Obama signed an Executive Order ordering the Review and Disposition of Individuals Detained at the Guantánamo Bay Naval Base and Closure of Detention Facilities (the "Executive Order"). Ex. A. Section 2(c) of the Executive Order recognized that the "individuals currently detained at Guantánamo have the constitutional privilege of the writ of habeas corpus. Most of those individuals have filed petitions for a writ of habeas corpus in Federal court

Dockets.Justia.com

challenging the lawfulness of their detention." Ex. A. Section 7 of the Executive Order then ordered

that the

> Secretary of Defense shall immediately take steps sufficient to ensure
> that during the pendency of the Review . . . , all proceedings of such
> military commissions to which charges have been referred but in
> which no judgment has been rendered, and all proceedings pending
> in the United States Court of Military Commission Review, are
> halted.

*Id.*

On January 26, 2009, Petitioner, through Counsel, asked Respondents to consider withdrawing the Motion in light of the Executive Order. On January 27, 2009, Respondents informed Petitioner's Counsel that Respondents are in the process of considering how they will proceed in this and similar cases, and not in a position to withdraw the Motion at this time. That same day, Petitioner's Counsel and Respondents agreed to a two-week continuance of Petitioner's time to oppose the Motion, without prejudice to any further request for scheduling relief, while Respondents' assessment continues.[1]

/ / /

/ / /

/ / /

---

[1] On January 29, 2008, the judge presiding over Petitioner Al-Nashiri's military commission tribunal refused to stay his proceedings for 120 days. Ex. B. P-002, Ruling of James J. Pohl. A pentagon press secretary, reacting to the commission tribunal ruling, insisted that the military commission proceedings are "on hold," regardless of the ruling. Ex. C, Gerry J. Gilmore, Military Commissions Must Obey President's Directive, Official Says, American Forces Press Service, January 30, 2009. Petitioner continues to seek the continuance, given the confusion regarding the commission processes.

Accordingly, Petitioner and Respondents respectfully request that the Court grant a two week

continuance of Petitioner's time to oppose the Motion in the above captioned case until February 13,

2009.

Dated: January 30, 2009
       Las Vegas, Nevada

                            Respectfully Submitted,

                            /s/ Paul G. Turner
                            *PAUL G. TURNER
                            Nevada Bar No. 07941
                            Assistant Federal Public Defender
                            *GERALD BIERBAUM
                            Texas Bar No. 24025252
                            Assistant Federal Public Defender
                            411 East Bonneville Avenue, Ste. 250
                            Las Vegas, NV 89101
                            (702) 388-6577
                            *Attorneys for Petitioner

Dated: January 30, 2009

                            Respectively submitted,
                            GREGORY KATSAS
                            Assistant Attorney General
                            JOHN C. O'QUINN
                            Deputy Assistant Attorney General

                            /s/ Kristina A. Wolfe
                            JOSEPH H. HUNT (D. C. Bar No. 431134)
                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                            TERRY M. HENRY
                            KRISTINA A. WOLFE
                            Attorneys
                            United States Department of Justice
                            Civil Division, Federal Programs Branch
                            20 Massachusetts Avenue, N.W.
                            Washington, D.C. 20530
                            Tel: (202) 353-4519
                            Fax: (202) 616-8202
                            Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2009, I served the foregoing PETITIONER'S AND RESPONDENTS' JOINT MOTION FOR A CONTINUANCE OF RESPONDENTS' MOTION TO DISMISS HABEAS PETITION WITHOUT PREJUDICE OR, ALTERNATIVELY, TO HOLD PETITION IN ABEYANCE PENDING COMPLETION OF MILITARY COMMISSION PROCEEDINGS, with the United States District Court for the District of Columbia for electronic filing (CM/ECF) with the Court and service on the persons listed on the attached service list:

**Judry Laeb Subar**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Email: judry.subar@usdoj.gov

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
Email: alexander.haas@usdoj.gov

**Kathryn Celia Mason**
U.S. DEPARTMENT OF JUSTICE
Email: Kathryn.Mason@usdoj.gov

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE
Email: andrew.warden@usdoj.gov

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
Email: terry.henry@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE
Email: jean.lin@usdoj.gov

**Jonathan S. Needle**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
E-mail: jonathan.needle@usdoj.gov

**Kristina Ann Wolfe**
U.S. DEPARTMENT OF JUSTICE
E-mail: kristina.wolfe@usdoj.gov

/s/ Leianna Montoya
An Employee of the Federal Public Defenders Office