# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) | **Civil Action Nos.** |
| **DETAINEE LITIGATION** ) | **05-CV-2386; 06-CV-1766; 08-CV-1221;** |
| ) | **08-CV-1230** |
| ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF FILING OF FACTUAL RETURNS
## AND AMENDED FACTUAL RETURNS

Respondents have submitted to the Court Security Officer for filing their factual returns or amended factual returns in the above-captioned cases, for the following petitioners:

| Case | Name | ISN |
|---|---|---|
| 05-2386 | Al Palestini | 049 |
| 06-1766 | Hentif | 259 |
| 08-1221 | Hamiduva | 022 |
| 08-1230 | Mohammed | 335 |

The returns contain information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return in each case (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: January 30, 2009                    Respectfully submitted,

                                           MICHAEL F. HERTZ
                                           Acting Assistant Attorney General


                                             /s/ *Paul E. Ahern*
                                           JOSEPH H. HUNT (D.C. Bar No. 431134)
                                           VINCENT M. GARVEY
                                           TERRY M. HENRY
                                           PAUL E. AHERN
                                           Attorneys
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Avenue, N.W.
                                           Washington, DC  20530
                                           Tel: (202) 305-0633
                                           Fax: (202) 305-2685

                                           Attorneys for Respondents