# IN THE UNITED STATES DISTRICT
# COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI**, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba,<br>      Petitioner,<br><br>   v.<br><br>**GEORGE W. BUSH**, et al.,<br>      Respondents. | **CIVIL ACTION<br>(HABEAS CORPUS)**<br><br>No. 08-Civ-1207 (RWR)<br>Misc. No. 08-mc-442 (TFH)<br><br>JUDGE: Richard W. Roberts |

## ERRATA TO
## "PETITIONER'S AND RESPONDENTS' JOINT MOTION FOR A CONTINUANCE OF RESPONDENTS' MOTION TO DISMISS HABEAS PETITION WITHOUT PREJUDICE OR, ALTERNATIVELY, TO HOLD PETITION IN ABEYANCE PENDING COMPLETION OF MILITARY COMMISSION PROCEEDINGS" FILED JANUARY 30, 2009, DOCKET #1566 (08-mc-442) & #94 (08-cv-1207)

Petitioner, Abd Al-Rahim Hussain Mohammed Al-Nashiri, by and through undersigned counsel, submits an Errata to correct the inadvertent failure to include a "(Proposed) Order" with the "Petitioner's And Respondents' Joint Motion For A Continuance of Respondents' Motion To Dismiss Habeas Petition Without Prejudice Or, Alternatively, To Hold Petition In Abeyance Pending Completion Of Military Commission Proceedings" filed January 30, 2009, Docket #1566 (08-mc-442) & #94 (08-cv-1207).

/ / /

/ / /

/ / /

Petitioner respectfully requests that the Court accept for filing the attached "(Proposed) Order".

Dated: January 30, 2009.
Las Vegas, Nevada

Respectfully Submitted,

 /s/ Paul G. Turner
*PAUL G. TURNER
Nevada Bar No. 07941
Assistant Federal Public Defender
*GERALD BIERBAUM
Texas Bar No. 24025252
Assistant Federal Public Defender
411 East Bonneville Avenue, Ste. 250
Las Vegas, NV 89101
(702) 388-6577
*Attorneys for Petitioner

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2009, I served the foregoing ERRATA TO "PETITIONER'S AND RESPONDENTS' JOINT MOTION FOR A CONTINUANCE OF RESPONDENTS' MOTION TO DISMISS HABEAS PETITION WITHOUT PREJUDICE OR, ALTERNATIVELY, TO HOLD PETITION IN ABEYANCE PENDING COMPLETION OF MILITARY COMMISSION PROCEEDINGS" FILED JANUARY 30, 2009, DOCKET #1566 (08-mc-442) & #94 (08-cv-1207), with the United States District Court for the District of Columbia for electronic filing (CM/ECF) with the Court and service on the persons listed on the attached service list:

**Judry Laeb Subar**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Email: judry.subar@usdoj.gov

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
Email: alexander.haas@usdoj.gov

**Kathryn Celia Mason**
U.S. DEPARTMENT OF JUSTICE
Email: Kathryn.Mason@usdoj.gov

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE
Email: andrew.warden@usdoj.gov

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
Email: terry.henry@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE
Email: jean.lin@usdoj.gov

**Jonathan S. Needle**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
E-mail: jonathan.needle@usdoj.gov

**Kristina Ann Wolfe**
U.S. DEPARTMENT OF JUSTICE
E-mail: kristina.wolfe@usdoj.gov

                                          /s/ Leianna Montoya
                                          An Employee of the Federal Public Defenders Office