IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **AHMED YASLAM SAID KUMAN,** | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 08-CV-1235 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| **BARACK H. OBAMA, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**UNOPPOSED MOTION TO STAY PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner, AHMED YASLAM SAID KUMAN, by his undersigned counsel, respectfully move for a stay of his petition for writ of habeas corpus. In support of their motion, counsel state as follows:

1. The above-captioned petition for a writ of habeas corpus was filed in this Court on July 17, 2008. Counsel's office was appointed to represent petitioner on August 8, 2008.

2. Counsel traveled to Guantánamo Bay during the first week of December, 2008, to meet with petitioner and two other clients whom counsel were appointed to represent. Petitioner declined to meet with counsel on that occasion, but petitioner did meet with counsel on January 22, 2009 when counsel traveled to Guantánamo Bay for a second visit.

3. During counsel's January 22 meeting with petitioner, petitioner indicated that he was aware that the new president had directed that the detention facility at Guantánamo Bay be closed. Petitioner expressed hope that this would result in the release of detainees without the necessity of habeas corpus proceedings.

4. Counsel believe that how the new president's executive order regarding the detention facility at Guantánamo Bay and review of detainee cases is implemented could affect how petitioner wishes to proceed in this case, and Counsel plan to meet again with petitioner in approximately mid-April. Counsel therefore wish to stay these proceedings until April 30, 2009.

5. Petitioner's counsel have conferred with respondents' counsel, and respondents' counsel consent to this stay.

WHEREFORE, counsel for petitioner respectfully request that the Court enter an order:

(1) staying the petition for a writ of habeas corpus of petitioner until April 30, 2009;

(2) vacating the February 11, 2009 status conference as to petitioner, but retaining the status conference as to the other petitioners for whom it is scheduled;

(3) staying the parties' obligations under the applicable case management orders in the above captioned matter until April 30, 2009 or such other date as this stay may be lifted;

(4) ordering that either counsel for petitioner or counsel for respondents may move to lift the stay upon notice to counsel for the opposing party;

(5) directing that the terms and effects of the September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba shall remain in effect; and

(6) granting such other and further relief as the Court deems just.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: February _2_ , 2009.        By ___/S/_____
CARLTON F. GUNN (CA Bar No. 112344)
CRAIG HARBAUGH (D.C. Bar No. 974117)
Deputy Federal Public Defenders
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012-4202
(213) 894-1700; Facsimile: (213) 894-0081
Attorneys for Petitioner