IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**IN RE GUANTANAMO BAY**            ) Civ. Action No. 08-mc-0442-(TFH)
**DETAINEE LITIGATION**             )
_____ )
                                    )
**MUHAMMAD AHMAD ABDALLAH**         )
**AL ANSI, et al.**                 )
                                    )
    *Petitioners*,                  )
                                    )
v.                                  ) Civ. Action No. 08-cv-01923-GK
                                    )
                                    )
**BARACK H. OBAMA, et al.,**        )
                                    )
    *Respondents*.                  )
_____ )

**PETITIONER'S UNOPPOSED MOTION TO AMEND DEADLINE IN
CASE MANAGEMENT ORDER AND FOR AN EXTENSION OF TIME TO
OBTAIN CLIENT AUTHORIZATION**

This habeas action was filed on behalf of Muhammad Ahmad Abdallah al Ansi (ISN 29) on November 3, 2008. For the reasons set forth below, Petitioner moves the Court for an extension of time to obtain client authorization and file a traverse. The Government does not oppose this motion.

**Client Authorization**

On December 10, 2008, Judge Hogan entered a minute order stating that counsel had until February 10, 2009 to obtain and file a signed authorization from Petitioner or a declaration by counsel stating that Petitioner directly authorized

166913

counsel to pursue this action and explaining why counsel was unable to secure a signed authorization.[1]  To date, counsel has not been able to meet with Petitioner, primarily due to delay in obtaining security clearance.  As such, counsel for Petitioner seek an extension of time through and including March 31, 2009 to obtain Mr. al Ansi's authorization, which the Government does not oppose.

**Traverse**

Petitioner requested discovery pursuant to Section I(E)(1) of Judge Kessler's Case Management Order on January 27, 2009.  The Government has indicated through filings on January 30, 2009, that it intends to make some discovery and/or exculpatory evidence available.  Petitioner also intends to seek additional discovery by permission of Court and is presently conferring with the Government on that issue.

According to Section I(G) of Judge Kessler's Case Management Order, Petitioner has until February 13, 2009 to file a traverse (fourteen days after the Government files its notice relating to exculpatory evidence).  Because counsel has not met with Petitioner or reviewed all of the available classified documentation, Petitioner does not have the necessary tools to file a traverse on February 13, 2009,

---

[1] Judge Hogan ordered on December 16, 2008, that all further motions to amend the Case Management Order be directed to the Merits Judges.  *In re Guantánamo Bay Litigation*, No. 08-442 (TFH) at 4, December 16, 2008 [#1315].  Because this motion deals with deadlines set by Judge Kessler's Case Management order, as well as deadlines previously set by Judge Hogan, Petitioner files this motion both before Judge Hogan and Judge Kessler.

as required by Section I(G) of Judge Kessler's Case Management Order. Therefore, counsel for Petitioner seek an extension of time through and including April 27, 2009 to file his traverse to allow time to meet with Mr. al Ansi and conduct discovery. The Government does not oppose this extension of time.

WHEREFORE, for the reasons set forth herein, Petitioner respectfully requests that the deadline to obtain client authorization be extended through and including March 31, 2009 and the deadline to file a traverse be extended through and including April 27, 2009. A proposed order is attached hereto.

Respectfully submitted, this 3rd day of February, 2009.

    /s/ *Lisa R. Strauss*
Emmet J. Bondurant
Georgia Bar No. 066900
Michael B. Terry
Georgia Bar No. 702582
Ronan P. Doherty
D.C. Bar No. 462419
Georgia Bar No. 224885
Lisa R. Strauss
Georgia Bar No.  686943

**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3417
Telephone:  (404) 881-4100
Facsimile:  (404) 881-4111
E-mail:  bondurant@bmelaw.com

                             COUNSEL FOR PETITIONER

## CERTIFICATE OF CONFERRAL

The undersigned certifies that she conferred by telephone in good faith with the Government and the Government does not oppose Petitioner's Motion to Amend Deadlines in the Case Management Order and for an Extension of Time to Obtain Client Authorization.

This 3rd day of February, 2009.

                                               */s/ Lisa R. Strauss*
                                               Lisa R. Strauss

# CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2009, I electronically filed the foregoing PETITIONER'S UNOPPOSED MOTION TO AMEND DEADLINE IN CASE MANAGEMENT ORDER AND FOR AN EXTENSION OF TIME TO OBTAIN CLIENT AUTHORIZATION with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Terry Marcus Henry
Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7212
Washington, D.C. 20530
(202) 514-4107
Fax: (202) 616-8470
Email: terry.henry@usdoj.gov

Patrick D. Davis
U.S. DEPARTMENT OF JUSTICE
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 305-0879
Email: Patrick.Davis2@usdoj.gov

AND BY EMAIL TO:

> Carolyn Mark
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W.
> Washington, DC 20530
> Email: Carolyn.mark@usdoj.gov

*/s/ Lisa R. Strauss*
Lisa R. Strauss