# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | Civil Action Nos. |
| | 02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, 04-cv-1254, |
| | 04-cv-1937, 04-cv-2022, 04-cv-2046, 04-cv-2215, 05-cv-0023, |
| | 05-cv-0247, 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359, |
| | 05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569, |
| | 05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-0764, 05-cv-0877, |
| | 05-cv-0883, 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994, |
| | 05-cv-0998, 05-cv-0999, 05-cv-1048, 05-cv-1124, 05-cv-1189, |
| | 05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353, 05-cv-1429, |
| | 05-cv-1457, 05-cv-1487, 05-cv-1490, 05-cv-1497, 05-cv-1504, |
| | 05-cv-1506, 05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1607, |
| | 05-cv-1623, 05-cv-1638, 05-cv-1645, 05-cv-1646, 05-cv-1678, |
| | 05-cv-1971, 05-cv-1983, 05-cv-2088, 05-cv-2104, 05-cv-2185, |
| | 05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367, |
| | 05-cv-2371, 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2384, |
| | 05-cv-2385, 05-cv-2386, 05-cv-2387, 05-cv-2479, 06-cv-1668, |
| | 06-cv-1684, 06-cv-1690, 06-cv-1758, 06-cv-1761, 06-cv-1765, |
| | 06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338, |
| | 08-cv-0987, 08-cv-1101, 08-cv-1104, 08-cv-1153, 08-cv-1207, |
| | 08-cv-1221, 08-cv-1224, 08-cv-1228, 08-cv-1230, 08-cv-1232, |
| | 08-cv-1233, 08-cv-1235, 08-cv-1236, 08-cv-1237, 08-cv-1238, |
| | 08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-1789, 08-cv-1805, |
| | 08-cv-1828, 08-cv-1923, 08-cv-2019, 08-cv-2083 |

## ERRATA – CORRECTIONS TO RESPONDENTS' EXHIBITS TO THEIR
## JANUARY 21, 2009 FILING

Respondents hereby submit errata with respect to three exhibits filed on January 21, 2009, containing detainee information. Notice of January 21, 2009 (1:08-mc-0442, dkt. no. 1535). Respondents submit corrected versions of Exhibits 1, 2, and 3 as substitutions for those included in the original filing.[1] The substitutions properly note that ISN 168's petition is before Judge Leon, that ISNs 694, 696, and 682 are subject to charges under the Military Commissions Act, that ISN 1015 has been

---

[1] Respondents further plan to file under seal supplements to their January 21, 2009 filing in order to clarify the status of particular detainees.

approved for transfer, that Judge Urbina has granted the habeas writ to the Uighur detainees, and that Judge Leon has denied the habeas writ to ISN 128. They additionally correct case numbers to reflect case consolidations, remove ISN 10011's dismissed habeas petition, and add ISN 10022's recently filed habeas petition. Counsel for Respondents apologize for the errors.

Dated: February 4, 2009

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

___/s/ Patrick D. Davis_____
JOSEPH H. HUNT (DC Bar No. 431134)
VINCENT M. GARVEY (DC Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PATRICK D. DAVIS (DC Bar No. 978772)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 305-0879
Fax: (202) 616-8470

Attorneys for Respondents