IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMED ABDULMALIK, et al.,** | ) | |
| | ) | |
| *Petitioners/Plaintiffs*, | ) | |
| | ) | **Civ. No. 08-1440 (CKK)** |
| v. | ) | |
| | ) | **Misc. No. 08-442 (TFH)** |
| **BARACK OBAMA, et al.,** | ) | |
| | ) | |
| *Respondents/Defendants*. | ) | |
| _____ | ) | |

**NOTICE OF AUTHORIZATION TO REPRESENT PETITIONER**

Pursuant to Judge Hogan's Minute Order of February 5, 2009, undersigned counsel hereby submit the attached declaration stating that Petitioner Mohammed Abdulmalik has directly authorized this habeas action. As counsel represented at the status conference, counsel will undertake to have Mr. Abdulmalik sign an authorization form during this upcoming visit to Guantánamo and will promptly file it after it has been processed by the Privilege Team.

Dated: February 5, 2009

Respectfully submitted,

/s/ Cori Crider

Clive Stafford Smith
Zachary Katznelson
Cori Crider
Ahmed Ghappour

REPRIEVE
PO Box 52742
London EC4P 4WS

1

United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
clivess@mac.com
zachary@reprieve.org.uk
cori@reprieve.org.uk
ahmed@reprieve.org.uk

*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2009, I filed and served the foregoing document on ECF.

_____
Cori A. Crider