IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| ALI HUSSAIN MOHAMMAD MUETY SHAABAN,<br>　　　　　　　　　　Petitioner,<br>v.<br><br>BARACK OBAMA, et al.,<br>　　　　　　　　　　Respondents. | |

## ORDER ADDING APPOINTED COUNSEL

This matter having come before the Court upon the petitioner's unopposed motion to add counsel, IT IS ORDERED that the San Diego Federal Public Defender is appointed as additional counsel in this case.

IT IS SO ORDERED this 5th day of February, 2009.

_____
Honorable Colleen Kollar-Kotelly
United States District Court Judge

Submitted by:

*/s/ Stephen R. Sady*
Stephen R. Sady
Attorney for Petitioner