IN THE UNITED STATE COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ABDULRAHEIM KERIMBAKIEV by
SAMI AL HAJI, as Next Friend,

       Petitioner,

v.

ROBERT M. GATES, Secretary of Defense,

       Respondent.

No. 07-1368

## CONSENT TO MOTION TO DISMISS FOR LACK OF JURISDICTION

Petitioner previously filed for review under the Detainee Treatment Act pursuant to Section 1005 (e)(2), 10 U.S.C. § 801 note.

Petitioner has been transferred to the control of the government of Kazakhstan.

Respondent having moved to dismiss this case for lack of jurisdiction, pursuant to Federal Rule of Appellate Procedure and D.C. Circuit Rule 27, Petitioner consents to the motion with no claim of collateral consequences.

Respectfully submitted,

/s/ Robert A. Weiner

Donald R. Pugliese (9756)
Robert A. Weiner (3381)
Attorneys for Petitioner
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
(212) 547-5474

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2009, I served the foregoing motion

Upon counsel of record by causing a copy to be sent by first class United States mail to:

Charles W. Scarborough
(202) 514-1927
Marleigh D. Dover
(202) 514-3511
Attorneys, Appellate Staff
Civil Division, Room 7244
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Shayana Kadidal
J. Wells Dixon
Gitanjali S. Gutierrez
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
(212) 614-6438

Donald R. Pugliese
Attorney for Petitionter