# IN THE UNITED STATES DISTRICT
# COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI**, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba,<br>      Petitioner,<br><br>     v.<br><br>**GEORGE W. BUSH**, et al.,<br>      Respondents. | **CIVIL ACTION**<br>**(HABEAS CORPUS)**<br><br>No.   08-Civ-1207 (RWR)<br>Misc. 08-mc-0042 (TFH)<br><br><br>JUDGE: Richard W. Roberts |

## **NOTICE**

PLEASE TAKE NOTICE that Petitioner, Abd Al-Rahim Hussain Mohammed Al-Nashiri, by and through undersigned counsel, submitted a document to the Court Security Office on February 9, 2009: Petitioner's "Reply To 'Respondents' Opposition To Petitioner's Motion for An Order Directing Preservation Of Discoverable And Relevant Evidence.'"

Date:   February 9, 2009

                                                Respectfully Submitted,

                                                 /s/ Paul G. Turner
                                                *PAUL G. TURNER
                                                Nevada Bar No. 07941
                                                Assistant Federal Public Defender
                                                *GERALD BIERBAUM
                                                Texas Bar No. 24025252
                                                Assistant Federal Public Defender
                                                411 East Bonneville Avenue, Ste. 250
                                                Las Vegas, NV 89101
                                                (702) 388-6577
                                                *Attorneys for Petitioner

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2009, I served the foregoing **NOTICE**, with the United States District Court for the District of Columbia for electronic filing (CM/ECF) with the Court and service on the persons listed on the attached service list:

**Judry Laeb Subar**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Email: judry.subar@usdoj.gov

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
Email: alexander.haas@usdoj.gov

**Kathryn Celia Mason**
U.S. DEPARTMENT OF JUSTICE
Email: Kathryn.Mason@usdoj.gov

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE
Email: andrew.warden@usdoj.gov

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
Email: terry.henry@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE
Email: jean.lin@usdoj.gov

**Jonathan S. Needle**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
E-mail: jonathan.needle@usdoj.gov

**Kristina Ann Wolfe**
U.S. DEPARTMENT OF JUSTICE
E-mail: kristina.wolfe@usdoj.gov

                                                      /s/ Leianna Montoya
                                                  An Employee of the Federal Public Defender