# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOTAI SAIB (ISN 288), *et al*.  )<br>)<br>Petitioners  )<br>)<br>v.  )<br>)<br>BARACK H. OBAMA, *et al*.[1]  )<br>)<br>Respondents.  )<br>)<br>)  | Civil No. 05-CV-1353 (RMC) |

## NOTICE OF FILING UNCLASSIFIED TRAVERSE

Please take notice that, pursuant to the Protective Orders entered in this case, on February 9, 2009, Petitioner Motai Saib, through his counsel, Holland & Hart llp, submitted his Unclassified Traverse To The Factual Return to the Court for filing under seal. A copy of the Motion to Seal and Unclassified Traverse has been served on counsel for Respondents via electronic mail.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), President Obama is substituted for former President Bush.

Dated: February 9, 2009

        Respectfully submitted,

        */s Danielle R. Voorhees* _____
        Anne J. Castle
        Scott S. Barker
        J. Triplett Mackintosh
        William Murane
        Danielle R. Voorhees
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Denver, CO 80202
        Telephone: (303) 295-8000

        Of Counsel
        Shayana Kadidal
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway 7th Floor
        New York NY 10012
        phone: (212) 614-6438
        fax: (212) 614-6499

**CERTIFICATE OF SERVICE**

I hereby certify that on 2/9/2009, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 7144
>Washington, DC  20530

>*/s Danielle R. Voorhees*_____
>Holland & Hart LLP

4437338_1.DOC