# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
)
**IN RE:**                )       **Misc. No. 08-0442 (TFH)**
)
**GUANTANAMO BAY**        )       **Civil Action No. 05-cv-0392**
**DETAINEE LITIGATION** )
_____)

## NOTICE OF FILING UNDER SEAL

Respondents hereby give notice of their filing under seal of a supplement to their January 21, 2009 filing of detainee information.

Dated: February 9, 2009           Respectfully submitted,

                                  MICHAEL F. HERTZ
                                  Acting Assistant Attorney General

                                  ___/s/ Patrick D. Davis_____
                                  JOSEPH H. HUNT (DC. Bar No. 431134)
                                  VINCENT M. GARVEY (DC Bar No. 127191)
                                  TERRY M. HENRY
                                  ANDREW I. WARDEN
                                  PATRICK D. DAVIS (DC Bar No. 978772)
                                  United States Department of Justice
                                  Civil Division, Federal Programs Branch
                                  20 Massachusetts Avenue N.W.
                                  Washington, DC  20530
                                  Tel: (202) 305-0879
                                  Fax: (202) 616-8470

                                  Attorneys for Respondents