**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                              )
**IN RE:**                    )         **Misc. No. 08-0442 (TFH)**
                              )
**GUANTANAMO BAY**            )         **Civil Action No. 05-cv-0877**
**DETAINEE LITIGATION**       )
_____)

## NOTICE OF FILING UNDER SEAL

Respondents hereby give notice of their filing under seal of a supplement to their January 21, 2009 filing of detainee information.

Dated: February 9, 2009             Respectfully submitted,

                                    MICHAEL F. HERTZ
                                    Acting Assistant Attorney General

                                    ___/s/ Patrick D. Davis_____
                                    JOSEPH H. HUNT (DC Bar No. 431134)
                                    VINCENT M. GARVEY (DC Bar No. 127191)
                                    TERRY M. HENRY
                                    ANDREW I. WARDEN
                                    PATRICK D. DAVIS (DC Bar No. 978772)
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    20 Massachusetts Avenue N.W.
                                    Washington, DC  20530
                                    Tel: (202) 305-0879
                                    Fax: (202) 616-8470

                                    Attorneys for Respondents