# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                              )
**IN RE:**                    )   **Misc. No. 08-0442 (TFH)**
                              )
**GUANTANAMO BAY**            )   **Civil Action No. 05-cv-1601**
**DETAINEE LITIGATION**       )
_____)

## NOTICE OF FILING UNDER SEAL

Respondents hereby give notice of their filing under seal of a supplement to their January 21, 2009 filing of detainee information.

Dated: February 9, 2009            Respectfully submitted,

                                   MICHAEL F. HERTZ
                                   Acting Assistant Attorney General

                                   ___/s/ Patrick D. Davis_____
                                   JOSEPH H. HUNT (DC Bar No. 431134)
                                   VINCENT M. GARVEY (DC Bar No. 127191)
                                   TERRY M. HENRY
                                   ANDREW I. WARDEN
                                   PATRICK D. DAVIS (DC Bar No. 978772)
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   20 Massachusetts Avenue N.W.
                                   Washington, DC  20530
                                   Tel: (202) 305-0879
                                   Fax: (202) 616-8470

                                   Attorneys for Respondents