**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
)
**IN RE:** ) **Misc. No. 08-0442 (TFH)**
)
**GUANTANAMO BAY** ) **Civil Action No. 05-cv-2367**
**DETAINEE LITIGATION** )
_____)

## NOTICE OF FILING UNDER SEAL

Respondents hereby give notice of their filing under seal of a supplement to their January 21, 2009 filing of detainee information.

Dated: February 9, 2009			Respectfully submitted,

						MICHAEL F. HERTZ
						Acting Assistant Attorney General

						___/s/ Patrick D. Davis_____
						JOSEPH H. HUNT (DC Bar No. 431134)
						VINCENT M. GARVEY (DC Bar No. 127191)
						TERRY M. HENRY
						ANDREW I. WARDEN
						PATRICK D. DAVIS (DC Bar No. 978772)
						United States Department of Justice
						Civil Division, Federal Programs Branch
						20 Massachusetts Avenue N.W.
						Washington, DC 20530
						Tel: (202) 305-0879
						Fax: (202) 616-8470

						Attorneys for Respondents