# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                              )
**IN RE:**                    )         **Misc. No. 08-0442 (TFH)**
                              )
**GUANTANAMO BAY**            )         **Civil Action No. 05-cv-2386**
**DETAINEE LITIGATION** )
_____)

## NOTICE OF FILING UNDER SEAL

Respondents hereby give notice of their filing under seal of a supplement to their January 21, 2009 filing of detainee information.

Dated: February 9, 2009                 Respectfully submitted,

                                        MICHAEL F. HERTZ
                                        Acting Assistant Attorney General

                                        ___/s/ Patrick D. Davis_____
                                        JOSEPH H. HUNT (DC Bar No. 431134)
                                        VINCENT M. GARVEY (DC Bar No. 127191)
                                        TERRY M. HENRY
                                        ANDREW I. WARDEN
                                        PATRICK D. DAVIS (DC Bar No. 978772)
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue N.W.
                                        Washington, DC 20530
                                        Tel: (202) 305-0879
                                        Fax: (202) 616-8470

                                        Attorneys for Respondents