**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
**IN RE:**                         )          **Misc. No. 08-0442 (TFH)**
                                          )
**GUANTANAMO BAY**    )          **Civil Action No. 08-cv-1222**
**DETAINEE LITIGATION** )
_____)

**NOTICE OF FILING UNDER SEAL**

Respondents hereby give notice of their filing under seal of a supplement to their January 21, 2009 filing of detainee information.

Dated: February 9, 2009              Respectfully submitted,

                                                    MICHAEL F. HERTZ
                                                    Acting Assistant Attorney General

                                                    ___/s/ Patrick D. Davis_____
                                                    JOSEPH H. HUNT (DC Bar No. 431134)
                                                    VINCENT M. GARVEY (DC Bar No. 127191)
                                                    TERRY M. HENRY
                                                    ANDREW I. WARDEN
                                                    PATRICK D. DAVIS (DC Bar No. 978772)
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    20 Massachusetts Avenue N.W.
                                                    Washington, DC 20530
                                                    Tel: (202) 305-0879
                                                    Fax: (202) 616-8470

                                                    Attorneys for Respondents