IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB - 2 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE:

GUANTÁNAMO BAY
DETAINEE LITIGATION

)
)
)
)
)
)
)

Misc. No. 08-442 (TFH)

AL QOSI,

    Petitioner,

v.

BARACK H. OBAMA,
President of the United States, *et al.*,

    Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:04-cv-01937 (PLF)

## [PROPOSED] ORDER GRANTING PETITIONER'S AMENDED CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO RESPONDENTS' MOTION TO DISMISS HABEAS PETITION WITHOUT PREJUDICE OR, ALTERNATIVELY, TO HOLD PETITION IN ABEYANCE PENDING COMPLETION OF MILITARY COMMISSION PROCEEDINGS

Upon consideration of Petitioner's *Amended Consent Motion for an Extension of Time in Which to Respond* to Respondents' *Motion to Dismiss Habeas Petition Without Prejudice or, Alternatively, to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings*, it is hereby

**ORDERED** that the Motion is granted; Petitioner shall have through and including February 13th in which to respond to Respondents' *Motion to Dismiss*.

SIGNED AND ENTERED this 2nd day of Feb., 2009.

_____
United States District Judge