IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| AL-NASHIRI,<br><br>      Petitioner,<br><br>      v.<br><br>BARACK OBAMA,<br>President of the United States, *et al.*,<br><br>      Respondents. | Civil Action No. 08-1207 (RWR) |

**WITHDRAWAL OF MOTION TO DISMISS HABEAS PETITION WITHOUT PREJUDICE OR, ALTERNATIVELY, TO HOLD HABEAS PETITION IN ABEYANCE PENDING COMPLETION OF MILITARY COMMISSION PROCEEDINGS**

On February 5, 2009, the Convening Authority for the Military Commissions withdrew without prejudice all charges and specifications sworn against Petitioner Abd Al-Rahim Hussain Mohammed Al-Nashiri. *See* Order of Convening Authority (Feb. 5, 2009) attached as Exhibit A. Accordingly, Respondents hereby withdraw their Motion to Dismiss Habeas Petition Without Prejudice or, Alternatively, to Hold Habeas Petition in Abeyance Pending Completion of Military Commission Proceedings (dkt. no. 84).

Date: February 11, 2009

Respectively submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General


    */s/ Kristina A. Wolfe*
JOSEPH H. HUNT (D. C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
PAUL E. AHERN
KRISTINA A. WOLFE

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 353-4519
Fax: (202) 616-8202

Attorneys for Respondents