# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi, et al.,**  *Petitioners,*  v.  **George W. Bush, et al.,**  *Respondents.* | **Civil Action No: 05-CV-2479 (HHK)**  **Civil Action Misc. No. 08-444 (TFH)** |

### CONSENT REQUEST FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION FOR LEAVE TO FILE DISCOVERY REQUESTS

On January 12, 2009, Petitioner Ravil Mingazov filed a Motion for Leave to File Discovery Requests. On February 5, 2009, Respondents filed an Opposition to Petitioner's Motion for Leave to File Discovery Requests. On February 11, 2009, Counsel for petitioner, Mr. Douglas Spaulding, spoke to counsel for respondent, Mr. Paul Cirino, by telephone and requested an extension of time to file a reply. Mr. Cirino consented to petitioner's request for an extension until February 23, 2009. Counsel believes that the requested extension of time will allow the parties to narrow the disputed discovery issues. A status conference is not currently scheduled in this case. For these reasons, Petitioner Mingazov respectfully requests this Court grant him an extension to file his Reply, up to and including February 23, 2009.

Respectfully submitted,

Dated: February 11, 2009        /s/ Allison M. Lefrak
                                Douglas K. Spaulding
                                Gary S. Thompson
                                Allison M. Lefrak
                                Rick W. Roberts
                                Nathan R. Fennessy

                                REED SMITH LLP
                                1301 K Street, NW
                                Suite 1100 – East Tower
                                Washington, DC 20005
                                Phone: (202) 414-9220

                                Bernard J. Casey, D.C. Bar No. 112219
                                Casey ADR Services
                                3018 NE 32nd Place
                                Portland, OR 97212
                                Phone: (415) 515-0855

                                          - and –

                                CENTER FOR CONSTITUTIONAL RIGHTS
                                Gitanjali S. Gutierrez (NY1234)
                                666 Broadway, 7th Floor
                                New York, New York 10012
                                Tel: (212) 614-6439
                                *Counsel for Petitioners*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served by Electronic Case Filing this 11th day of February 2009.

                                                /s/ Allison M. Lefrak
                                                Allison M. Lefrak

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Ghanim-Abdulrahman al-Harbi, et al.,**

    *Petitioners,*

v.

**George W. Bush, et al.,**

    *Respondents.*

**Civil Action No: 05-CV-2479 (HHK)**
**Civil Action Misc. No. 08-442 (TFH)**

## ORDER

Upon consideration of petitioner Ravil Mingazov's consent request for an extension of time to file a Reply to Respondents' Opposition to Petitioner's Motion for Leave to File Discovery Requests, it is by the Court this __ day of February

Ordered that the motion be and it is hereby granted and petitioner shall have up to and including February 23, 2009 to respond to Respondents' Opposition to Petitioner's Motion for Leave to File Discovery Requests.

 

_____

U.S. District Judge