# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | |
| ABDUL RAHMAN AL QYATI, *et al.*, ) | Civil Action No. 08-CV-2019 (RBW) |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | |
| ) | |
| BARACK H. OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## PETITIONERS' MOTION FOR EXTENSION OF TIME TO SUBMIT AUTHORIZATIONS PURSUANT TO DECEMBER 11, 2008 ORDER

Petitioners, Abdul Rahman Umir Al Qyati (ISN 461) and Saad Masir Mukbl Al Azani (ISN 575), by and through counsel, Darold W. Killmer, Mari Newman and Sara J. Rich of KILLMER, LANE, & NEWMAN, LLP, hereby file the following Motion for Extension of Time to Submit Authorizations Pursuant to December 11, 2008 Order (Misc. No. 08-442). As grounds for this Motion, Petitioners state as follows:

      1.     Pursuant to the Court's December 11, 2008 Order (Misc. No. 08-442) counsel are required to "file a signed authorization from Petitioner to pursue this action" on or before February 11, 2009. Counsel for Petitioners Abdul Rahman Umir Al Qyati (ISN 461) and Saad Masir Mukbl Al Azani (ISN 575) have been working diligently to meet the deadline imposed by this Court's Order; however, numerous and substantial commitments in this and other matters

1

require Petitioners to request an additional 30-days within which to submit the required documentation.

2. Specifically, and in addition to the regular press of business, counsel for Petitioners have also been engaged in preparing a Trial Brief and other trial preparations for a seven-day trial scheduled to commence on February 17, 2009 in *Darrell R. Hare v. Denver Merchandise Mart, Inc., et al.*, Civil Action No. 04-cv-02416-REB-MEH; preparing an Opening Brief in the matter of *William Trujillo and Ronald Cruz v. Huerfano County Board of County Commissioners and Roger Cain* in the Tenth Circuit Court of Appeals, Case No. 08-1486; responding to three Motions to Dismiss and drafting Scheduling Orders, Initial Disclosures and discovery in the nine-defendant case of *Timothy Masters v. Terrence A. Gilmore, et al.*, Civil Action Number 08-CV-2278-LTB-KLM; conducting factual investigation, preparation of Scheduling Orders, Initial Disclosures and written discovery in the matters of *Jeffrey Schilling v. Westpeak Global Advisors, L.P., et al.*, Civil Action No. 08-cv-02565-PAB-BNB, *Scott Howard v. John Clarkson, et al.*, Civil Action No. 06-cv-0282-PAB-CBS, *John Sedgeley v. Olympus Surgical & Industrial America, Inc.*, Civil Action No. 08-cv-02082-LTB-MEH, and *Ann Smith Mathews v. Sungate Kids*, Arapahoe County District Court, Case Number 08-cv-0725; and participating in continued settlement negotiations in *Kathleen Mutz v. Deluxe Corporation*.

3. No previous extensions of this deadline have been sought or granted.

**CERTIFICATION PURSUANT TO LCvR 7(m)**

4. Counsel for Petitioners, Sara J. Rich, certifies that she attempted to confer with counsel for Respondents regarding the relief requested in the Instant Motion. As of the time of the filing of the Motion, counsel for Respondents had not responded to Petitioners' inquiry.

Respectfully submitted this 11th day of February, 2009.

KILLMER, LANE & NEWMAN, LLP,

*s/ Sara J. Rich*

---

Darold W. Killmer
Mari Newman
Sara J. Rich
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@KLN-Law.com
mnewman@ KLN-Law.com
srich@KLN-Law.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2009, I electronically filed the foregoing **PETITIONERS' MOTION FOR EXTENSION OF TIME TO SUBMIT AUTHORIZATIONS PURSUANT TO DECEMBER 11, 2008 ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Brent I. Anderson | brent.anderson2@usdoj.gov |
| David Hugh White | david.white2@usdoj.gov |
| Julia A. Berman | julia.berman@usdoj.gov |
| Norman Hardee | Christopher.Hardee2@usdoj.gov |
| Scott D. Levin | Scott.Levin@usdoj.gov |
| Terry M. Henry | terry.henry@usdoj.gov |
| Jeanette Melendez Bead | jbead@lskslaw.com |

*s/ Sara J. Rich*

---