**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

IN RE:                                    :

                                          :        **Misc. No. 08-442 (TFH)**

**GUANTANAMO BAY**                         :

**DETAINEE LITIGATION**        :        **Civil Action No.  08-1828 (RMU)**

_____:

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to the Court's Order of December 12, 2008, Petitioner Mullah Norullah Noori, ISN 006, ("Petitioner"), through his undersigned counsel, respectfully requests an extension of time, until March 31, 2009, to file an authorization or counsel's declaration regarding his representation.

1.        The Court has ordered filing of authorizations or counsel's declaration regarding the representation of Petitioners by February 12, 2009.

2.        Petitioner's counsel plan to visit Guantanamo Bay Naval Station ("GTMO") during the week of March 16, 2009 and will attempt to meet with Petitioner at that time. Assuming this meeting goes forward as scheduled, counsel will seek to obtain an executed authorization from the Petitioner for the undersigned counsel to represent him.

3.        Pursuant to Local Civil Rule 7(m), the undersigned counsel for Petitioner conferred with Respondents' counsel regarding the relief sought in this motion.  Respondents' counsel have no objection to this motion.

4.        Respondents agree to complete all pending discovery obligations under Sections I.E.1. and I.D.1. of Judge Hogan's Case Management Order dated November 6, 2008, as amended on December 16, 2008 (the "CMO").  Respondents will have no further discovery

PRV 995644.1

Dockets.Justia.com

obligations, and Petitioner agrees to hold off on further discovery requests, until the later of (1)

March 31, 2009; or (2) the day the authorization or counsel's declaration is filed.

5.     Petitioner's Traverse will be due two weeks after the later of (1) Respondents

filing the notice certifying that they have disclosed all exculpatory evidence under Section I.D.1.

of the CMO; or (2) Petitioner's counsel filing the authorization or counsel's declaration thereof.

6.     To allow for adequate time to obtain a cleared authorization or counsel's

declaration, counsel request an extension of time until March 31, 2009 in which to file the

authorization for the Petitioner.  Upon receipt of the declassified authorization, counsel will

promptly file it with the Court.

7.     Counsel currently are authorized to represent Petitioner pursuant to the "next

friend" provision of the federal habeas statute.

<div style="margin-left:40%">

Respectfully submitted,

/s/ Patricia A. Sullivan
Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI  02903
Tel: (401) 274-9200
Fax: (401) 276-6611
psullivan@eapdlaw.com
dsherman@eapdlaw.com

Jared A. Goldstein
ROGER WILLIAMS UNIVERSITY
 SCHOOL OF LAW
Ten Metacom Avenue
Bristol, RI  02809
Tel: (401) 254-4594

</div>

Michael Ratner
Shayana Kadidal
J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

**Counsel for Petitioner**


CERTIFICATE OF SERVICE

I hereby certify that on the 12th  day of February, 2009, a true copy of the foregoing document was served upon each attorney of record in Misc. No. 08-442 (TFH) and C.A. No. 08-1828(RMU), by electronic filing, via ECF, of this document with the United States District Court for the District of Columbia:


/s/ Patricia A. Sullivan