# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|                                      |   |                              |
|---|---|---|
| **AHMAD MOHAMMED AL DARBI**          | ) | Misc. No. 08-0442 (TFH)     |
|                                      | ) |                              |
| *Petitioner*,                        | ) |                              |
|                                      | ) | Civil Action No. 05-2371 (RCL) |
| v.                                   | ) |                              |
|                                      | ) |                              |
| **BARACK OBAMA, et al.**             | ) |                              |
|                                      | ) |                              |
| *Respondents*.                       | ) |                              |

## ORDER

Upon consideration of the unopposed motion [114] for an extension of time until February 13, 2009 to respond to the motion to dismiss, it is hereby

ORDERED that the motion is GRANTED, *nunc pro tunc*.

Signed by Chief Judge Royce C. Lamberth on February 13, 2009.

1