## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED AHMED SAEED HIDAR,** ) <br> **a/k/a MOHAMMED AHMED SAID** ) <br> **HAIDEL (ISN #498),** ) <br> ) <br>     **Petitioner,** ) <br> ) <br>     **v.** ) <br> ) <br> **BARACK H. OBAMA, et al.,** ) <br> ) <br>     **Respondents.** ) | **Civil Action No. 05-cv-2386 (RBW)** |
| **IN RE:** ) <br> ) <br> **GUANTANAMO BAY** ) <br> **DETAINEE LITIGATION** ) | **Misc. No. 08-0442 (TFH)** |

### NOTICE OF AUTHORIZATION BY MOHAMMED AHMED SAEED HIDAR

       Pursuant to the Protective Order issued on September 11, 2008 by Judge Hogan, counsel for Petitioner Mohammed Ahmed Saeed Hidar, ISN 498, ("Petitioner") respectfully submits the attached declaration explaining counsel's authority to represent Petitioner. The attachment, entitled "Declaration of Peter B. Ellis," provides evidence of verbal authorization made by Petitioner for undersigned counsel to represent him as his attorney in this litigation.

Dockets.Justia.co

Dated:  February 13, 2009

Respectfully submitted,

Counsel for Petitioner:

 /s/ Peter B. Ellis
Peter B. Ellis
Mass. BBO #153500
Andrew Loewenstein
Mass. BBO #648074
Usha-Kiran K. Ghia
Mass. BBO #666711
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts
02210-2600
617.832.1000

*Attorneys for Petitioner
Mohammed Ahmed Saeed
Hidar, a/k/a Mohammed
Ahmed Said Haidel (ISN
#498)*

<u>**CERTIFICATE OF SERVICE**</u>

      I, Usha-Kiran K. Ghia, certify that on February 13, 2009, I electronically filed the

Notice of Authorization by Mohammed Ahmed Saeed Hidar, using the CM/ECF system

which will automatically send email notification of such filing to the attorneys of record

registered with the Court.

DATED: February 13, 2009

                                By: <u>/s/ Usha-Kiran K. Ghia</u>
                                    Counsel for Petitioner