# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUFYIAN BARHOUMI (ISN 694), *et al.*, )<br>)<br>　　　　Petitioners/Plaintiffs, )<br>)<br>　　v. )<br>)<br>BARACK H. OBAMA, *et al.*, )<br>)<br>　　　　Respondents/Defendants. )<br>　　　　　　　　　　　　　　　　) | Civil No. 05-CV-1506 (RMC) |

## NOTICE OF FILING UNCLASSIFIED TRAVERSE

Please take notice that Petitioner, through his counsel, has submitted to the Clerk of the Court for filing his Unclassified Traverse in the above-captioned case. The Unclassified Traverse included information designated by Respondents as "Protected Information." Therefore, pursuant to the Protective Ordered entered in this case on September 11, 2008, the Unclassified Traverse was submitted under seal. A copy of the Unclassified Traverse has been served on counsel for Respondents via UPS overnight delivery.

Dated: February 13, 2009

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s Nadya C. Bosch*
　　　　　　　　　　　　　　　　　　　　　　　Nadya C. Bosch
　　　　　　　　　　　　　　　　　　　　　　　Scott S. Barker
　　　　　　　　　　　　　　　　　　　　　　　Jonathan S. Bender
　　　　　　　　　　　　　　　　　　　　　　　HOLLAND & HART LLP
　　　　　　　　　　　　　　　　　　　　　　　555 Seventeenth Street
　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (303) 295-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on 2/13/2009, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 7144
>Washington, DC 20530

*/s Nadya C. Bosch*
Holland & Hart LLP

4449706_1.DOC