IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) _____) ) MOHAMEDOU OULD SLAHI ) Petitioner/Plaintiff, ) ) v. ) ) BARACK OBAMA, et al., ) Respondents/Defendants. ) _____) | Misc. No. 08-442 (TFH) Civil No. 1:05-0569 (JR) |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

Petitioner Mohamedou Ould Slahi respectfully gives notice of the filing of Petitioner's Motion for an Order Authorizing Petitioner's Medical Expert to Evaluate Him. The Motion was filed with the Court Security Officer on Friday, February 13, 2009. It will be filed on the public record through the ECF system when counsel have been notified that it contains no classified or protected information or, alternatively, when a version suitable for filing on the public record has been prepared.

1

Dated: February 16, 2009         Respectfully submitted,

/s/Theresa M. Duncan_____
FREEDMAN BOYD HOLLANDER
GOLDBERG & IVES P.A.
Nancy Hollander, *pro bono*
Theresa M. Duncan, *pro bono*
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 (facsimile)
nh@fbdlaw.com
tmd@fbdlaw.com

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Petitioner's Motion for an Order Authorizing Petitioner's Medical Expert to Evaluate Him was served through the Court Security Officer upon

Joseph C. Folio, III
U.S. Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530

by delivering it to the Court Security Officer at the secure facility on the 13th day of February, 2009.

/s/Theresa M. Duncan_____
Theresa M. Duncan
Counsel for Petitioner/Plaintiff