# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ------------------------------------------------------- x<br>:<br>IN RE:                                                       :<br>                                                                :<br>GUANTANAMO BAY                                  :<br>DETAINEE LITIGATION                            :<br>                                                                :<br>                                                                :<br>------------------------------------------------------- x | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

## **NOTICE OF FILING OF PROTECTED INFORMATION UNDER SEAL**

Notice is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008 (Misc. No. 08-442, Docket No. 371), Petitioner Umar Hamzayevich Abdulayev, a/k/a Abdullah Bo Omer Hamza Yoyej, ISN 257, has filed with the Court a submission containing information which respondent has sought to have designated as "protected information." In accordance with paragraph 49 of the protective order, the submission was filed under seal pursuant to Local Civil Rule 5.1(j). The submission is the Petitioner's Motion to Compel and Motion for Discovery. The submission cannot be described in any greater detail without disclosing the substance of the protected information.

Date: February 17, 2009          Respectfully submitted,


*/s/ Matthew J. O'Hara*
Lowell E. Sachnoff
Matthew J. O'Hara
J. Andrew Moss
Ann E. Pille
*(Each Pursuant to LCvR 83.2(g))*
**REED SMITH LLP**
10 South Wacker Drive
Chicago, Illinois 60606
(312) 207-1000
mohara@reedsmith.com

Douglas K. Spaulding
Allison M. Lefrak
Richard W. Roberts
Nathan R. Fennessy
**REED SMITH LLP**
1301 K Street, NW – Suite 1100
Washington, D.C. 20005
(202) 414-9220

Shayana Kadidal (D.C. Bar No. 454248)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Of Counsel