IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____ x
                                          :
                                          :
IN RE:                                    :
                                          :
GUANTÁNAMO BAY                            :   Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                       :
                                          :
                                          :
_____ x
                                          :
                                          :
OTHMAN, et al..                           :
                                          :
                                          :
                  Petitioners,            :
                                          :
         v.                               :   Civil Action No. 05-2088 (RWR)
                                          :
BUSH, et al.,                             :
                                          :
                                          :
                  Respondents.            :
                                          :
                                          :
_____ x
```

## JOINT STATUS REPORT

The parties submit this Joint Status Report as requested by the court during the Status Conference held in this matter on December 3, 2008.

1. Petitioner's counsel scheduled a visit with Petitioner for the first week of January, just after the holidays. A visit to Petitioner Othman was placed on the week's schedule for the afternoon of Sunday, January 4. Prior to the scheduled visit, Ms. Gutierrez requested that the SJA allow her and her interpreter to go back to the cell block in the camp in which Petitioner was located in the event of a refusal; the SJA denied the request. Petitioner refused the meeting on January 4th and the written note sent in by counsel was returned, apparently unread. (The visit

slot on January 4 was filled by a meeting with another CCR client, who is currently the subject of an emergency motion based on his mental health during visits in January and February.)

2. The next visit to Guantanamo by a CCR attorney is tentatively planned for late March. Petitioner's counsel plan to include Petitioner Othman in the next visit schedule. The parties are continuing to negotiate alternative procedures to be employed in the event of a future refusal. The parties propose to report back to the Court with further developments by April 15, 2009.

Dated: February 17, 2009

*Counsel for Petitioners*:

    /s/sdk
Shayana Kadidal (D.C. Bar No. 454248)
Gitanjali S. Gutierrez (pursuant to LCvR 83.2(g))
Pardiss Kebriaei (pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
(212) 614-6438
Fax: (212) 614-6499
kadidal@ccrjustice.org

*Counsel for Respondents*:

    /s/tb
Timothy Bass
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington DC  20530
(202) 305-7527
timothy.bass2@usdoj.gov