# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|                                   |   |                                |
|-----------------------------------|---|--------------------------------|
| ------------------------------- x |   |                                |
| IN RE:                            | : | Misc. No. 08-442 (TFH)         |
|                                   | : |                                |
| GUANTANAMO BAY                    | : | Civil Action No. 05-2386 (RBW) |
| DETAINEE LITIGATION               | : |                                |
| ------------------------------- x |   |                                |

## CORRECTED NOTICE OF FILING OF CLASSIFIED INFORMATION UNDER SEAL

Notice is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008 (Misc. No. 08-442, Docket No. 371), Petitioner Umar Hamzayevich Abdulayev, a/k/a Abdullah Bo Omer Hamza Yoyej, ISN 257, has filed with the Court a submission containing information which the government has designated as "classified information." In accordance with paragraph 47 of the protective order, the submission was filed under seal with the CSO on February 17, 2009. The submission is the Petitioner's Motion to Compel and Motion for Discovery. The submission cannot be described in any greater detail without disclosing the substance of the classified information.

Date: February 18, 2009                Respectfully submitted,


*/s/ Matthew J. O'Hara*
Lowell E. Sachnoff
Matthew J. O'Hara
J. Andrew Moss
Ann E. Pille
*(Each Pursuant to LCvR 83.2(g))*
**REED SMITH LLP**
10 South Wacker Drive
Chicago, Illinois  60606
(312) 207-1000
mohara@reedsmith.com

Douglas K. Spaulding
Allison M. Lefrak
Richard W. Roberts, Jr.
Nathan R. Fennessy
**REED SMITH LLP**
1301 K Street, NW – Suite 1100
Washington, D.C. 20005
(202) 414-9220

Shayana Kadidal  (D.C. Bar No. 454248)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Of Counsel