# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | Civil Action No. 05-2386 (RBW) |

## CORRECTED NOTICE OF FILING OF CLASSIFIED INFORMATION UNDER SEAL

Notice is hereby given that, pursuant to the protective order entered herein by the Court's Order of September 11, 2008 (Misc. No. 08-442, Docket No. 371), Petitioner Umar Hamzayevich Abdulayev, a/k/a Abdullah Bo Omer Hamza Yoyej, ISN 257, has filed with the Court a submission containing information the government has designated as "classified information." In accordance with paragraph 47 of the protective order, the submission was filed with the CSO on February 17, 2009. The submission is the Petitioner's Traverse to the Government's Factual Return to His Petition for a Writ of Habeas Corpus. The submission cannot be described in any greater detail without disclosing the substance of the classified information.

Date:  February 18, 2009	Respectfully submitted,


	*/s/ Matthew J. O'Hara*
	Lowell E. Sachnoff
	Matthew J. O'Hara
	J. Andrew Moss
	Ann E. Pille
	*(Each Pursuant to LCvR 83.2(g))*
	**REED SMITH LLP**
	10 South Wacker Drive
	Chicago, Illinois  60606
	(312) 207-1000
	mohara@reedsmith.com

	Douglas K. Spaulding
	Allison M. Lefrak
	Richard W. Roberts, Jr.
	Nathan R. Fennessy
	**REED SMITH LLP**
	1301 K Street, NW – Suite 1100
	Washington, D.C. 20005
	(202) 414-9220

	Shayana Kadidal  (D.C. Bar No. 454248)
	**CENTER FOR CONSTITUTIONAL RIGHTS**
	666 Broadway, 7th Floor
	New York, NY 10012
	Of Counsel