# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 08-5424

September Term, 2008

FILED ON: FEBRUARY 18, 2009

JAMAL KIYEMBA, NEXT FRIEND, ET AL.,
APPELLEES

v.

BARACK H. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.,
APPELLANTS

Consolidated with 08-5425, 08-5426, 08-5427, 08-5428, 08-5429

Appeals from the United States District Court
for the District of Columbia
(No. 1:08-mc-00442)

Before: HENDERSON and ROGERS, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby reversed and the cases are remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/

Michael C. McGrail
Deputy Clerk

Date: February 18, 2009

Opinion for the court filed by Senior Circuit Judge Randolph.
Opinion concurring in the judgment filed by Circuit Judge Rogers.