# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUFYIAN BARHOUMI (ISN 694), *et al.*,   )
                                      )
               Petitioners/Plaintiffs,   )     Misc. No. 08-0442 (TFH)
                                        )
         v.                          )     Civil No. 05-CV-1506 (RMC)
                                        )
BARACK H. OBAMA, *et al.*,        )
                                        )
            Respondents/Defendants.   )
_____)

## <u>NOTICE OF INADVERTENT FILING IN CASE NO. 08-0442</u>

Please take notice that Petitioner, through his counsel, has inadvertently submitted to the Clerk of the Court for filing his Motion for Limited Discovery, Docket No. 1640 in Case No. 1:08-mc-442 and Docket No. 148 in Case No. 1:05-cv-1506 in the above-captioned cases. Petitioner hereby requests that his Motion for Limited Discovery be filed exclusively in Case No. 1:05-cv-1506 pursuant to Judge Hogan's 01/08/09 Minute Order.

Dated: February 20, 2009

                                      Respectfully submitted,

                                      */s Nadya C. Bosch*_____
                                      Nadya C.Bosch
                                      Scott S. Barker
                                      Jonathan S. Bender
                                      HOLLAND & HART LLP
                                      555 Seventeenth Street
                                      Denver, CO 80202
                                      Telephone: (303) 295-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on 2/20/2009, I electronically filed the foregoing with the

Clerk of the Court using the ECF system, which will send notification of such filing to

the following:

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC 20530

*/s Nadya C. Bosch*
Holland & Hart LLP

4455636_1.DOC