# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi, et al.,** | |
| *Petitioners,* | |
| v. | **Civil Action No: 05-CV-2479 (HHK)** |
| **George W. Bush, et al.,** | **Misc. No. 08-442 (TFH)** |
| *Respondents.* | |

## NOTICE OF FILING

As required by the Protective Order in these matter, undersigned counsel hereby gives notice that on February 23, 2009, the following document containing classified information was submitted for filing in this case: Petitioner's Reply to Respondents' Opposition to Petitioner's Motion for Leave to File Discovery requests.

Dated: February 23, 2009

/s/ Allison M. Lefrak
Douglas K. Spaulding
Gary S. Thompson
Allison M. Lefrak

REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220


Bernard J. Casey, D.C. Bar No. 112219
3018 NE 32nd Pl.
Portland, OR 972125

- and –

CENTER FOR CONSTITUTIONAL RIGHTS
Gitanjali S. Gutierrez (NY1234)
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439

*Counsel for Petitioners*

US_ACTIVE-101222520.1-AMLEFRAK 2/23/09 2:23 PM