# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| UMAR HAMZAYEVICH ABDULAYEV a/k/a ABDULLAH BO OMER HAMZA YOYEJ, ISN 257, | |
| WALID IBRAHIM MUSTAFA ABU HIJAZI, a/k/a MOHAMMED AL PALESTINI, ISN 049, | Civil Action No. 05-2386 (RBW) |
| MAASOUM ABDAH MOUHAMMAD, a/k/a Bilal LNU, ISN 330, and | |
| *Petitioners*, | |
| v. | |
| BARACK H. OBAMA, *et al.*, | |
| *Respondents*. | |

## NOTICE AND FILING MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGEMENT

Attached to this Notice is an executed Memorandum of Understanding and an executed Acknowledgement, both of which are derived from the exhibits to the Court's Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, of September 11, 2008, and entered in this case by Judge Walton on September 11, 2008 (Dkt. 573).

US_ACTIVE-101236635.1

Dockets.Justia.com

Dated:  Chicago, Illinois
        February 25, 2009

                        Respectfully submitted,

/s/ J. Andrew Moss
Lowell E. Sachnoff
Matthew J. O'Hara
J. Andrew Moss (Illinois Bar No. 6270313)
Ann E. Pille
*Each Pursuant to LCvR 83.2(g)*
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-1000
(312) 207-6400 (fax)
amoss@reedsmith.com

Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
*Of Counsel*

COUNSEL FOR PETITIONERS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 25, 2009, I filed the foregoing with the Clerk of Court electronically though the CM/ECF system, which caused all opposing counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ J. Andrew Moss
J. Andrew Moss

EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | Civil Action No. |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

Dated: 14 October 2008

**EXHIBIT B**

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: _14 OCTOBER 2008_  BY: _John Andrew Moes_
                                     (type or print name)

                              SIGNED: _[signature]_