# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUFYIAN BARHOUMI | ) | |
| | ) | |
| Petitioner/Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 05-CV-1506 (RMC) |
| | ) | |
| BARACK H. OBAMA, *et al.*, | ) | |
| | ) | |

## NOTICE OF FILING CLASSIFIED TRAVERSE

Please take notice that on February 25, 2009, Petitioner Sufyian Barhoumi, through his counsel Holland & Hart LLP, submitted his Classified Traverse To The Factual Return to the Court Security Office.

Dated: February 25, 2009

        Respectfully submitted,

        *s/ Nadya C. Bosch*
        Anne J. Castle
        Scott S. Barker
        William Murane
        Danielle R. Voorhees
        Jonathan S. Bender
        Nadya C. Bosch
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Denver, CO 80202
        Telephone: (303) 295-8000

        **ATTORNEYS FOR PETITIONER**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 7144
>Washington, DC  20530

>>>>>*s/ Nadya C. Bosch*_____
>>>>>Holland & Hart LLP

4459484_1.DOC