# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) | Misc. No. 08-442 (TFH) |
| ) | |
| IN RE: ) | Civil Action No. |
| ) | |
| GUANTANAMO BAY ) | 08-CV-1221 (CKK) |
| DETAINEE LITIGATION ) | |
| ) | |
| ) | |

## RESPONDENTS' GLOBAL NOTICE REGARDING PRODUCTION
## OF EXCULPATORY INFORMATION

Pursuant to Section I.D.1 of the Court's coordinated Case Management Order ("CMO") of November 6, 2008, as amended on December 16, 2008, the Government has reviewed the information reviewed by attorneys preparing all factual returns for the Guantanamo habeas proceedings, as well as evidence discovered while litigating the cases, for information that "tends materially to undermine the information presented to support the government's justification for detaining" petitioners. This review built upon prior processes for including such information in the factual returns, and included additional reasonable and systematic searches within the relevant universe of information, including for information that would materially undermine the credibility of any fact witness the Government relies upon to justify petitioners' detention.

The Government has disclosed information required by Section I.D.1, if any, as set forth in the supplemental certification pertaining to production of exculpatory information filed in the individual above-captioned case.

If any further exculpatory information becomes known to the Government, it shall be disclosed as soon as practicable pursuant to Section I.D.2 of the CMO.

                                        Respectfully submitted,

                                        MICHAEL F. HERTZ
                                        Acting Assistant Attorney General

                                        JOSEPH H. HUNT
                                        Director

                                        */s/ Terry M. Henry*
                                        Assistant Branch Director

                                        */s/ Paul E. Ahern*
                                        ANDREW I. WARDEN
                                        PAUL E. AHERN
                                        Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue N.W.
                                        Washington, DC  20530
                                        Tel:  (202) 514-4107

                                        Attorneys for Respondents