# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | Misc. No. 08-0442 |
|  | ) |  |
|  | ) | Civil Action Nos. |
| GUANTANAMO BAY | ) |  |
| DETAINEE LITIGATION | ) |  |
|  | ) | 04-cv-1937 (PLF), 05-cv-2371 (RCL), |
|  | ) | 05-cv-2385 (RBW), 05-cv-2386 (RBW), |
|  | ) | 06-cv-1690 (RBW), 06-cv-1766 (HHK), |
|  | ) | 08-cv-1221 (CKK), 08-cv-1207 (RWR), |
|  | ) | 08-cv-1440 (CKK), 08-cv-1789 (RWR), |
|  | ) | 08-cv-2083 (PLF) |
|  | ) |  |
|  | ) |  |

## RESPONDENTS' ERRATA TO STATUS REPORT AND MOTION FOR EXTENSION OF TIME TO FILE FACTUAL RETURNS AND LEGAL JUSTIFICATION

Respondents hereby file this Errata to Respondents' Status Report and Motion for Extension of Time to File Factual Returns and Legal Justification, Misc. No. 08-442, Feb. 27, 2009 (Dkt. No. 1655) (also filed as Dkt. No. 1656 in Misc. No. 08-442). In footnote four, on page two, respondents stated that "Counsel for ISN 335 (No. 06-cv-1766) objected to the requested extension for filing the legal justification statement." In fact, Counsel for petitioner ISN 335 indicated that they would consent to an extension of time for the legal justification statement until March 10, 2009, but would object to any further extension of time.

Dated: February 28, 2009

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

 */s/ Julia A. Berman*
ANDREW I. WARDEN
PAUL E. AHERN

JULIA A. BERMAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.berman@usdoj.gov

Attorneys for Respondents