IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
                                                        )
IN RE:                                                  )
GUANTANAMO BAY                          )    Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                    )
_____  )
                                                        )
SHAKHRUKH HAMIDUVA,            )
                                                        )
          Petitioner,                           )
                                                        )
          v.                                          )    Civil Action No. 08-1221 (CKK)
                                                        )
BARACK OBAMA,                              )
President of the United States, *et al.,*    )
                                                        )
          Respondents.                        )
_____)

## NOTICE OF SERVICE OF UNCLASSIFIED, PROTECTED FACTUAL RETURN

NOTICE is hereby given that Respondents have served upon counsel for the Petitioner, via e-mail dated February 25, 2009, the unclassified factual return for Petitioner Shakhrukh Hamiduva (ISN 022), which Respondents seek to have designated as "protected information" pursuant to the protective order entered herein by the Court's Order of September 11, 2008. Respondents are conferring with counsel in an attempt to reach an agreement regarding the designation of the information prior to filing a motion with the Court; following the outcome of that conference, Respondents will file an appropriate motion with the Court to have the information designated as "protected."

Respondents, however, do not object to Petitioner's counsel sharing the unclassified return with the Petitioner-detainee in this case.

Dated: March 2, 2009

          MICHAEL F. HERTZ
          Acting Assistant Attorney General

          TERRY HENRY
          Assistant Branch Director


          _/s/ Kristina A. Wolfe_
          ANDREW I. WARDEN
          PAUL E. AHERN
          TIMOTHY WALTHALL
          KRISTINA A. WOLFE

          Attorneys
          United States Department of Justice
          Civil Division, Federal Programs Branch
          20 Massachusetts Avenue, N.W.
          Washington, D.C. 20530
          Tel: (202) 353-4519
          Fax: (202) 616-8202

          Attorneys for Respondents