IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE :                                                )<br>   GUANTANAMO BAY            )<br>   DETAINEE LITIGATION        )<br>_____ ) | Civil Action No. 08-mc-442 |

# NOTICE OF WITHDRAWAL OF DUPLICATE FILED MOTION

     Petitioner, Hamoud Abdullah Hamoud Hassan Al Wady, hereby withdraws his Renewed Motion for Direct Contact with Client, in Case Number 08-mc-442 only. Said motion is not withdrawn in Case Number 08-cv-1237. The motion is withdrawn in Case Number 08-mc-442 only because counsel for petitioner understand that motions in these cases are no longer to be filed under that consolidated case number and counsel did not intend to file the motion under that case number.

DATED:  March 4, 2009

                                                    Respectfully submitted,

                                                    _____/S/_____
                                                  CARLTON F. GUNN (CA Bar No. 112344)
                                                  CRAIG HARBAUGH (D.C. Bar No. 974117)
                                                  Deputy Federal Public Defenders
                                                  Office of the Federal Public Defender
                                                  321 East 2nd Street
                                                  Los Angeles, CA 90012
                                                  (213) 894-1700; Facsimile: (213) 894-0081
                                                  Attorneys for Petitioner