UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

AMMAR AL-BALUCHI,

    Petitioner,

v.

ROBERT M. GATES, *et. al.*

    Respondents.

SUPPLEMENTAL DECLARATION
OF SCOTT L. FENSTERMAKER, ESQ.
PURSUANT TO 28 U.S.C. §1746

Civil Docket Number 08-cv-2083 (PLF)
Misc. No. 0442-08

    SCOTT L. FENSTERMAKER, ESQ. (hereinafter, the "Declarant"), an attorney practicing before the bar of this Court pursuant to Local Rule 83.2(g), hereby declares, under the penalties of perjury, pursuant to 28 U.S.C. §1746, the following:

    1) Declarant is an attorney at law, practicing before this Court pursuant to Local Rule 83.2(g). Declarant is admitted in the courts of New York State, the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the Second and District of Columbia Circuits, and the United States Supreme Court.

    2) Declarant files this supplemental declaration to correct a factual error contained in his March 5, 2009 reply memorandum herein (Document 35, 08-2083; Document 1666, 08-mc-0442).

    3) In his March 5, 2009 reply memorandum, Declarant stated that he received Petitioner's May 26, 2008 letter in November of 2008. This was incorrect. Declarant received Petitioner's May 26, 2008 letter on August 26, 2008.

    4) This misstatement resulted from an oversight on Declarant's part. Declarant apologizes to the Court and to opposing counsel for this misstatement.

Dockets.Justia.com

5) Declarant declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
       March 6, 2009

By: _____
      Scott L. Fenstermaker, Esq.