## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| *IN RE* GUANTÁNAMO BAY DETAINEE LITIGATION | ) ) ) ) ) | Misc. No. 08-442 (TFH) |
| MOHAMMED AL-QAHTANI, et al., *Petitioners*, | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 05-cv-1971 (RMC) |
| BARACK H. OBAMA, et al., *Respondents.*. | ) ) ) ) | |

### JOINT RESPONSE TO THE COURT'S FEBRUARY 23, 2009 MINUTE ORDER

Pursuant to this Court's February 23, 2009 Minute Order, the parties hereby submit the

attached Joint Proposed Scheduling Order.

Dated: March 6, 2009

/s/ Gitanjali S. Gutierrez
GITANJALI S. GUTIERREZ
(Pursuant to LCvR 83.2(g))
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
gutierrez@ccrjustice.org
Tel: (212) 614-6485
Fax: (212) 614-6499

SANDRA BABCOCK
(Pursuant to LCvR 83.2(g))
Center for International Human Rights
Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois 60611
s-babcock@law.northwestern.edu
Tel: (312) 503-0114
Fax: (312) 503-2798

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

/s/ Kathryn C. Mason
ANDREW I. WARDEN
PAUL E. AHERN
KATHRYN C. MASON (DC Bar No. 985055)
Attorneys for Respondents
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202)616-8298
Fax: (202)616-8470