# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____ x
:
:
**IN RE:** :
:
**GUANTÁNAMO BAY** : Misc. No. 08-442 (TFH)
**DETAINEE LITIGATION** :
:
:
_____ x
:
:
AL HALMANDY, *et al.*, :
:
                Petitioners, :
:
        v. :
: No. 05-CV-2385 (RMU)
BUSH, *et al.*, :
:
                Respondents. :
:
_____ x

## STATUS REPORT

Four of the Petitioners in the above-captioned action, by and through their undersigned counsel, respectfully submit this status report[1] regarding their cases:

    1.    Petitioner **Mohammed Kameen**, ISN 1045. Undersigned counsel have sought, together with the Federal Public Defender for the District of Columbia, to locate an appropriate Federal Public Defender office willing to represent Petitioner Kameen in his habeas case. Once arrangements are in place for the appointment of a specific Federal Public Defender office, undersigned counsel expects to file a withdrawal and appointment motion (similar to that filed for Petitioner Warzly, ISN 574, in this action, Dkt. 82 (Nov. 3, 2008)). Petitioner Kameen has been visited by his defense counsel with the Office of Military Commissions – Defense, but has

---

[1] Undersigned counsel filed a Status Report on September 29, 2008 (Dkt. 65) "propos[ing] to update the Court within 90 days on the progress of their efforts to locate counsel capable of handling the habeas claims of these individual petitioners." Counsel apologizes for the delay in filing this report.

not yet been visited by habeas counsel, in part to avoid complicating his relationship with defense counsel during the active pendency of the military commission proceedings. Those proceedings have now been stayed by order of the Military Commission Judge. We anticipate assignment of Petitioner Kameen to a Federal Public Defender office already handling Guantánamo detainee cases, where attorneys already have the appropriate security clearances to visit the base.

2. Petitioner **Riad Nargeri**, a Tunisian national, ISN 510. Mark Denbeaux and Joshua Denbeaux filed appearances for Petitioner Nargeri on January 12, 2009 (Dkt. 144), and have made one unsuccessful effort to visit Petitioner on February 17, 2009.

3. Petitioners **Sabry Mohammed**, ISN 570, and **Saleh**, ISN 78. Attorneys at the law firm of Winston & Strawn filed appearances for these two Petitioners in February (*see* Dkt. 180 (Feb. 6, 2009); Dkt. Nos. 188-92 (Feb. 9, 2009)) and are currently seeking security clearances in order to be able to visit them.

Under the terms of the protective order entered in this case on September 11, 2008, counsel are entitled to at least two visits with a detainee before filing a statement regarding direct authorization. *See* Protective Order, ¶ 10.b (petitioner's counsel should ordinarily provide evidence of authority to represent petitioner "not later than ten days after the conclusion of a second visit with the detainee," but parties should agree on reasonable number of visits for such purpose, and may petition the Court for relief if agreement cannot be reached).

Dated: New York, New York
March 6, 2009

Respectfully submitted,

    /s/ Shayana Kadidal
Shayana D. Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS

666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

*Counsel for Petitioners Kameen, Nargeri, Mohammed, and Saleh*