IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

```
_____
                                          )
IN RE:                                    )
GUANTANAMO BAY                            )    Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                       )
_____)
                                          )
SHAKHRUKH HAMIDUVA,                       )
                                          )
         Petitioner,                      )
                                          )
    v.                                    )    Civil Action No. 08-1221 (CKK)
                                          )
BARACK OBAMA,                             )
President of the United States, et al.,   )
                                          )
         Respondents.                     )
_____)
```

**JOINT STATUS REPORT AND MOTION FOR A STAY**

Petitioner Shakhrukh Hamiduva and Respondents, through undersigned counsel, respectfully submit this joint status report pursuant to the Court's February 23, 2009 Order.

Petitioner Hamiduva and Respondents respectfully request a stay of this action and the deadlines set forth in the Amended Case Management Order issued by Judge Thomas F. Hogan in *In re Guantanamo Bay Detainee Litigation,* Misc. No. 08-442 (Nov. 6, 2008), as amended December 16, 2008, until Monday, June 22, 2009. The Department of Defense has approved Petitioner Hamiduva for release or transfer from the custody of the United States at the Naval Base at Guantanamo Bay, Cuba. In addition, President Barack Obama issued Executive Order 13,492: Review and Disposition of Individuals Detained at the Guantanamo Bay Naval Base and Closure of Detention Facilities mandating an immediate review of all individuals currently held at Guantanamo Bay. *See* Exec. Order No. 13,492, 74 Fed. Reg. 4897 (Jan. 22, 2009). Thus, the

parties agree that it is currently in their best interest and will conserve judicial resources to allow the review process and diplomatic efforts to progress before proceeding further with Petitioner's habeas case.

The parties request that Respondents' obligation to produce additional exculpatory evidence pursuant to section I.D. of the Amended Case Management Order remains in effect during the stay. The parties also request that the Protective Order remain in effect during the stay. Further, the parties reserve the right to move the Court to lift the stay at any time and on any grounds provided the moving party gives the non-moving party written notice ten (10) days prior to the date of filing the motion. The parties further propose filing a joint status report on June 22, 2009 to inform the Court of any changes in circumstances and, if no changes have occurred, propose changes to the Amended Case Management Order and request a status conference.

| | |
|---|---|
| Dated: March 9, 2009 | Respectfully submitted, |
| | MICHAEL F. HERTZ |
| /s/ John R. Gibson | Acting Assistant Attorney General |
| A. Stephens Clay | TERRY HENRY |
| James F. Bogan, III | Assistant Branch Director |
| John R. Gibson | |
| Daniel G. Schulof | |
| KILPATRICK STOCKTON LLP | */s/ Kristina A. Wolfe* |
| 1100 Peachtree St., Suite 2800 | ANDREW I. WARDEN |
| Atlanta, Georgia 30309-4530 | PAUL E. AHERN |
| Telephone: (404) 815-6500 | TIMOTHY WALTHALL |
| Facsimile: (404) 815-6555 | KRISTINA A. WOLFE |
| *Counsel for Petitioner* | Attorneys |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue, N.W. |
| | Washington, D.C. 20530 |
| | Tel: (202) 353-4519 |
| | Fax: (202) 616-8202 |
| | Attorneys for Respondents |