IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: <br> GUANTANAMO BAY <br> DETAINEE LITIGATION | ) <br> ) <br> ) <br> ) <br> ) | Misc. No. 08-442 (TFH) |
| AL QOSI, <br> Petitioner, <br> v. <br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 04-1937 (PLF) |

**RESPONDENTS' ERRATA TO REPLY IN SUPPORT OF MOTION TO DISMISS
HABEAS PETITION WITHOUT PREJUDICE OR, ALTERNATIVELY,
TO HOLD PETITION IN ABEYANCE PENDING COMPLETION OF
MILITARY COMMISSION PROCEEDINGS**

Respondents hereby file this Errata to Respondents' Reply in Support of Motion to Dismiss Habeas Petition Without Prejudice or, Alternatively, to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings, Misc. Action No. 08-442, Mar. 6, 2009 (Dkt. No. 1667) (also filed as Dkt. No. 89 in Civil Action No. 04-1937). Respondents inadvertently failed to attach Exhibit A to their Reply. Exhibit A to Respondents' Reply is attached to this Errata.

Dated: March 10, 2009

Respectively submitted,
MICHAEL F. HERTZ
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director


    */s/ Kristina A. Wolfe*
ANDREW I. WARDEN
PAUL E. AHERN
KRISTINA A. WOLFE

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 353-4519
Fax: (202) 616-8202
Kristina.Wolfe@usdoj.gov

Attorneys for Respondents