UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| UMAR HAMZAYEVICH ABDULAYEV a/k/a ABDULLAH BO OMER HAMZA YOYEJ, ISN 257, | Civil Action No. 05-2386 (RBW) |
| *Petitioner*, | |
| v. | |
| BARACK H. OBAMA, *et al.*, | |
| *Respondents*. | |

## NOTICE OF FILING

As required by the Protective Order in these matters, undersigned counsel hereby gives notice that on March 10, 2009, the following document containing classified information was submitted for filing in this case: Petitioner's Reply to Respondents' Opposition to Petitioner's Request for Disclosure, Motion to Compel, and Motion for Discovery.

Dated: March 9, 2009

                                              Respectfully submitted,

                                              /s/ Allison M. Lefrak

                                              Allison M. Lefrak
                                              REED SMITH LLP
                                              1301 K Street, NW
                                              Suite 1100 – East Tower
                                              Washington, DC 20005
                                              Phone: (202) 414-9220
                                              Fax: (202) 414-9299
                                              alefrak@reedsmith.com

US_ACTIVE-101297177.1-AMLEFRAK 3/10/09 2:07 PM

Lowell E. Sachnoff
Matthew J. O'Hara
J. Andrew Moss
Ann E. Pille
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
(312) 207-6400 (fax)

CENTER FOR CONSTITUTIONAL RIGHTS
Gitanjali S. Gutierrez (NY1234)
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439

*Counsel for Petitioners*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 9, 2009, I filed the foregoing with the Clerk of Court electronically though the CM/ECF system, which caused all opposing counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Allison M. Lefrak
Allison M. Lefrak
