# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| UMAR HAMZAYEVICH ABDULAYEV a/k/a ABDULLAH BO OMER HAMZA YOYEJ, ISN 257, | |
| *Petitioner*, | Civil Action No. 05-2386 (RBW) |
| v. | |
| BARACK H. OBAMA, *et al.*, | |
| *Respondents*. | |

## NOTICE OF FILING

As required by the Protective Order in these matters, undersigned counsel hereby gives notice that on March 10, 2009, the following document containing classified information was submitted for filing in this case: Petitioner's Unopposed Motion for Leave to Supplement Petitioner's Traverse to the Government's Factual Return to his Petition for a Writ of Habeas Corpus.

Dated: March 9, 2009

                                                                Respectfully submitted,

                                                                /s/ Allison M. Lefrak

                                                                Allison M. Lefrak
                                                                REED SMITH LLP
                                                                1301 K Street, NW
                                                                Suite 1100 – East Tower
                                                                Washington, DC 20005
                                                                Phone: (202) 414-9220

US_ACTIVE-101297245.1-AMLEFRAK 3/10/09 2:05 PM

Fax: (202) 414-9299
alefrak@reedsmith.com

Lowell E. Sachnoff
Matthew J. O'Hara
J. Andrew Moss
Ann E. Pille
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-1000
(312) 207-6400 (fax)

CENTER FOR CONSTITUTIONAL RIGHTS
Gitanjali S. Gutierrez (NY1234)
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439

*Counsel for Petitioners*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 9, 2009, I filed the foregoing with the Clerk of Court electronically though the CM/ECF system, which caused all opposing counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Allison M. Lefrak
Allison M. Lefrak

US_ACTIVE-101297245.1-AMLEFRAK 3/10/09 2:05 PM