IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____ x
                                       :
                                       :
IN RE:                                 :
                                       :
GUANTÁNAMO BAY                         :   Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                    :
                                       :
                                       :
_____ x
                                       :
                                       :
MAJID KHAN,                            :
                                       :
             Petitioner,               :
                                       :
      v.                               :   Civil Action No. 06-1690 (RBW)
                                       :
BARACK OBAMA, et al.,                  :
                                       :
             Respondents.              :
                                       :
_____ x
```

## **NOTICE OF FILING**

PLEASE TAKE NOTICE that the Petitioner submitted to the Court Security Office for service and filing in these cases updated Memoranda of Understanding, Acknowledgements and Affirmations, signed by J. Wells Dixon and Jessica Baen, pursuant to the TS/SCI Protective Order entered in these cases on January 7, 2009, and amended on January 9, 2009.

Date: New York, New York
      March 12, 2009

                              Respectfully submitted,

                              <u>/s/ J. Wells Dixon</u>
                              J. Wells Dixon (Pursuant to LCvR 83.2(g))
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, New York 10012
                              Tel: (212) 614-6423
                              Fax: (212) 614-6499
                              wdixon@ccrjustice.org

                              *Counsel for Majid Khan*