# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-0442 (TFH)<br><br>Civil Action Nos.<br><br>02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, 04-cv-1254,<br>04-cv-1937, 04-cv-2022, 04-cv-2046, 04-cv-2215, 05-cv-0023,<br>05-cv-0247, 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359,<br>05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569,<br>05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-0764, 05-cv-0877,<br>05-cv-0883, 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994,<br>05-cv-0999, 05-cv-1048, 05-cv-1124, 05-cv-1189, 05-cv-1220,<br>05-cv-1244, 05-cv-1347, 05-cv-1353, 05-cv-1429, 05-cv-1457,<br>05-cv-1487, 05-cv-1490, 05-cv-1497, 05-cv-1504, 05-cv-1506,<br>05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1607, 05-cv-1623,<br>05-cv-1638, 05-cv-1645, 05-cv-1646, 05-cv-1678, 05-cv-1971,<br>05-cv-1983, 05-cv-2088, 05-cv-2104, 05-cv-2185, 05-cv-2186,<br>05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367, 05-cv-2371,<br>05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2384, 05-cv-2385,<br>05-cv-2386, 05-cv-2387, 05-cv-2479, 06-cv-1668, 06-cv-1684,<br>06-cv-1690, 06-cv-1758, 06-cv-1761, 06-cv-1765, 06-cv-1766,<br>06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338, 08-cv-0987,<br>08-cv-1101, 08-cv-1153, 08-cv-1207, 08-cv-1221, 08-cv-1224,<br>08-cv-1228, 08-cv-1230, 08-cv-1232, 08-cv-1233, 08-cv-1235,<br>08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1360, 08-cv-1440,<br>08-cv-1789, 08-cv-1805, 08-cv-1828, 08-cv-1923, 08-cv-2019,<br>08-cv-2083 |

## **ORDER**

Pending before the Court is the government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected" (Dkt. No. 1416, 08-mc-0442) and Press Applicants' Motion to Intervene for the Limited Purposes of Opposing Government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected" (Dkt. No. 1526, 08-mc-0442). A hearing to consider both motions is scheduled for Thursday, March 26, 2009, at 2:00 p.m. in Courtroom 25A, which is located on the fourth floor of the William B. Bryant Annex to the E. Barrett Prettyman Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. *See* February 27, 2009, Minute Order.

In response to inquiries about the hearing, the Court **ORDERS** that:

1. All petitioners' counsel shall confer beforehand and designate one counsel to represent them during the hearing. Likewise, the government and Press Applicants shall each designate one counsel to represent them during the hearing.

2. Due to the Court's limited resources and space, only one counsel for each petitioner presently detained at Guantanamo Bay may appear at the hearing, either in person or by telephone.

3. By 5:00 p.m. on Monday, March 23, 2009, all counsel who will appear at the hearing shall notify the Court as to whether counsel will appear in person or by telephone. All notices shall be sent to the following email address: GTMO_Litigation@dcd.uscourts.gov. Notices shall contain the following information: (1) counsel's name; (2) counsel's firm or organization, if any; (3) the petitioner(s) (including case number(s) and Internment Serial Number(s)) OR news organization on behalf of whom counsel will appear; and (4) whether counsel will appear in person or by telephone. If counsel will appear telephonically, counsel shall provide an email address and telephone number at which counsel can receive information on how to telephonically access the hearing.

March 18, 2009

/s/
Thomas F. Hogan
United States District Judge