## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:** | **Misc. No. 08-0442 (TFH)** |
| **GUANTANAMO BAY DETAINEE LITIGATION** | **Civil Action No. 05-0765 (EGS)** |

## <u>ORDER</u>

On February 26, 2009, the Court received a report from the Privilege Review Team

describing alleged "unprofessional" conduct by Ahmed Ghappour and Clive A. Stafford

Smith, counsel for Petitioner Binyam Mohamed. *See* Privilege Review Team Report (Dkt.

No. 137, 05-cv-0765). The conduct in question concerns Mr. Ghappour and Mr. Smith's

preparation of and assertions in a letter and attachment that were publicly disclosed and sent to

the White House. On March 5, 2009, Mr. Ghappour and Mr. Smith filed under seal a reply

to the Privilege Review Team's report. *See* Notice of Filing (Dkt. No. 138, 05-cv-0765).

The Privilege Review Team's allegations indicate that Mr. Ghappour and Mr. Smith

may have violated the Court's Protective Order And Procedures For Counsel Access To

Detainees At The United States Naval Base In Guantanamo Bay, Cuba, Docket No. 409,

08-mc-0442 ("Protective Order"). Mr. Ghappour and Mr. Smith have each signed the

Acknowledgment attached to the Protective Order, thereby confirming that they have read the

Protective Order, "understand[] its terms, and agree[] to be bound by each of those terms."

*See* Notice of Filing by Ahmed Ghappour of Documents Required Pursuant to Protective

Order at 3 (Dkt. No. 88, 05-cv-0765); Notice of Filing by Clive Stafford Smith of Documents

Required Pursuant to Protective Order at 2 (Dkt. No. 89, 05-cv-2349). By signing the form,

Dockets.Justia.com

both attorneys have also acknowledged that "failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court."  *Id.*  Therefore, in light of the seriousness of these allegations, the Court

**ORDERS** that, on May 11, 2009, at 10:00 a.m. in Courtroom 25A, Mr. Ghappour and Mr. Smith appear for a hearing for the purpose of showing cause why this Court should not hold them in contempt for violating the Protective Order.  At the hearing, Mr. Ghappour, Mr. Smith and the relevant Privilege Review Team member(s) should be prepared to testify under oath.  The parties are advised to have counsel present.

**SO ORDERED**.

March 18, 2009                                                        /s/
                                                              Thomas F. Hogan
                                                        United States District Judge

2