# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | |
| GUANTÁNAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| ABU ABDUL RAOUF ZALITA, *et al.*, | |
| Petitioners, | |
| v. | Civil Action No. 05-1220 (RMU) |
| GEORGE W. BUSH *et al.*, | |
| Respondents. | |

## MOTION TO WITHDRAW MOTION FOR ORDER

Petitioner Abu Abdul Raouf Zalita, a.k.a., Abdul Ra'ouf Ammar Mohammad Abu Al Qassim, by and through his undersigned counsel, respectfully submits this Motion to Withdraw his Motion for Order, filed on March 18, 2009 (dkt. 1701), from the docket of 08-cv-442 (TFH) because it was inadvertently misfiled under 08-cv-442 (TFH) and Judge Urbina has resolved this motion in docket number 05-cv-1220.

Dated: New York, New York
March 23, 2009

Respectfully submitted,

Counsel for Petitioner:

/s/ Gitanjali S. Gutierrez
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6485
Fax:  (212) 614-6499