# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IN RE:** | ) ) ) | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY** | ) | |
| **DETAINEE LITIGATION** | ) ) ) | **Civil Action No. 08-1440 (CKK)** |

## NOTICE OF SERVICE OF
## UNCLASSIFIED, PROTECTED FACTUAL RETURN

NOTICE is hereby given that Respondents have served upon counsel for the petitioner, via e-mail, the unclassified factual return for petitioner Mohammed Abdulmalik, ISN 10025, which Respondents seek to have designated as "protected information" pursuant to the protective order entered herein by the Court's Order of September 11, 2008. Respondents filed a Motion to Confirm Designation of Unclassified Factual Returns as "Protected" on December 29, 2008.

Respondents do not object to petitioner's counsel sharing the unclassified factual return with the petitioner-detainee in this case. We also have no objection to the sharing of information from the unclassified return with individuals, such as witnesses, necessary to the preparation of an individual case, provided such persons comply with the terms of the Court's protective order regarding the handling and distribution of protected information. The protected designation, however, would prevent any other dissemination

or distribution, including to the public, internet sites, or other recopying or reprinting that would make possible the assembly of a large number of the unclassified returns.

Dated: March 23, 2009

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director


*/s/ Frederick S. Young*
ANDREW I. WARDEN
PAUL E. AHERN
TIMOTHY B. WALTHALL
FREDERICK S. YOUNG  (D.C. Bar No. 421285)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Tel: (202) 305-9936
Fax: (202) 305-2685
Frederick.young2@usdoj.gov

Attorneys for Respondents