# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) | Misc. No. 08-442 (TFH) |
| ) | |
| IN RE: ) | Civil Action No. |
| ) | |
| **GUANTANAMO BAY** ) | **08-CV-1236 (JDB)** |
| **DETAINEE LITIGATION** ) | |
| ) | |
| ) | |

## RESPONDENTS' GLOBAL NOTICE REGARDING PRODUCTION
## OF EXCULPATORY INFORMATION

Pursuant to Section I.D.1 of the Court's coordinated Case Management Order ("CMO") of November 6, 2008, as amended on December 16, 2008, the Government has reviewed the information reviewed by attorneys preparing all factual returns for the Guantanamo habeas proceedings, as well as evidence discovered while litigating the cases, for information that "tends materially to undermine the information presented to support the government's justification for detaining" petitioners. This review built upon prior processes for including such information in the factual returns, and included additional reasonable and systematic searches within the relevant universe of information, including for information that would materially undermine the credibility of any fact witness the Government relies upon to justify petitioners' detention.

The Government has disclosed information required by Section I.D.1, if any, as set forth in the supplemental certification pertaining to production of exculpatory information filed in the individual above-captioned case. *See* dkt. no. 96.

If any further exculpatory information becomes known to the Government, it shall be disclosed as soon as practicable pursuant to Section I.D.2 of the CMO.

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

JOSEPH H. HUNT
Director

/s/ Terry M. Henry
Assistant Branch Director

/s/ Paul E. Ahern
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 514-4107

Attorneys for Respondents