UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AL HALMANDY, *et al.*,

          Petitioners,

    v.

BARACK H. OBAMA, *et al.*,

          Respondents.

No. 1:05-cv-02385 (RMU)

**MOTION OF HINA SHAMSI TO WITHDRAW AS
COUNSEL FOR PETITIONER MOHAMMED JAWAD**

Pursuant to Local Civil Rule 83.6(c), Hina Shamsi hereby moves to withdraw as counsel for Mohammed Jawad (also known as Saki Bacha, ISN 900) in the above-captioned matter. In support of this motion, she shows as follows:

1. She became counsel to Mr. Jawad on January 4, 2009, when she was admitted *pro hac vice* by this Court.

2. On March 30, 2009, she ended her employment with the American Civil Liberties Union Foundation.

3. Jonathan Hafetz of the American Civil Liberties Union Foundation, located in New York, New York, Arthur Spitzer of the American Civil Liberties Union of the National Capitol Area, located in Washington, D.C., and Major David J.R. Frakt of the Office of Military Commissions, located in Washington, D.C., will continue to represent petitioner Jawad in this case and will assume all of Hina Shamsi's responsibilities.

A proposed order is submitted herewith.

Respectfully submitted,

/s/ Hina Shamsi
Hina Shamsi
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-7886
Fax: (212) 549-2583

/s/ Jonathan Hafetz
Jonathan Hafetz
(admitted *pro hac vice*)
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-7321
Fax: (212) 549-2583

/s/ Arthur Spitzer
Arthur B. Spitzer
D.C. Bar No. 235960
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, D.C. 20036
Phone: (202) 457-0800
Fax: (202) 452-1868

/s/ David J.R. Frakt
Maj. David J.R. Frakt
(admitted *pro hac vice*)
Office of Military Commissions
Office of the Chief Defense Counsel
Franklin Court Building, Suite 2000D
1099 14th Street, N.W., Suite 119
Washington, D.C. 20005
Phone: (202) 761-0133, ext. 106
Fax: (202) 761-0510

*Counsel for Petitioner Mohammed Jawad*

March 31, 2009