# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | **Misc. No. 08-442 (TFH)** |
| GUANTANAMO BAY ) |  |
| DETAINEE LITIGATION ) |  |
| ) | **02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194,** |
| ) | **04-cv-1254, 04-cv-1937, 04-cv-2022, 04-cv-2035,** |
| ) | **04-cv-2046, 04-cv-2215, 05-cv-0023, 05-cv-0247,** |
| ) | **05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359,** |
| ) | **05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526,** |
| ) | **05-cv-0569, 05-cv-0634, 05-cv-0748, 05-cv-0763,** |
| ) | **05-cv-0764, 05-cv-0877, 05-cv-0883, 05-cv-0889,** |
| ) | **05-cv-0892, 05-cv-0993, 05-cv-0994, 05-cv-0998,** |
| ) | **05-cv-0999, 05-cv-1048, 05-cv-1189, 05-cv-1124,** |
| ) | **05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353,** |
| ) | **05-cv-1429, 05-cv-1457, 05-cv-1458, 05-cv-1487,** |
| ) | **05-cv-1490, 05-cv-1497, 05-cv-1504, 05-cv-1505,** |
| ) | **05-cv-1506, 05-cv-1509, 05-cv-1555, 05-cv-1592,** |
| ) | **05-cv-1601, 05-cv-1602, 05-cv-1607, 05-cv-1623,** |
| ) | **05-cv-1638, 05-cv-1639, 05-cv-1645, 05-cv-1646,** |
| ) | **05-cv-1678, 05-cv-1704, 05-cv-1971, 05-cv-1983,** |
| ) | **05-cv-2010, 05-cv-2088, 05-cv-2104, 05-cv-2185,** |
| ) | **05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349,** |
| ) | **05-cv-2367, 05-cv-2370, 05-cv-2371, 05-cv-2378,** |
| ) | **05-cv-2379, 05-cv-2380, 05-cv-2381, 05-cv-2384,** |
| ) | **05-cv-2385, 05-cv-2386, 05-cv-2387, 05-cv-2444,** |
| ) | **05-cv-2479, 06-cv-0618, 06-cv-1668, 06-cv-1684,** |
| ) | **06-cv-1690, 06-cv-1758, 06-cv-1759, 06-cv-1761,** |
| ) | **06-cv-1765, 06-cv-1766, 06-cv-1767, 07-cv-1710,** |
| ) | **07-cv-2337, 07-cv-2338, 08-cv-0987, 08-cv-1085,** |
| ) | **08-cv-1101, 08-cv-1104, 08-cv-1153, 08-cv-1185,** |
| ) | **08-cv-1207, 08-cv-1221, 08-cv-1223, 08-cv-1224,** |
| ) | **08-cv-1227, 08-cv-1228, 08-cv-1229, 08-cv-1230,** |
| ) | **08-cv-1231, 08-cv-1232, 08-cv-1233, 08-cv-1235,** |
| ) | **08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1310,** |
| ) | **08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-1805,** |
| ) | **08-cv-2083, 08-cv-1828, 08-cv-1923, 08-cv-2019,** |
| ) | **09-cv-0031, 04-cv-1166, 05-cv-0429, 05-cv-0431,** |
| ) | **05-cv-0573, 05-cv-0766, 05-cv-1239, 05-cv-1310** |
| ) | **05-cv-1311, 05-cv-2223, 06-cv-0619, 08-cv-1173** |
| ) | **05-cv-0765, 05-cv-0886, 05-cv-1234, 05-cv-2348** |
| ) | **06-cv-1725, 08-cv-0864, 08-cv-1222** |

**NOTICE REGARDING ORDER IN BATARFI V. GATES, 04-CV-409 (EGS)**

On April 2, 2009, Judge Emmet G. Sullivan entered the attached Order in *Batarfi v. Gates*, 04-CV-409 (EGS). Judge Sullivan's Order requires Respondents to file a copy of his Order in all of the other Guantanamo Bay habeas cases pending in this Court. A redacted version of the Order suitable for filing on the public record is attached. An unredacted version of the Order will be provided to each Judge of this Court via courtesy copy and 20 copies of the Order will be made available to petitioner's counsel at the secure facility.

Dated: April 3, 2009

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

 */s/ Andrew I. Warden*
ANDREW I. WARDEN (IN Bar 23840-49)
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov
Attorneys for Respondents