# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) | **Civil Action No. 08-CV-1360 (RWR)** |
| **DETAINEE LITIGATION** ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF FILING OF FACTUAL RETURN

Respondents have submitted to the Court Security Officer for filing their factual return in the above-captioned case for petitioner Husayn, ISN 10016.

The return contains information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dockets.Justia.com

Dated: April 3, 2009					Respectfully submitted,

							MICHAEL F. HERTZ
							Acting Assistant Attorney General

							TERRY M. HENRY
							Assistant Branch Director


							  /s/ Paul E. Ahern
							ANDREW I. WARDEN
							PAUL E. AHERN
							Attorneys
							United States Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Avenue N.W.
							Washington, DC  20530
							Tel:  (202) 305-0633

							Attorneys for Respondents