# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | ) ) ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY DETAINEE LITIGATION | ) ) ) ) ) | Civil Action Nos. 04-1194 (HHK); 05-1487 (RMC); 05-2384 (RWR); 05-2386 (RBW); 06-1761 (ESH) |

## NOTICE OF FILING

Please take notice that on April 7, 2009, in accordance with this Court's Order of September 11, 2008, the following attorney for the above-captioned matters has executed and filed an Acknowledgment Regarding the Protective Order entered in *In re Guantánamo Detainee Litigation*, No. 08-442, and has agreed to be bound by its terms:

Kyle Palazzolo

A copy of the signed Acknowledgment is attached hereto.

Dated:  April 7, 2009

Respectfully submitted,

/s/ Patricia A. Bronte
*One of the Attorneys for the Petitioner*

Thomas P. Sullivan
Jeffrey D. Colman
Patricia A. Bronte
Douglas A. Sondgeroth
Sapna G. Lalmalani
Sarah E. Crane
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL  60611
Tel: (312) 923-8357
Fax: (312) 840-7757

**EXHIBIT B**

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that he/she has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: _4-7-09_____    BY: _Kyle Palazzolo_____

                                             (type or print name)

SIGNED: _____

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2009, I caused the foregoing Notice of Filing to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

Paul Ahern
Julia A. Berman
Patrick D. Davis
Paul A. Dean
Stephen P. Finn
Alexander Kenneth Haas
Terry Henry
Jean Lin
James C. Luh
Scott Michael Marconda
Kathryn Celia Mason
Steve Ray Matheny
Jonathan S. Needle
Nicholas Andrew Oldham
Robert J. Prince
Phillip Michael Truman
Timothy Burke Walthall
Andrew I. Warden
David Hugh White
Ronald James Wiltsie
Kristina Ann Wolfe
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue NW, Suite 5136
Washington, DC 20530

David P. Avila
Ryan Gregory Lee
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530

John Siemietkowski
U.S. DEPARTMENT OF JUSTICE
P.O. Box 875
Washington, DC 20044
Email: john.siemietkowski@usdoj.gov

Daniel M. Barish
U.S. DEPARTMENT OF JUSTICE
P.O. Box 888
Benjamin Franklin Station
Washington, DC 20044

Martin Morris Shoemaker
U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
P.O. Box 7238
Washington, DC 20044

Paul Cirino
U.S. DEPARTMENT OF JUSTICE
P.O. Box 23986
Washington, DC 20026

Rodney Patton
U.S. DEPARTMENT OF JUSTICE
1425 New York Avenue
Suite 10100
Washington, DC 20005

/s/ Patricia A. Bronte