# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ ) | |
| **IN RE:** ) | Misc. No. 08-442 (TFH) |
| **GUANTANAMO BAY** ) | |
| **DETAINEE LITIGATION** ) | |
| ) | 02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, |
| ) | 04-cv-1254, 04-cv-1937, 04-cv-2022, 04-cv-2035, |
| ) | 04-cv-2046, 04-cv-2215, 05-cv-0023, 05-cv-0247, |
| ) | 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359, |
| ) | 05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, |
| ) | 05-cv-0569, 05-cv-0634, 05-cv-0748, 05-cv-0763, |
| ) | 05-cv-0764, 05-cv-0877, 05-cv-0883, 05-cv-0889, |
| ) | 05-cv-0892, 05-cv-0993, 05-cv-0994, 05-cv-0998, |
| ) | 05-cv-0999, 05-cv-1048, 05-cv-1189, 05-cv-1124, |
| ) | 05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353, |
| ) | 05-cv-1429, 05-cv-1457, 05-cv-1458, 05-cv-1487, |
| ) | 05-cv-1490, 05-cv-1497, 05-cv-1504, 05-cv-1505, |
| ) | 05-cv-1506, 05-cv-1509, 05-cv-1555, 05-cv-1592, |
| ) | 05-cv-1601, 05-cv-1602, 05-cv-1607, 05-cv-1623, |
| ) | 05-cv-1638, 05-cv-1639, 05-cv-1645, 05-cv-1646, |
| ) | 05-cv-1678, 05-cv-1704, 05-cv-1971, 05-cv-1983, |
| ) | 05-cv-2010, 05-cv-2088, 05-cv-2104, 05-cv-2185, |
| ) | 05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349, |
| ) | 05-cv-2367, 05-cv-2370, 05-cv-2371, 05-cv-2378, |
| ) | 05-cv-2379, 05-cv-2380, 05-cv-2381, 05-cv-2384, |
| ) | 05-cv-2385, 05-cv-2386, 05-cv-2387, 05-cv-2444, |
| ) | 05-cv-2479, 06-cv-0618, 06-cv-1668, 06-cv-1684, |
| ) | 06-cv-1690, 06-cv-1758, 06-cv-1759, 06-cv-1761, |
| ) | 06-cv-1765, 06-cv-1766, 06-cv-1767, 07-cv-1710, |
| ) | 07-cv-2337, 07-cv-2338, 08-cv-0987, 08-cv-1085, |
| ) | 08-cv-1101, 08-cv-1104, 08-cv-1153, 08-cv-1185, |
| ) | 08-cv-1207, 08-cv-1221, 08-cv-1223, 08-cv-1224, |
| ) | 08-cv-1227, 08-cv-1228, 08-cv-1229, 08-cv-1230, |
| ) | 08-cv-1231, 08-cv-1232, 08-cv-1233, 08-cv-1235, |
| ) | 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1310, |
| ) | 08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-1805, |
| ) | 08-cv-2083, 08-cv-1828, 08-cv-1923, 08-cv-2019, |
| ) | 09-cv-0031, 04-cv-1166, 05-cv-0429, 05-cv-0431, |
| ) | 05-cv-0573, 05-cv-0766, 05-cv-1239, 05-cv-1310 |
| ) | 05-cv-1311, 05-cv-2223, 06-cv-0619, 08-cv-1173 |
| ) | 05-cv-0765, 05-cv-0886, 05-cv-1234, 05-cv-2348 |
| ) | 06-cv-1725, 08-cv-0864, 08-cv-1222 |

# NOTICE OF RESPONDENTS' RESPONSE TO ORDER
# TO SHOW CAUSE IN BATARFI V. GATES, 05-CV-409 (EGS)

On April 1, 2009, Judge Emmet G. Sullivan issued an oral order during a status hearing requiring an explanation from Respondents why a medical record of a detainee-witness in *Batarfi v. Gates*, 05-CV-409 (EGS) was not produced as exculpatory information. *See* Transcript at 4-5 (dkt. no. 179). On April 2, 2009, Judge Sullivan issued an order requiring Respondents to file a copy of the medical record and an accompanying order in all of the other Guantanamo Bay habeas cases pending in this Court. *See In re Guantanamo Detainee Litigation*, 08-MC-442 (dkt no. 1713). On April 3, 2009, Respondents' filed their response to Judge Sullivan's order to show cause. A redacted version of Respondents' response suitable for filing on the public record is attached. A classified declaration filed in support of the response will be provided to each Judge of this Court via the Court Security Officers and copies will be made available to petitioner's counsel at the secure facility.

Dated: April 8, 2009

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

 */s/ Andrew I. Warden*
ANDREW I. WARDEN (IN Bar 23840-49)
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 616-5084
Email: Andrew.Warden@usdoj.gov
Attorneys for Respondents