# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br>**GUANTÁNAMO BAY DETAINEE LITIGATION** | )<br>)<br>) **Misc. No. 08-442 (TFH)**<br>)<br>) |

|  |  |
|---|---|
| **BINYAM MOHAMED (AL HABASHI)**,<br><br>   Petitioner,<br><br>  v.<br><br>**BARACK OBAMA,** *et al.*,<br><br>   Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 05-0765 (EGS)**<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of ___David W. DeBruin___ as counsel in this case for:

__Ahmed Ghappour and Clive A. Stafford Smith__.

| April 8, 2009 | /s/ David W. DeBruin |
|---|---|
| Date | Signature |

David W. DeBruin
DC Bar No. 337626
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6000
(202) 639-6066 (fax)