IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br> GUANTÁNAMO BAY DETAINEE <br> LITIGATION | Misc. No. 08-442 (TFH) |
| BINYAM MOHAMED (AL HABASHI), <br><br> Petitioner, <br><br> v. <br><br> BARACK OBAMA, *et al.*, <br><br> Respondents. | Civil Action No. 05-0765 (EGS) |

## MOTION FOR ADMISSION PRO HAC VICE

I, David W. DeBruin, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully move, pursuant to Local Civil Rule 83.2(d) that Thomas P. Sullivan and Patricia A. Bronte be permitted to participate in the above-captioned matter *pro hac vice* as counsel for Petitioner's counsel, Ahmed Ghappour and Clive Stafford Smith. In support of this motion, I submit the accompanying declarations of Thomas P. Sullivan and Patricia A. Bronte.

Respectfully submitted,

　/s/ David W. DeBruin
David W. DeBruin

David W. DeBruin (D.C. Bar No. 337626)
JENNER & BLOCK LLP
1099 New York Avenue, N.W.; Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6015
Facsimile: (202) 639-6375
Dated: April 8, 2009