# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTAI SAIB (ISN 288), *et al.* | |
| Petitioners | Civil No. 05-CV-1353 (RMC) |
| v. | |
| BARACK H. OBAMA, *et al.* | |
| Respondents. | |

## NOTICE OF FILING

Please take notice that, pursuant to the Protective Order entered in this case, on April 9, 2009, Petitioner Motai Saib, through his counsel, submitted via overnight delivery, the following documents to the clerk for filing under seal: Statement of Undisputed Facts, Unclassified Motion for Judgment on the Record, Exhibits A-C and Proposed Order. Undersigned counsel has sent a copy of these filings to counsel for Respondents via email.

Dated: April 13, 2009

Respectfully submitted,


/s Danielle R. Voorhees
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William Murane
Danielle R. Voorhees
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY 10012
phone: (212) 614-6438
fax: (212) 614-6499

# CERTIFICATE OF SERVICE

I hereby certify that on 4/13/2009, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John Wallace | John.Wallace2@usdoj.gov |
| Andrew I. Warden | andrew.warden@usdoj.gov |
| Jay Apperson | jay.apperson2@usdoj.gov |
| Joseph Charles Folio , III | joseph.folio@usdoj.gov |
| Judry Laeb Subar | judry.subar@usdoj.gov |
| Nicholas Andrew Oldham | Nicholas.Oldham@usdoj.gov |
| Terry Marcus Henry | terry.henry@usdoj.gov |

/s Danielle R. Voorhees
Holland & Hart LLP

4480234_2.DOC