### IN THE UNITED STATES DISTRICT
### COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI**, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba,<br>Petitioner,<br><br>v.<br><br>**BARACK OBAMA**, et al.,<br>Respondents. | **CIVIL ACTION<br>(HABEAS CORPUS)**<br><br>No.   08-Civ-1207 (RWR)<br>Misc. 08-mc-0442 (TFH)<br><br><br>JUDGE: Richard W. Roberts |

## NOTICE

PLEASE TAKE NOTICE that Petitioner, Abd Al-Rahim Hussain Mohammed Al-Nashiri, by and through undersigned counsel, submitted a document to the Court Security Office on April 14, 2009:  Petitioner's Emergency Supplemental Motion For A Preservation Order Which Includes Preservation of the CIA Secret Detention Facilities.

Date:   April 13, 2009

                                      Respectfully Submitted,

                                      */s/ Paul Turner*
                                      *PAUL G. TURNER
                                      Nevada Bar No. 07941
                                      Assistant Federal Public Defender
                                      *GERALD BIERBAUM
                                      Texas Bar No. 24025252
                                      Assistant Federal Public Defender
                                      411 East Bonneville Avenue, Ste. 250
                                      Las Vegas, NV 89101
                                      (702) 388-6577
                                      *Attorneys for Petitioner

# CERTIFICATE OF SERVICE

I hereby certify that on April 13th, 2009, I served the foregoing **NOTICE**, with the United States District Court for the District of Columbia for electronic filing (CM/ECF) with the Court and service on the persons listed on the attached service list:

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
Email: alexander.haas@usdoj.gov

**Kathryn Celia Mason**
U.S. DEPARTMENT OF JUSTICE
Email: Kathryn.Mason@usdoj.gov

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE
Email: andrew.warden@usdoj.gov

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
Email: terry.henry@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE
Email: jean.lin@usdoj.gov

**Jonathan S. Needle**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
E-mail: jonathan.needle@usdoj.gov

**Kristina Ann Wolfe**
U.S. DEPARTMENT OF JUSTICE
E-mail: kristina.wolfe@usdoj.gov

**Julia A. Berman**
United States Department of Justice
Email: julia.berman@usdoj.gov

**Patrick D. Davis**
U.S. DEPARTMENT OF JUSTICE
Email: patrick.davis2@usdoj.gov

**Paul Edward Ahern**
U.S. DEPARTMENT OF JUSTICE
Email: paul.ahern@usdoj.gov

                                             */s/ Katrina Lang*
                                             An Employee of the Federal Public Defender