UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION ) ) ) | Misc. No. 08-442 (TFH) |
| ZAYN HUSAYN, )<br>Petitioner )<br>vs. )<br>ROBERT GATES, )<br>Respondent ) | Civil Action No. 08-cv-1360 (RWR) |

## JOINT MOTION TO STAY DEADLINES

Pursuant to the Court's inherent powers, the parties hereby move the Court for a temporary stay of the deadlines for the filings and disclosures required by sections 1.C, 1.D.1, and 1.E.1 of the Case Management Order governing this case (dkt. nos. 48 and 62) pending the parties' filing of a proposed schedule for further proceedings in this action. The parties propose to file such a proposed schedule within 30 days.

Respondent filed a factual return in this action on April 3, 2009. Pursuant to sections 1.D.1 and 1.E.1 of the Case Management Order adopted by Judge Hogan in this case, Respondent is required to make certain disclosures to Petitioner by April 17, 2009, and pursuant to section 1.C of the Case Management Order, Respondent is required to file an unclassified version of the factual return by April 24, 2009.

In 2006, Petitioner was transferred to Guantanamo to the custody of the Department of Defense from the custody of the Central Intelligence Agency. The CIA had previously held Petitioner as part of a special, limited program operated by that agency. The parties have agreed

that this case involves unique issues that make it impracticable for the litigation to proceed according to the timetable laid out by the Case Management Order. Accordingly, the parties anticipate negotiating a schedule for further proceedings in this action that accounts for the unique and complex issues raised by this case while still allowing for prompt and efficient resolution of the case as contemplated by the Case Management Order. As indicated above, the parties propose to file an agreed proposed schedule within 30 days.

Accordingly, the parties respectfully request that the Court stay the deadlines for the filings and disclosures required by sections 1.C, 1.D.1, and 1.E.1 of the Case Management Order pending the parties' filing of an agreed proposed schedule or until further order of the Court. A proposed order is attached.

Date: April 16, 2009

_____
GEORGE BRENT MICKUM, IV
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005
USA
Phone: (202) 898-5866
Fax: (202) 682-1639
Email: bmickum@spriggs.com

Attorney for Petitioner

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

_____
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Respondent