UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| ZAYN HUSAYN, <br><br> Petitioner <br><br> vs. <br><br> ROBERT GATES, <br><br> Respondent | Civil Action No. 08-cv-1360 (RWR) |

## ORDER GRANTING JOINT MOTION TO STAY DEADLINES

The parties' Joint Motion to Stay Deadlines is hereby GRANTED. The deadlines for the filings and disclosures required by sections 1.C, 1.D.1, and 1.E.1 of the Case Management Order are hereby STAYED until further order of the Court. The parties shall file a proposed schedule for the required filings and disclosures and for further proceedings in this litigation within 30 days of the date of this order.

Date: 4/17/09

~~THOMAS F. HOGAN~~
UNITED STATES DISTRICT JUDGE