# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:**<br>**GUANTANAMO BAY**<br>**DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)**<br><br>**02-cv-0828, 04-cv-1136, 04-cv-1194, 04-cv-1254, 04-cv-1937, 04-cv-2022, 04-cv-2035, 04-cv-2046, 04-cv-2215, 05-cv-0023, 05-cv-0247, 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359, 05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569, 05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-0764, 05-cv-0877, 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994, 05-cv-0998, 05-cv-1048, 05-cv-1189, 05-cv-1124, 05-cv-1220, 05-cv-1347, 05-cv-1353, 05-cv-1429, 05-cv-1457, 05-cv-1458, 05-cv-1487, 05-cv-1490, 05-cv-1497, 05-cv-1504, 05-cv-1505, 05-cv-1506, 05-cv-1509, 05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1602, 05-cv-1607, 05-cv-1623, 05-cv-1638, 05-cv-1639, 05-cv-1645, 05-cv-1678, 05-cv-1704, 05-cv-1971, 05-cv-1983, 05-cv-2010, 05-cv-2088, 05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367, 05-cv-2370, 05-cv-2371, 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2381, 05-cv-2384, 05-cv-2385, 05-cv-2387, 05-cv-2444, 05-cv-2479, 06-cv-0618, 06-cv-1668, 06-cv-1684, 06-cv-1758, 06-cv-1759, 06-cv-1761, 06-cv-1765, 06-cv-1766, 06-cv-1767, 07-cv-2337, 07-cv-2338, 08-cv-1085, 08-cv-1104, 08-cv-1153, 08-cv-1185, 08-cv-1207, 08-cv-1221, 08-cv-1223, 08-cv-1224, 08-cv-1227, 08-cv-1228, 08-cv-1229, 08-cv-1230, 08-cv-1231, 08-cv-1232, 08-cv-1233, 08-cv-1235, 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1310, 08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-1805, 08-cv-2083, 08-cv-1828, 08-cv-1923, 09-cv-0031, 04-cv-1166, 05-cv-0429, 05-cv-0431, 05-cv-0573, 05-cv-0766, 05-cv-1239, 05-cv-1310, 05-cv-1311, 05-cv-2223, 06-cv-0619, 08-cv-1173, 05-cv-0765, 05-cv-0886, 05-cv-1234, 05-cv-2348, 06-cv-1725, 08-cv-0864, 08-cv-1222** |

## NOTICE OF FILING OF STATUS REPORT ADDRESSING INFORMATION
## <u>GATHERING EFFORTS OF GUANTANAMO REVIEW TASK FORCE</u>

Pursuant to Court Orders in several Guantanamo Bay habeas cases,[1] on April 16, 2009 Respondents filed a status report including the declaration of Matthew G. Olsen, Executive Director of the Guantanamo Review Task Force, addressing the efforts undertaken by the Guantanamo Review Task Force to assemble information in accordance with Section 4(c)(1) of Executive Order 13,492, 74 Fed. Reg. 4897 (Jan, 27 2009). Because the Task Force's information gathering efforts have been raised in many of the pending Guantanamo Bay habeas cases, Respondents hereby submit the status report in the above-captioned cases.

Dated: April 20, 2009

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

 /s/ Andrew I. Warden
ANDREW I. WARDEN (IN Bar 23840-49)
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

Attorneys for Respondents

---

[1] *See, e.g.*, Order, Civ. No. 05-1646, Feb 9, 2009 (Dkt. No. 146) at 4-5; Order, Civ. No. 08-987, Mar. 4, 2009 (Dkt. No. 89) at 2; Order, Civ. No. 08-1101, Mar. 4, 2009 (Dkt. No. 85) at 2; Order, Civ. No. 04-1164, Mar. 27, 2009 (Dkt. No. 207) at 6; Order, Civ. No. 08-1101, Apr. 10, 2009 (Dkt. No. 104).