# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTAI SAIB (ISN 288), *et al*. | )<br>)<br>) |
| Petitioners | ) Civil No. 05-CV-1353 (RMC) |
| v. | )<br>)<br>) |
| BARACK H. OBAMA, *et al*. | )<br>) |
| Respondents. | )<br>)<br>) |

## NOTICE OF FILING

Please take notice that pursuant to the Protective Orders entered in this case, on April 16, 2009, Petitioner Motai Saib, through his counsel, Holland & Hart LLP, submitted his Opposition to Respondents' Motion for Judgment on the Record to the Court Security Officer for filing and service on the Department of Justice.

Dated: April 21, 2009

Respectfully submitted,


*/s Danielle R. Voorhees* _____
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William Murane
Danielle R. Voorhees
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY 10012
phone: (212) 614-6438
fax: (212) 614-6499

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/21/2009, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John Wallace | John.Wallace2@usdoj.gov |
| Andrew I. Warden | andrew.warden@usdoj.gov |
| Jay Apperson | jay.apperson2@usdoj.gov |
| Joseph Charles Folio , III | joseph.folio@usdoj.gov |
| Judry Laeb Subar | judry.subar@usdoj.gov |
| Nicholas Andrew Oldham | Nicholas.Oldham@usdoj.gov |
| Terry Marcus Henry | terry.henry@usdoj.gov |

*/s Danielle R. Voorhees*_____
Holland & Hart LLP

4480234_3.DOC