## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUFYIAN BARHOUMI (ISN 694), *et al.*,    )<br>                                                                           )<br>           Petitioners/Plaintiffs,            )<br>                                                                           )<br>v.                                                                    )<br>                                                                           )<br>BARACK H. OBAMA, *et al.*,                   )<br>                                                                           )<br>           Respondents/Defendants.        )<br>_____)  | Civil No. 05-CV-1506 (RMC) |

### **NOTICE OF FILING**

Please take notice that pursuant to the Protective Orders entered in this case, on April 16, 2009, Petitioner Sufyian Barhoumi, through his counsel, Holland & Hart LLP, submitted his Opposition to Respondents' Memorandum Regarding the Evaluation of Hearsay and Reliability of Intelligence Information to the Court Security Officer for filing and service on the Department of Justice.

Dated:  April 21, 2009

                                                  Respectfully submitted,

                                                  */s Danielle R. Voorhees*
                                                  Scott S. Barker
                                                  William E. Murane
                                                  Jonathan S. Bender
                                                  Danielle R. Voorhees
                                                  Nadya C. Bosch
                                                  HOLLAND & HART LLP
                                                  555 Seventeenth Street
                                                  Denver, CO 80202
                                                  Telephone:  (303) 295-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2009, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 7144
>Washington, DC 20530

*s/ Danielle R. Voorhees*
Holland & Hart LLP

4480235_1.DOC