# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTAI SAIB, *et al.*, ) | |
| ) | |
| Petitioners/Plaintiffs, ) | Misc. No. 08-0442 (TFH) |
| ) | |
| v. ) | Civil No. 05-CV-1353 (RMC) |
| ) | |
| BARACK H. OBAMA, *et al.*, ) | |
| ) | |
| Respondents/Defendants. ) | |
| ) | |

## NOTICE OF INADVERTENT FILING IN CASE NO. 08-0442

Please take notice that Petitioner, through his counsel, had inadvertently submitted to the Clerk of the Court for filing his Notice of Filing and Unopposed Motion for Leave to Supplement the Record, Docket No. 1735 and Docket No. 1737 in Case No. 1:08-mc-442 and Docket No. 213 and Docket No. 214 in Case No. 1:05-cv-1353 in the above-captioned cases. Petitioner hereby requests that his Notice of Filing and Unopposed Motion for Leave to Supplement the Record be filed exclusively in Case No. 1:05-cv-1353 pursuant to Judge Hogan's 01/08/09 Minute Order.

Dated:  April 22, 2009

Respectfully submitted,

*s/ Danielle R. Voorhees*_____
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William E. Murane
Danielle R. Voorhees
Meghan N. Winokur
Nadya C. Bosch
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Telephone:  (303) 295-8000
Facsimile:   (303) 295-8261

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/22/2009, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W., Room 7144
> Washington, DC 20530

_s/ Danielle R. Voorhees_

4502007_1.DOC