IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ x
:
IN RE: :
:
GUANTÁNAMO BAY : Misc. No. 08-442 (TFH)
DETAINEE LITIGATION :
:
_____ x
:
MAJID KHAN, :
:
               Petitioner, :
:
         v. : Civil Action No. 06-1690 (RBW)
:
BARACK OBAMA, *et al.*, :
:
              Respondents. :
:
_____ x

## **FILING OF UPDATED MEMORANDA OF UNDERSTANDING**

Petitioner Majid Khan, by and through his undersigned counsel, hereby files on the public docket the attached updated Memoranda of Understanding, Acknowledgements and Affirmations, signed by J. Wells Dixon and Jessica Baen, pursuant to the TS/SCI Protective Order entered in these cases on January 7, 2009, and amended on January 9, 2009. These documents were previously submitted to the Court Security Office on March 12, 2009 (misc. dkt. no. 1688; civil dkt. no. 162), and the Court Security Office has since cleared them for filing directly on the public docket.

Date: New York, New York
April 30, 2009

                                      Respectfully submitted,

                                      /s/ J. Wells Dixon
                                      J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                      CENTER FOR CONSTITUTIONAL RIGHTS
                                      666 Broadway, 7th Floor
                                      New York, New York 10012
                                      Tel: (212) 614-6423
                                      Fax: (212) 614-6499
                                      wdixon@ccrjustice.org

                                      *Counsel for Majid Khan*