IN RE: GUANTANAMO BAY DETAINEE LITIGATION Doc. 1746

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: GUANTANAMO BAY DETAINEE LITIGATION | ) | Misc. No. 08-442 (TFH) |
| KAHLID SAAD MOHAMMED, Petitioner, v. BARACK OBAMA *et al.*, Respondents. | ) | Civil Action No. 08-1230 (RMC) |

**PETITIONER KAHLID SAAD MOHAMMED'S RESPONSE TO THIS COURT'S ORDER FOR WRITTEN AUTHORIZATION OR DECLARATION OF COUNSEL**

On April 3, 2009, Petitioner Kahlid Saad Mohammed moved this Court for an Order extending the deadline for Counsel to submit written authorization by Petitioner to proceed with the above petition or alternatively, a declaration by Counsel as to why the former could not be obtained. An unopposed motion to stay the proceedings was then filed by Petitioner on April 9, 2009. On April 15, 2009, this Court separately granted both motions, staying the proceedings in the above captioned case until written authorization had been obtained by Counsel and extending the deadline to obtain written authorization until May 4, 2009. Counsel respectfully requests that all further deadlines, including those related to obtaining written authorization to proceed in this matter, be suspended during the period in which this matter is stayed.

Mr. Mohammed has been detained at Guantanamo Bay since 2002 and only first received the assistance of counsel with the appointment of the Federal Public Defender for the Northern

Dockets.Justia.com

District of Ohio on August 8, 2008. Counsel has never spoken to Mr. Mohammed, either in writing or in person. The military personnel at Guantanamo Bay have indicated that Mr. Mohammed has been unwilling to meet with counsel on three prior visits to Guantanamo Bay. Counsel and his office currently represent several other persons detained at Guantanamo Bay. In the course of visiting with those clients, counsel and his office will make further attempts to meet with Mr. Mohammed. The relief requested would be consistent with the stay entered by this Court as well as the suspension of the Government's obligations while this matter is stayed. Respondent has indicated it does not oppose the relief requested, however, the Government continues to reserve its right to move to dismiss this case on the ground of lack of detainee authorization or on other appropriate grounds.

May 4, 2008

Respectfully submitted,

*/s/Andy Hart*

ANDY HART (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
Northern District of Ohio
617 Adams Street
Toledo, Ohio 43604
(419) 259-7370 Fax: (419) 259-7375
andy_hart@fd.org

*/s/Jonathan Witmer-Rich*

JONATHAN WITMER-RICH (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,
Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
jonathan_witmer-rich@fd.org

Counsel for Petitioner Kahlid Saad Mohammad