**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) ) ) |  |

**O R D E R**

Pending before the Court is Press Intervenors' Motion for an Order to Show Cause Why the Government Should Not Be Held in Contempt. Upon consideration of the Motion for an Order to Show Cause, the Court

**ORDERS** that the motion is GRANTED. Within ten (10) days of the date of this Order Respondents shall file a memorandum explaining why the Government should not be held in contempt for violating the Court's June 1 Order. The Court further **ORDERS** that:

(1) Respondents shall fully comply with the Court's June 1 Order by no later than ten (10) days of the date of this Order;

(2) Respondents shall file affirm that, in every instance where they have filed documents in these proceedings from which unclassified information is being withheld, a motion for permission to seal has been filed, as required by Paragraphs 34-35 of the September 11, 2008 Protective Order; and

(3) Respondents shall pay Press Intervenors' reasonable costs and attorneys' fees in bringing their motion.

**SO ORDERED.**

October __, 2009

Thomas F. Hogan
United States District Judge
