**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-0442 (TFH) |

**ORDER**

On January 14, 2010, the Court held a hearing on Press Intervenors' Motion For An Order To Show Cause Why The Government Should Not Be Held In Contempt [Dkt. No. 1868]. Press Intervenors request that the Court hold the Government in contempt for willfully failing to comply with the Court's June 1, 2009 Order. For the reasons set forth during the hearing, it is hereby

**ORDERED** that the motion is **DENIED**. Nevertheless, the Court finds that the Government has failed to comply with the June 1, 2009 Order. Accordingly, it is further

**ORDERED** that the Government shall have until April 14, 2010, to comply with the June 1, 2009 Order.

**SO ORDERED**.

January 14, 2010

/s/ *Thomas F. Hogan*
Thomas F. Hogan
United States District Judge