UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET~~

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED WITH THE
COURT SECURITY OFFICER
CSO: ___
DATE: 5/13/11

IN RE:
GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-00442 (TFH)

## ORDER

Pending before the Court is Respondents' Motion to Amend and for Clarification of the Court's January 14, 2010 Order Regarding Public Returns. For the reasons stated in the accompanying Memorandum Opinion, it hereby is

ORDERED that Respondents' Motion to Amend and for Clarification of the Court's January 14, 2010 Order Regarding Public Returns is **GRANTED IN PART** and **DENIED IN PART**. It also is

ORDERED that the motion for sanctions asserted in the Press Intervenors' Memorandum In Opposition to Government's Motion to Amend and for Clarification is **DENIED**.

**SO ORDERED.**

May 2͟7͟, 2011

Thomas F. Hogan
United States District Judge

UNCLASSIFIED//FOR PUBLIC RELEASE