IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____

)
**IN RE:**                          )          Misc. No. 08-mc-442
                                    )
**GUANTANAMO BAY**        )          Civil Action Nos.
**DETAINEE LITIGATION** )
                                    )          06-cv-1690, 06-cv-1725, 08-cv-1207, 08-cv-1360,
                                    )          08-cv-2083, 09-cv-0031, 09-cv-0873, 09-cv-1385,
                                    )          10-cv-0407, 11-cv-0923, 15-cv-1257, 16-cv-2358,
                                    )          17-cv-1928
_____)

## NOTICE OF CLASSIFIED FILING

Respondents hereby notify the Court and Petitioners that they have filed a classified

notice via the Court Information Security Officers pursuant to the procedures of the Protective

Order entered as amended in the above cases.  The classified notice concerns the handling

requirements for certain classified information.

14 November 2018                              Respectfully submitted,

                                              JOSEPH H. HUNT
                                              Assistant Attorney General

                                              JENNIFER D. RICKETTS
                                              Director

                                              TERRY M. HENRY
                                              Assistant Branch Director

                                               /s/ Ronald J. Wiltsie
                                              RONALD J. WILTSIE (D.C. Bar No. 431562)
                                              Senior Trial Attorney
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street, NW, Room 7301
                                              Washington DC 20005
                                              Tel: (202) 307-1401
                                              Fax: (202) 616-8460
                                              E-mail: ronald.wiltsie@usdoj.gov
                                              Attorney for Respondents